# MERRILL BRINK INTERNATIONAL



Merrill Brink International Corporation

225 Varick Street
New York, NY 10014 • 212-620-5600

State of New York          )
                           )          ss:
County of New York         )

## Certificate of Accuracy

This is to certify that the attached document with reference:

**Contract of Stock Transfer between Doe Run Peru S.R.LTDA and Centromin**

originally written in the Spanish language, is to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: November 19, 2010

_____
Audrey Dotson
Senior Project Manager - Legal Translations
Merrill Brink International

Sworn to and signed before
Me, this _19th_ day of
_November_ 2010

_____
Notary Public

GINA ST LAURENT
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

**EXHIBIT "A" TO NOTICE OF REMOVAL**

*Anibal Corvetto Romero*

*Notario - Abogado*

*Plaza 27 de Noviembre 250*
*(Av. Central) San Isidro*
*Tel. 422-9564 - 442-9369*

*Tel. 422-9564 - 442-9369 - 440-7299*

*Testimonio*

*De la Escritura de*    CONTRATO DE TRANSFERENCIA DE ACCIONES, AUMENTO DEL CAPITAL SOCIAL Y SUSCRIPCION DE ACCIONES DE LA EMPRESA METALURGICA LA OROYA S.A., "METALOROYA S.A."

*Otorgada por*    EMPRESA MINERA DEL CENTRO DEL PERU S.A. (CENTROMIN PERU S.A.)

*A favor de*    DOE RUN PERU S.R.LTDA CON INTERVENCION DE: EMPRESA METALURGICA LA OROYA S.A., "METALOROYA S.A.", THE DOE RUN RESOURCES CORPORATION Y THE RENCO GROUP, INC.

*Lima,* 23 *de* OCTUBRE *de 19* 97

*Tº* 21,215        *No.*

*Kx* 28,469

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

KARDEX: 28469                               FJAS: 21,215

CONTRATO    DE    TRANSFERENCIA    DE    ACCIONES,
AUMENTO   DEL  CAPITAL   SOCIAL  Y   SUSCRIPCION  DE
ACCIONES   DE   LA  EMPRESA  METALURGICA  LA   OROYA
S.A., "METALOROYA S.A."


QUE OTORGAN:
EMPRESA   MINERA   DEL    CENTRO   DEL   PERU   S.A.
(CENTROMIN PERU S.A.)
Y DE LA OTRA PARTE:
DOE RUN PERU S.R.LTDA.


CON INTERVENCION DE:
EMPRESA     METALURGICA     LA     OROYA     S.A.,
"METALOROYA  S.A.",  THE   DOE   RUN   RESOURCES
CORPORATION Y THE RENCO GROUP, INC.


EN  LA  CIUDAD  DE  LIMA  A  LOS  VEINTITRES DIAS  DEL  MES  DE
OCTUBRE DE  MIL NOVECIENTOS NOVENTA Y  SIETE, ANTE MI  ANIBAL

1

CORVETTO ROMERO. ABOGADO NOTARIO PUBLICO DE ESTA CAPITAL.- =

COMPARECEN LAS SIGUIENTES PERSONAS: ==============================

CESAR POLO ROBILLIARD, DE NACIONALIDAD PERUANA. QUIEN MANIFESTO SER DE ESTADO CIVIL CASADO. DE PROFESION: INGENIERO. DEBIDAMENTE IDENTIFICADO CON LIBRETA ELECTORAL NUMERO 10540500, CON LIBRETA MILITAR NUMERO: 22388545.- ==== QUIEN PROCEDE EN NOMBRE Y EN REPRESENTACION DE EMPRESA MINERA DEL CENTRO DEL PERU SOCIEDAD ANONIMA, (CENTROMIN PERU S.A.) CON REGISTRO UNICO DE CONTRIBUYENTE NUMERO: 10017653, DEBIDAMENTE FACULTADO SEGUN COMPROBANTE QUE SE INSERTA EN EL CUERPO DE LA PRESENTE ESCRITURA PUBLICA.- ==================

JEFFREY L. ZELMS, DE NACIONALIDAD NORTEAMERICANA, DEBIDA_ MENTE IDENTIFICADO CON PASAPORTE NORTEAMERICANO NUMERO 153205359, DE ESTADO CIVIL CASADO, DE PROFESION: INGENIERO.- QUIEN PROCEDE EN NOMBRE Y EN REPRESENTACION DE DOE RUN PERU SOCIEDAD DE RESPONSABILIDAD LIMITADA Y THE DOE RUN RESOURCES CORPORATION, DEBIDAMENTE FACULTADO SEGUN PODERES QUE CORREN INSCRITOS EN LAS FICHAS NUMEROS 143658 DEL REGISTRO DE PERSONAS JURIDICAS DE LIMA Y 6864 DEL REGISTRO DE PODERES ESPECIALES DE LIMA, RESPECTIVAMENTE.- =====================

JORGE MERINO TAFUR, DE NACIONALIDAD PERUANA, QUIEN MANIFESTO SER DE ESTADO CIVIL SOLTERO. DE PROFESION: INGENIERO

2

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

MECANICO ELECTRICISTA. DEBIDAMENTE IDENTIFICADO CON LIBRETA ELECTORAL NUMERO: 07341351, CON LIBRETA MILITAR NUMERO: 214030551.-============================================= QUIEN PROCEDE EN NOMBRE Y EN REPRESENTACION DE LA EMPRESA METALURGICA LA OROYA S.A., "METALOROYA S.A.", CON REGISTRO UNICO DE CONTRIBUYENTE NUMERO: 33526610, DEBIDAMENTE FACULTADO SEGUN PODER QUE CORRE INSCRITO EN EL ASIENTO 1 DE LA FICHA NUMERO: 040367 DEL REGISTRO DE PERSONAS JURIDICAS DEL REGISTRO PUBLICO DE MINERIA.- ==========================



MARVIN M. KOENIG, DE NACIONALIDAD NORTEAMERICANO, QUIEN MANIFESTO SER DE ESTADO CIVIL CASADO, DE PROFESION: CONTADOR EMPRESARIO, DEBIDAMENTE IDENTIFICADO CON PASAPORTE NORTEAMERICANO NUMERO: 156205648.- =========================== QUIEN PROCEDE EN NOMBRE Y EN REPRESENTACION DE THE RENCO GROUP. INC. DEBIDAMENTE FACULTADO SEGUN PODER QUE CORRE INSCRITO EN LA FICHA NUMERO 6863 DEL LIBRO DE DE PODERES ESPECIALES DE LOS REGISTROS PUBLICOS DE LIMA.- ================ LOS COMPARECIENTES, SON MAYORES DE EDAD, HABILES PARA CONTRATAR E INTELIGENTES EN EL IDIOMA CASTELLANO Y A QUIENES HE IDENTIFICADO DE LO QUE DOY FE, CON CAPACIDAD, LIBERTAD Y CONOCIMIENTO PARA OBLIGARSE, DE LO QUE TAMBIEN DOY FE; Y ME ENTREGAN UNA MINUTA DEBIDAMENTE FIRMADA Y AUTORIZADA, PARA

3

QUE SU CONTENIDO SEA ELEVADO A ESCRITURA PUBLICA, LA MISMA QUE QUEDA ARCHIVADA EN SU LEGAJO MINUTARIO RESPECTIVO Y CON EL NUMERO DE ORDEN CORRESPONDIENTE DE LO QUE TAMBIEN DOY FE Y CUYO TENOR LITERAL ES EL SIGUIENTE: ===== ======================= MINUTA: SEÑOR NOTARIO DOCTOR ANIBAL CORVETTO ROMERO: ======= SIRVASE EXTENDER EN SU REGISTRO DE ESCRITURAS PUBLICAS, EL CONTRATO DE TRANSFERENCIA DE ACCIONES, AUMENTO DEL CAPITAL SOCIAL Y SUSCRIPCION DE ACCIONES DE LA EMPRESA METALURGICA LA OROYA S.A., "METALOROYA S.A.", QUE CELEBRAN DE UNA PARTE, EMPRESA MINERA DEL CENTRO DEL PERU S.A. (CENTROMIN PERU S.A.), CON REGISTRO UNICO DEL CONTRIBUYENTE NUMERO 10017653. CON DOMICILIO EN AVENIDA JAVIER PRADO ESTE NUMERO 2155, SAN BORJA. LIMA 41, REPRESENTADA POR SU GERENTE CENTRAL DE FINANZAS Y COMERCIAL, INGENIERO CESAR POLO ROBILLIARD, CON LIBRETA ELECTORAL NUMERO 10540500. AUTORIZADO POR ACUERDO DEL DIRECTORIO DE CENTROMIN DE FECHA 28 DE AGOSTO DE 1997, EN ADELANTE CENTROMIN: Y, DE LA OTRA PARTE DOE RUN PERU S.R.LTDA., LA CUAL ES UNA SUBSIDIARIA INDIRECTA QUE ES TOTALMENTE DE PROPIEDAD DE THE DOE RUN RESOURCES CORPORATION. REPRESENTADA POR JEFFREY L. ZELMS, NORTEAMERI_ CANO, PASAPORTE NUMERO 153205339. QUIEN ESTA AUTORIZADO SEGUN PODER INSCRITO EN LA FICHA NUMERO 143636 DEL REGISTRO

4

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

DE PERSONAS JURIDICAS DE LIMA. PARA CELEBRAR EL PRESENTE
CONTRATO, QUE EN ADELANTE SE DENOMINARA EL INVERSIONISTA.===
INTERVIENE EN EL PRESENTE CONTRATO LA EMPRESA METALURGICA LA
OROYA S.A., "METALOROYA S.A." CON REGISTRO UNICO DEL
CONTRIBUYENTE NUMERO 33526610, CON DOMICILIO EN AVENIDA
JAVIER PRADO ESTE NUMERO 2175. SAN BORJA, LIMA 41,
REPRESENTADA POR SU GERENTE GENERAL, INGENIERO JORGE MERINO
TAFUR, CON LIBRETA ELECTORAL NUMERO 07341351, SEGUN PODER
INSCRITO EN EL ASIENTO 1 DE LA FICHA NUMERO 040367 DEL
REGISTRO DE PERSONAS JURIDICAS DEL REGISTRO PUBLICO DE
MINERIA, EN ADELANTE LA EMPRESA.=================================



ANTECEDENTES.- ===============================================

I. POR DECRETO LEGISLATIVO NUMERO 674 DEL 25 DE SETIEMBRE DE
1991, SE DECLARO DE INTERES NACIONAL LA PROMOCION DE LA
INVERSION PRIVADA DE LAS EMPRESAS QUE CONFORMAN LA ACTIVIDAD
EMPRESARIAL DEL ESTADO.========================================

II. MEDIANTE RESOLUCION SUPREMA NUMERO 102-92-PCM SE
RATIFICA EL ACUERDO ADOPTADO POR LA COMISION DE PROMOCION DE
LA INVERSION PRIVADA (COPRI), CONFORME AL CUAL SE INCLUYE A
CENTROMIN EN EL PROCESO PROMOCION DE LA INVERSION PRIVADA A
QUE SE REFIERE EL DECRETO LEGISLATIVO NUMERO 674.===========

III. POR RESOLUCION SUPREMA NUMERO 016-96-PCM SE RATIFICA EL

5

ACUERDO ADOPTADO POR COPRI CONFORME AL CUAL SE APRUEBA EL NUEVO PLAN DE PROMOCION DE LA INVERSION PRIVADA EN RELACION A CENTROMIN. ====================================================

IV. POR ACUERDO DE COPRI TOMADO EN SESION DEL 17 DE ABRIL DE 1996, SE AUTORIZO LA CONSTITUCION DE EMPRESAS EN BASE A LAS UNIDADES OPERATIVAS DE CENTROMIN, DE CONFORMIDAD CON EL ARTICULO 10 DEL DECRETO LEGISLATIVO NUMERO 674.==============

V. LA EMPRESA METALURGICA LA OROYA SOCIEDAD ANONIMA "METALOROYA S.A." ES UNA EMPRESA, CONSTITUIDA SOBRE LA BASE DEL COMPLEJO METALURGICO DE LA OROYA, DE CENTROMIN (EN ADELANTE, "COMPLEJO METALURGICO LA OROYA") CUYAS ACCIONES SON INTEGRAMENTE DE PROPIEDAD DE CENTROMIN Y CUYO OBJETO SOCIAL ES PRINCIPALMENTE PARTICIPAR EN ACTIVIDADES QUE CORRESPONDEN A LA INDUSTRIA MINERO-METALURGICA, TALES COMO LA FUNDICION, REFINACION, INDUSTRIALIZACION, EXTRACCION MINERA Y COMERCIALIZACION DE SUS PRODUCTOS.====================

VI. POR RESOLUCION SUPREMA NO. 018- 97-PCM SE RATIFICA EL ACUERDO ADOPTADO POR COPRI, CONFORME AL CUAL SE APRUEBA LA MODALIDAD BAJO LA CUAL SE PROMUEVE EL CRECIMIENTO DE LA INVERSION PRIVADA EN LA EMPRESA METALURGICA LA OROYA S.A. "METALOROYA S.A." EN ADELANTE LA EMPRESA.====================

VII. DE CONFORMIDAD CON LOS ANTECEDENTES EXPUESTOS. EL

6

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE Nº 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

COMITE ESPECIAL DE PRIVATIZACION EN LA EMPRESA MINERA DEL CENTRO DEL PERU SOCIEDAD ANONIMA (CEPRI-CENTROMIN) CONVOCO Y HA LLEVADO A CABO EL CONCURSO PUBLICO INTERNACIONAL NUMERO PRI-16-97 PARA PROMOVER LA PROMOCION DE LA INVERSION PRIVADA EN LA EMPRESA, MEDIANTE LA TRANSFERENCIA DE ACCIONES Y EL AUMENTO DE SU CAPITAL SOCIAL EN VIRTUD DE NUEVOS APORTES DE UNA EMPRESA O CONSORCIO QUE CUMPLAN LOS REQUISITOS DE PRECALIFICACION ESTABLECIDOS POR EL CEPRI.=================

VIII. REALIZADO EL CONCURSO PUBLICO INTERNACIONAL NUMERO PRI-16-97 Y DE ACUERDO CON LA CARTA DE FECHA 10 DE JULIO DE 1997 FUE DECLARADO EL GANADOR Y POR CONSIGUIENTE SE LE ADJUDICO LA BUENA PRO AL CONSORCIO CONFORMADO POR THE DOE RUN RESOURCES CORPORATION Y THE RENCO GROUP, INC. ============

DE CONFORMIDAD CON LAS BASES EL CONSORCIO ANTES SEÑALADO HA CEDIDO SU DERECHO A EL INVERSIONISTA Y ESTA CESION HA SIDO AUTORIZADA POR EL ACUERDO DE CEPRI-CENTROMIN DE FECHA 11 DE SETIEMBRE DE 1997.====================================

SEGUN LO DISPUESTO POR LAS BASES, CENTROMIN HA APORTADO A LA EMPRESA LOS ACTIVOS CON RELACION AL COMPLEJO METALURGICO LA OROYA Y HA TRANSFERIDO LOS PASIVOS REFLEJADOS EN EL BALANCE PROYECTADO, EN LOS MONTOS REGISTRADOS EN LOS LIBROS CONTABLES DE LA EMPRESA. LOS ACTIVOS EN REFERENCIA (EN

7

ANIBAL CORVETTO ROMERO
NOTARIO ABOGADO
LIMA PERU

**EXHIBIT "A" TO NOTICE OF REMOVAL**

ADELANTE, LOS "ACTIVOS"), SERAN TRANSFERIDOS MEDIANTE UN ACTA DE ENTREGA, RECEPCION Y VALORIZACION DE BIENES.========= CENTROMIN GARANTIZA QUE TODOS ELLOS SON LOS QUE SE NECESITAN. PARA LA NORMAL OPERACION DE LA EMPRESA, CON EXCEPCION DE CAJA, CUENTAS POR COBRAR Y PRODUCTOS TERMINADOS.============= EN VIRTUD DE LOS ANTECEDENTES EXPUESTOS, LAS EMPRESAS QUE FIGURAN EN EL ENCABEZADO CELEBRAN EL PRESENTE CONTRATO, EN LOS TERMINOS Y CONDICIONES SIGUIENTES:======================== CLAUSULA PRIMERA======================================TRANSFERENCIA 1.1 CENTROMIN ASEVERA, GARANTIZA Y CONVIENE EN QUE: (A) HA RECIBIDO DIEZ MIL (10,000) ACCIONES DE LA CAPITALIZACION INICIAL DE LA EMPRESA; (B) QUE HA TRANSFERIDO COMPLETAMENTE EL COMPLEJO METALURGICO LA OROYA A LA EMPRESA, A CAMBIO DE LO CUAL RECIBIO 160'604,467 (CIENTO SESENTA MILLONES SEISCIENTOS CUATRO MIL CUATROCIENTOS SESENTISIETE) ACCIONES CON UN VALOR NOMINAL DE UN NUEVO SOL (S/. 1.00); (C) EL NUMERO TOTAL DE ACCIONES DE LA EMPRESA, CADA UNA DE LAS CUALES TIENE UN VALOR NOMINAL DE UN NUEVO SOL (S/.1.00), ES 160'614,467 (CIENTO SESENTA MILLONES SEISCIENTOS CATORCE MIL CUATROCIENTOS SESENTISIETE) ACCIONES; (D) CENTROMIN ES PROPIETARIO DE 160,614,467 ACCIONES CON UN VALOR NOMINAL DE UN NUEVO SOL (S/.1.00), QUE HAN SIDO TOTALMENTE SUSCRITAS Y

8

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE Nº 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

PAGADAS. LAS CUALES CONSTITUYEN EL CIEN POR CIENTO (100%) DEL CAPITAL SOCIAL REPRESENTATIVO DE LA EMPRESA; (E) CENTROMIN TRANSFERIRA A LOS TRABAJADORES DE CENTROMIN, DE ACUERDO CON LO PREVISTO EN LAS BASES, 106,688 (CIENTO SEIS MIL SEISCIENTOS OCHENTIOCHO) ACCIONES, LAS CUALES CONSTITUYEN EL 0.0664249% DEL CAPITAL SOCIAL REPRESENTATIVO DE LA EMPRESA. (F) CENTROMIN DECLARA QUE LAS ACCIONES SEÑALADAS EN EL LITERAL (D) SON LAS UNICAS ACCIONES EMITIDAS; Y, (G) TODAS LAS TRANSFERENCIAS A LOS TRABAJADORES SE HARAN LEGALMENTE Y NO HAY NINGUNA OTRA OBLIGACION DE PARTE DE LA EMPRESA CON RELACION A DICHAS ACCIONES, NI HABRA NINGUNA OTRA OBLIGACION PARA CUALQUIER EMISION. CENTROMIN MANTENDRA CUALESQUIER OBLIGACIONES Y RESPONSABILIDADES QUE HUBIERAN CON RELACION A LAS ACCIONES TRANSFERIDAS A LOS TRABAJADORES, INCLUYENDO CUALESQUIER RECLAMACIONES QUE PUDIERAN HACER DICHOS TRABAJADORES. EL INVERSIONISTA ASUME EL COMPROMISO DE ADQUIRIR LAS ACCIONES QUE LOS TRABAJADORES NO ADQUIERAN , EN EJERCICIO DE SU DERECHO PREFERENTE, EN EL MISMO PRECIO.=============================================================

1.2 EN VIRTUD DEL PRESENTE CONTRATO CENTROMIN TRANSFIERE A EL INVERSIONISTA LA TITULARIDAD DE 160,507,779 (CIENTO SESENTA MILLONES QUINIENTOS SIETE MIL SETECIENTOS



9

EXHIBIT "A" TO NOTICE OF REMOVAL

SETENTINUEVE) ACCIONES QUE REPRESENTAN EL 99.93357517 DEL CAPITAL SOCIAL DE LA EMPRESA.=================================

1.3 EN LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO SE HA COMUNICADO A LA EMPRESA LA TRANSFERENCIA DE LAS ACCIONES SEÑALADAS EN EL NUMERAL 1.2. PARA SER ASENTADA EN EL LIBRO DE TRANSFERENCIA DE ACCIONES DE LA EMPRESA.=================

CLAUSULA SEGUNDA===========================CONTRAPRESTACION====

COMO CONTRAPRESTACION POR LA TRANSFERENCIA DESCRITA EN EL NUMERAL 1.2. EL INVERSIONISTA SE OBLIGA, EN FAVOR DE CENTROMIN A PAGAR LA SUMA DE US\$ 121,440,608 (CIENTO VEINTIUN MILLONES CUATROCIENTOS CUARENTA MIL SEISCIENTOS OCHO DOLARES DE LOS ESTADOS UNIDOS DE NORTEAMERICA), AL CONTADO A LA SUSCRIPCION DEL PRESENTE CONTRATO.=============== EL PAGO SE EFECTUARA EN DOLARES DE LOS ESTADOS UNIDOS DE NORTEAMERICA.=================================================

CLAUSULA TERCERA================AUMENTO DEL CAPITAL SOCIAL DE =========================================LA EMPRESA====================

3.1 LA EMPRESA A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, CUENTA CON UN CAPITAL SOCIAL DE S/.160,614,467 (CIENTO SESENTA MILLONES SEISCIENTOS CATORCE MIL CUATROCIENTOS SESENTISIETE NUEVOS SOLES), REPRESENTADAS POR 160,614,467 ACCIONES DE UN VALOR NOMINAL DE UN NUEVO SOL

10

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

(S/.1.00).═════════════════════════════════════════════

CENTROMIN ES TITULAR DE 160,614,467 (CIENTO SESENTA MILLONES SEISCIENTOS CATORCE MIL CUATROCIENTOS SESENTA Y SESENTISIETE) ACCIONES, DE UN VALOR NOMINAL DE UN NUEVO SOL (S/.1.00) INTEGRAMENTE SUSCRITAS Y PAGADAS, QUE CONSTITUYEN EL 100 POR CIENTO DE LAS ACCIONES REPRESENTATIVAS DEL CAPITAL SOCIAL DE LA EMPRESA.═════════════════════════════

3.2. EL INVERSIONISTA REALIZA UN APORTE A LA EMPRESA DE US$ 126,481,383.24 (CIENTO VEINTISEIS MILLONES CUATROCIENTOS OCHENTIUN MIL TRESCIENTOS OCHENTITRES DOLARES CON VEINTICUATRO CENTAVOS DE LOS ESTADOS UNIDOS DE NORTEAMERICA).EL INVERSIONISTA REPRESENTA MEDIANTE ESTE APORTE EL 51% DEL CAPITAL SOCIAL DE LA EMPRESA.════════════



EL PAGO DEL APORTE SE HARA EN DOLARES DE LOS ESTADOS UNIDOS DE NORTEAMERICA Y SE ACREDITA CON LA CONSTANCIA DE DEPOSITO BANCARIO A NOMBRE DE LA EMPRESA.═══════════════════════

3.3. EL APORTE SEÑALADO EN EL NUMERAL 3.2 COMPRENDE EL APORTE DINERARIO DESTINADO A AUMENTAR EL CAPITAL SOCIAL DE LA EMPRESA Y LA PRIMA POR LA EMISION DE ACCIONES.═════════════ CONTABLEMENTE EL APORTE DINERARIO SERA REGISTRADO EN NUEVOS SOLES, AL TIPO DE CAMBIO DE VENTA DEL DIA Y LUGAR DE LA SUSCRIPCION DEL PRESENTE CONTRATO. DEL MONTO RESULTANTE,

11

S/. 167,170,160 (CIENTO SESENTISIETE MILLONES CIENTO SETENTA MIL CIENTO SESENTA NUEVOS SOLES) SERAN REGISTRADOS EN LA CUENTA CAPITAL SOCIAL. LA DIFERENCIA SERA REGISTRADA COMO PRIMA DE EMISION.================================================== QUEDA ENTENDIDO QUE NO SE EXIGIRA A LA EMPRESA QUE MANTENGA EN EFECTIVO LAS SUMAS APORTADAS PARA AUMENTAR EL CAPITAL SOCIAL DE LA EMPRESA AL AMPARO DE LOS NUMERALES 3.2 Y 3.3, SINO QUE DICHOS FONDOS PODRAN SER UTILIZADOS PARA OTROS FINES U OPERACIONES COMERCIALES U OTROS.==========================

3.4. COMO CONSECUENCIA DEL AUMENTO DE CAPITAL SEÑALADO EN EL NUMERAL 3.3, LA EMPRESA EMITIRA 167,170,160 ACCIONES DE UN VALOR NOMINAL DE UN NUEVO SOL (S/.1.00).========================== EL INVERSIONISTA, A LA SUSCRIPCION DEL PRESENTE CONTRATO, SUSCRIBE Y PAGA LA TOTALIDAD DE LAS ACCIONES EMITIDAS.=======

3.5 RESPECTO AL PRESENTE CONTRATO, CENTROMIN RENUNCIA A SU DERECHO DE SUSCRIPCION PREFERENTE.===========================

3.6 SIMULTANEAMENTE, A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, EL INVERSIONISTA Y CENTROMIN SE OBLIGAN A REALIZAR UNA JUNTA GENERAL EXTRAORDINARIA DE ACCIONISTAS DE LA EMPRESA CON EL FIN DE TOMAR LOS ACUERDOS QUE SEAN NECESARIOS PARA LA EJECUCION DEL PRESENTE CONTRATO.=======================

CLAUSULA CUARTA===========================COMPROMISO DE INVERSION

12

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

4.1 DENTRO DE  UN PERIODO  DE CINCO (5) AÑOS  A PARTIR DE  LA SUSCRIPCION DEL PRESENTE  CONTRATO, LA EMPRESA SE  COMPROMETE A  INVERTIR  LA  SUMA  DE  US$120,000,000.00 (CIENTO  VEINTE MILLONES  DE DOLARES  DE LOS ESTADOS  UNIDOS DE NORTEAMERICA) PARA  LOS FINES  DESCRITOS EN  EL  NUMERAL 4.5  DEL  PRESENTE CONTRATO EN  SU COMPLEJO  METALURGICO LA OROYA,  TAL COMO  SE DESCRIBE EN LOS ANTECEDENTES DEL PRESENTE CONTRATO.=========



QUEDA ENTENDIDO QUE LA EMPRESA TENDRA UN PLAZO MAXIMO DE  (5) CINCO  AÑOS  PARA  EFECTUAR DICHA  INVERSION  Y  QUE  NO  HAY REQUERIMIENTOS ANUALES.=======================================

4.2 PARA VERIFICAR EL MONTO DE LA INVERSION QUE SE  HA HECHO, LA EMPRESA PRESENTARA  UNA DECLARACION  JURADA INFORMADA  POR UNA  FIRMA  DE  AUDITORES  INDEPENDIENTES  DE  RECONOCIDO PRESTIGIO  INTERNACIONAL,  ELEGIDA  POR  CENTROMIN  ENTRE  UN MINIMO DE TRES FIRMAS PROPUESTAS POR EL INVERSIONISTA.======

LA  PROPUESTA  DE EL  INVERSIONISTA DEBERA  SER PRESENTADA  A CENTROMIN, TREINTA (30)  DIAS ANTES DEL VENCIMIENTO DEL PLAZO SEÑALADO  EN EL  NUMERAL  4.1,  EN  CASO CONTRARIO  CENTROMIN DESIGNARA A  LA FIRMA DE  AUDITORES SIN TOMAR  EN CUENTA  LAS PROPUESTAS POR EL INVERSIONISTA.================================

LA  DECLARACION  JURADA  DEBERA  SER PRESENTADA  A  CENTROMIN DENTRO  DE  LOS  SESENTA  (60)  DIAS  CONTADOS  DESDE  EL

13

VENCIMIENTO DEL PERIODO INDICADO EN EL NUMERAL 4.1. O DE LA FECHA EN QUE CENTROMIN COMUNIQUE A LA EMPRESA LA DESIGNACION DEL AUDITOR INDEPENDIENTE, LO QUE OCURRA ULTIMO.================

ANUALMENTE LA EMPRESA DEBERA PRESENTAR A CENTROMIN UN INFORME SOBRE LAS INVERSIONES REALIZADAS HASTA ESE MOMENTO, DENTRO DE UN PLAZO DE SESENTA (60) DIAS CONTADOS DESDE EL DIA Y MES DEL AÑO CORRESPONDIENTE QUE COINCIDA CON EL DIA Y MES DE LA FECHA EN QUE FUE SUSCRITO EL CONTRATO. LOS INFORMES DEBERAN ESTAR REFRENDADOS POR UNA FIRMA DE AUDITORES INDEPENDIENTES SEGUN EL PROCEDIMIENTO INDICADO EN EL PRESENTE NUMERAL.====================================================

LOS HONORARIOS DE LOS AUDITORES SERAN ASUMIDOS POR CENTROMIN.==================================================================

4.3 EL PERIODO PREVISTO EN EL NUMERAL 4.1 SE SUSPENDERA SI, EN EL CURSO DE LA EJECUCION DEL COMPROMISO DE INVERSION SOBREVINIESE UN CASO FORTUITO O FUERZA MAYOR DE ACUERDO CON LO ESTABLECIDO EN EL ARTICULO 1315 DEL CODIGO CIVIL O SEGUN SE ESTIPULA EN LA CLAUSULA DECIMO QUINTA O HECHOS NO DIRECTAMENTE ATRIBUIBLES A NEGLIGENCIA DE LA EMPRESA. LA SUSPENSION SE MANTENDRA MIENTRAS DUREN E IMPIDAN A LA EMPRESA EJERCER LAS OBLIGACIONES ESTIPULADAS EN EL COMPROMISO DE INVERSION.================================================

14

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

4.4 SI SE PRODUJERAN ACONTECIMIENTOS TALES COMO LOS QUE SE SEÑALARON EN EL NUMERAL 4.3, QUE AFECTEN EL CUMPLIMIENTO DEL COMPROMISO DE INVERSION, LA EMPRESA DARA A CONOCER POR ESCRITO LA SITUACION A CENTROMIN DENTRO DE LOS QUINCE (15) DIAS SIGUIENTES DE CONOCIDO LOS EFECTOS DEL ACONTECIMIENTO. LA EMPRESA INDICARA DE MANERA PRECISA EN LA MISMA COMUNICACION LA RELACION DE CAUSALIDAD ENTRE EL ACONTECIMIENTO Y EL IMPEDIMENTO PARA CUMPLIR EL COMPROMISO DE INVERSION, ASI COMO LOS ASPECTOS DEL MISMO COMPROMISO DE INVERSION QUE SERAN AFECTADOS Y QUE DICHOS ACONTECIMIENTOS IMPEDIRAN.=============================================================



4.5 PARA EFECTOS DE LA PRESENTE CLAUSULA. SE CONSIDERARAN INVERSION, LOS MONTOS EFECTIVAMENTE DESEMBOLSADOS EN:=========

A) LOS ESTUDIOS DE FACTIBILIDAD, LOS ESTUDIOS TECNICOS Y/O FINANCIEROS, INCLUYENDO ESTUDIOS AMBIENTALES Y DESEMBOLSOS NECESARIOS PARA EL CUMPLIMIENTO DE LAS OBLIGACIONES DE LA EMPRESA PARA EL PROGRAMA DE ADECUACION Y MANEJO AMBIENTAL (PAMA DE METALOROYA), QUE SE DESCRIBEN EN LA CLAUSULA QUINTA, Y CUALESQUIERA OTROS REQUERIMIENTOS AMBIENTALES EXIGIDOS POR LA LEY.===========================================================

B) DESARROLLO, MEJORAS, MODERNIZACION, AMPLIACION Y EXPANSION DE LA CAPACIDAD DE PRODUCCION DE LA EMPRESA. ASI

15

COMO    INVERSIONES   PARA   CARRETERAS   Y   PARA   PROPORCIONAR ELECTRICIDAD   Y AGUA,   QUE PERMITAN   CUBRIR SUS   NECESIDADES, ASI   COMO SEGURIDAD,  SALUD,   PROGRAMAS SOCIALES E INVERSIONES E   INFRAESTRUCTURA DE SERVICIO   PUBLICO QUE SE RELACIONEN CON SUS FINES.==================================================================

C) LA   COMPRA,  INSTALACION   O CONSTRUCCION DE   LAS PLANTAS   Y EQUIPOS. ADEMAS,  DE   TODOS LOS DEMAS DESEMBOLSOS DE   CAPITAL; ASI   COMO MANTENIMIENTOS   Y REPARACIONES   EXTRAORDINARIAS QUE IMPLIQUEN   INCREMENTOS   EN LA   CAPACIDAD   DE   PRODUCCION   Y/O EFICIENCIA, ASI   COMO LA   EXTENSION DE   LA VIDA   UTIL DE   LAS PLANTAS Y EQUIPOS.================================================================

D)   SEGUROS, FLETES, DERECHOS DE IMPORTACION Y OTROS TRIBUTOS RELACIONADOS CON LOS RUBROS ANTERIORES.==============================

E)   GASTOS   ADMINISTRATIVOS   RELACIONADOS   CON   LOS   RUBROS ANTERIORES.===============================================================

F) CAPITAL DE TRABAJO PROVENIENTE DE APORTE AL PATRIMONIO.=== LA   INVERSION DEBERA EFECTUARSE   NECESARIAMENTE CON EL APORTE SEÑALADO EN   EL NUMERAL 3.2 Y LA PRIMA DE EMISION INDICADA EN EL NUMERAL 3.3, SIN PERJUICIO DE LO ESTABLECIDO EN EL   ULTIMO PARRAFO DEL NUMERAL 3.3.==============================================

CLAUSULA QUINTA======RESPONSABILIDAD DE   LA EMPRESA EN ASUNTOS ==================================AMBIENTALES==================================

16

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe



CENTROMIN Y LA EMPRESA RECONOCEN QUE EL PROGRAMA DE ADECUACION Y MANEJO AMBIENTAL (PAMA) DE LA UNIDAD DE PRODUCCION "LA OROYA" DE CENTROMIN PERU, QUE FUERA APROBADO POR RESOLUCION DIRECTORAL Nº 017-97-EM/DGM, CON FECHA 13 DE ENERO DE 1997, Y MODIFICADO POR RESOLUCION DIRECTORAL Nº 325-97-EM/DGM, DE FECHA 6 DE OCTUBRE DE 1997, HA SIDO DIVIDIDO EN EL PROGRAMA DE ADECUACION Y MANEJO AMBIENTAL (PAMA) DEL COMPLEJO METALURGICO DE LA OROYA DE METALOROYA S.A. (EN ADELANTE, "PAMA DE METALOROYA"), QUE FUERA APROBADO POR RESOLUCION DIRECTORAL Nº 334-97-EM/DGM, CON FECHA 16 DE OCTUBRE DE 1997 Y EN EL PROGRAMA DE ADECUACION Y MANEJO AMBIENTAL (PAMA) DE LA OROYA DE CENTROMIN PERU S.A. (EN ADELANTE "PAMA DE CENTROMIN"), QUE FUERA APROBADO POR RESOLUCION DIRECTORAL Nº 334-97-EM/DGM DE FECHA 16 DE OCTUBRE DE 1997.=======================================================

LA EMPRESA ASUME LA RESPONSABILIDAD UNICAMENTE CON RESPECTO A LOS SIGUIENTES ASUNTOS AMBIENTALES:=================================

5.1 EL CUMPLIMIENTO DE LAS OBLIGACIONES CONTENIDAS EN EL PAMA DE METALOROYA Y SUS EVENTUALES MODIFICACIONES APROBADAS DE CONFORMIDAD CON LAS DISPOSICIONES LEGALES VIGENTES QUE HAYAN SIDO O QUE SEAN EMITIDAS POR LA AUTORIDAD COMPETENTE. EN RELACION CON LOS EFLUENTES. EMISIONES Y RESIDUOS

17

**EXHIBIT "A" TO NOTICE OF REMOVAL**

GENERADOS POR:========================================================

A) LAS INSTALACIONES DE FUNDICION Y REFINACION DE LA

EMPRESA.==================================================================

B) LAS INSTALACIONES DE SERVICIO Y VIVIENDAS DE LA EMPRESA.=

C) LOS DEPOSITOS DE FERRITAS DE ZINC EXISTENTES A LA FECHA

DE SUSCRIPCION DEL PRESENTE CONTRATO, INCLUIDAS LAS FERRITAS

DE ZINC QUE SEAN AÑADIDAS POR LA EMPRESA EN EL CASO DE QUE

LA EMPRESA NO DEVUELVA LOS MISMOS DENTRO DE TRES (3) AÑOS A

PARTIR DE LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO O NO

PAGUE EL MONTO ESTABLECIDO EN EL NUMERAL. 5.6.==================

DURANTE UN PERIODO DE TRES (3) AÑOS A PARTIR DE LA FECHA DE

LA SUSCRIPCION DEL PRESENTE CONTRATO LA EMPRESA PODRA

UTILIZAR, SIN COSTO, LAS AREAS QUE CENTROMIN Y LA EMPRESA

HAN ACORDADO ASIGNAR A LA EMPRESA EN LOS DEPOSITOS QUE

CENTROMIN Y SUS PREDECESORES ESTUVIERON USANDO, MIENTRAS QUE

LA EMPRESA ESTABLEZCA NUEVAS AREAS DONDE DEPOSITAR LA

ESCORIA, EL TRIOXIDO DE ARSENICO Y LAS FERRITAS DE ZINC.

DICHO PLAZO VENCERA EL 24 DE OCTUBRE DEL AÑO 2000,

SUSCRIBIENDO LA EMPRESA Y CENTROMIN LA RESPECTIVA ACTA DE

DEVOLUCION. SIN PERJUICIO DE ELLO, LA EMPRESA PODRA DEVOLVER

LOS DEPOSITOS DADOS EN USO EN CUALQUIER MOMENTO ANTES DEL

VENCIMIENTO DEL REFERIDO PLAZO, QUEDANDO LIBERADA DE LAS

18

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL: 422-9564 - 442-9369
e-mail: ancoro @ omauta. rcp. net. pe

OBLIGACIONES CORRESPONDIENTES. CENTROMIN Y LA EMPRESA SUSCRIBIRA EL ACTA DE ENTREGA EN ESE MOMENTO.================

LA EMPRESA SE RESPONSABILIZARA UNICAMENTE POR EL MANTENIMIENTO RUTINARIO OPERATIVO DE LAS AREAS DE LOS DEPOSITOS QUE HAYAN SIDO ASIGNADOS EN USO A LA EMPRESA POR EL PERIODO DE TRES (3) AÑOS.=================================



CENTROMIN SE RESPONSABILIZARA POR EL MANTENIMIENTO DE LAS OTRAS AREAS DE LOS DEPOSITOS QUE NO SE HAYAN ASIGNADO EN USO A LA EMPRESA. DICHAS RESPONSABILIDADES DE MANTENIMIENTO ASIGNADAS A LA EMPRESA NO RELEVARAN A CENTROMIN DEL CUMPLIMIENTO DE LAS OBLIGACIONES CONTENIDAS EN EL PAMA DE CENTROMIN QUE SE RELACIONEN CON DICHOS DEPOSITOS DURANTE EL PERIODO DE USO DE TRES (3) AÑOS POR PARTE DE LA EMPRESA. EL ABANDONO TECNICO DE LOS MISMOS SE REGIRA POR LO ESTABLECIDO EN EL NUMERAL 6.1. Y EL PAMA DE CENTROMIN. AL TERMINO DEL PERIODO DE TRES (3) AÑOS, LOS DEPOSITOS DE ESCORIAS Y DE TRIOXIDO DE ARSENICO, INCLUYENDO LOS RESIDUOS ADICIONALES DEPOSITADOS EN ELLOS POR LA EMPRESA DURANTE EL PERIODO DE TRES (3) AÑOS, SERAN POSTERIORMENTE DE LA EXCLUSIVA RESPONSABILIDAD DE CENTROMIN PARA TODOS EFECTOS. CENTROMIN RETENDRA EL TITULO SOBRE LOS TERRENOS EN QUE ACTUALMENTE ESTAN UBICADOS LOS DEPOSITOS DE ESCORIAS Y DE TRIOXIDO DE

19

ARSENICO EXISTENTES A LA SUSCRIPCION DEL PRESENTE CONTRATO Y QUE SERAN UTILIZADOS TEMPORALMENTE POR LA EMPRESA.=========

CENTROMIN Y LA EMPRESA DECLARAN CONOCER, QUE LOS DEPOSITOS DE ESCORIAS, TRIOXIDO DE ARSENICO Y FERRITAS DE ZINC, FUERON SEPARADOS Y DESAFECTADOS DE LAS CONCESIONES DE BENEFICIOS TRANSFERIDAS POR CENTROMIN A LA EMPRESA, RETENIENDO CENTROMIN EL DOMINIO SOBRE LOS MISMOS Y LAS OBLIGACIONES QUE DE ELLO SE DESPRENDEN. ADICIONALMENTE, EN CONSIDERACION A LA INCLUSION EN EL PAMA DE METALOROYA DE LA OBLIGACION DE CENTROMIN DE INVERTIR EN 1997 US$ 1'145,668.00 (UN MILLON CIENTO CURENTICINCO MIL SEISCIENTOS SESENTIOCHO DOLARES DE LOS ESTADOS UNIDOS DE NORTEAMERICA), EN LOS PROYECTOS DE TRATAMIENTO DE EFLUENTES LIQUIDOS INDUSTRIALES Y NUEVO SISTEMA DE GRANULACION DE ESCORIAS, CENTROMIN DEBERA PAGAR A EL INVERSIONISTA DICHA SUMA EN EFECTIVO, EN LA FECHA DE SUSCRIPCION DE ESTE CONTRATO.==================================

D) CUALQUIER NUEVO DEPOSITO DE RESIDUOS QUE LA EMPRESA PUEDA ESTABLECER O HABILITAR.==========================================

5.2 FUTURO CIERRE Y DESMANTELAMIENTO AL TERMINO DE LA VIDA OPERATIVA DE:===============================================

A) LAS INSTALACIONES DE FUNDICION Y DE REFINACION DE LA EMPRESA.=================================================

20

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe



B) CUALQUIER  NUEVO DEPOSITO DE ESCORIA,  FERRITAS DE ZINC  O TRIOXIDO  DE  ARSENICO  Y  OTROS  QUE  LA  EMPRESA  PUEDA ESTABLECER.═══════════════════════════════════════

C) LOS DEPOSITOS  DE FERRITAS DE  ZINC EN EL  CASO DE  QUE LA EMPRESA NO  DEVUELVA LOS  MISMOS A CENTROMIN  DENTRO DE  TRES. (3) AÑOS  CONTADOS A PARTIR  DE LA FECHA  DE SUSCRIPCION  DEL PRESENTE  CONTRATO O  NO PAGUE  EL  MONTO ESTABLECIDO  EN  EL NUMERAL 5.6.═══════════════════════════════════════

5.3 DURANTE  EL PERIODO APROBADO PARA  LA EJECUCION DEL  PAMA DE  METALOROYA,  LA EMPRESA  ASUMIRA  LA RESPONSABILIDAD  POR DAÑOS, PERJUICIOS Y  RECLAMOS DE TERCEROS ATRIBUIBLES A  ELLA A PARTIR  DE LA  SUSCRIPCION DEL PRESENTE  CONTRATO, SOLO  EN LOS SIGUIENTES CASOS:═══════════════════════════════════════

A) AQUELLOS  QUE  SURJAN  DIRECTAMENTE  DEBIDO  A  ACTOS  NO RELACIONADOS  CON  EL  PAMA  DE  METALOROYA  QUE  SON EXCLUSIVAMENTE ATRIBUIBLES  A LA  EMPRESA.  PERO  SOLO EN  LA MEDIDA QUE DICHOS ACTOS FUERAN EL RESULTADO DE LA  APLICACION POR PARTE  DE LA  EMPRESA DE  NORMAS Y  PRACTICAS QUE  FUERAN MENOS PROTECTORAS  DEL MEDIO AMBIENTE O  DE LA SALUD  PUBLICA QUE  AQUELLAS  QUE FUERAN  SEGUIDAS  POR CENTROMIN  HASTA  LA FECHA DE LA SUSCRIPCION DEL PRESENTE CONTRATO.═══════════════

EN  CASO DE  CONTROVERSIA SOBRE  LA DETERMINACION  DE SI  LAS

21

NORMAS O PRACTICAS UTILIZADAS POR LA EMPRESA HAN SIDO O NO MENOS PROTECTORAS DEL MEDIO AMBIENTE O DE LA SALUD PUBLICA QUE LAS APLICADAS POR CENTROMIN, Y DE NO LLEGARSE A UN ACUERDO AL RESPECTO EN TREINTA (30) DIAS CALENDARIOS DESDE LA FECHA EN QUE SE RECIBIO EL RECLAMO, CENTROMIN Y LA EMPRESA SOMETERAN DICHA DETERMINACION A LA OPINION DE UN PERITO, SIGUIENDO PARA ELLO EL TRAMITE DESCRITO EN EL NUMERAL 5.4.C.===============================================

B) AQUELLOS QUE RESULTEN DIRECTAMENTE DEL INCUMPLIMIENTO DE LAS OBLIGACIONES DEL PAMA DE METALOROYA POR PARTE DE LA EMPRESA, O DE LAS OBLIGACIONES ESTABLECIDAS MEDIANTE EL PRESENTE CONTRATO EN LOS NUMERALES 5.1 Y 5.2.===============

5.4 DESPUES DEL VENCIMIENTO DEL PLAZO LEGAL DEL PAMA DE METALOROYA, LA EMPRESA ASUMIRA LA RESPONSABILIDAD DE DAÑOS, PERJUICIOS Y RECLAMOS DE TERCEROS DE LA MANERA SIGUIENTE:====

A) AQUELLOS QUE RESULTEN DIRECTAMENTE DE ACTOS QUE SEAN EXCLUSIVAMENTE ATRIBUIBLES A SUS OPERACIONES POSTERIORES A DICHO PERIODO.==========================================

B) AQUELLOS QUE RESULTEN DIRECTAMENTE DEL INCUMPLIMIENTO DE LAS OBLIGACIONES DEL PAMA DE METALOROYA POR PARTE DE LA EMPRESA, O DE LAS OBLIGACIONES ESTABLECIDAS MEDIANTE EL PRESENTE CONTRATO EN LOS NUMERALES 5.1 Y 5.2. ================

22

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

C) EN CASO EN QUE LOS DAÑOS Y PERJUICIOS SEAN ATRIBUIBLES A CENTROMIN Y A LA EMPRESA, LA EMPRESA ASUMIRA RESPONSABILIDAD EN PROPORCION A SU CONTRIBUCION AL DAÑO.====================== EN LOS CASOS EN QUE NO HAYA CONSENSO ENTRE CENTROMIN Y LA EMPRESA RESPECTO DE LAS CAUSAS DEL SUPUESTO DAÑO MATERIA DEL RECLAMO O LA PROPORCION EN QUE SE DISTRIBUIRA LA RESPONSABILIDAD ENTRE ELLAS, DE NO ALCANZARSE UN ACUERDO EN EL TERMINO DE TREINTA (30) DIAS CONTADOS A PARTIR DE LA RECEPCION DEL RECLAMO, EL ASUNTO SERA SOMETIDO A LA DECISION DE UN PERITO EN LA MATERIA A SER DESIGNADO DE MUTUO ACUERDO, EL CUAL DEBERA EVACUAR SU DECISION A LA BREVEDAD POSIBLE.==== SI EL MONTO DEL RECLAMO FUERA MENOR A US$50,000.00, CENTROMIN Y LA EMPRESA QUEDARAN OBLIGADAS A LA DECISION DEL PERITO. SI EL MONTO DEL RECLAMO FUERA MAYOR A US$50,000.00, CENTROMIN Y LA EMPRESA PODRAN SOMETER EL ASUNTO A ARBITRAJE, CONFORME A LA CLAUSULA DECIMO SEGUNDA DEL PRESENTE CONTRATO, SI ES QUE UNA O AMBAS PARTES NO ESTEN DE ACUERDO CON LA DECISION DEL PERITO.======================================= 5.5 A PARTIR DE LA SUSCRIPCION DEL PRESENTE CONTRATO, LA EMPRESA NO TENDRA NI ASUMIRA NINGUNA RESPONSABILIDAD POR DAÑOS Y PERJUICIOS O POR LOS RECLAMOS DE TERCEROS ATRIBUIBLES A CENTROMIN. EN LA MEDIDA QUE LOS MISMOS FUERAN



23

EXHIBIT "A" TO NOTICE OF REMOVAL

EL RESULTADO DE LAS OPERACIONES DE CENTROMIN Y SUS PREDECESORES HASTA LA SUSCRIPCION DEL PRESENTE CONTRATO O QUE SE DEBAN AL INCUMPLIMIENTO POR PARTE DE CENTROMIN DE LAS OBLIGACIONES ESPECIFICADAS EN EL NUMERAL 6.1.=================

5.6 EN EL CASO QUE LA EMPRESA DEVOLVIERA A CENTROMIN LOS DEPOSITOS DE FERRITAS DE ZINC REFERIDOS EN EL NUMERAL 5.1.C., DEBERA ABONAR A ESTE ULTIMO US$ 7'200,000 (SIETE MILLONES DOSCIENTOS MIL DOLARES DE LOS ESTADOS UNIDOS DE NORTEAMERICA), POR CONCEPTO DE COSTOS POR REMEDIACION DE LOS MISMOS Y POSTERIORMENTE CENTROMIN ASUMIRA LA EXCLUSIVA RESPONSABILIDAD SOBRE LOS MISMOS E INDEMNIZARA Y SALVAGUARDARA A LA EMPRESA CONTRA CUALQUIER RECLAMO, COSTO, DEMANDA U OTRA OBLIGACION REFERIDA A ELLOS. LAS PARTES SUSCRIBIRAN EL ACTA DE DEVOLUCION A QUE SE REFIERE EL NUMERAL 5.1.C., DEBIENDO LA EMPRESA REALIZAR EL PAGO ANTES MENCIONADO DENTRO DE LOS DIEZ (10) DIAS UTILES SIGUIENTES A LA SUSCRIPCION DE DICHA ACTA.=================================

EN EL CASO QUE LA EMPRESA NO DEVOLVIERA LOS DEPOSITOS DE FERRITAS DE ZINC DENTRO DE TRES (3) AÑOS CONTADOS A PARTIR DE LA SUSCRIPCION DEL PRESENTE CONTRATO, CENTROMIN TRANSFERIRA A LA EMPRESA EL TITULO SOBRE LA PROPIEDAD Y LA CONCESION DE BENEFICIO CORRESPONDIENTES A LOS DEPOSITOS DE

24

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta.rcp.net.pe

FERRITAS DE ZINC EXISTENTES A LA SUSCRIPCION DEL PRESENTE CONTRATO.============================================================

5.7 CENTROMIN SE RESERVA EL DERECHO DE REALIZAR LAS INSPECCIONES QUE FUERAN NECESARIAS PARA VERIFICAR EL CUMPLIMIENTO DE LO SEÑALADO EN EL NUMERAL 5.1.C.=============

LA EMPRESA PROPORCIONARA PERIODICAMENTE A CENTROMIN COPIAS DE LOS INFORMES DE MONITOREO, REPORTES METALURGICOS Y CUMPLIMIENTO DEL PAMA DE METALOROYA PRESENTADOS ANTE LA AUTORIDAD COMPETENTE.===================================================



5.8 LA EMPRESA PROTEGERA Y MANTENDRA INDEMNE A CENTROMIN CONTRA RECLAMOS DE TERCEROS Y LA INDEMNIZARA POR CUALQUIER DAÑO, RESPONSABILIDAD U OBLIGACION QUE SE PUEDE SOBREVENIR POR LOS CUALES HA ASUMIDO RESPONSABILIDAD Y OBLIGACION.======

5.9 TODAS LAS DEMAS RESPONSABILIDADES QUEDARAN A CARGO DE CENTROMIN DE ACUERDO CON LA CLAUSULA SEXTA.=======================

CLAUSULA SEXTA========RESPONSABILIDAD DE CENTROMIN EN ASUNTOS ==================================AMBIENTALES===============================

6.1 CENTROMIN ASUME LA RESPONSABILIDAD DE LOS SIGUIENTES ASUNTOS AMBIENTALES:=======================================================

A) CUMPLIMIENTO CON EL PAMA DE CENTROMIN DE ACUERDO CON SUS EVENTUALES MODIFICACIONES APROBADAS POR LA AUTORIDAD COMPETENTE Y LOS REQUERIMIENTOS LEGALES VIGENTES APLICABLES

25

QUE HAYAN SIDO O QUE SEAN EXPEDIDOS POR LA AUTORIDAD COMPETENTE.=====================================================

B) EL ABANDONO TECNICO DE LOS DEPOSITOS DE ESCORIA Y TRIOXIDO DE ARSENICO EXISTENTES EN LA FECHA DE LA SUSCRIPCION DEL PRESENTE CONTRATO Y LAS OBLIGACIONES RELACIONADAS CON LOS MISMOS, INCLUYENDO LOS RESIDUOS ADICIONALES DEPOSITADOS EN ELLOS POR LA EMPRESA EN AQUELLAS AREAS QUE SEAN PERMITIDAS DE CONFORMIDAD CON LA CLAUSULA QUINTA.================================================================

C) REMEDIACION DE LAS AREAS AFECTADAS POR LAS EMISIONES GASEOSAS Y DE MATERIAL PARTICULADO DE LAS OPERACIONES DE LA FUNDICION Y DE LA REFINERIA QUE SE HAYAN EMITIDO HASTA LA FECHA DE LA SUSCRIPCION DEL PRESENTE CONTRATO Y DE EMISIONES ADICIONALES DURANTE EL PERIODO PREVISTO POR LA LEY PARA EL PAMA DE METALOROYA, SALVO AQUELLAS AREAS DE RESPONSABILIDAD DE LA EMPRESA AL AMPARO DE LA CLAUSULA QUINTA.===============

D) EL ABANDONO TECNICO DE LOS DEPOSITOS DE FERRITAS DE ZINC Y LAS OBLIGACIONES RELACIONADAS CON LOS MISMOS, SI LA EMPRESA LOS DEVUELVE A CENTROMIN DENTRO DEL PLAZO DE TRES (3) AÑOS A PARTIR DE LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO Y PAGA LA SUMA ESTABLECIDA EN EL NUMERAL 5.6.========

E) REMEDIACION Y ABANDONO TECNICO DE CUALQUIER DEPOSITO DE

26

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta, rcp. net. pe

RESIDUOS GENERADOS POR CENTROMIN O SUS PREDECESORES ANTES DE LA FECHA DE LA TRANSFERENCIA DEL COMPLEJO METALURGICO LA OROYA, NO IDENTIFICADO O CUYA EXISTENCIA NO SE HAYA DECLARADO ANTES DE LA FECHA DE LA TRANSFERENCIA.===============

6.2 DURANTE EL PERIODO APROBADO PARA LA EJECUCION DEL PAMA DE METALOROYA, CENTROMIN ASUMIRA LA RESPONSABILIDAD POR CUALESQUIER DAÑOS, PERJUICIOS Y RECLAMOS DE TERCEROS ATRIBUIBLES A LAS ACTIVIDADES DE LA EMPRESA, CENTROMIN Y/O SUS PREDECESORES, EXCEPTO POR LOS DAÑOS, PERJUICIOS Y RECLAMOS DE TERCEROS QUE SEAN DE RESPONSABILIDAD DE LA EMPRESA DE CONFORMIDAD CON EL NUMERAL 5.3. ==================



6.3 DESPUES DEL VENCIMIENTO DEL PLAZO LEGAL DEL PAMA DE METALOROYA, CENTROMIN ASUMIRA LA RESPONSABILIDAD POR CUALESQUIER DAÑOS Y RECLAMOS DE TERCEROS ATRIBUIBLES A LAS ACTIVIDADES DE CENTROMIN Y/O SUS PREDECESORES EXCEPTO POR LOS DAÑOS, PERJUICIOS Y RECLAMOS DE TERCEROS QUE SEAN LA RESPONSABILIDAD DE LA EMPRESA DE CONFORMIDAD EN EL NUMERAL 5.4.==========================================================

EN EL CASO QUE LOS DAÑOS Y PERJUICIOS SEAN ATRIBUIBLES A CENTROMIN Y LA EMPRESA SERA DE APLICACION LO ESTABLECIDO EN EL NUMERAL 5.4.C)=====================================================

6.4 LA EMPRESA SE RESERVA EL DERECHO DE REALIZAR LAS

27

INSPECCIONES QUE FUERAN NECESARIAS PARA VERIFICAR LA EJECUCION DEL PAMA DE CENTROMIN.================================

CENTROMIN PROPORCIONARA PERIODICAMENTE A LA EMPRESA COPIAS DE LOS INFORMES DE MONITOREO, ESTUDIOS E INFORMES DE CUMPLIMIENTO DEL PAMA DE CENTROMIN PRESENTADOS ANTE LA AUTORIDAD COMPETENTE.=========================================

6.5 CENTROMIN PROTEGERA Y MANTENDRA INDEMNE A LA EMPRESA CONTRA RECLAMOS DE TERCEROS Y LA INDEMNIZARA POR CUALQUIER DAÑO, RESPONSABILIDAD U OBLIGACION QUE PUEDE SOBREVENIR POR LOS CUALES HA ASUMIDO RESPONSABILIDAD Y OBLIGACION.===========

CLAUSULA SEPTIMA======================DECLARACIONES Y GARANTIAS DE EL ================================INVERSIONISTA=========================

7.1 EL INVERSIONISTA DECLARA HABER REALIZADO SU PROPIA INVESTIGACION, EXAMEN, INFORMACION Y EVALUACION DURANTE EL PROCESO DE "DUE DILIGENCE", DIRECTAMENTE O A TRAVES DE TERCEROS, EN BASE A LA INFORMACION ACCESIBLE, DISPONIBLE Y PROPORCIONADA POR CENTROMIN. =================================

DE ACUERDO A LO QUE CONOCE EL INVERSIONISTA, LA INFORMACION RELATIVA A LA EMPRESA HA SIDO PROPORCIONADA A TRAVES DEL "INFORMATION MEMORANDUM", LA DOCUMENTACION QUE HA SIDO INCLUIDA EN EL "DATA ROOM" Y LA SOLICITADA POR EL INVERSIONISTA, DIRECTAMENTE O A TRAVES DE TERCEROS

28

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

AUTORIZADOS PARA ELLO. DE ACUERDO A LO QUE CONOCE EL INVERSIONISTA, LA INFORMACION RESPECTO A LA EMPRESA HA ESTADO A TOTAL DISPOSICION DE EL INVERSIONISTA DURANTE EL DESARROLLO DEL PROCESO DE "DUE DILIGENCE". DENTRO DE ESTE CONTEXTO, EL INVERSIONISTA ASUME LA RESPONSABILIDAD DE LA DEBIDA DILIGENCIA SOBRE LA BASE DE LA INFORMACION ACCESIBLE Y PROPORCIONADA POR CENTROMIN. EN CONSECUENCIA, EL INVERSIONISTA NO PODRA RECLAMAR RESPONSABILIDAD ALGUNA A LA COPRI, A SUS MIEMBROS, AL CEPRI-CENTROMIN. A SUS MIEMBROS O A SUS ASESORES, A CENTROMIN, NI AL ESTADO PERUANO, POR LA INFORMACION QUE EL INVERSIONISTA NO HAYA REVISADO CON RESPECTO A LA EMPRESA O EL COMPLEJO METALURGICO LA OROYA Y QUE HA SIDO SUMINISTRADA A EL INVERSIONISTA DENTRO DEL PROCESO DE "DUE DILIGENCE". ===========================



LO SEÑALADO EN EL PARRAFO ANTERIOR ES SIN PERJUICIO DE LAS DECLARACIONES Y GARANTIAS DE CENTROMIN MENCIONADAS EN LA CLAUSULA OCTAVA.=================================

7.2. EL INVERSIONISTA RECONOCE QUE LA ADJUDICACION DE LA BUENA PRO HA SUPUESTO CUMPLIR CON LOS REQUISITOS DE PRECALIFICACION ESTABLECIDOS POR EL CEPRI-CENTROMIN. EN TAL SENTIDO, SE OBLIGA A MANTENER HASTA EL CUMPLIMIENTO DEL COMPROMISO DE INVERSION, LA TITULARIDAD DE UN NUMERO DE

29

**EXHIBIT "A" TO NOTICE OF REMOVAL**

ACCIONES QUE REPRESENTE NO MENOS DEL 25% DEL CAPITAL PAGADO. EL INVERSIONISTA HABRA CUMPLIDO TAMBIEN CON AQUELLA OBLIGACION SI POR LO MENOS EL 25% DE LA EMPRESA O DE CUALQUIER EMPRESA SUCESORA QUE SEA DE PROPIEDAD, DIRECTA O INDIRECTA, DE CUALQUIER MIEMBRO DEL CONSORCIO O CUALQUIER MIEMBRO SUBSIDIARIO DEL GRUPO DE COMPAÑIAS EN QUE ELLOS SEAN PROPIETARIOS DIRECTA O INDIRECTAMENTE.=================================

EL REQUERIMIENTO DE SER DUEÑO DEL 25% NO IMPIDE QUE SE DEN EN PRENDA TODAS LAS ACCIONES DE LA EMPRESA A BANCOS U OTRAS ENTIDADES QUE PROPORCIONEN PRESTAMOS A LA EMPRESA.=============

7.3. CENTROMIN ACUERDA QUE HA OTORGADO Y EL INVERSIONISTA HABER RECIBIDO DE CENTROMIN A LA FIRMA DEL PRESENTE CONTRATO LOS SIGUIENTES DOCUMENTOS:=================================

a) UN EJEMPLAR DEL ACTA DE JUNTA GENERAL DE ACCIONISTAS DE CENTROMIN DE FECHA 30 DE MAYO DE 1996 EN VIRTUD DE LA CUAL SE FACULTA AL DIRECTORIO DE CENTROMIN A REALIZAR LA TRANSFERENCIA DE ACTIVOS Y PASIVOS A LA EMPRESA. UN EJEMPLAR DEL ACTA DE DIRECTORIO DE CENTROMIN, LEGALIZADA NOTARIALMENTE, EN EL CUAL SE ACUERDA Y SE COMPROMETE A (I) APORTAR TODOS LOS ACTIVOS RELACIONADOS CON EL COMPLEJO METALURGICO LA OROYA, QUE SERAN TRANSFERIDOS MEDIANTE UN ACTA DE ENTREGA, RECEPCION Y VALORIZACION DE BIENES (II)

30

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe



TRANSFERIR EL PASIVO CORRIENTE EN LOS MONTOS REGISTRADOS EN LOS LIBROS CONTABLES DE LA EMPRESA SIN CAMBIOS EN LOS PASIVOS NO CORRIENTES QUE CONSTAN EN EL BALANCE PROYECTADO DE LA EMPRESA. HABIENDO SIDO HECHAS TODAS ESTAS TRANSFERENCIAS EN O PREVIAMENTE A LA FECHA DE LA SUSCRIPCION DEL PRESENTE CONTRATO.===================================================

B) UN EJEMPLAR DEL ACTA DE LA JUNTA GENERAL DE ACCIONISTAS DE LA EMPRESA EN QUE ACUERDAN AUMENTAR EL CAPITAL SOCIAL A S/. 160,614,467 (CIENTO SESENTA MILLONES SEICIENTOS CATORCE MIL CUATROCIENTOS SESENTISIETE NUEVOS SOLES), COMO RESULTADO DEL APORTE DE ACTIVOS ARRIBA MENCIONADO HECHO POR CENTROMIN Y DE LA MINUTA DE AUMENTO DE CAPITAL, DEBIDAMENTE FIRMADO POR EL REPRESENTANTE LEGAL DE LA EMPRESA.========================

C) UNA COPIA LEGALIZADA NOTARIALMENTE DE LA SESION DE DIRECTORIO DE LA EMPRESA EN LA CUAL SE HA APROBADO LA VALORIZACION DE LOS APORTES EFECTUADOS POR CENTROMIN, CONFORME A LO DISPUESTO EN EL ARTICULO 98o. DEL TEXTO UNICO ORDENADO DE LA LEY GENERAL DE SOCIEDADES, APROBADO POR DECRETO SUPREMO NO. 003-85-JUS.===============================

D) UN TESTIMONIO DE LA ESCRITURA PUBLICA DE CONSTITUCION SOCIAL DE LA EMPRESA.=============================================

E) LOS CERTIFICADOS REPRESENTATIVOS DE LAS ACCIONES DE LA

31

Case: 4:11-cv-00044-CDP    Doc. #:  1-4    Filed: 01/07/11    Page: 34 of 88 PageID #: 164

EMPRESA QUE HAN SIDO LEGALMENTE TRANSFERIDOS POR CENTROMIN A EL INVERSIONISTA PARA LOS EFECTO DE QUE ESTA ANULE Y PUEDA EMITIR OPORTUNAMENTE LOS TITULOS A NOMBRE DE EL INVERSIONISTA.=========================================================

F) UN ACTA DE ENTREGA Y RECEPCION DE BIENES QUE CONSTITUYEN LOS ACTIVOS Y EXISTENCIAS DE LA EMPRESA.===========================

G) UN EJEMPLAR DEL ACTA DE SESION DEL DIRECTORIO DE CENTROMIN, LEGALIZADA NOTARIALMENTE, EN LA CUAL SE AUTORIZA LA VENTA AL INVERSIONISTA DE TODAS LAS ACCIONES DE LA EMPRESA MENOS LAS ACCIONES DE LOS TRABAJADORES TRANSFERIDAS AL AMPARO DE LA CLAUSULA PRIMERA DEL PRESENTE CONTRATO.======

H) UN EJEMPLAR DEL ACTA DE LA JUNTA GENERAL DE ACCIONISTAS DE LA EMPRESA, LEGALIZADA NOTARIALMENTE, EN LA CUAL SE ACUERDA EL AUMENTO DEL CAPITAL SOCIAL DE LA EMPRESA DESCRITO EN LA CLAUSULA TERCERA DEL PRESENTE CONTRATO.=====================

CLAUSULA OCTAVA============================DECLARACIONES Y GARANTIAS DE ==================================================CENTROMIN Y DE LA EMPRESA====

8.1 CENTROMIN DECLARA Y GARANTIZA QUE ES EL UNICO Y EXCLUSIVO PROPIETARIO DE LAS ACCIONES QUE SON MATERIA DEL PRESENTE CONTRATO, QUE LAS ACCIONES Y TODOS LOS ACTIVOS DE LA EMPRESA, TODOS LOS CUALES HAN SIDO TRANSFERIDOS A LA EMPRESA POR CENTROMIN ESTAN LIBRES DE TODO GRAVAMEN, PRENDA,

32

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

IMPUESTOS, RECLAMACIONES, OPCIONES  O RESTRICCIONES Y DECLARA QUE NINGUNA OTRA PERSONA POSEE  NINGUN DERECHO REAL O EXPECTATICIO  SOBRE ELLOS. DICHOS ACTIVOS CONSTITUYEN TODOS LOS ACTIVOS QUE CENTROMIN POSEE A LA FECHA DE SUSCRIPCION DEL CONTRATO DEL COMPLEJO METALURGICO LA OROYA Y SE MENCIONAN EN EL NUMERAL 7.3 (A) QUE ANTECEDE.=================



CENTROMIN ASEVERA Y GARANTIZA QUE TODOS LOS ACTIVOS QUE SE NECESITAN PARA LA OPERACION DE LAS ACTIVIDADES HAN SIDO TRANSFERIDOS A LA EMPRESA, SALVO CAJA, CUENTAS POR COBRAR, Y PRODUCTOS TERMINADOS.==================================================

8.2 CENTROMIN HA ENTREGADO A EL INVERSIONISTA EL BALANCE DE LA EMPRESA PROYECTADO AL 30 DE JUNIO DE 1997 (LO CUAL SE DENOMINARA DE AQUI EN ADELANTE EL BALANCE PROYECTADO). DICHO BALANCE PROYECTADO SE HA ELABORADO DE ACUERDO CON LOS PRINCIPIOS CONTABLES PERUANOS GENERALMENTE ACEPTADOS.=========

8.3 CENTROMIN DECLARA IGUALMENTE QUE NO CONOCE DE LA EXISTENCIA DE PASIVOS, NI DE CUALESQUIER CONTINGENCIAS DERIVADAS DE RESPONSABILIDADES TRIBUTARIAS, LABORALES O LEGALES O DE CUALQUIER OTRA NATURALEZA DISTINTOS A LOS REGISTRADOS EN LOS LIBROS DE LA EMPRESA QUE ESTAN REFLEJADOS EN EL BALANCE PROYECTADO AL 30 DE JUNIO DE 1997, ASI COMO EL AJUSTADO POR EL BALANCE DE VERIFICACION. EN CASO LA EMPRESA

33

**EXHIBIT "A" TO NOTICE OF REMOVAL**

DESCUBRA : YA SEAN PASIVOS O CONTINGENCIAS NO REGISTRADOS DERIVADOS DE EVENTOS PREVIOS A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, ELLOS SERAN ASUMIDOS POR CENTROMIN EN LA MEDIDA QUE SE HAYAN ORIGINADO EFECTIVAMENTE PREVIAMENTE A LA FECHA DEL PRESENTE CONTRATO Y QUE LAS RECLAMACIONES SURJAN DENTRO DE DOS (2) AÑOS DESPUES DE LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, SALVO EVENTUALIDADES TRIBUTARIAS QUE SE REGIRAN POR LO ESTIPULADO EN EL NUMERAL 8.15 DEL PRESENTE CONTRATO, LAS CUALES SERAN RESPONSABILIDAD DE CENTROMIN POR EL PERIODO INTEGRO EN EL CUAL DICHAS CONTINGENCIAS TRIBUTARIAS PUEDAN ALEGARSE DE ACUERDO CON LA LEY Y SALVO POR AQUELLAS RECLAMACIONES Y OBLIGACIONES QUE NO SEAN EXPRESAMENTE ASUMIDAS POR LA EMPRESA AL AMPARO DEL PRESENTE CONTRATO. QUEDA ENTENDIDO QUE AL AMPARO DE LA PRESENTE CLAUSULA, TODAS LAS RECLAMACIONES Y OBLIGACIONES QUE SURJAN DE ASUNTOS PREVIOS A LA FECHA DEL PRESENTE CONTRATO QUE SE RELACIONEN EN CUALQUIER FORMA CON EL COMPLEJO METALURGICO LA OROYA SEGUIRAN SIENDO RESPONSABILIDAD EXCLUSIVA DE CENTROMIN SALVO EN LO QUE SEAN ESPECÍFICAMENTE ASIGNADOS A LA EMPRESA AL AMPARO DEL PRESENTE CONTRATO. DICHAS RECLAMACIONES Y OBLIGACIONES DE CENTROMIN INCLUYEN EXPRESAMENTE AQUELLAS QUE SURJAN DESPUES DE LA FECHA DE SUSCRIPCION DEL PRESENTE

34

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

CONTRATO QUE SE RELACIONEN CON ASUNTOS PREVIOS A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO.=================================== LOS REEMBOLSOS A QUE SE REFIERE EL PARRAFO ANTERIOR SE EFECTUARAN SOLO A PARTIR DE MONTOS INDIVIDUALES O ACUMULADOS, IGUALES O SUPERIORES A DOSCIENTOS CINCUENTA MIL DOLARES DE LOS ESTADOS UNIDOS DE NORTEAMERICA (US $ 250,000.00) Y SUJETO A QUE LA EMPRESA, DENTRO DEL PLAZO DE DIEZ (10) DIAS NATURALES DE CONOCIDA LA EXISTENCIA DE LA CONTINGENCIA, LO HAGA SABER A CENTROMIN. EN TODO CASO, LA EMPRESA DEBERA HACER DEFENSA ACTIVA DE LOS INTERESES DE CENTROMIN EN LOS POSIBLES RECLAMOS ADMINISTRATIVOS O JUDICIALES QUE PUDIERAN PRESENTARSE HASTA LA ASUNCION POR CENTROMIN, CONFORME AL NUMERAL 8.14 Y CENTROMIN REEMBOLSARA A LA EMPRESA POR LOS COSTOS DE DICHA DEFENSA CUANDO LE SEA SOLICITADO. CADA REEMBOLSO SERA PAGADO POR CENTROMIN A LA EMPRESA DENTRO DE LOS TREINTA (30) DIAS SIGUIENTES A LA FECHA EN QUE LE SEA REQUERIDO POR LA EMPRESA.================== AL VENCIMIENTO DEL PLAZO DE DOS (2) AÑOS, CENTROMIN REEMBOLSARA EL MONTO QUE QUEDE PENDIENTE A ESA FECHA, INCLUSO SI FUERA MENOR A DOSCIENTOS CINCUENTA MIL DOLARES DE LOS ESTADOS UNIDOS DE NORTEAMERICA (US $ 250,000.00).======= DENTRO DE LOS 180 DIAS SIGUIENTES A LA SUSCRIPCION DEL



35

**EXHIBIT "A" TO NOTICE OF REMOVAL**

PRESENTE CONTRATO, SI LA EMPRESA RECIBIERA CUALQUIER SUMA DE DINERO QUE CORRESPONDA A CENTROMIN, LA EMPRESA REEMBOLSARA A CENTROMIN DENTRO DE LOS TREINTA (30) DIAS SIGUIENTES DEL REQUERIMIENTO DE PAGO POR CENTROMIN. ======================

EN EL CASO DE LAS CUENTAS POR PAGAR, ORIGINADAS EN LAS PRACTICAS NORMALES, DE CONTRATOS DE COMPRA DE MATERIALES, NO ENTREGADAS A LA EMPRESA A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, ESTAS DEBERAN SER ASUMIDAS POR LA EMPRESA. =================================================

SI PARA LA ATENCION DE DICHAS ADQUISICIONES, CENTROMIN TUVIERA QUE EMITIR, CARTAS DE CREDITO EN MONTOS PREVIAMENTE ACORDADOS Y OTRAS SIMILARES. LA EMPRESA DEBERA HACER EL REEMBOLSO CORRESPONDIENTE A CENTROMIN. ========================

8.4 EL ANEXO 8.4 CONTIENE LA INFORMACION COMPLETA SOBRE CONTRATOS DE TRABAJO Y CONVENIOS COLECTIVOS DE LOS TRABAJADORES (SE ENTIENDE QUE INCLUYE A LOS EMPLEADOS) DE LA EMPRESA, CON INDICACION DE SUS REMUNERACIONES, TIEMPO DE SERVICIOS Y DISTRIBUCION POR CATEGORIA. CENTROMIN ACUERDA QUE CUALESQUIER OBLIGACION LEGAL O CONVENCIONAL GENERADA POR EL VINCULO LABORAL CON LOS TRABAJADORES MENCIONADOS HASTA LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO SERA DE SU EXCLUSIVA RESPONSABILIDAD, INCLUYENDO REMUNERACIONES,

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

BENEFICIOS. PENSIONES Y CONTRIBUCIONES SOCIALES, EN LOS TERMINOS SEÑALADOS EN EL BALANCE PROYECTADO.- ================ CENTROMIN HA FIRMADO EL CONVENIO COLECTIVO CON LOS TRABAJADORES CON FECHA 20 DE SETIEMBRE DE 1997 Y HA TRANSFERIDO A LOS TRABAJADORES CUBIERTOS POR AQUEL CONVENIO A LA EMPRESA, ESTIPULANDOSE, SIN EMBARGO QUE, CENTROMIN SE RESPONSABILIZARA DE CUALESQUIER SUELDOS O BENEFICIOS (INCLUYENDO SIN LIMITACION CUALESQUIER BENEFICIOS SOCIALES) QUE SE ADEUDEN O DEVENGUEN PREVIAMENTE A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO (INCLUYENDO SIN LIMITACION CUALESQUIER SUELDOS O BENEFICIOS) QUE SE ADEUDEN, DEVENGUEN O QUE SEAN RETROACTIVOS A PARTIR DE 25 DE JULIO DE 1997 CON RESPECTO A CUALQUIER NUEVO CONVENIO CON LOS TRABAJADORES Y CUALESQUIERA QUE SEAN ADEUDADOS, DEVENGADOS O RETROACTIVOS A PARTIR DEL 1 DE MAYO DE 1997, PARA CUALESQUIERA PROFESIONALES O GERENTES Y LA PORCION DE CUALQUIER CESANTIA QUE DEVENGUE EN LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO. CENTROMIN INDEMNIZARA, DEFENDERA Y SALVAGUARDARA A LA EMPRESA DE LOS MISMOS.======================================= LA EMPRESA Y EL INVERSIONISTA DECLARAN CONOCER QUE LAS REMUNERACIONES, BENEFICIOS Y CONDICIONES DE TRABAJO DE LOS TRABAJADORES QUE HAN SIDO TRANSFERIDOS SON LOS QUE CONSTAN



37

EXHIBIT "A" TO NOTICE OF REMOVAL

EN LOS CONVENIOS COLECTIVOS VIGENTES A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO.=================================

EN EL CASO DE RECLAMOS O ACCIONES, ADMINISTRATIVAS O JUDICIALES, QUE SE PRESENTEN CONTRA LA EMPRESA POR REMUNERACIONES, BENEFICIOS U OTROS ASUNTOS DE CARACTER LABORAL DERIVADOS DE HECHOS ANTERIORES A LA SUSCRIPCION DEL PRESENTE CONTRATO, SE CONVIENE QUE LA EMPRESA INFORMARA A CENTROMIN DE LAS INDICADAS ACCIONES DENTRO DE UN PLAZO RAZONABLE DESDE LA NOTIFICACION QUE PERMITA A CENTROMIN EJERCER SU DEFENSA, SIN PERJUICIO DE INICIAR LAS ACCIONES INMEDIATAS QUE SEAN REQUERIDAS PARA LA DEFENSA.===============

SERAN DE RESPONSABILIDAD DE CENTROMIN LA DEFENSA DE LAS INDICADAS ACCIONES Y ASUMIR EL PAGO DE LAS OBLIGACIONES ECONOMICAS QUE RESULTEN DE LAS MISMAS. ASIMISMO SE COMPROMETE A INFORMAR PERIODICAMENTE A LA EMPRESA SOBRE LAS INDICADAS ACCIONES.=================================================

8.5 EL ANEXO 8.5 CONTIENE UNA LISTA COMPLETA DE TODAS LOS TERRENOS SUPERFICIALES, CONCESIONES Y DERECHOS MINEROS Y LICENCIAS DE USO DE AGUA RELATIVOS AL COMPLEJO METALURGICO LA OROYA. TODOS LOS TITULOS DE LOS BIENES INMUEBLES, CONCESIONES Y DERECHOS MINEROS Y LICENCIAS DE USO DE AGUAS: (I) HAN SIDO DEBIDAMENTE TRANSFERIDOS Y REGISTRADOS

38

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

CENTROMIN A LA EMPRESA; (II) SE ENCUENTRAN LIBRES DE DEFECTOS, VALIDOS, EN CORRECTA SITUACION LEGAL Y DESPLIEGAN TODOS SUS EFECTOS. Y (III) ESTAN LIBRES DE CUALQUIER CARGA, GRAVAMEN, EMBARGO, HIPOTECA, USUFRUCTO, Y SERVIDUMBRES, EN ADELANTE GRAVAMENES, EXCEPTO POR LAS SERVIDUMBRES CORRESPONDIENTES AL SISTEMA ELECTRICO DE CENTROMIN.==========

LA EMPRESA ES PROPIETARIA DE TODOS LOS BIENES MUEBLES QUE SE REFLEJAN EN EL BALANCE PROYECTADO, LOS CUALES SE ENCUENTRAN LIBRES DE CARGAS, GRAVAMENES, GARANTIAS O CUALQUIER OTRA RESTRICCION.=============================================================



SI LOS TITULOS NO HAN SIDO OBTENIDOS POR CENTROMIN Y TRANSFERIDOS A LA EMPRESA O TODOS LOS GRAVAMENES NO HAN SIDO LEVANTADOS PREVIAMENTE A LA SUSCRIPCION DEL PRESENTE CONTRATO, CENTROMIN SE COMPROMETE A CONCLUIR LOS TRAMITES QUE SEAN NECESARIOS DENTRO DE UN PLAZO NO MAYOR A SESENTA (60) DIAS CONTADOS A PARTIR DEL REQUERIMIENTO DE LA EMPRESA. VENCIDO DICHO PLAZO SIN HABER CUMPLIDO CON OBTENER LOS TITULOS Y TRANSFERIRLOS A LA EMPRESA O SIN HABER LEVANTADO LOS GRAVAMENES, CENTROMIN OTORGARA UN PODER IRREVOCABLE PARA DICHO FIN. CENTROMIN REEMBOLSARA LOS COSTOS A LA EMPRESA DENTRO DE LOS RANGOS DE PRECIOS RAZONABLES DEL MERCADO LOCAL PARA DICHO TIPO DE SERVICIO.=====================================

39

8.6 EL ANEXO 8.6, CONTIENE UNA LISTA COMPLETA DE TODOS LOS ACTIVOS FIJOS RELATIVOS AL COMPLEJO METALURGICO LA OROYA. TODOS LOS TITULOS. TODOS LOS DERECHOS DE PROPIEDAD Y DERECHOS DE USO DE LOS ACTIVOS FIJOS LISTADOS EN EL INDICADO ANEXO (I) HAN SIDO DEBIDAMENTE TRANSFERIDOS POR CENTROMIN A LA EMPRESA, (II) SE ENCUENTRAN LIBRES DE DEFECTOS, VALIDOS, EN CORRECTA SITUACION LEGAL Y DESPLIEGAN TODOS SUS EFECTOS Y (III) ESTAN LIBRES DE GRAVAMENES, U OTROS DERECHOS O RECLAMOS DE CUALQUIER TERCERO. SI LOS TITULOS Y OTROS DERECHOS DE PROPIEDAD Y DE USO NO HUBIESEN SIDO OBTENIDOS PREVIAMENTE A LA SUSCRIPCION DEL PRESENTE CONTRATO, CENTROMIN SE COMPROMETE A CONCLUIR LOS TRAMITES QUE SEAN NECESARIOS DENTRO DE UN PLAZO NO MAYOR A SESENTA (60) DIAS CONTADOS A PARTIR DEL REQUERIMIENTO DE LA EMPRESA. VENCIDO DICHO PLAZO SIN HABER CUMPLIDO CON OBTENER LOS TITULOS Y TRANSFERIRLOS A LA EMPRESA O SIN HABER LEVANTADO LOS GRAVAMENES, CENTROMIN OTORGA UN PODER IRREVOCABLE PARA DICHO FIN. CENTROMIN REEMBOLSARA LOS COSTOS A LA EMPRESA, LOS CUALES SERAN PAGADOS DENTRO DE LOS TREINTA (30) DIAS SIGUIENTES DEL REQUERIMIENTO POR LA EMPRESA DENTRO DE LOS RANGOS DE PRECIOS RAZONABLES DEL MERCADO LOCAL PARA DICHO TIPO DE SERVICIO.================================================

40

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

8.7 LA EMPRESA HA CUMPLIDO CON TODAS LAS OBLIGACIONES MINERAS QUE CORRESPONDEN A SUS DERECHOS MINEROS, TANTO FORMALES COMO SUSTANTIVAS.================================== TODOS LOS DERECHOS MINEROS SE HALLAN VIGENTES Y NO SE HA INCURRIDO EN CAUSAL ALGUNA DE CADUCIDAD. Y TODAS LAS OBLIGACIONES QUE SURJAN AL AMPARO DE LA LEY GENERAL DE MINERIA HAN SIDO CUMPLIDAS POR CENTROMIN A TRAVES DE 1997.== LOS DERECHOS DE VIGENCIA DE LAS CONCESIONES DE LA EMPRESA HAN SIDO PAGADOS POR EL AÑO 1997.==========================



8.8 EL ANEXO 8.8 CONTIENE LA LISTA DE LAS ACCIONES JUDICIALES, ARBITRALES, ADMINISTRATIVAS. U OTROS PROCEDIMIENTOS PENDIENTES, TODOS LOS CUALES SERAN DE RESPONSABILIDAD CENTROMIN Y NO DE LA EMPRESA. CENTROMIN ASEVERA Y GARANTIZA QUE NO HAY NINGUNA DEMANDA, PROCEDIMIENTOS (JUDICIALES, DE ARBITRAJE O DE OTRA NATURALEZA) QUE ESTEN PENDIENTES O QUE AMENACEN CON RESPECTO A (1) LA EMPRESA (2) EL ACTIVO O PASIVO DE LA EMPRESA; (3) CUALQUIER ASUNTO AMBIENTAL QUE HAYA OCURRIDO PREVIAMENTE A LA FECHA DEL PRESENTE CONTRATO; (4) O EN BASE A LAS TRANSACCIONES CONTEMPLADAS AL AMPARO DEL PRESENTE CONTRATO, INCLUYENDO SIN LIMITACION. CUALESQUIER DEMANDAS DE CUALQUIER POSTOR PREVIO.===================================

41

8.9. TODOS AQUELLOS CONTRATOS Y ACUERDOS, ARRENDAMIENTOS, Y OTROS CONTRATOS Y GARANTIAS RELACIONADOS A ELLOS, CON RELACION AL COMPLEJO METALURGICO LA OROYA, SON ENUMERADOS EN EL ANEXO 8.9. TODO ESTOS HAN SIDO DEBIDA Y LEGALMENTE CEDIDOS A LA EMPRESA, TODOS LOS CUALES ESTAN PLENAMENTE VIGENTES Y EN EFECTO Y NO SE HA NOTIFICADO NINGUNA MORA NI, DE ACUERDO CON EL MEJOR SABER DE CENTROMIN, EXISTE NINGUN MOTIVO PARA AFIRMAR CUALESQUIERA DE DICHOS CASOS DE MORA O INCUMPLIMIENTO.=================================================

CENTROMIN SE RESPONSABILIZARA DE CUALESQUIER ASUNTOS QUE SURJAN DE CUALQUIERA DE DICHOS CONTRATOS PREVIAMENTE A LA FECHA DEL PRESENTE CONTRATO E INDEMNIZARA Y SALVAGUARDARA A LA EMPRESA DE LOS MISMOS, INCLUYENDO SIN LIMITACION, TODAS LAS DEMANDAS (INCLUYENDO DEMANDAS DE PRODUCTOS FUERA DE ESPECIFICACION) VIOLACIONES DE CONTRATOS, DEVOLUCIONES Y SIMILARES EN LA MEDIDA QUE NO SEAN REFLEJADOS EN EL BALANCE DE VERIFICACION.===================================================

EL NUMERAL 8.16 ENUMERA TODAS LAS INFORMACIONES, DATOS, PROPIEDAD INTELECTUAL, DERECHOS INTANGIBLES Y TECNOLOGIA QUE SEA PERTINENTE PARA EL COMPLEJO METALURGICO LA OROYA Y TODOS LOS PROCESOS Y OTRAS PROPIEDADES INTELECTUALES QUE SE REQUIEREN PARA EL MISMO. TODOS ELLOS SE TRANSFIEREN A LA

42

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

EMPRESA SIN REGALIAS Y ESTAN LIBRES DE GRAVAMENES, OBLIGACIONES Y LITIGIOS U OTRAS DEMANDAS CUALESQUIERA QUE SEAN Y CENTROMIN INDEMNIZARA Y SALVAGUARDARA A LA EMPRESA DE CUALESQUIER DEMANDA RELACIONADA CON LOS MISMOS.================

CENTROMIN HA INFORMADO A LA EMPRESA QUE "LA POLIZA DE DAÑOS MATERIALES Y LUCRO CESANTE" ESTARA VIGENTE HASTA EL 16 DE DICIEMBRE DE 1997. LA EMPRESA TENDRA LA OPCION DE CONTINUAR GOZANDO DE LA COBERTURA DE LA POLIZA HASTA LA CONCLUSION DE LA MISMA, SIN COSTO ALGUNO. PARA TAL EFECTO LA EMPRESA DEBERA COMUNICAR SU DESEO DE SEGUIR O NO CON ESTA POLIZA EN EL PLAZO DE QUINCE (15) DIAS CONTADOS A PARTIR DE LA SUSCRIPCION DEL PRESENTE CONTRATO. VENCIDO DICHO PLAZO SIN RECIBIR COMUNICACION ALGUNA SE ENTENDERA QUE NO HAY INTENCION DE CONTINUAR CON LA POLIZA.==========================



8.10 EL ANEXO 8.10 CONTIENE UNA LISTA DE TODAS LAS LICENCIAS, PERMISOS, DERECHOS, CERTIFICACIONES, FRANQUICIAS, AUTORIZACIONES, APROBACIONES Y CONSENTIMIENTOS RELACIONADOS CON EL COMPLEJO METALURGICO LA OROYA (EN ADELANTE "LICENCIAS"). TODAS LAS "LICENCIAS" (I) HAN SIDO DEBIDAMENTE TRANSFERIDAS POR CENTROMIN A LA EMPRESA; (II) SE ENCUENTRAN LIBRES DE DEFECTOS, VALIDOS, EN CORRECTA SITUACION LEGAL Y DESPLIEGAN TODOS SUS EFECTOS. Y (III) ESTAN LIBRES DE

43

CUALQUIER GRAVAMENES, O DERECHOS O RECLAMOS DE CUALQUIER TERCERO (IV) CONSTITUYEN TODAS LAS "LICENCIAS" REQUERIDAS POR LA EMPRESA PARA CUMPLIR CON TODAS LAS LEYES, NORMAS Y REGULACIONES. CENTROMIN ACUERDA INDEMNIZAR, DEFENDER Y PROTEGER DE DAÑOS A LA EMPRESA Y SUS ACCIONISTAS, DIRECTORES, FUNCIONARIOS, EMPLEADOS, AGENTES Y CONTRATISTAS INDEPENDIENTES DE RECLAMOS, DEMANDAS, JUICIOS, ACCIONES, PROCESOS Y PERJUICIOS CAUSADOS POR O COMO RESULTADO DE CUALQUIER INEXACTITUD EN LA ANTERIOR DECLARACION.==============

8.11 TODA MATERIA PRIMA, TRABAJOS EN PROCESO, REPUESTOS Y SUMINISTROS, INVENTARIOS Y MUESTRARIOS, QUE SE ENCUENTREN, RELACIONADOS CON EL COMPLEJO METALURGICO LA OROYA: (I) HAN SIDO TRANSFERIDOS POR CENTROMIN A LA EMPRESA, (II) SON COMERCIALIZABLES Y ADECUADOS PARA EL PROPOSITO CORRESPONDIENTE.====================================================

8.12 TODOS LOS LIBROS, DOCUMENTOS, REGISTROS, LIBROS CONTABLES, ARCHIVOS, CORRESPONDENCIA GENERAL Y RELATIVA AL MEDIO AMBIENTE, LISTAS, MAPAS TOPOGRAFICOS, INFORMACION DE MECANICA DE SUELOS, MATERIAL CREATIVO, INFORMACION SOBRE VENTAS, PUBLICIDAD Y PROMOCION, REGISTROS DE PERSONAL Y FINANCIEROS Y DOCUMENTOS RELACIONADOS, ESTUDIOS, REPORTES Y CUALQUIER OTRO DOCUMENTO ESCRITO O IMPRESO RELACIONADO CON

44

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

EL COMPLEJO METALURGICO LA OROYA, HA SIDO TRANSFERIDO POR CENTROMIN A LA EMPRESA.========================================================

8.13 EN LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, TODOS LAS INSTALACIONES, TERRENOS, BIENES MUEBLES E INTANGIBLES, Y OTROS ACTIVOS, QUE SE ENCUENTRAN DENTRO DE LOS LINDEROS DE LAS DIFERENTES PLANTAS, EDIFICACIONES Y, EN GENERAL, PROPIEDADES DEL COMPLEJO METALURGICO LA OROYA, HA SIDO TRANSFERIDO POR CENTROMIN A LA EMPRESA Y SON DE PROPIEDAD EXCLUSIVA DE LA EMPRESA.==================================================



8.14 DE RECIBIR LA EMPRESA O EL INVERSIONISTA, ALGUNA DEMANDA O NOTIFICACION JUDICIAL, ADMINISTRATIVA O DE CUALQUIER OTRA INDOLE, RELACIONADA CON ALGUN HECHO O ACTO COMPRENDIDO DENTRO DE LAS RESPONSABILIDADES, DECLARACIONES Y GARANTIAS DE CENTROMIN. SE COMPROMETEN A INFORMARLO A CENTROMIN DENTRO DE UN PLAZO RAZONABLE QUE PERMITA A CENTROMIN EJERCER SU DERECHO DE DEFENSA, LIBERANDO A LA EMPRESA O A EL INVERSIONISTA DE CUALESQUIER OBLIGACIONES CON RESPECTO A LOS MISMOS Y CENTROMIN QUEDARA OBLIGADA A ASUMIR INMEDIATAMENTE DICHAS OBLIGACIONES TAN PRONTO SEA NOTIFICADO. LA EMPRESA TAMBIEN TENDRA DERECHO A SER REPRESENTADA EN DICHOS PROCEDIMIENTOS POR ABOGADOS QUE HAYA ESCOGIDO Y CUYOS HONORARIOS CORRAN POR SU EXCLUSIVA CUENTA.

45

CENTROMIN MANTENDRA A LA EMPRESA PLENAMENTE INFORMADA DE TODOS LOS ASPECTOS Y ACTIVIDADES RELACIONADOS CON DICHA DEFENSA, INCLUYENDO EL SUMINISTRO DE EJEMPLARES DE TODOS LOS PAPELES LEGALES, ALEGATOS Y OTROS ASUNTOS.========================

8.15 CENTROMIN, HA CUMPLIDO CON LA PRESENTACION DE TODAS LAS DECLARACIONES DE TRIBUTOS NACIONALES, REGIONALES, MUNICIPALES A LAS QUE SE ENCONTRABA OBLIGADA RESPECTO AL COMPLEJO METALURGICO LA OROYA Y HA PAGADO TODOS LOS TRIBUTOS QUE LE CORRESPONDEN, APAREZCAN O NO EN ESAS DECLARACIONES, O HA ESTABLECIDO LA RESERVA CORRESPONDIENTE EN EL BALANCE PROYECTADO.========================================

CENTROMIN, POR LO TANTO, DECLARA QUE ASUMIRA EL PAGO DE LAS CONTINGENCIAS TRIBUTARIAS GENERADAS POR TRIBUTOS COMPRENDIDOS DENTRO DEL SISTEMA TRIBUTARIO NACIONAL O DE CUALQUIER OTRA ENTIDAD PUBLICA CON POSTERIORIDAD A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO Y QUE CORRESPONDAN A OBLIGACIONES DERIVADAS DE HECHOS IMPONIBLES, O PAGOS DEVENGADOS, CON ANTERIORIDAD A DICHA FECHA, SIEMPRE Y CUANDO NO SE ENCUENTREN REFLEJADOS EN EL BALANCE PROYECTADO.==========

CENTROMIN ASUMIRA EL PAGO DE TALES TRIBUTOS ASI COMO DE LOS INTERESES, RECARGOS Y MORAS A QUE HUBIERE LUGAR Y CUALQUIER AJUSTE DE LA DEUDA TRIBUTARIA.==============================

46

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

8.16 EN LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, CENTROMIN HA TRANSFERIDO A LA EMPRESA TODOS SUS DERECHOS, TITULOS E INTERESES Y TODOS LOS DERECHOS INTANGIBLES EN RELACION A TODA LA INFORMACION Y DATOS DE LAS ACTIVIDADES COMERCIALES, FINANCIERAS, CONTABLES, TECNICAS, AMBIENTALES Y LEGALES QUE SE RELACIONEN CON EL COMPLEJO METALURGICO LA OROYA, ESTEN O NO UBICADOS EN LAS OFICINAS DE CENTROMIN O EN EL COMPLEJO METALURGICO LA OROYA, INCLUYENDO AQUELLOS QUE SE RELACIONAN CON LA INFORMACION CON RELACION AL COMPLEJO METALURGICO LA OROYA PREVIAMENTE A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, FUERA DE AQUELLOS QUE ERAN ABSOLUTAMENTE NECESARIOS PARA QUE CENTROMIN CUMPLA CON SUS OBLIGACIONES AL AMPARO DEL PRESENTE CONTRATO (Y CUANDO AQUELLAS OBLIGACIONES HAYAN SIDO EJECUTADAS), DICHOS REGISTROS SERAN TRANSFERIDOS A LA EMPRESA Y LA EMPRESA Y SUS REPRESENTANTES TENDRAN EJEMPLARES Y ACCESO PLENO, LIBRE Y COMPLETO A LA INFORMACION. DICHA INFORMACION TRANSFERIDA A LA EMPRESA INCLUYE, SIN LIMITACION, TODOS LOS SIGUIENTES:====
A) TODOS LOS DATOS E INFORMACION EN EL DATA ROOM;==============
B) TODAS LAS LISTAS DE CLIENTES, CONTRATOS Y OTRA INFORMACION COMERCIAL DEL COMPLEJO METALURGICO LA OROYA;====
C) TODOS LOS REGISTROS CONTABLES DEL COMPLEJO METALURGICO LA

47

OROYA;=============================================================

D) TODA LA INFORMACION CON RELACION A PRODUCCION, EQUIPO, MAPAS, PLANOS DE INGENIERIA, EDIFICIOS, ESPECIFICACIONES DE PROCESOS, AQUILATADOS, INFORMACION METALURGICA, INFORMACION DE PROCESOS Y TODOS LOS PROCESOS Y OTRAS PROPIEDADES INTELECTUALES Y OTRA INFORMACION SIMILAR O DISTINTA CON RELACION A LAS OPERACIONES DEL COMPLEJO METALURGICO LA OROYA;==============================================================

E) TODOS LOS REGISTROS RELACIONADOS CON EL AGUA Y AIRE Y TODA LA CORRESPONDENCIA CON RELACION A LAS OBLIGACIONES AMBIENTALES DEL COMPLEJO METALURGICO LA OROYA;===================

F) TODAS LAS PATENTES, PROPIEDAD INTELECTUAL, MARCAS COMERCIALES (INCLUYENDO LAS DEL "LONDON METAL EXCHANGE"), SECRETOS COMERCIALES Y OTROS BIENES INTELECTUALES E INTANGIBLES RELACIONADOS CON EL COMPLEJO METALURGICO LA OROYA;==============================================================

G) TODA LA OTRA INFORMACION COMERCIAL, LEGAL Y TECNICA RELACIONADA CON EL COMPLEJO METALURGICO LA OROYA;==============

H) TODA LA INFORMACION GEOLOGICA CON RELACION A LAS ACTIVIDADES MINERAS DEL COMPLEJO METALURGICO LA OROYA, INCLUYENDO SIN LIMITACION LAS CANTERAS DE CAL, ARCILLA Y AGREGADOS, EL MONTO Y CALIDAD DE LAS RESERVAS Y CUALESQUIERA

48

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

FUENTES ALTERNAS DE ABASTECIMIENTO.================================

I) TODOS LOS DERECHOS INTANGIBLES CON RESPECTO A RECLAMOS CONTRA TERCEROS REFERENTES A CUALQUIERA DE LOS ACTIVOS. ======

J) LA POLIZA DE DAÑOS MATERIALES Y LUCRO CESANTE EN LOS TERMINOS SEÑALADOS EN EL ULTIMO PARRAFO DEL NUMERAL 8.9;======

K) TODOS LOS PERMISOS DE OPERACION Y LICENCIAS Y CUALQUIER OTRA AUTORIZACION GUBERNAMENTAL NECESARIA PARA LA OPERACION DEL COMPLEJO METALURGICO LA OROYA.================================



CENTROMIN ASEVERA Y GARANTIZA QUE, INMEDIATAMENTE ANTES DE LA TRANSFERENCIA DE LOS MISMOS A LA EMPRESA TENIA EL EXCLUSIVO DERECHO, TITULO E INTERESES SOBRE TODOS LOS ACTIVOS MENCIONADOS EN EL PRESENTE CONTRATO, INCLUYENDO SIN LIMITACION AQUELLOS IDENTIFICADOS EN LOS LITERALES DE LA (A) A LA (K) QUE ANTECEDEN. TODOS AQUELLOS ACTIVOS, INCLUYENDO SIN LIMITACION AQUELLOS QUE ESTAN DESCRITOS EN LOS LITERALES DE LA (A) A LA (K) QUE ANTECEDEN, ESTAN LIBRES DE TODO GRAVAMENES, DEMANDA, OBLIGACION O INTERES DE CUALQUIER TERCERO. CENTROMIN INDEMNIZARA, DEFENDERA Y SALVAGUARDARA A LA EMPRESA DE Y CONTRA CUALESQUIER Y TODA DEMANDA, RECLAMACION, ACCION Y PROCEDIMIENTO QUE ASEVERE CUALESQUIER DERECHOS, TITULOS, INTERESES O GRAVAMENES RELACIONADOS CON LOS MISMOS Y ASEGURARA DICHOS DERECHOS, TITULOS E INTERESES

49

EN NOMBRE DE LA EMPRESA EN LA MEDIDA QUE NO SEAN PLENAMENTE TRANSFERIDOS A LA EMPRESA EN O ANTES DE LA FECHA SUSCRIPCION DEL PRESENTE CONTRATO PARA PERMITIR A LA EMPRESA TENER EL BENEFICIO DEL USO DE LOS MISMOS. CENTROMIN TENDRA LA RESPONSABILIDAD DE EFECTUAR DICHAS TRANSFERENCIAS EN UN PLAZO NO MAYOR DE SESENTA (60) DIAS. VENCIDO DICHO PLAZO SIN HABER CUMPLIDO CON DICHAS TRANSFERENCIAS, CENTROMIN OTORGA UN PODER IRREVOCABLE A LA EMPRESA PARA DICHO FIN. CENTROMIN REEMBOLSARA LOS COSTOS Y GASTOS DE DICHAS TRANSFERENCIAS.==== ASIMISMO TODA ACCION O LITIGIO QUE SEA NECESARIO PARA EFECTUAR DICHAS TRANSFERENCIAS A LA EMPRESA, LOS CUALES SERAN PAGADOS DENTRO DE LOS TREINTA (30) DIAS SIGUIENTES DEL REQUERIMIENTO POR LA EMPRESA. DICHOS COSTOS Y GASTOS NO EXCEDERAN LOS PRECIOS RAZONABLES DEL MERCADO LOCAL.========

8.17 CENTROMIN ASEVERA Y GARANTIZA QUE HA PUESTO A DISPOSICION DE EL INVERSIONISTA TODA LA INFORMACION Y DATOS BAJO SU POSESION O CONTROL PARA PERMITIRLE A EL INVERSIONISTA QUE EFECTUE SU "DUE DILIGENCE". CENTROMIN ASEVERA Y GARANTIZA ADEMAS QUE DICHA INFORMACION SIGUE SIENDO CORRECTA.============================================= CENTROMIN TAMBIEN GARANTIZA QUE DESDE EL 11 DE ABRIL DE 1997 NO HA REALIZADO CAMBIOS PERJUDICIALES A LOS NEGOCIOS Y

50

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

OPERACIONES DEL COMPLEJO METALURGICO LA OROYA, HABIENDOLO OPERADO UNICAMENTE EN EL TRANSCURSO NORMAL DEL NEGOCIO, SIN HABER EFECTUADO CAMBIOS PERJUDICIALES EN LOS METODOS DE OPERACION O LAS PRACTICAS DE REEMPLAZO DE EQUIPO, NI MANTENIMIENTO Y QUE A LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO HAY SUFICIENTE INVENTARIO EN PRODUCTOS EN PROCESO Y DE MATERIALES Y REPUESTOS PARA LA OPERACION NORMAL DEL COMPLEJO METALURGICO LA OROYA A NIVELES DE EFICIENCIA NO MENORES QUE LOS OBTENIDOS DURANTE 1996.===========================



CENTROMIN ASEVERA Y GARANTIZA QUE LOS CAMBIOS HABIDOS DESDE EL 11 DE ABRIL DE 1997 DE ACTIVOS O PASIVOS DEL COMPLEJO METALURGICO LA OROYA SON PROPIOS DE LA MARCHA NORMAL DEL NEGOCIO.=========================================================

8.18 SI LUEGO DE HABERSE CUMPLIDO CON EL ACTA DE ENTREGA, RECEPCION Y VALORIZACION, SE ENCONTRARA ACTIVOS QUE DEBIERON SER TRANSFERIDOS Y NO LO FUERON; ESTOS DEBERAN SER TRANSFERIDOS POR CENTROMIN A LA EMPRESA. AL SOLO REQUERIMIENTO DE UNA DE CENTROMIN Y LA EMPRESA. EN CASO DE EXISTIR DESACUERDOS EN LA TRANSFERENCIA DE ESTOS ACTIVOS DICHAS PARTES DEBERAN ACUDIR A UNA DIRIMENCIA EFECTUADA POR UN PERITO. A SER NOMINADO DE COMUN ACUERDO Y REALIZADA POR UNA FIRMA ACREDITADA DE AUDITORIA. SI CENTROMIN Y LA EMPRESA

51

NO LOGRASEN PONERSE DE ACUERDO EN LA NOMINACION DEL PERITO, SERA SELECCIONADA POR LA EMPRESA ENTRE LAS FIRMAS AUDITORAS SEÑALADAS EN EL NUMERAL 4.2. SI EL VALOR DE LOS ACTIVOS EXCEDIERA LOS US$50,000. DICHAS PARTES DEBERAN REGIRSE POR LO DISPUESTO EN LA CLAUSULA DECIMO SEGUNDA.=================

8.19 CENTROMIN OTORGA A EL INVERSIONISTA UN DERECHO DE PREFERENCIA EN LA ADQUISICION DE HASTA EL 30% DE LAS ACCIONES O DE LA EMPRESA MINERA PARAGSHA S.A. O DE LA EMPRESA DE ELECTRICIDAD DE LOS ANDES S.A.===================

EL INVERSIONISTA DEBERA MANIFESTAR SU INTERES EN MANTENER UNA U OTRA OPCION, A MAS TARDAR EN LA FECHA LIMITE PARA PRESENTAR CONSULTAS EN EL CONCURSO PARA LA VENTA DE LAS ACCIONES DE LA EMPRESA QUE CORRESPONDA A SU INTERES Y, LUEGO CONFIRMAR SU INTENCION DE EJERCER LA OPCION DENTRO DE LOS 10 DIAS NATURALES INMEDIATAMENTE SIGUIENTES A LA FECHA DE LOS RESPECTIVOS OTORGAMIENTOS DE LA BUENA PRO.=================

8.20. DESPUES DE LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO, CENTROMIN EJECUTARA Y ENTREGARA TODOS LOS INSTRUMENTOS DE TRANSFERENCIA, CESION Y ENTREGA Y REALIZARA LAS ACCIONES QUE LA EMPRESA PUEDA REQUERIR PARA EFECTIVIZAR LA TRANSFERENCIA, CESION, Y LA ENTREGA A LA EMPRESA Y COLOCAR A LA EMPRESA EN POSESION Y CONTROL DE TODOS LOS

52

**EXHIBIT "A" TO NOTICE OF REMOVAL**

ANIBAL CORVETTO ROMERO
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

ACTIVOS.===============================================================

CLAUSULA NOVENA===============================AJUSTE DE BALANCE

9.1 DENTRO DE LOS NOVENTA (90) DIAS SIGUIENTES A LA

SUSCRIPCION DEL PRESENTE CONTRATO, SE PREPARARA UN BALANCE

QUE MUESTRE LA SITUACION DE LA EMPRESA A LA FECHA DE

SUSCRIPCION DEL PRESENTE CONTRATO, (EN ADELANTE EL BALANCE

DE VERIFICACION). EN LA PREPARACION DE ESTE BALANCE SE

DEBERA UTILIZAR LOS MISMOS CRITERIOS, PRINCIPIOS Y

CONSIDERACIONES ASUMIDOS EN LA ELABORACION DE EL BALANCE



PROYECTADO.============================================================

DICHO BALANCE DE VERIFICACION SE ELABORARA DE ACUERDO CON

LOS PRINCIPIOS CONTABLES PERUANOS GENERALMENTE ACEPTADOS

APLICADOS SOBRE UNA BASE CONSISTENTE Y DE ACUERDO CON LAS

MISMAS PRACTICAS USADAS PARA LA ELABORACION DE EL BALANCE

PROYECTADO.============================================================

9.2 EL BALANCE DE VERIFICACION SERA PREPARADO POR LA EMPRESA

E INFORMADO POR UNA FIRMA DE AUDITORES INDEPENDIENTES DE

PRESTIGIO INTERNACIONAL, ELEGIDA POR CENTROMIN ENTRE UN

MINIMO DE TRES FIRMAS PROPUESTAS POR EL INVERSIONISTA.=======

LOS HONORARIOS DE LOS AUDITORES SERAN ASUMIDOS POR

CENTROMIN.===========================================================

9.3 EL BALANCE PROYECTADO SERA COMPARADO CON EL BALANCE DE

53

EXHIBIT "A" TO NOTICE OF REMOVAL

VERIFICACION. SI LA DIFERENCIA ENTRE LOS ACTIVOS CORRIENTES NETOS Y LOS PASIVOS CORRIENTES PRESENTADOS EN EL BALANCE PROYECTADO. EXCEDIERA EN MAS DEL 5% A LA DIFERENCIA ENTRE LOS ACTIVOS CORRIENTES NETOS Y LOS PASIVOS CORRIENTES PRESENTADOS EN EL BALANCE DE VERIFICACION, CENTROMIN PAGARA A LA EMPRESA UN MONTO EQUIVALENTE AL EXCESO POR ENCIMA DE DICHO 5%. ============================================

SI, POR EL CONTRARIO, LA DIFERENCIA ENTRE LOS ACTIVOS CORRIENTES NETOS Y LOS PASIVOS CORRIENTES PRESENTADOS EN EL BALANCE DE VERIFICACION EXCEDIERA, EN MAS DEL 5% DE ESTA MISMA DIFERENCIA, A LA DIFERENCIA ENTRE LOS ACTIVOS CORRIENTES NETOS Y LOS PASIVOS CORRIENTES PRESENTADOS EN EL BALANCE PROYECTADO, LA EMPRESA PAGARA A CENTROMIN EL MONTO EQUIVALENTE AL EXCESO SOBRE ESTE 5%.============================

9.4 LA DIFERENCIA A SER REINTEGRADA POR CENTROMIN A LA EMPRESA, O VICEVERSA, ESTA REFERIDA EXCLUSIVAMENTE A LA DIFERENCIA ENTRE ACTIVOS Y PASIVOS CORRIENTES Y NO DARA CONSIDERACION DE NINGUNA NATURALEZA A ACTIVOS FIJOS, ACTIVOS INTANGIBLES, OTROS ACTIVOS U OTROS PASIVO, LOS QUE SERAN ASUMIDOS EN LO QUE SE INDIQUE EN EL BALANCE DE VERIFICACION Y EN LA CONDICION Y SITUACION FISICA EN QUE ESTOS SE ENCUENTREN, Y QUE TALES EQUIPOS Y FACILIDADES ESTAN

54

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: oncoro @ amauta. rcp: net. pe

FUNCIONANDO DE LA MISMA MANERA COMO LO ESTABAN EL 11 DE ABRIL DE 1997.================================================

LOS CRITERIOS DE VALUACION DE LOS ACTIVOS Y PASIVOS CORRIENTES CON QUE SE EFECTUO EL BALANCE PROYECTADO SE USARAN DE IGUAL MODO AL PREPARAR EL BALANCE DE VERIFICACION. CENTROMIN HABRA SUMINISTRADO PREVIAMENTE A EL INVERSIONISTA LAS PRACTICAS Y NORMAS EN BASE A LAS CUALES SE ELABORO EL BALANCE PROYECTADO.========================================



9.5 LA DIFERENCIA SERA PAGADA POR LA PARTE QUE SE HUBIESE BENEFICIADO, DENTRO DE LOS TREINTA (30) DIAS POSTERIORES A LA PRESENTACION DE EL BALANCE DE VERIFICACION, CON LA INCLUSION DE INTERESES A LA TASA LIBOR ACTIVA A TRES MESES PUBLICADA POR REUTER Y APLICABLE A PARTIR DE LA FECHA DE SUSCRIPCION DEL PRESENTE CONTRATO.======================= EL PAGO SE EFECTUARA EN DOLARES DE LOS ESTADOS UNIDOS DE NORTEAMERICA.========================================

9.6 EN GARANTIA DE LA POSIBLE RESTITUCION QUE PUDIERA ORIGINARSE A FAVOR DE LA EMPRESA, EL 5% DE LA SUMA DE LOS ACTIVOS CORRIENTES MAS LOS PASIVOS CORRIENTES DE EL BALANCE PROYECTADO, SE MANTENDRA EN RESERVA EN UNA CUENTA DE AHORRO CONJUNTA QUE EL BANCO SANTANDER ABRIRA A NOMBRE DE CENTROMIN Y LA EMPRESA. HASTA LA DEFINICION PREVISTA EN EL NUMERAL

55

9.3. ═══════════════════════════════════════════════════

9.7 EN GARANTIA DE LA POSIBLE RESTITUCION QUE PUDIERA ORIGINARSE A FAVOR DE CENTROMIN. EL INVERSIONISTA ENTREGARA UNA CARTA FIANZA BANCARIA EMITIDA POR UN BANCO LOCAL CON CARACTER IRREVOCABLE. INCONDICIONADA, SIN BENEFICIO DE EXCUSION, SOLIDARIA O UNA CARTA DE CREDITO BAJO LA FORMA DE "STAND BY LETTER OF CREDIT", EMITIDA POR CUALQUIERA DE LOS BANCOS MENCIONADOS EN LA CIRCULAR NO. 018-97-EF/90 DEL BANCO CENTRAL DE RESERVA, CON CARACTER IRREVOCABLE, AVISADA Y CONFIRMADA POR UN BANCO LOCAL. AMBAS DE REALIZACION AUTOMATICA, VALIDAS POR UN PERIODO NO MENOR A CIENTO CINCUENTA (150) DIAS CONTADOS A PARTIR DE LA SUSCRIPCION DEL PRESENTE CONTRATO, EMITIDA A FAVOR DE CENTROMIN, POR UN MONTO EQUIVALENTE AL 5% DE LA SUMA DE LOS ACTIVOS CORRIENTES MAS LOS PASIVOS CORRIENTES DE EL BALANCE PROYECTADO. ════════ EL INFORME QUE EMITIRA LA EMPRESA DE AUDITORES RESPECTO A LA COMPARACION DE EL BALANCE PROYECTADO Y EL BALANCE DE VERIFICACION SERA FINAL.═══════════════════════════════════════════ SI EN APLICACION DE LO SEÑALADO EN LOS NUMERALES 9.3 Y 9.4 HUBIERA UN PAGO A FAVOR DE CENTROMIN, LA EMPRESA CUMPLIRA CON EL MISMO SEGUN SE SEÑALA EN EL NUMERAL 9.5. EN CASO DE INCUMPLIMIENTO, CENTROMIN PROCEDERA A COBRAR LA SUMA QUE

56

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

CORRESPONDA CONTRA LA  FIANZA BANCARIA O LA CARTA DE  CREDITO BAJO LA FORMA DE "STAND BY LETTER  OF CREDIT", SEÑALADA EN EL NUMERAL  9.7, LA  SUMA  QUE CORRESPONDA  CON  SUS  INTERESES, QUEDANDO DE LIBRE  DISPOSICION EL SALDO.  QUEDANDO, ASIMISMO, LIBERADO DEL DEPOSITO  SEÑALADO EN EL NUMERAL 9.6, SIENDO  DE LIBRE DISPONIBILIDAD LA SUMA RETENIDA.===================



SI EN APLICACION  DE LO SEÑALADO  EN LOS NUMERALES 9.3  Y 9.4 EXISTIESE UN PAGO  A FAVOR DE LA EMPRESA, CENTROMIN  CUMPLIRA CON  EL MISMO SEGUN SE SEÑALA  EN EL NUMERAL  9.5.  EN CASO DE INCUMPLIMIENTO,  LA  EMPRESA  PODRA  COBRAR  LA  SUMA  QUE CORRESPONDA CON  SUS INTERESES AL  BANCO **SANTANDER** CONTRA  EL DEPOSITO SEÑALADO  EN EL  NUMERAL 9.6, QUEDANDO  EL SALDO  DE LIBRE  DISPOSICION  DE  CENTROMIN  Y  QUEDANDO  LIBERADA, ASIMISMO, LA  FIANZA BANCARIA O LA  CARTA DE CREDITO BAJO  LA FORMA DE "STAND BY  LETTER OF CREDIT" SEÑALADA EN EL  NUMERAL 9.7.=================================================

CLAUSULA DECIMA============CESION DE DERECHOS Y/U OBLIGACIONES EL INVERSIONISTA  Y LA  EMPRESA  OTORGAN  SU APROBACION,  POR ADELANTADO A  LA  SUBSTITUCION  DE  LA  POSICION  CONTRACTUAL DERIVADA DEL  PRESENTE CONTRATO O LA  CESION DE LOS  DERECHOS Y/U  OBLIGACIONES QUE  PUDIERA ORIGINAR  EN BASE  A ELLA  QUE CENTROMIN PUDIERA CUMPLIR Y CENTROMIN  OTORGA LOS DERECHOS  Y

57

APROBACIONES CORRESPONDIENTES A EL INVERSIONISTA Y A LA EMPRESA, SUJETO A LA LEY APLICABLE Y AL PRESENTE CONTRATO EN EL NUMERAL 7.2 QUE ANTECEDE.=================================

LA SUBSTITUCION SERA COMUNICADA A EL INVERSIONISTA Y A LA EMPRESA EN EL CASO DE CENTROMIN Y A CENTROMIN EN EL CASO DE EL INVERSIONISTA Y LA EMPRESA MEDIANTE CARTA NOTARIAL. EL SUCESOR ASUMIRA LOS DERECHOS Y OBLIGACIONES QUE SE ORIGINEN EN BASE AL PRESENTE CONTRATO A PARTIR DE LA FECHA DE DICHA COMUNICACION.=====================================

EN RAZON DEL DECRETO SUPREMO N° 042-97-PCM APROBADO EL 19 DE SETIEMBRE DE 1997 Y DE ACUERDO CON EL DECRETO LEY NO. 25570 Y LA LEY NO.26438 Y AL CONTRATO DE GARANTIA CORRESPONDIENTE CELEBRADO AL AMPARO DE AQUEL DECRETO, EL GOBIERNO DEL PERU ESTA OBLIGADO A GARANTIZAR TODAS LAS OBLIGACIONES DE CENTROMIN AL AMPARO DEL PRESENTE CONTRATO; DICHA GARANTIA SOBREVIVIRA LA TRANSFERENCIA DE CUALESQUIERA DE LOS DERECHOS Y OBLIGACIONES DE CENTROMIN Y CUALQUIER LIQUIDACION DE CENTROMIN.=======================================

CLAUSULA DECIMO PRIMERA==================LEY APLICABLE

EL PRESENTE CONTRATO SE REGIRA Y EJECUTARA DE ACUERDO A LAS LEYES DE LA REPUBLICA DEL PERU. LAS PARTES HAN ELABORADO, FIRMADO Y ACEPTADO TAMBIEN UNA TRADUCCION OFICIAL EN INGLES

58

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

DEL PRESENTE CONTRATO PERO ENTIENDEN QUE LA VERSION EN CASTELLANO DEL PRESENTE CONTRATO ES LA VERSION LEGAL QUE PRIMA.===========================================================

CLAUSULA DECIMO SEGUNDA==============================ARBITRAJE CUALQUIER LITIGIO, CONTROVERSIA, DESAVENENCIA, DIFERENCIA O RECLAMACION QUE SURJA ENTRE LAS PARTES RELATIVOS A LA INTERPRETACION, EJECUCION O VALIDEZ DERIVADO O RELACIONADO CON EL PRESENTE CONTRATO QUE NO PUEDA SER RESUELTO DE MUTUO ACUERDO ENTRE ELLAS, SERA SOMETIDO A ARBITRAJE DE DERECHO, DE CARACTER INTERNACIONAL AL AMPARO DE LAS REGLAS Y PROCEDIMIENTOS TAL COMO FUERON ESTABLECIDOS POR UNCITRAL. EL LUGAR DE DICHO ARBITRAJE SERA EN LONDRES, INGLATERRA O EN AQUELLA OTRA UBICACION QUE LAS PARTES PUEDAN ACORDAR. CADA PARTE TENDRA EL DERECHO DE CONVOCAR Y CONTRAINTERROGAR A TESTIGOS Y EMPRENDER EL DESCUBRIMIENTO.=======================



LOS ARBITROS SERAN TRES (3), DE LOS CUALES CADA UNA DE LAS PARTES DESIGNARA A UNO Y LOS DOS ARBITROS ASI DESIGNADOS NOMBRARAN AL TERCERO, QUIEN PRESIDIRA EL TRIBUNAL ARBITRAL. SI UNA PARTE NO NOMBRA AL ARBITRO QUE LE CORRESPONDE DENTRO DE LOS QUINCE (15) DIAS NATURALES DE RECIBIDO EL REQUERIMIENTO ESCRITO DE LA PARTE QUE SOLICITA EL ARBITRAJE O SI DENTRO DE UN PLAZO IGUALMENTE DE QUINCE (15) DIAS

59

**EXHIBIT "A" TO NOTICE OF REMOVAL**

NATURALES CONTADOS A PARTIR DEL NOMBRAMIENTO DEL SEGUNDO ARBITRO, LOS DOS ARBITROS NO CONSIGUEN PONERSE DE ACUERDO SOBRE LA DESIGNACION DEL TERCER ARBITRO, LA DESIGNACION DE CUALQUIERA DE DICHOS ARBITROS SERA HECHA, A PETICION DE CUALQUIERA DE LAS PARTES, POR EL INSTITUTO DE DERECHO DE MINERIA Y PETROLEO.===================================================

EN CASO QUE POR CUALQUIER CIRCUNSTANCIA DEBA DESIGNARSE UN ARBITRO SUSTITUTO, ESTE SERA DESIGNADO SIGUIENDO EL MISMO PROCEDIMIENTO SEÑALADO PRECEDENTEMENTE PARA LA DESIGNACION DEL ARBITRO QUE SE SUSTITUYE.================================================

LAS PARTES RENUNCIAN A SU DERECHO A APELAR DE LA DECISION ARBITRAL, EXCEPTO EN EL CASO QUE DICHA DECISION SEA CONSECUENCIA DE FRAUDE, DEFECTO O EL NO SEGUIMIENTO DE LOS PROCEDIMIENTO REQUERIDOS U OTROS DEFECTOS DE ACUERDO A LOS ESTANDARES INTERNACIONALES.=============================================

CLAUSULA DECIMO TERCERA=================================DOMICILIO

13.1 PARA LOS EFECTOS DE LA EJECUCION DEL PRESENTE CONTRATO LAS PARTES ESTABLECEN COMO SUS DOMICILIOS EN EL PERU LOS SEÑALADOS EN EL ENCABEZADO DEL PRESENTE CONTRATO.==============

13.2 EL CAMBIO DE DOMICILIO DE ALGUNA DE LAS PARTES NO PUEDE OPONERSE A LA OTRA SI NO HA SIDO PUESTO EN SU CONOCIMIENTO MEDIANTE CARTA NOTARIAL.==================================================

60

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

13.3 PARA EFECTO DE ESTE CONTRATO SE ENTENDERA QUE LAS COMUNICACIONES, REQUERIMIENTOS O NOTIFICACIONES QUE EN EL SE REFIEREN SE CONSIDERAN CONOCIDAS EN EL MOMENTO EN QUE LLEGAN AL DOMICILIO DEL DESTINATARIO.===============================================

CLAUSULA DECIMO CUARTA=====================GASTOS Y TRIBUTOS

14.1 LOS GASTOS QUE OCASIONE LA ELEVACION DE LA PRESENTE MINUTA A ESCRITURA PUBLICA SERAN DE CUENTA DE EL INVERSIONISTA.===============================================



14.2 CADA UNA DE LAS PARTES DEL PRESENTE CONTRATO ASUME LOS TRIBUTOS QUE LE CORRESPONDEN DE ACUERDO CON LA LEGISLACION VIGENTE. CADA PARTE PAGARA SUS PROPIOS HONORARIOS LEGALES, COSTOS Y GASTOS EN LA REALIZACION DEL "DUE DILIGENCE" Y EN LA NEGOCIACION Y EJECUCION DEL PRESENTE CONTRATO Y DE LAS TRANSFERENCIAS DE LOS ACTIVOS Y PASIVOS DE LA EMPRESA.========

CLAUSULA DECIMO QUINTA=======================FUERZA MAYOR

NINGUNA DE LAS PARTES CONTRATANTES PODRA EXIGIR DE LA OTRA EL CUMPLIMIENTO DE LAS OBLIGACIONES CONTRATADAS EN EL PRESENTE CONTRATO, CUANDO EL CUMPLIMIENTO SEA DEMORADO, OBSTACULIZADO O IMPEDIDO POR CAUSALES SOBREVINIENTES NO IMPUTABLE A LA PARTE OBLIGADA Y ESTA OBLIGACION NO HAYA SIDO PREVISTA AL MOMENTO DE SUSCRIPCION DEL PRESENTE CONTRATO. TALES CAUSAS ESTAN CONSTITUIDAS, PERO NO EN FORMA

61

LIMITATIVA, POR LA FUERZA MAYOR O CASO FORTUITO COMO TERREMOTOS, INUNDACIONES, INCENDIOS, HUELGAS DECLARADAS LEGALES O ILEGALES, CONMOCION CIVIL, ALTERACIONES ECONOMICAS EXTRAORDINARIAS, FACTORES QUE AFECTEN LOS TRANSPORTES EN GENERAL, PROHIBICIONES GUBERNAMENTALES Y CATASTROFES EN GENERAL, DE CONFORMIDAD A LO ESTABLECIDO EN EL ARTICULO 1135 DEL CODIGO CIVIL. QUEDA EXPRESAMENTE ACORDADO, SIN EMBARGO, QUE EL HECHO QUE EL GOBIERNO DEL PERU NO SUMINISTRE FINANCIACION PARA LAS OBLIGACIONES DE CENTROMIN NO CONSTITUIRA UN CASO DE FUERZA MAYOR AL AMPARO DE LA PRESENTE CLAUSULA.=========================================================

CLAUSULA DECIMO SEXTA================ NOTIFICACION Y REMEDIO

SALVO DONDE HAYA UNA DISPOSICION ESPECIFICA PARA NOTIFICACION Y REMEDIO, DISPUESTA EN EL PRESENTE CONTRATO, NO SE DECLARARA A UNA PARTE QUE ESTA EN INCUMPLIMIENTO CON RELACION A CUALQUIERA DE SUS OBLIGACIONES DE ACUERDO AL PRESENTE CONTRATO SALVO QUE SE HAYA DADO UNA NOTIFICACION ESCRITA PREVIA DE DICHO INCUMPLIMIENTO A DICHA PARTE, LA CUAL ESPECIFICA EN DETALLE LA NATURALEZA DE DICHO INCUMPLIMIENTO (I) EN EL CASO DE CUALQUIER EXIGENCIA DEL PAGO DE DINERO, LA PARTE NO HA CUMPLIDO CON REMEDIAR DICHO INCUMPLIMIENTO DENTRO DE 30 DIAS; Y (II) EN EL CASO DE

62

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe



CUALQUIER OTRO INCUMPLIMIENTO. LA PARTE NO COMPLETA LA REMEDIACION DENTRO DE 90 DIAS SALVO QUE (A) UN PERIODO MAS BREVE DE TIEMPO SEA EXIGIDO POR LA LEY APLICABLE, TAL COMO ES EL CASO DE LAS OBLIGACIONES ASIGNADAS A LAS PARTES BAJO EL PAMA O (B) SI LA NATURALEZA DEL ASUNTO ES TAL QUE NO PUEDA SER RAZONABLEMENTE REMEDIADO DENTRO DE DICHO PLAZO DE 90 DIAS, PERO LA PARTE COMENZARA DE INMEDIATO A REMEDIAR EL MISMO Y COMPLETARA LA REMEDIACION TAN PRONTO COMO SEA POSIBLE.===================================================

CLAUSULA DECIMO SEPTIMA ===================CONFIDENCIALIDAD DESPUES DEL CIERRE Y EN LA MAXIMA MEDIDA QUE LO PERMITE LA LEY. CENTROMIN CONVIENE EN MANTENER Y EN EXIGIR QUE SUS OTRAS UNIDADES COMERCIALES MANTENGAN, LA CONFIDENCIALIDAD DE TODOS LOS DATOS, INFORMACION FINANCIERA, INFORMACION COMERCIAL, LISTAS DE CLIENTES, INFORMACION DE PROCESOS Y DE TECNOLOGIA Y TODA LA DEMAS INFORMACION CON RELACION AL COMPLEJO METALURGICO LA OROYA Y DEL CONSORCIO Y DE EL INVERSIONISTA Y DE LA EMPRESA. DICHA OBLIGACION NO SE APLICARA A:==========================================================

(I) INFORMACION QUE CENTROMIN PUEDA DEMOSTRAR QUE YA HA SIDO REVELADA AL PUBLICO EN GENERAL.:============================

(II) INFORMACION QUE CENTROMIN REVELA A SUS ASESORES,

63

CONTADORES Y OTROS CONSEJEROS, LOS CUALES QUEDAN BAJO UNA OBLIGACION DE CONFIDENCIALIDAD;========================================

(III) INFORMACION QUE ES NECESARIA PARA QUE CENTROMIN PUEDA PROTEGER SUS DERECHOS EN CUALQUIER ARBITRAJE AL AMPARO DEL PRESENTE CONTRATO.=====================================================

(IV) INFORMACION QUE SE EXIGE SEA REVELADA POR ACCION DE LA LEY;=====================================================================

.CLAUSULA DECIMO OCTAVA===========INTERPRETACION DEL CONTRATO

18.1 EN LA INTERPRETACION DEL PRESENTE CONTRATO Y EN LO QUE NO ESTE EXPRESAMENTE NORMADO EN EL, LAS PARTES RECONOCERAN VALIDEZ SUPLETORIA A LOS SIGUIENTES INSTRUMENTOS;===============

A) LAS RESPUESTAS A LAS CONSULTAS CON CARACTER OFICIAL, CIRCULADOS POR CEPRI-CENTROMIN ENTRE LOS PRE-CALIFICADOS; Y=

B) LAS BASES DEL CONCURSO PUBLICO INTERNACIONAL NO. PRI-16-97 PARA LA PROMOCION DE LA INVERSION PRIVADA EN LA EMPRESA.=

C) SI EXISTIERA UNA DISCONFORMIDAD ENTRE LAS BASES Y EL CONTRATO PREVALECERA ESTE ULTIMO.==============================

18.2 LOS TITULOS DE LAS CLAUSULAS USADOS EN ESTE CONTRATO SON ILUSTRATIVOS Y PARA REFERENCIA Y NO TENDRAN NINGUN EFECTO EN LA INTERPRETACION DEL PRESENTE CONTRATO.============

18.3 TODAS LAS REFERENCIAS EN EL CONTRATO A UNA CLAUSULA O NUMERAL, HACEN REFERENCIA A LA CLAUSULA O NUMERAL

64

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

CORRESPONDIENTE A ESTE CONTRATO. LAS REFERENCIAS EN EL CONTRATO A UNA CLAUSULA INCLUYEN TODOS LOS NUMERALES DENTRO DE DICHA CLAUSULA Y LAS REFERENCIAS A UN NUMERAL INCLUYEN TODOS LOS PARRAFOS DE ESTE.================================================

18.4 TODOS LOS ANEXOS MENCIONADOS EN EL PRESENTE CONTRATO SE INCORPORAN DENTRO DE Y FORMAN PARTE INTEGRAL DEL MISMO.======

18.5 COMO ASUNTO DE ACLARACION, LAS OBLIGACIONES DE EL INVERSIONISTA ESTAN ESTRICTAMENTE LIMITADAS A LAS OBLIGACIONES ESPECIFICAMENTE ASIGNADAS A EL INVERSIONISTA. EL INVERSIONISTA NO TIENE OBLIGACIONES QUE SON ASIGNADAS A LA EMPRESA, INCLUYENDO SIN LIMITACION LAS OBLIGACIONES DE LA EMPRESA EN EL NUMERAL 4.5, Y EN LAS CLAUSULAS QUINTA Y SEXTA.=====================================================================

CLAUSULA DECIMO NOVENA===============================NO COMPETENCIA CENTROMIN ACUERDA, QUE POR UN PERIODO DE DIEZ (10) AÑOS CONTADOS A PARTIR DE LA SUSCRIPCION DEL PRESENTE CONTRATO, NO SERA PROPIETARIA, NI FINANCIARA, NI OPERARA, DIRECTA O INDIRECTAMENTE, FUNDICIONES Y/O REFINERIAS SIMILARES AL COMPLEJO METALURGICO LA OROYA.======================================

CLAUSULA ADICIONAL======================================================

EL CONSORCIO INTEGRADO POR THE DOE RUN RESOURCES CORPORATION Y THE RENCO GROUP, INC., GARANTIZAN EL CUMPLIMIENTO DE LAS

65

OBLIGACIONES CONTRAIDAS POR EL INVERSIONISTA, DOE RUN PERU S.R.LTDA., EN CONSECUENCIA SUSCRIBEN EL PRESENTE CONTRATO THE DOE RUN RESOURCES CORPORATION, DEBIDAMENTE REPRESENTADO POR JEFFREY L. ZELMS, CON PASAPORTE DE LOS ESTADOS UNIDOS DE NORTEAMERICA NUMERO 153205339, CON DOMICILIO TRANSITORIO EN HOTEL LOS DELFINES LOS EUCALIPTOS 555, SAN ISIDRO, QUIEN PROCEDE DEBIDAMENTE AUTORIZADO SEGUN PODER INSCRITO EN LA FICHA NUMERO 6864 DEL REGISTRO DE PODERES ESPECIALES DE LIMA Y THE RENCO GROUP, INC., DEBIDAMENTE REPRESENTADA POR MARVIN M. KOENIG, CON PASAPORTE DE LOS ESTADOS UNIDOS DE NORTEAMERICA NUMERO 156205648, CON DOMICILIO TRANSITORIO EN HOTEL LOS DELFINES LOS EUCALIPTOS 555, SAN ISIDRO, QUIEN PROCEDE DEBIDAMENTE AUTORIZADO SEGUN PODER INSCRITO EN LA FICHA NUMERO 6863 DEL REGISTRO DE PODERES ESPECIALES DE LIMA.- ================================================================

DE CONFORMIDAD CON LAS BASES CENTROMIN PODRA LIBERAR DE ESTA GARANTIA A CUALQUIERA DE LOS MIEMBROS DEL CONSORCIO BASTANDO PARA ELLO UNA COMUNICACION POR ESCRITO.=========================== AGREGUE USTED, SEÑOR NOTARIO, LO DEMAS QUE FUERE DE LEY.===== LIMA, VEINTITRES DE OCTUBRE DE MIL NOVECIENTOS NOVENTISIETE. FIRMADO: CESAR POLO ROBILLIARD, EN REPRESENTACION DE EMPRESA MINERA DEL CENTRO DEL PERU SOCIEDAD ANONIMA, (CENTROMIN PERU

66

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

S.A.).- ================================================

FIRMADO: JEFFREY L. ZELMS, EN REPRESENTACION DE DOE RUN

PERU SOCIEDAD DE RESPONSABILIDAD LIMITADA Y THE DOE RUN

RESOURCES CORPORATION.===============================

FIRMADO: JORGE MERINO TAFUR, EN REPRESENTACION DE LA EMPRESA

METALURGICA LA OROYA S.A. "METALOROYA S.A."================

FIRMADO: MARVIN M. KOENIG, EN REPRESENTACION DE THE RENCO

GROUP, INC.====================================

AUTORIZA LA PRESENTE MINUTA EL DOCTOR LUCIANO BARCHI

VELAOCHAGA, ABOGADO CON REGISTRO DEL COLEGIO DE ABOGADOS DE

LIMA NUMERO: 15455.- ================================

INSERTO : COMPROBANTE.- ==============================

ANIBAL CORVETTO ROMERO, ABOGADO - NOTARIO PUBLICO DE ESTA

CAPITAL; CERTIFICO: QUE, HE TENIDO A LA VISTA EL LIBRO

DENOMINADO: ACTAS DE DIRECTORIO, PERTENECIENTE A LA RAZON

SOCIAL: EMPRESA MINERA DEL CENTRO DEL PERU S.A. "CENTROMIN

PERU S.A.", DEBIDAMENTE LEGALIZADO CON FECHA DOCE DE

DICIEMBRE DE MIL NOVECIENTOS NOVENTA Y CINCO POR ANTE LA

NOTARIA DEL DOCTOR ALBERTO FLOREZ BARRON, QUEDANDO

REGISTRADO BAJO EL NUMERO DIECISEIS MIL CIENTO TREINTA Y

CINCO; Y HE CONSTATADO QUE DE FOJAS TRESCIENTOS OCHENTA Y

NUEVE Y SIGUIENTES CORRE EL ACTA DE SESION DE DIRECTORIO DE

67

**EXHIBIT "A" TO NOTICE OF REMOVAL**

FECHA VEINTIOCHO DE AGOSTO DE MIL NOVECIENTOS NOVENTA Y

SIETE; CUYO TENOR LITERAL EN SU PARTE PERTINENTE. ES EL

SIGUIENTE: ===========================================================

EMPRESA MINERA DEL CENTRO DEL PERU S.A.- CENTROMIN PERU S.A.

ACTA SESION DE DIRECTORIO.- ========================================

SESION No. ------------ 16-97.- =====================================

FECHA ------------------ LIMA, 28 DE AGOSTO DE 1997.- ===============

HORA DE INICIO ------ 01:00 HORAS.- =================================

HORA DE CIERRE ------ 17:30 HORAS.- =================================

QUORUM ------------------- REGLAMENTARIO.- ==========================

ASISTENTES.- =======================================================

PRESIDENTE ------------ ING. JUAN CARLOS BARCELLOS MILLA.- ========

MIEMBROS --------------- ING. ALFONSO ZUZUNAGA GUTIERREZ.- =======

--------------------------- ING. GERWER CAMPERO ELIAS.- ===========

--------------------------- ING.LUIS HIROTA TANAKA.- ==============

--------------------------- DR. HERNAN ROPO ODAR.- ================

FUNCIONARIOS ------------ ING. CESAR POLO.- ========================

--------------------------- GERENTE GENERAL (E).- =================

--------------------------- ING. ANGEL ALVAREZ.- ==================

--------------------------- GERENTE DE OPERACIONES MINERAS.- ======

--------------------------- ING. ANTONIO CORNEJO.- ===============

--------------------------- GERENTE DE OPERACIONES METALURGICAS.- =

69

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe



------------------------------------------- ING. LUIS PEREZ PIÑA.- ============

------------------------------------------- GERENTE DE SERVICIOS TECNICOS.- =======

------------------------------------------- SR. JUAN REGAZO.- =====================

------------------------------------------- JEFE DE LA OFICINA DE CONTABILIDAD.- ==

------------------------------------------- DR. ROBERTO ROTTA.- ==================

------------------------------------------- GERENTE LEGAL.- =====================

------------------------------------------- ING. HERBERT GUTIERREZ.- ===========

------------------------------------------- COORDINADOR DE PRIVATIZACION.- =======

------------------------------------------- ING. PEDRO ANDIA.- ================

------------------------------------------- COORDINADOR DE PRIVATIZACION.- =======

------------------------------------------- DR. LUIS GUTIERREZ ADRIANZEN.- =======

------------------------------------------- SECRETARIO GENERAL.- ==============

A. ACTAS.- ===========================================================

SESION 15-97 APROBADA SIN OBSERVACIONES.- ==================

....5. TRANSFERENCIA  DE METALOROYA  S.A. -  AUTORIZACION PARA

SUSCRIPCION DE CONTRATO.- ===================================

ACUERDO Nº 77-97.- ========================================

CONSIDERANDO: ============================================

QUE, HABIENDOSE  OTORGADO LA BUENA  PRO DEL CONCURSO  PUBLICO

INTERNACIONAL  Nº  PRI-16-97,  PARA  LA  PROMOCION  DE  LA

INVERSION PRIVADA EN LA EMPRESA METALURGICA DE LA OROYA  S.A.

(METALOROYA  S.A.),  RESULTA  NECESARIO  FORMALIZAR  LA

69

**EXHIBIT "A" TO NOTICE OF REMOVAL**

TRANSFERENCIA DE LAS ACCIONES DE DICHA EMPRESA.- ==========

DE CONFORMIDAD CON EL INCISO "M" DEL ARTICULO 40 DEL

ESTATUTO DE CENTROMIN PERU S.A., APROBADO POR DECRETO

SUPREMO Nº 019-82-EM/VM.- =========================================

SE ACUERDA POR UNANIMIDAD: ==========================================

1. AUTORIZAR A LOS INGENIEROS CESAR POLO ROBILLIARD Y ANGEL

ALVAREZ ANGULO, PARA QUE, UNO U OTRO, SUSCRIBA EL CONTRATO

DE AUMENTO DE CAPITAL Y TRANSFERENCIA DE ACCIONES DE

METALOROYA S.A., CON LA EMPRESA DOE RUN PERU S.R.LTDA.- =====

2. AUTORIZAR A LOS CITADOS INGENIEROS PARA QUE, UNO U OTRO,

PUEDAN SUSCRIBIR LA DOCUMENTACION QUE FUERA NECESARIA PARA

LA TRANSFERENCIA PREVIO EL CUMPLIMIENTO DE LAS DISPOSICIONES

ADMINISTRATIVAS Y LEGALES APLICABLES AL ASUNTO.- ===============

...SIN MAS ASUNTOS QUE TRATAR SE DIO POR CONCLUIDA LA

SESION.- ==================================================================

SIGUEN SEIS FIRMAS ILEGIBLES.- ==================================

CONCLUSION.- FORMALIZADO EL INSTRUMENTO INSTRUI A LOS

OTORGANTES DE SU OBJETO Y RESULTADOS, ASI COMO SE DIO

LECTURA DE TODO EL CONFORME A LEY POR LOS OTORGANTES DE LO

QUE DOY FE Y DESPUES DE LO CUAL SE AFIRMARON Y RATIFICARON

EN SU CONTENIDO Y PROCEDIERON A FIRMARLA POR ANTE MI, DE LO

QUE DOY FE, DEJANDO CONSTANCIA QUE ESTA ESCRITURA SE INICIA

70

EXHIBIT "A" TO NOTICE OF REMOVAL

**ANIBAL CORVETTO ROMERO**
NOTARIO DE LIMA
PLAZA 27 DE NOVIEMBRE N° 250
(AV. CENTRAL) - SAN ISIDRO
FAX: 421-8778 TEL.: 422-9564 - 442-9369
e-mail: ancoro @ amauta. rcp. net. pe

EN LA FOJA  NUMERO DE SERIE:  0523315 Y CONCLUYE  EN LA  FOJA

NUMERO DE SERIE: 0523385, DE LO QUE DOY FE.-- ====================

FIRMADO:  CESAR POLO ROBILLIARD, EN REPRESENTACION DE EMPRESA

MINERA  DEL CENTRO DEL PERU SOCIEDAD ANONIMA, (CENTROMIN PERU

S.A.).- ========================================================

FIRMADO:  JEFFREY L.  ZELMS. EN  REPRESENTACION DE   DOE   RUN

PERU  SOCIEDAD DE  RESPONSABILIDAD  LIMITADA Y  THE  DOE  RUN

RESOURCES CORPORATION.=====================================

FIRMADO: JORGE MERINO  TAFUR, EN REPRESENTACION DE LA EMPRESA

METALURGICA LA OROYA S.A. "METALOROYA S.A."======================

FIRMADO: MARVIN  M. KOENIG, EN REPRESENTACION DE THE  RENCO

GROUP, INC.=================================================

CONCLUYE LA SUSCRIPCION  DE ESTA  ESCRITURA EL VEINTITRES  DE

OCTUBRE DE MIL NOVECIENTOS NOVENTISIETE.-- =====================

ANTE  MI: ANIBAL  CORVETTO ROMERO,  ABOGADO NOTARIO  DE  ESTA

CAPITAL.==================================================

CONCUERDA:  EL PRESENTE TESTIMONIO  CON LA ESCRITURA ORIGINAL

DE SU  REFERENCIA CORRIENTE A  FOJAS VEINTIUN  MIL DOSCIENTOS

QUINCE,  DE  MI  REGISTRO  DE  ESCRITURAS  PUBLICAS

CORRESPONDIENTE AL  BIENIO EN CURSO, Y  A SOLICITUD DE  PARTE

INTERESADA SE  EXPIDE EL  PRESENTE TESTIMONIO EN  TREINTIOCHO

FOJAS UTILES LAS MISMAS QUE SIGNO, SELLO, RUBRICO Y FIRMO  EN



71

**EXHIBIT "A" TO NOTICE OF REMOVAL**

LA CIUDAD DE LIMA, A LOS VEINTITRES DIAS DEL MES DE OCTUBRE
DE MIL NOVECIENTOS NOVENTA Y SIETE.

 

ANIBAL CORVETTO ROMERO
NOTARIO ABOGADO

72

**EXHIBIT "A" TO NOTICE OF REMOVAL**

# EXHIBIT 2

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**MINISTERIO DE ENERGÍA Y MINAS**
**[MINISTRY OF ENERGY AND MINES]**
-------------

Lima, November 21, 1997

OFFICIAL LETTER No, 146-97-EM/VMM

Mr. Kenneth Richard Buckley
General Manager
Doe Run Perú SRL
Lima

Dear Sir:

**Subject**: Guaranty Agreement

Attached please find an original of the Guaranty Agreement entered into and between the State and the company you represent.

I take this opportunity to extend my cordial greetings to you,

Sincerely,

**Juan Mendoza M.**
**Viceminister of Mines**

Att.: As indicated above

**EXHIBIT "A" TO NOTICE OF REMOVAL**

## GUARANTY AGREEMENT

Witnesseth hereby the Guaranty Agreement, granted by the PERUVIAN STATE, duly represented by the Vice Minister of Mines of the Ministry of Energy and Mines, Engineer Juan Mendoza Marsano, duly authorized for such purposes by Supreme Decree No. 042-97-PCM, domiciled for purposes hereof at Av. Las Artes No. 260 - San Borja - Lima, hereinafter referred to as THE STATE, as party of the first part; and DOE RUN PERU S.R. LTDA., a company incorporated and existing under the laws of the Republic of Peru, with Single Taxpayer Registration No. 37630381, domiciled for purposes hereof at Av. Víctor Andrés Belaúnde No. 395, San Isidro, duly represented by its General Manager, Mr. Kenneth Richard Buckley, identified with U.S. Passport No. 156487737, duly empowered as per the minutes of the Extraordinary Partners' Meeting dated October 29, 1997 registered in Entry 3-c of Filing Card No. 143658, of the Registry of Corporations of Lima, hereinafter referred to as THE INVESTOR, as party of the second part; under the terms and conditions set forth in the following clauses:

## FIRST - BACKGROUND

1.1    THE INVESTOR, and EMPRESA MINERA DEL CENTRO DEL PERÚ S. A. - CENTROMIN PERÚ, hereinafter referred to as THE TRANSFEROR, entered, on October 23 1997, into the Stock Transfer, Capital Increase and Stock Subscription Contract as a result of the International Public Bidding PRI-16-97, for Private Investment Promotion in Empresa Metalúrgica La Oroya S. A. - METALOROYA, within the framework of the process referred to in Legislative Decree No. 674 and its amending provisions.

1.2    Pursuant to what is set forth in Article 2 of Decree Law No. 25570 –replaced by Article 6 of Law No. 26348– and in Article 1357 of the Civil Code, by means of Supreme Decree No. 042-97-PCM, the Executive ordered the granting, by means of an agreement, of the assurances and guaranties contained herein and appointed the Vice Minister of Mines of the Ministry of Energy and Mines as the authority empowered to sign the aforementioned agreement.

179957.1

**EXHIBIT "A" TO NOTICE OF REMOVAL**

## SECOND - THE GUARANTY

2.1    THE STATE hereby guarantees THE INVESTOR the representations, assurances, guaranties and obligations assumed by THE TRANSFEROR under the Stock Transfer, Capital Increase and Stock Subscription Contract referred to in numeral 1.1 hereof.

2.2    THE STATE hereby acknowledges and guaranties that the Special Committee established pursuant to the provisions set forth in Supreme Resolution No. 102-92-PCM, carried out the International Public Bidding for Private Investment Promotion in Empresa Metalúrgica La Oroya S. A. - METALOROYA, and that the bid was awarded to the consortium formed by THE RENCO GROUP INC. and THE DOE RUN RESOURCES CORP. Likewise, it hereby acknowledges that pursuant to the bidding conditions of the aforementioned International Public Bidding, the members of the winning consortium assigned their rights in favor of THE INVESTOR so that it would sign the contract referred to in numeral 1.1 hereof.

What is expressed in the preceding paragraph was carried out pursuant to and in compliance with the laws and other legal provisions in effect of the Republic of Peru, as well as the Bidding Conditions of the above-mentioned International Public Bidding.

## THIRD - ARBITRATION

Any litigation, dispute, controversy, difference or claim that may originate from or is related to this Guaranty Agreement will be resolved by applying the provisions set forth in Clause Twelfth of the Stock Transfer, Capital Increase and Stock Subscription Contract referred to in numeral 1.1 hereof.

179957.1

**EXHIBIT "A" TO NOTICE OF REMOVAL**

## FOURTH - TERM OF EFFECT

This contract shall go into effect as of the date of its signing and shall be in force as long as, pursuant to the Stock Transfer, Capital Increase and Stock Subscription Contract mentioned in numeral 1.1 hereof, THE TRANSFEROR has pending obligations.

In witness whereof, this contract is signed on November 21, 1997.

179957.1

**EXHIBIT "A" TO NOTICE OF REMOVAL**

# MERRILL CORPORATION



Merrill Communications LLC

25 West 45th Street, 8th Floor
New York, NY 10036 • (212) 840-1133

State of New York          )
                           )          ss:
County of New York         )

## Certificate of Accuracy

This is to certify that the attached document:

OFFICIAL LETTER No. 146-97-EM/VMM __GUARANTY AGREEMENT dated November 21st, 1997

originally written in the Spanish language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: December 28, 2010

_____
Weikwang Ng (Jason)
Project Manager, Legal Translations
Merrill Brink International

Sworn to and signed before
Me, this _26th_ day of
_December_ 2010

_____
Notary Public

GINA ST LAURENT
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**MINISTERIO DE ENERGIA Y MINAS**

Lima, 21 de noviembre de 1997

OFICIO N° *146* -97-EM/VMM

Señor
**Kenneth Richard Buckley**
Gerente General
Doe Run Perú SRL
Presente

De mi consideración:

**Asunto**: Contrato de Garantía

Tengo el agrado de dirigirme a usted, a fin de alcanzarle un original del Contrato de Garantía firmado entre el Estado y su representada.

Hago propicia la oportunidad para reiterarle los sentimientos de mi especial consideración.

Atentamente,

Juan Mendoza M.
Viceministro de Minas

Adj. lo indicado

**EXHIBIT "A" TO NOTICE OF REMOVAL**

## CONTRATO DE GARANTÍA

Conste por el presente documento el CONTRATO DE GARANTÍA, que otorga el ESTADO PERUANO, debidamente representado por el Vice Ministro de Minas del Ministerio de Energía y Minas, señor Ing. Juan Mendoza Marsano debidamente autorizado para tal efecto, mediante Decreto Supremo N° 042-97-PCM, con domicilio en la Av. Las Artes N° 260 - San Borja - Lima, a quien en adelante se le denominará EL ESTADO; y, de la otra parte DOE RUN PERU S.R.LTDA., una empresa constituida y existente bajo las leyes de la República del Perú, con R.U.C. N° 37630381, con domicilio en Av. Víctor Andrés Belaúnde N° 395, San Isidro, debidamente representada por su Gerente General Sr. Kenneth Richard Buckley, identificado con Pasaporte Norteamericano N° 156487737, debidamente facultado de acuerdo a Acta de Junta General Extraordinaria de Socios, de fecha 29 de octubre de 1997, inscrita en el Asiento 3-c de la Ficha N° 143658 del Registro de Personas Jurídicas de Lima, a quien en adelante se le denominará EL INVERSIONISTA en los términos y condiciones que constan en las siguientes Cláusulas:

### PRIMERO - ANTECEDENTES

1.1. EL INVERSIONISTA y EMPRESA MINERA DEL CENTRO DEL PERÚ S.A. - CENTROMIN PERÚ, en adelante LA TRANSFERENTE, celebraron con fecha 23 de octubre de 1997, el Contrato de Transferencia de Acciones, Aumento de Capital Social y Suscripción de Acciones resultado del Concurso Público Internacional PRI-16-97 para la Promoción de la Inversión Privada en la Empresa Metalúrgica La Oroya S.A. – METALOROYA, dentro del marco del proceso a que se refiere el Decreto Legislativo N° 674 y sus modificatorias.

1.2. De conformidad con lo establecido en el artículo 2° del Decreto Ley N° 25570 - sustituido por el artículo 6° de la Ley N° 26348 - y en el artículo 1357° del Código Civil, mediante Decreto Supremo N° 042-97-PCM, el Poder Ejecutivo dispuso el otorgamiento, mediante contrato, de las seguridades y garantías contempladas en el presente documento y designó al Vice Ministro de Minas del Ministerio de Energía y Minas, como la autoridad encargada de suscribir el referido contrato.

### SEGUNDO - DE LA GARANTÍA

2.1. Por medio del presente contrato EL ESTADO garantiza a EL INVERSIONISTA las declaraciones, seguridades, garantías y obligaciones asumidas por LA TRANSFERENTE en el Contrato de Transferencia de Acciones , Aumento de Capital Social y Suscripción de Acciones a que se refiere en el numeral 1.1.

**EXHIBIT "A" TO NOTICE OF REMOVAL**

2.2. EL ESTADO reconoce y garantiza que el Comité Especial constituido mediante Resolución Suprema N° 102-92-PCM llevó a cabo el Concurso Público Internacional para la Promoción de la Inversión Privada en la Empresa Metalúrgica La Oroya S.A. - METALOROYA, habiéndose otorgado la Buena Pro en favor del consorcio integrado por las firmas THE RENCO GROUP INC. y THE DOE RUN RESOURCES CORP. Asimismo, reconoce que de conformidad con las bases del referido Concurso Público Internacional, los integrantes del consorcio ganador cedieron sus derechos a favor de EL INVERSIONISTA a fin de que éste suscriba el contrato señalado en el numeral 1.1.

Lo expresado en el párrafo anterior, se efectuó de conformidad y dando cumplimiento a las leyes y demás normas legales vigentes en la República del Perú, así como a las Bases del Concurso Público Internacional antes referido.

### TERCERO - ARBITRAJE

Cualquier litigio, disputa, controversia, diferencia o reclamación que se origine o guarde relación con el presente CONTRATO DE GARANTÍAS, se resolverá mediante la aplicación de lo dispuesto en la Cláusula Décimo Segunda del Contrato de Transferencia de Acciones, Aumento de Capital Social y Suscripción de Acciones indicado en el numeral 1.1.

### CUARTO - VIGENCIA

Este contrato entrará en vigencia a partir de la fecha en que se suscribe y se mantendrá vigente en tanto - de conformidad con el Contrato de Transferencia de Acciones, Aumento de Capital Social y Suscripción de Acciones mencionado en el numeral 1.1. de la Cláusula Primera de este contrato - existan obligaciones pendientes por parte de EL TRANSFERENTE.

En fe de lo cual, se suscribe este contrato a los 21 días del mes noviembre de 1997.

Ing. JUAN _____ ___ ___
Vice Ministro de Minas

**EXHIBIT "A" TO NOTICE OF REMOVAL**

# EXHIBIT 3

**EXHIBIT "A" TO NOTICE OF REMOVAL**

Presidency of the Council of Ministers
Ministerial Office

Lima, October 31, 2007

The Honorable Michael McKinley
Ambassador of the United States of America
to Peru
Hand delivered.

Dear Mr. Ambassador,

I hereby present my compliments and write to express, on behalf of the Republic of Peru, our deepest concerns because we have been informed that two United States citizens, acting as "close friends" of 137 Peruvian children residing in Peru, have filed a lawsuit in the Circuit Court of the City of St. Louis, State of Missouri under Case No. 0722-CC-08582[1], with the purpose of seeking compensation for events allegedly occurring in Peru, that affected said minors.

Regardless of the facts in the proceedings or the position of the parties involved therein, we would like to state that as provided by the principles of International Law, the Peruvian authorities should hear the facts of this case, based on the following: a) The operator and owner of the Metallurgic Complex of La Oroya is Doe Run Peru S.R.L., a legal entity incorporated and domiciled in Peru, and therefore subject to the laws and jurisdiction of the Judges and Courts of Peru; b) the 137 children that are represented by the plaintiffs are Peruvian citizens and reside permanently in Peru; and c) the facts that are the basis of the petition have taken place in Peru, and are regulated and/or defined by the laws of the Republic of Peru; and, therefore any claim and/or lawsuit with respect to those facts must be the exclusive jurisdiction of the administrative and/or jurisdictional authorities of Peru.

We therefore request that the Department of State (1) notify the Department of Justice and the Circuit Court of the City of St. Louis, State of Missouri, that according to the International Public Law and to universally accepted principles, the jurisdiction of the case pertains solely to the authorities and courts in Peru, where any lawsuit or claim must be filed, pursuant to the law in our country, or (2) take such other steps as may be deemed appropriate so that the state or federal courts of the United States refuse to review the case. Among the universally accepted principles is the doctrine of

---

[1] Reid, et al, v. Doe Run Resources Corp., et al.

**EXHIBIT "A" TO NOTICE OF REMOVAL**

"*sovereignty*," which includes the right of the Republic of Peru to regulate and control its natural resources and the mining activities conducted within its territory, and the right of jurisdiction, which consists of the exclusive right of the Republic to legislate and to apply its law over the people – whether national or foreign – and over the assets that are located in its territory.

We would also like to express our concern that if the above-mentioned case is not dismissed in accordance with said General Principles of International Law, this might constitute a disturbing precedent for investors of both countries and undermine the judicial security that we have to protect, in the spirit of the reciprocity principle that governs the international relationship between Governments.

Yours sincerely,

[signature]
JORGE DEL CASTILLO GALVEZ
President of the Council of Ministers

**EXHIBIT "A" TO NOTICE OF REMOVAL**

*Presidencia del Consejo de Ministros*

*Despacho Ministerial*

Lima, 31 de Octubre de 2007

Excelentísimo Señor
Michael McKinley
Embajador de los
Estados Unidos de América en el Perú
Presente.-

Estimado señor Embajador:

Por intermedio de la presente deseamos expresarle nuestro saludo y manifestarle además, en nombre y representación del gobierno de la República del Perú, nuestra profunda preocupación, por el hecho de haber tomado conocimiento que, ante la Corte del Circuito de la Ciudad de St. Louis, Estado de Missouri, dos ciudadanas de los Estados Unidos, invocando su calidad de "amigos próximos" de 137 niños peruanos que residen en el Perú, hayan presentado una acción judicial, que se tramita bajo el Caso No.0722-CC-08582[1], con el objeto de obtener una indemnización, respecto de hechos que se invocan habrían ocurrido en el Perú, afectando a dichos menores de edad.

Al respecto, independientemente de los hechos a los que se refiere el caso o a la posición de las partes involucradas, deseamos expresar que, como es principio de Derecho Internacional, corresponde a la jurisdicción peruana el conocimiento de los aspectos que sustentan la demanda incoada, en razón que: a) El operador y propietario del Complejo Metalúrgico La Oroya es Doe Run Perú S.R.L., que es una persona jurídica constituida y domiciliada en el Perú y , por lo tanto, sometida a las leyes y jurisdicción de los Jueces y Tribunales de la República del Perú; b) Los 137 niños, cuya representación se pretende atribuir la parte demandante, son de nacionalidad peruana y domicilian permanentemente en el Perú; y c) Los hechos que se invocan como sustento de la demanda habrían ocurrido en el Perú, encontrándose regulados y/o tipificados en el ordenamiento jurídico de la República del Perú, por lo que cualquier reclamación y/o denuncia respecto de éstos, debe ser de conocimiento exclusivo de las autoridades administrativas y/o jurisdiccionales del Perú.

En ese sentido, solicitamos la intervención del Departamento de Estado, a efectos que: (1) haga presente al Departamento de Justicia y a la Corte del Circuito de la Ciudad de St. Louis, Estado de Missouri, que de acuerdo con el

---

[1] Reid, et al. v. Doe Run Resources Corp., et al.

**EXHIBIT 21**

**EXHIBIT "A" TO NOTICE OF REMOVAL**

Derecho Público Internacional y los principios universalmente aceptados, la jurisdicción sobre el caso corresponde exclusivamente a las autoridades y jueces del Perú, donde cualquier enjuiciamiento o reclamación debe realizarse, de conformidad con la legislación de nuestro país; o (2) tome los pasos que resulten apropiados para que las cortes de los Estados Unidos, ya sean estatales o federales se rehúsen a revisar el caso. Entre los principios universalmente aceptados se encuentra el *"principio de soberanía"* que incluye el derecho del Estado Peruano a regular y controlar sus recursos naturales y la actividad minera en su territorio, así como el derecho de jurisdicción, que consiste en la facultad exclusiva del Estado de legislar y aplicar su ley sobre las personas, sean nacionales o extranjeras, y cosas que se encuentran en su territorio.

Por lo demás, quisiéramos expresar también nuestra preocupación que el caso bajo comentario, de no ser rechazado conforme a los referidos Principios de Derecho Internacional, podría significar un precedente perturbador para los inversionistas de ambos países y que socava la seguridad jurídica que debemos proteger, a la luz del principio de reciprocidad que inspira las relaciones internacionales entre los Estados.

Atentamente,

JORGE DEL CASTILLO GALVEZ
Presidente del Consejo de Ministros

**EXHIBIT "A" TO NOTICE OF REMOVAL**