IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATE REID and MEGAN HEENEY, )<br>As Next Friends of A.O.A., M.C.A., )<br>Y.C.A., A.C.C., D.R.G., J.R.G., S.A.L., )<br>J.P.Q.M., and B.Q.M., )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>- vs- )<br>)<br>THE DOE RUN RESOURCES )<br>CORPORATION, )<br>D.R. ACQUISITION CORP., )<br>MARVIN K. KAISER, ALBERT )<br>BRUCE NEIL, JEFFERY L. ZELMS, )<br>THEODORE P. FOX III, DANIEL L. )<br>VORNBERG, THE RENCO GROUP, )<br>INC., RENCO HOLDINGS, INC., )<br>AND IRA L. RENNERT, )<br>)<br>**Defendants.** ) | Case No. 4:11-CV-44 |

### ENTRY OF APPEARANCE

COME NOW Dowd Bennett LLP and James F. Bennett and enter their appearance on behalf of Defendants The Renco Group, Inc., DR Acquisition Corp. Renco Holdings, Inc., and Ira L. Rennert.

Dated: January 7, 2010                    Respectfully submitted,

**DOWD BENNETT LLP**

By: /s/ James F. Bennett
James F. Bennett  #46826MO
jbennett@dowdbennett.com
7733 Forsyth Blvd., Suite 1410
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)

        Attorneys for Defendants
The Renco Group, Inc., DR Acquisition Corp.,
Renco Holdings, Inc., and Ira L. Rennert

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of January, 2011, a true and correct copy of the foregoing document will be delivered to counsel for the parties by the means designated below:

VIA COURIER:

Counsel for Plaintiffs

Jerry Schlichter
Roger C. Denton, Esq.
Kristine K. Kraft, Esq.
Schlichter, Bogard & Denton
100 South 4th Street, Suite 900
St. Louis, MO  63102

Counsel for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Albert Bruce Neil, Jeffery L. Zelms, Theodore P. Fox, III, and Daniel Vornberg

Andrew Rothschild
Richard A. Ahrens
Michael J. Hickey
Lewis Rice & Fingersh, L.C.
600 Washington Avenue, Suite 2500
St. Louis, MO 63101


VIA U.S. MAIL, POSTAGE PRE-PAID, AND ADDRESSED AS FOLLOWS:

Co-Counsel for Plaintiffs
Jay Halpern
Victor Careaga
Jay Halpern and Associates, P.A.
150 Alhambra Circle, Suite 1100
Coral Gables, Florida  33134


        /s/ James F. Bennett