UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A, et al., | ) Case Nos. | 4:11CV44 CDP |
| | ) | 4:11CV45 CDP |
| | ) | 4:11CV46 CDP |
| Plaintiffs, | ) | 4:11CV47 CDP |
| | ) | 4:11CV48 CDP |
| | ) | 4:11CV49 CDP |
| vs. | ) | 4:11CV50 CDP |
| | ) | 4:11CV52 CDP |
| | ) | 4:11CV55 CDP |
| DOE RUN RESOURCES | ) | 4:11CV56 CDP |
| CORPORATION, et al., | ) | 4:11CV59 CDP |
| | ) | 4:12CV1342 TCM |
| | ) | 4:12CV1345 AGF |
| Defendants. | ) | 4:12CV1348 CDP |
| | ) | 4:12CV1352 ERW |
| | ) | 4:12CV1568 HEA |
| | ) | 4:12CV2104 SNLJ |

## **MEMORANDUM AND ORDER**

Plaintiffs have filed a motion to consolidate these cases, currently pending before several judges in this district. Under Rule 42(a) of the Federal Rules of Civil Procedure, actions involving a common question of law or fact may be consolidated. Defendants do not object to consolidation of these cases for pretrial matters. Because these cases involve common parties, as well as related legal and factual issues, I will grant the motion to consolidate these cases for all pretrial purposes. At a later date, I will reconsider whether consolidation of these cases for trial is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to consolidate [#75] is GRANTED.

**IT IS FURTHER ORDERED** that the following cases are consolidated for all pretrial purposes:  4:11CV44 CDP, 4:11CV45 CDP, 4:11CV46 CDP, 4:11CV47 CDP, 4:11CV48 CDP, 4:11CV49 CDP, 4:11CV50 CDP, 4:11CV52 CDP, 4:11CV55 CDP, 4:11CV56 CDP, 4:11CV59 CDP, 4:12CV1342 TCM, 4:12CV1345 AGF, 4:12CV1348 CDP, 4:12CV1352 ERW, 4:12CV1568 HEA, and 4:12CV2104 SNLJ.

**IT IS FURTHER ORDERED** that until further order from this court, all future documents in this matter shall be filed only in 4:11CV44 CDP.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2013.