REQUEST FOR: ISSUE OF TRANSCRIPTS

**TO: PRINCIPAL OF THE SCHOOL _____LOCATED IN THE PROVINCE OF _____**

_____ identified with National Identity Card (DNI) Nº _____; whose address is located at _____ District of _____ Province of _____, kindly request before you and state that:

Pursuant to the current legislation, including but not limited to, General Education Act, Act N° 28044 and its Regulations passed by Supreme Decree D.S. N° 011-2012-ED containing the rights students have to obtain their corresponding Transcripts;

Pursuant to my guardianship right, I request you to arrange to issue any and all Transcripts of my minor son named _____; since it is permitted by the abovementioned legislation and any other current legislation.

It is established the corresponding expenses and those needed to obtain such Transcripts shall be borne by the requestor.

Finally, we request that, in the event your Entity does not have any or all the requested Transcripts, we request you to determine which Institution or place we have to ask in order to enforce my right to obtain such required Transcripts.

**THEREFORE;**

I hereby request you to proceed with my request because it is legal.

La Oroya, _____ 201\_\_

_____
Name: _____
National Identity Card (DNI) Nº _____