# **PLAINTIFF'S PERSONAL PROFILE SHEET**
**Pursuant to Case Management Order No. 1, February 22, 2013 and Case Management Order No. 2, March 21, 2013**
(Incorporating the rulings made by the Court on the record on March 20, 2013)

1. **Plaintiff's Full Name (First, Middle, Father's Surname, Mother's Surname):** _____

   **\*\* Please list any alternate names or nicknames used by the Plaintiff, including any alternate spellings.** _____

2. **Male or Female:** _____

3. **Date of Birth:** _____

   **Place of Birth:** _____

4. **DNI Number:** _____

5. **Please list all addresses of locations where Plaintiff has lived from Birth to Present: Please provide the starting and ending dates (month/year) for the period of time Plaintiff resided at <u>each</u> location.**

   **Period of Time:** _____
   **Address:** _____
   **Neighborhood:** _____
   **City:** _____
   **Period of Time:** _____
   **Address:** _____
   **Neighborhood:** _____
   **City:** _____
   **Period of Time:** _____
   **Address:** _____
   **Neighborhood:** _____
   **City:** _____

       **Period of Time:** _____

       **Address:** _____

       **Neighborhood:** _____

       **City:** _____

**6.** **Plaintiffs <u>mother's</u> address(es) during pregnancy with Plaintiff:  Please provide the starting and ending dates (month/year) for the period of time Plaintiff's <u>mother</u> resided at <u>each</u> location.**

| <u>Period of Time</u> | <u>Address(es)</u> | <u>City and Neighborhood</u> |
|---|---|---|
| From:_____ | _____ | _____ |
| To: _____ | _____ | _____ |
| From:_____ | _____ | _____ |
| To: _____ | _____ | _____ |
| From:_____ | _____ | _____ |
| To: _____ | _____ | _____ |

**7.** **Full name, address, DNI number, and date of birth of plaintiff's mother, father and/or legal guardian.**

    <u>**Mother**</u> –   **Full Name:** _____

        **Address:** _____

        **City:** _____

        **Neighborhood:** _____

        **DNI Number:** _____

        **Date of Birth:** _____

    <u>**Father**</u> –   **Full Name:** _____

        **Address:** _____

        **City:** _____

        **Neighborhood:** _____

     **DNI Number:** _____

     **Date of Birth:** _____

**<u>Legal Guardian</u> –**
     **Full Name:** _____

     **Address:** _____

     **City:** _____

     **Neighborhood:** _____

     **DNI Number:** _____

     **Date of Birth:** _____

     **Relationship to Plaintiff:** _____

8. **Please provide the full name, DNI number, and date of birth of any siblings of the Plaintiff.**

     **Full Name:** _____
     **DNI Number:** _____
     **Date of Birth:** _____
     **Full Name:** _____
     **DNI Number:** _____
     **Date of Birth:** _____
     **Full Name:** _____
     **DNI Number:** _____
     **Date of Birth:** _____
     **Full Name:** _____
     **DNI Number:** _____
     **Date of Birth:** _____

9. **Please provide the name, DNI, and relationship to you of any other family member who is a plaintiff in this or any other case filed in either the United States District Court for the Eastern District of Missouri or the Circuit Court for the City of St. Louis, Missouri.**

| | |
|---|---|
| **Full Name:** | _____ |
| **DNI Number:** | _____ |
| **Relationship to Plaintiff:** | _____ |
| **Full Name:** | _____ |
| **DNI Number:** | _____ |
| **Relationship to Plaintiff:** | _____ |
| **Full Name:** | _____ |
| **DNI Number:** | _____ |
| **Relationship to Plaintiff:** | _____ |

10. **Is the plaintiff currently enrolled in school?    YES/NO**

    **What is the highest level of education that the plaintiff has completed?**

    **Name and address of all schools the plaintiff has attended and the dates of attendance (month/year) for each school.**

| | |
|---|---|
| **Dates of Attendance:** | _____ |
| **School:** | _____ |
| **Address:** | _____ |
| **City:** | _____ |
| **Neighborhood:** | _____ |
| **Dates of Attendance:** | _____ |
| **School:** | _____ |
| **Address:** | _____ |
| **City:** | _____ |
| **Neighborhood:** | _____ |
| **Dates of Attendance:** | _____ |
| **School:** | _____ |

    **Address:** _____

    **City:** _____

    **Neighborhood:** _____

11. **Name and address of all employers for whom the <u>plaintiff</u> has worked and the starting and ending dates (month/year) of employment for each employer.**

    **Employer:** _____

    **Dates of Employment:** _____

    **Address:** _____

    **City:** _____

    **Neighborhood:** _____

    **Employer:** _____

    **Dates of Employment:** _____

    **Address:** _____

    **City:** _____

    **Neighborhood:** _____

    **Employer:** _____

    **Dates of Employment:** _____

    **Address:** _____

    **City:** _____

    **Neighborhood:** _____

    **Employer:** _____

    **Dates of Employment:** _____

    **Address:** _____

    **City:** _____

    **Neighborhood:** _____

12. **Name and address of every medical provider or facility from whom the plaintiff has received medical care or counsel.**

    **Name of Provider:** _____

    **Address:** _____

    **City:** _____

    **Neighborhood:** _____

**Reason for Treatment:** _____
**Dates of Treatment:** _____
**Name of Provider:** _____
**Address:** _____
**City:** _____
**Neighborhood:** _____
**Reason for Treatment:** _____
**Dates of Treatment:** _____
**Name of Provider:** _____
**Address:** _____
**City:** _____
**Neighborhood:** _____
**Reason for Treatment:** _____
**Dates of Treatment:** _____
**Name of Provider:** _____
**Address:** _____
**City:** _____
**Neighborhood:** _____
**Reason for Treatment:** _____
**Dates of Treatment:** _____
**Name of Provider:** _____
**Address:** _____
**City:** _____
**Neighborhood:** _____
**Reason for Treatment:** _____
**Dates of Treatment:** _____
**Name of Provider:** _____
**Address:** _____
**City:** _____
**Neighborhood:** _____
**Reason for Treatment:** _____

**Dates of Treatment:** _____

13. List ALL injuries, illnesses, and/or conditions plaintiff claims were allegedly caused by an exposure to materials or substances from the La Oroya metallurgical complex. If you answer "Yes," you must provide an explanation, date of onset, and the names of healthcare providers or medical facilities, if you have received medical treatment.

| Symptom | Please Circle | Explanation | Date of Onset | Name of healthcare provider or medical facility |
|---|---|---|---|---|
| Learning Impairment | YES / NO | | | |
| Speech Impairment | YES / NO | | | |
| Memory Loss | YES / NO | | | |
| Irritability | YES / NO | | | |
| Personality Change | YES / NO | | | |
| Hyperactivity | YES / NO | | | |
| Aggression | YES / NO | | | |
| Difficulty sleeping | YES / NO | | | |

7

| Symptom | Please Circle | Explanation | Date of Onset | Name of healthcare provider or medical facility |
|---|---|---|---|---|
| Nausea | YES / NO | | | |
| Vomiting | YES / NO | | | |
| Abdominal pain | YES / NO | | | |
| Constipation | YES / NO | | | |
| Loss of appetite | YES / NO | | | |
| Weight loss | YES / NO | | | |
| Small stature/ stunted growth | YES / NO | | | |
| Headaches | YES / NO | | | |
| Lethargy | YES / NO | | | |

8

| Symptom | Please Circle | Explanation | Date of Onset | Name of healthcare provider or medical facility |
|---|---|---|---|---|
| Convulsions | YES / NO | | | |
| Loss of balance | YES / NO | | | |
| Fainting | YES / NO | | | |
| Coma | YES / NO | | | |
| Paralysis | YES / NO | | | |
| Hearing impairment | YES / NO | | | |
| Vision impairment | YES / NO | | | |
| Pain, numbness or tingling in legs, arms, hands or feet | YES / NO | | | |
| Muscular weakness | YES / NO | | | |

| Symptom | Please Circle | Explanation | Date of Onset | Name of healthcare provider or medical facility |
|---|---|---|---|---|
| **Anemia** | **YES / NO** | | | |
| **High blood pressure** | **YES / NO** | | | |
| **Heart disease** | **YES / NO** | | | |
| **Lung disease** | **YES / NO** | | | |
| **Kidney damage** | **YES / NO** | | | |
| **Birth Defect(s)** | **YES / NO** | | | |
| **Cancer (list specific diagnosis)** | **YES / NO** | | | |
| **Other conditions (please list):** | | | | |
| | | | | |

| Symptom | Please Circle | Explanation | Date of Onset | Name of healthcare provider or medical facility |
|---------|---------------|-------------|---------------|-------------------------------------------------|
|         |               |             |               |                                                 |

14. Please provide the information below for any measured blood and/or urine testing results for lead, arsenic, cadmium, or other toxic substance. Please provide a copy of the lab results if available.

          **Date Tested:** _____

          **Blood or Urine:** _____

          **Substance Tested:** _____

          **Results:** _____

          **Facility/Laboratory:** _____

          **Date Tested:** _____

          **Blood or Urine:** _____

          **Substance Tested:** _____

          **Results:** _____

          **Facility/Laboratory:** _____

          **Date Tested:** _____

          **Blood or Urine:** _____

          **Substance Tested:** _____

          **Results:** _____

          **Facility/Laboratory:** _____

          **Date Tested:** _____

          **Blood or Urine:** _____

          **Substance Tested:** _____

          **Results:** _____

          **Facility/Laboratory:** _____

          **Date Tested:** _____

          **Blood or Urine:** _____

**Substance Tested:** _____

**Results:** _____

**Facility/Laboratory:** _____

15. **List any and all claims or lawsuits brought by the plaintiff for the injuries claimed as a result of exposures from the Doe Run complex, other than this lawsuit in Missouri including all of the following information.**

    **Court name & location:** _____

    **Filed date:** _____

    **Case number:** _____

    **Result of case:** _____

    **Award amount:** _____

    **Source of Award:** _____

    **Date of Award:** _____

    **Court name & location:** _____

    **Filed date:** _____

    **Case number:** _____

    **Result of case:** _____

    **Award amount:** _____

    **Source of Award:** _____

    **Date of Award:** _____

16. **Please provide a statement detailing any sum of money plaintiff has been paid for the injuries claimed in this lawsuit <u>other than what is listed in the above question</u>, including the amount, source of payment and date of award.**

    _____

    _____

    _____

    _____

17. **Provide a list of all law firms that represent the plaintiff in relation to the lawsuit that has been filed on behalf of the plaintiff in St. Louis, Missouri, United States of America.**

   _____

   _____

   _____

**I understand that the information I have provided in this Personal Profile Sheet will be used in relation with the lawsuit that has been filed on behalf of _____ (name of plaintiff) in Saint Louis, Missouri, United States of America.**

**I declare under penalty of perjury under the Laws of the United States of America that the foregoing information is true and correct to the best of my knowledge and belief.**

Date: _____                  _____
                                    Signature of Plaintiff

DNI Number_____             _____
                                    Please print name

Date: _____                  _____
                                    Signature of Person who Provided the Information
                                    Contained Herein

                                    _____
DNI Number_____              Please print name

                                    _____
                                    Relationship to Plaintiff

In witness thereof, I have hereunto subscribed my name and affixed my official seal this _____ day of _____, 2013.

My Commission Expires: _____    _____
                                    Notary Public

Date: _____                  _____
                                    Signature of Witness

                                    _____
                                    Please print name

13