UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:11CV44 CDP |
| ) | |
| DOE RUN RESOURCES ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the court on plaintiffs' motion to compel 30(b)(6) depositions and documents regarding defendants' information systems.  The court has appointed a Special Master who will govern disputes related to electronic discovery.  The court also has conducted a telephone status conference addressing some of the issues addressed in this motion.  I have entered a new Case Management Order on this same date.

The Special Master will resolve the issues relating to Topic 1 of plaintiffs' Rule 30(b)(6) notice and the corresponding document request.  The parties have indicated that they have reached agreement on all other issues.  The parties have been instructed to notify the court if further orders are needed relative to the July depositions.

- 2 -

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel 30(b)(6) depositions and documents regarding defendants' information systems [# 188] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that defendants' motion for leave to file a sur-reply [# 195] is **DENIED** as moot.

**IT IS FINALLY ORDERED** that plaintiffs' motion for entry of case management order setting deadlines for defendants to produce documents [# 157] is **DENIED** as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this   16th   day of June, 2014.