UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11 CV 44 CDP |
| | ) | |
| DOE RUN RESOURCES | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

With regard to the pending discovery disputes, and having fully reviewed the parties' briefs,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [#241] responses to plaintiff's first and third requests for production of documents are granted to the following extent:  defendants must produce documents responsive to requests 22, 23, 25, 37, and 39 from plaintiffs' first request; the motion is denied in all other respects, without prejudice to plaintiffs' right to seek financial information at a later stage of the case.

**IT IS FURTHER ORDERED** that defendants' motion for protective order [#261], which has been stayed, is denied without prejudice to be re-raised if necessary at a later time.

**IT IS FURTHER ORDERED** that plaintiffs must pay no more than $3,200

towards the cost of using the H5 vendor to assist in discovery of defendants'

electronically stored information.  All other expenses shall be borne by defendants.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2015.