UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., et al., | LEAD CASE NO. | 4:11 CV 44 CDP |
| Plaintiffs, | Member Cases: | 4:11 CV 45 CDP |
| | | 4:11 CV 46 CDP |
| v. | | 4:11 CV 47 CDP |
| | | 4:11 CV 48 CDP |
| IRA L. RENNERT, et al., | | 4:11 CV 49 CDP |
| | | 4:11 CV 50 CDP |
| Defendants. | | 4:11 CV 52 CDP |
| | | 4:11 CV 55 CDP |
| | | 4:11 CV 56 CDP |
| | | 4:11 CV 59 CDP |
| | | 4:12 CV 1342 CDP |
| | | 4:12 CV 1345 CDP |
| | | 4:12 CV 1348 CDP |
| | | 4:12 CV 1352 CDP |
| | | 4:12 CV 1568 CDP |
| | | 4:12 CV 2104 CDP |
| | | 4:13 CV 245 CDP |
| | | 4:13 CV 248 CDP |
| | | 4:13 CV 1267 CDP |
| | | 4:13 CV 1594 CDP |
| | | 4:13 CV 1596 CDP |
| | | 4:14 CV 907 CDP |
| | | 4:15 CV 705 CDP |
| | | 4:16 CV 1731 CDP |

**MEMORANDUM AND ORDER**

This Lead Case and twenty-four Member Cases are consolidated and currently pending before me for all pretrial purposes. On February 21, 2017, I granted plaintiffs' motion for leave to amend their complaint, and plaintiffs'

Amended Complaint (ECF #474) was filed in the Lead Case (Case No. 4:11CV44 CDP) that same date.  In their motion for leave, plaintiffs averred that the Amended Complaint applied to all of the cases that had been consolidated.  Because the Amended Complaint is the operative complaint in all of the Member Cases as well as the Lead Case, I will order the Clerk of Court to file and docket it in each of the Member Cases as of February 21, 2017.  No further filings will be made in those cases until they are ready for trial, at which time they will be returned to the judge to whom they were assigned before consolidation.  Motions and pleadings directed to the Amended Complaint Made in the lead case will be deemed applicable to the member cases, but should <u>only</u> be filed in the lead case.

Further, because no additional filings will be made in the Member Cases, I will order the Clerk to administratively close those cases until such time as they may be reopened for further proceedings.  Any motion to reopen any Member Case shall be filed in the Lead Case, Case No. 4:11CV44 CDP.

Accordingly,

**IT IS HEREBY ORDERED** that, in each Member Case listed above, the Clerk of Court shall file and docket the Amended Complaint that is filed and docketed in the Lead Case at ECF #474.  The docket entry in each Member Case shall reflect a file date of February 21, 2017, for the Amended Complaint.

**IT IS FURTHER ORDERED** that, upon docketing the Amended Complaint in each Member Case, the Clerk of Court shall administratively close that Member Case, subject to being reopened upon motion filed in the Lead Case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file a copy of this Order in each of the Member Cases listed above.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2017.