UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11 CV 44 CDP |
| | ) | |
| IRA L. RENNERT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER ADOPTING</u>**
**<u>REPORT AND RECOMMENDATIONS OF SPECIAL MASTER</u>**

Presently before me are the Report and Recommendations of the Special

Master.  I will adopt and sustain all findings as set forth by the Special Master.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendations of

Special Master, filed January 8, 2018 (767);  the Report and Recommendations for

Documents Submitted by Doe Run Resources Corporation by Special Master, filed

January 9, 2018 (768); the Report and Recommendations of Special Master, filed

January 19, 2018 (779); the Re-Review of Previously Reviewed Documents by

Special Master at Plaintiffs' Request, filed January 23, 2018 (781); Special Master

Re-Review of Doe Run Resources Corporations In Camera Submissions to Special

Master, filed January 23, 2018 (782); and the Special Master Re-Review of Renco

Group's In Camera Submission to Special Master, filed January 23, 2018 (783) are

**SUSTAINED and ADOPTED.**


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 6th day of February, 2018.