UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:11 CV 44 CDP |
| IRA L. RENNERT, et al., | ) |
| Defendants. | ) |

# ORDER

**IT IS HEREBY ORDERED** that the telephone conference scheduled for Wednesday, September 12, 2018, is canceled. The next telephone conference will be on **Thursday, October 25, 2018, 10:30 a.m.** as previously scheduled in Case Management Order 15 [ECF 911] unless the parties file a motion for an earlier conference.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2018.