UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.:  4:11-cv-00044-CDP |
| v. ) | (CONSOLIDATED) |
| ) | |
| DOE RUN RESOURCES ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**REPORT TO COURT ORDER TO
IDENTIFY PLAINTIFFS WHO HAVE REACHED AGE 18**

Pursuant to the Court's Order entered on July 29, 2013, Plaintiffs identify the following individuals who have reached the age of majority between August 25, 2018 and September 24, 2018. At this time, Plaintiffs do not intend to seek a finding of incapacity for these individuals.

| | NAME | CASE NUMBER | INITIALS PREVIOUSLY USED | NUMBER ORDER OF PLAINTIFF IN COMPLAINT |
|---|---|---|---|---|
| 1 | Vargas Ayala, Claudio Zosimo | 4:12-cv-01352 | C.Z.V.A. | Plaintiff is identified by the 72nd set of initials in the caption |
| 2 | Miliano Vargas, Miguel Moises | 4:12-cv-01568 | M.M.M.V. | Plaintiff is identified by the 33rd set of initials in the caption |
| 3 | Cruz Bonilla, Mayra Juliana | 4:12-cv-01345 | M.J.C.B. | Plaintiff is identified by the 6th set of initials in the caption |
| 4 | Astete Soto, Esthefany Fiorella | 4:12-cv-01348 | E.F.A.S. | Plaintiff is identified by the 13th set of initials in the caption |
| 5 | Poma Toribio, Eduardo Ernesto | 4:12-cv-01352 | E.E.P.T. | Plaintiff is identified by the 15th set of initials in the caption |

September 24, 2018                              Respectfully submitted,

                                      SCHLICHTER, BOGARD & DENTON, LLP

                        By:      /s/ Elizabeth Wilkins
                                      JEROME J. SCHLICHTER #32225
                                      ROGER DENTON #30292
                                      NELSON G. WOLFF #40796
                                      KRISTINE K. KRAFT #37971
                                      ELIZABETH M. WILKINS #61284
                                      100 South 4th Street, Suite 1200
                                      St. Louis, MO 63102
                                      (314) 621-6115
                                      (314) 621-7151 (fax)
                                      jschlichter@uselaws.com
                                      rdenton@uselaws.com
                                      nwolff@uselaws.com
                                      kkraft@uselaws.com
                                      bwilkins@uselaws.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 24th day of September, 2018, a copy of the foregoing document was filed with the Clerk of the Court to be served upon counsel of record via the Court's ECF system.

                                                           /s/ Elizabeth Wilkins