UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DOE RUN RESOURCES<br>CORPORATION, et al.,<br><br>    Defendants. | Case No.:   4:11-cv-00044-CDP<br>             (CONSOLIDATED) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 29, 2018 Order (Doc. 884), the parties submit the following report for the Court's consideration. The parties continue to work to comply with previously-set discovery deadlines. Each party will be prepared to update the Court on its respective progress during the upcoming status conference. Further, the parties wish to inform the Court of the following:

1. **Pending Motions**

The following matters have been fully briefed and remain pending with the Court:

- Plaintiffs' Fee Statement related to Plaintiffs' Motion for Sanctions was filed on May 11, 2018 [Doc. 875]. Defendants' response was filed on July 10, 2018 [Doc. 916]. Plaintiffs' reply was filed on August 13, 2018 [Doc. 936].

Dated: October 18, 2018                                              Respectfully submitted,

| **LEWIS RICE LLC** | **SCHLICHTER, BOGARD & DENTON, LLP** |
|---|---|
| By: /s/ Andrew Rothschild  (w/permission)<br>    Andrew Rothschild, #23145MO<br>    arothschild@lewisrice.com<br>    Richard A. Ahrens, #24757MO<br>    rahrens@lewisrice.com<br>    Thomas P. Berra, Jr., #43399MO<br>    tberra@lewisrice.com<br>    Michael J. Hickey, #47136MO<br>    mhickey@lewisrice.com<br>    600 Washington Ave., Suite 2500<br>    St. Louis, MO  63102-2147<br>    Telephone: (314) 444-7600<br>    Facsimile:  (314) 241-6056 | By:     /s/ Elizabeth M. Wilkins<br>    JEROME J. SCHLICHTER #32225<br>    NELSON G. WOLFF #40796<br>    KRISTINE K. KRAFT #37971<br>    ELIZABETH M. WILKINS #61284<br>    100 South 4th Street, Suite 1200<br>    St. Louis, MO 63102<br>    (314) 621-6115<br>    (314) 621-7151 (fax)<br>    jschlichter@uselaws.com<br>    nwolff@uselaws.com<br>    kkraft@uselaws.com<br>    bwilkins@uselaws.com<br>    *Attorneys for Plaintiffs* |

*Attorneys for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Albert Bruce Neil, Jeffery L. Zelms, and Theodore P. Fox, III*

| **KASOWITZ BENSON TORRES LLP** | **DOWD BENNETT LLP** |
|---|---|
| By: /s/ Marc E. Kasowitz  (w/ permission)<br>    Marc E. Kasowitz (*pro hac vice*)<br>    mkasowitz@kasowitz.com<br>    Kenneth R. David (*pro hac vice*)<br>    kdavid@kasowitz.com<br>    Matthew A. Kraus (*pro hac vice*)<br>    mkraus@kasowitz.com<br>    1633 Broadway<br>    New York, New York 10019<br>    Telephone: (212) 506-1700<br>    Facsimile: (212) 506-1800 | By: /s/ Edward L. Dowd, Jr.  (w/permission)<br>    Edward L. Dowd, Jr.  #28785MO<br>    edowd@dowdbennett.com<br>    7733 Forsyth Blvd., Suite 1900<br>    St. Louis, Missouri 63105<br>    (314) 889-7300 (telephone)<br>    (314) 863-2111 (facsimile)<br><br>*Attorneys for Defendants The Renco Group, Inc., DR Acquisition Corp., Ira L. Rennert, and Doe Run Cayman Holdings, LLC* |

*Attorneys for Defendants The Renco Group, Inc., DR Acquisition Corp., Ira L. Rennert, and Doe Run Cayman Holdings, LLC*

**CARMODY MacDONALD P.C.**

By: /s/ Gerard T. Carmody (w/ permission)
 Gerard T. Carmody
 gtc@carmodymacdonald.com
 Kevin M. Cushing
 kmc@carmodymacdonald.com
 120 South Central Avenue, Suite 1800
 St. Louis, MO 63105
 Telephone: (314) 854-8600
Facsimile: (314) 854-8660

*Attorneys for Defendants Roger L. Fay, Marvin M. Koenig, John A. Siegel, Jr., Dennis A. Sadlowski, John A. Binko, Michael C. Ryan, The Ira Leon Rennert Revocable Trust, The Trusts for the benefit of S. Tamara Rennert under the Ira Leon Rennert Grantor Retained Annuity Trusts Nos. 1, 2, and 3, The Trusts for the benefit of Yonina Nechama Rennert under the Ira Leon Rennert Grantor Retained Annuity Trusts Nos. 1, 2, and 3, The Trusts for the benefit of Ari E.Y.M. Rennert under the Ira Leon Rennert Grantor Retained Annuity Trusts Nos. 1, 2, and 3, The Ira Leon Rennert Grantor Retained Annuity Trusts Nos. 4, 5, 9, 10, 2002A, and 2002B, The Ira Leon Rennert 2010 Irrevocable Sub Trust for the benefit of Sarah Tamara Rennert Winn, The Ira Leon Rennert 2010 Irrevocable Sub Trust for the benefit of Yonina Nechama Rennert Davidson, and The Ira Leon Rennert 2010 Irrevocable Sub Trust for the benefit of Ari E.Y.M. Rennert*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of October 2018, the foregoing was filed via the ECF/CM system with the Clerk of the Court and served upon counsel of record via email through the Court's ECF/CM system by means of the Notice of Electronic Filing.

*/s/ Elizabeth M. Wilkins*
Attorney for Plaintiffs