UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** October 25, 2018    **Case No.** 4:11CV44 CDP

A.O.A. et al.    v.    Doe Run Resources Corp. et al.

**Judge** Honorable Catherine D. Perry

**Court Reporter** G. Madden    **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Elizabeth Wilkins

**Attorneys for Defendant(s)** M. Hickey, T. Berra, A. Rothschild, M. Kraus, J. Hoops

**Parties present for** telephone conference.  Status of discovery, privilege disputes and expert disclosures discussed.  Next telephone conference set for December 6, 2018 at 10:30 a.m.

Attorneys Present : _____

Proceedings commenced:    10:30 a.m.

Proceedings concluded:    10:42 a.m.