IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | Case No. 4:11-cv-00044-CDP |
| Plaintiffs, | ) | (CONSOLIDATED) |
| | ) | |
| vs. | ) | |
| | ) | |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Third Amended Case Management Order [Doc. 1043], the parties submit the following joint report for the Court's consideration. The parties continue to work to comply with previously-set discovery deadlines. Each party will be prepared to update the Court on its respective progress during the upcoming status conference. Further, the parties wish to inform the Court of the following:

1) **Status of Sheyla Angela Condor Ortega.** As reported in the Parties' Joint Motion to Modify Second Amended Case Management Order 15 [Doc. 1042], Plaintiffs have represented that Final Trial Pool Plaintiff Sheyla Angela Condor Ortega was not available to attend her Rule 35 examination during the timeframe recently set, nor will she be available to travel to the United States in the near future. The parties disagree on the appropriate remedy for Ms. Condor Ortega's inability to appear. Following conferral with Plaintiffs, Defendants intend to submit a formal motion for appropriate relief in lieu of addressing the issues herein. Plaintiffs will respond to any such motion in the timeframe permitted by the Federal Rules, or as the Court may deem appropriate.

2) **Discovery to Majority Age Plaintiffs.** Defendants will seek leave to serve limited written discovery from all majority age Plaintiffs to clarify the number of litigants actually pursuing

claims against Defendants and obtain updated information ahead of the upcoming ADR referral period. Plaintiffs will oppose this request.  Defendants intend to submit a formal motion for relief in lieu of addressing the issues in this joint status report. Plaintiffs will respond to any such motion in the timeframe permitted by the Federal Rules, or as the Court may deem appropriate.

Dated: October 23, 2019                         Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON, LLP**
By: /s/    Elizabeth M. Wilkins
    Jerome J. Schlichter, #32225
    Roger C. Denton, #30292
    Kristine K. Kraft, #37971
    Nelson G. Wolff, #40796
    Elizabeth M. Wilkins, #61284
    100 South 4th Street., Suite 1200
    St. Louis, Missouri 63102
    Telephone: (314) 621-6115
    jshlichter@uselaws.com
    rdenton@uselaws.com
    kkraft@uselaws.com
    nwolff@uselaws.com
    bwilkins@uselaws.com

    *Attorneys for Plaintiffs*

**KING & SPALDING LLP**
By: /s/  Geoffrey M. Drake
    Tracie J. Renfroe, #16777000T
    trenfroe@kslaw.com
    Carol M. Wood, #2594581
    cwood@kslaw.com
    1100 Louisiana Street
    Suite 4000
    Houston, Texas 77002
    Telephone: (713) 751-3200
    Facsimile: (713) 751-3290

    Andrew T. Bayman, #043342GA
    abayman@kslaw.com
    Carmen R. Toledo, #714096GA
    ctoledo@kslaw.com
    Geoffrey M. Drake, #229229GA
    gdrake@kslaw.com
    1180 Peachtree Street, N.E.
    Suite 1600
    Atlanta, Georgia  30309
    Telephone: (404) 572-4600
    Facsimile: (404) 572-5100

    James P. Cusick, #4041653NY
    jcusick@kslaw.com
    1185 Avenue of the Americas, 34th Floor
    New York, New York  10036
    Telephone:  (212) 556-2170
    Facsimile:  (212) 556-2222

    *Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser, Albert Bruce Neil, Jeffrey L. Zelms*

| **LEWIS RICE LLC** | **DOWD BENNETT LLP** |
|---|---|
| Andrew Rothschild, #23145MO<br>arothschild@lewisrice.com<br>Thomas P. Berra, Jr., #43399MO<br>tberra@lewisrice.com<br>Michael J. Hickey, #47136MO<br>mhickey@lewisrice.com<br>600 Washington Ave., Suite 2500<br>St. Louis, MO  63102-2147<br>Telephone: (314) 444-7600<br>Facsimile:  (314) 241-6056 | Edward L. Dowd, Jr.  #28785MO<br>edowd@dowdbennett.com<br>Jeffrey R. Hoops, #69813MO<br>jhoops@dowdbennett.com<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, Missouri 63105<br>Telephone: (314) 889-7300<br>Fasimile: (314) 863-2111 |
| *Attorneys for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Albert Bruce Neil, Jeffrey L. Zelms, and Theodore P. Fox, III* | *Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Ira L. Rennert, and Doe Run Cayman Holdings, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of October, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court through the Court's CM/ECF system, which will effect service on all counsel of record by sending a Notice of Electronic Filing.

　　　　　　　　　　／s/ Elizabeth M. Wilkins