UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al. | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) Case No.:  4:11-cv-00044-CDP |
| v. | ) (CONSOLIDATED) |
| | ) |
| DOE RUN RESOURCES | ) |
| CORPORATION, et al., | ) |
| | ) |
|    Defendants. | ) |

**REPORT TO COURT ORDER TO
IDENTIFY PLAINTIFFS WHO HAVE REACHED AGE 18**

Pursuant to the Court's Order entered on July 29, 2013, Plaintiffs identify the following individuals who have reached the age of majority between September 25, 2019 and October 24, 2019. At this time, Plaintiffs do not intend to seek a finding of incapacity for these individuals.

| | NAME | CASE NUMBER | INITIALS PREVIOUSLY USED | NUMBER ORDER OF PLAINTIFF IN COMPLAINT |
|---|---|---|---|---|
| 1 | Miliano Raza, Estefany Milagros | 4:13-cv-00248 | E.M.M.R. | Plaintiff is identified by the 19th set of initials in the caption |
| 2 | Rojas Huaynates, Wenseslao Ronaldo | 4:12-cv-01352 | W.R.R.H. | Plaintiff is identified by the 39th set of initials in the caption |
| 3 | Estrada Arzapalo, Jack Emil | 4:13-cv-00245 | J.E.E.A. | Plaintiff is identified by the 53rd set of initials in the caption |
| 4 | Mallma Palacios, Romario | 4:13-cv-01596 | R.M.P. | Plaintiff is identified by the 30th set of initials in the caption |
| 5 | Roque Aza, Saul Aduardo | 4:13-cv-01594 | S.A.R.A. | Plaintiff is identified by the 61st set of initials in the caption |
| 6 | Juan de Dios Palian, Angie Alice | 4:12-cv-01352 | A.A.J.D.D.P. | Plaintiff is identified by the 3rd set of initials in the caption |

| | NAME | CASE NUMBER | INITIALS PREVIOUSLY USED | NUMBER ORDER OF PLAINTIFF IN COMPLAINT |
|---|---|---|---|---|
| 7 | Landa Cabanillas, Miguel Angel | 4:12-cv-01345 | M.A.L.C. | Plaintiff is identified by the 43rd set of initials in the caption |

October 24, 2019

Respectfully submitted,

SCHLICHTER, BOGARD & DENTON, LLP

By:   /s/ Elizabeth Wilkins
JEROME J. SCHLICHTER #32225
ROGER DENTON #30292
NELSON G. WOLFF #40796
KRISTINE K. KRAFT #37971
ELIZABETH M. WILKINS #61284
100 South 4th Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
jschlichter@uselaws.com
rdenton@uselaws.com
nwolff@uselaws.com
kkraft@uselaws.com
bwilkins@uselaws.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of October, 2019, a copy of the foregoing document was filed with the Clerk of the Court to be served upon counsel of record via the Court's ECF system.

  /s/ Elizabeth Wilkins