# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| A.O.A., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:11-CV-00044-CDP ) (Consolidated) |
| Doe Run Resources Corporation, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT FOR DECEMBER 3, 2019 STATUS CONFERENCE

Pursuant to the Court's Order dated October 24, 2019 [Doc. 1060], the parties hereby identify the following matters for discussion during the December 3, 2019 Status Conference:

1. Status of scheduling Defense expert depositions.

Dated this 2nd day of December, 2019.                    Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON, LLP**

By: /s/ Elizabeth M. Wilkins
Jerome J. Schlichter, #32225
Roger C. Denton, #30292
Kristine K. Kraft, #37971
Nelson G. Wolff, #40796
Elizabeth M. Wilkins, #61284
100 South 4th Street., Suite 1200
St. Louis, Missouri 63102
Telephone: (314) 621-6115
jshlichter@uselaws.com
rdenton@uselaws.com
kkraft@uselaws.com
nwolff@uselaws.com
bwilkins@uselaws.com

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

By: /s/ Geoffrey M. Drake
Andrew T. Bayman, #043342GA
Carmen R. Toledo, #714095GA
Geoffrey M. Drake, #229229GA
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
(404) 572-3438
abayman@kslaw.com
ctoledo@kslaw.com
gdrake@kslaw.com

Tracie J. Renfroe, #16777000T
Carol M. Wood, #2594581
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 751-3209
cwood@kslaw.com

trenfroe@kslaw.com

James P. Cusick (NY Bar No. 4041653)
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
(212) 556-2170
jcusick@kslaw.com

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Ira L. Rennert, The Doe Run Resources Corporation, Renco Holdings, Inc., Theodore P. Fox, III, Marvin K. Kaiser, Jeffrey L. Zelms, and Jerry Pyatt*

**LEWIS RICE LLC**

Andrew Rothschild (#23145MO)
Thomas P. Berra, Jr. (#43399MO)
Michael J. Hickey (#47136MO)
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
(314) 444-7600
arothschild@lewisrice.com
tbeerra@lewisrice.com
mhickey@lewisrice.com

*Attorneys for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Jeffrey L. Zelms, Theodore P. Fox, III, and Jerry Pyatt*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr. (#28785MO)
edowd@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300
edowd@dowdbennett.com

2

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Renco Holdings, Inc., and Ira L. Rennert*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of December, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court through the Court's CM/ECF system, which will effect service on all counsel of record by sending a Notice of Electronic Filing.

/s/ Elizabeth M. Wilkins
Elizabeth M. Wilkins