UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:11 CV 44 CDP |
| IRA L. RENNERT, et al., | ) ) ) |
| Defendants. | ) |

# **ORDER**

Having fully reviewed the expedited briefs filed by the parties, I will deny the plaintiffs' motion for sanctions, without prejudice. I will also deny the defendants' request for fees for responding to the motion.

Resolving the issues presented by plaintiffs' motion for sanctions would require an evidentiary hearing, as each side's lawyers are asserting that the other side's lawyers are not being truthful with the Court. If it is necessary for the Court to resolve these issues at a later date, the parties should expect a full evidentiary hearing, with testimony under oath and subject to cross-examination, regarding exactly what has and has not been produced. If plaintiffs believe they need additional information to be fully prepared for the mediation scheduled for next week, they can, of course, discuss this issue with the mediator, but sanctions are not appropriate on this record.

Finally, all parties are reminded of their obligation under Rule 26, Federal Rules of Civil Procedure, to supplement their discovery responses.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for sanctions [1077] is denied without prejudice.  Defendants' request for fees for responding to the motion is denied.

**IT IS FURTHER ORDERED** that plaintiffs' motion for leave to file reply in support of their motion for sanctions out of time [1081] and motion for leave to file in excess of page limit [1082] are granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of February, 2020.