# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| A.O.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Doe Run Resources Corporation, *et al.*, <br><br> Defendants. | No. 4:11-CV-00044-CDP <br> (Consolidated) |

### JOINT STATUS REPORT FOR JULY 28, 2020 STATUS CONFERENCE

Pursuant to the Court's Order dated June 29, 2020 [Doc. 1112], the parties hereby identify the following matters for discussion during the July 28, 2020 Status Conference:

1. Status of depositions of Plaintiffs' rebuttal experts
2. Additional fact depositions
3. Trial structure
4. Mediation status

Dated this 27th day of July, 2020.

Respectfully submitted,

| | |
|---|---|
| **SCHLICHTER, BOGARD & DENTON, LLP** | **KING & SPALDING LLP** |
| By: /s/Elizabeth M. Wilkins<br>Jerome J. Schlichter, #32225<br>Roger C. Denton, #30292<br>Kristine K. Kraft, #37971<br>Nelson G. Wolff, #40796<br>Elizabeth M. Wilkins, #61284<br>100 South 4th Street., Suite 1200<br>St. Louis, Missouri 63102<br>Telephone: (314) 621-6115<br>jshlichter@uselaws.com<br>rdenton@uselaws.com<br>kkraft@uselaws.com<br>nwolff@uselaws.com<br>bwilkins@uselaws.com<br><br>*Attorneys for Plaintiffs* | By: /s/Geoffrey M. Drake<br>Andrew T. Bayman, #043342GA<br>Carmen R. Toledo, #714095GA<br>Geoffrey M. Drake, #229229GA<br>1180 Peachtree Street, N.E., Suite 1600<br>Atlanta, Georgia 30309<br>(404) 572-3438<br>abayman@kslaw.com<br>ctoledo@kslaw.com<br>gdrake@kslaw.com<br><br>Tracie J. Renfroe, #16777000T<br>Carol M. Wood, #2594581<br>1100 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>(713) 751-3209<br>cwood@kslaw.com<br>trenfroe@kslaw.com |
| **DOWD BENNETT LLP**<br><br>Edward L. Dowd, Jr. (#28785MO)<br>edowd@dowdbennett.com<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, Missouri 63105<br>(314) 889-7300<br>edowd@dowdbennett.com<br><br>*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Renco Holdings, Inc., and Ira L. Rennert* | James P. Cusick (NY Bar No. 4041653)<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036<br>(212) 556-2170<br>jcusick@kslaw.com<br><br>*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Ira L. Rennert, The Doe Run Resources Corporation, Renco Holdings, Inc., Theodore P. Fox, III, Marvin K. Kaiser, Jeffrey L. Zelms, and Jerry Pyatt* |

LEWIS RICE LLC

Andrew Rothschild (#23145MO)
Thomas P. Berra, Jr. (#43399MO)
Michael J. Hickey (#47136MO)
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
(314) 444-7600
arothschild@lewisrice.com
tbeerra@lewisrice.com
mhickey@lewisrice.com

*Attorneys for Defendants The Doe Run Resources Corporation, Marvin K. Kaiser, Jeffrey L. Zelms, Theodore P. Fox, III, and Jerry Pyatt*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of July, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court through the Court's CM/ECF system, which will effect service on all counsel of record by sending a Notice of Electronic Filing.

/s/Elizabeth M. Wilkins
Elizabeth M. Wilkins