# Exhibit G

**DOE RUN PERU**
Av. Victor Andrés Belaunde 147 – Vía Principal 155
Centro Empresarial Real, Torre Real 3 – Piso 9 San Isidro
Tel. (51 1) 215-1200, Fax (51 1) 215-1246

San Isidro February 17, 2004

[stamp – February 17, 2004
Reg. No. 1453558]

Messrs.
Directorate General of Mining
Ministry of Energy and Mining

Attn.: Eng. María Chappuis
Director-General of Mining

Reference: PAMA of the Metallurgical Complex of La Oroya

Dear Sirs:

Concerning the special examination conducted in the U.P. La Oroya, and in accordance with our own analyses, the results and supporting information of which we are enclosing, we hereby inform you of the results of our PAMA in relation to its effectiveness in resolving the environmental contamination problem affecting La Oroya, and its feasibility from an economic standpoint.

Apart from the financial aspects relating to its execution, the results of these evaluations indicate that the execution of the PAMA, as currently designed, will not resolve the more serious environmental problems the Metallurgical Complex of La Oroya, and its areas of influence, are experiencing.

Accordingly, notwithstanding our continuing to perform the PAMA as we have been doing to date, we are assessing different alternatives to resolve such problems. Among the alternatives, we are considering a modification of the PAMA that can address the real necessities of La Oroya. The analysis of such alternatives does not exclude the possibility of suspending in definite our operations in La Oroya and proceed with the closure of the installations to eliminate emissions, an alternative that we definitely do not prefer.

As a referential framework, we have developed an Operating Plan that would allow us to keep the metallurgical complex active and adapt it to the country's environmental standards. This Plan has been developed using economic, technical and temporary terms we consider as realistic based on our estimated medium-term cash flow.

With respect to the environmental concerns, we underscore the fact that the alternatives considered in the Plan are similar to those applied by Doe Run Company in its U.S. refineries, where the experience has been highly satisfactory.

Given the importance and the social effects of the decisions to be made concerning the environmental problem in La Oroya, and in keeping with our philosophy of company social responsibility that we practice, we are also developing a plan involving public participation to consider the opinion of all interested parties linked to Doe Run Peru S.R.L.

Finally, we request you to grant us the opportunity to present in your Offices the aforementioned Operating Plan. We therefore would be grateful if you could indicate the date that best suits you in accordance with your work schedules.

Kindly receive our cordial greetings.

Sincerely yours,

(signature)

DOE RUN PERU SRL
Bruce Neil
President and General Manager

cc: Eng. Julio Bonelli. General Director of Environmental Matters

# GROUNDS FOR THE MODIFICATION OF THE PAMA OF THE METALLURIGICAL COMPLEX OF LA OROYA

## TECHNICAL GROUNDS

The levels of lead in air quality were reported in our “Report to Our Communities 1998 – 2002”, pages 66 and 67. There are 5 Air Quality Monitoring Stations. The report shows the average obtained from the 5 stations and the station of Sindicato, the most important with regards to air quality.

The station at Sindicato is the most representative in the area of La Oroya Antigua, the same area that receives the major effects of the Smelter’s emissions. The station located at Hotel Inca is on the other side of the river and, in general, within the same area, and has similar, but slightly less, values. The station of Huanchán, located in the slag deposits, presents the highest values, but is not representative as it is an industrial zone and there is no population in that area. The Huaymanta station, located at a certain distance facing west, over the highway to Lima and opposite the refinery plants, is close to inhabited areas. Casaracra is the reference station or white station of the monitoring network; it is located about 10 km from the city. We shall focus the discussion on the Sindicato’s monitoring station.

Lead is a chronic contaminant and is not a matter of concern in the short term, as is carbon monoxide, but it’s exposure over a long period of time certainly is. The average annual level of lead at the Sindicato station was 3 ug/m3 in 2000 and 2.65 ug/m3 in each of the following years, i.e., 2001, 2002 and 2003. These values are obtained from samples taken every third day for particles less than 10 micra, labeled PM10.

In Peru the standard is a monthly average of taken PM10, whereas in the United States the standard is the quarterly average of a sample of lead taken from the total amount of particles in suspension.

The lead emissions through the main chimney were 1.8 t/d, or 656 t/a. The arsenic emissions were one third of the lead emissions, or 226 t/a, while the cadmium emissions were 10% of the arsenic emissions or 3.5% of the lead emissions.

A detailed study of fugitive emissions originating from the Plant’s dust has never been conducted, nor a measurement of the fugitive emissions coming from the plants’ buildings. However, a bulk estimate has been developed through analysis processes of data on the chimney emissions and engineering estimates based on the metallurgical balances. With these measurements we have been able to estimate around 374 t/a of additional lead emissions through fugitive emissions.

## TABLE OF EMISSIONS

La Oroya Emissions

| | Tonnes per day PB | Tonnes per year PB | AS |
|---|---|---|---|
| Main stack | 1.8 | 656 | 226 |
| Sinter Plant-crusher scrubbers availability and 50% lead | .375 | 116 | based on 85% |
| Building fugitive [emissions] | | 30 | 10 |
| Blast furnace | | 60 | 10 |
| Dross plant | | 40 | 10 |
| Casting anodes | | 4 | 0 |
| Slimes [slag] plant | | 10 | 5 |
| Lead Electro-refinery | | 4 | 0 |
| Copper Converter Aisle | | 40 | 30 |
| Copper Roasters | | 60 | 60 |
| New Jersey Zinc Roaster | | 10 | 0 |
| Total Fugitive [Emissions] | | 374 | 125 |
| GRAND TOTAL | | 1030 | 481 |

### SUMMARY OF AIR QUALITY DATA AT LA OROYA

| Year | Arsenic | | Lead | | Cadmium | |
|---|---|---|---|---|---|---|
| | X | range | X | range | X | range |
| 1997 | 3.2 | .2-8.1 | 3.9 | 1.3-6.0 | .13 | 0.5-.25 |
| 1998 | 2.0 | .8-3.0 | 3.7 | 1.2-5.1 | .20 | .07-.37 |
| 1999 | 3.7 | 1.3-8.8 | 4.9 | 2.5-7.5 | .28 | .12-.55 |
| 2000 | 2.8 | 1.7-4.7 | 3.0 | 1.7-5.1 | .14 | .08-.24 |
| 2001 | 3.4 | 1.0-5.8 | 2.7 | 1.1-4.9 | .10 | .04-.18 |
| 2002 | 3.3 | 1.6-6.6 | 2.6 | 1.4-4.2 | .14 | .08-.23 |
| 2003 | 2.6 | 1-.2-6.0 | 2.8 | 1.5-3.9 | .11 | .04-.25 |
| last 3 years | 3.1 | 1.0-6.6 | 2.7 | 1.1-4.9 | .12 | .04-.25 |

**Design value for lead**

We believe it prudent to use a design value of 4.9 ug/m3 as a monthly average—it is the highest of the past three years. The standard to reach is 1.5 ug/m3, indicating that it is necessary to reduce by 3.3 times, or by 70%, the effect of the emissions to reach such standard.

If we also take into consideration the applicable standard at La Oroya, 1 ug/m3 as an annual average, for this case we require a reduction from 2.7 to 1, or a 63% reduction, of the effect of emissions. For this purpose, the objective is to reduce [the effects from emissions] by 70% to reach the permissible standards of lead in the air.

According to McVehil & Monet, the effect, on air quality, of a determined volume of fugitive emissions is 8 times the effect of the same volume of emissions through the main chimney. Taking this into account for our calculations, and considering that 100% of fugitive emissions affect air quality (a conservative approach), we can infer that the total volume of emissions shall be:

Fugitive Emissions: 374 t/a

Chimney Emissions:
656 t/a --> 656/8= 82 t/a of equivalent F.E.s

Total equivalent Fugitive Emissions:
374 + 82 = 456 t/a

The necessary reduction is: 456 x 0.7 = 319 t/a

The PAMA proposes to reduce emissions from the Lead Furnaces, the Foaming Plant, the Copper Converters and the Copper Roasters, and cease operating the New Jersey Zinc Roasters (NJR). These measures shall reduce lead fugitive emissions by 210 t/a.

Because of the closure of the NJRs, and the operation of the Shorty Rotary Furnaces, Chimney emissions shall reduce by 876 t/a, equal to:
876 t/a --> 876/8 = 109 t/a of equivalent F.E.s

If we add these reductions:
210 + 109 = 319 t/a --> We can therefore reach the objective.

On the other hand, the operations of the Shorty Rotary Furnaces, for the treatment of process dust, will eliminate 1,400 t of recirculated matter a month, which, added to the closure of the New Jersey Zinc Roasters, shall leave Central Cottrell with a free capacity to capture dust, enabling a further reduction in emissions through the main chimney, which could be considered as a safety margin to reach the permissible standard of air quality.

With respect to arsenic levels, the fugitive emissions are equal to:

125 + 226/8 = 153 t/a

The short rotary furnace will eliminate 25% of arsenic emissions through the chimney, or 56 t/a, equal to a reduction of:

56/8 = 7 t/a of equivalent F.E.s

Additionally, the enclosure projects will reduce arsenic fugitive emissions by 60 t/a in the copper roasters, 30 t/a in the copper converters and 20 t/a in the lead furnaces and foaming plant, which total 110 t/a.

The total reduction shall be 7 + 110 = 117 t/a, that, compared to the total of equivalent fugitive emissions (153 t/a), represents a reduction of 76% of the effects on air quality, suggesting a reduction in As concentration in the air from 3.7 ug/m3 to 0.87 ug/m3.

In this way, on completion of the dust control projects, not only will we be complying with the Maximum Permissible Limits, but also with the air Environmental Quality Standards (EQS), if the effect of the re-suspension of dust does not affect enough to exceed the Air EQSs.

**ECOLOGICAL AND ENVIRONMENTAL GROUNDS**

DRP's PAMA was aimed at complying with the Maximum Permissible Limits, before compliance with the EQSs. As determined by the study conducted by McVehil & Monet, concerning the effect of smoke emanating from the smelter in La Oroya on the environment, the fugitive emissions have an effect 8 times greater on air quality than emissions from the main chimney.

The experience of past years, at refineries around the world, has revealed cases in which, even when emissions from the main chimney are completely under control (where LMPs are measured), thanks to the effect of fugitive emissions the air ECAs were still not met.

The previous PAMA did not consider, in its objectives, whether the measures put into effect had a positive effect on the populations' Blood Lead Levels. We consider, based on the evaluations conducted and experience garnered from the past few years, that compliance with the maximum permissible limits of chimney emissions is not enough to reduce the contamination levels of lead in the air, to acceptable risk levels.

As mentioned by the risk analysis expert Dr. Teresa Bowers, in her report "Comparison of Human Health Risks Associated to Lead, Arsenic, Cadmium and $SO_2$ in La Oroya Antigua", the results of the risk analysis led to the conclusion that the effects of Lead are the most immediate concern for this community, in light of the magnitude of the levels found to have the potential to cause, in small children, in the long term and possibly irreversibly, neurological damage and learning

disabilities. Moreover, the presence of elevated levels of arsenic in the soil and air represent, in the long term, a cancer risk to the residents.

The reduction of dust containing lead is related to the reduction of other metals, as in the case of arsenic and cadmium, although the latter is found in the environment in concentrations below the acceptable risk level set by the U.S. EPA.

On the other hand, although there is a potential for respiratory discomfort and irritation, arising from short episodes of peaks in the concentration of $SO_2$ and elevated levels of lead in the air, these effects are probably short term and also reversible. Therefore, while not necessarily dismissing control programs for these last two, it is possible to delay their final solution given the impossibility of simultaneously controlling all the environmental issues.

**SOCIAL GROUNDS**

La Oroya has 3,086 workers (2,493 on payroll and 593 pertaining to third parties, including project personnel). Considering that each worker has, on average, 6 dependents, this implies that 21,603 people directly depend financially on the metallurgical complex. The economic study conducted by the CELIDE between 1992 and 1993, estimated that this work group was responsible for 70% of business activity in the city of La Oroya.

The majority of workers of La Oroya reside in the central region of Peru: Junín, Huancayo, Jauja, Tarma, Carhuamayo, Cerro de Pasco, Huanuco, etc.; as such the social effect the Metallurgical Complex of La Oroya has in the area is large.

It should be noted that according to legal analyses conducted by Doe Run Peru S.R.L, if the complex were to operate without a PAMA, this would be tantamount to working without an environmental permit that not only raises the possibility of receiving administrative sanctions for failure to comply with the Maximum Permissible Limits, but, according to the Peruvian Penal Code, it could also be considered a crime to operate without the respective permit. Such a situation would force the Company to close the Smelter, before even failing to comply with the PAMA, or if it is certain that the Company shall not obtain a permit from the Peruvian Government authorizing it to operate, while it finishes the adaptation of its operations to meet environmental standards.

Moreover, besides the real effect [the closure of the plant] would have on the city of La Oroya, we must also point out the domino effect on the central region of the country, based on the following payments made in 2003:

| | |
|---|---|
| Electroandes S.A. | $ 21.20 million (not including VAT) |
| Railways | $ 2.48 million |
| Road transportation | $ 2.47 million |

| | |
|---|---|
| Purchase of concentrates | $ 244.00 million |

Additionally, concentrates are bought abroad, mainly from companies doing business in Peru, in an amount of approximately $ 53 million, and $ 44.2 million is paid in salaries.

Another point to consider is that, should the Metallurgical Complex of La Oroya close, small and medium mining producers would have difficulty placing their concentrates abroad given the small amounts they produce, and that they are complex polymetallic concentrates, a problem that could considerably affect their profitability, forcing them to—in some cases—close.

Doe Run Peru S.R.L is making every effort to make the metallurgical complex of La Oroya feasible over time, including works that increase its competitive capacity in the current marketplace and performing environmental adaptations to allow it to operate in compliance with the requirements set forth by Peruvian regulations on this matter.

To that end, the company has a social responsibility program that, during the past few years, has had a budget varying between $ 500,000 to $ 700,000 per year, developing activities in the following fields:

- **Work education – Youth Labor Training:**

The agreement for Youth Labor Training is governed by regulations established by the *Texto Único Ordenado* (T.U.O. or "Consolidated Amended Text") of Legislative Decree No. 728, Law on Labor Training and Promotion, approved by Supreme Decree No. 002-97-TR.

Its purpose is to "provide young persons, between 16 and 25 years of age, theoretical knowledge in: business management, quality of life and project designs, as well as practical workshops on: sanitary and electrical installations, civil construction, landscaping, forestry, and ecotourism, in a business environment, to include them in the economic activity.

The initial selection process is: each community, through a popular assembly, chooses their young leaders. In the case of La Oroya, Paccha and Santa Rosa de Sacco, the selection of young leaders is made jointly by the Community and the Municipality. After the call is made for young people to participate, the company makes the final selection.

Each Youth Labor Training Program is comprised of THREE PHASES, each lasting for 3 months.

After the first two phases have concluded, the best participants of each phase are selected, and a third phase is conducted to reinforce the theoretical knowledge and

practical skills taught.

Twenty-two young people were selected from the First Youth Labor Training Program (Phases I, II and III) to work. THIRTEEN were placed on the company's payroll, THREE entered into a direct contract with the company, and SIX were contracted by service provider companies.

During the program phases, each participant is assigned a monthly stipend, 1st Phase: FIVE HUNDRED SOLES; 2nd Phase: SIX HUNDRED SOLES; and 3rd Phase: EIGHT HUNDRED SOLES. In the second program, the current assignment per phase is EIGHT HUNDRED SOLES.

In addition to the monthly stipend, the company provides: food, lodging, medical assistance, safety equipment and other benefits.

Since 1999, when the program first started, and to date, 547 young people have participated from 22 communities and annexes.

It should be noted that many of these young participants became presidents and/or leaders of their respective communities, breaking many years of tradition where before only those with a long trajectory within their community could become authorities or community leaders.

- **Educational infrastructure**

The objectives are:

- To contribute to bettering the educational system by improving the educational infrastructure.
- Implement infrastructure to provide basic hygienic services, with Doe Run quality standards, to contribute to the personal and environmental hygiene programs.
- Participate in the development and modernization of the urban surroundings.

To date, in La Oroya, 8 schools have been remodeled, with a total of 1,392 $m^2$ constructed and a total of 12,463 $m^2$ that underwent maintenance and refurbishment, benefiting 4,464 schoolchildren. Likewise, 13 educational centers were remodeled in the communities, totaling 2,880 $m^2$ constructed and a total of 9,794 $m^2$ that underwent maintenance and refurbishment, benefiting 1,702 schoolchildren.

In La Oroya, maintenance and refurbishment works were also performed on the following: The Medical Center (*Posta Médica*), the National Dining Hall No. 5, the Workers' Syndicate, the *Plaza Libertad* of La Oroya Antigua, the construction of a reservoir for the supply of drinking water and the refurbishment of the venue

*Hermandad del Señor de los Milagros*, totaling 1,780 $m^2$. Construction works have been performed in the communities, such as an electric generator shelter, guinea pig farms, an emergency medical tent for the Peruvian National Police, the refurbishment of the Santa Rosa de Sacco stadium's flooring, and the repair of the Chacamarca museum, totaling 14,192 $m^2$ of constructed and refurbished area.

The company has created a permanent maintenance program for the completed works, so that the infrastructure is permanently kept in optimal conditions.

- **Improvement in livestock and genetic improvement**

The objectives are:

- Train and advise the communities as to the management of ovine, mainly.
- Prevent parasitic diseases through the dosage of mineral salt tonics
- Improve the breed and offspring of livestock of the communities, by delivering better genetic livestock modules, for ovine: Hampshire Down breed and Junín breed, and for Alpacas: Huacaya breed.

To date 9 males and 15 females (8 modules) of the Hampshire Breed have been delivered to 7 communities, and 30 males and 670 females of the Junín breed to 6 communities. With respect to the alpacas, 16 reproducing animals have been provided to 4 communities.

The first evaluations in genetic improvement have shown that offspring weigh an average of 4 kilograms at birth, and weigh an average of 10 kilograms during their first month. The weight of the Hampshire Down breed exceeds 100 kilograms.

The ovine the communities previously bred reached an approximate weight of between 25 and 30 kilograms in adulthood.

Pilot research programs are also being conducted regarding the handling of smaller animals: guinea pigs and trout, in three communities.

- **Improvement in pastures**

The objectives are:

- Train the communities on the cultivation of pastures, including the launch of pilot programs to improve seed quality.
- Research the adaptation and attributes of special grasses introduced into the central sierra,

To date, there are 73.24 cultivated hectares in 9 communities under the pilot

programs.

It should be noted that, previously, the members of the communities did not have any parameters for feeding their livestock, placing all of their animals into one sole pasture. They are now adopting the measure of one sheep per hectare, per year, considerably improving the weight of each sheep.

- **Improvements to the landscape: Andean Forest Plantations and Landscaping**

The objectives are:

- ➢ Reverse the false perception that in La Oroya, standing at more than 3,000 m.o.s.l, there is no vegetation.
- ➢ Reduce the areas exposed to dust through forestry and landscaping programs.

These programs began in 2000. To date they have had the following results:

- Forestry: 99,676 saplings planted, 40% in La Oroya and 60% in communities. Almost 10 hectares of forest areas.
- Landscaping: 70,871 $m_2$, 87% in La Oroya and 13% in the communities.

These works have been conducted with the voluntary participation of the population. On some occasions, entire families participate in these campaigns.

Additionally, tourism is being promoted in the area, and two touristic circuits have so far been identified, including: The recreational park designed and built by DRP in La Oroya, various ruins, and the landscapes of neighboring communities, etc.

- **Emergency support for the communities**

In accordance with the company's policy, technical support and machinery have been provided to the community, in general, for emergency situations, such as:

- ➢ El Niño phenomenon affecting the main highway in 1998. Machinery and personnel were provided to the community, a cost acknowledged by the Ministry of Energy and Mining as equivalent to US$ 637,710.
- ➢ Repair of the Jorge Basadre drains of the *Carretera Central* (main highway) that connects Lima with Cerro de Pasco and Selva Central del Perú, with a monetary participation of US$ 100,000.
- ➢ Restoration of the highway Carpapata – Cobriza in Huancavelica, in an amount greater than US$ 260,000 since 2000 to date.

# DOE RUN PERU

***La Oroya Division***



## *THE PAMA FOR THE METALLURGICAL COMPLEX OF LA OROYA*

## *2004 – 2011 PERIOD*

***February 17, 2004***

**INDEX**

1 EXECUTIVE SUMMARY ........ 16
2 BACKGROUND ........ 17
3 CURRENT PAMA COMMITMENT ........ 17
3.1 CONCLUDED PROJECTS ........ 19
3.2 PROJECTS UNDER EXECUTION ........ 20
3.2.1 SULFURIC ACID PLANT ........ 21
3.2.2 COPPER REFINERY MOTHER LIQUOR TREATMENT PLANT ........ 23
3.2.3 INDUSTRIAL LIQUID EFFLUENTS ........ 25
3.2.4 WASTEWATER / WASTE ........ 27
3.3 RESULTS OBTAINED THROUGH 2003 ........ 30
3.3.1 SOLIDS ........ 30
3.3.2 LIQUIDS ........ 32
3.3.3 GASES ........ 33
3.4 OTHER ENVIRONMENTAL PROJECTS ........ 38
4 PAMA FOR THE METALLURGICAL COMPLEX OF LA OROYA 2004 – 2011 39
4.1 GENERAL POINTS ........ 39
4.2 CONSIDERATIONS ........ 39
4.3 OBJECTIVES ........ 40
4.4 PRODUCTION LEVELS 2004 – 2011 ........ 41
4.5 ENVIRONMENTAL PLAN 2004 – 2011 ........ 41
4.6 BUSINESS INVESTMENT PLAN 2004 – 2011 ........ 43
4.7 PROJECTED REDUCTION DUE TO PAMA IMPACTS 2004 – 2011 ........ 45
5 PROJECTS INCLUDED IN THE PAMA FOR THE METALLURGICAL COMPLEX OF LA OROYA FOR THE 2004 – 2011 PERIOD ........ 49
5.1 DOMESTIC SOLID WASTE DEPOSIT ........ 52
5.2 ENVIRONMENTAL ADAPTATION OF HUANCHÁN SLAG DEPOSIT ........ 54
5.3 INDUSTRIAL WATERS TREATMENT PLANT ........ 55
5.4 COPPER REFINERY MOTHER LIQUOR TREATMENT PLANT ........ 57
5.5 WASTEWATER TREATMENT PLANT ........ 58
5.6 SULFURIC ACID PLANT AND GAS CONDITIONING SYSTEM ........ 59
5.6.1 ENGINEERING DEVELOPMENT (Subproject #6.1), PURCHASE, CONSTRUCTION, INSTALLATION AND START-UP OF THE NEW SULFURIC ACID PLANT ........ 60
5.6.2 CONDITIONING OF GASES OF THE SINTERING MACHINE - EQUIPMENT AND PIPELINES ........ 61
5.6.3 EXTRACTORS, PIPES AND EQUIPMENT FOR HANDLING COPPER CONVERTER GASES ........ 62
5.6.4 PIPES AND EQUIPMENT FOR HANDLING GASES FROM THE OXY-FUEL REVERBERATOR ........ 63
5.6.5 GAS MIXING PIPE AND CONNECTOR TO NEW SULFURIC ACID PLANT ........ 64
5.6.6 SHORT ROTARY FURNACES # 1 AND # 2 ........ 65
5.7 REDUCTION OF DUST EMISSIONS FROM THE MAIN CHIMNEY ........ 66
5.7.1 EVALUATION OF THE DUST CAPTURING SYSTEMS OF F&R ........ 67



RENCOGRP-002480

5.7.2 CONDITIONING OF UNITS 1, 2 AND 3 OF CENTRAL COTTRELL (LEAD SINTERING) ........ 68
5.7.3 IMPROVEMENTS TO THE ARSENIC COTTRELL CONTROL SYSTEMS ........ 69
5.7.4 IMPROVEMENTS TO THE COPPER AND LEAD CONDITIONING TOWERS – DISTRIBUTION AND STRUCTURES ........ 70
5.7.5 ENGINEERING AND CONDITIONING FOR THE CLOSURE OF THE NEW JERSEY ROASTERS ........ 71
5.8 REDUCTION OF DUST EMISSIONS GENERATED FROM FUGITIVE EMISSIONS ........ 72
5.8.1 ENCLOSURE AND VENTILATION SYSTEM OF THE FOAMING PLANT AND LEAD FURNACES ........ 73
5.8.2 VENTILATION SYSTEMS FOR DROSS PLANT HOUSES ........ 74
5.8.3 IMPROVEMENTS TO THE VENTILATION SYSTEM OF THE LEAD REFINERY MOLDING AREA ........ 75
5.8.4 REPOWERING OF A, B AND C VENTILATION SYSTEMS OF THE SINTERING PLANT ........ 76
5.8.5 HANDLING AND HUMIDIFYING THE LEAD SMELTING BEDS ........ 77
5.8.6 NEW VENTILATION SYSTEM FOR SLAG GRANULATION ........ 78
5.8.7 NEW COKE STORAGE AREA AND CLOSURE OF COKING PLANT 79
5.8.8 IMPROVEMENTS TO THE VENTILATION SYSTEM OF CADMIUM PLANT #2 ........ 80
5.8.9 HANDLING OF NITROUS GASES FROM THE ANODIC WASTE PLANT ........ 81
5.8.10 HANDLING AND HUMIDIFYING THE COPPER SMELTING BEDS 82
5.8.11 ENCLOSURE OF THE COPPER REVERBERATOR LOADING ZONE 83
5.8.12 IMPROVEMENTS TO THE DUST CAPTURING SYSTEMS OF THE ANODIC WASTE PLANT ........ 84
5.8.13 ENCLOSURE OF THE COPPER ROASTER CALCINE LOADING ZONE 85
5.8.14 VENTILATION SYSTEM OF THE ANTIMONITE PLANT ........ 86
5.8.15 IMPROVEMENTS TO THE ARSENIC PLANT VENTILATION AND PACKAGING SYSTEMS ........ 87
5.8.16 IMPROVEMENTS TO THE AJAX AND KILM FURNACES DUST CAPTURING SYSTEMS ........ 88
5.9 COMPLEMENTARY ENVIRONMENTAL PROJECTS ........ 89
5.9.1 PAVING ACCESS ROUTES (Subproject #9.1), WASHING AND DRAINING STATION FOR TRUCKS, POLYMETALLIC CONCENTRATE DEPOSIT (Subproject #9.2), AND PURCHASE OF INDUSTRIAL SWEEPERS (Subproject #9.3) ........ 89
5.9.2 HANDLING OF INDUSTRIAL SOLID WASTE ........ 91
6 ANNEXES ........ 92
I. Schedule of investments for 2004 – 2011
Summary table
Table IA – PAMA Projects

Table IB – Modernization and continuity of operations

II. Gantt charts of the projects considered in the 2004 – 2011 environmental plan
III. Air Lead Quality Improvement Expectations
IV. Relative contributions of La Oroya main stack
V. Analysis of La Oroya monitoring data
VI. Comparison of human health risks associated with lead, arsenic, cadmium, and $SO_2$ in La Oroya Antigua.

# 1 EXECUTIVE SUMMARY

Doe Run Peru S.R.L. is a mining and metallurgical company that overtook operations at the metallurgical complex of La Oroya on October 24, 1997, undertaking a PAMA commitment with the Peruvian Government that expires in January 2007. Through 2003, the cumulative amount of investments ascends to US$ 40.46 million, thereby fulfilling the commitment made for the 1998 – 2003 period that was originally US$ 39.95 million. Investments were periodically audited by the MEM.

The environmental problem at La Oroya is not only attributable to the metallurgical operations, but also to environmental liabilities created by administrations prior to Doe Run Peru, the lack of basic services available to the population, such as health, medical assistance, transportation, education and housing, and its geographical locations. These factors demand integral solutions that have motivated a multi-sector concern, involving the city of La Oroya and its communities.

During the execution of the present PAMA, various mitigation programs were implemented; technical, social and health studies were conducted, such as blood lead testing, and the performance of infrastructure works, to address in the short term the demands by the population for an environmental solution.

The PAMA did not consider mitigation aspects, fugitive emissions, health and hygiene risks, and air quality in the environmental management of lead, aspects that were defined as priorities by the conducted technical studies.

In light of the indicated technical reasons, and the economic-financial difficulties the national mining industry has experienced the past few years as a result of the drop in international metals prices, Doe Run Peru has been forced to develop an environmental plan for the 2004 – 2011 period, based on a business plan for the same period that would enable it to stay in business and comply with the environmental regulations in effect. This new environmental plan includes PAMA projects committed to date, mitigation projects for particulate matter, with an emphasis on lead, to reduce the health risks for workers and the population, in addition to the handling of fugitive emissions.

This Environmental Plan would imply an investment by Doe Run Peru of US$ 155.4 million, supported by a business investment plan of US$ 226.2 million for the 2004 – 2011 period, that includes a new level of production, mainly in the zinc circuit. The reason for the proposed period is based on the execution time required to implement these projects and the investment amounts that must be backed by the company's financial capacity, without affecting the development of its operations.

## 2 BACKGROUND

The metallurgical complex of La Oroya, under the administration of Centromín Perú S.A., in accordance with national legislation, developed its PAMA in 1996, with the objective of having an environmental program that would give it a 10-year term to reach the LMPs [Maximum Permissible Limits or LMPs per its initials in Spanish] regulating solid, liquid and gas emissions.

This PAMA, approved by DR 334-97-EMDGM on October 16, 1997 for an amount of US$ 131.7 million, during a period of privatization of the Metallurgical Complex was divided into two, one part under Centromín Perú S.A.'s responsibility for US$ 24.2 million that fundamentally considered the environmental liabilities, and the other for US$ 107.5 million, to be assumed by a future owner, that included the environmental projects concerning the metallurgical operations.

Doe Run, when it took over operations of the Metallurgical Complex on October 24, 1997, assumed the PAMA totaling US$ 107.5 million. This amount was revised on three occasions, parallel to the development of engineering studies of the projects involved, increasing with each revision as a result of the need for greater investments to meet the LMPs. The last revision was authorized on January 25, 2002 for US$ 173.05 million.

The PAMA, at its inception, did not consider mitigation aspects, fugitive emissions, health risks, and air quality, or the importance of the environmental management of lead, aspects defined as priorities in the technical studies conducted by national and international consultants.

The multi-sector requirements to provide a quick solution for the environmental problem at La Oroya, the prioritization and creation of new mitigation and fugitive emissions control projects, as well as the demand for greater investments and the necessity to maintain the operational continuity of the Metallurgical Complex, have created the need for Doe Run Peru to develop an environmental plan for the 2004 – 2011 period, based on a business plan for the same period, that would allow it to stay in business and comply with the environmental regulations in effect. This environmental plan includes projects considered in the original PAMA, with the addition of mitigation projects and the handling of fugitive emissions.

## 3 CURRENT PAMA COMMITMENT

The PAMA commitment includes nine projects, with the purpose of attaining the maximum permissible limits regulating the handling of solid, liquid and gas emissions, and particulate matter. The scope of these projects, their investments and technologies, have been analyzed by Doe Run Peru and international consultants, obtaining an investment amount of US$ 173.9 million presented to the MEM for review and respective approval.

The revisions described in Table 3/1 have not, at any time, brought changes to the scope of the PAMA projects, they are only corrections that have led to an increase in investment in order to comply with the committed environmental objectives.

**Table 3/1**
**REVISIONS OF THE METALLURGICAL COMPLEX'S PAMA**
**(US$ 000)**

| Version | Date | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Original | October 18, 1997 | 2,700 | 3,612 | 4,983 | 3,300 | 3,000 | 3,800 | 2,775 | 38,700 | 44,725 | 107,575 |
| 1st Revision | October 19, 1999 | 3,882 | 5,050 | 11,265 | 13,800 | 14,300 | 13,180 | 30,068 | 34,780 | 42,040 | 168,342 |
| 2nd Revision | April 16, 2001 | 3,882 | 5,067 | 10,879 | 5,000 | 15,829 | 18,040 | 36,355 | 32,990 | 41,640 | 169,702 |
| 3rd Revision | January 25, 2002 | 3,882 | 5,067 | 10,879 | 5,015 | 5,750 | 9,350 | 12,800 | 33,500 | 67,700 | 173,983 |

Table 3/2, corresponding to the last revision, indicating the amounts and schedules for the environmental projects, shows that the total investment of US$ 173.9 million represents an increase of 61.7% with respect to the original commitment of US$ 107.5 million.

**Table 3/2**
**PAMA COMMITMENT 1998 – 2006: REV. 3 – January 2002**
**(US$ 000)**

| Pama No | PROJECT | 1997-2001 | 2002 | 2003 | 2004 | 2005 | 2006 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | Sulfuric Acid Plant | 1,064 | 1,000 | 3,500 | 4,500 | 43,000 | 54,500 | 107,564 |
| 5 | Mother Liquor Treatment | 1,648 | 200 | 500 | 1,000 | 1,000 | 1,200 | 5,545 |
| 8 | Industrial Waters Treatment Plant | 7,760 | 2,400 | 3,300 | 5,300 | 6,500 | 8,500 | 33,760 |
| 12 | Cu and Pb Slag Handling | 9,618 | | | | | | 9,618 |
| 13 | Remediation of Huanchán Slag Deposit | 541 | 150 | 150 | | | | 841 |
| 14 | Handling of Arsenic Trioxide | 2,398 | | | | | | 2,398 |
| 15 | Remediation of Huanchán Ferrites Deposit | 225 | 1,000 | 300 | 300 | | | 1,825 |
| 16 | Wastewater/Waste | 927 | 1,000 | 1,600 | 1,700 | 3,000 | 3,500 | 11,727 |
| | Monitoring Stations | 672 | | | | | | 672 |
| | **TOTAL COMMITTED** | **24,853** | **5,750** | **9,350** | **12,800** | **53,500** | **67,700** | **173,953** |

The investments made between 1998 and 2003 in the PAMA projects of La Oroya amount to US$ 40.46 million, as observed in Table 3/3.

**Table 3/3**
**INVESTMENTS 1998 – 2003**
**(US$ 000)**

| Pama No | PROJECT | 1997-2001 | 2002 | 2003 | 2004 | 2005 | 2006 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | Sulfuric Acid Plant | 1,064 | 2,696 | 4,010 | 4,500 | 42,489 | 52,805 | 107,564 |
| 2 | Mother Liquor Treatment | 1,648 | 381 | 511 | 1,000 | 1,000 | 1,008 | 5,545 |
| 3 | Industrial Waters Treatment | 7,760 | 2,619 | 1,544 | 5,300 | 8,037 | 8,500 | 33,760 |
| 4 | Cu and Pb Slag Handling | 9,618 | | | | | | 9,618 |
| 5 | Environmental Adaptation of Slag Deposit | 541 | 200 | 358 | | | | 1,099 |
| 6 | Arsenic Trioxide deposit | 2,398 | 8 | | | | | 2,405 |
| 7 | Conditioning of Ferrites Deposit | 225 | 1,249 | 228 | 300 | | | 1,825 |
| 8 | Wastewater/Waste | 927 | 1,836 | 592 | 1,700 | 3,000 | 3,500 | 11,727 |
| 9 | Monitoring Station/Aerial Photography | 672 | | | | | | 672 |
| **TOTAL COMMITTED** | | **24,853** | **5,750** | **9,350** | **12,800** | **52,989** | **67,700** | **173,953** |
| **TOTAL SPENT** | | **25,233** | **7,989** | **7,242** | | | | **40,464** |

## 3.1 CONCLUDED PROJECTS

During the 1997 – 2003 period, Doe Run Peru has completed the projects shown in Table 3.1/1 as part of its PAMA commitment, all of which are currently in operation.

**Table 3.1/1**
**INVESTMENTS IN CONCLUDED PAMA PROJECTS**
**(US$ 000)**

| PROJECT | ANNUAL INVESTMENT (US$ THOUSANDS) | | | | | | TOTAL 1998-2003 |
|---|---|---|---|---|---|---|---|
| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | |
| PAMA 3: INDUSTRIAL LIQUID EFFLUENTS – COLLECTION SYSTEMS | 653 | 2,541 | 2,783 | 1,941 | 2,619 | 1,544 | 12,081 |
| PAMA 4: SLAG HANDLING | 813 | 1,975 | 5,990 | 831 | -1 | | 9,708 |
| PAMA 6: ARSENIC TRIOXIDE DEPOSIT | 115 | 300 | 1,386 | 627 | 8 | | 2,420 |
| PAMA 7: CONDITIONING OF HUANCHÁN FERRITES DEPOSIT | | | | 254 | 1,248 | 228 | 1,731 |
| PAMA 9: MONITORING STATION/AERIAL PHOTOGRAPHY | 328 | 234 | 65 | | | | Illegible |
| TOTAL | 2,390 | 5,094 | 10,327 | 4,400 | 4,912 | 2,721 | 26,567 |

## 3.2 PROJECTS UNDER EXECUTION

Table 3.2/1 indicates the amounts invested in executing projects through 2003, while table 3.2/2 shows the percentage of progress of those projects. The current state of projects under execution is described in the following chapters.

**Table 3.2/1**
**INVESTMENT OF PAMA PROJECTS UNDER EXECUTION: 1998 – 2003**
**(US$ 000)**

| PROJECT | ANNUAL INVESTMENT (US$ THOUSANDS) | | | | | | TOTAL 1998-2003 |
|---|---|---|---|---|---|---|---|
| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | |
| PAMA 1:<br>SULFURIC ACID PLANT | 161 | 246 | 503 | 426 | 2,696 | 4,010 | 8,044 |
| PAMA 2:<br>COPPER REFINERY MOTHER LIQUOR TREATMENT PLANT | 1,342 | 20 | 0 | 242 | 381 | 511 | 2,496 |
| PAMA 5:<br>ENVIRONMENTAL ADAPTATION OF HUANCHÁN SLAG DEPOSIT | 230 | 0 | | 266 | 201 | 356 | 1,055 |
| PAMA 8:<br>WASTEWATER /WASTE | 250 | 44 | 120 | 460 | 836 | 582 | 2,302 |
| TOTAL | 1,983 | Illegible | 629 | Illegible | 4,114 | Illegible | Illegible |

**Table 3.2/2**
**INVESTMENT OF PROJECTS UNDER EXECUTION**
**(US$ 000)**

| DESCRIPTION | PROGRESS |
|---|---|
| PAMA 1:<br>SULFURIC ACID PLANT | 12% |
| PAMA 2:<br>COPPER REFINERY MOTHER LIQUOR TREATMENT PLANT | 60% |
| PAMA 3:<br>INDUSTRIAL LIQUID EFFLUENTS | 45% |
| PAMA 5:<br>ENVIRONMENTAL ADAPTATION OF HUANCHÁN SLAG DEPOSIT | 90% |
| PAMA 8:<br>WASTEWATER/WASTE | 25% |

### 3.2.1 SULFURIC ACID PLANT

The metallurgical complex of La Oroya treats sulfurous concentrates of lead, zinc and copper. During their processing, sulfur is eliminated as $SO_2$.

One of the ways of handling $SO_2$ is through its transformations into Sulfuric Acid ($H_2SO_4$). Currently, DRP has a plant with a 60,000 t/year nominal capacity for the production of sulfuric acid based on gases emanating from the Lurgi roast, in the zinc circuit.

The installation of a Sulfuric Acid plant with a 500,000 t/year capacity was originally considered for $SO_2$ processing.

To date the prefeasibility study is underway for the Acid Plant, developed by the company SNC - Lavalin, analyzing solutions for both the plant's current capacity, and other levels of production of the complex. This study includes the characterization of the gases, the Lead, Zinc and Copper circuits (flow, composition, temperature, dust concentration, etc.) and the analysis of the metallurgical processes of the different circuits. Chart 3.2.1/1 shows a possible layout for the copper, lead and zinc circuits to implement the new Acid Plant.

The company BHA conducted a short-, medium-, and long-term planning study for handling gases and dust, for the project's development. For the short-term, various instrumentation and modernization works were performed in the Central Cottrell, producing a reduction in particulate matter emissions through the chimney by 23%. For the medium-term, we expect to modify and improve the gas transportation system, permitting in the long term the installation of the new Acid Plant.

With respect to the projects for treating metallurgical dust created in the complex, the assembly of the Short Rotary Furnace #1 is in the final stages of completion; its completion is scheduled for March 2004, with an invested amount of US$ 5.85 million. Additionally, the project to install the Short Rotary Furnace #2 is currently in the engineering phase.

**Executed investment**: US$ 8.04 million (December 2003).

**Chart 3.2.1/1**

**GENERAL PRELIMINARY LAYOUT OF THE SULFURIC ACID PLANT**



### 3.2.2 COPPER REFINERY MOTHER LIQUOR TREATMENT PLANT

During the copper electrolyte refining process, the electrolyte increases its copper and impurities content, requiring a bleed off to control said impurities. The bleed off undergoes a copper sulfate crystallization process and a subsequent cementation with scrap iron, resulting in a final ferrous acid effluent that is discharged into the Yauli river.

This project involves the treatment of the ferrous acid solution produced in the Copper Refinery, to obtain a final effluent acceptable according to the LMPs. The definite treatment, at a laboratory and pilot level, involves the need to implement oxidation and neutralization processes of the electrolyte with the elimination of impurities (As, Sb, Bi and Fe), recover copper, and control the nickel content.

To date, the works corresponding to the oxidation, neutralization and crystallization phases have been executed, achieving the treatment of 70% of the bleed off, and we are continuing to perform works to reach 100%. The corresponding engineering for the final stage of nickel separation is being developed by the Canadian firm Hatch Engineering.

**Executed investment:** US$ 2.49 million (December 2003)

**Chart 3.2.2/1**
**FLOWCHART OF THE COPPER REFINERY MOTHER LIQUOR TREATMENT PLANT**



### 3.2.3 INDUSTRIAL LIQUID EFFLUENTS

Four types of effluents have been identified in the metallurgical complex: process waters, cooling waters, wastewater and rainwater.

The project for the treatment of these effluents involves the following three phases:

Phase I: **Collection system**, installation of pipelines to centralize the waters according to their specifications.

Phase II: **Homogenization,** for the separation and/or mixture of liquid effluents according to their specifications.

Phase III: **Treatment plant**, final stage for the treatment of water through the use of additives that permit to achieve class III water quality, meeting the LMPs.
To date, we have completed the construction of the main collector and collector #1, currently in operation. The secondary collectors, two and three, located inside the plant, are currently being implemented. Chart 3.2.3/1 shows the general layout for the collection systems. The works performed have led to a reduction in the number of discharges into the Mantaro river from 37 to 13.

**Executed investment**: US$ 12.08 million (December 2003).

**CHART 3.2.3/1**
**INDUSTRIAL EFFLUENTS COLLECTION SYSTEM**






RENCOGRP-002493

### 3.2.4 WASTEWATER / WASTE

#### 3.2.4.1 WASTEWATER

The sewage system of the areas of DRP's housing facilities merely consist of a collection and runoff system that discharges the wastewater without prior treatment into the receiving rivers.

The purpose of the project is to treat wastewaters originating from DRP's dependent facilities and adapt the discharges to meet the LMPs determined by legislation.

After several endeavors and arrangements with La Oroya and the Region's authorities, we have not been able to define an integral model for the city of La Oroya. Therefore, Doe Run Peru, under its responsibility, is developing engineering studies for the treatment of wastewaters originating from the housing areas.

Included in the studies conducted for this project are:

- A conceptual study for the collection and treatment of wastewater in the region of La Oroya, developed by SVERDRUP in 1999.
- A conceptual study for the Drinking Water, Sewage and wastewater treatment systems in the areas of Chulec, Chupampa and Mayupampa, conducted by CESEL in 2002.
- Profile of the project "Extension and improvement of the wastewater and sewage system of the city of La Oroya", developed by Doe Run Peru, to define the scope of the PAMA project within the global scheme of the city.
- The measurement of contributing stream flows to the sewage in the areas of Chulac, Chupampa and Mayupampa.

**Executed investment:** US$ 0.18 million (December 2003)

### 3.2.4.2 WASTE

The management and disposal system for domestic solid waste currently available to DRP's housing facilities has an adequate collection system, however, the disposal system is not executed under sanitary landfill techniques.

The project consists of the construction of a sanitary landfill for the disposal of domestic solid waste coming from Doe Run Peru's housing facilities, in the area of Cochabamba at 9.5 Kms SE of the city of La Oroya. This sanitary landfill includes control and monitoring systems to guarantee compliance with environmental standards currently in effect.

To date, the project is under construction and shall be operational by June 2004. The deposit will cover domestic waste disposal necessities for a population of 10,000 persons and a ten-year period.

Prior to the execution of the project, it was necessary to conduct the following studies:

- Archaeological studies, to obtain a Certificate of Inexistence of Archaeological Remains – CIRA (per its initials in Spanish).
- Geotechnical studies, for the stability of the platform and location of the project.
- Geodynamic studies, to locate the deposit and design the sedimentation pit.
- Hydrological, to locate the level of underground waters and install monitoring wells.
- Detail engineering developed by the company Golder of Canada/Peru in November 2001
- Environmental Impact, approved by the MEM in January 2003.

For the monitoring of underground waters, 7 piezometers were installed at an average depth of 28 m (10, under the phreatic level).

**Executed investment:** US$ 2.1 million (December 2003)

**PHOTOGRAPH 3.2.4.2/1**
**COCHABAMBA SANITARY LANDFILL UNDER CONSTRUCTION**



RELLENO SANITARIO DE COCHABAMBA EN CONSTRUCCION

### 3.3 RESULTS OBTAINED THROUGH 2003

The various environmental projects set into operation by Doe Run Peru and previously described in paragraphs 3.1 and 3.21, have resulted in significant reductions of the environmental impacts occurring at the time the property of the Metallurgical Complex was transferred.

Among the results obtained are the following:

#### 3.3.1 SOLIDS

The problem of drainage, storage and transportation of copper and lead slag was resolved. Because of the Slag Handling and Disposal project, it is now possible to transport 100% of slag generated in the copper and lead circuits to the Huanchán deposit. This project entailed an investment of US$ 9.7 million and began operations in January 2001.

**Chart 3.3.1/1**
**SLAG TRANSPORTED TO THE HUANCHÁN DEPOSIT**




- The handling, transportation and disposal of 100% of arsenic trioxide produced in the copper circuit. This project, with an investment of US$ 2.4 million, comprises a storage and loading system in the plant, the manufacturing of a torpedo car for transportation, and a double encapsulated deposit in the area of Vado constructed in accordance with EPA standards.
- Handling, transportation and disposal of 100% of ferrites produced in the zinc circuit. To that end, it was necessary to construct a waterproof deposit,

measuring 42,000 $m^2$, that includes draining and water sprinkler systems. It was also necessary to change the transportation of high-humidity pulp for another with lower humidity content (paste).

- Solving the historical issue of waste in the area of Cochabamba by collecting and disposing it in areas specially conditioned for its encapsulation and subsequent remediation.

### 3.3.2 LIQUIDS

- The discharge of waters used for slag granulation in the copper and lead refineries into the Mantaro river has reduced by 95%. The implementation of the Slag Handling and Disposal project has enabled the recycling of approximately 4,860 gl/min of granulation waters.

**Chart 3.3.2/1**
**REDUCTION OF WATERS USED FOR SLAG GRANULATION**




- With the Copper Refinery Mother Liquor (bleed off) treatment project, the amount of ferrous acid effluents discharging into the Yauli river has decreased by 70%, representing 46 $m^3$/day.
- The construction of collection systems for the Industrial Waters Treatment Plant has reduced the number of effluent emission points from 30 to 13. Additionally, this project has led to a 30% reduction in the total volume of emissions as a result of the optimization of the use of water in different processes and the recirculation of cooling waters.

### 3.3.3 GASES

- Particulate emissions through the chimney have reduced by 23%, as shown in Chart 3.3.3/1, as a result of the modernization and optimization works performed in the Central Cottrell.

**Chart 3.3.3/1**
**EMISSIONS OF PM THROUGH THE MAIN CHIMNEY**




- The reduction of particulate matter, as expected, had a direct relation to the reduction of lead and arsenic emissions, as shown in Charts 3.3.3/2 and 3.3.3/3.

Chart 3.3.3/2
LEAD EMISSIONS THROUGH THE MAIN CHIMNEY




Chart 3.3.3/3
ARSENIC EMISSIONS THROUGH THE MAIN CHIMNEY



All of the investments executed during the 1998 – 2003 period, which enabled reductions in the environmental impacts, were audited once every semester by external auditors appointed by the MEM.

These audits, in addition to the recommendations arising thereof, were all fulfilled. Details are provided in Charts 3.3/1 and 3.3/2.

## Table 3.3/1
## ENVIRONMENTAL AUDITS 1997 – 2002

| YEAR | SEMESTER | DATE | AUDITING COMPANY | INSPECTORS | RESULTS |
|---|---|---|---|---|---|
| 1997 | FIRST SEMESTER | 06 May.97 to 08 May.97 | SETEMIN | Ing. Elenterio León Rodríguez<br>Ing. Cesar Túpac Yapangul A. | PAMA progresses in compliance and recommendations executed. |
| 1997 | SECOND SEMESTER | 12 Nov.97 to 13 Nov.97 | SETEMIN | Ing. Elenterio León Rodríguez<br>Ing. Cesar Túpac Yapangul A. | PAMA progresses in compliance and recommendations executed. |
| 1998 | FIRST SEMESTER | 06 May.98 to 07 May.98 | SETEMIN | Ing. Elenterio León Rodríguez<br>Ing. Cesar Túpac Yapangul A. | PAMA progresses in compliance and recommendations executed. |
| 1998 | SECOND SEMESTER | 03 Nov. 98 to 04 Nov.98 | SETEMIN | Ing. Germán Rodríguez Luna<br>Ing. Cesar Túpac Yapangul A. | PAMA progresses in compliance and recommendations executed. |
| 1999 | FIRST SEMESTER | 25 May.99 to 27 May.99 | TECNOLOGIA XXI S.A. | Ing. Félix M. Cárdenas<br>Ing. Kleber Bermúdez<br>Lic. Raúl Falconi Picardo | PAMA progresses in compliance and recommendations executed. |
| 1999 | SECOND SEMESTER | 20 Nov.99 to 01 Dec.99 | TECNOLOGIA XXI S.A. | Ing. Kleber Bermúdez<br>Lic. Raúl Falconi Picardo | PAMA progresses in compliance and recommendations executed. |
| 2000 | FIRST SEMESTER | 20 Jun.2000 to 22 Jun.2000 | TECNOLOGIA XXI S.A. | Ing. Kleber Bermúdez<br>Ing. Jorge Quispe Bustamante<br>Lic. Raúl Falconi Picardo | PAMA progresses in compliance and recommendations executed. |
| 2000 | SECOND SEMESTER | 19 Dec.2000 to 21 Dec.2000 | TECNOLOGIA XXI S.A. | Ing. Kleber Bermúdez<br>Ing. Jorge Quispe Bustamante<br>Lic. Raúl Falconi Picardo | PAMA progresses in compliance and recommendations executed. |
| 2001 | FIRST SEMESTER | 19 Jun.2001 to 21 Jun.2001 | ECOANDINA PERU S.A. | Ing. Félix Cárdenas Gutiérrez<br>Ing. Jorge Quispe Bustamante | PAMA progresses in compliance and recommendations executed. |
| 2001 | SECOND SEMESTER | 03 Dec. 2001 to 05 Dc.2001 | ECOANDINA PERU S.A. | Ing. Félix Cárdenas Gutiérrez<br>Ing. Manuel Requena M. | PAMA progresses in compliance and recommendations executed. |
| 2002 | FIRST SEMESTER | 10 Jun.2002 to 14 Jun.2002 | SEREMINER S.R. LTDA. | Ing. Uberto González Cuti<br>Ing. Alejandro Ladera Mucha | PAMA progresses in compliance and recommendations executed. |
| 2002 | SECOND SEMESTER | 04 Nov.2002 to 08 Nov.2002 | SEREMINER S.R. LTDA. | Ing. Uberto González Cuti<br>Ing. Alejandro Ladera Mucha | PAMA progresses in compliance and recommendations executed. |

# Table 3.3/2
# INVESTMENT AUDITS 1998 – 2003
# (ILLEGIBLE)

SEGUIMIENTO DE CUMPLIMIENTO DEL PAMA - AÑOS 1998 - 2003

MINISTERIO DE ENERGIA Y MINAS | DIRECCION GENERAL DE MINERIA

Titular Minero : DOE RUN PERU S.R.L. | Unidad de Producción: LA OROYA

Fecha del Reporte : Febrero 11, 2004

Fiscalizador Externo : [illegible] S.A.

Inspector(es) : [illegible]

PROYECTOS DEL PAMA APROBADO / MODIFICADO POR R.D. N° [illegible] DE FECHA [illegible] DEL 2002

| | PROYECTOS DE MITIGACION | | INVERSION ANUAL (MILES DE U.S.$) 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | INVERSION PAMA TOTAL 1998-2006 | 1997-2003 (Miles US$) | AVANCE PAMA INVERSION ECONOMICA TOTAL | 98-2003 | FISICO 1998-2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PAMA I: PLANTA DE ACIDO SULFURICO | PROGRAMADO | 161 | | 503 | 400 | 1,000 | 3,500 | 4,500 | 43,000 | 54,500 | 107,564 | 5,564 | | | |
| | | EJECUTADO | 181 | 348 | 503 | 478 | 2,898 | 4,010 | | | | 8,044 | 8,044 | 7.5% | 144.6% | 12.0% |
| 2 | PAMA II: PTA. TRATAMIENTO DE AGUA REF. CU. | PROGRAMADO | 1,348 | | | 300 | 200 | 500 | 1,000 | 1,000 | 1,200 | 5,548 | 2,348 | | | |
| | | EJECUTADO | 1,342 | 20 | 0 | 242 | 381 | 511 | | | | 2,496 | 2,496 | 45.0% | 106.3% | 80.0% |
| 3 | PAMA II: EFLUENTES LIQUIDOS INDUSTRIALES | PROGRAMADO | 859 | 2,539 | 2,783 | 1,783 | 2,400 | 3,300 | 5,300 | 8,500 | 8,500 | 33,780 | 13,460 | | | |
| | | EJECUTADO | 853 | 2,541 | 2,783 | 1,941 | 2,815 | 1,544 | | | | 12,081 | 12,081 | 35.8% | 89.8% | 45.0% |
| 4 | PAMA 12: MANIPULEOS DE ESCORIAS | PROGRAMADO | 723 | 1,975 | 5,993 | 933 | | | | | | 9,618 | 9,618 | | | |
| | | EJECUTADO | 813 | 1,975 | 5,990 | 931 | -1 | | | | | 9,708 | 9,708 | 100.9% | 100.9% | 100.0% |
| 5 | PAMA 13: ADECUACION AMBIENTAL DEL DEPOSITO DE | PROGRAMADO | 311 | | | 233 | 150 | 150 | | | | 841 | 841 | | | |
| | | EJECUTADO | 230 | 8 | | 288 | 201 | 368 | | | | 1,055 | 1,055 | 125.5% | 125.5% | 80.0% |
| 6 | PAMA 14: DEPOSITOS DE TRIOXIDO DE ARSENICO | PROGRAMADO | 93 | 308 | 1,363 | 633 | | | | | | 2,398 | 2,398 | | | |
| | | EJECUTADO | 115 | 308 | 1,368 | 627 | 8 | | | | | 2,420 | 2,420 | 100.9% | 100.9% | 100.0% |
| 7 | PAMA 15: ACONDICIONAMIENTO DEL DEPOSITO DE | PROGRAMADO | | | | 225 | 1,000 | 300 | 300 | | | 1,825 | 1,525 | | | |
| | | EJECUTADO | | | | 254 | 1,249 | 228 | | | | 1,731 | 1,731 | 94.8% | 113.5% | 90.0% |
| 8 | PAMA 16: AGUAS SERVIDAS / BASURA | PROGRAMADO | 243 | 44 | 123 | 523 | 1,000 | 1,600 | 1,700 | 3,000 | 3,500 | 11,727 | 3,527 | | | |
| | | EJECUTADO | 250 | 44 | 120 | 460 | 838 | 592 | | | | 2,302 | 2,302 | 18.8% | 65.3% | 25.0% |
| 9 | ESTACION MONITOREO/AEROFOTOGRAFIA | PROGRAMADO | 324 | 234 | 114 | | | | | | | 672 | 672 | | | |
| | | EJECUTADO | 330 | 234 | 56 | | | | | | | 620 | 620 | 93.4% | 93.4% | 100.0% |
| | TOTAL (En Miles de US$) | PROGRAMADO | 3,862 | 5,097 | 10,879 | 5,015 | 5,750 | 9,350 | 12,800 | 53,500 | 67,700 | 173,953 | 39,953 | | | |
| | | EJECUTADO | 3,893 | 5,382 | 10,830 | 5,148 | 7,808 | 7,242 | | | | 40,404 | 40,404 | 23.3% | 101.3% | |
| | AVANCE ECON. (x DE LOS AÑOS) | | 101% | 106% | 100% | 103% | 136% | 77% | | | | 23% | 101% | | | |

## 3.4 OTHER ENVIRONMENTAL PROJECTS

Among other environmental projects that were not included in the original PAMA, are the mitigation projects that involve adjusting the processes and suspension of the plant, especially during periods of thermal inversion, and the monitoring via closed television circuit of the different operational areas.

The disassembly of the chimney from the Copper Roasters was completed; a procedure for handling industrial solid waste was established; and dressing rooms and hygienic services were constructed in the operational areas.

Additionally, modules for hygienic services were constructed for the population of La Oroya and communities within our area of influence.

Hygiene and environmental health programs are being implemented, directed toward the population of La Oroya and surrounding areas, to instill proper preventive and healthcare practices.

**Photograph 3.4/1**
**COPPER ROASTERS CHIMNEY IN DISASSEMBLY**



# 4 PAMA FOR THE METALLURGICAL COMPLEX OF LA OROYA 2004 – 2011

## 4.1 GENERAL POINTS

In order to execute an environmental program coherent with the technical-economic conditions such a program requires, we have prioritized projects to mitigate emissions and direct impacts on the population, based on the results of risk studies conducted, where lead is one of the factors that requires priority attention. Doe Run Peru has developed a viable environmental program for 2004 – 2011, that will allow the company to continue with its operations, reducing the impact on the population mainly with respect to fugitive and lead emissions.

This plan not only includes those projects part of the original PAMA, but also mitigation projects for the different operating circuits to control fugitive emissions and the main chimney emissions. Likewise, complementary projects aimed at improving air quality have been included, such as paving projects, tire washers, street sweepers, and others, allowing us to reach the permissible limits required by our legislation, for both the industrial area and the population, resolving the impacts originating from the metallurgical operations.

To develop this plan, we have analyzed various production levels to determine a proper level that would facilitate handling the environmental impacts coherent with operating costs and the required level of investment that can be supported by the EBITDA projected for 2004 – 2011.

## 4.2 CONSIDERATIONS

To develop this environmental plan, the following aspects have been taken into account:

- Possess an environmental plan coherent with the running of the business in the medium- and long-term, avoiding the suspension of operations for economic reasons and/or non-compliance with environmental regulations.
- Prioritize the control of dust and lead emissions before $SO^2$ emissions, based on the health risk analysis conducted with respect to the workers and population of La Oroya.
- This plan not only includes operational optimization concepts, but also the reduction in production volume in the circuits that have greater incidence in the environmental problem, such as the cessation of operations of the New Jersey Zinc Roasters and the lead Coking Plant.

- Perform mitigation projects to obtain positive results in the short-term, such as the enclosure and the installation of ventilation systems in different buildings pertaining to the operational circuits. These projects have been defined and prioritized subsequent to the detailed study of the complex's different circuits.
- Develop projects that technically respond to the investment periods and amounts of the environmental solution of the Metallurgical Complex of La Oroya.
- Concurrently, modernization projects shall be performed on the installations of the Metallurgical Complex to condition the installations to the requirements of the future Sulfuric Acid Plant. These are the same requirements considered in the investment business plan.
- Consider the performance of projects involving liquid and solid effluents contemplated in the original PAMA.

## 4.3 OBJECTIVES

The objectives of the present environmental plan are:

- To adapt the operations of the Metallurgical Complex to the environmental requirements.
- To improve environmental conditions in the short-term, placing emphasis on particulate matter and lead.
- To keep the business running in the medium- and long-term.

## 4.4 PRODUCTION LEVELS 2004 – 2011

The production levels defined for the 2004 – 2011 period are detailed in Table 4.4/1, reflecting an important reduction in zinc production starting in 2005.

**Table 4.4/1**
**PRODUCTION LEVELS 2004 – 2011**
**(MT/YEAR)**

| METALS | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| COPPER | 60,000 | 62,485 | 67,982 | 68,479 | 68,976 | 69,473 | 69,970 | 65,467 |
| LEAD | 120,000 | 122,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 |
| ZINC | 74,800 | 44,500 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| SILVER | 1,095 | 1,173 | 1,226 | 1,215 | 1,220 | 1,220 | 1,219 | 1,185 |
| GOLD (kg) | 1,718 | 1,729 | 1,729 | 1,798 | 1,768 | 1,774 | 1,784 | 1,709 |

## 4.5 ENVIRONMENTAL PLAN 2004 – 2011

The investments defined in the environmental plan for the 2004 – 2011 period total US$ 155.4 million, and are grouped into new projects, summarized in Table 4.5/1. It should be pointed out that each of these projects contains subprojects, the details of which are explained in the following chapter.

## Table 4.5/1
## PAMA INVESTMENTS 2004 – 2011
## (US$ millions)

| ITEM | DESCRIPCIÓN | AÑO CALENDARIO | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2004-2011 |
| PROYECTOS PAMA | | | | | | | | | | |
| 1 | Depósito de residuos sólidos domésticos | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 |
| 2 | Adecuación ambiental del depósito de escorias de Huanchán | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 |
| 3 | Planta de tratamiento de aguas industriales | 1.2 | 2.2 | 3.0 | 6.3 | 5.0 | 4.4 | 0.0 | 0.0 | 20.8 |
| 4 | Planta de tratamiento de agua madre de Refinería de Cobre | 0.5 | 1.0 | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| 5 | Planta de tratamiento de aguas servidas | 0.4 | 1.0 | 2.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 6.4 |
| 6 | Planta de Ácido Sulfúrico y acondicionamiento de gases | 2.4 | 1.7 | 4.8 | 17.8 | 22.7 | 22.7 | 21.3 | 10.0 | 103.1 |
| 7 | Reducción de emisión de polvo por chimenea principal | 0.2 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| 8 | Reducción de emisión de polvo generados por emisiones fugitivas | 2.6 | 4.4 | 5.9 | 0.3 | 0.5 | 0.0 | 0.0 | 0.0 | 14.0 |
| 9 | Proyectos Complementarios | 0.7 | 0.6 | 1.2 | 0.3 | 1.2 | 0.7 | 0.3 | 0.4 | 5.8 |
| | TOTAL INVERSIONES PAMA | 8.4 | 11.9 | 18.8 | 26.6 | 33.2 | 27.8 | 21.6 | 10.4 | 158.4 |

### 4.6 BUSINESS INVESTMENT PLAN 2004 – 2011

To provide economic support necessary for the environmental plan investments, the company has developed a parallel investment plan for 2004 – 2011 that will enable the implementation of projects included in the environmental plan. The investment plan additionally considers the PAMA project, and the modernization and continued operation projects, to ensure business competitiveness. In this regard, the new production levels have had a preponderant role in the maximization of EBITDA to have the greatest economic margin to make feasible the environmental plan.

Table 4.6/1 shows the summary of investments projected up to 2011, totaling US$ 226.2 million for the indicated period.

# Tabla 4.6/1
# 2004 – 2011 INVESTMENTS
# (US$ million)
## SUMMARY
## CAPEX 2004 – 2011: DOE RUN PERU S.R.L.
## Investments in US$ million
## February 17, 2004

### La Oroya

| ITEM | DESCRIPTION | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | TOTAL 2004-2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| I. PAMA PROJECTS | | | | | | | | | | |
| | SOLID WASTE | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 |
| | LIQUID EFFLUENTS | 2.1 | 4.2 | 6.5 | 7.0 | 6.0 | 4.4 | | | 30.1 |
| | SULFURIC ACID PLANT AND GAS CONDITIONING | 2.4 | 1.7 | 4.6 | 17.8 | 22.7 | 22.7 | 21.3 | 10.0 | 81.0 |
| | REDUCTION OF DUST EMISSIONS FROM THE MAIN CHIMNEY | 0.2 | 1.1 | 0.8 | | | | | | 2.0 |
| | REDUCTION OF DUST EMISSIONS GENERATED FROM FUGITIVE EMISSIONS | 2.6 | 4.4 | 5.9 | 0.9 | 0.3 | | | | 14.0 |
| | COMPLEMENTARY PROJECTS | 0.7 | 0.8 | 1.2 | 0.8 | 1.2 | 0.7 | 0.3 | 0.4 | Illegible |
| | TOTAL PAMA PROJECTS | 8.4 | 11.9 | 18.8 | 25.5 | 30.2 | 27.8 | 21.6 | 10.4 | 155.4 |
| II. MODERNIZATION PROJECTS AND CONTINUED OPERATIONS | | | | | | | | | | |
| | LEAD CIRCUIT | 1.2 | 3.0 | 3.0 | 1.5 | 1.5 | 1.0 | 1.0 | 1.0 | 13.2 |
| | COPPER CIRCUIT | 0.8 | 2.8 | 3.6 | 1.5 | 1.6 | 0.8 | 0.8 | 1.0 | 12.9 |
| | ZINC CIRCUIT | 3.3 | 4.6 | 2.9 | 1.9 | 1.7 | 2.0 | 0.7 | 0.7 | 17.6 |
| | SERVICES | 0.2 | 2.6 | 2.3 | 2.8 | 3.7 | 1.8 | 1.2 | 2.0 | 16.3 |
| | LIMA OFFICE | 0.1 | 0.6 | 0.8 | 0.7 | 0.7 | 0.3 | 0.3 | 0.6 | 3.6 |
| | TOTAL MODERNIZATION PROJECTS AND CONTINUED OPERATIONS | 5.5 | 13.3 | 12.3 | 8.4 | 9.2 | 5.8 | 4.0 | 6.2 | 63.7 |
| | TOTAL INVESTMENTS – LA OROYA | 13.9 | 25.2 | 31.1 | 34.9 | 39.3 | 33.6 | 25.6 | 15.8 | |
| | | | | | | | | | | |
| COBRIZA | | | | | | | | | | |
| | TOTAL COBRIZA PROJECTS | 2.3 | 1.5 | 0.6 | 0.3 | 0.4 | 1.8 | 0.3 | | 7.1 |
| | TOTAL COBRIZA INVESTMENTS | 2.3 | 1.5 | 0.6 | 0.3 | 0.4 | 1.8 | 0.3 | | 7.1 |
| | | | | | | | | | | |
| | TOTAL INVESTMENTS DOE RUN PERU | 16.2 | 26.7 | 31.7 | 36.2 | 39.7 | 36.4 | 26.9 | 15.8 | 226,2 |

## 4.7 PROJECTED REDUCTION DUE TO PAMA IMPACTS 2004 – 2011

The PAMA developed for the 2004 – 2011 period shall enable us to meet the environmental objectives expected for La Oroya. Taking into account the health risks arising from contamination effects, the handling of particulate matter and lead emissions is prioritized over the handling of $SO_2$; the latter represents a lower health risk due to its reversible effects.

The plan to reduce particulate matter emissions, added to the significant reduction of lead, will enable the reduction of other metals such as arsenic and cadmium.

With respect to the reduction of particulate matter in the main chimney emissions, we predict a significant reduction by 2005 from 130 mg/Nm$^3$ to 87 mg/Nm$^3$ as a result of the cessation of operations of the three New Jersey roasters from the zinc circuit. Such decrease will reach 38 mg/Nm$^3$ by 2011 when the new Sulfuric Acid Plant enters into operation. The maximum permissible limit for particulate matter emissions is 100 mg/Nm$^3$. The indicated reduction can be observed in Chart 4.7/1.

Concerning the reduction of lead emissions through the main chimney, these shall decrease from 34 mg/Nm$^3$ in 2004, to 23 mg/Nm$^3$ by 2007, as a result of the cessation of operations of the FBR roaster, the start-up of the Short Rotary Furnaces, the conditioning of units 1,2 and 3 of Central Cottrell, the improvements to the Arsenic Cottrell and conditioning towers #1 and #2, reaching 15 mg/Nm$^3$ by 2011 with the start-up of the new Sulfuric Acid Plant—the maximum permissible limit is 25 mg/Nm$^3$. The indicated reduction can be observed in Chart 4.7/2.

The reduction of arsenic emissions through the main chimney shall be from 20 mg/Nm$^3$ in 2004, to 16 mg/Nm$^3$ in 2007, as a result of the implementation of the aforementioned projects, reaching 11 mg/Nm$^3$ by 2011 with the start-up of the new Sulfuric Acid Plant. The indicated reduction can be observed in Chart 4.7/3, whereas the maximum permissible limit is 25 mg/Nm$^3$.

With respect to the reduction of cadmium emissions through the main chimney, these shall be reduced from 1.3 mg/Nm$^3$ in 2004, to 0.5 mg/Nm$^3$ by 2007, as a result of the start-up of the aforementioned projects, and shall reach 0.2 mg/Nm$^3$ by 2011 with the start-up of the new Sulfuric Acid Plant. The indicated reduction can be observed in Chart 4.7/4—cadmium has no legislated maximum permissible limit.

Concerning the $SO_2$ contained in the main chimney emissions, we predict a significant reduction by 2005 from 840 to 700 tons/day, as a result of the cessation of operations of the three New Jersey roasters from the zinc circuit, the start-up of the Short Rotary Furnaces, and the displacement of scrap copper and lead concentrates, reaching 158 tons/day by 2011 with the start-up of the new Sulfuric Acid Plant—the permissible amount of emissions is 176 tons/day.

## Chart 4.7/1
## PARTICULATE MATTER EMISSIONS FROM THE MAIN CHIMNEY
## (t/day)






## Chart 4.7/2
## LEAD EMISSIONS FROM THE MAIN CHIMNEY
## (mg/Nm$^3$)




## Chart 4.7/3
## ARSENIC EMISSIONS FROM THE MAIN CHIMNEY (mg/Nm$^3$)






RENCOGRP-002514

## CHART 4.7/4
## CADMIUM EMISSIONS FROM THE MAIN CHIMNEY (mg/$Nm^3$)






RENCOGRP-002515

## 5 PROJECTS INCLUDED IN THE PAMA FOR THE METALLURGICAL COMPLEX OF LA OROYA FOR THE 2004 – 2011 PERIOD

The environmental plan includes nine projects, the first six of which correspond to projects belonging to the original PAMA and, to date, under execution. In the case of the new Sulfuric Acid Plant projects, we have included various subprojects for the conditioning of gases and the handling of dust enabling their treatment in this plant. The three remaining projects refer to the emissions from the main chimney, fugitive emissions and complementary projects.

The details of the projects and subprojects are shown in Tables 5/1.a and 5/1.b, which represent an investment of US$ 155.4 million. The table also includes the schedules for executing these projects and subprojects.

The description of the projects included in the PAMA is provided in the following chapters.

# TABLE 5/1.a

## PAMA PROJECTS 2004 – 2011: METALLURGICAL COMPLEX OF LA OROYA – DOE RUN PERU S.R.L

## Investments in US$ million

## February 13, 2004

Febrero 13 del 2004

PROYECTOS PAMA

| PAMA # | DESCRIPCION | AÑO CALENDARIO 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | TOTAL 2004-2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Depósito de residuos sólidos domésticos** | 0.25 | | | | | | | | 0.25 |
| | Sub - Total Depósito de residuos sólidos domésticos | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 |
| 2 | **Adecuación ambiental del depósito de escorias de Huanchán** | 0.20 | | | | | | | | 0.20 |
| | Sub - Total Adecuación ambiental del depósito de escorias de Huanchán | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 |
| 3 | **Planta de tratamiento de aguas industriales** | | | | | | | | | |
| | 3.1. Planta de tratamiento de aguas industriales | 1.20 | 1.50 | 3.00 | 5.00 | 5.00 | 4.40 | | | 20.10 |
| | 3.2. Optimización del sistema actual de manejo de escorias | | 0.65 | | | | | | | 0.65 |
| | Sub - Total Planta de tratamiento de aguas industriales | 1.20 | 2.15 | 3.00 | 5.00 | 5.00 | 4.40 | 0.00 | 0.00 | 20.75 |
| 4 | **Planta de tratamiento de agua madre de Refinería de Cobre** | 0.50 | 1.00 | 1.50 | | | | | | 3.00 |
| | Sub - Total Planta de tratamiento de agua madre de Refinería de Cobre | 0.50 | 1.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 5 | **Planta de tratamiento de aguas servidas** | 0.35 | 1.00 | 2.00 | 2.00 | 1.00 | | | | 6.35 |
| | Sub - Total Planta de tratamiento de aguas servidas | 0.35 | 1.00 | 2.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 6.35 |
| 6 | **Planta de Acido Sulfurico y acondicionamiento de gases** | | | | | | | | | |
| | 6.1. Desarrollo de ingeniería para la nueva planta de Acido Sulfúrico | 0.70 | 1.00 | 1.50 | 1.00 | 1.00 | | | | 6.00 |
| | 6.2. Compra, construcción, instalación, puesta en marcha de nueva Planta de Acido Sulfúrico | | | | 12.50 | 17.80 | 15.00 | 18.00 | 9.50 | 75.00 |
| | 6.3. Acondicionamiento de gases de Sinter (Equipos y ductos) | | | 0.75 | 0.75 | 1.70 | 1.70 | 1.30 | | 6.20 |
| | 6.4. Campanas, ductos y equipos para manejo de gases de los convertidores | | 0.30 | 1.30 | 1.70 | 2.00 | 2.60 | 1.50 | | 9.00 |
| | 6.5. Campanas, ductos y equipos para manejo de gases del reverbero Oxy-Fuel | | 0.20 | 0.60 | 1.00 | 1.00 | 1.00 | | | 4.00 |
| | 6.6. Ducto de mezcla de gases y conexión a nueva Planta de Acido Sulfúrico | | | | | | | 0.50 | 0.50 | 1.00 |
| | 6.7. Horno corto rotatorio N° 1 (SRF# 1) | 0.60 | | | | | | | | 0.60 |
| | 6.8. Horno corto rotatorio N° 2 (SRF# 2) | 1.10 | 0.20 | | | | | | | 1.30 |
| | Sub - Total Planta de Acido Sulfurico y acondicionamiento de gases | 2.40 | 1.70 | 4.85 | 17.78 | 22.30 | 23.10 | 21.30 | 10.00 | 100.10 |
| 7 | **Reducción de emisión de polvo por chimenea principal** | | | | | | | | | |
| | 7.1 Evaluación de sistemas de captación de polvo de F&R | | 0.20 | 0.25 | | | | | | 0.45 |
| | 7.2. Acondicionamiento de unidades 1, 2 y 3 de Cottrell Central (Sinterización de Plomo) | | 0.25 | | | | | | | 0.25 |
| | 7.3. Mejoras de los sistemas de control de Cottrell de Arsénico | 0.20 | 0.20 | | | | | | | 0.40 |
| | 7.4. Mejora de torres de acondicionamiento de Cobre y Plomo (Distribución y estructuras) | | 0.30 | 0.30 | | | | | | 0.60 |
| | 7.5. Cierre de los tostadores New Jersey - Ingeniería y acondicionamiento | | 0.10 | 0.20 | | | | | | 0.30 |
| | Sub - Total Reducción de emisión de polvo por chimenea principal | 0.20 | 1.05 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |



RENCOGRP-002517

# TABLE 5/1.b

## PAMA PROJECTS 2004 – 2011: METALLURGICAL COMPLEX OF LA OROYA – DOE RUN PERU S.R.L

## Investments in US$ million

## February 13, 2004

### PAMA PROJECTS

PROYECTOS PAMA

| PAMA # | DESCRIPCION | AÑO CALENDARIO 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | TOTAL 2004-2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | **Reducción de emisión de polvo generados por emisiones fugitivas** | | | | | | | | | |
| | 8.1. Encerramiento y sistema de ventilación de la Planta de Espumaje y Hornos de Plomo | 2.00 | 0.50 | | | | | | | 2.50 |
| | 8.2. Sistema de ventilación para los hogares de la Planta "Dross" | | 0.20 | 0.50 | | | | | | 0.70 |
| | 8.3. Mejora del sistema de ventilación del área de moldeo de Refinería de Plomo | | 0.10 | 0.50 | | | | | | 0.60 |
| | 8.4. Repotenciación de los sistemas de ventilación A, B y C de Planta Sinterización | | 0.35 | 0.35 | | | | | | 0.70 |
| | 8.5. Manejo y humedecimiento de los lechos de fusión de plomo | | 0.25 | 0.25 | | | | | | 0.50 |
| | 8.6. Nuevo sistema de ventilación para la granulación de escorias | | | | 0.25 | 0.35 | | | | 0.60 |
| | 8.7. Cierre de Planta de Coque y nueva area de almacenamiento para coque importado | | 0.30 | 0.50 | | | | | | 0.80 |
| | 8.8. Mejora del Sistema de Ventilación de la Planta de Cadmio # 2 | | 0.40 | | | | | | | 0.40 |
| | 8.9. Manejo de gases nitrosos de la Planta de Residuos Anódicos | | 0.20 | 0.50 | | | | | | 0.70 |
| | 8.10. Manejo y humedecimiento de los lechos de fusión de cobre | | 0.25 | 0.25 | | | | | | 0.50 |
| | 8.11. Encerramiento de la zona de carga del Reverbero de Cobre | | 0.50 | 1.00 | | | | | | 1.50 |
| | 8.12. Mejoras de los sistemas de captación de polvos de la Planta de Residuos Anódicos | 0.30 | 0.50 | 0.50 | | | | | | 1.30 |
| | 8.13. Encerramiento de la zona de descarga de calcina de Tostadores de Cobre | | | 0.30 | 0.70 | | | | | 1.00 |
| | 8.14. Sistema de ventilación de la Planta de Antimonio | 0.25 | 0.45 | | | | | | | 0.70 |
| | 8.15. Mejora de los sistemas de ventilación y de envasado de la Planta de Arsénico | | 0.30 | [illegible] | | | | | | 1.00 |
| | 8.16. Mejoras de los sistemas de captación de polvo de los Hornos Ajax y Kiln | | 0.20 | 0.40 | | | | | | 0.60 |
| | Sub - Total Reducción de Emisión de Polvo Generados por Emisiones Fugitivas | 2.85 | 4.40 | 5.95 | 0.55 | 0.30 | 0.00 | 0.00 | 0.00 | 14.00 |
| 9 | **Proyectos Complementarios** | | | | | | | | | |
| | 9.1. Pavimentación de vías de acceso | | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.35 | 2.15 |
| | 9.2. Estación de lavado, desaguado de camiones y depósito de concentrados polimetálicos | 0.60 | | | | | | | | 0.60 |
| | 9.3. Compra de carro barredor industrial (02 Unidades) | | | 0.35 | | 0.35 | | | | 0.70 |
| | 9.4. Manejo de residuos solidos industriales | 0.10 | 0.30 | 0.30 | 0.50 | 0.50 | 0.40 | | | 3.30 |
| | Sub - Total Proyectos Complementarios | 0.70 | 0.60 | 1.15 | 0.80 | 1.15 | 0.70 | 0.30 | 0.35 | 5.75 |
| | **TOTAL INVERSIONES PAMA - LA OROYA** | 8.35 | 11.50 | 18.88 | 28.45 | 30.15 | 27.88 | 21.80 | 18.38 | 188.40 |



RENCOGRP-002518

## 5.1 DOMESTIC SOLID WASTE DEPOSIT (Project #1)

The system for handling and disposing of domestic solid waste available to DRP's housing facilities meet the environmental standards as to its collection, however not to the disposal system.

**Objective**

Provide a sanitary landfill for the proper disposal of domestic solid waste originating from the Doe Run Peru La Oroya housing facilities. The project will permit the environmentally safe disposal of domestic solid waste.

**Description**

The project involves the construction of a sanitary landfill in the area of Cochabamba, located at 9.5 Kms. SE of the city of La Oroya, with a storage capacity of 10 years in its first stage, thus providing services to approximately 10,000 people. The environment will be controlled through permanent monitoring, ensuring its operation within the established environmental standards.

The sanitary landfill project also includes:

- The handling of runoff waters with perimeter and runoff channels.
- Safety fences to prevent non-authorized persons and animals from entering the site
- Works to prevent the wind dispersal of matter
- Proper handling of methane gases

**Current situation**

The project is currently under execution and shall be put into operation by June 2004.

**Impact of the Project**

Prevent soil, air and water contamination in the disposal area of domestic solid waste and in the areas from which it is generated.

The project has led to the cleanup of 22 hectares that were affected by the improper disposal of waste in the past.

The proliferation of rodents and insects in the area shall thus be prevented.

**Projected investment:** US$ 0.25 million

**Schedule of activity:** Completion by June 2004.

## 5.2 ENVIRONMENTAL ADAPTATION OF HUANCHÁN SLAG DEPOSIT (Project #2)

For more than 50 years slag produced in the copper and lead refineries has been deposited in the Huanchán area. There are areas that shall no longer be used, for which they must undergo conditioning.

**Objective**

Eliminate the wind dispersal of the finer slag particles and prevent them from being carried by rainwater and discharged into the Mantaro river. This adaptation project will provide the area with an agreeable appearance.

**Description**

The project involves the stabilization of slopes adjacent to the main road, the construction of runoff channels, the waterproofing of 1.7 hectares followed by forestry works and the planting of a row of trees at the foot of the slope adjacent to the road.

**Current situation**

Currently, the stabilization of the slopes has been completed in a 60,000 $m^2$ area. Slag has been removed from 700,000 $m^2$. The project is currently undergoing the plantation of vegetation in a pilot area measuring 17,000 $m^2$ with an herbaceous species, after the area was waterproofed using geo-synthetics (geomembranes, geogrids and ecological bags). Additionally, perimeter rainwater collection channels, walls and drains are being constructed to prevent slag from draining into the Mantaro river.

**Impact of the project**

Guarantee the physical stability of slag deposits and reduce their interaction with the environment, especially the Mantaro river.

**Projected investment:** US$ 10.2 million (2004)

**Schedule of activity:**

This project shall be completed in 2004.

## 5.3 INDUSTRIAL WATERS TREATMENT PLANT (Subprojects #3.1 and #3.2)

Four types of liquid effluents have been identified in the metallurgical complex: process water, cooling water, wastewater and rainwater, all of which must be treated to adjust their contents in accordance with environmental legislation, before they are discharged into the Mantaro river.

**Objective**

Complete the installation of a collection system for the different types of liquid effluents, separately. In order to keep discharges into the Mantaro river within the maximum permissible limits, an industrial liquid effluent treatment plant shall be constructed and cooling waters recycled to optimize their consumption.

**Description**

The integral project involves three phases (Subproject 3.1):

Phase I: Collection system.

Phase II: Homogenization tank for liquid effluents.

Phase III: Industrial waters treatment plant.

Additionally, an optimization project for water used to granulate copper and lead slag shall be executed (Subproject 3.2), which will reduce the treated water volume.

**Current situation**

We currently have the conceptual engineering of the project, and the construction of the main collector and collector #1 has concluded. The execution of collectors #2 and #3 inside the plants is currently underway.

**Environmental impact**

Eliminate the discharge of effluents that exceed the LMPs (Class III water), by treating and recirculating them. The project will enable the treatment of 7.27 $m^3$/min of process waters, and 28.5 $m^3$/min of cooling waters.

For the most part, the treated waters shall be recirculated and those discharging into the river shall fall within the LMPs.

**Investment:**

**Subproject 3.1:** US$ 20.1 million

**Subproject 3.2:** US$ 0.65 million

**Schedule of activity**: Subproject 3.1 shall be completed between 2004 and 2009, and subproject 3.2 shall be completed by the end of 2005.

## 5.4 COPPER REFINERY MOTHER LIQUOR TREATMENT PLANT (Project #4)

During the copper electrolyte refining process, the amount of impurities gradually increases in the electrolyte, requiring a periodical bleed off to control them. This bleed-off undergoes a neutralization and cementation process to recover the copper, resulting in ferrous acid effluents that are discharged into the Yauli river.

### Objective

Eliminate discharges into the Yauli river by treating the bleed off solution produced in the Copper Refinery, for its subsequent recirculation back to the cell room.

### Description

The treatment consists of a neutralization-oxidation stage for the bleed off to eliminate the electrolyte impurities in the form of arsenate and antimonite, which are recycled back to the copper refinery. After the crystallization stage, we will include copper electrolysis processes and the separation of nickel salts, leading to the total recycling of the final solution back to the tank room.

### Current situation

The neutralization-oxidation and crystallization stages have been completed, resulting in a reduction of effluents by 70%. We are continuing with the works to reduce the effluents by 100%, and are currently developing the engineering, with the Canadian firm Hatch Associates, to extract the copper and nickel.

### Environmental Impact

The installation and start-up of the project will lead to the elimination of the discharge of effluents produced in the Copper Refinery into the Yauli river.

**Investment:** US$ 3.0 million

**Schedule of activity:** The project shall be completed by the end of 2006.

## 5.5 WASTEWATER TREATMENT PLANT (Project #5)

Currently, there are 10,000 people residing in the housing and hotel areas under DRP's administration, generating a wastewater flow of 45 liters per second (lps) that is discharged, without prior treatment, into the Mantaro and Yauli rivers.

**Objective**

To treat wastewater originating from DRP's housing facilities to obtain a final effluent that meets the LMPs provided by Peruvian legislation, preventing contamination of the Yauli and Mantaro rivers.

**Description**

Given the disperse location of DRP's residential areas and the area's topography, studies have determined the requirement to build modular treatment plants for residual waters to meet the treatment requirements.

The plants shall be extended aeration plants, taking advantage of and based on the experience garnered from our Cobriza production unit. The project also includes collection and transportation systems.

**Current situation**

The pertinent engineering studies are currently under development for the dimensions and location of the treatment plants.

**Environmental impact**

Prevent discharges of organic matter, suspended solids and microorganisms into the Yauli and Mantaro rivers. The final effluents shall meet the LMPs provided for Class III water.

**Investment:** US$ 6.35 million

**Schedule of activity:** The project shall be progressively implemented, and completed by the end 2008.

### 5.6 SULFURIC ACID PLANT AND GAS CONDITIONING SYSTEM (Project #6)

The Metallurgical Complex of La Oroya processes sulfurous concentrates from lead, zinc and copper. During the metallurgical processing, sulfur is eliminated as $SO_2$.

This project entails the installation of a new Sulfuric Acid Plant for fixing sulfur, which is generated as $SO_2$ in the different metallurgical processes as a result of the treatment of polymetallic concentrates, in accordance with the environmental regulation existing for this type of emissions. The project shall also include the conditioning of gases to obtain adequate levels of $SO_2$, capturing systems and transportation pipelines, and the mixture of gases for the production of Sulfuric Acid. For the processing of metallurgical dust, the project also involves the installation of two short rotary furnaces.

This project involves the execution of eight subprojects that represent an investment of US$ 103.1 million, and its execution shall be completed by the end of 2011.

### 5.6.1 ENGINEERING DEVELOPMENT (Subproject #6.1), PURCHASE, CONSTRUCTION, INSTALLATION AND START-UP OF THE NEW SULFURIC ACID PLANT

**Objective**

To produce sulfuric acid based on the $SO_2$ generated in the Metallurgical Complex, to adapt and comply with current legislation and mitigate particulate matter emissions contained in the gases.

**Description**

The project involves the manufacturing, construction, installation and start-up of a new Sulfuric Acid Plant with a capacity of 300,000 tons/year, including all preliminary and complementary works required for the project.

The design capacity of this plant has been defined according to the production levels projected through 2011, taking into account that the current plant, with a design capacity of 60,000 tons/year of Sulfuric Acid, will continue to operate.

**Current situation**

To date, the conceptual studies are under development, and a prefeasibility study is underway for the handling of metallurgical dust and the fixture of sulfur as Sulfuric Acid based on generated $SO_2$. This study is being developed by the companies SNC Lavalin and the CIMM.

**Environmental impact**

This project will facilitate the fixture of 80.5% Sulfur as Sulfuric Acid, in accordance with current legislation for the volume of sulfur filtrating the processed concentrates.

**Investment:**

**Subproject #6.1**: US$ 6.0 million

**Subproject # 6.2**: US$ 75.0 million

**Schedule of activity**: The engineering stage shall conclude in 2008, and the start-up of the New Sulfuric Acid Plant is projected for the year 2011.

### 5.6.2 CONDITIONING OF GASES OF THE SINTERING MACHINE - EQUIPMENT AND PIPELINES (Subproject # 6.3)

**Objective**

To have a system for handling gases in the reaction zone of the sintering machine that, due to their high concentration of $SO_2$, could be conditioned for the production of Sulfuric Acid in the new plant.

**Description**

Development of engineering to define the handling of gases of the sintering machine that contains between a 3.5% and 3.7% volume of $SO_2$, and implement the infrastructure necessary for the treatment of approximately 110 $NM^3/h$ of gases with $SO_2$ content, that will subsequently be sent to the new Sulfuric Acid Plant.

**Current situation**

This project is being considered within the scope of the prefeasibility study SNC Lavalin is conducting.

**Environmental impact**

The implementation of the project will enable the reduction of gas emissions containing $SO_2$ generated in the sintering machine of the lead circuit.

**Investment:** US$ 6.2 million

**Schedule of activity:** The implementation of the project shall be executed between 2006 and 2010.

### 5.6.3 EXTRACTORS, PIPES AND EQUIPMENT FOR HANDLING COPPER CONVERTER GASES
### (Subproject # 6.4)

**Objective**

To capture the gases and dust produced in the conversion process. To minimize, in addition, the entry of secondary air into the gas capturing system and thus obtain $SO_2$ in proper concentrations to process it in the future Sulfuric Acid Plant.

**Description**

Installation of gas and dust capturing systems for the Pierce Smith converters of the Copper Smelter. The extractors for capturing gases shall be comprised of a primary extractor to capture process gases, and a secondary extractor to capture gases produced during the unloading, load transfer and start-up phases of the converter. The loading phase of the converter shall be facilitated with the installation of a retracting section to prevent tilting and, consequently, fugitive emissions.

Installation of cooling chambers and high efficiency electrostatic precipitators in the gas transportation system of the copper converters.

**Current situation**

This project is being considered within the scope of the prefeasibility study SNC Lavalin is currently conducting.

**Environmental impact**

Minimize the fugitive emissions of particulate matter containing lead that is produced in the conversion processes of the copper circuit.

**Investment:** US$ 9.0 million

**Schedule of activity:** The project shall be progressively executed between 2005 and 2010.

### 5.6.4 PIPES AND EQUIPMENT FOR HANDLING GASES FROM THE OXY-FUEL REVERBERATOR (Subproject # 6.5)

**Objective**

To resize the gas transport pipes of the copper reverberator to prevent fugitive emissions and the entry of secondary air, thus enriching the $SO_2$ content to be later treated in the new Acid Plant.

To reduce the volume of secondary air entering into the reverberator gas collection pipes to increase the recovery of dust in units 16 through 21 of Central Cottrell.

**Description**

The installation of high-speed pipes coated with an insulating material for the transportation of gases and dust produced in the Oxy-fuel furnace. All metallic structures and accessories necessary for the sustainment and operation of this system shall be considered.

The installation of cooling chambers and high efficiency electrostatic precipitators for the gases emanating from the copper oxy-fuel furnace.

**Current situation**

This project is being considered within the scope of the prefeasibility study SNC Lavalin is currently conducting.

**Environmental Impact:**

Minimize the fugitive emissions of particulate matter containing lead produced in the smelting process of the copper circuit.

This will maintain the $SO_2$ concentration level throughout its transportation, preventing its dilution by the entry of secondary air, favoring the production of sulfuric acid.

**Investment:** US$ 4.0 million

**Schedule of activity:** The implementation of this project shall be executed between 2005 and 2009.

### 5.6.5 GAS MIXING PIPE AND CONNECTOR TO NEW SULFURIC ACID PLANT (Subproject # 6.6)

**Objective**

To maintain the quality and concentrations of $SO_2$ in the gases emanating from the copper and lead circuits for their subsequent treatment in the New Sulfuric Acid Plant.

**Description**

The installation of high-speed mixing pipes coated with an insulating material for the transportation of gases from the copper and lead circuits to the New Sulfuric Acid Plant.

**Current situation**

This project is being considered within the scope of the prefeasibility study SNC Lavalin is currently conducting.

**Investment:** US$ 1.0 million

**Schedule of activity:** The implementation of this project shall be executed between 2010 and 2011.

### 5.6.6 SHORT ROTARY FURNACES # 1 AND # 2 (Subprojects # 6.7 and # 6.8)

**Objective**

To reduce the concentration of particulate matter containing lead in the main chimney emissions and fugitive emissions.

To reduce the circulating load of metallurgical dust by improving the efficiency of Central Cottrell.

**Description**

The project consists of the purchase and installation of two short rotary furnaces for the treatment of dust generated in the pyrometallurgical processes in the copper and lead circuits (copper converters, lead smelter, copper and lead reverberator).

The rotary furnaces, to be installed progressively, will facilitate, through a reduction process, obtaining metals, such as lead and bismuth, and fix impurities, such as arsenic, into a stable phase for its final disposal. The subproject # 6.7 refers to the Short Rotary Furnace # 1, and the subproject # 6.8 to the Short Rotary Furnace #2.

**Current situation**

Furnace # 1 is currently being implemented, and shall begin operating at the end of March 2004. We have included, in this subproject, the facilities and equipment necessary for the installation of future furnaces. The subproject relating to Furnace # 2 is currently in the engineering phase.

**Environmental impact**

By refraining from recycling the smelter dust back to the principal lead circuit, the generation and emission of secondary dust through the main chimney shall decrease.

**Investment:**

**Subproject #6.7**: US$ 0.6 million

**Subproject # 6.8**: US$ 1.3 million

**Schedule of activity**: Subproject # 6.7 shall be completed by March 2004, while subproject # 6.8 shall be completed by March 2005.

## 5.7 REDUCTION OF DUST EMISSIONS FROM THE MAIN CHIMNEY (Project # 7)

This project, comprised of five sub-projects, is aimed at decreasing dust emissions emanating from the main chimney. It includes the evaluation of dust capturing systems from different plants of the complex, the conditioning of units 1, 2 and 3 of the Central Cottrell to operate with the gases from the sintering plant, improvements to the control systems of the Arsenic Cottrell and the cessation of operation of the three New Jersey roasters from the zinc circuit.

The total investment for this project is US$ 2.0 million, and shall be implemented between 2004 and 2006.

### 5.7.1 EVALUATION OF THE DUST CAPTURING SYSTEMS OF F&R (Subproject # 7.1)

**Objective**

To analyze the current performance of the dust capturing systems of the Metallurgical Complex, to outline concrete actions that will determine the necessary investments for improving their efficiency and optimizing operations.

**Description**

An engineering study that includes field- and office-work, that will facilitate determining technical characteristics that will be useful to optimize and/or repower the existing systems.

**Investment**: US$ 0.45 million

**Schedule of activity:** This study shall be developed between 2005 and 2006.

### 5.7.2 CONDITIONING OF UNITS 1, 2 AND 3 OF CENTRAL COTTRELL (LEAD SINTERING)
### (Subproject # 7.2)

**Objective**

Increase the capture of dust contained in gases emanating from the sintering plant of the lead circuit in Central Cottrell.

**Description**

The conditioning and utilization of units 1,2 and 3 of Central Cottrell to receive 50% of the gases produced in the lead sintering process, in light of the cessation of operations of the New Jersey roasters of the zinc circuit.

**Environmental impact**

Reduction of particulate matter and lead emissions from the main chimney.

**Investment**: US$ 0.25 million

**Schedule of activities**: This project shall be executed in 2005.

### 5.7.3 IMPROVEMENTS TO THE ARSENIC COTTRELL CONTROL SYSTEMS (Subproject # 7.3)

**Objective**

To reduce particulate matter emissions from the main chimney containing arsenic and lead, increasing the collection area of the five units in the Arsenic Cottrell.

To accelerate particulate matter in the by-pass pipe, before it is unloaded into the main chimney.

**Description**

Replace the collecting tube sheets with plates, similar to the configuration in Central Cottrell, in the 15 sections of the 5 units in Arsenic Cottrell.

Install deflectors throughout the by-pass pipe to facilitate the acceleration of particulate matter.

**Current situation**

A visit from the company BHA has been scheduled for the end of February 2004, to provide them with all fieldwork information and develop the detail engineering.

**Environmental impact**

Decrease particulate matter emissions from the main chimney containing arsenic and lead.

**Investment:** US$ 0.4 million

**Schedule of activity**: The project shall be implemented between 2004 and 2005.

### 5.7.4 IMPROVEMENTS TO THE COPPER AND LEAD CONDITIONING TOWERS – DISTRIBUTION AND STRUCTURES (Subproject # 7.4)

**Objective**

To increase the dust capturing efficiency of units 13, 14 and 15 in the Central Cottrell, decreasing the emissions of particulate matter from the main chimney.

**Description**

Improve the cooling systems for the conditioning of gases in conditioning towers 1 and 2, corresponding to the copper converters and agglomeration plants. Additionally, detectors were installed at the entryways of units 13, 14 and 15 of Central Cottrell to better distribute the gases and dust entering these units.

**Current situation**

We currently have the conceptual design of the deflectors and the technical characteristics of the sprays required for the cooling system that were developed by BHA.

**Environmental impact**

Reduction of particulate matter emissions from the main chimney containing lead and arsenic.

**Investment:** US$ 0.6 million

**Schedule of activity**: The implementation of this project shall be executed between 2005 and 2006.

### 5.7.5 ENGINEERING AND CONDITIONING FOR THE CLOSURE OF THE NEW JERSEY ROASTERS
**(Subproject # 7.5)**

**Objective**

To deactivate the three New Jersey roasters of the zinc circuit to improve air quality in La Oroya. These old technology roasters produced gases with low $SO_2$ content and a high concentration of particulate matter that did not favor the production of sulfuric acid.

**Description**

The project involves the deactivation of the three New Jersey roasters and engineering development for the conditioning of the process using solely the Luigi roaster.

This deactivation would reduce the production of refined zinc by approximately 50%, according to the production plan for the 2004 – 2011 period.

**Current situation**

This project is being considered within the scope of the prefeasibility study SNC Lavalin is currently conducting.

**Environmental impact**

It will facilitate the improvement in air quality due to the reduction of the dust load to Central Cottrell and a significant decrease in emitted $SO_2$.

**Investment**: US$ 0.3 million

**Schedule of activity:** The project shall be implemented between 2005 and 2006.

## 5.8 REDUCTION OF DUST EMISSIONS GENERATED FROM FUGITIVE EMISSIONS
**(Project # 8)**

This environmental mitigation project includes the subprojects involving the enclosure of buildings of the copper and lead circuits, improving and optimizing the ventilation systems in the molding areas of the Lead Refinery, in the Sintering Plants, Cadmium #2, Anodic Waste, Antimonite and Arsenic, and in the Ajax and Kiln Furnaces. The new ventilation systems for the houses of the Dross Plant and slag granulation are also included, as well as the handling of dust in the copper and lead smelting beds through humidifying systems.

As a short-term measure and to significantly reduce the impact of the emissions, a new area shall be adapted to store imported coke, and we shall proceed to cease operating the existing coking plant.

The investment for this project is US$ 14.0 million and shall be executed between 2004 – 2008.

### 5.8.1 ENCLOSURE AND VENTILATION SYSTEM OF THE FOAMING PLANT AND LEAD FURNACES

**(Subproject # 8.1)**

**Objective**

To minimize the leakage of gases and particulate matter produced during the operations of the Lead Furnaces, especially during the loading of sinter and coke, and in the Foaming Plant during the transfer of liquid metal between the pots.

**Description**

After the complete enclosure of the buildings of the Dross Plant and Lead Furnaces, gas extraction systems and the baghouses with a nominal capacity of 260,000 ACFM, will be installed. Prior to that, structural repairs to the buildings shall be performed and the execution of necessary civil works.

**Current situation**

The project is currently under execution. The detail engineering for the ventilation system has been completed by the U.S. company BHA, and a structural analysis of the buildings has been developed by the company FIMA. Purchase orders have been placed for the acquisition of ventilation systems, ascending to US$ 0.9 million.

A tender bid has currently been called for the engineering development of the enclosures.

**Environmental impact**

Prevent the emissions of particulate matter and lead, recovering them through the baghouses.

**Investment:** US$ 2.5 million

**Schedule of activity:** The project shall be implemented between 2004 and 2005.

### 5.8.2 VENTILATION SYSTEMS FOR DROSS PLANT HOUSES (Subproject # 8.2)

**Objective**

To reduce the emissions of combustion gases produced in the houses of the Foaming Plant of the lead circuit.

**Description**

Gas capturing systems shall be installed in each house for its subsequent treatment in a washing system.

**Current situation**

We are awaiting the proposal of the U.S. company BHA for the development of the respective engineering.

**Environmental impact**

Eliminate the environmental impact of the combustion gases by improving the work area.

**Investment**: US$ 0.7 million

**Schedule of activity:** The implementation of this project shall be executed between 2005 and 2006.

### 5.8.3 IMPROVEMENTS TO THE VENTILATION SYSTEM OF THE LEAD REFINERY MOLDING AREA (Subproject # 8.3)

**Objective**

To reduce the emission of lead gases during the smelting, softening and molding stages of refined lead.

**Description**

Improve the current ventilation system, resize it and/or replace the existing pipes, extractors and baghouses.

**Current situation**

The measurement stage is currently underway, as is the characterization of emitted gases, to define the evaluation criteria for the current system.

**Environmental impact**

The environmental conditions of the work area shall improve by controlling lead emissions.

**Investment:** US$ 0.6 million

**Schedule of activities:** The project shall be executed between 2005 and 2006.

### 5.8.4 REPOWERING OF A, B AND C VENTILATION SYSTEMS OF THE SINTERING PLANT (Subproject # 8.4)

**Objective**

To reduce dust emissions containing lead from the Scrubber by repowering the existing baghouses, and improve the capturing systems, reducing fugitive emissions.

**Description**

According to the study conducted by BHA, the hose collectors A and B must be repowered and System C must be adapted to eliminate Scrubbers #s 2, 7, 8 and 10.

The suggested modifications refer to: the repowering of the existing ventilators to achieve the adequate static pressures for proper ventilation. Improve the air/fabric relationship by substituting the solenoid valves with double diaphragm units.

**Current situation**

We currently have a basic engineering study and the financial proposal of BHA.

**Environmental impact**

To reduce lead emissions and, subsequently, improve the environmental conditions of the work area.

**Investment:** US$ 0.7 million

**Schedule of activity:** The implementation of this project shall be executed between 2005 and 2006.

### 5.8.5 HANDLING AND HUMIDIFYING THE LEAD SMELTING BEDS (Subproject # 8.5)

**Objective**

Minimize the wind dispersal of particles in lead concentrate storage areas.

**Description**

The smelting beds shall include lateral and humidified enclosures using a water spray system to maintain the proper humidity to prevent the dispersion of particles by wind.

**Environmental impact**

By maintaining the smelting beds with the proper humidity, the wind dispersal of particulate matter containing lead is minimized, reducing environmental contamination.

**Investment**: US$ 0.5 million

**Schedule of activity:** This project shall be implemented between 2005 and 2006.

### 5.8.6 NEW VENTILATION SYSTEM FOR SLAG GRANULATION (Subproject # 8.6)

**Objective**

To prevent water vapors generated in the slag granulation channels of the Lead Furnaces from escaping.

**Description**

Install a ventilation system that captures the water vapors produced during the lead slag granulation process.

**Current situation**

The flow measurement and characterization of the emitted water vapors are currently in development, to determine the corresponding design criteria.

**Environmental impact**

Decrease humidity in the work zone with vapor capturing systems.

**Investment:** US$ 0.5 million

**Schedule of activity**: The implementation of this project shall be executed between 2007 and 2008.

### 5.8.7 NEW COKE STORAGE AREA AND CLOSURE OF COKING PLANT (Subproject # 8.7)

**Objective**

To eliminate 100% of gas emissions of the Coking Plant produced during the coking process. As of 2005, 100% of metallurgical coke used in the metallurgical operations shall be imported.

**Description**

Condition a storage area of the imported coke, with a 10,000 tons capacity.

Gradually cease operations of the coking furnaces. By 2004, battery “A” comprised of 10 furnaces shall cease to operate, while the second battery “B”, with the same characteristics, shall cease to operate by the end of 2005.

**Current situation**

To meet this objective, we have signed a coke supply agreement with the Colombian company C.I. MILPA S.A. for a 5-year period, in effect as of 2004.

**Environmental impact**

The total amount of water vapor, organic gas, and particulate matter emissions, arising from the coking processes, shall be eliminated.

**Investment**: US$ 0.8 million

**Schedule of activity:** The implementation of this project shall be executed between 2005 and 2006.

### 5.8.8 IMPROVEMENTS TO THE VENTILATION SYSTEM OF CADMIUM PLANT #2 (Subproject # 8.8).

**Objective**

To reduce the fugitive gas and particulate matter emissions generated in the dissolution and precipitation processes.

**Description**

The installation of a gas cleaning system, and the repowering of the existing ventilation system.

**Current situation**

Flow measurements and the characterization of the emitted gases are underway to determine the corresponding design criteria.

**Environmental impact**

Reduce the localized contamination of the work area owed to process gases.

**Investment:** US$ 0.4 million

**Schedule of activity:** The implementation is projected for 2005.

### 5.8.9 HANDLING OF NITROUS GASES FROM THE ANODIC WASTE PLANT (Subproject # 8.9)

**Objective**

To eliminate nitrous gas emitted into the environment through the existing chimneys of the Anodic Waste Plant.

**Description**

Install a gas-cleaning scrubber containing a chemical agent that fixes the nitrous gases in an aqueous solution for its subsequent recycling.

**Current situation**

Flow measurements and the determination of $NO_2$ in gases have not yet been carried out. We have requested technical-economic proposals for the supply and installation of the required cleaning system.

**Environmental impact**

The emission of nitrous gases into the environment shall be eliminated.

**Investment**: US$ 0.7 million

**Schedule of activity**: The implementation of this project shall be executed between 2005 and 2006.

### 5.8.10 HANDLING AND HUMIDIFYING THE COPPER SMELTING BEDS (Subproject # 8.10)

**Objective**

To minimize the wind dispersal of particles in the copper concentrate storage areas.

**Description**

The smelting beds shall include lateral and humidified enclosures and shall be humidified using a water spray system to maintain proper humidity and prevent the wind dispersal of particles.

**Environmental impact**

By maintaining the smelting beds with the proper humidity, the wind dispersal of particulate matter containing lead is minimized, reducing environmental contamination.

**Investment**: US$ 0.5 million

**Schedule of activity:** This project shall be implemented between 2005 and 2006.

### 5.8.11 ENCLOSURE OF THE COPPER REVERBERATOR LOADING ZONE (Subproject # 8.11)

**Objective**

To properly capture and handle the gases and dust produced from the loading of the oxy-fuel furnace.

**Description**

The project involves the enclosure of the loading zone in the Oxy-Fuel Reverberator building and the installation of a baghouse system to capture the dust produced during the unloading of calcine into the furnace.

**Environmental impact**

Fugitive emissions and particulate matter shall be eliminated.

**Investment:** US$ 1.5 million

**Schedule of activity:** This project shall be implemented between 2005 and 2006.

### 5.8.12 IMPROVEMENTS TO THE DUST CAPTURING SYSTEMS OF THE ANODIC WASTE PLANT (Subproject # 8.12).

**Objective**

To obtain a 95% recovery efficiency of particulate matter in the dust capturing system. Additionally, to reduce fugitive emissions by improving the efficiency of the baghouses #s 1,2,3 and 4 of the anodic waste plant.

**Description**

Installation of a new baghouse of 20,000 ACFM for the converters' facility, repowering the existing baghouse, and replacing two electrostatic precipitator units.

**Current situation**

We currently have the conceptual engineering developed by BHA, including the equipment supply proposal.

**Environmental impact**

Reduce the dust load to Central Cottrell and fugitive emissions of particulate matter.

**Investment**: US$ 1.3 million

**Schedule of activities**: The implementation of this project shall be executed between 2004 and 2006.

### 5.8.13 ENCLOSURE OF THE COPPER ROASTER CALCINE LOADING ZONE (Subproject # 8.13)

**Objective**

To minimize fugitive gas and particulate matter emissions produced during the unloading of calcine from the copper roasters to the calcine carriers.

**Description**

Encapsulate the copper roasters unloading zone and the installation of ventilation systems for handling gas and capturing particulate matter.

**Environmental impact**

Reduce gas emissions and particulate matter during the unloading of the copper roasters, improving the environmental conditions of the work area.

**Investment:** US$ 1.0 million

**Schedule of activity:** This project shall be implemented between 2006 and 2007.

### 5.8.14 VENTILATION SYSTEM OF THE ANTIMONITE PLANT (Subproject # 8.14)

**Objective**

To eliminate the pollution generated during the smelting process and oxidation of mixed dust emanating from the Anodic Waste Plant, and to recover the antimonite contained in the lead load that is currently sent to Central Cottrell.

**Description**

Enclosure of the Antimonite Plant and the installation of baghouses to make the reverberator and converter ventilation systems independent, to then operate these units independently.

**Current situation**

Currently, there are works underway to enclose the building concurrently with the construction of a plant for the SRF #1. This project is being executed in the adjacent area.

There is a technical-economic proposal, developed by BHA, for the supply, installation and start-up of the entire ventilation system.

**Environmental impact**

Reduce antimonite, lead and arsenic emissions, resulting in the improvement of work conditions inside the plant.

**Investment:** US$ 0.7 million.

**Schedule of activity:** The implementation of this project shall be executed between 2004 and 2005.

### 5.8.15 IMPROVEMENTS TO THE ARSENIC PLANT VENTILATION AND PACKAGING SYSTEMS
### (Subproject # 8.15)

**Objective**

To control and reduce the fugitive emissions of arsenic trioxide particles generated during the packaging and dispatch stages in the Arsenic Plant.

**Description**

Automatize the packaging system of arsenic trioxide and encapsulate the dispatch area, including the installation of a ventilation system.

**Environmental impact**

Fugitive arsenic trioxide emissions shall be eliminated.

**Investment**: US$ 1.0 million

**Schedule of activity**: The project shall be performed between 2005 and 2006.

## 5.8.16 IMPROVEMENTS TO THE AJAX AND KILM FURNACES DUST CAPTURING SYSTEMS
## (Subproject # 8.16)

**Objective**

To minimize the emission of zinc gases and dust produced during the slagging and smelting of refined zinc in the Ajax Furnace. To reduce particulate matter and lead emissions produced during the unloading of the Kiln Furnace.

**Description**

Install a new baghouse in the Ajax Furnace.

Improve efficiency of the baghouse in the Kiln Furnace by replacing the current reverse air cleaning system with a pulse jet system, adapting an additional compartment, and improving the gas cooling system.

**Current situation**

We currently have the studies and quote from the U.S. company BHA.

**Environmental impact**

Improve the work area by controlling fugitive zinc emissions in the Ajax Furnace and the reduction of pollution by particulate matter and lead in the Kiln Furnace area.

**Investment:** US$ 0.6 million

**Schedule of activity:** The implementation of this projects is programmed o be executed between 2005 and 2006.

## 5.9 COMPLEMENTARY ENVIRONMENTAL PROJECTS (Project #9)

### 5.9.1 PAVING ACCESS ROUTES (Subproject #9.1), WASHING AND DRAINING STATION FOR TRUCKS, POLYMETALLIC CONCENTRATE DEPOSIT (Subproject #9.2), AND PURCHASE OF INDUSTRIAL SWEEPERS (Subproject #9.3)

This group of subprojects includes the paving of access routes and pathways to the different plants in the smelter and refineries, the construction of a tire-washing station for trucks that transport concentrates, materials and finished products, which includes a drainage area for trucks and a new weighing station, and the procurement of two industrial sweepers.

The investment for this project amounts to US$ 3.45 million, and shall be executed between 2004 and 2011.

**Objective**

To reduce environmental pollution produced by wind and transportation effects in the access and internal routes and pathways of the industrial zone.

**Description**

The project involves the progressive paving of the Metallurgical Complex's internal pathways, and the installation of a truck washing station, to eliminate the dispersal of dust, concentrates and other materials towards the industrial zone's exterior.

Additionally, two industrial sweepers shall be procured to permanently clean and collect dust in the paved areas of the smelter.

**Current situation**

The tire washing station is currently under execution by the company Fabritec.

**Environmental impact**

The three mentioned subprojects will reduce the [environmental] impact caused by particulate matter produced by vehicle and pedestrian traffic inside the industrial zone.

**Investment:**

**Subproject #9.1**: US$ 2.15 million

**Subproject #9.2**: US$ 0.60 million

**Subproject #9.3**: US$ 0.70 million

**Schedule of activity**: The implementation of these subprojects shall be performed between 2004 and 2011

### 5.9.2 HANDLING OF INDUSTRIAL SOLID WASTE (Subproject # 9.4)

**Objective**

To dispose of industrial waste produced in the Metallurgical Complex's operations in an environmentally safe manner. The project involves the construction of a secure deposit in La Oroya for waste that cannot be sent to other authorized disposal areas.

**Description**

Design and construction of a secure deposit for industrial waste that meets the standards required by environmental legislation currently in effect

**Current situation**

We have cleaned-up and labeled the different types of industrial waste produced in the different operating circuits. We are handling some of the industrial waste by adhering to international standards and, according to the waste's characteristics, part of it is sent to secure authorized deposits in the city of Lima.

**Environmental impact**

Eliminate contamination risks caused by the disposal of this type of waste.

**Investment:** US$ 2.3 million

**Schedule of activity:** The implementation of this project shall be performed between 2004 and 2009.

# 6 ANNEXES

**I. Schedule of investments for 2004 – 2011**

**II. Gantt charts of the projects considered in the 2004 – 2011 environmental plan**

**III. Air Lead Quality Improvement Expectations**

**IV. Relative contributions of La Oroya main stack**

**V. Analysis of La Oroya monitoring data**

**VI. Comparison of human health risks associated with lead, arsenic, cadmium, and $SO_2$ in La Oroya Antigua.**

# ANNEX I

## SCHEDULE OF INVESTMENTS 2004 – 2011

**SUMMARY TABLE**

**TABLE I A: PAMA PROJECTS**

**TABLE I B: MODERNIZATION AND CONTINUITY OF OPERATIONS**

# SUMMARY
## CAPEX 2004 – 2011: DOE RUN PERU S.R.L.
## Investments in US$ million
## February 17, 2004

Febrero 17, 2004

LA OROYA

| ITEM | DESCRIPCION | AÑO CALENDARIO 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | TOTAL 2004-2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| I: PROYECTOS PAMA | | | | | | | | | | |
| | RESIDUOS SOLIDOS | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 |
| | EFLUENTES LIQUIDOS | 2.1 | 4.2 | 6.5 | 7.0 | 6.0 | 4.4 | | | 30.1 |
| | PLANTA DE ACIDO SULFURICO Y ACONDICIONAMIENTO DE GASES | 2.4 | 1.7 | 4.8 | 17.8 | 22.7 | 22.7 | 21.3 | 10.0 | 81.0 |
| | REDUCCION DE EMISION DE POLVO POR LA CHIMENEA PRINCIPAL | 0.2 | 1.1 | 0.8 | | | | | | 2.0 |
| | REDUCCION DE EMISION DE POLVO GENERADOS POR EMISIONES FUGITIVAS | 2.8 | 4.4 | 5.9 | 0.9 | 0.3 | | | | 14.0 |
| | PROYECTOS COMPLEMENTARIOS | 0.7 | 0.6 | 1.2 | 0.8 | 1.2 | 0.7 | 0.3 | 0.4 | 5.8 |
| | TOTAL PROYECTOS PAMA | 8.4 | 11.9 | 18.6 | 25.5 | 30.2 | 27.8 | 21.6 | 10.4 | 155.4 |
| II: PROYECTOS DE MODERNIZACION Y CONTINUIDAD OPERATIVA | | | | | | | | | | |
| | CIRCUITO DE PLOMO | 1.2 | 3.0 | 3.0 | 1.6 | 1.5 | 1.0 | 1.0 | 1.0 | 13.2 |
| | CIRCUITO DE COBRE | 0.8 | 2.8 | 3.6 | 1.5 | 1.6 | 0.8 | 0.8 | 1.0 | 12.9 |
| | CIRCUITO DE ZINC | 3.3 | 4.5 | 2.9 | 1.9 | 1.7 | 2.0 | 0.7 | 0.7 | 17.6 |
| | SERVICIOS | 0.2 | 2.5 | 2.3 | 2.8 | 3.7 | 1.8 | 1.2 | 2.0 | 16.3 |
| | OFICINA DE LIMA | 0.1 | 0.5 | 0.6 | 0.7 | 0.7 | 0.3 | 0.3 | 0.5 | 3.6 |
| | TOTAL PROYECTOS MODERNIZACION Y CONTINUIDAD OPERATIVA | 5.5 | 13.3 | 12.3 | 8.4 | 9.2 | 5.8 | 4.0 | 5.2 | 63.7 |
| | TOTAL INVERSIONES - LA OROYA | 13.9 | 25.2 | 31.1 | 34.9 | 39.3 | 33.6 | 25.6 | 15.6 | 219.1 |

| COBRIZA | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL PROYECTOS COBRIZA | 2.3 | 1.5 | 0.6 | 0.3 | 0.4 | 1.8 | 0.3 | | 7.1 |
| TOTAL INVERSIONES - COBRIZA | 2.3 | 1.5 | 0.6 | 0.3 | 0.4 | 1.8 | 0.3 | | 7.1 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL INVERSIONES DOE RUN PERU | 16.2 | 26.7 | 31.7 | 35.2 | 39.7 | 35.4 | 25.9 | 15.6 | 226.2 |

TABLE I A

CAPEX 2004 – 2011 DOE RUN PERU S.R.L.

Investment in US$ million

February 17, 2004

(table illegible in original)

TABLE 1 B
CAPEX 2004 – 2011 DOE RUN PERU S.R.L.
Investment in US$ million
February 17, 2004
(table illegible in original)

| Actividad | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| TOTAL INVERSIONES DOE RUN PERU | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |



RENCOGRP-002563

# ANNEX II

## GANTT CHARTS

## PAMA FOR THE METALLURICAL COMPLEX OF LA OROYA
## 2004 – 2011 PERIOD

1. **Project 1: Domestic solid waste deposit**
2. **Project 2: Remediation of Huanchán slag deposit**
3. **Project 3: Industrial waters treatment plant**
4. **Project 4: Copper refinery mother liquor treatment plant**
5. **Project 5: Wastewater treatment plant**
6. **Project 6: Sulfuric Acid plant and conditioning of gases**
7. **Project 7: Reduction of dust emissions from main chimney**
8. **Project 8: Reduction of dust emissions produced from fugitive emissions**
9. **Project 9: Complementary projects.**


0 days
165 days
60 days
75 days
45 days
30 days
60 days
0 days
60 days
0 days
Thu 01/01/04
Thu 01/01/04
Thu 01/01/04
Thu 01/01/04
Mon 01/03/04
Wed 31/03/04
Tue 16/03/04
Thu 29/04/04
Thu 15/04/04
Sun 13/06/04
Thu 01/01/04
Sun 13/06/04
Sun 29/02/04
Mon 15/03/04
Wed 14/04/04
Thu 29/04/04
Fri 14/05/04
Thu 29/04/04
Sun 13/06/04
Sun 13/06/04



















| | | | |
|---|---|---|---|
| 2003 | 0 days | Thu 01/01/04 | Thu 01/01/04 |
| oyecto | 170 days | Thu 01/01/04 | Fri 18/06/04 |
| is 2 Celdas Jumbo Refrigerador de Sulfato de Cobre | 170 days | Thu 01/01/04 | Fri 18/06/04 |
| : de Celdas | 70 days | Thu 01/01/04 | Wed 10/03/04 |
| n de estructuras para las Celdas (excavación y losa de macio) | 30 days | Thu 11/03/04 | Fri 09/04/04 |
| : e instalación de estructuras metálicas para soportes de | 15 days | Sat 10/04/04 | Sat 24/04/04 |
| istalación de Celdas | 15 days | Sun 25/04/04 | Sun 09/05/04 |
| s mecánicas y eléctricas | 30 days | Mon 10/05/04 | Tue 08/06/04 |
| uesta en marcha | 10 days | Wed 09/06/04 | Fri 18/06/04 |
| | 0 days | Fri 18/06/04 | Fri 18/06/04 |
| yecto | 1055 days | Thu 01/01/04 | Mon 20/11/06 |
| geniería | 90 days | Thu 01/01/04 | Tue 30/03/04 |
| de planta de electrowining y concentración de níquel para la ingeniería de detalle | 60 days | Wed 31/03/04 | Sat 29/05/04 |
| ingeniería de detalle | 75 days | Sun 30/05/04 | Thu 12/08/04 |
| área requerida para la nueva planta de níquel y edificio actual- adyacente a la planta de sulfato de cobre | 90 days | Fri 13/08/04 | Wed 10/11/04 |
| riales para los tanque de evaporación y almacenamiento | 120 days | Thu 11/11/04 | Thu 10/03/05 |
| cambiadores de calor, tuberías, válvulas, bombas, control y accesorios | 120 days | Wed 09/02/05 | Wed 08/06/05 |
| os de control de proceso | 120 days | Tue 10/05/05 | Tue 06/09/05 |
| stalación de tanques | 180 days | Fri 11/03/05 | Tue 06/09/05 |
| | 120 days | Thu 09/06/05 | Thu 06/10/05 |
| taformas | 120 days | Fri 07/10/05 | Fri 03/02/06 |
| cánicas y Eléctricas | 100 days | Sat 04/02/06 | Sun 14/05/06 |
| uipos para la planta de níquel | 100 days | Mon 15/05/06 | Tue 22/08/06 |
| y Control | 60 days | Wed 23/08/06 | Sat 21/10/06 |
| o | 30 days | Sun 22/10/06 | Mon 20/11/06 |
| | 0 days | Mon 20/11/06 | Mon 20/11/06 |
| del Proyecto Completo | 30 days | Tue 21/11/06 | Wed 20/12/06 |
| | 0 days | Wed 20/12/06 | Wed 20/12/06 |
| | 0 days | Wed 20/12/06 | Wed 20/12/06 |



| | | | |
|---|---|---|---|
| ) | 0 days | Thu 01/01/04 | Thu 01/01/04 |
| **nta de Aguas Industriales** | **2055 days** | **Thu 01/01/04** | **Sun 16/08/09** |
| | **535 days** | **Thu 01/01/04** | **Thu 19/05/05** |
| geniería - Colector No 2 y 3 | 225 days | Thu 01/01/04 | Thu 12/08/04 |
| nfraestructura existente y excavación de zanja para arte del colector No 3 - Refinería de Zinc | 100 days | Mon 10/05/04 | Tue 17/08/04 |
| al en zona donde se instalara el colector No 2 | 45 days | Mon 10/05/04 | Wed 23/06/04 |
| emolición de ex Planta de Flotación (Investigaciones | 55 days | Sun 30/05/04 | Fri 23/07/04 |
| emolición de ex Planta de Piloto (Investigaciones | 300 days | Sat 24/07/04 | Thu 19/05/05 |
| **Colector No 2 y 3** | **250 days** | **Wed 18/08/04** | **Sun 24/04/05** |
| de zanja, entibado y demolición de estructura de | 140 days | Wed 18/08/04 | Tue 04/01/05 |
| ón de buzones e instalación de tuberías (HDPE) | 160 days | Sat 02/10/04 | Thu 10/03/05 |
| ompactación de zanja, y reposición de estructuras | 160 days | Tue 16/11/04 | Sun 24/04/05 |
| | 0 days | Thu 19/05/05 | Thu 19/05/05 |
| **rio de Aguas Industriales (Etapa II y III)** | **415 days** | **Fri 20/05/05** | **Sat 08/07/06** |
| **minares** | **180 days** | **Fri 20/05/05** | **Tue 15/11/05** |
| caracterización de efluentes del Complejo o | 95 days | Fri 20/05/05 | Mon 22/08/05 |
| a Ingeniería básica presentada por SVEDRUP CIVIL | 180 days | Fri 20/05/05 | Tue 15/11/05 |
| **ica y detalles** | **235 days** | **Wed 16/11/05** | **Sat 08/07/06** |
| omplementarios (mecánica de suelos, topografía,etc.) | 45 days | Wed 16/11/05 | Fri 30/12/05 |
| básica de procesos | 90 days | Sat 31/12/05 | Thu 30/03/06 |
| mecánica - eléctrica básica y detalles | 150 days | Thu 09/02/06 | Sat 08/07/06 |
| de instrumentación básica y detalles | 90 days | Sat 11/03/06 | Thu 08/06/06 |
| civil básica y detalles | 120 days | Sat 11/03/06 | Sat 08/07/06 |
| | 0 days | Sat 08/07/06 | Sat 08/07/06 |
| **anque de Ecualización** | **243 days** | **Sun 09/07/06** | **Mon 19/03/07** |



| | | | |
|---|---|---|---|
| | 150 days | Thu 07/09/06 | Mon 05/02/07 |
| icas | 90 days | Sat 20/01/07 | Thu 19/04/07 |
| as e instrumentación | 60 days | Fri 20/04/07 | Mon 18/06/07 |
| | 0 days | Mon 18/06/07 | Mon 18/06/07 |
| la Planta de tratamiento | 625 days | Tue 19/06/07 | Wed 04/03/09 |
| iminares - Campamento de Obra | 45 days | Tue 19/06/07 | Thu 02/08/07 |
| uipos y materiales | 580 days | Fri 03/08/07 | Wed 04/03/09 |
| | 400 days | Fri 03/08/07 | Fri 05/09/08 |
| icas | 250 days | Fri 29/02/08 | Tue 04/11/08 |
| cas e instrumentación | 240 days | Wed 18/06/08 | Thu 12/02/09 |
| | 0 days | Thu 12/02/09 | Thu 12/02/09 |
| en marcha y capacitación | 180 days | Fri 13/02/09 | Tue 11/08/09 |
| Posa de Residuos Sólidos | 285 days | Wed 05/11/08 | Sun 16/08/09 |
| iminares - Campamento de Obra | 45 days | Wed 05/11/08 | Fri 19/12/08 |
| uipos y materiales | 120 days | Sat 20/12/08 | Sat 18/04/09 |
| ) | 120 days | Sun 19/04/09 | Sun 16/08/09 |
| | 0 days | Sun 16/08/09 | Sun 16/08/09 |
| | 0 days | Sun 16/08/09 | Sun 16/08/09 |
| l sistema actual de manejo de escorias | 330 days | Sat 01/01/05 | Sat 26/11/05 |
| | 120 days | Sat 01/01/05 | Sat 30/04/05 |
| | 90 days | Fri 01/04/05 | Wed 29/06/05 |
| uipos Electromecánicos | 150 days | Sun 01/05/05 | Tue 27/09/05 |
| s en Marcha | 60 days | Wed 28/09/05 | Sat 26/11/05 |
| | 0 days | Sat 26/11/05 | Sat 26/11/05 |
| | 0 days | Sun 16/08/09 | Sun 16/08/09 |





RENCOGRP-002577

| | | | |
|---|---|---|---|
| | 0 days | Thu 01/01/04 | Thu 01/01/04 |
| | 120 days | Thu 01/01/04 | Thu 29/04/04 |
| de contención | 15 days | Thu 01/01/04 | Thu 15/01/04 |
| etas de drenaje | 60 days | Thu 01/01/04 | Sun 29/02/04 |
| | 90 days | Fri 16/01/04 | Wed 14/04/04 |
| | 30 days | Mon 01/03/04 | Tue 30/03/04 |
| ı | 45 days | Tue 16/03/04 | Thu 29/04/04 |
| | 0 days | Thu 29/04/04 | Thu 29/04/04 |





# ANNEX III

## AIR LEAD QUALITY IMPROVEMENT EXPECTACTIONS

## (SEVEN PAGES)

# ANEXO IV

## RELATIVE CONTRIBUTIONS OF LA OROYA MAIN STACK

## (TRES PAGINAS)

**McVEHIL-MONNETT ASSOCIATES, INC.**
*Air Quality • Environmental Management*

To: Jose Mogrovejo
From: George McVehil
Date: January 29, 2004

Subject: **Relative Contributions of La Oroya Main Stack and Process/Fugitive Emissions to Ground-Level Concentrations**

You asked that we evaluate the contribution of La Oroya sources to lead and arsenic concentrations in the town. Using results from modeling and analysis of monitoring data, we can reach some significant conclusions, as explained below.

1. $SO_2$ Emissions and Impacts

I explained in an accompanying memo, $SO_2$ monitoring data present a clear overall picture of the processes that lead to high ground-level $SO_2$ concentrations in La Oroya and the Montaro valley. At Huanchan, two kilometers down-valley from La Oroya, maximum $SO_2$ concentrations in the morning fumigation are on the order of 2000 ppb or greater (they exceed 2000 ppb on 25% of all days). Modeling indicates that maximum impacts from the main stack, for a 925TPD $SO_2$ emission rate, should be about 1500 ppb. Thus, as noted in our January 2000 report, there is apparently an additional $SO_2$ contribution from low altitude stacks and fugitive sources at the smelter.

During the night and early morning hours at Huanchan, $SO_2$ concentrations generally increase, reaching a level around 1000 ppb. With very stable air during the night, it is unlikely that any main stack emissions reach the ground at Huanchan. If we therefore assume that the 1000 ppb early morning concentrations are due to process/fugitive emissions, we can estimate the necessary $SO_2$ emission rate. Using a simple valley "box" model, the $SO_2$ emissions required to produce 1000 ppb at Huanchan are about 86 TPD. This estimate of low altitude fugitive $SO_2$ emissions represent 9% of stack emissions, very close to your estimate of 10%.

We therefore conclude that $SO_2$ emissions at La Oroya of 925 TPD from the stack and 90 TPD from low-level sources explain the observed daily cycles of concentration observed at Huanchan. Additional modeling indicates that these emissions lead to concentrations of 2000 to 2500 ppb in the morning, 500 ppb in the afternoon, and concentrations increasing during the night to around 1000 ppb.

2. Impacts in La Oroya

At the Sindicato and Hotel Inca sites in La Oroya, modeling is more problematical because winds are less consistent and we do not know the concentration of $SO_2$ at higher

44 Inverness Drive East ♦ Building C ♦ Englewood, Colorado 80112

levels in the air prior to fumigation. However, we can model impacts of smelter process/fugitive emissions during the day, when they are most likely to have a direct impact on the Inca and Sindicato monitors. The results indicate that high afternoon $SO_2$ concentrations are consistent with the estimate of 85 – 90 TPD fugitive $SO_2$ emissions.

3. Long-term Concentrations

To extend our results to lead and arsenic, we must estimate the relative $SO_2$ contributions to long-term (one month or longer) average concentrations. At Inca and Sindicato, which have very similar $SO_2$ measurements, the long-term average $SO_2$ concentration is about 170 ppb. If we assume that the morning fumigation peaks (average 450 ppb for six hours) are due to stack emissions, and the remaining 18 hours (average 75 ppb) are due to low altitude fugitive emissions, we find that the overall long-term average of 170 ppb (445 $\mu g/m^3$) can be attributed 2/3 to stack emissions and 1/3 to fugitive emissions.

This conclusion allows us to derive a very useful result: the long-term average ground-level concentration per unit emissions from the main stack and fugitive sources.

For the main stack:

$$445\ \mu g/m^3 \times 2/3 \div 925\ TPD = 0.32\ \mu g/m^3 \text{ per TPD}$$

For fugitive emissions:

$$445\ \mu g/m^3 \times 1/3 \div 90\ TPD = 1.65\ \mu g/m^3 \text{ per TPD}$$

In other words, for a given emission rate in tons per day, the impact of fugitive sources on long-term average concentration is about five times that of main stack emissions!

The estimate is probably conservative in the sense that it represents a <u>maximum</u> impact of stack emissions. We have assumed that all fumigation impacts are due to the main stack, whereas in fact a portion may be due to fugitive emissions that accumulate above the ground during the night. Our assumption that all impacts during the rest of the day are from fugitives is more reasonable. Given the stack height and the proximity of the stack to Inca and Sindicato, it is unlikely that significant stack emission reach the monitors except during fumigation.

4. Application to Lead

You have estimated that average lead emissions are approximately 1.3 TPD from the main stack, and 2.0 TPD from process/fugitive sources. Using these estimates and concentration/emission ratios derived above:

- Annual average lead concentrations:

  from Main Stack 0.32 x 1.3 = 0.4 μg/m$^3$

  from Fugitives 1.65 x 2.0 = 3.3 μg/m$^3$

The conclusion is that fugitive lead emissions have approximately eight times the impact of stack emissions. Note that the sum of the above estimates, 3.7 μg/m$^3$, is reasonably consistent with measured one-month lead concentrations which you quoted as 5 to 7.5 μg/m$^3$ maximum.

5. Summary

The calculations and estimates presented above are obviously approximations, based on rough estimates of some parameters and typical or average monitoring data. We may be able to refine them with additional modeling and analysis. If you can provide us with monthly lead measurements for one or more stations, it will be possible to test our result by modeling the specific months for which data are available.

The general consistency of the present data, model estimates, and conclusions with the information you have given us provides some confidence that the conclusions are realistic. I believe that they are also consistent with experience at other smelters and lead sources.

You had also asked us to explore the benefits of relocating the main stack to a higher plateau location. Given the above conclusion, it appears that any mitigation of stack impacts would accomplish little in terms of lead impacts in La Oroya. Our prior modeling also suggested that changes in stack height or location would not produce dramatic improvement in $SO_2$ impacts. Thus we have not conducted modeling for a new stack location at this time. It could readily be done in the future if you still want to see what it would do. But for now, we would recommend that consideration of actions to reduce lead impacts concentrate on the reduction of low altitude and fugitive emissions.

44 Inverness Drive East • Building C • Englewood, Colorado 80112

# ANEXO V

## ANALISYS OF LA OROYA MONITORING DATA

## (TRES PAGINAS)

McVEHIL-MONNETT
ASSOCIATES, INC.
Air Quality ▪ Environmental Management

To: Jose Mogrovejo
From: George McVehil
Date: January 29, 2004

Subject: **Analysis of La Oroya Monitoring Data**

McVehil-Monnett Associates, Inc. (MMA) has reviewed and analyzed hourly meteorological and pollutant concentration data from monitoring sites at La Oroya. The data cover the time period from January 2001 through October 2003. The work was performed under the authorized Work Scope defined in MMA's proposal of September 29, 2003 to the Doe Run Company. Preliminary results and conclusions of the data analysis are presented in this memo.

1. Sulfur Dioxide ($SO_2$) Impacts

- A prior analysis (January 2000) reviewed data from the Huanchan, Sindicata, and Cushurupampa monitoring sites for the period 1997-1999. The new (2001-2003) data, which include those sites plus Hotel Inca and Casaracra, and more complete and appear to be of high quality. The new data are consistent with the prior information, and no significant trends or marked changes in air quality are indicated.

- There are no major seasonal changes in $SO_2$ concentrations at any of the monitor sites. The Huanchan site does experience somewhat higher concentrations in April through September, compared to the rest of the year. The most likely reason is greater atmospheric stability and drainage air flow in the Montaro River Valley during the winter months. All other sites show generally uniform $SO_2$ impacts throughout the year. There is some evidence of slightly lower $SO_2$ concentrations in July and August at Sindicato, Hotel Inca, and Cushurupampa; the reason for these lower impacts is unknown.

- All stations show a major peak in $SO_2$ concentration during the hours of 9AM through noon. The morning peaks are clearly the result of fumigation, which occurs with the beginning of daytime heating. As vertical mixing begins in the atmosphere, $SO_2$ at higher levels (200 to 400m above the valley floor) is rapidly mixed to the ground. The elevated $SO_2$ is a combination of main stack and fugitive emissions that have accumulated in the stable layer aloft during the night.

- The highest $SO_2$ concentrations occur at the Huanchan monitoring station, both during morning fumigation and during the rest of the day and night. These high concentrations are primarily due to prevailing drainage flow from La Oroya down the

Montaro valley. Morning peaks are caused by fumigation as described above; overnight and early morning $SO_2$ concentrations are the result of low altitude process and fugitive sources of $SO_2$ at the Smelter. As noted in our January 2000 analysis, modeling results indicate that a large fraction of the morning peaks can be ascribed to fumigation of the main stack plume. But significant additional contributions from low altitude and process sources must exist to explain the observed total $SO_2$ concentrations.

- Maximum $SO_2$ concentrations in La Oroya (Sindicato and Hotel Inca) are somewhat lower than at Huanchan. The morning fumigation peaks occur in La Oroya (as well as at Cushurupampa), indicating that high concentrations of $SO_2$ accumulate above the surface layer during the night. The fumigation begins slightly later in La Oroya than at Huanchan (within one-half to one hour later).

- When the morning heating begins and drainage flows in the river valleys reverse, some of the pollutant burden south of La Oroya in the Montaro valley is carried back over La Oroya, contributing to the slightly later maxima there.

- During the afternoon, night, and early morning, $SO_2$ concentrations are generally lower in La Oroya. However there are occasional periods of higher concentrations when winds carry low altitude smelter emissions over one of the monitors. Because the prevailing flow is less consistent than at Huanchan, average daily $SO_2$ concentrations are lower.

- At the Casaracra "background" monitor site, 10km from La Oroya, average $SO_2$ concentrations are much lower. But the existence of a morning fumigation peak and the still significant long-term average of 60 ppb (160 $\mu g/m^3$) demonstrates that La Oroya $SO_2$ impacts occur over a very large area.

- The apparent high quality of the monitor data, the consistency of concentrations at the various monitors and the fact that the $SO_2$ and meteorological data provide a reasonable description of atmospheric processes that is consistent with model results all indicate that the existing monitor sites are appropriate and adequate. There is no evidence that additional pollutant monitoring is necessary to define either population exposure or atmospheric processes.

Additional meteorological data would, however, be very helpful in better defining dispersion and transport processes and for more reliable modeling. The greatest need is for data on vertical temperature gradients and winds at heights above the ground. Such data could be best acquired by acoustic Doppler sounding equipment.

2. PM10 Impacts

Data on particulate matter (PM10) concentrations from each of the monitoring stations were also analyzed. These data proved to be much less helpful in defining regional atmospheric processes and smelter impacts. The primary reason is that

measured PM10 concentrations appear to be largely the result of very localized sources, related to various human activities rather than smelter operations.

- There is no evidence of a fumigation peak in PM10 as there is for $SO_2$. This finding in itself indicates that smelter stack emissions do not contribute markedly to ground-level PM10 concentrations.

- Local sources appear to be important. There are peaks in PM10 in early morning and evening that are probably related to home heating, cooking, and commuting. Wind erosion and general commercial activities are probably contributors during daylight hours.

- PM10 concentrations are generally quite high. This is probably a combined reflection of poor valley dispersion, many local particulate matter sources, and the smelter.

- Huanchan has the highest PM10 concentrations. This again reflects down-valley drainage from La Oroya, poor dispersion, and probably local sources (slag handling) near the monitor site. There are peaks in PM10 concentration at Huanchan around 6AM, 1PM, and 9PM. We cannot explain this variation, unless there are activities near the monitor with a daily work cycle peaking at these times.

- The PM10 data are not helpful in analysis of lead or arsenic impacts of the smelter. Since long-term (one-month) lead concentrations are on the order of 4 $\mu g/m^3$, and long-term PM10 concentrations are 80 to 130 $\mu g/m^3$, the lead contribution is less than 5 percent of total PM10, and is obscured by the other dust components.

# ANEXO VI

## COMPARISON OF HUMAN HEALTH RISKS ASSOCIATED WITH LEAD, ARSENIC, CADMIUM, AND SO2 IN LA OROYA ANTIGUA,

## (CINCUENTA Y SIETE PAGINAS)

# Comparison of Human Health Risks Associated with Lead, Arsenic, Cadmium, and $SO_2$ in La Oroya Antigua, Peru

Prepared for
Doe Run Peru, S. R. L.
Torre Real 3 Pise 9
San Isidro, Lima, Peru

Prepared by
Gradient Corporation
238 Main Street
Cambridge, MA 02142

February 9, 2004

# Table of Contents

1 Introduction .......... 1

2 Health Effects Associated with $SO_2$ Exposure .......... 2
2.1 Health Effects of Short-term (<1-hour) $SO_2$ Exposures .......... 2
2.2 Health Effects of Long-term $SO_2$ Exposures .......... 5
2.3 $SO_2$ Air Quality Standards and Health-Based Exposure Guidelines .......... 5

3 Health Effects Associated with Exposure to Metals .......... 9
3.1 Lead Health Effects .......... 9
3.1.1 Neurological Effects .......... 9
3.1.2 Effects on Pregnancy and Fetal Development .......... 10
3.1.3 Effects on Heme Synthesis .......... 10
3.1.4 Cancer Effects .......... 11
3.2 Arsenic health effects .......... 11
3.2.1 Noncancer Effects .......... 11
3.2.2 Carcinogenic Effects .......... 12
3.3 Cadmium Health Effects .......... 13
3.3.1 Noncarcinogenic Effects .......... 13
3.3.2 Carcinogenic Effects .......... 13

4 Exposure Pathways .......... 14

5 Health Assessment of $SO_2$ Levels in La Oroya Antigua .......... 15

6 Estimated Risks from Exposure to Lead .......... 18
6.1 Model Inputs .......... 18
6.2 Results .......... 19

7 Estimated Risks from Exposure to Arsenic and Cadmium .......... 21
7.1 Exposure Equations .......... 21
7.2 Exposure Assumptions .......... 22
7.3 Toxicity Factors .......... 24
7.4 Noncancer Risk .......... 24
7.5 Cancer Risk .......... 26

8 Uncertainty Assessment .......... 28

9 Summary and Conclusions .......... 30

10 References .......... 32

Appendix A Risk Tables

# 1 Introduction

This report presents a semi-quantitative comparison of the risks to human health from exposures to lead, arsenic, cadmium, and sulfur dioxide ($SO_2$) in the community of La Oroya Antigua, Peru. The La Oroya Antigua community is the closest community to the Doe Run smelter. La Oroya Antigua is located 180 km northeast of Lima, at an elevation of 3775 meters above sea level (Doe Run Peru, 2001). La Oroya Antigua has a population of approximately 12,000 people, including approximately 2,000 children under the age of 6 years. Different methods are used to evaluate potential human health risks for each of the contaminants evaluated in this report. Risks from exposure to lead are evaluated using predicted blood lead levels. Risks from exposure to arsenic and cadmium are evaluated using a dose approach that evaluates both cancer risks and noncancer hazards. Risks from inhalation of $SO_2$ are evaluated by comparison of ambient air measurements with health-based air quality standards and guidelines.

# 2 Health Effects Associated with $SO_2$ Exposure

As an air pollutant, $SO_2$ principally affects the respiratory system. Respiratory and irritant effects associated with $SO_2$ have been predominantly shown to occur for short-term exposures to peak $SO_2$ episodes (*i.e.*, acute exposures on the order of minutes to hours), although some epidemiological studies have reported statistical associations between daily and longer-term $SO_2$ exposures and lung function changes and premature mortality. Short-term $SO_2$ exposures are associated with a range of dose-dependent responses that range from simple irritation to mild and even moderate coughing, tightness in the chest, wheeze, and shortness of breath. Importantly, respiratory and irritant effects associated with short-term $SO_2$ exposures are readily reversible, and generally disappear within 24 hours. Some individuals with asthma are more sensitive to the respiratory effects of $SO_2$ – that is, they typically show responses at lower concentrations than other individuals with asthma or individuals without asthma. In addition, studies suggest that children can also be highly sensitive to $SO_2$.

This section begins with an overview of the health effect literature for $SO_2$, including health effects associated with both short-term (Section 1.1) and long-term $SO_2$ exposures (Section 1.2). Section 1.3 summarizes the levels of health-based air quality standards and exposure guidelines that have been established by governmental agencies and scientific panels. Following the review of the $SO_2$ health effects literature and $SO_2$ air quality standards and exposure guidelines, we assess the potential health impacts of $SO_2$ levels in La Oroya Antigua using ambient monitoring data from the Sindicato de Obreros monitoring station (Section 1.4).

## 2.1 Health Effects of Short-term (<1-hour) $SO_2$ Exposures

A large number of controlled exposure laboratory studies have investigated short-term $SO_2$ health effects, and these studies have shown that short-term $SO_2$ exposures are associated with a gradation of health effects that depends on both individual sensitivity and concentration. Based upon this body of studies, the U.S. Agency for Toxic Substances and Disease Registry (ATSDR) *Toxicological Profile for Sulfur Dioxide* (ATSDR, 1998) summarized the range of potential responses to $SO_2$ and the concentrations at which these responses might occur (Table 1 below). This table shows that a subset of asthmatics can have heightened sensitivity to elevated peak $SO_2$ events when compared to the general population, as a couple of studies employing mouthpiece exposures have reported very modest effects on respiratory function measurements at $SO_2$ concentrations as low as 100 ppb (Sheppard *et al.*, 1981; Trenga *et al.*, 2001). Importantly, however, the effects observed in these two studies were only detectable

with sensitive instruments capable of measuring very small changes in lung function, and were not accompanied by noticeable symptoms. Furthermore, the reported changes in respiratory function measurements were very minimal despite the fact that responses may have been exaggerated through the delivery of $SO_2$ exposures *via* a mouthpiece (Schacter *et al.*, 1984)

**Table 1**
**ATSDR Summary of the Health Effects of Sulfur Dioxide (ATSDR, 1998)**

| Concentration (ppm)* | Effect |
|---|---|
| ≥0.1 | Bronchoconstriction in sensitive exercising asthmatics |
| 0.3-1 | Possibly detected by taste or smell |
| 1-2 | Lung function changes in healthy nonasthmatic individuals |
| 2 | ACGIH recommended 8-hour time-weighted average threshold limit value (TLV-TWA) |
| 3 | Easily detected odor |
| 5 | NIOSH recommended U.S. Government 15-minute short-term exposure limit (STEL) |
| 6-12 | May cause nasal and throat irritation |
| 10 | Upper respiratory irritation, some nosebleeds |
| 20 | Definitely irritating to eyes; chronic respiratory symptoms develop at this level; respiratory protection is necessary |
| 50-100 | Maximum tolerable exposures for 30-60 minutes |
| ≥100 | NIOSH recommended immediate danger to life |

** To convert to mg/m$^3$ for temperature and pressure conditions appropriate for La Oroya, multiply by a factor of 1.76.*

Most studies involving chamber inhalation exposures *via* normal oronasal breathing have not shown lung function decrements until concentrations are at least 200 ppb, even in individuals with asthma (Linn *et al.*, 1983, 1987; Roger *et al.*, 1985). Experimental data indicate that there may be a small subset of individuals with asthma who are particularly sensitive to the respiratory effects of $SO_2$ at concentrations as low as 250 ppb (Horstman *et al.*, 1986; Schacter *et al.*, 1984). For these sensitive asthmatics who may respond to $SO_2$ concentrations as low as 250 ppb, the observed respiratory effects are minimal, are of uncertain clinical significance, and are generally not accompanied by any noticeable symptoms. Importantly, the effects observed are all readily reversible, and would not result in any persistent adverse health effects. The overall body of controlled exposure chamber studies indicates that $SO_2$ exposure in asthmatics does not generally result in noticeable symptoms or measurable decrements in pulmonary function until $SO_2$ concentrations reach 400 ppb or higher, as demonstrated in chamber studies involving normal oronasal exposure (Horstman *et al.*, 1986; Linn *et al.*, 1983; Schacter *et al.*, 1984).



RENCOGRP-002594

As shown in Table 1, healthy individuals may be exposed to concentrations as high as 1,000 ppb without experiencing measurable or noticeable health effects. Frank *et al.* (1962) exposed 11 healthy adult males to $SO_2$ (*via* mouthpiece) at concentrations of 1,000, 5,000 or 13,000 ppb for periods of 10-30 minutes. At 1,000 ppb there was no significant increase in pulmonary flow resistance for 10 of the 11 subjects and none of the subjects reported any noticeable symptoms of irritation. The presence of $SO_2$ was occasionally discernible by taste at 1,000 ppb. On the other hand, pulmonary flow resistance was significantly increased at 5,000 and 13,000 ppb. This change occurred within 1 minute of exposure, and increased in magnitude for up to 5 minutes, and then leveled off, suggesting the effect beyond this point was not cumulative with increasing exposure duration. Irritant symptoms, such as cough, sense of irritation in the throat and upper chest, and increased salivation, were noticeable at concentrations greater than 4,000 to 5,000 ppb.

Published since the 1998 ATSDR *Toxicological Profile for Sulfur Dioxide*, a fairly recent epidemiology study by Donoghue and Thomas (1999) may be particularly relevant for considering potential health effects due to periodic short-term elevations of $SO_2$ levels associated with smelter operations. This study was conducted during a 3-year period (between July 1993 and June 1996) in Mount Isa, which is a remote city in northwest Queensland, Australia (population = ~25,000), where $SO_2$ was released into the atmosphere from both a copper smelter and a lead smelter. The smelter operations resulted in brief intermittent elevations of the ambient $SO_2$ concentration. Continuous $SO_2$ data were collected from 10 monitors located on two concentric rings within the city. Although mean annual $SO_2$ concentrations were less than 20 $\mu g/m^3$ (8 ppb), the daily maximum $SO_2$ concentration for any 5-minute monitoring period exceeded 800 $\mu g/m^3$ (305 ppb) approximately 50% of the time, 2,145 $\mu g/m^3$ (819 ppb) approximately 40% of the time, and 5,434 (2,074 ppb) approximately 16% of the time, and is occasionally as high as 8,700 $\mu g/m^3$ (3,321 ppb). The concentrations of 800, 2,145, and 5,434 $\mu g/m^3$ correspond to the minimum, median and maximum concentrations observed in experimental studies (*e.g.*, Horstman *et al.*, 1986) that result in a 2-fold increase in airway resistance for individuals with asthma, during moderate exercise. The number of individuals presenting at the emergency room with symptoms of asthma, wheeze, or shortness of breath, as well as hospital admissions for these symptoms, was determined for each day of the study from attendance records at the local hospital. The investigators found that there was, unexpectedly, a strong negative correlation between presentation with asthma symptoms and $SO_2$ concentration, that is, asthma symptoms decreased for increased $SO_2$ concentrations. This negative correlation was found to be largely a result of a seasonal effect, and this study thus suggests that seasonal effects are considerably more important than $SO_2$ concentration as a causative factor for asthma hospital admissions.

## 2.2 Health Effects of Long-term $SO_2$ Exposures

Some air pollution epidemiology studies have reported statistical associations between daily and long-term $SO_2$ exposure and premature mortality, and in particular cardiopulmonary mortality and lung cancer mortality (*i.e.*, Pope *et al.*, 2002; Katsouyanni *et al.*, 1997). In addition, some epidemiological studies have also reported associations between long-term $SO_2$ exposure and lung function changes (*i.e.*, Abbey *et al.*, 1998). However, there are considerable limitations and uncertainties associated with epidemiological studies that significantly limit the level of confidence that can be placed in their findings. In particular, for most if not all air pollution epidemiological studies, $SO_2$ levels are frequently correlated with levels of other common ambient air pollutants including particulate matter (PM), nitrogen oxides ($NO_x$), carbon monoxide (CO), and ozone ($O_3$). Thus, it is not possible for these epidemiological studies to definitively determine which pollutant or pollutants are associated with the observed health effects.[1] Furthermore, although epidemiological study designs continue to evolve and become more robust, confounding and bias remain as viable alternative explanations for the reported associations between ambient air pollution exposures and health effects. It is important to emphasize that epidemiological studies cannot prove causation, and due to the lack of an accepted biological mechanism for $SO_2$-induced mortality, there remains large uncertainty regarding the interpretation of air pollution epidemiological studies.

## 2.3 $SO_2$ Air Quality Standards and Health-Based Exposure Guidelines

Following two years of study, Peru adopted Ambient Air Quality Standards for $SO_2$ in 2001 (Supreme Decree 074-2001-PCM in CONAM, 2001). The Peruvian Ambient Air Quality Standards for $SO_2$ include a 24-hour average standard of 365 $\mu g/m^3$ and an annual average standard of 80 $\mu g/m^3$. For ambient temperature conditions and an altitude representative of La Oroya, the 24-hour average standard is approximately equal to 200 ppb, while the annual average standard is approximately equal to 45 ppb. Notably, La Oroya was specified as one of 13 zones within Peru given priority attention for implementation of the air quality standards. A number of international governmental agencies and scientific panels have also evaluated and analyzed the vast body of relevant scientific and medical literature to develop health-based protective standards and exposure guidelines for $SO_2$; a summary of several health-based regulatory standards and exposure guidelines for $SO_2$ is provided in Table 2.

[1] Current evidence suggests that the health effect associations reported in these epidemiological studies are more likely to be related to PM exposures than exposures to ambient gases such as $SO_2$ (USEPA, 2003).

Because they have been developed to provide global coverage and applicability, the World Health Organization (WHO) guidelines values for $SO_2$ are of particular relevance to Peru. The WHO has established $SO_2$ guidelines of 500, 150, and 50 $\mu g/m^3$ for 10-minute average, 24-hour average, and annual average $SO_2$ levels. Using a conversion factor of 1.76 $\mu g/m^3/ppb$ that corresponds to an average air temperature of 14 degrees Celsius and an altitude of 3,700 meters, these guidelines are approximately equivalent to 280, 70, and 28 ppb for 10-minute, 24-hour, and annual average $SO_2$ levels. These WHO guideline values were developed based on an interpretation of the health effects literature and the nature of the exposure-response relationship, and are intended to be protective of both the general population and sensitive subpopulations such as asthmatics. The guideline values are intended to serve as background information and guidance to governments in setting standards, but WHO (1999) notes that appropriate regulatory standards may be above or below guideline values depending on the consideration of other factors in addition to the science (*e.g.*, current concentrations of pollutants, exposure levels of a population, the specific mixture of air pollutants, and social, economic, and cultural conditions).

The U.S. Environmental Protection Agency (USEPA) has also studied the potential health impacts of inhaled $SO_2$ for several decades, as $SO_2$ is one of six criteria pollutants for which the Clean Air Act directs USEPA to develop National Ambient Air Quality Standards (NAAQS) that "*accurately reflect the latest scientific knowledge useful in indicating the kind and extent of all identifiable effects on public health or welfare which may be expected from the presence of [a] pollutant in the ambient air*" (USEPA, 1994a, 1994b). USEPA is required to establish both primary and secondary NAAQS for the criteria pollutants. Primary standards must be set at the level that "*in the judgment of the Administrator, based on the criteria and allowing an adequate margin of safety, [is] requisite to protect the public health.*" (42 U.S.C. 7409 as cited in USEPA, 1994a). The "margin of safety" requirement is intended to address uncertainties in the available scientific and technical information, and to provide a reasonable degree of protection against harms that may be identified in the future (USEPA, 1994a). The legislative history for the Clean Air Act specifically identifies asthmatics as a sensitive subpopulation that is to be protected by primary standards (as cited in USEPA, 1994a). Secondary standards, which are not human health-based, are developed to protect public welfare and the environment including effects to crops and vegetation, wildlife, manmade materials, and visibility.

The current NAAQS for $SO_2$ were established in 1971 and last reviewed in 1996. The primary standards are 140 ppb for a 24-hour averaging period and 30 ppb on an annual average basis, while the secondary standard is 500 ppb for a 3-hour averaging period. Acute exposure health effects of asthmatics

were a particular focus of the latest $SO_2$ NAAQS review in 1996 where USEPA concluded that "the current health-based standard, in conjunction with the existing 3-hour welfare-based standard, provides substantial protection for most asthmatics against acute, short-term peak exposures to $SO_2$" (USEPA, 1996b). However, USEPA did propose a state-managed Intervention Level Program (ILP) to address health risks posed by short-term peak $SO_2$ levels, with recommended regulatory levels that include a 5-minute concern level of 600 ppb and a 5-minute endangerment level of 2,000 ppb (USEPA, 1996a). These ILP levels were specifically designed to be protective of a segment of the population of those asthmatics who may be at increased health risk when exposed to short-term increases in $SO_2$ levels while engaged in mild physical activity outdoors. Although USEPA has provided updates on the status of ILP activities and has solicited information and comments regarding the proposal in the last few years, final action has not yet been taken on the program (USEPA, 2001a).

**Table 2**
**$SO_2$ Health-Protective Standards and Exposure Guidelines**

| Name of Standard | Value in ppb | Exposure Conditions | Reference |
|---|---|---|---|
| *Government of Peru* | | | |
| Ambient Air Quality Standards[1] | 200<br>45 | 24-hour average<br>annual average | Supreme Decree 074-2001-PCM in CONAM, 2001 |
| *World Health Organization (WHO)* | | | |
| Guideline Values[1] | 280<br>70<br>28 | 10-minute average<br>24-hour average<br>annual average | WHO, 1999 |
| *U.S. Environmental Protection Agency* | | | |
| Primary National Ambient Air Quality Standards (NAAQS) | 140<br>30 | 24-hour average<br>annual average | USEPA, 1996b |
| Secondary National Ambient Air Quality Standards (NAAQS) | 500 | 3-hour average | USEPA, 1996b |
| Proposed Intervention Level Program (ILP) | 600<br>2,000 | 5-minute concern level<br>5-minute endangerment level | USEPA, 2001a<br>USEPA, 2001a |
| *National Institute for Occupational Safety and Health (NIOSH)/Occupational Safety and Health Administration (OSHA)* | | | |
| OSHA Permissible Exposure Limit (PEL)/NIOSH Recommended Exposure Limit (REL) | 2,000 | 8-hour time-weighted average (TWA) | NIOSH, 2001 |
| NIOSH Short-term Exposure Limit (STEL) | 5,000 | 15-minute TWA | NIOSH, 2001 |
| *American Conference of Governmental Industrial Hygienists (ACGIH)* | | | |
| Threshold Limit Values (TLVs) | 2,000 | 8-hour time-weighted average (TWA) | ACGIH, 2001 |
| | 5,000 | 15-minute short-term exposure limit (STEL) | ACGIH, 2001 |
| *American Industrial Hygiene Association (AIHA)* | | | |
| Emergency Response Planning Guidelines (ERPGs) | 300<br>3,000 | 1-hour ERPG-1 (adverse)<br>1-hour ERPG-2 (severe) | AIHA, 1999<br>AIHA, 1999 |

[1] *Converted from µg/m³ using a conversion factor of 1.76 µg/m³/ppb that is based on an air temperature of 14 degrees Celsius and an altitude of 3,700 meters.*

# 3 Health Effects Associated with Exposure to Metals

## 3.1 Lead Health Effects

Excess exposure to lead can result in a wide variety of adverse effects in humans. The effects of lead are the same whether it enters the body *via* ingestion or inhalation. The main target for lead toxicity is the nervous system, both in adults and in children. Exposure to lead can result in cognitive and neurobehavioral impacts, including the impairment of intellectual performance. Long-term occupational exposure of adults to lead has resulted in decreased performance in some tests that measure functions of the nervous system. Lead exposure may also cause weakness in fingers, wrists, or ankles. In adults, moderate lead exposure may marginally elevate blood pressure. Lead exposure may also cause anemia, a low number of blood cells. At high levels of exposure, lead can severely damage the brain and kidneys in adults or children. In pregnant women, high levels of exposure to lead may cause miscarriage. High-level exposure in men can damage the organs responsible for sperm production (ATSDR, 1999a).

Children are more susceptible to the health effects of lead than are adults for several reasons. First, children have greater hand-to-mouth behavior than do adults, thus young children ingest more soil and dust than adults. Second, young children typically have higher lead absorption rates than adults. Finally, children are more sensitive to the toxic effects of lead because of their developing nervous system. Lead can also affect the fetus of a pregnant mother. Blood lead levels are considered the most reliable indicator of lead exposure and potential health effects (USEPA, 1994c; USEPA, 2001b). Blood lead levels are measured in units of micrograms of lead per deciliter of blood (µg/dL). This review focuses on the effects expected at blood lead levels above 30 µg/dL, consistent with current blood lead levels in the most exposed population in La Oroya Antigua. The following sections summarize the most characteristic and significant adverse effects of lead on children.

### 3.1.1 Neurological Effects

The effect of lead that is usually considered to be of greatest concern in children is impairment of the nervous system. Many studies have shown that humans are most sensitive to the effects of lead during the time of nervous system development, and because of this, the fetus, infants and young children (0-6 years of age) are particularly vulnerable. Common measurement endpoints include various types of tests of intelligence, attention span, and hand-eye coordination. Most studies observe effects in such tests

at blood lead levels of 20-30 µg/dL. There is disagreement in the literature on whether or not the effects of lead are reversible.

### 3.1.2 Effects on Pregnancy and Fetal Development

Some epidemiologic studies in humans have detected an association between elevated maternal blood lead levels (in the range of 15 to 20 µg/dL) and endpoints such as decreased fetal size or weight, shortened gestation period, decreased birth weight, congenital abnormalities, miscarriage and stillbirth (USEPA, 1986; ATSDR, 1999a). However, these effects are not detected consistently in different studies, and some researchers have detected no significant association between blood lead levels and signs of fetotoxicity. Some studies provide suggestive evidence that blood lead levels in the range of 10-15 µg/dL may cause small increases in the risk of undesirable prenatal as well as postnatal effects, but the evidence is not definitive. Moreover, effects may be reversible in the presence of reduced post-natal blood lead levels (Gardella, 2001). Studies in males indicate that effects on sperm may start to appear at blood lead levels around 40 µg/dL.

### 3.1.3 Effects on Heme Synthesis

Heme is a constituent of hemoglobin, which is the oxygen-carrying component of red blood cells. A characteristic effect of chronic high lead exposure is anemia stemming from lead-induced inhibition of heme synthesis and a decrease in red blood cell life span. Lead inhibits the activity of ALAD, a key enzyme involved in heme synthesis (ATSDR, 1999a). The change in enzyme activity results in increased levels of erythrocyte protoporphyrin (EP); free erythrocyte protoporphyrin (FEP); and zinc protoporphyrin (ZPP) (ATSDR, 1999a). Although decreases in ALAD activity can be detected at blood lead levels below 10 µg/dL, the clinically significant effects due to impaired heme synthesis (*i.e.*, anemia) occur at significantly elevated blood lead levels (ATSDR, 1999a). The threshold PbB level for a decrease in hemoglobin in occupationally exposed adults is estimated by EPA to be 50 µg/dL (ATSDR, 1999a). The PbB threshold for decreased hemoglobin levels in children is judged to be approximately 40 µg/dL (ATSDR, 1999a). One study found that at blood lead levels of 25 µg/dL, there is a dose-related depression of hematocrit in young children (Schwartz *et al.* 1990; cited in ATSDR, 1999a). Heme synthesis is inhibited not only in red blood cells but in other tissues. Several key enzymes that contain heme, including those needed to form vitamin D, also show decreased activity following lead exposure (USEPA, 1986). The CDC (1991) reviewed studies on the synthesis of an active metabolite of vitamin D and found that impairment was detectable at blood lead levels of 10-15 µg/dL.

### 3.1.4 Cancer Effects

Studies in animals indicate that chronic oral exposure to very high doses of lead salts may cause an increased frequency of tumors of the kidney (ACGIH, 1995). However, there is only limited evidence suggesting that lead may be carcinogenic in humans, and the noncarcinogenic effects on the nervous system are usually considered to be the most important and sensitive endpoints of lead toxicity (USEPA, 1988). ACGIH (1995) states that there is insufficient evidence to classify lead as a human carcinogen. USEPA classifies lead as a probable human carcinogen (Category B2), based on evidence of renal tumors in animals, and inadequate evidence in humans based on four epidemiologic studies of occupational cohorts exposed to lead and lead compounds (USEPA, IRIS, 2002).

## 3.2 Arsenic health effects

Excess exposure to arsenic is known to cause a variety of adverse health effects in humans. These effects depend on exposure level (dose) and also on exposure duration. The following sections discuss the most characteristic of these effects.

### 3.2.1 Noncancer Effects

Oral exposure to high doses of arsenic produces marked acute irritation of the gastrointestinal tract, leading to nausea and vomiting. Symptoms of chronic ingestion of lower levels of arsenic often begin with a vague weakness and nausea. As exposure continues, symptoms become more characteristic and include diarrhea, vomiting, decreased blood cell formation, injury to blood vessels, damage to kidney and liver, and impaired nerve function that leads to "pins and needles" sensations in the hands and feet. The most characteristic sign of chronic arsenic exposure is an unusual pattern of skin abnormalities, including dark and light spots and a pattern of small "corns" or "warts", especially on the palms and soles (ATSDR, 2000).

The long-term (chronic) average daily intake of arsenic that produces these effects varies from person to person. In a large epidemiological study, Tseng *et al.* (1968) reported skin and vascular lesions in humans exposed to $1.4\times10^{-2}$ mg/kg/day or more arsenic through drinking water in Taiwan. These effects were not observed in a control population ingesting $8.0\times10^{-4}$ mg/kg/day. Based on this, the USEPA calculated a chronic oral reference dose (RfD) of $3.0\times10^{-4}$ mg/kg/day (USEPA, 2002). This is a

dose which is believed to be without significant risk of causing adverse noncancer effects in even the most susceptible humans following chronic exposure.

### 3.2.2 Carcinogenic Effects

A number of epidemiological studies in humans indicate that chronic inhalation exposure to arsenic is associated with increased risk of lung cancer (USEPA, 1984; ATSDR, 2000). In addition, there is strong evidence from a number of human studies that oral exposure to arsenic increases the risk of skin cancer (USEPA, 1984; ATSDR, 2000). The most common type of skin cancer is squamous cell carcinoma, which appears to develop from some skin corns. In addition, basal cell carcinoma may also occur, typically arising from cells not associated with the corns. Although these cancers may be easily removed, they can be painful and disfiguring and can be fatal if left untreated. Although the evidence is limited, there are some reports that indicate that chronic oral arsenic exposure may also increase risk of internal cancers, including cancer of the liver, bladder and lung, and that inhalation exposure may also increase risk of gastrointestinal, renal or bladder cancers (ATSDR, 2000). Based on these data, USEPA has concluded that arsenic is carcinogenic to humans (cancer weight of evidence Category A).

The amount of arsenic ingestion that leads to skin cancer is controversial. Based on a study of skin cancer incidence in Taiwanese residents exposed mostly to As(+3) in drinking water (Tseng *et al.*, 1968; USEPA, 1984), the USEPA has calculated a unit risk of $5\times10^{-5}$ $(\mu g/L)^{-1}$ corresponding to an oral slope factor of 1.5 $(mg/kg/day)^{-1}$ (USEPA, 2002). This study has been criticized on several grounds, including uncertainty about exposure levels, possible effects of poor nutrition in the exposed population, potential exposure to other substances besides arsenic, and potential bias in the examiners. Consequently, some quantitative uncertainty exists in the cancer potency factor derived from the Tseng data. Nevertheless, these criticisms do not challenge the fundamental conclusion that arsenic ingestion is associated with increased risk of skin cancer, and the Tseng study is considered to be the best study currently available for quantitative estimation of skin cancer risk.

There are good data to show that arsenic is metabolized by methylation in the body, and some researchers have suggested that this could lead to a threshold dose below which cancer will not occur. Although there are data which are consistent with this view, the USEPA has reviewed the available information (USEPA, 1988) and has concluded that the data are insufficient at present to establish that there is a threshold for arsenic-induced cancer.

## 3.3 Cadmium Health Effects

### 3.3.1 Noncarcinogenic Effects

The kidney is the primary target for both ingested and inhaled cadmium. The renal sensitivity to cadmium stems from its ability to accumulate high concentrations in the renal cortex, impairing renal function. The chief sign of renal impairment by cadmium is proteinuria, (a condition in which urine contains an abnormal amount of protein), but severe cases can produce electrolyte imbalance and demineralization of the bone (ATSDR, 1999b). A critical concentration of 200 µg cadmium/wet weight renal cortex is associated with significant proteinuria (ATSDR, 1999b). Cadmium has been reported to be lethal to humans in acute oral doses of 20 to 130 mg/kg body weight. Cadmium doses as low as 0.04 mg/kg can produce gastrointestinal distress in humans. In mice and rats, subchronic and chronic oral administration of cadmium at doses typically ranging from 0.1 to 5 mg/kg/day have resulted in a variety of effects including a suppression of the immune system, increased mortality, decreased reproduction, developmental effects, bone mineral changes, hypertension and damage to the kidney and heart (ATSDR, 1999b).

### 3.3.2 Carcinogenic Effects

Epidemiological studies in cadmium-exposed workers have shown limited evidence for an excess risk of lung cancer. Based on these data, the USEPA has classified cadmium as a probable human carcinogen *via* inhalation exposure (cancer weight of evidence category B1). Some epidemiological studies have found evidence of excess prostate cancer, while others have not (ATSDR, 1999b). The National Institute of Occupational and Safety and Health considers cadmium a potential occupational carcinogen based on lung and prostate cancer (NIOSH, 2000), and the Occupational Safety and Health Administration regulates cadmium as a carcinogen associated with increased risk of lung and prostate cancer (29 CFR, Part 1910.1000 and Part 1910.1027, July 1, 1999). Mortality studies in humans and carcinogenicity studies in animals have not detected any increased cancer incidences following oral exposure to cadmium (ATSDR, 1999b; USEPA, 1985). Based on this, the USEPA has not listed cadmium as an oral carcinogen (USEPA, 1998).

# 4 Exposure Pathways

The exposure pathways evaluated in this risk assessment include incidental ingestion of soil and dust, and inhalation of ambient air.

Although few humans intentionally ingest soil, a number of studies show that most people do ingest small amounts of soil and/or dust derived from the soil. Young children are especially likely to ingest soil and dust, mainly through hand-to-mouth activities, including mouthing of objects such as toys or a pacifier that have soil or dust on them. Adults are also believed to ingest soil and dust through hand-to-mouth contact, both at home and in the workplace. We believe that this may be a significant exposure pathway for this community, due to the fact that many of the houses in La Oroya Antigua are constructed of soil and have earthen floors and walls, and due to the limited availability of running water. Therefore, incidental ingestion of soil and dust is evaluated in this risk assessment.

The air monitoring data from the monitoring station at Sindicato de Obreros indicate that significant levels of $SO_2$, arsenic, cadmium, and lead are present in the ambient air for this community. Therefore inhalation of ambient air is evaluated in this risk assessment.

Humans can be exposed to contaminated soil by getting it on their skin while working or playing outdoors, and may also have dermal contact with dust while indoors. It is generally considered that metals in soil do not rapidly cross the skin, and that the dermal pathway contributes much less to risk than the ingestion pathway. For example, USEPA's guidance on dermal risk assessment cites small dermal absorption fraction values for arsenic (0.03) and cadmium (0.001) (USEPA, 2001c). On this basis, dermal contact with metals in soil was not evaluated in this risk assessment.

# 5 Health Assessment of $SO_2$ Levels in La Oroya Antigua

Potential health effects associated with exposures to ambient $SO_2$ in La Oroya Antigua were addressed through comparison of ambient measurement data for the year 2003 with health-based air quality standards and guidelines. Ambient data from the Sindicato de Obreros monitoring station were used since this monitor is located within the urban La Oroya center closest to the smelter stacks. Data reported in $\mu g/m^3$ from this monitor were converted to ppb using a conversion factor of 1.76 $\mu g/m^3$/ppb that is based on average ambient temperature and altitude conditions representative of La Oroya (*i.e.*, a temperature of 14 degrees Celsius and an altitude of 3,700 meters).

La Oroya Antigua has a population of approximately 12,000 people, including approximately 2,000 children under the age of 6 years (Jose Mogrovejo, personal communication). It is believed that there is only a small number of asthmatics in La Oroyo Antigua due to the high altitude and climate that present their own challenges to the health and well-being of sensitive asthmatics. However, the large number of small children in La Oroya Antigua indicates the likely presence of individuals who may be highly sensitive to $SO_2$ exposures.[2]

Figures 1 through 5 show that short-term $SO_2$ concentrations measured at the Sindicato de Obreros monitoring station frequently exceeded health-based air quality standards and guidelines values in 2003, indicating a potential risk of adverse respiratory and irritant health effects in the exposed population. In particular, Figure 1 shows that the daily maximum 1-hour average $SO_2$ levels recorded at this monitoring station regularly exceeded both the WHO 10-minute guideline value of 280 ppb and the effect level of 1,000 ppb that ATSDR identified as the lower range for potential health effects in healthy nonasthmatic individuals.[3] Specifically, there were 311 days during the year where the daily maximum 1-

---

[2] Although a large number of laboratory studies have investigated the susceptibility of asthmatics to $SO_2$ exposures, relatively few controlled exposure studies have been conducted to characterize the susceptibility of other subpopulations such as small children. Studies indicate that children are more susceptible to outdoor air pollution than normal, healthy adults for a variety of reasons, including physiologic differences (*i.e.*, reduced lung volumes, higher ventilation rates) as well as higher exposures that are due to increased time spent outdoors engaged in physical activities (Koenig and Mar, 2000). In particular, epidemiological air pollution studies suggest that small children are at greater risk from air pollutant exposures than the general population, although it is difficult to determine from these studies whether $SO_2$ is the air pollutant responsible for the observed effects (Koenig and Mar, 2000).

[3] Monitoring data were only available for 1-hour averaging periods and not for shorter (*e.g.*, 10-minutes) periods. Because 10-minute concentrations were likely higher than 1-hour averages, the comparison of 1-hour average concentrations with guideline values appropriate for very brief exposures (*e.g.*, 10-minutes) underestimates the risk of potential health impacts. On days where the daily maximum 1-hour $SO_2$ level did not exceed the WHO or ATSDR guideline values, it is possible that the daily maximum 10-minute $SO_2$ level did exceed the guideline, indicating an increased risk of $SO_2$-induced health impacts during portions of these days. In addition, the levels of exceedance of the guideline values would be greater for 10-minute average $SO_2$ levels than they are for 1-hour average $SO_2$ levels.

hour $SO_2$ level exceeded the WHO 10-minute guideline value, while the ATSDR effect level of 1,000 ppb was exceeded by the daily maximum 1-hour $SO_2$ level on 247 days.

Figures 2 and 3 show that there were typically exceedances of the WHO 10-minute guideline value and the ATSDR effect levels for healthy nonasthmatic individuals during several hours of each day (and as discussed in Footnote 9, most likely during an even greater fraction of 10-minute periods). Specifically, there were 1,468 hours during 2003 (or approximately 17% of all hours in 2003) when the 10-minute WHO standard was exceeded, while approximately half of these hours also exceeded the ATSDR effect level of 1,000 ppb. Figure 4 shows that these exceedances most frequently occurred in the mid-morning to afternoon hours when people are the most physically active and thus most susceptible to air pollution health effects. Finally, Figure 5 shows that $SO_2$ concentrations were also elevated on a 24-hour basis for many days of the year, with exceedances of the 24-hour average Peruvian Niveles Maximos Permisibles of 200 ppb on 195 days of the year and the 24-hour WHO guideline value on 292 days of the year.[4]

In summary, Figures 1 though 5 indicate the potential for respiratory and irritant effects resulting from short-term peak $SO_2$ episodes in La Oroya Antigua, especially among sensitive subpopulations such as asthmatics and children. Furthermore, given the co-occurrence of high particulate emissions from the smelter and the resulting combined exposures to multiple air pollutants, there could be a greater risk of adverse health effects from $SO_2$ exposures since $SO_2$-induced respiratory effects could be exacerbated by the elevated PM exposures.

In addition, Table 3 shows that long-term average $SO_2$ concentrations also exceed health-based air quality standards and guideline values, indicating that chronic $SO_2$ exposures may also present increased health risks, possibly for premature mortality and lung function decrements. In particular, annual average $SO_2$ levels ranged from 112 to 308 ppb between 1996 and 2003, which exceed the Peruvian annual average Ambient Air Quality Standard of 45 ppb by a range of 2.5 to 6.8, WHO annual average guideline value of 28 ppb by a range of 4 to 11, and the USEPA annual average NAAQS of 30 ppb by a range of 3.7 to 10.3. In conclusion, this assessment indicates that $SO_2$ air quality impacts from the smelter may potentially be of significant public health concern to nearby communities.

[4] Because the Sindicato de Obreros $SO_2$ monitor had a cut-off of approximately 6,000 $\mu g/m^3$ or 3,400 ppb, it is possible that there were actually a larger number of days that exceeded the 24-hour air quality standards and guidelines since recorded 1-hour average $SO_2$ concentrations at the cutoff value could have actually been much higher. According to Jose Mogrovejo of Doe Run Peru, $SO_2$ measurements as high as 15,000 $\mu g/m^3$ (approximately 8,500 ppb) have been recorded on occasion (personal communication).

**Table 3**
**Annual Average $SO_2$ Levels:**
**La Oroya, Sindicato de Obreros**

| Year | $SO_2$ Annual Average | |
|---|---|---|
| | $\mu g/m^3$ | ppb* |
| 1996 | 258.8 | 147 |
| 1997 | 196.7 | 112 |
| 1998 | 209.4 | 119 |
| 1999 | 541.4 | 308 |
| 2000 | 443.4 | 252 |
| 2001 | 508.1 | 289 |
| 2002 | 483.7 | 275 |
| 2003 | 406.1 | 231 |

** Converted from the reported conc. in $\mu g/m^3$ by dividing by 1.76.*

# 6 Estimated Risks from Exposure to Lead

Children's blood lead levels (for ages 0 to 7 years) were assessed using the Integrated Exposure and Uptake Biokinetic (IEUBK) Model (USEPA, 1994c). The IEUBK Model is a computer-based deterministic simulation that estimates the blood lead concentration in children resulting from their exposure to lead in soil, dust, drinking water, diet, and air. Specifically, the model estimates the intake and uptake of lead into the body and then uses biokinetic modeling to predict blood lead levels. Because of variations in behavior and physiology among individual children, different children will have different blood lead levels, even if they are exposed to the same environment. The IEUBK Model addresses this by treating its central estimate of blood lead concentration (averaged over childhood from age 0 to 7 years) as a geometric mean (GM) of a lognormal distribution among similarly exposed children. The model uses a default geometric standard deviation (GSD) of 1.6 to calculate the proportion of children in the population that are predicted to have a blood lead level above 10 µg/dL.

## 6.1 Model Inputs

The input values used in the IEUBK model are presented in Table 4. The model default values were used for all but three parameters:

- the ratio of the indoor air concentration to the outdoor air concentration;
- the daily intake of lead in the diet; and
- the total daily intake of soil and dust.

For the ratio of the indoor air concentration to the outdoor air concentration, we used a value of 1, because we assumed that for the houses in La Oroya Antigua, the indoor air concentration would be essentially the same as the outdoor air concentration.

In La Oroya Antigua, we expect that the daily intake of lead in the diet will be higher than the model default calculated for a U.S. population. We further assumed that the dietary lead intake in La Oroya Antigua would be similar to that in Lima, Peru. In order to estimate dietary lead intake in Lima, we used the IEUBK model, together with Lima inputs for soil, water, and air concentrations from a blood lead study done in Lima (EHP, 1999). We then adjusted the dietary lead intake in the model until we matched the geometric mean blood lead reported in the Lima study (7.1 µg/dL) (EHP, 1999). The

resulting dietary lead intake values ranged from 15.5 to 23.4 µg/day, and were between the U.S. diet values for 1984 and 1985.

In La Oroya Antigua, we expect that the total daily intake of soil and dust will be higher than the model default used for a U.S. population. This is due to the fact that many of the houses in La Oroya Antigua are constructed of soil and have earthen floors and walls. In order to estimate the daily soil/dust ingestion rate, we ran the IEUBK model with the Lima dietary inputs, and adjusted the soil ingestion rate so that the resulting blood lead levels matched those reported for children in La Oroya Antigua (Doe Run Peru, 2001). The mean blood lead levels were 35.0 µg/dL for 0-3 year olds and 32.7 µg/dL for 4-6 year olds. The resulting soil/dust ingestion rates ranged from 170 to 260 mg/day, with a mean value of 236 mg/day. These site-specific values range from 1.9 to 2.6 times the model default values for soil ingestion.

Soil lead concentrations used in the model were obtained from sampling Station No. 3, at Colina Calle Iquitos Inicio. Air lead concentrations were the 2003 annual average at the monitoring station at Sindicato de Obreros. These locations were selected because they were the closest to La Oroya Antigua. Soil and air concentrations used in the risk assessment are presented in Table 5.

## 6.2 Results

The results of the IEUBK modeling are presented in Table 6. These results indicate that with a geometric mean (GM) of 34.1 µg/dL, and the default GSD of 1.6, we would predict the 95th percentile blood lead level in this community to be 73.8 µg/dL. Using these values, it is also predicted that 99.5% of the children in this community would have a blood lead level greater than 10 µg/dL. USEPA's guidance is that a child should have no more than a 5% probability of having a blood lead greater than 10 µg/dL. The predicted 95th percentile blood lead level is more than seven times higher than USEPA's guidance value.

**Table 4**
**Input Parameters Used in IEUBK Model**

| Medium | Parameter | Age (years) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 0-1 | 1-2 | 2-3 | 3-4 | 4-5 | 5-6 | 6-7 |
| Air | Concentration (µg/m$^3$) | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | Breathing Rate (m$^3$/hr) | 2 | 3 | 5 | 5 | 5 | 7 | 7 |
| | Time outside (hr/day) | 1 | 2 | 3 | 4 | 4 | 4 | 4 |
| | $C_{in}/C_{out}$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Lung Absorption Fraction | 0.32 | 0.32 | 0.32 | 0.32 | 0.32 | 0.32 | 0.32 |
| Diet | Daily intake (µg/day) | 15.5 | 17.9 | 20.8 | 20.4 | 20.1 | 21.2 | 23.4 |
| | Absorption Fraction | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| Drinking Water | Concentration (µg/L) | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| | Ingestion Rate (L/day) | 0.20 | 0.50 | 0.52 | 0.53 | 0.55 | 0.58 | 0.59 |
| | Absorption Fraction | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| Soil/Dust | Total daily intake (mg/day) | 170 | 260 | 260 | 260 | 250 | 230 | 220 |
| | Fraction soil | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 |
| | Absorption Fraction | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| All | GSD | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 |

**Table 5**
**Media Concentrations**

| Analyte | Soil (mg/kg) Colina Calle Iquitos Inicio | Air (µg/m$^3$) Sindicato de Obreros |
|---|---|---|
| Arsenic | 1000 | 2.629 |
| Cadmium | 100 | 0.086 |
| Lead | 2900 | 2.521 |

**Table 6**
**IEUBK Model Results**

| Age (years) | Predicted Blood Lead Level (µg/dL) |
|---|---|
| .5-1 | 32.8 |
| 1-2 | 36.7 |
| 2-3 | 35.5 |
| 3-4 | 35.2 |
| 4-5 | 34.6 |
| 5-6 | 32.9 |
| 6-7 | 30.7 |
| GM | 34.1 |
| 95th Percentile | 73.8 |
| Percent >10 µg/dL | 99.5% |

# 7 Estimated Risks from Exposure to Arsenic and Cadmium

The cancer and noncancer risks associated with exposure to arsenic and cadmium were calculated for an adult and child resident, who are exposed *via* incidental ingestion of soil/dust and inhalation of air.

A risk characterization is conducted in two steps. In the first step, we quantify an individual's exposure to the contaminants of concern. Exposure is defined as the total amount of a chemical absorbed into the body (*i.e.*, the "dose" typically in mg/kg/d) *via* ingestion or inhalation. In the second step, we calculate risks by combining the exposure or dose information with toxicity information in order to estimate the nature and likelihood of adverse effects occurring in members of the exposed population. In the sections below, we describe the equations used to calculate exposure (Section 7.1), the exposure parameters (Section 7.2), the toxicity factors (Section 7.3), the noncancer risks (Section 7.4) and the cancer risks (Section 7.5).

## 7.1 Exposure Equations

Exposures to arsenic and cadmium in soil and air were calculated using the following equations (USEPA, 1989):

**Ingestion of Chemicals in Soil**

$$Intake\left(\frac{mg}{kg-day}\right)=\frac{IR_{soil}\times B\times EF\times ED\times 10^{-6}\,kg/mg\times EPC_{soil}}{BW\times AT}$$

where:

| | | |
|---|---|---|
| $IR_{soil}$ | = | Soil ingestion rate (mg/day), |
| B | = | Relative oral bioavailability (unitless), |
| EF | = | Exposure frequency (days/year), |
| ED | = | Exposure duration (years), |
| BW | = | Body weight (kg), |
| AT | = | Averaging time (days), and |
| $EPC_{soil}$ | = | Exposure point concentration of chemical in soil (mg/kg) |

**Inhalation of Chemicals in Air**

$$EC = \frac{ET \times EF \times ED \times EPC_{air}}{AT}$$

where:

| | | |
|---|---|---|
| *EC* | = | Effective exposure concentration (mg/m$^3$), |
| ET | = | Exposure time (hours/day), |
| EF | = | Exposure frequency (days/year), |
| ED | = | Exposure duration (years), |
| AT | = | Averaging time (hours), and |
| $EPC_{air}$ | = | Concentration of chemical in air (mg/m$^3$) |

## 7.2 Exposure Assumptions

The input values used for each of the exposure parameters in the exposure equations are presented in Table 7, and are discussed below.

**Table 7**
**Exposure Factors**

| Exposure Parameter | Value |
|---|---|
| IR as child (mg/day) | 236 |
| IR as adult (mg/day) | 118 |
| BW as child (kg) | 15 |
| BW as adult (kg) | 70 |
| EF (days/yr) | 365 |
| ED as child (years) | 6 |
| ED as adult (years) | 24 |
| AT - child (noncancer) (days) | 6 × 365 |
| AT - adult (noncancer) (days) | 24 × 365 |
| AT (cancer effects) (days) | 70 × 365 |

Exposure Frequency and Duration: The exposure frequency was assumed to be 365 days/year for both the adult and child receptor. For exposure duration, we assumed that the resident would be exposed for a total of 30 years: 6 years as a child and 24 years as an adult.

Soil Ingestion Rate: From the IEUBK modeling discussed above, we estimated an average soil ingestion rate for a 0-6 year old child of 236 mg/day. We estimated that an adult would have a soil ingestion rate equal to half that estimated for a child, therefore, for the adult we used a soil ingestion rate of 118 mg/day.

Exposure Point Concentration: Soil concentrations were obtained from sampling Station No. 3, at Colina Calle Iquitos Inicio. Air concentrations for 2003 (annual average) were obtained from the monitoring station at Sindicato de Obreros. These locations were selected because they were the closest to La Oroya Antigua. Soil and air concentrations used in the risk assessment are presented in Table 5.

**Relative Bioavailability**

Most of the toxicity values developed by USEPA are based on the empirical relationship between the occurrence of toxic effects and the amount of chemical ingested, and the amount of chemical that is actually absorbed into the body is not explicitly considered. Thus, if it is expected that the absorption of a chemical from an on-site medium is significantly different from the medium used in the study supporting the toxicity value, then it is necessary to adjust the toxicity value to account for this difference in absorption.

The ratio of the absorption fraction for a chemical in site medium compared to the medium used in the key toxicity studies is referred to as the Relative Bioavailability (RBA). If reliable estimates of RBA are available for chemicals of potential concern in site media, these can be used to adjust the toxicity values as follows:

$$RfD_{adj} = RfD / RBA$$

$$SF_{adj} = SF \times RBA$$

In the case of oral toxicity factors for metals, most are based on exposure of test animals and/or humans to relatively soluble forms of the chemical, often dissolved in water. For example, both the oral RfD and SF for arsenic are based on studies of a human population exposed to arsenic dissolved in drinking water (USEPA, 2002). For exposure to metals in soil or sediment, absorption is often less than for water.

We assumed a value of 80% for the bioavailability of arsenic in soil. This value is based on USEPA Region 10 guidance that uses a default value of 80% for arsenic from mineral processing and smelters (USEPA, Region 10, 1997). We assumed a value of 100% for the bioavailability of cadmium in soil.

## 7.3 Toxicity Factors

Chemical-specific toxicity factors are used in the calculation of risk. The toxicity factors used for arsenic and cadmium in this risk assessment are summarized in Table 8 and are described below.

**Table 8**
**Summary of Toxicity Factors**

| Chemical | Slope Factor (SF) (kg-d/mg) | Unit Risk (UR) ($m^3/\mu g$) | Reference Dose (RfD) (mg/kg-d) | Reference Conc. (RfC) ($mg/m^3$) |
|---|---|---|---|---|
| Arsenic | 1.50E+00 | 4.30E-03 | 3.00E-04 | N/A |
| Cadmium | N/A | 1.80E-03 | 1.00E-03 | N/A |

To calculate cancer risk due to oral (ingestion) exposures, we use a toxicity factor known as a cancer slope factor (CSF), which represents the incremental upper bound risk of an additional cancer per dose of the COC, in units of mg/kg-day, assuming low-dose linearity. Cancer slope factors are upper bound values; actual cancer risks could be as low as zero (USEPA, 1992). To calculate cancer risk due to inhalation exposures, we used a toxicity factor known as an Inhalation Unit Risk ($UR_{inhal}$), which represents the incremental upper bound risk of an additional cancer per unit concentration ($\mu g/m^3$), in air (USEPA, 1992).

For noncancer hazards due to oral exposures, toxicity is characterized by a reference dose (RfD), which is a dose, in mg/kg-day, at which no adverse biological effects are expected to occur, even in susceptible subpopulations (*e.g.*, young children, elderly). Similarly, for noncancer hazards due to inhalation exposures, toxicity is characterized by a reference concentration (RfC), which is an air concentration, in $mg/m^3$, at which no adverse biological effects are expected to occur, even in susceptible subpopulations (Barnes and Dourson, 1988).

## 7.4 Noncancer Risk

The potential for noncancer effects from exposure to a chemical is evaluated by comparing the estimated daily intake of the chemical over a specific time period with the Reference Dose (RfD) for that chemical derived for a similar exposure period. This comparison results in a noncancer hazard quotient (HQ), as follows (USEPA, 1989):



RENCOGRP-002615

$$HQ = \frac{DI}{RfD}$$

where:

| | | |
|---|---|---|
| HQ | = | Hazard Quotient |
| DI | = | Daily Intake (mg/kg-day) |
| RfD | = | Reference Dose (mg/kg-day) |

If more than one chemical affects the same target tissue or organ system (*e.g.*, the liver), then the total risk of adverse effects in that tissue is referred to as the Hazard Index (HI), and is estimated by summing the HQ values for all chemicals that act on that tissue. In this case, the HQ values for arsenic and cadmium are not added, because arsenic and cadmium cause noncancer effects in different target tissues.

If the HQ for a chemical is equal to or less than one (1), it is believed that there is no appreciable risk that noncancer health effects will occur. If an HQ exceeds 1, there is some possibility that noncancer effects may occur, although an HQ above 1 does not indicate an effect will definitely occur. This is because of the margin of safety inherent in the derivation of all RfD values. However, the larger the HQ value, the more likely it is that an adverse effect may occur.

The hazard quotients are summarized in Table 9. Detailed risk tables are provided in Appendix A. The ingestion pathway contributes 100% of the noncancer hazard. The inhalation pathway was not evaluated for noncancer hazard because there are no published inhalation toxicity factors (Reference Concentrations or RfC's) for arsenic and cadmium. For arsenic, the hazard quotient is 42 for the child, and 5 for the adult. For cadmium, the hazard quotient is 2 for the child and 0.2 for the adult.

**Table 9**
**Summary of Noncancer Hazards**

| Compound | Child Hazard Quotient<br>Ingestion of Surface Soil | Adult Hazard Quotient<br>Ingestion of Surface Soil |
|---|---|---|
| Arsenic | 42 | 5 |
| Cadmium | 2 | 0.2 |

## 7.5 Cancer Risk

Cancer risks are characterized as the incremental probability that an individual will develop cancer during his or her lifetime due to chemical exposure to contaminants under the specific exposure scenarios evaluated. The term "incremental" implies the risk above the background cancer risk experienced by all individuals in the course of daily life. According to Greenlee *et al.* (2001), the lifetime probability of developing cancer (*i.e.*, background cancer risk) in the United States is approximately 0.435 in men, and 0.383 in women. Cancer risks are expressed as a unitless probability (*e.g.*, one in a million, or $10^{-6}$) of an individual developing cancer over a lifetime, above background risk, as a result of exposure.

Cancer risks for oral exposures are calculated from the daily intake of the chemical from the site, averaged over a lifetime (DI), and the cancer slope factor (CSF) for the chemical (USEPA, 1989):

$$CancerRisk = Intake\left(\frac{mg}{kg-day}\right) \times CSF\left(\frac{mg}{kg-day}\right)^{-1}$$

Cancer risks for inhalation exposures are calculated using the effective exposure concentration and Inhalation Unit Risk:

$$CancerRisk = Effective\ Exposure\ Concentration\left(\frac{mg}{m^3}\right) \times 1000\,\mu g/mg \times UR_{inhal}\left(\frac{ug}{m^3}\right)^{-1}$$

Cancer risks are calculated for each receptor, exposure pathway, and compound. The total excess lifetime cancer risk for each receptor is the sum of the risks over all chemicals and all exposure pathways. For the residential receptor, we sum the cancer risks for the adult and child to derive the total excess lifetime cancer risk over a 30 year exposure duration.

The level of cancer risk that is of concern is a matter of individual, community and regulatory judgment. However, the USEPA typically considers risks below $1\times10^{-6}$ to be so small as to be negligible, and risks above $1\times10^{-4}$ to be sufficiently large that some sort of action or intervention is usually needed (USEPA, 1991). Risks between $1\times10^{-4}$ and $1\times10^{-6}$ usually do not require action (USEPA, 1991), but this is evaluated on a case by case basis.

The total excess lifetime cancer risks are summarized in Table 10. Detailed risk tables are provided in Appendix A. For each receptor, the percent contribution of each exposure route to the total cancer risk is also shown. The total excess lifetime cancer risk for the combined child and adult resident is $7x10^{-3}$. This risk is 70 times higher than the upper end of USEPA's acceptable risk range ($1x10^{-4}$). For the child, ingestion contributes 62% of the cancer risk. For the adult, inhalation contributes 85% of the cancer risk. Approximately 99% of the total cancer risk is due to ingestion and inhalation of arsenic. The total cancer risk from arsenic is $7.2 \times 10^{-3}$, and from cadmium is $6.6 \times 10^{-5}$. Therefore, the cancer risk from cadmium does not exceed the upper end of USEPA's acceptable risk range ($1x10^{-4}$).

**Table 10**
**Summary of Total Excess Lifetime Cancer Risks**

| Receptor/Exposure Pathway | Cancer Risk | Percent Contribution |
|---|---|---|
| **Adult Resident** | | |
| Ingestion of Surface Soil | 6.9E-04 | 15% |
| Inhalation of Outdoor Air | 4.0E-03 | 85% |
| **Total Cancer Risk:** | **$4.7x10^{-3}$** | |
| **Child Resident** | | |
| Ingestion of Surface Soil | 1.6E-03 | 62% |
| Inhalation of Outdoor Air | 9.8E-04 | 38% |
| **Total Cancer Risk:** | **$2.6x10^{-3}$** | |
| **Adult + Child Resident** | | |
| **Total Cancer Risk:** | **$7x10^{-3}$** | |

# 8 Uncertainty Assessment

It is important to recognize that the exposure and risk calculations presented in this document are based on a number of assumptions, and that these assumptions introduce uncertainty into the dose and risk estimates. Assumptions are required because of gaps in our understanding of the toxicity of chemicals, and in our ability to estimate the true level of human exposure to chemicals. In most cases, assumptions employed in the risk assessment process to deal with uncertainties are intentionally conservative; that is, they are more likely to lead to an overestimate than an underestimate of risk. Some of the most important sources of uncertainty are discussed below.

Evaluation of human health risk at any particular location requires accurate information on the average concentration of each chemical present at that location. USEPA recommends that the 95% upper confidence limit of the mean concentration be used to evaluate risk. In this report, the results from one soil sample were used to assess risks for lead, arsenic, and cadmium for the whole community. This sample was collected from a depth of 0 to 5 inches at Station No. 3, at Colina Calle Iquitos Inicio, on August 30, 2000. It is unlikely that the concentrations of lead, arsenic, and cadmium in this one sample are representative of the concentrations throughout the entire community, and individual locations within the community could have concentrations that are higher or lower than this sample. Risks would be higher than those presented here if soil concentrations were higher.

The model default values were used for a number of parameters in the IEUBK blood lead model. There is a fair amount of uncertainty as to how well these default values describe the exposures in La Oroya Antigua. It is uncertain whether the dietary lead intake that we estimated for a population in Lima applies to the community of La Oroya Antigua, because produce that is grown and consumed locally may contain higher levels of lead than what is consumed in Lima. The model predicts the indoor dust lead concentration based on the lead concentration in soil and air, according to the relationship:

$$C_{dust} = 100*C_{air} + 0.70*C_{soil}$$

The model uses a default soil-to-dust transfer coefficient of 70%, which describes the mass fraction of house dust that is derived from outdoor soil. However, there are a number of variables that can affect the transfer of soil to dust, such as the presence or absence of vegetative cover on the soil immediately adjacent to the house. In addition, the model's default coefficient of 100 on the air concentration may not be high enough to account for the influence of air lead on dust lead in communities where there is an

active air lead source, such as the smelter in La Oroya Antigua. It is uncertain whether the model default drinking water lead concentration of 4 µg/L is representative of drinking water lead concentrations in this community, where many houses do not have indoor plumbing. There is also uncertainty in the soil ingestion rates that were estimated for this community using the IEUBK model.

The toxicity factors used in the evaluation of inhalation risks from arsenic and cadmium were derived based on typical adult inhalation rates of 20 $m^3$/day. The IEUBK model also uses default inhalation rates for children that are based on a U.S. population. However, due to the high elevation of this community, residents may have higher inhalation rates.

This report assesses primarily the ingestion and inhalation exposure pathways. However, there may be other potential exposure pathways that are not accounted for in this assessment, such as:

- Ingestion of locally grown garden produce and animal products
- Ingestion of surface water: It is not clear the extent to which surface water is used as a primary drinking water source, if at all. However, there may be some incidental ingestion of surface water that occurs during other activities.
- Ingestion of unwashed food from open-air market stalls that have been impacted by air deposition: The lack of running water in La Oroya Antigua suggests that some amount of the food seen in open-air market stalls is likely consumed without prior washing. This exposure pathway is not accounted for in this assessment.
- Inhalation and/or ingestion of reentrained dusts on roads from vehicular traffic: Previous work suggests that this pathway of exposure is generally minor relative to soil and dust ingestion associated with the home environment. However, this may be a more important pathway where homes are immediately adjacent to dusty roads.
- Community residents also experience background exposures to both lead and arsenic in water and food from other sources. Background exposures also likely include the impact of leaded gasoline use on lead levels in air and dust.

Additional work will be conducted in the near future to examine each of these uncertainties in more detail.

# 9 Summary and Conclusions

This risk assessment evaluated potential human health risks for exposures to $SO_2$, lead, arsenic, and cadmium in the community of La Oroya Antigua, Peru. We evaluated the inhalation of $SO_2$, lead, arsenic, and cadmium in ambient air. We also evaluated the incidental ingestion of lead, arsenic, and cadmium in soil and dust. The purpose of this comparison is to help clarify whether immediate health benefits are more likely derived from controlling $SO_2$ or metals emissions.

The health assessment of $SO_2$ levels in this community indicates that there is a potential for respiratory and irritant effects resulting from short-term peak $SO_2$ episodes in La Oroya Antigua, especially among sensitive subpopulations such as asthmatics and children. Due to the co-occurrence of high particulate emissions from the smelter and the resulting combined exposures to multiple air pollutants, there could be a greater risk of adverse health effects from $SO_2$ exposures since $SO_2$-induced respiratory effects could be exacerbated by the elevated PM exposures.

In addition, the long-term average $SO_2$ concentrations also exceed health-based air quality standards and guideline values, indicating that chronic $SO_2$ exposures may also present increased health risks, possibly for premature mortality and lung function decrements. In particular, annual average $SO_2$ levels ranged from 112 to 308 ppb between 1996 and 2003, which exceed the Peruvian annual average Ambient Air Quality Standard of 45 ppb by a range of 2.5 to 6.8, WHO annual average guideline value of 28 ppb by a range of 4 to 11, and the USEPA annual average NAAQS of 30 ppb by a range of 3.7 to 10.3. In conclusion, this assessment indicates that $SO_2$ air quality impacts from the smelter represent a potential public health concern to nearby communities.

Lead risks were evaluated using the IEUBK blood lead model. The IEUBK modeling results predict that 99.5% of the children in this community would have a blood lead level greater than USEPA's guidance value of 10 µg/dL. The predicted 95th percentile blood lead level is 73.8 µg/dL. Observed blood lead levels for children in this community are significantly elevated, with geomeans of 35 µg/dL for 0-3 year olds and 32.7 µg/dL for 4 to 6 year olds.

Noncancer hazards were evaluated for the ingestion pathway. For the child receptor, the hazard quotient is 42 for arsenic and 2 for cadmium. For the adult receptor, the hazard quotient is 5 for arsenic and 0.2 for cadmium. Cancer risks were evaluated for the ingestion and inhalation pathways. The total excess lifetime cancer risk for the combined child and adult resident is $7 \times 10^{-3}$. This risk is 70 times

higher than the upper end of USEPA's acceptable risk range ($1x10^{-4}$). Approximately 99% of the total cancer risk is due to ingestion and inhalation of arsenic. The total cancer risk from arsenic is $7.2 \times 10^{-3}$, and from cadmium is $6.6 \times 10^{-5}$. Therefore, the cancer risk from cadmium does not exceed the upper end of USEPA's acceptable risk range ($1x10^{-4}$).

Each of these contaminants affects human health in different ways, thus we have used professional judgment in determining the relative risk posed by each of these contaminants. Based on our evaluation of the existing data, and the results of this risk evaluation, we conclude that the effects of lead pose the most immediate concern for this community. The rationale for this is that blood lead levels of this magnitude in young children have the potential to cause long-term and possibly irreversible neurological impairment and cognitive deficits. The presence of elevated levels of arsenic in soil and air present a long-term cancer risk to residents, thus it would be beneficial if the arsenic emissions could be controlled along with the lead emissions. Although there is the potential for respiratory and irritant effects resulting from short-term peak $SO_2$ episodes and elevated levels of particulate matter, these effects are likely to be short-term and reversible. Therefore, we conclude that priority should be placed on reducing the lead emissions from the smelter.



RENCOGRP-002622

# 10 References

Abbey, DE; Burchette RJ; S.F. Knutsen, McDonnell, WF; Lebowitz, MD; Enright, PL. 1998. Long-term particulate and other air pollutants and lung function in nonsmokers. *Am. J. Respir. Crit. Care Med.* 158:289-298.

Agency for Toxic Substances and Disease Registry (ATSDR). 1998. "Toxicological Profile for Sulfur Dioxide." U.S. Dept. of Health and Human Services, Atlanta. December.

Agency for Toxic Substances and Disease Registry (ATSDR). 1999a. "Toxicological Profile for Lead (update)." Report to US Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR) National Technical Information Service (NTIS), Springfield, VA. NTIS PB99-166704. July.

Agency for Toxic Substances and Disease Registry (ATSDR). 1999b. "Toxicological Profile for Cadmium (Update)." Report to US Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR) National Technical Information Service (NTIS), Springfield, VA. NTIS PB99-166621. July.

Agency for Toxic Substances and Disease Registry (ATSDR). 2000. "Toxicological Profile for Arsenic (Update.)" Report to US Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR) National Technical Information Service (NTIS), Springfield, VA. NTIS PB2000-108021. 446p. September.

American Conference of Governmental Industrial Hygienists, Inc. (ACGIH). 1995. "Lead, Inorganic Dust and Fumes." Recommended BEI (7/24/95 draft).

American Conference of Governmental Industrial Hygienists, Inc. (ACGIH). 2001. "2001 TLVs and BEIs: Threshold Limit Values for Chemical Substances and Physical Agents & Biological Exposure Indices." Cincinnati, OH.

American Industrial Hygiene Association (AIHA). 1999. "The AIHA 1999 Emergency Response Planning Guidelines and Workplace Environmental Exposure Level Guides Handbook." Akron, OH.

Barnes, D.G.; Dourson, M. 1988. Reference dose (RfD): Description and use in health risk assessments. *Regulatory Toxicology and Pharmacology* 8:471-486.

Centers for Disease Control (CDC). 1991. "Preventing Lead Poisoning in Young Children. A Statement by the Centers of Disease Control - October." U.S. Department of Health and Human Services. Public Health Service.

Doc Run Peru. 2001. "Estudio de Niveles de Plomo en Sangre de la Población de La Oroya, 2000-2001." Table on Page 40: "Promedio de plomo en sangre por edades La Oroya Antigua".

Donoghue, AM; Thomas, M. 1999. Point source sulphur dioxide peaks and hospital presentations for asthma. *Occup Environ Med.* 56:232-236.

Environmental Health Project (EHP). 1999. Activity Report No. 72. Estudio de Plomo en Sangre en Población seleccionada de Lima y el Callao (Junio 1998 – Marzo 1999). Executive Summary in Spanish and English. by Mauricio Hernández-Avila; Rocio Espinoza Laín; Luz Carbajal. Prepared for the USAID Mission to Peru under EHP Activity No. 428-CC. September. Downloaded from: http://www.dec.org/pdf_docs/PNACG429.pdf.

Frank, NR; Amdur, MO; Worcester, J; Whittenberger, JL. 1962. Effects of acute controlled exposure to $SO_2$ on respiratory mechanics in healthy male adults. *J Appl Physiol.* 17:252-258.

Gardella, C. 2001. Lead exposure in pregnancy: A review of the literature and argument for routine prenatal screening. *Obstet. Gynecol. Surv.* 56(4):231-238.

Greenlee, RT; Hill-Harmon, MB; Murray, T; Thun, M. 2001. Cancer statistics, 2001. *CA Cancer Journal for Clinicians* 51:15-36. Online Publications: Medical and Clinical Journals. Accessed on 3/12/01.

Horstman, D; Roger, LJ; Kehrl, H; Hazucha, M. 1986. Airway sensitivity of asthmatics to sulfur dioxide. *Toxicol Indust Health.* 2(3):289-298.

Katsouyanni, K; Touloumi, G; Spix, C; Schwartz, J; Balducci, F; Medina, S; Rossi, G; Wojtyniak, B; Sunyer, J; Bacharova, L; Schouten, JP; Ponka, A; Anderson, HR. 1997. Short term effects of ambient sulphur dioxide and particulate matter on mortality in 12 European cities: results from time series data from the APHEA project. *Br. Med. J.* 314:1658-1663.

Koenig, JQ; Mar, TF. 2000. "Sulfur Dioxide: Evaluation of Current California Air Quality Standards with Respect to Protection of Children." Prepared for California Air Resource Board, California Office of Environmental Health Hazard. September.

Linn, WS; Shamoo, DA; Spier, CE; Valencia, LM; Anzar, UT; Venet, TG; Hackney, JD. 1983. Respiratory effects of 0.75 ppm sulfur dioxide in exercising asthmatics: influence of upper-respiratory defenses. *Environ Res.* 30:340-348.

Linn, WS; Avol, EL; Peng, R; Shamoo, DA; Hackney, JD. 1987. Replicated dose-response study of sulfur dioxide effects in normal, atopic, and asthmatic volunteers. *Am Rev Respir. Dis.* 136:1127-1134.

National Institute for Occupational Safety and Health (NIOSH). 2000. *NIOSH Pocket Guide to Chemical Hazards.* U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention. Washington, DC. http:/www.cdc.gov/niosh/npg.

National Institute of Occupational Safety and Health (NIOSH). 2001. *NIOSH Pocket Guide to Chemical Hazards and Other Databases.* DHHS (NIOSH) Publication NO. 2001-145.

Peruvian National Environmental Council (CONAM). 2001. D.S. 074-2001-PCM Reglamento de Estándares Nacionales de Calidad del Aire. June 24. Available at: www.conam.gob.pe/Normas/DS-01074.htm.

Pope III, CA; Burnett, RT; Thun, MJ; Calle, EE; Krewski, D; Ito, K; Thurston, GD. 2002. Lung cancer, cardiopulmonary mortality, and long-term exposure to fine particulate air pollution. *J. Am. Med. Assoc.* 287:1132-1141.

Ramirez, AV; Paucar, JC; Medina, JM. 1997. Blood lead in the inhabitants of 4 Peruvian localities. *Rev. Panam. Salud Publica* 1(5):344-348.

Roger, LJ; Kehrl, HR; Hazucha, M; Horstman, DH. 1985. Bronchoconstriction in asthmatics exposed to sulfur dioxide during repeated exercise. *J Appl Physiol.* 59:784-791.

Schacter, EN; Witek, TJ; Beck, GJ; Hosein, HR; Leaderer, BP; Cain, W. 1984. Airway effects of low concentrations of sulfur dioxide: Dose-response characteristics. *Arch Environ Health.* 39(1):34-42.

Sheppard, D; Saisho, A; Nadel, JA; Boushey, HA. 1981. Exercise increases sulfur dioxide-induced bronchoconstriction in asthmatic subjects. *Am Rev Respir Dis.* 123:486-491.

Trenga, CA; Koenig, JQ; Williams, PV. 2001. Dietary antioxidants and ozone-induced bronchial hyperresponsiveness in adults with asthma. *Arch Environ Health.* 56(3):242-249.

Tseng, WP; Chu, HM; How, SW; Fong, JM; Lin, CS; Yeh, S. 1968. Prevalence of skin cancer in an endemic area of chronic arsenism in Taiwan. *J. Natl. Cancer Inst.* 40:453-463.

U.S. Environmental Protection Agency (USEPA). 1984. "Health Assessment Document for Inorganic Arsenic. Final report." Office of Health and Environmental Assessment, Research Triangle Park, NC. EPA 600/8-83-021F.

U.S. Environmental Protection Agency (USEPA). 1985. "Updated Mutagenicity and Carcinogenicity Assessment of Cadmium." Office of Health and Environmental Assessment. EPA/600/8-83/025F.

U.S. Environmental Protection Agency (USEPA). 1986. "Air Quality Criteria for Lead." Office of Health and Environmental Assessment. USEPA, Research Triangle Park, NC. EPA 600/8-83-028F. June, 1986, and Addendum, September, 1986.

U.S. Environmental Protection Agency (USEPA). 1988. "Special Report on Ingested Inorganic Arsenic: Skin Cancer; Nutritional Essentiality." Office of Health and Environmental Assessment, Washington, DC. EPA/625/3-87/013. July.

U.S. Environmental Protection Agency (USEPA). 1989. Office of Emergency and Remedial Response (Washington, DC) December 1989. "Risk assessment guidance for Superfund. Volume I: Human health evaluation manual (Part A)." NTIS PB90-155581 ; EPA-540/1-89-002.

U.S. Environmental Protection Agency (USEPA). 1991. "Role of the Baseline Risk Assessment in Superfund Remedy Selection Decisions." OSWER Directive 9355.0-30. Office of Solid Waste and Emergency Response, Washington, DC. April 22.

U.S. Environmental Protection Agency (USEPA). 1992. Integrated Risk Information System (IRIS): EPA's Approach for Assessing the Risks Associated with Chronic Exposures to Carcinogens. Background Document 2. http://www.epa.gov/ngispgm3/iris/carcino.htm. January 17.

United States Environmental Protection Agency (USEPA). 1994a. "Supplement to the Second Addendum (1986) to Air Quality Criteria for Particulate Matter and Sulfur Oxides (1982). Assessment of New Findings on Sulfur Dioxide Acute Exposure Health Effects in Asthmatic Individuals." Office of Research and Development. Washington, DC. EPA/600/FP-93/002. August.

United States Environmental Protection Agency (USEPA). 1994b. "Review of the National Ambient Air Quality Standards for Sulfur Oxides: Updated Assessment of Scientific and Technical Information, Supplement to the 1986 OAQPS Staff Paper Addendum." Washington, DC. EPA/452/R-94-013. September.

U.S. Environmental Protection Agency (USEPA). 1994c. "Guidance Manual for the Integrated Exposure Uptake Biokinetic Model for Lead in Children." Technical Review Workgroup for Lead. Prepared for USEPA, Office of Emergency and Remedial Response, Research Triangle Park, NC. OERR Publication 9285.7-15-1; EPA540-R-93-081; NTIS PB93-963510. February.

United States Environmental Protection Agency (USEPA). 1996a. "Fact Sheet: Proposed Implementation Program for EPA's National Ambient Air Quality Standards for Sulfur Dioxide. Internet at: www.epa.gov/ttn/oarpg/t1/fact_sheets/so2fac.pdf.

United States Environmental Protection Agency (USEPA). 1996b. "National Ambient Air Quality Standards for Sulfur Oxides (Sulfur Dioxide)--Final Decision." *Federal Register*, Volume 61, Number 100, May 22.

U.S. Environmental Protection Agency (USEPA). 1998. Integrated Risk Information System (IRIS) file for Cadmium. http://www.epa.gov/iris/subst/0141.htm.

U.S. Environmental Protection Agency (USEPA). 2001a. "National Ambient Air Quality Standards for Sulfur Oxides (Sulfur Dioxide); Availability of Information." *Federal Register*, Volume 66, Number 6, January 9.

U.S. Environmental Protection Agency (USEPA). 2001b. "40 CFR Part 745: Lead; Identification of Dangerous Levels of Lead (Final Rule.)" *Fed. Reg.* 66:1205-1240. January 5.

U.S. Environmental Protection Agency (USEPA). 2001c. Office of Emergency and Remedial Response (Washington, DC). "Risk assessment guidance for Superfund (RAGS). Volume I: Human health evaluation manual (Part E, Supplemental guidance for dermal risk assessment, Interim)." EPA/540/R/99/005; Publication 9285.7-02EP. September. http://www.epa.gov/superfund/programs/risk/ragse/index.htm.

U.S. Environmental Protection Agency (USEPA). 2002. Integrated Risk Information System (IRIS) file for arsenic. http://www.epa.gov/iris/subst/0278.htm.

U.S. Environmental Protection Agency (USEPA). 2003. Fourth External Review Draft of Air Quality Criteria for Particulate Matter (June 2003) Volume II. EPA/600/P-99/002 a D. June 2003.

U.S. Environmental Protection Agency, Region 10 (USEPA, Region 10). 1997. "Appendix B: Region 10 Guidelines for determining the bioavailability of inorganic contaminants in soil for human health and ecological risk assessments." In: EPA Region 10 Supplemental Ecological Risk Assessment Guidance for Superfund. p. 76-80 EPA 910-R-97-005. http://www.epa.gov/r10earth/offices/oea/risk/r0rags97.pdf

World Health Organization (WHO). 1999. *Air Quality Guidelines*. WHO, Geneva. (Summarized in Fact Sheet N° 187 available at: www.who.int/inf-fs/en/fact187.html).

# Figures




**Figure 1. 2003 data summary of daily maximum 1-hour $SO_2$ levels: La Oroya, Sindicato de Obreros.**




**Figure 2. 2003 data summary of daily 1-hour peak $SO_2$ levels exceeding WHO 10-minute guideline value: La Oroya, Sindicato de Obreros.**




**Figure 3. 2003 data summary of daily 1-hour peak $SO_2$ levels exceeding the ATSDR effect level for healthy nonasthmatic individuals of 1,000 ppb: La Oroya, Sindicato de Obreros.**




**Figure 4. 2003 diurnal profile of hourly peak $SO_2$ levels: La Oroya, Sindicato de Obreros.**




**Figure 5. 2003 data summary of 24-hour average $SO_2$ levels: La Oroya, Sindicato de Obreros.**

# Appendix A

# Risk Tables

**Table 1**
**Summary of Toxicity Factors**

| Chemicals of Concern | Oral SF kg-day/mg | Oral Slope Factor Source | W-O-E | W-O-E Source | C Oral RfD mg/kg-day | C Oral RfD Source | Bioavailability (R) | Inhal Unit Risk (ug/m3)-1 | Inhal Unit Risk Source | C Inhal RfC mg/m3 |
|---|---|---|---|---|---|---|---|---|---|---|
| Arsenic | 1.5E+00 | IRIS | A | IRIS | 3.0E-04 | IRIS | 8.0E-01 | 4.3E-03 | IRIS | NA |
| Cadmium | | NA | B1 | IRIS | 1.0E-03 | IRIS | 1.0E+00 | 1.8E-03 | IRIS | NA |

Notes:

W-O-E Cancer Weight of Evidence

IRIS US EPA, Office of Health and Environmental Assessment. 2003. "Integrated Risk Information System (IRIS)." Report to US EPA, Office of Research and Development (Washington, DC).

**Table 2**
**Summary of Exposure Point Concentrations**

| Chemicals Of Concern | Adult Resident Outdoor Air (mg/m3) | Adult Resident Surface Soil (mg/kg) | Child Resident Outdoor Air (mg/m3) | Child Resident Surface Soil (mg/kg) |
|---|---|---|---|---|
| **Inorganic** | | | | |
| Arsenic | 0.002629 | 1000 | 0.002629 | 1000 |
| Cadmium | 0.000086 | 100 | 0.000086 | 100 |

## Table 3
## Summary of Exposure Factors Input Values

**On-Site Adult Resident**

| Exposure Pathway/Exposure Factor | Value | Comment |
|---|---|---|
| **Ingestion of Surface Soil** | | |
| Surface Soil Ingestion Rate (mg/d) | 118 | Estimated as half of the child intake. |
| Fraction Surface Soil from Contaminated Source | 1 | Professional Judgement. |
| Surface Soil Ingestion Exposure Frequency (d/yr) | 365 | Assumes every day of the year. |
| Surface Soil Ingestion Exposure Duration(yr) | 24 | 90th percentile for time at one residence; 24 yrs as an adult, 6 yrs as a child. |
| Conversion Factor (kg/mg) | 0.000001 | |
| Body Weight (kg) | 70 | average adult body weight. |
| Averaging Time - Cancer (d) | 25550 | 70-year lifetime exposure duration * 365 d/yr. |
| Averaging Time - Noncancer (d) | 8760 | 24-year residential exposure duration * 365 d/yr. |
| **Inhalation of Outdoor Air - Concentrations** | | |
| Outdoor Air Inhalation Exposure Time (hr/d) | 24 | Assumes all day. |
| Outdoor Air Inhalation Exposure Frequency (d/yr) | 365 | Assumes daily. |
| Outdoor Air Inhalation Exposure Duration (yr) | 24 | 90th percentile for time at one residence; 24 yrs as an adult, 6 yrs as a child. |
| Lifetime Duration (Averaging time * 24) (hr) | 610000 | |

**On-Site Child Resident**

| Exposure Pathway/Exposure Factor | Value | Comment |
|---|---|---|
| **Ingestion of Surface Soil** | | |
| Surface Soil Ingestion Rate (mg/d) | 236 | Estimated intake using the IEUBK model. |
| Fraction Surface Soil from Contaminated Source | 1 | Professional Judgement. |
| Surface Soil Ingestion Exposure Frequency (d/yr) | 365 | Assumes every day of the year. |
| Surface Soil Ingestion Exposure Duration(yr) | 6 | 90th percentile for time at one residence; 24 yrs as an adult, 6 yrs as a child. |
| Conversion Factor (kg/mg) | 0.000001 | |
| Body Weight (kg) | 15 | average child body weight, USEPA, 1991. |
| Averaging Time - Cancer (d) | 25550 | 70-year lifetime exposure duration * 365 d/yr. |
| Averaging Time - Noncancer (d) | 2190 | 6-year residential exposure duration * 365 d/yr. |
| **Inhalation of Outdoor Air - Concentrations** | | |
| Outdoor Air Inhalation Exposure Time (hr/d) | 24 | Assumes all day. |
| Outdoor Air Inhalation Exposure Frequency (d/yr) | 365 | Assumes every day of the year. |
| Outdoor Air Inhalation Exposure Duration (yr) | 6 | 90th percentile for time at one residence; 24 yrs as an adult, 6 yrs as a child. |
| Lifetime Duration (Averaging time * 24) (hr) | 610000 | |

**Table 4**
**Summary of Total Excess Lifetime Cancer Risk**

| Receptor/Exposure Pathway | Cancer Risk | Percent Contribution |
|---|---|---|
| **On-Site Adult Resident** | | |
| Ingestion of Surface Soil | 6.9E-04 | 15% |
| Inhalation of Outdoor Air | 4.0E-03 | 85% |
| **Total Cancer Risk:** | **4.7E-03** | |
| **On-Site Child Resident** | | |
| Ingestion of Surface Soil | 1.6E-03 | 62% |
| Inhalation of Outdoor Air | 9.8E-04 | 38% |
| **Total Cancer Risk:** | **2.6E-03** | |
| **Adult + Child Total Cancer Risk:** | **7E-03** | |

# Table 5
## Summary of Total Excess Lifetime Cancer Risk and Total Hazard Index by Chemical and Pathway

### Cancer Risk

**On-Site Adult Resident**

| Chemicals Evaluated | Ingestion of Surface Soil | Inhalation of Outdoor Air | Cancer Risk | Percent Contribution to Total Cancer Risk |
|---|---|---|---|---|
| Arsenic | 6.94E-04 | 3.9E-03 | 4.6E-03 | 99% |
| Cadmium | - | 5.3E-05 | 5.3E-05 | 1% |
| **Total Cancer Risk** | **6.9E-04** | **4.0E-03** | **4.7E-03** | |

**On-Site Child Resident**

| Chemicals Evaluated | Ingestion of Surface Soil | Inhalation of Outdoor Air | Cancer Risk | Percent Contribution to Total Cancer Risk |
|---|---|---|---|---|
| Arsenic | 1.62E-03 | 9.70E-04 | 2.6E-03 | 99.5% |
| Cadmium | - | 1.30E-05 | 1.3E-05 | 0.5% |
| **Total Cancer Risk** | **1.6E-03** | **9.8E-04** | **2.6E-03** | |
| **Adult + Child Total Cancer Risk** | | | **7E-03** | |

### Non Cancer Hazard Index

**On-Site Adult Resident**

| Chemicals Evaluated | Ingestion of Surface Soil | Inhalation of Outdoor Air |
|---|---|---|
| Arsenic | 5 | N/A |
| Cadmium | 0.2 | N/A |

**On-Site Child Resident**

| Chemicals Evaluated | Ingestion of Surface Soil | Inhalation of Outdoor Air |
|---|---|---|
| Arsenic | 42 | N/A |
| Cadmium | 2 | N/A |

**Table 6**
**Excess Lifetime Cancer Risk by Chemical and Pathway for All Receptors**

**On-Site Adult Resident/Ingestion of Surface Soil**
**Intake Factor (1/day): IF = 5.78E-07**

| Chemicals Evaluated | Surface Soil Concentration (C) (mg/kg) | Bioavailability (R) | Daily Intake DI = C×IF×R (mg/kg·d) | Slope Factor (SF) (kg·d/mg) | Cancer Risk CR = DI×SF | Percent Contribution To Total Cancer Risk |
|---|---|---|---|---|---|---|
| Arsenic | 1.00E+03 | 8.00E-01 | 4.60E-04 | 1.50E+00 | 6.94E-04 | 100% |
| Cadmium | 1.00E+02 | 1.00E+00 | 5.80E-05 | N/A | | |
| | | | | **Total Cancer Risk:** | **6.94E-04** | |

**Notes:**

Daily Intake (DI) = Concentration (C) * Intake Factor (IF)

**where:**

IF = Intake Factor (IR * FS * EF * ED * CF) / (BW * AT) = 5.8E-07
AT = Averaging Time - Noncancer (d) = 10,950
AT = Averaging Time - Cancer (d) = 25,550
BW = Body Weight (kg) = 70
CF = Conversion Factor (kg/mg) = 1.0E-06
ED = Surface Soil Ingestion Exposure Duration(yr) = 24
EF = Surface Soil Ingestion Exposure Frequency (d/yr) = 365
FS = Fraction Surface Soil from Contaminated Source = 1.0
IR = Surface Soil Ingestion Rate (mg/d) = 118

Table 6
Excess Lifetime Cancer Risk by Chemical and Pathway for All Receptors

On-Site Adult Resident/Inhalation of Outdoor Air
Time Adjustment Factor (unitless): TAF = 3.43E-01

| Chemicals Evaluated | Outdoor Air Concentration (C) (mg/m³) | Lifetime Exp. Conc. (EC)=CxTAF (mg/m³) | Conversion Factor (CF) (µg/mg) | Unit Risk (UR) (m³/µg) | Cancer Risk CR=ECxCFxUR | Percent Contribution To Total Cancer Risk |
|---|---|---|---|---|---|---|
| Arsenic | 2.60E-03 | 9.00E-04 | 1.00E+03 | 4.30E-03 | 3.90E-03 | 99% |
| Cadmium | 8.60E-05 | 2.90E-05 | 1.00E+03 | 1.80E-03 | 5.30E-05 | 1% |
| | | | | Total Cancer Risk: | 3.95E-03 | |

Notes:

Lifetime Exposure Concentration (EC) = Concentration (C) * Time Adjustment Factor (TAF)

where:

TAF = Time Adjustment Factor (ET * EF * ED) / LD = 3.4E-01
LD = Lifetime Duration (Averaging time * 24) (hr) = 6.1E+05
ED = Outdoor Air Inhalation Exposure Duration (yr) = 24
EF = Outdoor Air Inhalation Exposure Frequency (d/yr) = 365
ET = Outdoor Air Inhalation Exposure Time (hr/d) = 24

**Table 6**
**Excess Lifetime Cancer Risk by Chemical and Pathway for All Receptors**

**On-Site Child Resident/Ingestion of Surface Soil**
**Intake Factor (1/day): IF = 1.35E-06**

| Chemicals Evaluated | Surface Soil Concentration (C) (mg/kg) | Bioavailability (R) | Daily Intake DI = C×IF×R (mg/kg·d) | Slope Factor (SF) (kg·d/mg) | Cancer Risk CR = DI×SF | Percent Contribution To Total Cancer Risk |
|---|---|---|---|---|---|---|
| Arsenic | 1.00E+03 | 8.00E-01 | 1.10E-03 | 1.50E+00 | 1.62E-03 | 100% |
| Cadmium | 1.00E+02 | 1.00E+00 | 1.30E-04 | N/A | | |
| | | | | **Total Cancer Risk:** | **1.62E-03** | |

**Notes:**

Daily Intake (DI) = Concentration (C) * Intake Factor (IF)

**where:**

IF = Intake Factor (IR * FS * EF * ED * CF) / (BW * AT) = 1.3E-06
AT = Averaging Time - Noncancer (d) = 10,950
AT = Averaging Time - Cancer (d) = 25,550
BW = Body Weight (kg) = 15
CF = Conversion Factor (kg/mg) = 1.0E-06
ED = Surface Soil Ingestion Exposure Duration(yr) = 6
EF = Surface Soil Ingestion Exposure Frequency (d/yr) = 365
FS = Fraction Surface Soil from Contaminated Source = 1.0
IR = Surface Soil Ingestion Rate (mg/d) = 236

Table 6
Excess Lifetime Cancer Risk by Chemical and Pathway for All Receptors

**On-Site Child Resident/Inhalation of Outdoor Air**
**Time Adjustment Factor (unitless): TAF = 8.57E-02**

| Chemicals Evaluated | Outdoor Air Concentration (C) ($mg/m^3$) | Lifetime Exp. Conc. (EC)=C×TAF ($mg/m^3$) | Conversion Factor (CF) ($\mu g/mg$) | Unit Risk (UR) ($m^3/\mu g$) | Cancer Risk CR=EC×CF×UR | Percent Contribution To Total Cancer Risk |
|---|---|---|---|---|---|---|
| Arsenic | 2.60E-03 | 2.30E-04 | 1.00E+03 | 4.30E-03 | 9.70E-04 | 99% |
| Cadmium | 8.60E-05 | 7.40E-06 | 1.00E+03 | 1.80E-03 | 1.30E-05 | 1% |
| | | | | Total Cancer Risk: | 9.83E-04 | |

Notes:

Lifetime Exposure Concentration (EC) = Concentration (C) * Time Adjustment Factor (TAF)

where:

TAF = Time Adjustment Factor (ET * EF * ED) / LD = 8.6E-02
LD = Lifetime Duration (Averaging time * 24) (hr) = 6.1E+05
ED = Outdoor Air Inhalation Exposure Duration (yr) = 6
EF = Outdoor Air Inhalation Exposure Frequency (d/yr) = 365
ET = Outdoor Air Inhalation Exposure Time (hr/d) = 24

Table 7
**Noncancer Hazard by Chemical and Pathway for All Receptors**

**On-Site Adult Resident/Ingestion of Surface Soil**
**Intake Factor (1/day): IF = 1.69E-06**

| Chemicals Evaluated | Surface Soil Concentration (C) (mg/kg) | Bioavailability (R) | Daily Intake DI = C×IF×R (mg/kg·d) | Reference Dose (RfD) (mg/kg·d) | Hazard Quotient HQ=DI÷RfD |
|---|---|---|---|---|---|
| Arsenic | 1000 | 0.8 | 0.0013 | 0.0003 | 4.5 |
| Cadmium | 100 | 1 | 0.00017 | 0.001 | 0.2 |

**Notes:**

Daily Intake (DI) = Concentration (C) * Intake Factor (IF)

**where:**

IF = Intake Factor (IR * FS * EF * ED * CF) / (BW * AT) = 1.7E-06
AT = Averaging Time - Noncancer (d) = 8,760
AT = Averaging Time - Cancer (d) = 25,550
BW = Body Weight (kg) = 70
CF = Conversion Factor (kg/mg) = 1.0E-06
ED = Surface Soil Ingestion Exposure Duration(yr) = 24
EF = Surface Soil Ingestion Exposure Frequency (d/yr) = 365
FS = Fraction Surface Soil from Contaminated Source = 1.0
IR = Surface Soil Ingestion Rate (mg/d) = 118

**Table 7**
**Noncancer Hazard by Chemical and Pathway for All Receptors**

**On-Site Adult Resident/Inhalation of Outdoor Air**
**Time Adjustment Factor (unitless): TAF = 1.00E+00**

| Chemicals Evaluated | Outdoor Air Concentration (C) (mg/m³) | Daily Exp. Conc. (EC)=C×TAF (mg/m³) | Reference Conc. (RfC) (mg/m³) | Hazard Quotient HQ=EC÷RfC |
|---|---|---|---|---|
| Arsenic | 2.60E-03 | 2.60E-03 | N/A | |
| Cadmium | 8.60E-05 | 8.60E-05 | N/A | |

**Notes:**

Lifetime Exposure Concentration (EC) = Concentration (C) * Time Adjustment Factor (TAF)

**where:**

TAF = Time Adjustment Factor (ET * EF * ED) / (ED * CF) = 1.0E+00
CF = Conversion Factor (hr/yr) = 8.8E+03
ED = Outdoor Air Inhalation Exposure Duration (yr) = 24
EF = Outdoor Air Inhalation Exposure Frequency (d/yr) = 365
ET = Outdoor Air Inhalation Exposure Time (hr/d) = 24

**Table 7**
**Noncancer Hazard by Chemical and Pathway for All Receptors**

**On-Site Child Resident/Ingestion of Surface Soil**
**Intake Factor (1/day): IF = 1.57E-05**

| Chemicals Evaluated | Surface Soil Concentration (C) (mg/kg) | Bioavailability (R) | Daily Intake DI = C×IF×R (mg/kg·d) | Reference Dose (RfD) (mg/kg·d) | Hazard Quotient HQ=DI÷RfD |
|---|---|---|---|---|---|
| Arsenic | 1000 | 0.8 | 0.013 | 0.0003 | 42 |
| Cadmium | 100 | 1 | 0.0016 | 0.001 | 2 |

Notes:

Daily Intake (DI) = Concentration (C) * Intake Factor (IF)

where:

IF = Intake Factor (IR * FS * EF * ED * CF) / (BW * AT) = 1.6E-05
AT = Averaging Time - Noncancer (d) = 2,190
AT = Averaging Time - Cancer (d) = 25,550
BW = Body Weight (kg) = 15
CF = Conversion Factor (kg/mg) = 1.0E-06
ED = Surface Soil Ingestion Exposure Duration(yr) = 6
EF = Surface Soil Ingestion Exposure Frequency (d/yr) = 365
FS = Fraction Surface Soil from Contaminated Source = 1.0
IR = Surface Soil Ingestion Rate (mg/d) = 236

Table 7
Noncancer Hazard by Chemical and Pathway for All Receptors

On-Site Child Resident/Inhalation of Outdoor Air
Time Adjustment Factor (unitless): TAF = 1.00E+00

| Chemicals Evaluated | Outdoor Air Concentration (C) ($mg/m^3$) | Daily Exp. Conc. (EC)=C×TAF ($mg/m^3$) | Reference Conc. (RfC) ($mg/m^3$) | Hazard Quotient HQ=EC÷RfC |
|---|---|---|---|---|
| Arsenic | 2.60E-03 | 2.60E-03 | N/A | |
| Cadmium | 8.60E-05 | 8.60E-05 | N/A | |

Notes:

Lifetime Exposure Concentration (EC) = Concentration (C) * Time Adjustment Factor (TAF)

where:

TAF = Time Adjustment Factor (ET * EF * ED) / (ED * CF) = 1.0E+00
CF = Conversion Factor (hr/yr) = 8.8E+03
ED = Outdoor Air Inhalation Exposure Duration (yr) = 6
EF = Outdoor Air Inhalation Exposure Frequency (d/yr) = 365
ET = Outdoor Air Inhalation Exposure Time (hr/d) = 24