# Exhibit H

# AIR QUALITY DISPERSION MODELING FOR HUMAN HEALTH RISK ASSESSMENT

## LA OROYA METALLURGICAL COMPLEX

September 6, 2005

Prepared for

Integral Consulting, Inc.
Mercer Island, Washington 98040

Prepared by:

McVehil-Monnett Associates, Inc.
44 Inverness Drive E. Bldg. C
Englewood, CO 80112

MMA Project Number 1875-0

## TABLE OF CONTENTS


| Section | | Page |
|---|---|---|
| | EXECUTIVE SUMMARY | |
| 1.0 | INTRODUCTION | 1 |
| 2.0 | THE AIR QUALITY MODEL | 2 |
| 3.0 | AVAILABLE DATA AND DATA LIMITATIONS | 4 |
| 3.1 | EMISSIONS SOURCES | 4 |
| 3.2 | METEOROLOGICAL DATA | 5 |
| 3.3 | AIR QUALITY DATA | 6 |
| 4.0 | MODEL EXPECTATIONS | 8 |
| 5.0 | MODEL APPLICATION METHODOLOGY | 9 |
| 5.1 | CALMET METEOROLOGICAL MODEL | 9 |
| 5.2 | CALPUFF DISPERSION MODEL | 10 |
| 5.3 | EMISSIONS DATA | 10 |
| 5.4 | INITIAL TESTING | 11 |
| 6.0 | MODEL PERFORMANCE | 14 |
| 6.1 | GENERAL OBSERVATIONS | 14 |
| 6.2 | VARIATIONS WITH LOCATION AND AVERAGING TIME | 14 |
| 6.3 | CONCLUSIONS ON MODEL PERFORMANCE | 18 |
| 7.0 | MODELING FOR RISK ASSESSMENT | 22 |
| 7.1 | SOURCE CULPABILITY | 22 |
| 7.2 | MODEL RESULTS FOR RISK ASSESSMENT AREAS | 25 |
| 7.3 | IMPLICATIONS | 31 |
| 7.4 | EFFECT OF EMISSION CURTAILMENTS | 32 |
| 7.5 | RESULTS FOR ARSENIC AND CADMIUM | 33 |
| 8.0 | CONCLUSIONS AND RECOMMENDATIONS | 36 |
| | | |
| REFERENCES | | 39 |

APPENDIX A. MODEL RESULTS – ISOPLETH MAPS
APPENDIX B. SMELTER COMPLEX POLLUTION MITIGATION ACTIONS
APPENDIX C. MODELING FILES AND LA OROYA MONITORING DATA




Confidential Information – Subject to Confidentiality Order DRRCE-00754309

Tables


5-1 MODELED EMISSION RATES FOR LA OROYA COMPLEX ....................................13
6-1 ANNUAL AVERAGE PREDICTED AND MEASURED CONCENTRATIONS FOR 2002 ....................................14
6-2 COMPARISON OF 2002 MODEL RESULTS TO MONITORING DATA ....................16
7-1 LA OROYA EMISSION RATES (g/s) ....................................24
7-2 MODEL PREDICTIONS FOR CHUCCHIS AREA ....................................27
7-3 MODEL PREDICTIONS FOR MARCAVALLE AREA ....................................28
7-4 MODEL PREDICTIONS FOR LA OROYA NUEVA AREA ....................................29
7-5 MODEL PREDICTIONS FOR LA OROYA ANTIGUA AREA ....................................30
7-6 COMPARISON OF 2002 MODEL RESULTS TO MONITORING DATA ....................34
7-7 MODEL PREDICTIONS FOR ARSENIC AND CADMIUM ....................................35


Figures


6-1 HOTEL INCA – MARCH 2002 MONTHLY MEAN $SO_2$ CONCENTRATIONS..........17
6-2 SINDICATO – DECEMBER 2002 DAILY MEAN $SO_2$ CONCENTRATIONS ............19
7-1 RECEPTOR GRIDS FOR RISK ASSESSMENT MODELING ....................................23




Confidential Information – Subject to Confidentiality Order DRRCE-00754310

# EXECUTIVE SUMMARY

Computer modeling of air pollution impacts of the La Oroya Smelter Complex was carried out to provide estimates of future air quality for use in the human health risk assessment. Model predictions were generated for the populated areas being studied in the assessment. The area addressed in the model application was limited to locations within ten kilometers of the Smelter Complex.

Modeling utilized the CALPUFF model, an air quality simulation model recommended by the U.S. Environmental Protection Agency for application in areas of complex winds, terrain, and meteorology. The model accounts for the effects of time – and space-varying winds, atmospheric dispersion, chemical transformations, and surface deposition of pollutants.

Input data for the CALPUFF application included measured pollutant emissions from the Smelter main stack and estimated emissions from fugitive sources, all on an annual average basis for the year 2002. Other input data were measured hourly meteorological conditions at the six ground-level monitoring stations operated by Doe Run Peru. No site-specific weather observations from above ground level were available; therefore upper air winds and temperatures were estimated from six-hourly global weather analyses prepared by the U.S. National Weather Service.

The modeling of 2002 emissions and weather conditions provided model-predicted impacts that were compared to measured concentrations at Doe Run Peru monitoring stations, and also provided a "base case" against which to compare predictions for later years. Subsequent modeling, for projection of future trends, utilized the same 2002 meteorological data with estimates of later year emissions. Doe Run Peru provided estimates of pollutant emissions for 2005, 2007, and 2011 based on implementation of planned projects as described in the PAMA.

Performance of the model in simulating La Oroya air quality was tested by comparing predicted 2002 concentrations of sulfur dioxide ($SO_2$), lead (Pb), arsenic (As), and Cadmium (Cd) to measurements obtained during the same time period at Doe Run Peru monitoring stations. Emphasis in the evaluation was given to the populated areas being addressed in the risk assessment. These areas are best represented by the Sindicato, Hotel Inca, and Cushurupampa monitoring stations.

The model performance evaluation produced the following conclusions.

- Model predictions reflect the general magnitude of observed concentrations
- $SO_2$ concentration predictions of highest short-term and annual average values show good agreement with observations for the Sindicato and Hotel Inca monitors

- $SO_2$ predictions tend to be higher than measurements at Cushurupampa, and lower than measurements at Huanchan

- Hourly $SO_2$ concentration predictions reproduce with good accuracy the timing and magnitude of observed morning pollution peaks

- Model predictions often reproduce the observed day-to-day changes in air quality caused by changing weather conditions

- Prediction of Pb concentration are higher than measured long-term concentrations by an avetage of 35%

- As and Cd concentrations predictions are, on average, close to observations, but tend to be high at Cushurupampa, and low at Sindicato

- Model performance is better during daylight hours than at night, and appears to be better in the immediate area of La Oroya than in the Yauli river valley further from the Smelter Complex

It is concluded that the model properly simulates basic dispersion processes in the region of the Complex, and provides realistic estimates of maximum short-term and average long-term impacts in that area. The model results also imply that the characterization of emission sources and average emission rates that were used reflect reality with reasonably accuracy. On the basis of these conclusions, projections of future air quality impacts, with modified sources and reduced emissions, are expected to be realistic and appropriate for risk assessment.

The projection of future ambient air concentrations and deposition rates indicates that the planned Smelter improvement projects will result in marked reduction in impacts for all pollutants addressed. The decrease in short and long-term concentrations and deposition rates from 2002 to 2011 is predicted to range from 60 to 85%. The greatest decrease in metals impacts will occur by 2007, with further decrease for metals and a major decrease for $SO_2$ between 2007 and 2011. The projections of air quality levels for future years have been utilized in the risk assessment to quantify changes in population exposure.

The model results confirm and extend prior findings on the relative impact of main stack and fugitive sources for ground-level impacts. Fugitive sources, despite having smaller emissions than the Main Stack, are responsible for the major portion of local impacts, especially in La Oroya Antigua and La Oroya Nueva. The relative importance of Main Stack emissions increases with increasing distance from the Complex. The future trend analysis demonstrates that the greatest improvement in ambient air quality will occur as projects are implemented to reduce or eliminate fugitive emissions. This result is true for all of the study areas, but especially for those near the Smelter Complex.

Model results (as well as monitoring records) indicate that the Doe Run Peru supplemental control strategy (emission curtailments at times of anticipated poor air quality) are effective in mitigating high short-term pollution levels during morning air pollution episodes. This strategy, if continued, will contribute to additional improvement in air quality beyond that projected by the air modeling analysis.

**Recommendations for Improved Model Simulation**

Analysis of the 2002 model results on an hour by hour, day by day, and site by site basis suggests that the lack of site-specific meteorological data for altitudes above ground level has a detrimental effect on model performance. It appears that the model, as currently applied, may not fully account for the frequency and magnitude of low altitude inversions that trap pollutants in the valleys. The result of failing to accurately represent strong low-level inversions is under-estimation of nighttime concentrations, over-estimation of impacts along the Yauli river within the modeling area, and under-estimation of impacts along the Mantaro river at Huanchan. There also is a possibility that the monitoring data from Cushurupampa may not be representative of general conditions in the Yauli valley. It is expected that future air modeling, using Acustic Sounder data for above-ground wind and temperature (now in progress at the Smelter) and possibly additional monitoring data, will be able to demonstrate improved model capability.

It is recommended that Doe Run Peru give high priority to acquisition of high quality monitoring data that can be utilized for improved air quality model application in the future. In particular, it is recommended that:

- The Doppler Acoustic Sounder monitoring be continued and improved so that high quality data will be recorded on a consistent basis over extended time periods.

- Regular calibrations be performed and QA/QC procedures be improved to assure that meteorological and air quality monitoring data are accurate

- Consideration be given to additional monitoring or relocation of some existing monitors to provide representative data for modeling

When suitable Acoustic Sounder data are available, it is recommended that additional modeling be carried out to provide a timely supplement to the present report. The new modeling would address some of the limitations noted, and expand the model simulation to include Smelter sources, geographical areas, and physical processes not addressed in the present study.

## 1.0 INTRODUCTION

A human health risk assessment is being conducted by Integral Consulting, Inc. to assess impacts on human health of current and future emissions of air pollutants from Doe Run Peru's Metallurgical Complex in La Oroya, Peru. As a part of the risk assessment, an air quality dispersion model is being applied by McVehil-Monnett Associates, Inc. to simulate the transport and dispersion of pollutants emitted by operations at the Complex. This report describes the model, its application at La Oroya, and results of the model application to past, present, and future air emission scenarios.

An air quality model is a mathematical representation of the transport, dispersion, and deposition processes that act upon air contaminants released into the atmosphere. Given local meteorological conditions and the quantity of pollutants released at various points, the model, through complex computer calculations, provides a simulation of the time and space-varying distribution of pollutant concentration in the air (and deposition on the ground surface) throughout the model domain.

A valid air quality model can be used to:

- assess the relative contributions of various sources to total pollutant impacts at receptor locations of interest
- define the change in impact that can be expected given proposed pollution controls and/or changes in source operation that will occur in the future, and
- estimate maximum impacts that may occur for time periods and/or locations where monitoring data are unavailable or inadequate.

An air quality model therefore can provide data on pollution impacts that supplements available monitoring data, and can be used to evaluate the relative effectiveness and adequacy of proposed pollution mitigation actions.

For the human health risk assessment, historical air monitoring data, recent sampling results, and other environmental data will be used to quantify current exposure of population to pollutants. Modeling data will be utilized to estimate the likely changes in exposure with future changes in smelter operations. Thus, the primary application of the model results will be to prediction of future air pollution trends, as emissions from various smelter sources are reduced or eliminated.

The pollutants to be addressed in the risk assessment include sulfur dioxide ($SO_2$), particulate matter (PM), and metals, especially lead (Pb), arsenic (As) and Cadmium (Cd). The air modeling application discussed herein focuses on $SO_2$ and lead, because monitoring data are available for these pollutants and their emissions by the Smelter Complex are better quantified than those of other pollutants. Arsenic and cadmium are also addressed, though in less detail.



Confidential Information – Subject to Confidentiality Order DRRCE-00754314

## 2.0 THE AIR QUALITY MODEL

The CALPUFF system of air quality models (Earth Tech, 2000) was selected for application at La Oroya. CALPUFF is a U.S. Environmental Protection Agency "Guideline" model (U.S. EPA, 2003), recommended for regulatory and other applications where long-range pollutant transport and/or complex time and space-varying wind fields must be considered. The CALPUFF system consists of several separate computing modules: CALMET to analyze and define meteorological variables, CALPUFF to simulate pollutant dispersion, and CALPOST to facilitate processing of model-predicted impacts. The model is capable of addressing the transport, dispersion, and deposition of gaseous and particle pollutants. It includes consideration of chemical and physical transformation of pollutants in the atmosphere, effects of complex terrain, gravitational settling of particles, and characteristics of the pollutant source (height, gas temperature and velocity, building wake effects, etc.).

As the name implies, CALPUFF is a "puff" model which simulates air pollutant emissions from a given source as a series of puffs, each of which moves and disperses as dictated by the local wind and other meteorological conditions at successive steps in time. Therefore, each discrete puff of pollutant from a source can change direction as it is influenced by changing winds in time and space.

By contrast, most commonly used air quality models assume steady-state conditions; that is, the wind speed, wind direction, and other weather conditions are assumed to be the same everywhere and to be constant over a given period of time. Such models cannot accurately simulate pollutant transport in areas where the wind is different at different locations, or where winds change with time during plume transport. CALPUFF was developed specifically to address long-range transport, where it must be expected that conditions will change over the path and time of pollutant travel, and shorter-range conditions where winds are known to be affected by local terrain features and rapid temporal changes in meteorology. The La Oroya area clearly represents the latter case.

Past studies of air pollution at La Oroya (McVehil-Monnett Associates, 2004) analyzed weather conditions and air pollution levels at Doe Run Peru air monitoring stations in the La Oroya area. These analyses concluded that air pollution impacts were highly dependent on local air flow that generally travels down the Mantaro and Yauli river valleys at night and reverses to flow up the valleys during the day. The highest air pollution impacts normally occur during morning hours when the air flow reverses direction in combination with strong vertical mixing (caused by solar heating), which brings accumulated pollutants from elevated air layers down to ground level. These rapidly changing conditions, with winds following the meandering river valleys, cannot be effectively modeled with a steady-state model. CALPUFF represents the most refined readily available model with the capability of treating conditions at La Oroya.

There are a number of data requirements for successful application of CALPUFF. These include information on the location and characteristics of all pollution sources,

including the rate at which pollutants are emitted by each, the terrain elevations and general land-use characteristics of the area to be modeled, and meteorological conditions. While the source and geographical parameters are relatively constant in time, the meteorology is constantly changing and appropriate input data are necessary to allow the model to represent the time-varying wind field and related atmospheric dispersion parameters.

The CALMET meteorological processor is used to define a detailed wind and temperature distribution over the modeling domain at hourly intervals. The mathematical equations in CALMET are based on the laws of physics, and define air flow distributions that are consistent with terrain effects, temperature gradients, and the other physical processes that determine air movement and mixing. However, the larger scale weather conditions and general air movement in the region must be known. Therefore, CALMET requires data on the time-varying actual meteorological conditions at a sufficient number of points on the ground and above ground level to generate wind fields that truly represent reality. The greater the quantity of accurate meteorological measurements that can be provided, the more accurate will be the three-dimensional meteorological fields generated by CALMET and subsequently used in CALPUFF to estimate pollutant concentrations. The availability and use of input data for CALMET and CALPUFF are described in the following section.



Confidential Information – Subject to Confidentiality Order 

# 3.0 AVAILABLE DATA AND DATA LIMITATIONS

Several types of information are necessary for application of CALPUFF or any atmospheric dispersion model. The available data at La Oroya and their limitations are discussed in this section.

## 3.1 Emissions Sources

Air modeling described in this report addresses emissions of sulfur dioxide ($SO_2$), lead (Pb), and other metals from the Metallurgical Complex. Doe Run Peru has provided all available data on the sources and magnitudes of $SO_2$ and other emissions. Sources are of two types: point sources (stacks) that release pollutants in a confined gas stream, and fugitive sources such as building vents, open buildings, and vehicle traffic that emit pollutants in a less well-defined and irregular manner. The major point source is the main smelter stack of 167 meter height. Air flow and pollutant emissions from the main stack are regularly measured by Doe Run Peru. These data include $SO_2$ and PM emissions, as well as emissions of Pb, As, and Cd. Thus these emissions, though somewhat variable in time, are generally well defined. Fugitive emissions on the other hand are difficult to measure and are not well quantified. Estimates of fugitive emissions have been provided by Doe Run based on material balances and experience at other smelters where emissions have been quantified. It was necessary for modeling to use these estimated emission rates and to make assumptions about the locations and characteristics of the emissions based on engineering experience, the judgment of Doe Run personnel, and modeling applications at other industrial facilities.

A complexity in the characterization of pollutant emissions involves their time variation. The actual rate of $SO_2$ or metals emissions from a given source, as well as the specific locations and characteristics of the emissions, depend upon the operations underway at the smelter at any given time. For modeling, it was necessary to characterize each source by a constant set of annualized emission parameters, which obviously represents only a general approximation. It is possible to vary emission parameters with time in the model; however detailed data on time variation of emissions are not available, and any attempt to accurately characterize past emissions on an hour-to-hour or day-to-day basis would be a formidable task. Projection of such variations in the future would involve considerable speculation and uncertainty. Therefore no attempt has been made to assess the impact of normal short-term emission changes.

Doe Run Peru has in recent years instituted a procedure for curtailing specific operations at times of projected high air pollution impacts. The procedure involves cutback or cessation of pollution generating operations, usually in early morning hours, when wind direction and other meteorological conditions forecast a potential for high pollutant concentrations in La Oroya in subsequent hours. The effect of this procedure in reducing impacts was confirmed in initial model simulations, and a reduction in winter $SO_2$ impacts during recent years can be seen in monitoring data at the Sindicato and Hotel Inca monitoring stations. Most model results presented in this report do not include any consideration of reduced operations during specific meteorological



Confidential Information – Subject to Confidentiality Order 

conditions. But the effects of deliberate operational curtailments to reduce ambient impacts are discussed further below. (See Section 7.4)

## 3.2 Meteorological Data

Ideally, the input meteorological data for use in CALMET/CALPUFF consist of hourly ground-level wind and temperature measurements at a number of locations within the modeling domain, general meteorological observations such as cloud cover and precipitation, and upper-air sounding data that provide vertical profiles of wind and temperature from the ground to altitudes above surrounding terrain. At La Oroya, surface wind and temperature data are collected at six monitoring stations by Doe Run Peru. These provide ground-level data input from locations near the Mantaro and Yauli rivers within the modeling area; additional data from locations on higher terrain are unavailable.

Currently available measurements of meteorological conditions above ground are limited. Such data are critical to accurate definition of general air flow at stack top and above surrounding terrain, and to the specification of temperature inversions above the ground. Doe Run Peru has been acquiring vertical sounding data at La Oroya for the past several months though use of a Doppler Acoustic Sounding system, and these data will provide an important data resource for future model application. Unfortunately, the system is not yet fully operational and no extended period of valid data are available. Thus, the data could not be utilized for the current modeling effort.

In the absence of site-specific upper air data, modeling has been based on general high altitude wind and temperature information for Peru that is generated by U.S. National Weather Service global weather forecast models. These data are based upon upper air soundings from scattered locations in South America and advanced computer forecast models. However, the spatial resolution of the forecast data is low in both horizontal and vertical dimensions, and the data can provide only a smoothed approximation of the actual wind and temperature structure over La Oroya at any given time.

The representativeness and accuracy of the La Oroya surface weather monitoring data could not be verified for the present modeling analysis. Long-term statistics from the weather stations do not indicate obvious errors. However, calibrations of the meteorological monitoring systems conducted for Doe Run Peru in April 2005 revealed significant errors in some wind measurements. The possible existence of such errors in data from past monitoring periods cannot be ruled out.

Initial testing with the CALMET program focused on examination of the model-generated surface wind patterns. The CALMET wind directions and their change with time through the day were generally reasonable, in accord with meteorological experience, and consistent with the measured surface wind data. However, since no meteorological data are available at locations above the river valleys, the representativeness of air flow and temperature simulations above ground level and on high terrain could not be assessed.



Confidential Information – Subject to Confidentiality Order 

### 3.3 Air Quality Data

Though actual air quality data are not required for modeling, they are essential for evaluation of model performance. Doe Run Peru has provided meteorological data and $SO_2$, particulate matter, and metals monitoring data from the Sindicato, Hotel Inca, Cushurupampa, Huanchan, and Casaracra monitoring stations, as well as meteorological data from the Fundicion station, for the time period 2001 through 2004. The air quality data have been used in both the modeling analyses and risk assessment studies to characterize current air pollution impacts and trends. These data comprise a valuable resource for the present evaluations and future analyses. Meteorological and air quality data from Doe Run Peru monitors are included on Compact Disk (CD) in Appendix C of this report.

Hourly $SO_2$ concentration measurements and every-third-day 24-hour metals concentration data at the Doe Run Peru monitoring sites were used for comparison to model predictions. Year 2002 meteorological and emissions data were used to model "base case" conditions, and monitoring data for the same year were used for model evaluation. The 2002 year was selected to represent emission and air quality conditions during the recent past, and prior to most planned pollution control projects. Previous analyses of the 2002 air quality monitoring data base indicated that the data were generally complete and appeared to be of high quality.

The $SO_2$ monitors operated by Doe Run Peru record $SO_2$ concentrations in parts per million by volume (ppm). The volume fraction of gaseous pollutant is an absolute measure that does not depend upon measurement conditions of temperature and pressure. To conform to standard practice, the measured volume fractions have been converted to units of mass per unit volume (micrograms per cubic meter, or $\mu g/m^3$) for reporting since 2003. The conversion is dependent on the temperature and pressure assumed for presentation of the concentration data. The conversion by Doe Run Peru assumes standard conditions of zero deg C and one atmosphere pressure.

Particulate matter, lead, and other metals are measured at La Oroya directly as mass per unit volume. The instruments are calibrated in terms of volume at the above reference temperature and pressure.

Therefore, reported pollutant concentrations from La Oroya are expressed in $\mu g/m^3$ at standard conditions. Air quality models, in contrast, calculate concentrations in $\mu g/m^3$ at actual site conditions of temperature and pressure. Accordingly, all results presented in this report are expressed in units of $\mu g/m^3$ at site conditions. For comparison of model results and monitoring data, the monitoring data were converted to site conditions, assuming average site temperature of 10 deg C and pressure of 635 mb (475 mm of mercury). The conversion factor is

Concentration ($\mu g/m^3$ at site conditions) = Reported Concentration ($\mu g/m^3$ at reference conditions) x 0.605



Confidential Information – Subject to Confidentiality Order DRRCE-00754319

For pre-2003 $SO_2$ concentration data, the conversion factor is

Concentration ($\mu g/m^3$ at site conditions) = Reported Concentration (ppb) x 1.730

There is a serious limitation to the available $SO_2$ monitoring data. All regular $SO_2$ monitors in the system have an $SO_2$ concentration upper limit of approximately 2100 parts per billion (ppb), or 6000 micrograms per cubic meter ($\mu g/m^3$) at reference conditions. It is clear from review of the monitoring results that concentrations significantly higher than 6000 $\mu g/m^3$ occur frequently at some stations; this is indicated by many hours with recorded concentrations of 6000 $\mu g/m^3$. A supplemental monitor, installed at the Sindicato station in 2004, does not have the 6000 $\mu g/m^3$ limit, and has recorded peak hourly concentrations in the range of 20,000 $\mu g/m^3$. It must therefore be assumed that average and maximum historical concentration data are biased because of the failure to record highest concentrations. The possible effects of monitor saturation on subsequent measurements is unknown. This limitation in the existing $SO_2$ data record must be recognized in interpreting model results and in assessing impacts of ambient $SO_2$ at La Oroya.



Confidential Information – Subject to Confidentiality Order 

## 4.0 MODEL EXPECTATIONS

Air quality modeling is not a precise science, and air modeling results cannot be accepted as a substitute for accurate long-term monitoring data. However, models have proven to be highly useful in estimating the magnitude and variability of air pollution impacts, and in predicting the changes in impacts resulting from changed emissions.

Models are generally unreliable in predicting the concentration at a specific receptor for a specific hour. This is because small errors in specification of wind direction or other variables can result in a large error in predicted concentration. Models are most useful for predicting the maximum concentration that will occur over a period of time, and average concentrations over periods from 24 hours to a year. Thus, the usual measures of model performance define the bias and average error in predicting these quantities. A general guideline is that models that predict short-term maximum concentrations within a factor of two are considered acceptable for regulatory use.

Given the limitations in meteorological, emissions, and monitoring data described in the preceding section, a high level of accuracy cannot be expected from the initial La Oroya model application. The complexity of terrain at La Oroya, and the resulting complexities in meteorological conditions also make successful model application challenging. Because of these factors, the goals of the present modeling were considered to be:

- represent the general magnitude of average $SO_2$ and metals concentrations, without major bias
- provide estimates of maximum impacts that are consistent with available monitoring data
- represent the diurnal, geographical, and seasonal variation of impacts in a manner consistent with observations.

It is believed that a model that satisfies these goals could be considered to generally account for the major variables that determine air quality impacts in the La Oroya area, and to provide a realistic simulation of atmospheric transport and dispersion. It therefore could be expected to provide a valid indication of changed impacts resulting from future pollution controls. Given additional data that will exist in the future, in combination with experience in model application, it is reasonable to expect that more refined modeling results will be attainable in future years.

# 5.0 MODEL APPLICATION METHODOLOGY

## 5.1 CALMET Meteorological Model

The initial modeling step was development of detailed meteorological fields in three dimensions. CALMET version 5.53a level 040716 was used to produce the La Oroya 2002 wind field. Inputs to CALMET vary from case-to-case based on data availability, but usually include prognostic, surface, upper air and precipitation data. These are superimposed on a user defined modeling domain, and the result is a 3-D meteorological file that is used within CALPUFF. Due to the location of La Oroya, and the lack of some data that are generally available for North America, several variables had to be estimated. Below is a list of data sources utilized in La Oroya CALMET modeling.

**Modeling Domain:** A 180x180 grid cell domain was created centered over the La Oroya Complex. Each grid cell has a 100 meter horizontal dimension; therefore the total model area is an 18 km x 18 km square centered on La Oroya. The tight spacing was necessary due to large terrain variations within the modeling area. Domain characteristics are defined within an input file, and include (per grid cell) a land use category (with associated parameters such as surface roughness, albedo, Bowen ratio, etc.) and elevation. No useable land use data could be located for Peru, so the land use categories had to be estimated. Grid cells that fell within the general vicinity and west of the smelter and were below 3875 m (in the valley) were assigned a land use category of urban. All other grid cells were assigned land use parameters corresponding to "barren ground".

Grid cell elevations were assigned using SRTM data – terrain data gathered during a space shuttle mission a few years ago. Horizontal spacing of the SRTM data is approximately 90 meters, and therefore every grid cell contained at least one data point.

**Prognostic Data:** Typically, computer weather forecast (prognostic) data are utilized to provide best estimate meteorological data at hourly intervals between standard upper air sounding observation times. No hourly prognostic data (MM5/ETA/RUC) could be acquired for the area, and therefore no forecast data were used.

**Surface Data:** Surface weather data from the Fundicion, Casaracra, Cushurupampa, Huanchan, Hotel Inca and Sindicato monitoring stations were used in the CALMET run. Wind direction, wind speed, temperature and relative humidity were used for all surface stations. Fundicion had additional parameters available, so barometric pressure and the presence/lack of precipitation were added to the Fundicion variable list.

Two necessary parameters were not available at any of the six stations: cloud cover and ceiling height. These were estimated after reviewing climate summaries for the general area. For summer (Dec-Apr) the cloud cover was set at 2/10s and the ceiling set at unlimited. The winter months (May-Nov) assumed cloud cover and ceiling heights of 9/10s and 3000 feet, respectively.



Confidential Information – Subject to Confidentiality Order DRRCE-00754322

No precipitation data were included. Based on prior model experience at other sties, precipitation is not expected to have a major effect on ambient air pollution concentrations or total metals deposition at La Oroya.

**Upper Air Data:** Spotty radiosonde data for Lima were available, but the data had many missing hours/days/weeks and were consequently deemed unsuitable. Instead, an upper air sounding was generated from six-hourly Global Final (FNL) analyses, prepared from world-wide upper air observations by the U.S. Numerical Prediction Center. FNL analyses cover the globe with 1.0 x 1.0 degree spaced nodes, and are available via the internet. The closest data point to the La Oroya site was chosen. The analyses include 6-hourly surface, 700 mb, 500 mb and 400mb levels, with values of wind speed, wind direction, temperature, and height above sea level for each cell and pressure level. The data point values were entered into CALMET, which then generates vertical wind and temperature profiles for each CALMET grid cell by interpolation in space and time.

## 5.2 CALPUFF Dispersion Model

The CALPUFF model, version 5.711A, was utilized for all concentration and deposition calculations. Many of the input variables in CALPUFF are dependent upon the computational domain, time period, and pollutant being modeled. Inputs were generally selected in accordance with U.S. Environmental Protection Agency recommendations for regulatory modeling, and/or as provided in the model as "default" selections when site-specific values are unavailable. Among the significant input options, the following were specified.

- Vertical pollutant distribution – Gaussian
- Terrain adjustment – partial plume path
- Transitional plume rise
- Stack-tip downwash
- Mesopuff II transformation rates
- Dry deposition
- No wet deposition (precipitation scavenging)
- PG rural dispersion coefficients
  MP urban dispersion coefficients
- Partial plume penetration of inversions
- Default chemical parameters for SO2 deposition
- Site-specific size parameters for lead deposition (estimated from generic smelter particle size data in literature)

## 5.3 Emissions Data

Daily measurements of emissions and stack gas flow parameters for the Main Stack were available from Doe Run Peru records. Based upon these data, annual average parameters for 2002 were defined for modeling. The model parameters were:



Confidential Information – Subject to Confidentiality Order DRRCE-00754323

| | | |
|---|---|---|
| $SO_2$ Emission Rate | = | 907.2 metric T/day |
| Lead Emission Rate | = | 1.8 metric T/day |
| Stack Height | = | 167.75 m |
| Stack Diameter | = | 12.0 m |
| Stack Gas Temperature | = | 77 deg C |
| Stack Gas Exit Velocity | = | 7.5 m/sec |

Extensive discussions were held with Doe Run engineering personnel at La Oroya and in the U.S. to identify and characterize fugitive emission sources and their estimated emission rates. MMA personnel visited the Complex to obtain information on the types, dimensions, and other characteristics of fugitive emission points. On the basis of all available information, Doe Run experience, and professional judgment, average 2002 emission rates were specified for the major $SO_2$ and Pb sources at the Complex. They are shown in Table 5-1.

In addition to the main stack, $SO_2$ emission parameters were defined for roof vents at the copper roaster, copper converter aisle, and reverberatory furnace, and low altitude building openings at the same operations. For lead, major sources include the main stack, scrubber stack at the sinter plant, roof vents at the copper roaster, converter aisle, blast furnace, and dross plant, and building fugitives from the sinter plant. All of these sources were represented in the model with appropriate dimensions and heights above ground as determined from the site visit and building drawings (JUSA Juan De Dios S.A., 2005).

## 5.4 Initial Testing

Initial model testing was conducted by running the model with receptor locations at the individual monitor sites, for individual months during the year 2002. Model results were compared to recorded concentrations for hourly, daily and monthly $SO_2$ concentrations, and monthly mean lead concentrations.

Initial results indicated model results of generally reasonable magnitude, and hourly variations that clearly demonstrated the observed high concentration episodes in morning hours of 9 AM to noon. Maximum predicted concentrations often exceeded measurements during these morning hours, as was expected because of the 6000 $\mu g/m^3$ limit of the monitors. There was also evident an encouraging correspondence between predicted and observed concentrations at specific times and monitors on many days. However, there were obvious discrepancies on other hours/days, and better results at some monitor sites than at others.

Subsequent testing focused on defining the contributions of individual sources, and testing the sensitivity of results to variations in parameters that are not well defined; i.e. emission rates and dimensions of fugitive sources, buoyancy of gases emitted from roof vents, and the method used by CALMET to estimate winds above ground level. It was found that results were fairly sensitive to some of these variables, but improvements



Confidential Information – Subject to Confidentiality Order DRRCE-00754324

in model performance for one month or monitor were often offset by poorer results at another time or location.

A final set of model parameters was established based upon the results of the sensitivity tests. It is important to emphasize that final parameters were always selected by giving primary weight to the values judged to be most realistic, based on available data and Doe Run Peru estimates. Modification to initial estimates was made only when such modification was consistent with available data and clearly provided more realistic model results. In no case was a data input changed arbitrarily to "tune" the model so as to improve predictions, when there was no scientific basis for the modification. The primary changes made to initial model parameters were to:

- increase the influence of upper air winds relative to ground-level winds for heights above the ground
- increase the initial dimensions of fugitive building sources to account for dispersion within the plant complex
- increase the proportion of emissions from roof vents relative to ground-level fugitives
- increase the buoyancy (temperature) of gases emitted from roof vents.

All of these changes are judged to be reasonable based upon our understanding of Complex operations. It is likely that further model improvement can be achieved in the future given better meteorological and emissions data. But it was concluded that significant improvement in present model performance was not achievable within current data, schedule, and budget constraints.



Confidential Information – Subject to Confidentiality Order 

Table 5-1. Modeled Emission Rates for La Oroya Complex

| Source | $SO_2$ Emissions | | Lead Emissions | |
|---|---|---|---|---|
| | mT/day | gram/sec | mT/day | gram/sec |
| Main Stack | 907.2 | 10,500 | 1.80 | 20.80 |
| Sinter Plant Scrubber Stack | 0 | 0 | 0.32 | 3.68 |
| Copper Roaster Plant | | | | |
| Roof Vents | 34.56 | 400 | 0.16 | 1.90 |
| Building Fugitives | 3.11 | 36 | 0 | 0 |
| Copper Converter Aisle | | | | |
| Roof Vents | 43.20 | 500 | 0.11 | 1.27 |
| Building Fugitives | 4.67 | 54 | 0 | 0 |
| Reverb. Plant | | | | |
| Roof Vents | 8.64 | 100 | 0 | 0 |
| Building Fugitives | 0.86 | 10 | 0 | 0 |
| Lead Sinter Plant | | | | |
| Building Fugitives | 0 | 0 | 0.08 | 0.95 |
| Blast Furnace | | | | |
| Roof Vents | 0 | 0 | 0.16 | 1.90 |
| Dross Plant | | | | |
| Roof Vents | 0 | 0 | 0.11 | 1.27 |



Confidential Information – Subject to Confidentiality Order 

## 6.0 MODEL PERFORMANCE

The CALPUFF model was applied using 2002 meteorological data and Complex emissions as presented in Section 5.0. In this section, model predictions of $SO_2$ and lead concentrations are compared to measured concentrations at the Doe Run Peru monitoring stations. The overall performance of the model is assessed, and conclusions on model accuracy are summarized.

### 6.1 General Observations

The first modeling objective, as stated in Section 4.0, was that model results should be of the general magnitude of observed concentrations. The following table shows average predicted concentrations for the four monitoring stations Sindicato, Hotel Inca, Cushurupampa, and Huanchan, as compared to measured concentrations. The Casaracra monitoring station was not included since it as far from La Oroya and measured concentrations are much lower than at the other four monitors.

Table 6-1. Annual Average Predicted and Measured Concentrations for 2002 (Averaged Over Four Monitor Sites)

| | Predicted | Observed |
|---|---|---|
| Average $SO_2$ Concentration ($\mu g/m^3$) | 393 | 371 |
| Average Lead Concentration ($\mu g/m^3$) | 2.51 | 1.55 |

Table 6-1 indicates that overall mean $SO_2$ concentrations are quite close to the average concentrations indicated by La Oroya area monitoring data. As will be shown, the good agreement is somewhat fortuitous, resulting from over-prediction in some cases and under-prediction in others. Lead concentrations appear to be over-predicted. Nonetheless, the magnitude of predicted average area impacts suggests that the modeled emission rates and source configurations are reasonable, and that the model is capable of predicting long-term concentrations that are generally representative of observed values.

### 6.2 Variations With Location and Averaging Time

The other objectives of the model application were to simulate the observed time and space variation of impacts, and to estimate maximum expected concentrations. The performance of the model in meeting those objectives is summarized here.

The CALMET and CALPUFF model executions are extremely computer intensive, requiring from several hours to 20 hours of execution time on the fastest



Confidential Information – Subject to Confidentiality Order DRRCE-00754327

current PC equipment to process a single month of meteorological or dispersion calculations. Further, any missing data or abnormal input condition can result in termination of the model simulation prior to completion. As a result of these limitations, in combination with the number of different emissions scenarios and receptor areas to be modeled, it proved impractical to model a full year of meteorological data for all model tests and final model predictions. All results presented in this report were derived from modeling four months of 2002 meteorological conditions, one in each season: March, June, September, and December.

Review of both monitoring data and model results indicate that there can be significant variations in impact from month-to-month, and from year-to-year for the same month. These are probably due to real differences in overall meteorological conditions, and in the case of monitoring data, to variations in operations at the Smelter Complex. On the basis of available monitoring data from 2000 through 2004, the four months modeled in 2002 were not atypical of the same months in other years, or of other months in the same year. However, it should be recognized that "annual" statistics presented herein are averages over the four months modeled, for both model and monitor results. It would clearly be desirable to model a complete year of meteorological conditions or even multiple years when adequate data and time are available.

Table 6-2 shows a comparison of concentration statistics from 2002 modeling and monitoring data for the four La Oroya monitoring sites. Table 6-2 indicates that

- Results for Sindicato and Hotel Inca show generally good agreement with monitoring results for $SO_2$, and slight over-prediction for lead.

- The model results overpredict impacts at Cushurupampa, by a factor of three or more for the average, and by lesser amounts for short-term maxima.

- Results for Huanchan appear to be significantly underestimated for $SO_2$, but realistic for lead.

- Highest one-hour $SO_2$ concentrations are indicated to be in the range of 12,000 to 18,000 $\mu g/m^3$. These cannot be confirmed by available monitoring data, but appear consistent with the limited available data from the Sindicato monitor that does not have an upper limit.

The representation of hour-to-hour variations in $SO_2$ impact predicted by the model reproduce observed changes quite well. Figure 6-1 shows average hourly concentrations for the month of March at Sindicato. Though model predictions are higher than observed at night, the timing and magnitude of the morning peak concentrations are represented accurately. Figure 6-1 is typical of results for other stations and other months. At Cushurupampa and Huanchan, peak concentrations are



Confidential Information – Subject to Confidentiality Order DRRCE-00754328

Table 6-2. Comparison of 2002 Model Results to Monitoring Data (all units are micrograms/$m^3$ at Site Conditions)

| | Sindicato | | Hotel Inca | | Cushurupampa | | Huanchan | |
|---|---|---|---|---|---|---|---|---|
| | Model | Measured | Model | Measured | Model | Measured | Model | Measured |
| Sulfur Dioxide | | | | | | | | |
| Annual Average | 357 | 275 | 247 | 249 | 622 | 211 | 347 | 749 |
| Second-Highest 24-hr Average | 1482 | 1564 | 1402 | 1462 | 1556 | 1349 | 1337 | 2713 |
| Second-Highest One-hour Average | 17,700 | 12,689* | 12,082 | >3,600 | 18,874 | >3,600 | 15,395 | >3,600 |
| Lead | | | | | | | | |
| Annual Average | 2.25 | 1.67 | 1.24 | 0.82 | 3.24 | 0.61 | 3.33 | 3.09 |
| Highest Monthly Average | 3.81 | 2.78 | 1.56 | 1.34 | 4.39 | 1.03 | 4.33 | 4.23 |

* Highest one-hour concentration in early 2005 at Sindicato monitor without upper measurement limit.

Figure 6-1
Hotel Inca - March 2002
Monthly Mean $SO_2$ Concentrations






Confidential Information – Subject to Confidentiality Order

over-and-under-estimated respectively, but the timing and occurrence of morning episodes is well portrayed.

Figure 6-2 is an example of the model-predicted day-to-day 24-hour concentrations, for the month of December at Sindicato. There are obviously some days of significant model error. But the model calculations correctly indicate higher concentrations on December 5, 6, and 15th through 21st, and periods of low concentration on the 7th through 13th, 22nd through 24th, and at the end of the month.

In general, the model demonstrates skill in identifying days of high air quality impacts. However there are a number of days, particularly at Cusurupampa and also during evening and night hours at other sites, when elevated $SO_2$ impacts are predicted but observations indicate low concentrations. Conversely, the model indicates no impact on numerous hours during which a general background level of 20 to 100 $\mu g/m^3$ was recorded by the monitors. Thus, the model does better at reproducing average impacts and the normal diurnal cycle of concentration than in depicting the observed concentrations on specific hours or days.

It is not clear whether the model properly reproduces seasonal differences in air quality impact. Since only one month from each season was modeled, it cannot be assumed that those specific months in 2002 were representative of their respective seasons. Also, since Doe Run Peru institutes their "supplemental control" program (curtailments in early morning hours) during winter months, the monitoring data do no reflect equal emissions for all seasons.

The actual monitoring record for the period 2000 through 2004 is ambiguous in regard to seasonal variations. For most monitor sites, both $SO_2$ and Pb concentrations have been higher in summer than winter during this time period. Only at Huanchan is there an obvious winter maximum in measured impacts. Since long-term Doe Run Peru experience indicates that winter is the time of poorest dispersion, recent monitoring trends indicate that the supplemental control program has been effective in mitigating winter impacts.

The model results for four months do not suggest any clear or universal seasonal trend. Because of the above factors, no conclusions can be drawn on the model's capability for reflecting seasonal trends in air quality impact.

## 6.3 Conclusions on Model Performance

The CALMET/CALPUFF model as applied to the Smelter Complex appears to reasonably represent the general magnitude of observed air quality impacts, and to accurately reproduce the typical morning maximum in $SO_2$ concentrations. It provides estimates of monthly lead concentration that are somewhat higher than measured concentrations; estimates of one-hour and 24-hr maximum $SO_2$ impacts agree well with observational data. Model results are particularly representative for the Sindicato and

Figure 6-2
Sindicato - December 2002
Daily Mean $SO_2$ Concentrations



Hotel Inca monitoring sites. However, there are some systematic errors in model predictions. The major differences between predicted and observed impacts are:

- Concentrations are significantly over-predicted at the Cushurupampa monitoring site

- $SO_2$ concentrations are often under-estimated at Huanchan

- Nighttime $SO_2$ predictions often indicate relatively high concentration, and for the remainder of the time show near-zero concentration. By contrast, most monitors record a fairly uniform and persistent background $SO_2$ level at night, with few high concentrations (except Huanchan).

- Though the morning periods of $SO_2$ maxima are predicted by the model on many days, the frequency of occurrence of these predicted maxima is lower than observed.

- Lead concentrations are overpredicted everywhere, but most dramatically at Cushurupampa and least at Huauchan

The reason for these model errors cannot be definitively determined at this time. But based on meteorological and modeling experience, and the apparent features of La Oroya dispersion, some reasonable hypotheses can be suggested.

It appears that the model meteorological data do not capture the actual intensity and persistence of strong low-level temperature inversions that exist in the Mantaro and Yauli valleys. This failing would be a natural result of the absence of any site-specific data on temperatures above ground-level. Use of the only available data (general area temperature estimates for heights 1000 meters or more above the valley) will tend to smooth out sharp temperature gradients, and fail to identify low-altitude inversions. The result of failing to adequately depict the strong nighttime inversions would be an increase in the mixing of elevated pollutants to ground level at night, with consequent over-prediction of both $SO_2$ and lead impacts, and fewer morning high concentration episodes associated with inversion breakup.

If correct, this hypothesis could explain the over-predictions at Cushurupampa during late afternoon and evening hours, when down-valley drainage flow would be expected, but the model indicates relatively frequent transport of Complex emissions up the Yauli valley to the monitor. Similarly, the under-prediction of $SO_2$ at Huanchan seems to reflect insufficient trapping of smelter emission in the Mantaro valley. Finally, the observed background $SO_2$ levels at the monitors suggests poor ventilation with recirculation of pollutants up and down the valleys, whereas the model results are more indicative of sporadic pollution episodes with relatively good ventilation at other times.

With regard to lead concentration results, the same trends between monitor sites exist as for $SO_2$, but lead is over-predicted relative to $SO_2$ at all sites. This result suggests that estimated lead emissions from fugitive sources at the complex may be too high.

There are two other potential sources of differences between predicted and observed concentrations that should be considered. Variations in Smelter operations and the Doe Run Peru supplemental control strategy apparently do result in differences in monitored concentrations relative to what would occur with 24 hour per day uniform emissions. These operating practices tend to reduce impacts in La Oroya and up-river relative to those in Huanchan.

Finally, it is possible that the meteorological data from Cushurupampa and other sites are not fully representative of conditions in the Yauli and Mantaro valleys. The Cushurupampa monitor site is at an elevation approximately 75 meters higher than the valley floor. The measured wind distribution for 2002 does not indicate the expected prevailing up-and down-valley air flow, but includes many hours, even at night, of flow from the northeast (the direction of the Smelter Complex). This unexpected distribution at the Cushurupampa monitor is at least partly responsible for high model-predicted concentrations there, and does not seem consistent with the measured air quality. If measurement errors or some unique local site condition caused the Cushurupampa wind distribution to differ from prevailing winds in the Yauli valley, we would expect model results to be poor for that area. The 2005 monitoring system calibration indicated an error in Cushurupampa wind direction data, and it is possible that 2002 data were also in error.

In summary, the model results satisfy most, but not all, of the objectives stated in Section 4.0. Because the model predictions are generally representative of average and maximum observed impacts, the model is expected to predict impact changes due to changed emissions in a realistic manner. The results are therefore appropriate for risk assessment purposes. The model results should be considered to be conservative, in that they provide reasonable but high estimates of maximum impacts (except for $SO_2$ at Huanchan). Long-term (annual) impacts are generally over-predicted. Model results for Cushurupampa are most conservative, since they show the greatest over-prediction. Model results for the area of La Oroya Antigua show much better correspondence to nearby monitor results, and appear to provide reliable estimates of actual air quality impacts.

As noted previously, Doe Run Peru is now making measurements of wind and temperature above ground level with acoustic sounding equipment at the Complex. These data have the potential to improve model application. When consistently accurate measurements are achieved, new modeling will be carried out, and revised model results will be presented, as appropriate, when results are available.



Confidential Information – Subject to Confidentiality Order 

## 7.0 MODELING FOR RISK ASSESSMENT

For the human health risk assessment, the air quality model was used to predict future $SO_2$ and lead concentrations, as well as annual lead deposition, at a grid of receptor points covering those areas to be addressed in the risk assessment. The receptor grids are shown in Figure 7-1.

Modeling was performed using estimated average Complex emissions for 2002 (Table 5-1), to provide data representing population exposures during that recent time period. Similar modeling was then carried out for the years 2005, 2007, and 2011, with emissions for those years as estimated by Doe Run Peru. The future emission estimates, shown in Table 7-1, are based upon the emission controls, process changes, and Complex modifications planned for each year by Doe Run Peru (Appendix B). The emission estimates were provided by Doe Run (Vornberg, 2005 – Appendix B).

All $SO_2$ and lead modeling used 2002 meteorological data, with the emissions sources and parameters described in previous sections of this report. Only the emission rates were changed for future scenarios, to represent the emission reductions expected to occur upon implementation of Complex projects.

In addition to short-term and long-term concentrations of $SO_2$ and lead, the model also calculated monthly lead deposition rates. For deposition modeling, information on particle sizes must be entered into the model. The required particle size distributions were obtained from U.S. EPA publication AP-42, which provides measured particle data from uncontrolled processes at lead and copper smelters.

The following specific model results were derived for each receptor point.

- Second-highest one-hour $SO_2$ concentration
- Second-highest 24-hour $SO_2$ concentration
- Annual average $SO_2$ concentration
- Annual average lead concentration
- Annual average lead deposition rate

For the short-term $SO_2$ concentrations, the second-highest concentration from the year of data was derived to avoid the influence of possible "outliers" that might be calculated for unique or unrealistic situations. Many air quality standards allow one or more exceedance of short-term standards per year. It should also be recalled that all "annual" statistics are in fact averages from four months of model results, as explained in Section 6.0.

### 7.1 Source Culpability

The CALPUFF model calculates total impact for all sources modeled, and does not provide for partitioning the total into impacts of individual sources. Therefore,



Confidential Information – Subject to Confidentiality Order DRRCE-00754335

Figure 7-1


ESTACION HUANCHAN
ESTACION METEREOL. FUNDICION
ESTACION SINDICATO
ESTACION HOTEL INCA
La Oroya Antigua
ESTACION CUSHURUPAMPA
Marcavalle and La Oroya Nueva
Chucchis

Table 7-1. La Oroya Emission Rates (g/s)

| Source | Model (Emission) Scenarios | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2002 | | 2005 | | 2007 | | 2011 | |
| | $SO_2$ | Lead | $SO_2$ | Lead | $SO_2$ | Lead | $SO_2$ | Lead |
| <u>Main Stack</u> | 10,500 | 20.80 | 9,300 | 14.27 | 7,870 | 12.53 | 1,736 | 11.89 |
| <u>Sinter Plant Scrubber Stack</u> | 0 | 3.68 | 0 | 3.68 | 0 | 0.13 | 0 | 0.13 |
| <u>Building Roof Vents</u> | | | | | | | | |
| Copper Roaster | 400 | 1.90 | 400 | 1.90 | 400 | 1.90 | 100 | 0.48 |
| Copper Converter Aisle | 500 | 1.27 | 500 | 1.27 | 500 | 1.27 | 125 | 0.32 |
| Reverb. Furnace | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 |
| Blast Furnace | 0 | 1.90 | 0 | 1.27 | 0 | 0.32 | 0 | 0.32 |
| Dross Plant | 0 | 1.27 | 0 | 1.27 | 0 | 0.32 | 0 | 0.32 |
| <u>Building Fugitives</u> | | | | | | | | |
| Copper Roaster | 36 | 0 | 36 | 0 | 36 | 0 | 9 | 0 |
| Copper Converter Aisle | 54 | 0 | 54 | 0 | 54 | 0 | 13.5 | 0 |
| Reverb. Furnace | 10 | 0 | 10 | 0 | 10 | 0 | 10 | 0 |
| Sinter Plant | 0 | 0.95 | 0 | 0.95 | 0 | 0.16 | 0 | 0.16 |



Confidential Information – Subject to Confidentiality Order

culpability of specific sources must be determined by re-running the model including only one specific source or subset of sources at a time. Because of this limitation, only a few model runs (individual months of 2002 data) have been processed to quantify the relative impacts of various sources at the Smelter.

For $SO_2$, modeling was performed to determine the relative impacts of the Main Stack and the fugitive sources. Four months were modeled for the Sindicato monitoring site, for the Main Stack only, and for the Main Stack plus all fugitive sources. Results indicate that emissions from the Main Stack account for only 5% to 27% of the total predicted impacts. The contribution of the Main Stack (at an emission rate of 907 mT/day) relative to that of fugitive sources (total emissions of 95 mT/day) averaged sixteen percent for short- and long-term averaging times.

Lead modeling was carried out for one month of data to define individual contributions of the Main Stack, Sinter Plant Scrubber Stack, and fugitive emissions, to the total predicted monthly mean lead concentrations at four monitoring sites. Contributions to total impact, averaged over the four receptor sites, were 13% from the Main Stack, 27% from the Sinter Plant Scrubber, and 60% from fugitive sources. The contribution of the Main Stack and Sinter Plant Scrubber were greatest at Huanchan and Cushurupampa (55%), and least at Hotel Inca and Sindicato (25%). Even at the more distant monitors (Huanchan and Cushurupampa), fugitive lead emissions account for nearly 50% of the total predicted lead concentrations.

These findings are generally consistent with the conclusions reached in an earlier preliminary analysis (McVehil-Monnett Associates, 2004), though the new results indicate an even greater importance of low-altitude fugitive sources. The previous study suggested that the Main Stack accounted for at most two-thirds of long-term average $SO_2$ concentrations; the present CALPUFF results indicate that it contributes less than 25% of those impacts.

The relative importance of the different sources to total ground-level impacts can also be inferred from the results for future scenarios presented later in this section. Reduction in Main Stack emissions are shown to result in only modest decrease in predicted concentration; the major mitigation of impacts is found after elimination or reduction of fugitive emissions.

## 7.2 Model Results for Risk Assessment Areas

The model results consist of isopleth maps and tabular concentration/deposition data for receptors in each of the risk assessment areas: Chucchis, Marcavalle, La Oroya Nuevo, and La Oroya Antigua. All isopleth maps and a table of lead results by receptor are included in Appendix A.

The isopleth maps are probably most meaningful for long-term (annual) average parameters. The maps showing one-hour and 24-hour maximum $SO_2$ concentrations depict patterns that may be highly influenced by one-time impacts at a specific receptor,

and therefore are not fully representative of typical impacts in the region. Thus, it is advisable to give more consideration to the range of concentrations depicted, with less emphasis on apparent small-scale variations.

In general the results indicate highest impacts in La Oroya Nuevo and lowest in La Oroya Antigua. This is contrary to what might be expected due to distance from the Smelter Complex. It should be recalled that the model performance evaluation indicated significant over-prediction in the Yauli valley, and this apparent bias probably contributes to the higher impacts shown there. The results for Chucchis and Marcavalle/La Oroya Nuevo are believed to be conservative (higher than may actually occur), while the data for La Oroya Antigua are expected to be generally realistic of actual impacts.

The individual receptor areas are discussed below. Results are summarized in Tables 7-2 through 7-5. The greatest value in the model projections is in the delineation of general trends across the areas and especially in the predicted future trends as emissions are reduced. These trends are likely to be more meaningful than the absolute magnitude of model-predicted concentrations.

**Chucchis**

Model results for the Chucchis area indicate decreasing impacts with distance up the valley away from the Complex. They also indicate highest concentrations on the eastern side of the valley, probably as a result of the steeper terrain that tends to concentrate transported pollutants against the valley wall. The smallest $SO_2$ impacts are predicted in the south-central part of the area. Lead concentration and deposition decrease in a uniform way from north to south across the area.

Modest decreases in $SO_2$ impact (5 to 20%) are indicated from 2002 through 2007, with major decreases (82% relative to 2002) shown for 2011. For lead, a more uniform decline in impacts is predicted; from 25% in 2005 to 50% in 2007, and 60% in 2011.

**Marcavalle**

$SO_2$ impacts are indicated to be highest in the east-central part of the area, with lower concentrations in the north and south. The patterns suggest highest concentrations along steep slopes in narrow parts of the valley, with smaller concentrations in broader valley sections where pollutants have more opportunity to spread laterally.

Future trend projections for Marcavalle indicate modest decreases in $SO_2$ and lead impacts in 2005, major decrease in lead impacts by 2007, and decreases of 80% for $SO_2$ and 66% for lead by 2011.



Confidential Information – Subject to Confidentiality Order DRRCE-00754339

Table 7-2. Model Predictions for Chucchis Area

| Predicted Quantity | Average Area Value and Decrease From 2002 | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2005 | Change | 2007 | Change | 2011 | Change |
| Maximum 1-hour $SO_2$ ($\mu g/m^3$) | 14,750 | 14,000 | -5% | 12,000 | -19% | 2,800 | -81% |
| Maximum 24-hour $SO_2$ ($\mu g/m^3$) | 1,750 | 1,600 | -9% | 1,375 | -21% | 310 | -82% |
| Annual Average $SO_2$ ($\mu g/m^3$) | 435 | 380 | -13% | 340 | -22% | 80 | -82% |
| Annual Lead Concentration ($\mu g/m^3$) | 1.33 | 1.03 | -23% | 0.67 | -50% | 0.53 | -60% |
| Annual Lead Deposition ($g/m^2$ year) | .0088 | .0066 | -25% | .0044 | -50% | .0038 | -57% |



Confidential Information – Subject to Confidentiality Order

Table 7-3. Model Predictions for Marcavalle Area

| Predicted Quantity | Average Area Value and Decrease From 2002 | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2005 | Change | 2007 | Change | 2011 | Change |
| Maximum 1-hour $SO_2$ ($\mu g/m^3$) | 20,500 | 18,750 | -9% | 16,250 | -21% | 4,000 | -81% |
| Maximum 24-hour $SO_2$ ($\mu g/m^3$) | 2,400 | 2,150 | -10% | 1,875 | -22% | 490 | -80% |
| Annual Average $SO_2$ ($\mu g/m^3$) | 630 | 570 | -10% | 505 | -20% | 125 | -80% |
| Annual Lead Concentration ($\mu g/m^3$) | 2.35 | 2.00 | -15% | 1.10 | -53% | 0.79 | -66% |
| Annual Lead Deposition ($g/m^2$ year) | .0252 | .0189 | -25% | .0107 | -58% | .0085 | -66% |



Confidential Information – Subject to Confidentiality Order 

Nueva

Table 7-4. Model Predictions for La Oroya ~~Antigua~~ Area

| Predicted Quantity | Average Area Value and Decrease From 2002 | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2005 | Change | 2007 | Change | 2011 | Change |
| Maximum 1-hour $SO_2$ ($\mu g/m^3$) | 19,500 | 17,500 | -10% | 15,500 | -21% | 4,475 | -77% |
| Maximum 24-hour $SO_2$ ($\mu g/m^3$) | 2,000 | 1,950 | -3% | 1,900 | -5% | 538 | -73% |
| Annual Average $SO_2$ ($\mu g/m^3$) | 648 | 615 | -5% | 565 | -13% | 154 | -76% |
| Annual Lead Concentration ($\mu g/m^3$) | 3.90 | 3.53 | -9% | 1.58 | -59% | 0.83 | -79% |
| Annual Lead Deposition ($g/m^2$ year) | .0678 | .0631 | -7% | .0268 | -60% | .0132 | -81% |



Confidential Information – Subject to Confidentiality Order

Table 7-5. Model Predictions for La Oroya Antigua Area

| Predicted Quantity | Average Area Value and Decrease From 2002 | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2005 | Change | 2007 | Change | 2011 | Change |
| Maximum 1-hour $SO_2$ (μg/m$^3$) | 11,750 | 10,750 | -9% | 10,500 | -11% | 3,700 | -69% |
| Maximum 24-hour $SO_2$ (μg/m$^3$) | 1000 | 950 | -5% | 925 | -7.5% | 330 | -67% |
| Annual Average $SO_2$ (μg/m$^3$) | 215 | 210 | -2% | 200 | -7% | 65 | -70% |
| Annual Lead Concentration (μg/m$^3$) | 2.05 | 1.80 | -12% | 0.43 | -80% | 0.30 | -85% |
| Annual Lead Deposition (g/m$^2$ year) | .0181 | .0173 | -4% | .0051 | -72% | .0032 | -83% |



Confidential Information – Subject to Confidentiality Order

**La Oroya Nuevo**

Highest model-predicted concentrations are shown to occur in the northeastern parts of La Oroya Nuevo, closest to the Smelter Complex and steep valley walls. Lowest concentrations are indicated for the southern parts of the area, the west side of the valley, and the northern-most sections near the Hotel Inca monitoring station.

Predicted changes in La Oroya Nueva impacts are similar to those for the other areas. $SO_2$ concentrations are projected to decrease by 5 to 21% in 2007, and by 73 to 77% by 2011. Lead concentrations are indicated to be reduced by 60% by 2007, and by 80% in 2011.

**La Oroya Antigua**

Concentration and deposition values all decrease with distance north from the Montaro River and the Complex. For short-term $SO_2$, the highest values are generally found approximately 200 meters north of the river. The highest annual lead concentration and deposition values always occur at the point directly across the river from the Complex.

The future scenarios indicate minor impact improvements through 2005, with a 70 to 80% decrease in lead impacts by 2007, and a 70% decrease in $SO_2$ concentrations by 2011.

## 7.3 Implications

It is instructive to consider the model-predicted decrease in air quality impacts in relation to Doe Run Peru's planned operational and control improvements. The model results confirm some of the conclusions stated above relative to the culpability of different sources, and provide some additional insight.

At Chuccis, some modest improvement in $SO_2$ impacts is predicted for 2005 and 2007. During this time period, Main Stack $SO_2$ emissions will decrease by 25%, and the decrease in ambient $SO_2$ in Chucchis is predicted to average about 21%. Thus, Main Stack emissions do apparently contribute significantly at locations on the order of 7 km up the Yauli valley. With subsequent $SO_2$ reductions at fugitive sources, along with a major reduction in Main Stack emissions by 2011, ambient $SO_2$ impacts are projected to decrease by over 80% compared to 2002.

Similarly, a decrease in Main Stack lead emissions by 31% between 2002 and 2005 is indicated to result in a 23 to 25% reduction in lead impacts in Chucchis. Subsequent lead emission cuts are predicted to produce a total decrease in ambient lead impacts of 60% by 2011.

At La Oroya Antigua, somewhat different trends can be seen. The reduction in Main Stack $SO_2$ from 2002 to 2007 produces only small decreases in ambient

concentration, on the order of 7 to 11%. But subsequent reductions in fugitive $SO_2$ emissions reduce ambient impact to 68% of 2002 levels.

For lead at La Oroya Antigua, the Main Stack lead emissions decrease from 2002 to 2005 has little effect on ambient lead levels. But the subsequent mitigation of Sinter Plant Scrubber and fugitive lead emissions is predicted to reduce ambient lead impacts by more than 80% by 2011.

The model results therefore indicate that Main Stack emissions do have a significant impact at locations five to ten kilometers from the Smelter at Chucchis and Marcavalle. But these are augmented by fugitive emission impacts even there. When it is considered that Main Stack $SO_2$ emissions in 2002 were on the order of ten times greater than fugitive emissions, the relative impact (impact per unit of emissions) is still greater for the fugitive sources.

At closer points such as La Oroya Antigua, the fugitive emissions appear to cause an overwhelming share of the ground-level impacts; their mitigation as planned for years from 2007 through 2010 will be effective in eliminating the high concentrations predicted and observed in 2002 through 2004.

## 7.4 Effect of Emission Curtailments

As described previously, for the past several years Doe Run Peru has instituted a procedure of curtailing specific Complex operations during early morning hours when weather conditions suggest a high probability of poor dispersion and elevated air pollution impacts in La Oroya during ensuing hours. This strategy, referred to as a supplemental or intermittent control strategy, curtails some operations that generate high emissions for periods of one or more hours prior to sunrise.

The model simulations described in this report for 2002 and other years did not include any reduction in emission rates during specific hours of the day. To obtain a quantitative measure of the effectiveness of the supplemental control strategy, a separate model simulation was performed for $SO_2$ impacts during 2002. The model input assumed normal (average) emission rates for all hours except for the period from 5AM until 8AM. For that three-hour period, $SO_2$ emissions were set to zero to provide an idealized example of maximum reduction in impacts due to short-term emission curtailments.

Results of the supplemental control scenario modeling indicated a reduction (relative to normal 24-hour per day operation) of 25 to 50% in highest short-term morning $SO_2$ concentrations, and approximately 25% in 24-hour average concentrations. The model results therefore confirm that a procedure for emission reductions in pre-dawn hours has a significant effect in reducing maximum pollutant concentrations during the following day.



Confidential Information – Subject to Confidentiality Order DRRCE-00754345

Given the apparent effectiveness of the supplemental control strategy in mitigating the severity of high pollution episodes, it would be advisable for Doe Run Peru to continue to use, and to consider possible ways to improve, its application. It should also be recognized that the future impact reductions projected in this report do not include any consideration of the supplemental control strategy. Its continued use will result in additional impact mitigation beyond that indicated by the model.

## 7.5 Results for Arsenic and Cadmium

Doe Run provided estimates of current and future emissions of arsenic (As) and cadmium (Cd) that could be used to model trends in concentration and deposition for these metals. Emission estimates are included in Appendix B.

Modeling of As and Cd concentration and deposition was conducted for 2002 and 2011, using the same sources and methodology as the $SO_2$ and lead simulations. Comparison of 2002 concentration predictions to measured concentrations is shown in Table 7-6.

The model predictions are, in general, somewhat low for Sindicato, in reasonable agreement at Hotel Inca, and high at Cushurupampa. Overall, for all sites combined, the average predicted concentrations are quite close to the monitored concentrations for 2002. It will be recalled that predicted lead concentrations were generally high for all monitor sites (Table 6-2). The fact that the As and Cd results do not reflect a similar overprediction everywhere supports the conclusion that lead emissions may have been overestimated, or their apportionment between sources may not be accurate.

Contour maps showing predicted As and Cd concentration and deposition in the risk assessment areas for 2002 and 2011 are included in Appendix A. Table 7-7 summarizes predictions for each area, and the predicted decrease in impacts from 2002 to 2011. In general agreement with the data for $SO_2$ and Pb, reductions of 70 to 85% are projected. Arsenic impacts are indicated to decrease by 70 to 75%, and cadmium impacts by 75 to 85%.



Confidential Information – Subject to Confidentiality Order DRRCE-00754346

Table 7-6. Comparison of 2002 Model Results to Monitoring Data (all units are micrograms/m$^3$ at Site Conditions)

| | Sindicato | | Hotel Inca | | Cushurupampa | |
|---|---|---|---|---|---|---|
| | Model | Measured | Model | Measured | Model | Measured |
| Arsenic | | | | | | |
| Annual Average | .65 | 2.02 | .53 | .99 | 1.42 | .66 |
| Highest Monthly Average | 1.03 | 2.71 | .71 | 1.08 | 1.89 | .80 |
| Cadmium | | | | | | |
| Annual Average | .07 | .22 | .05 | .05 | .12 | .04 |
| Highest Monthly Average | .12 | .40 | .06 | .08 | .16 | .08 |



Confidential Information – Subject to Confidentiality Order

Table 7-7. Model Predictions For Arsenic and Cadmium

| | Chucchis Area | Marcavalle Area | La Oroya Nueva Area | La Oroya Antigua Area |
|---|---|---|---|---|
| Average Annual As Concentration (µg/m$^3$) | | | | |
| 2002 | 0.86 | 1.30 | 1.53 | 0.40 |
| 2011 | 0.26 | 0.38 | 0.40 | 0.11 |
| Percent change | -69% | -71% | -74% | -74% |
| Average Annual As Deposition (g/m$^2$ - year) | | | | |
| 2002 | .0060 | .0139 | .0260 | .0046 |
| 2011 | .0019 | .0041 | .0068 | .0012 |
| Percent change | -69% | -70% | -74% | -75% |
| Average Annual Cd Concentration (µg/m$^3$) | | | | |
| 2002 | 0.069 | 0.102 | 0.138 | 0.058 |
| 2011 | 0.017 | 0.025 | 0.027 | 0.009 |
| Percent change | -75% | -75% | -81% | -84% |
| Average Annual Cd Deposition (g/m$^2$ - year) | | | | |
| 2002 | .0005 | .0012 | .0022 | .0006 |
| 2011 | .0001 | .0003 | .0004 | .0001 |
| Percent change | -74% | -76% | -81% | -85% |

## 8.0 CONCLUSIONS AND RECOMMENDATIONS

The CALPUFF air quality dispersion model has been applied to provide estimates of air pollution impacts in populated areas within 10 kilometers of Doe Run Peru's La Oroya Smelter Complex. Tests of model performance, by comparison to recorded data on $SO_2$ and metals concentrations at monitoring stations, indicate that the model predicts short- and long-term concentrations that are comparable to monitoring results. Model predictions reproduce the observed daily variation in concentrations, and in many cases reproduce day-to-day changes that occurred. However, the model results do not reflect the relative impacts at the different monitors as indicated by measurements, and show some systematic bias in day versus nighttime impacts.

It is concluded that the model has skill at reproducing the complex meteorological and dispersion processes at La Oroya, but that improvement is necessary if the model is to be of optimum use for future prediction of impacts within the modeled area and at greater distances. It is believed that the major limitation in current model performance is the lack of representative input data on temperature and air flow above ground levels.

The model results presented in this report are intended to provide general input to the Doe Run Peru human health risk assessment. For the areas modeled, results are believed to be conservative in that they show impacts equal to or higher than are likely to occur. The model results are most reliable for La Oroya Antigua, and of lesser accuracy for areas at greater distance from the Complex.

The most useful conclusions from the model are the projections of future air quality impacts that are expected after the institution of pollution controls and emission reductions at the Smelter. It should be recognized that impacts are, in general, proportional to emissions from any given source. Thus, if the model provides a generally realistic simulation of atmospheric behavior and the impact of individual sources, it can be expected to depict relative impacts for changed emission scenarios with some reliability. It is believed that the current CALPUFF application does indeed provide a generally realistic simulation, and therefore can be expected to provide meaningful projections of the relative change in future impacts. The indicated temporal trends are believed to be reliable, though the absolute magnitude of concentration/deposition values may be biased for some locations.

Specific limitations in the modeling should be kept in mind in interpretation and use of the model results.

- Because of the absence of meteorological data on upper air conditions, the model does not reproduce the time and space distribution of impacts with the accuracy that is needed for detailed definition of regional impacts.

- Model results appear to be of generally good quality for areas close to the Smelter (Sindicato and Hotel Inca monitoring sites), but to overestimate



Confidential Information – Subject to Confidentiality Order 

impacts near the lower Yauli river, and underestimate impacts downstream of the Smelter along the Mantaro River.

- Only major Complex sources were considered; emission from other sources could be significant in some situations. In particular, no simulation of lead emissions from vehicle traffic and wind erosion of exposed surfaces was considered. These sources may be significant for lead concentration and deposition at receptors near the Complex.

- A limited quantity of meteorological data from four months of 2002 were used for the simulations. These may not be representative of all seasons or all years.

- The Doe Run Peru supplemental control strategy (shutdown during hours of poor dispersion) was not considered in the future scenario modeling. Monitoring and modeling data indicate that the strategy is effective in reducing peak and average concentrations in populated areas, and should be continued.

- The effects of precipitation on ambient concentrations and deposition of pollutants were not included in the model. These effects could be important during the rainy season, and should be included in future modeling using precipitation data recorded at the Fundicion monitoring site.

- The area included in the model was limited to distances within 10 km of the Complex. Because of the limited area, the model did not account for any pollutant that was carried beyond the modeling grid by prevailing winds. Such pollutants could in reality be returned to the model area when wind directions reverse.

- The particle size distribution assumed for lead modeling may not accurately represent the particles emitted by different sources at the Complex.

It is recommended that Doe Run Peru give high priority to acquisition of high quality monitoring data that can be utilized for improved air quality model application. In particular, it is recommended that:

- The Doppler Acoustic Sounder monitoring be continued and improved so that high quality data will be recorded on a consistent basis over extended time periods.

- Regular calibrations be performed and QA/QC procedures be improved to assure that meteorological and air quality monitoring data are accurate

- Consideration be given to additional monitoring or relocation of some existing monitors to provide representative data for modeling



Confidential Information – Subject to Confidentiality Order DRRCE-00754350

When suitable Acoustic Sounder data are available, it is recommended that additional modeling be carried out to provide a timely supplement to the present report. The new modeling would assess two of the limitations noted above: inadequate meteorological data above ground level, and the process shutdown strategy for impact mitigation.

On a longer term basis, when one year of reliable meteorological data from the Acoustic Sounder and surface stations is available, it is recommended that a more comprehensive modeling study be conducted, to better address the issues noted above, and to expand the model treatment to include

- Modeling a full year of weather conditions
- Inclusion of precipitation and more refined particle size data
- Expansion of the model area to assess impacts at greater distance from La Oroya
- Inclusion of wind-blown dust, road dust from vehicle traffic, and vehicle lead emissions

The combination of data shortcomings and schedule constraints precluded consideration of these elements in the present study. Their inclusion in future model application efforts will provide important information on the significance of other factors for air quality impacts, and will contribute to ultimate improvement in model prediction capability.

**References**

Earth Tech, Inc., 2000: A User's Guide for the CALPUFF Dispersion Model, Version 5. January, 2000, Concord, MA, U.S.A.

JUSA Juan De Dios S.A., 2005: Seccionamiento Para Las Alturas de Edificios y Plantas – Estimacion de Areas – Fuga de Gas Dentro de Fundicion v Refineria. Lima, Peru, February 2005.

McVehil-Monnett Associates, Inc., 2004: Air Pollution Impacts of La Oroya Smelter. July 2004, Englewood, CO, U.S.A.

U.S. Environmental Protection Agency, 2003: Revision to the Guideline on Air Quality Models, 40 CFR Part 51, Appendix W. Federal Register, Vol. 68, No. 72, April 15, 2003.

Vornberg, 2005: Fugitive and Stack Lead Dust Reduction Projects Estimates. Memo to G. McVehil from D. Vornberg, June 12, 2005.

# APPENDIX A

## MODEL RESULTS – ISOPLETH MAPS

# APPENDIX B

# SMELTER COMPLEX POLLUTION MITIGATION ACTIONS AND EMISSION ESTIMATES

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date June 12, 2005

Subject: Fugitive and Stack Lead Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of Lead Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack | 656 | 450 | 395 | 375 | |
| | | | | | |
| Sinter plant scrubber | ✓ 116 | 116 | 4 | 4 | |
| Sinter plant fugitives | ✓ 30 | 30 | 5 | 5 | |
| Blast furnace | ✓ 60 | 40 | 10 | 10 | Building Enclosure 2005 |
| Dross Plant | ✓ 40 | 40 | 10 | 10 | Building Enclosure 2006 |
| Casting Anodes | 4 | 4 | 0 | 0 | With ventilation of dross plant 2006 |
| Slimes Plant | 10 | 10 | 10 | 1 | Ag circuit modernization |
| Lead Electrolytic | 4 | 4 | 4 | 1 | Ventilate casting equipment |
| Copper converter aisle | ✓ 40 | 40 | 40 | 10 | Partial enclosure |
| Copper Roaster | ✓ 60 | 60 | 60 | 15 | Enclose 2 close 2 roasters |

| | | | | | |
|---|---|---|---|---|---|
| NJ Zinc Roaster | 10 | 0 | 0 | 0 | Closed 12/31/04 |
| Total Fugitives | 374 | 344 | 143 | 56 | |
| Grand Total | 1030 | 794 | 538 | 431 | |

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date: August 3, 2005

Subject: Fugitive and Stack Arsenic Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of Arsenic Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack | 607 | 388 | 316 | 194 | |
| | | | | | |
| Sinter plant scrubber | 6.25 | 6.25 | 0.22 | 0.22 | |
| Sinter plant fugitives | 1.62 | 1.62 | 0.27 | 0.27 | |
| Blast furnace | 3.46 | 2.3 | 0.58 | 0.58 | Building Enclosure 2005 |
| Dross Plant | 9.9 | 9.9 | 2.48 | 2.48 | Building Enclosure 2006 |
| Casting Anodes | 0.23 | 0.23 | 0 | 0 | With ventilation of dross plant 2006 |
| Slimes Plant | 0.58 | 0.58 | 0.58 | 0.058 | Ag circuit modernization |
| Lead Electrolytic | 0.23 | 0.23 | 0.23 | 0.058 | Ventilate casting equipment |
| Copper converter aisle | 13.9 | 13.9 | 13.9 | 3.47 | Partial enclosure |
| Copper Roaster | 60 | 60 | 60 | 15 | Enclose 2 close 2 roasters |

| | | | | | |
|---|---|---|---|---|---|
| NJ Zinc Roaster | 1.15 | 0 | 0 | 0 | Closed 12/31/04 |
| Total Fugitives | 96 | 94 | 78 | 22 | |
| Grand Total | 703 | 482 | 394 | 216 | |

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date: August 3, 2005

Subject: Fugitive and Stack Cadmiun Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of Cadmium Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack | 45 | 25 | 22.5 | 12.5 | |
| | | | | | |
| Sinter plant scrubber | 2.8 | 2.8 | 0.097 | 0.097 | |
| Sinter plant fugitives | 0.74 | 0.74 | 0.12 | 0.12 | |
| Blast furnace | 3.75 | 2.5 | 0.63 | 0.63 | Building Enclosure 2005 |
| Dross Plant | 0.2 | 0.2 | 0.05 | 0.05 | Building Enclosure 2006 |
| Casting Anodes | 0.02 | 0.02 | 0 | 0 | With ventilation of dross plant 2006 |
| Slimes Plant | 0.05 | 0.05 | 0.05 | 0.005 | Ag circuit modernization |
| Lead Electrolytic | 0.02 | 0.02 | 0.02 | 0.005 | Ventilate casting equipment |
| Copper converter aisle | 0.2 | 0.2 | 0.2 | 0.05 | Partial enclosure |

| | | | | | |
|---|---|---|---|---|---|
| Copper Roaster | 2.4 | 2.4 | 2.4 | 0.6 | Enclose 2 close 2 roasters |
| NJ Zinc Roaster | 1 | 0 | 0 | 0 | Closed 12/31/04 |
| Total Fugitives | 11.18 | 8.93 | 3.57 | 1.56 | |
| Grand Total | 56 | 34 | 26.1 | 13.6 | |

## 2.9. PROYECTOS INCLUIDOS EN EL PAMA 2004 – 2011

El plan ambiental considera diez proyectos, de los cuales los siete primeros corresponden a proyectos pertenecientes al PAMA original y se encuentran en ejecución a la fecha. En el caso del proyecto de la nueva Planta de Ácido Sulfúrico, se han incluido diversos sub-proyectos de acondicionamiento de gases y manejo de polvos para que puedan ser tratados en esta nueva planta. Los tres proyectos restantes, se refieren a las emisiones por la chimenea principal, emisiones fugitivas y proyectos complementarios.

El detalle de los proyectos y sub-proyectos se muestran en las tablas 2.9/1a, 2.9/1b y 2.9/1c, los cuales representan un monto de inversión de US$ 155,40 millones. En estas tablas se incluyen los montos de inversión y los cronogramas de ejecución de los proyectos.

La descripción de los proyectos considerados en el PAMA, se detallan en los acápites siguientes.

# Tabla 2.9/1a

## PROYECTOS PAMA REESTRUCTURADO 2004 – 2011: COMPLEJO METALURGICO DE LA OROYA – DOE RUN PERU S.R.L.

### Inversiones en Millones de US$

### Julio, 2004

1: PROYECTOS PAMA

| ıτ | DESCRIPCION | AÑO CALENDARIO | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2004-2011 |
| | **RESIDUOS SOLIDOS** | | | | | | | | | |
| 1 | Depósito de residuos sólidos domésticos de Cochabamba | 0.68 | | | | | | | | 0.68 |
| 2 | Estabilización de los depósitos de ferritas de Huanchán | 0.30 | | | | | | | | 0.30 |
| 3 | Adecuación ambiental del depósito de escorias de Huanchán | 0.04 | | | | | | | | 0.04 |
| | **SUB-TOTAL RESIDUOS SOLIDOS** | 1.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.02 |
| | **EFLUENTES LIQUIDOS** | | | | | | | | | |
| 4 | **PLANTA DE TRATAMIENTO DE AGUA MADRE DE LA REFINERÍA DE COBRE** | | | | | | | | | |
| | Planta de tratamiento de agua madre de Refinería de Cobre | 0.50 | | | | | | | | 0.50 |
| | **SUB - TOTAL PLANTA DE AGUA MADRE** | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |
| 5 | **PLANTA DE TRATAMIENTO DE AGUAS INDUSTRIALES** | | | | | | | | | |
| | **5.1 SISTEMAS DE COLECCION** | | | | | | | | | |
| | Ingeniería de detalle y construcción de los colectores # 2 y # 3 | 1.77 | | | | | | | | 1.77 |
| | **5.2 TANQUE DE ECUALIZACION** | | | | | | | | | |
| | Ingeniería de detalle y construcción | 1.43 | 1.40 | | | | | | | 2.83 |
| | **5.3 PLANTA DE TRATAMIENTO** | | | | | | | | | |
| | Ingeniería de detalle y construcción | 0.25 | 5.40 | 8.47 | | | | | | 14.12 |
| | **5.4 PROYECTOS COMPLEMENTARIOS** | | | | | | | | | |
| | 5.4.1 Estación de lavado, desaguado de camiones y depósito de concentrados polimetálicos | 0.55 | | | | | | | | 0.55 |
| | 5.4.2 Reubicación de las Plantas de Indio, Cadmio y R&D | 0.50 | 1.20 | | | | | | | 1.70 |
| | 5.4.3 Canales de coronación - Cerro Sumi | 0.35 | | | | | | | | 0.35 |
| | 5.4.4 Optimización del sistema actual de manejo de escorias | 0.50 | 0.50 | | | | | | | 1.00 |
| | **SUB - TOTAL PLANTA DE TRATAMIENTO DE AGUAS INDUSTRIALES** | 5.35 | 8.50 | 8.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.32 |
| 6 | **PLANTA DE TRATAMIENTO DE AGUAS SERVIDAS** | | | | | | | | | |
| | Planta de tratamiento de aguas servidas | 1.02 | 3.00 | 3.06 | | | | | | 7.08 |
| | **SUB - TOTAL PLANTA DE TRATAMIENTO DE AGUAS SERVIDAS** | 1.02 | 3.00 | 3.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.08 |
| | **SUB-TOTAL EFLUENTES LIQUIDOS** | 6.87 | 11.50 | 11.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.90 |



Confidential Information – Subject to Confidentiality Order

Tabla 2.9/1b

**PROYECTOS PAMA REESTRUCTURADO 2004 – 2011: COMPLEJO METALURGICO DE LA OROYA – DOE RUN PERU S.R.L.**

Inversiones en Millones de US$

Julio, 2004

II: PROYECTOS PAMA

| IT | DESCRIPCION | AÑO CALENDARIO | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2004-2011 |
| | EMISIONES GASEOSAS | | | | | | | | | |
| 7 | PLANTA DE ACIDO SULFURICO | | | | | | | | | |
| | 7.1 MITIGACION | | | | | | | | | |
| | 7.1.1. HORNOS CORTOS ROTATORIOS | | | | | | | | | |
| | Horno corto rotatorio N° 1 (SRF# 1) | 0.50 | | | | | | | | 0.50 |
| | Horno corto rotatorio N° 2 (SRF# 2) | 1.00 | 0.60 | 0.30 | | | | | | 1.90 |
| | Compresora de 1000 SCFM para instrumentación y colectores de polvo | | 0.20 | 0.29 | | | | | | 0.49 |
| | SUB - TOTAL MITIGACION | 1.50 | 0.80 | 0.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.89 |
| | 7.2 ACONDICIONAMIENTO DE GASES EN LOS CIRCUITOS DE COBRE, PLOMO Y ZINC | | | | | | | | | |
| | 7.2.1 Acondicionamiento de gases de Sinter (equipos y ductos) | | 0.20 | 0.50 | 1.05 | 1.70 | 1.70 | 1.30 | 0.30 | 6.75 |
| | 7.2.2 Instalación de nuevos convertidores PS 13'x30' | 0.11 | 0.50 | 0.50 | 1.00 | | | | | 2.11 |
| | 7.2.3 Campanas, ductos y equipos para manejo de gases de los convertidores PS | | | 1.00 | 2.00 | 2.00 | 2.00 | 1.80 | 0.30 | 9.10 |
| | 7.2.4 Campanas, ductos y equipos para manejo de gases del reverbero Oxy-Fuel | | | | 1.00 | 1.00 | 1.20 | 0.80 | 0.30 | 4.30 |
| | 7.2.5 Ducto de mezcla de gases y conexión a nueva Planta de Acido Sulfúrico | | | | | | | 0.50 | 0.30 | 0.80 |
| | SUB - TOTAL ACONDICIONAMIENTO DE GASES | 0.11 | 0.70 | 2.00 | 5.05 | 4.70 | 4.90 | 4.40 | 1.20 | 23.06 |
| | 7.3 NUEVA PLANTA DE ACIDO SULFURICO | | | | | | | | | |
| | 7.3.1 Desarrollo de ingeniería para la nueva planta de Acido Sulfúrico | 0.62 | 0.29 | 0.50 | 2.22 | 1.80 | | | | 5.43 |
| | 7.3.2 Compra, construcción, instalación y puesta en marcha | | | | 12.50 | 16.50 | 18.50 | 18.00 | 9.50 | 75.00 |
| | 7.3.3.Repotenciación de la Planta de Acido actual | 0.05 | 0.10 | 0.50 | 0.50 | 1.00 | 1.37 | | | 3.52 |
| | SUB - TOTAL PLANTA ACIDO SULFURICO | 0.67 | 0.39 | 1.00 | 15.22 | 19.30 | 19.87 | 18.00 | 9.50 | 83.95 |
| | SUB-TOTAL PLANTA ACIDO SULFURICO | 2.29 | 1.89 | 3.59 | 20.27 | 24.00 | 24.77 | 22.40 | 10.70 | 109.91 |

## Tabla 2.9/1c

## PROYECTOS PAMA REESTRUCTURADO 2004 – 2011: COMPLEJO METALURGICO DE LA OROYA – DOE RUN PERU S.R.L.

### Inversiones en Millones de US$

### Julio, 2004

III: PROYECTOS PAMA

| IT | DESCRIPCION | AÑO CALENDARIO | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2004-2011 |
| 8 | **REDUCCION DE EMISION DE POLVO POR LA CHIMENEA PRINCIPAL** | | | | | | | | | |
| | 8.1 Evaluación de sistemas de captación de polvo de F&R | | 0.10 | 0.40 | | | | | | 0.50 |
| | 8.2 Acondicionamiento de unidades 1, 2 y 3 de Cottrell Central (Sinterización de Plomo) | | 0.20 | 0.10 | | | | | | 0.30 |
| | 8.3 Mejoras de los sistemas de control de Cottrell de Arsénico | | 0.20 | | | | | | | 0.20 |
| | 8.4 Mejora de los sistemas de Cottrell Central | 0.09 | | | | | | | | 0.09 |
| | 8.5 Mejora de ductos de acondicionamiento de Cobre y Plomo (Distribución y estructuras) | | | 0.60 | | | | | | 0.60 |
| | **SUB - TOTAL EMISIONES DE POLVO POR CHIMENEA PRINCIPAL** | 0.09 | 0.80 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.69 |
| 9 | **REDUCCION DE EMISION DE POLVO POR EMISIONES FUGITIVAS** | | | | | | | | | |
| | **CIRCUITO DE PLOMO** | | | | | | | | | |
| | 9.1 Repotenciación de los sistemas de ventilación A, B y C de Planta Sinterización | | 0.30 | 0.40 | | | | | | 0.70 |
| | 9.2 Encerramiento y sistema de ventilación de la Planta de Espumaje y Hornos de Plomo | 1.88 | 2.70 | 0.30 | | | | | | 4.38 |
| | 9.3 Manejo y humedecimiento de los lechos de fusión de plomo | | 0.20 | 0.30 | | | | | | 0.50 |
| | **SUB - TOTAL CIRCUITO DE PLOMO** | 1.88 | 2.70 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.58 |
| | **CIRCUITO DE COBRE** | | | | | | | | | |
| | 9.4 Manejo de gases nitrosos de la Planta de Residuos Anódicos | | 0.20 | 0.50 | | | | | | 0.70 |
| | 9.5 Manejo y humedecimiento de los lechos de fusión de cobre | | 0.20 | 0.35 | | | | | | 0.55 |
| | 9.6 Encerramiento de la zona de carga del Reverbero de Cobre | | | 1.50 | | | | | | 1.50 |
| | 9.7 Mejoras de los sistemas de captación de polvos de la Planta de Residuos Anódicos | 0.15 | 0.50 | 0.50 | | | | | | 1.15 |
| | 9.8 Encerramiento de la zona de descarga de calcina de Tostadores de Cobre | | | 1.00 | | | | | | 1.00 |
| | **SUB - TOTAL CIRCUITO DE COBRE** | 0.15 | 0.90 | 3.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.90 |
| | **SUB - TOTAL REDUCCION DE POLVO DE EMISIONES FUGITIVAS** | 2.03 | 3.60 | 4.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.48 |
| 10 | **PROYECTOS COMPLEMENTARIOS** | | | | | | | | | |
| | 10.1 Pavimentación de vías de acceso | | 1.00 | 1.00 | | | | | | 2.00 |
| | 10.2 Compra de carro barredor industrial (02 Unidades) | | 0.20 | 0.20 | | | | | | 0.40 |
| | **SUB - TOTAL PROYECTOS COMPLEMENTARIOS** | 0.00 | 1.20 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.40 |
| | **TOTAL PROYECTOS PAMA** | 12.30 | 18.69 | 22.27 | 20.27 | 24.00 | 24.77 | 22.40 | 10.70 | 155.40 |

### 2.9.8 REDUCCION DE EMISION DE POLVO POR CHIMENEA PRINCIPAL

**(Proyecto #8)**

Este proyecto que comprende cinco sub-proyectos y está orientado a disminuir las emisiones de polvo y plomo por la chimenea principal. Incluye la evaluación de los sistemas de captación de polvo de las diferentes plantas del complejo, el acondicionamiento de las unidades 1,2 y 3 del Cottrell para operar con los gases de la planta de sinterización, mejoras en los sistemas de control del Cottrell de Arsénico y la paralización de los tres tostadores New Jersey del circuito de zinc.

El monto total de este proyecto es de US$ 1,69 millones y será implementado entre los años 2004 y 2006.

Las principales actividades de los sub-proyectos consideradas dentro de este proyecto se muestran en el Diagrama de Gantt del Anexo VII-8.

### 2.9.8.1 EVALUACIÓN DE SISTEMAS DE CAPTACION DE POLVO DE F&R (Sub-proyecto # 8.1)

**Objetivo**

Analizar la performance actual de los sistemas de captación de polvos del Complejo Metalúrgico, con el propósito de delinear acciones concretas que permitan establecer los alcances de los proyectos, para optimizar sus operaciones y mejorar sus eficiencias.

**Descripción**

Estudio de ingeniería que incluye trabajos de campo y gabinete, que permitirá emitir opiniones de carácter técnico que serán de utilidad para la optimización y/o repotenciación de los sistemas existentes.

**Inversión total estimada:** US$ 0,50 millones.

**Cronograma de actividades:** Este estudio será ejecutado entre los años 2005 y 2006.

### 2.9.8.2 ACONDICIONAMIENTO DE LAS UNIDADES 1, 2 Y 3 DE COTTRELL CENTRAL (SINTERIZACION DE PLOMO)

**(Sub-proyecto # 8.2)**

**Objetivo**

Incrementar la captura de los polvos contenidos en los gases provenientes de la planta de sinterización del circuito de plomo en el Cottrell Central.

**Descripción**

Acondicionamiento y utilización de las unidades 1,2 y 3 del Cottrell Central para recibir el 50% de los gases generados en el proceso de sinterización de plomo, debido a la paralización de operaciones de los tostadores New Jersey del Circuito de Zinc.

**Impacto ambiental**

Reducción de las emisiones de material particulado y plomo por la chimenea principal.

**Inversión total estimada:** US$ 0,30 millones

**Cronograma de actividades:** La ejecución de este proyecto se llevará a cabo entre los años 2005 y 2006.

### 2.9.8.3 MEJORAS DE LOS SISTEMAS DE CONTROL DE COTTRELL DE ARSENICO

**(Sub-proyecto # 8.3)**

### MEJORA DE LOS SISTEMAS DE COTTRELL CENTRAL

**(Sub-proyecto # 8.4)**

**Objetivo**

Disminuir las emisiones de material particulado con contenido de arsénico y plomo por la chimenea principal, incrementando el área de colección de las cinco unidades del Cottrell de Arsénico.

Permitir la precipitación de material particulado en el ducto by-pass, antes de ser descargados a la chimenea principal.

**Descripción**

Reemplazo de las cortinas de tubos colectores por placas, similar a la configuración de Cottrell Central, en las 15 secciones de las 5 unidades del Cottrell de Arsénico.

Instalar deflectores a lo largo del ducto by-pass para facilitar la precipitación de material particulado.

**Situación actual**

Se esta coordinando con la empresa BHA la toma de información de campo y para el desarrollo de la ingeniería de detalle.

**Impacto ambiental**

Disminución de las emisiones de material particulado con contenido de arsénico y plomo por la chimenea principal.

**Inversión total estimada:** US$ 0,29 millones

**Cronograma de actividades:** Será implementado entre los años 2004 y 2005.

### 2.9.8.4 MEJORA DE LAS TORRES DE ACONDICIONAMIENTO DE COBRE Y PLOMO - DISTRIBUCION Y ESTRUCTURAS

**(Sub-proyecto # 8.5)**

**Objetivo**

Incrementar la eficiencia de captación de polvos de las unidades 13, 14 y 15 del Cottrell Central, previo un mejor acondicionamiento de los polvos en las torres de acondicionamiento, para reducir la emisión de material particulado por la chimenea principal.

**Descripción**

Mejora de los sistemas de enfriamiento para el acondicionamiento de gases en la torres de acondicionamiento 1 y 2, correspondientes a las plantas de convertidores de cobre y aglomeración. Además, se instalarán deflectores en las entradas de las unidades 13, 14 y 15 de Cottrell Central, para lograr una mejor distribución de los gases y polvos que ingresan a estas unidades.

**Situación actual**

Se dispone del diseño conceptual de los deflectores y las características técnicas de los "sprays" requeridos para el sistema de enfriamiento, el cual fue ejecutado por la firma BHA.

**Impacto ambiental**

Reducción de las emisiones de material particulado con contenido de plomo y arsénico por la chimenea principal.

**Inversión total requerida:** US$ 0,60 millones

**Cronograma de actividades:** La implementación de este proyecto será ejecutado en el año 2006.

### 2.9.9 REDUCCION DE EMISION DE POLVO POR EMISIONES FUGITIVAS

**(Proyecto # 9)**

Este proyecto de mitigación ambiental, considera los sub-proyectos de repotenciación de los sistemas de ventilación A, B y C de la Planta de Sinterización, encerramiento de los edificios en los Circuitos de Plomo y Cobre, mejora y optimización de los sistemas captación de polvos y gases nitrosos y ventilación de la Planta de Residuos Anódicos, y el cierre de los tostadores New Jersey del Circuito de Zinc. También incluye el manejo de polvos en los lechos de fusión de cobre y plomo mediante sistemas de humedecimiento.

Como medida de corto plazo y reducción significativa del impacto de emisiones se adecuará una nueva área para el almacenamiento de coque importado, procediéndose a paralizar las operaciones de la Planta de Coque existente.

El monto de inversión de este proyecto será de US$ 10,48 millones, y se ejecutará entre los años 2004 – 2006.

En el Anexo VII-9, se muestran los Diagramas de Gantt con las actividades principales de los sub-proyectos involucrados.

### 2.9.9.1 REPOTENCIACION DE LOS SISTEMAS DE VENTILACION A, B y C DE LA PLANTA DE SINTERIZACION

**(Sub-proyecto # 9.1)**

**Objetivo**

Reducir las emisiones de polvo con contenido de plomo por las chimeneas de los "Scrubber", mediante la repotenciación de los "Bag-House" existentes y el mejoramiento de los sistemas de captación, reduciendo las emisiones fugitivas del área de sinterización.

**Descripción**

De acuerdo al estudio realizado por BHA, los colectores de mangas A y B deben ser repotenciados y el Sistema C debe ser rehabilitado para eliminar los "Scrubbers".

Las modificaciones sugeridas se refieren a la repotenciación de los ventiladores existentes, para conseguir las presiones estáticas adecuadas para una buena ventilación, y mejora de la relación aire/tela con la sustitución de válvulas solenoides por unidades de doble diafragma.

**Situación actual**

Se dispone del estudio de ingeniería básica y la propuesta económica de la firma BHA de USA.

**Impacto ambiental**

Reducción de las emisiones de plomo, con la consiguiente mejora de las condiciones ambientales del área de trabajo.

**Inversión total estimada:** US$ 0,7 millones

**Cronograma de actividades:** La implementación de este proyecto será ejecutado entre los años 2005 y 2006.

### 2.9.9.2 ENCERRAMIENTO Y SISTEMA DE VENTILACION DE LA PLANTA DE ESPUMAJE Y HORNOS DE PLOMO

**(Sub-proyecto # 9.2)**

**Objetivo**

Eliminar la fuga de gases y material particulado generado en la Planta de Espumaje durante las transferencias de metal líquido entre las ollas y en las operaciones de carga de sinter y coque a los Hornos de Plomo.

**Descripción**

Encerramiento total de los edificios de "Dross" y Hornos de Plomo e instalación de los sistemas de extracción de gases y de la batería filtros de manga ("Bag House") de una capacidad nominal de 260 000 ACFM. Previamente se procederá a la reparación estructural de los edificios y la ejecución de las obras civiles pertinentes.

**Situación actual**

Proyecto actualmente en ejecución. Se ha concluido la ingeniería de detalle del sistema de ventilación por la firma BHA de USA y el análisis estructural de las edificaciones ha sido efectuado por la empresa FIMA. Se han colocado órdenes de compra para la adquisición de los sistemas de ventilación por un monto de US$ 0.9 millones.

La implementación del proyecto esta en proceso de cotización.

**Impacto ambiental**

Evitar la emisión de material particulado y plomo, recuperándolos a través de la batería de filtros de manga.

**Inversión total requerida:** US$ 4,38 millones

**Cronograma de actividades:** La implementación del proyecto se realizará entre los años 2004 y 2006.

### 2.9.9.3 MANEJO Y HUMEDECIMIENTO DE LOS LECHOS DE FUSION DE PLOMO

**(Sub-proyecto # 9.3)**

**Objetivo**

Minimizar el arrastre de partículas por acción del viento en las zonas de almacenamiento de concentrados de plomo.

**Descripción**

Los lechos de fusión serán provistos de encerramientos laterales y humedecidos mediante un sistema de "sprays" de agua para mantener la humedad apropiada que evite el arrastre de partículas por acción del viento.

**Impacto ambiental**

Al mantener los lechos de fusión con la humedad adecuada, se minimizará el arrastre de material particulado con contenido de plomo, reduciendo la contaminación ambiental.

**Inversión total estimada:** US$ 0,50 millones.

**Cronograma de actividades:** La implementación de este proyecto se ejecutará entre los años 2005 y 2006.

### 2.9.9.4 MANEJO DE GASES NITROSOS DE LA PLANTA DE RESIDUOS ANODICOS

**(Sub-proyecto # 9.4)**

**Objetivo**

Eliminar las emisiones de gases nitrosos al medio ambiente por las chimeneas existentes de la Planta de Residuos Anódicos.

**Descripción**

Se instalará un lavador de gases tipo "Scrubber" conteniendo un agente químico que permita fijar los gases nitrosos en una solución acuosa para su reciclaje a otros procesos.

**Situación actual**

Se han efectuado mediciones de flujos y determinación de la concentración de $NO_2$ en los gases. Se viene solicitando propuestas técnico – económicas para el suministro e instalación del sistema de lavado y fijación de los gases nitrosos.

**Impacto ambiental**

Se eliminará la emisión de gases nitrosos al medio ambiente.

**Inversión total estimada:** US$ 0,70 millones

**Cronograma de actividades:** La implementación de este proyecto será ejecutada entre los años 2005 y 2006.

### 2.9.9.5 MANEJO Y HUMEDECIMIENTO DE LOS LECHOS DE FUSION DE COBRE

**(Sub-proyecto # 9.5)**

**Objetivo**

Minimizar el arrastre de partículas por acción del viento en las zonas de almacenamiento de concentrados de cobre.

**Descripción**

Los lechos de fusión serán provistos de encerramientos laterales y humedecidos mediante un sistema de "sprays" de agua para mantener la humedad apropiada que evite el arrastre de partículas por acción del viento.

**Impacto ambiental**

Al mantener los lechos de fusión con la humedad adecuada, se minimizará el arrastre de material particulado con contenido de plomo, reduciendo la contaminación ambiental.

**Inversión total estimada:** US$ 0,55 millones

**Cronograma de actividades:** Este proyecto será implementado entre los años 2005 y 2006.

### 2.9.9.6 ENCERRAMIENTO DE LA ZONA DE CARGA DEL REVERBERO DE COBRE

**(Sub-proyecto # 9.6)**

**Objetivo**

Capturar y manejar adecuadamente los gases y polvos generados por la operación de carguío de calcina al horno "Oxy-Fuel".

**Descripción**

Considera el encerramiento de la zona de carga del edificio del Reverbero "Oxy-Fuel" y la instalación de un sistema de "Bag House" para la captura de los polvos producidos durante la descarga de calcina al horno.

**Impacto ambiental**

Se eliminarán las emisiones fugitivas de material particulado y plomo.

**Inversión total estimada:** US$ 1,50 millones

**Cronograma de actividades:** La ejecución de este proyecto será en el año 2006.

### 2.9.9.7 MEJORA DE LOS SISTEMAS DE CAPTACION DE POLVOS DE LA PLANTA DE RESIDUOS ANODICOS

**(Sub-proyecto # 9.7).**

**Objetivo**

Incrementar la eficiencia de recuperación de material particulado a 95 % en el sistema de captación de polvos y reducir las emisiones fugitivas, mejorando la eficiencia de los Bag House #s 1, 2, 3 y 4 de la planta de Residuos Anódicos.

**Descripción**

Instalar un nuevo "Bag House" en la nave de convertidores, repotenciación de los "Bag House" existentes y reemplazar dos unidades de precipitadores electrostáticos.

**Situación actual**

Se cuenta con la ingeniería conceptual desarrollada por la firma BHA de USA, incluyendo la propuesta de suministro de equipos.

**Impacto ambiental**

Reducir la carga de polvo hacia Cottrell Central y las emisiones fugitivas de material particulado.

**Inversión total estimada:** US$ 1,15 millones.

**Cronograma de actividades:** Este proyecto será implementado en los años 2004 y 2006.

### 2.9.9.8 ENCERRAMIENTO DE LA ZONA DE DESCARGA DE CALCINA DE TOSTADORES DE COBRE

**(Sub-proyecto # 9.8)**

**Objetivo**

Minimizar las emisiones fugitivas de gases y material particulado producidos durante la descarga de calcina desde los tostadores de cobre hacia los carros calcineros.

**Descripción**

Encapsular la zona de descarga de los tostadores de cobre e instalar sistemas de ventilación para el manejo de gases y captura de material particulado.

**Impacto ambiental**

Reducir la emisión de gases y material particulado durante la operación de descarga de los tostadores de cobre, mejorando las condiciones ambientales del área de trabajo.

**Inversión total estimada:** US$ 1,00 millones.

**Cronograma de actividades:** La ejecución de este proyecto será el año 2006.

## 2.9.10 PROYECTOS AMBIENTALES COMPLEMENTARIOS

### 2.9.10.1 PAVIMENTACION DE VIAS ACCESO (Sub-proyecto # 10.1), COMPRA DE CARROS BARREDORES INDUSTRIALES (Sub-proyecto # 10.2)

Se considera en este grupo la pavimentación de vías de acceso a las diferentes plantas de fundición y refinerías, y la adquisición de dos carros barredores industriales. Estos sub-proyectos complementarán el proyecto de la construcción de una estación de lavado de llantas para camiones que transportan concentrados, materiales y productos terminados, el cual está incluido en el proyecto de la Planta de Tratamiento de Aguas Industriales.

**Objetivo**

Disminuir la polución ambiental producida por efectos eólicos y de transporte en las vías de acceso e internas de la zona industrial.

**Descripción**

La pavimentación considera un trabajo progresivo en las vías internas del Complejo Metalúrgico con el propósito de eliminar el arrastre de polvo, concentrados y otros materiales hacia los exteriores de la zona industrial. Este sub-proyecto se complementa con el proyecto de lavado de llantas de camiones y el sub-proyecto de adquisición de dos carros barredores industriales para la limpieza y recolección permanente de polvo en las áreas pavimentadas de la fundición.

**Situación actual**

Se vienen ejecutando los planes de pavimentación progresiva de los accesos, para definir los cronogramas y montos de ejecución.

**Impacto ambiental**

Los dos sub-proyectos mencionados, reducirán el impacto por material particulado que se genera por el tránsito vehicular y peatonal dentro de la zona industrial.

**Inversión total estimada:** US$ 2,40 millones.

**Cronograma de actividades:** La implementación de estos sub-proyectos se efectuarán entre los años 2005 y 2006, como se muestra en el Diagrama de Gantt del Anexo VII-10.

# APPENDIX C

## MODELING FILES
## AND
## LA OROYA MONITORING DATA