# Exhibit I

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date March 5, 2005

Subject: Fugitive and Stack PM10 Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of PM10 Dust Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack | 1947 | 1335 | 1172 | 1113 | |
| | | | | | |
| Sinter plant scrubber | 284 | 284 | 10 | 10 | |
| Sinter plant fugitives | 74 | 74 | 12 | 12 | |
| Blast furnace | 102 | 68 | 17 | 17 | Building Enclosure 2005 |
| Dross Plant | 153 | 153 | 38 | 38 | Building Enclosure 2006 |
| Casting Anodes | 7 | 7 | 0 | 0 | With ventilation of dross plant 2006 |
| Slimes Plant | 132 | 132 | 132 | 13 | Ag circuit modernization |
| Lead Electrolytic | 7 | 7 | 7 | 2 | Ventilate casting equipment |
| Copper converter aisle | 526 | 526 | 526 | 132 | Partial enclosure |
| Copper Roaster | 789 | 789 | 789 | 197 | Enclose 2 close 2 roasters |

| | | | | | |
|---|---|---|---|---|---|
| NJ Zinc Roaster | 500 | 0 | 0 | 0 | Closed 12/31/04 |
| Coke Plant | 1000 | 0 | 0 | 0 | Closed |
| Total Fugitives | 3574 | 2040 | 1531 | 421 | |
| Grand Total | 5521 | 3375 | 2703 | 1534 | |

Pb / Dust

| | val |
|---|---|
| Converter dusts | .352 |
| Dust agglomerado | .408 |
| Dust oxy fuel furn | .114 |
| Dust Pb BF | .589 |
| Dusts Pb Dross Furn | .262 |
| Dusts Zinc | .02 |
| Polvo Total | — |
| [illegible] Perdida Chimney Pring | .337 |
| Perdida P.R.A. [illegible] Residue | .092 |
| Sistema Ventilat PRA | .136 |
| Perdida Tostadores de Cobre | .076 |
| Perdida Cottrell Central | |
| Polvo Precipitado | |
| EFF Cottrell | |
| | |
| Dust Tostador de Cobre | .03 |
| Perdida Tost de Cobre | .076 |
| Polvo Precipitado | |
| EFF Cottrell Am | |

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date March 5, 2006

Subject: Fugitive and Stack Thallium Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of Thallium Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack | 0.13 | 0.09 | 0.079 | 0.075 | |
| | | | | | |
| Sinter plant scrubber | 0.57 | 0.57 | 0.02 | 0.02 | |
| Sinter plant fugitives | 0.15 | 0.15 | 0.025 | 0.025 | |
| Blast furnace | 0.012 | 0.008 | 0.002 | 0.002 | Building Enclosure 2005 |
| Dross Plant | 0.008 | 0.008 | 0.002 | 0.002 | Building Enclosure 2006 |
| Casting Anodes | 0.0008 | 0.0008 | 0 | 0 | With ventilation of dross plant 2006 |
| Slimes Plant | 0.002 | 0.002 | 0.002 | 0.0002 | Ag circuit modernization |
| Lead Electrolytic | 0 | 0 | 0 | 0 | Ventilate casting equipment |
| Copper converter aisle | 0.008 | 0.008 | 0.008 | 0.002 | Partial enclosure |
| Copper Roaster | 0.012 | 0.012 | 0.012 | 0.003 | Enclose 2 close 2 roasters |

Tl / Pb

| | ratio | |
|---|---|---|
| .0145 | 0.0002 | Pb BF |
| .1999 | 0.0049 | Pb Sinter Plant |

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date March 5, 2006

Subject: Fugitive and Stack Antimony Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of Antimonry Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack | 72 | 50 | 43 | 41 | |
| | | | | | |
| Sinter plant scrubber | 2.3 | 2.3 | .08 | .08 | |
| Sinter plant fugitives | 0.6 | 0.6 | 0.1 | 0.1 | |
| Blast furnace | 0.6 | 0.4 | 0.1 | 0.1 | Building Enclosure 2005 |
| Dross Plant | 1.2 | 1.2 | 0.3 | 0.3 | Building Enclosure 2006 |
| Casting Anodes | 0.12 | 0.12 | 0 | 0 | With ventilation of dross plant 2006 |
| Slimes Plant | 44.1 | 44.1 | 44.1 | 4.41 | Ag circuit modernization |
| Lead Electrolytic | 0.0004 | 0.0004 | 0.0004 | 0.0001 | Ventilate casting equipment |
| Copper converter aisle | 2 | 2 | 2 | 0.5 | Partial enclosure |
| Copper Roaster | 22.2 | 22.2 | 22.2 | 5.55 | Enclose 2 close 2 roasters |

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date March 5, 2006

Subject: Fugitive and Stack Bismuth Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of Bismuth Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack | 39 | 27 | 24 | 23 | |
| | | | | | |
| Sinter plant scrubber | 1.16 | 1.16 | .004 | .004 | |
| Sinter plant fugitives | 0.3 | 0.3 | 0.3 | 0.3 | |
| Blast furnace | 0.6 | 0.4 | 0.1 | 0.1 | Building Enclosure 2005 |
| Dross Plant | 0 | 0 | 0 | 0 | Building Enclosure 2006 |
| Casting Anodes | 0 | 0 | 0 | 0 | With ventilation of dross plant 2006 |
| Slimes Plant | 8 | 8 | 8 | .8 | Ag circuit modernization |
| Lead Electrolytic | 0.004 | 0.004 | 0.004 | 0.001 | Ventilate casting equipment |
| Copper converter aisle | 2 | 2 | 2 | 0.5 | Partial enclosure |
| Copper Roaster | 5.4 | 5.4 | 5.4 | 1.35 | Enclose 2 close 2 roasters |

| | | | | | |
|---|---|---|---|---|---|
| NJ Zinc Roaster | 0.2 | 0 | 0 | 0 | Closed 12/31/04 |
| Total Fugitives | 18 | 17 | 16 | 4.3 | |
| Grand Total | 57 | 44 | 40 | 27 | |

| Sb | Bi | |
|---|---|---|
| .07 | .09 | Converter ducts |
| .02 | .01 ✓ | Agglomeration ducts |
| .13 | .13 | Oxy Fuel Furnace ducts |
| .01 | .01 ✓ | Pb BF ducts |
| .03 | .00 | Pb DF ducts |
| .02 | .02 ✓ | Zinc duct |
| .05 | .05 | ~~Dust total~~ ~~Perdida Chimney Principal~~ |
| .11 | .06 ✓ | Perdida Chimney Principal |
| 4.41 | .72 | Perdida P.R.A. |
| 1.49 | .81 | Sistema Vent P.R.A. |
| 0.37 | .11 | Perdida Tostadores de Cobre |
| .05 | .05 | Perdida Cottrell Cabal |
| .05 | .05 | Polvo Precipitado |
| 1.00 | ~~1.07~~ | Efficiency Cottrell Cabal |
| .50 | .09 | Ducto Tostadores de Cobre |
| .37 | .11 | Perdida tostadores de Cobre |
| .52 | .09 | Polvo Precipitado |
| 1.05 | ~~.97~~ | ~~[illegible] cottrell efficiency~~ |

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date March 5, 2006

Subject: Fugitive and Stack Bismuth Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of Bismuth Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack | 39 ~~656~~ | 27 ~~450~~ | 24 ~~395~~ | 23 ~~375~~ | |
| | | | | | |
| Sinter plant scrubber | 1.16 ~~116~~ | 1.16 ~~116~~ | .004 ~~4~~ | .004 ~~4~~ | |
| Sinter plant fugitives | .3 ~~30~~ | .3 ~~30~~ | .05 ~~5~~ | .05 ~~5~~ | |
| Blast furnace | 0.6 ~~60~~ | .4 ~~40~~ | .1 ~~10~~ | .1 ~~10~~ | Building Enclosure 2006 |
| Dross Plant | 0 ~~40~~ | 0 ~~40~~ | 0 ~~10~~ | 0 ~~10~~ | Building Enclosure 2006 |
| Casting Anodes | 0 ~~4~~ | 0 ~~4~~ | 0 ~~0~~ | 0 ~~0~~ | With ventilation of dross plant 2006 |
| Slimes Plant | 8 [illegible] ~~10~~ | 8 [illegible] ~~10~~ | 8 [illegible] ~~10~~ | .8 ~~1~~ | Ag circuit modernization |
| Lead Electrolytic .001 | .004 ~~4~~ | .004 ~~4~~ | .004 ~~4~~ | .001 ~~1~~ | Ventilate casting equipment |
| Copper converter aisle | 2 ~~40~~ | 2 ~~40~~ | 2 ~~40~~ | 2 ~~10~~ | Partial enclosure |
| Copper Roaster .09 | 5.4 ~~60~~ | 5.4 ~~60~~ | 5.4 ~~60~~ | 1.35 ~~15~~ | Enclose 2 close 2 roasters |

| | | | | | |
|---|---|---|---|---|---|
| NJ Zinc Roaster .02 | .2 10 | ~~0~~ | ~~0~~ | ~~0~~ | Closed 12/31/04 |
| Total Fugitives | .8 ~~374~~ | .7 ~~344~~ | 16 ~~143~~ | 4.3 ~~56~~ | |
| Grand Total | 57 ~~1030~~ | 44 ~~794~~ | 40 ~~538~~ | 27.3 ~~431~~ | |

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date March 5, 2006

Subject: Fugitive and Stack Thallium Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of Thallium Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack .0002 | .13 ~~656~~ | .09 ~~450~~ | .079 ~~395~~ | .075 ~~375~~ | |
| | | | | | |
| Sinter plant scrubber .0049 | .57 116 | .57 116 | ~~.09~~ ~~4~~ | .02 ~~4~~ | |
| .0049 Sinter plant fugitives | 0.15 ~~30~~ | 0.15 ~~30~~ | .025 ~~5~~ | .025 ~~5~~ | |
| Blast furnace .0002 | 0.012 ~~60~~ | 0.008 ~~40~~ | 0.002 ~~10~~ | ~~.002~~ 10 | Building Enclosure 2005 |
| Dross Plant .0002 | 0.008 ~~40~~ | .0008 40 | ~~.0002~~ 10 | .002 10 | Building Enclosure 2006 |
| Casting Anodes .0002 | .0008 ~~4~~ | .0008 ~~4~~ | 0 | 0 | With ventilation of dross plant 2006 |
| Slimes Plant .0002 | .002 ~~10~~ | .002 ~~10~~ | .002 ~~10~~ | .0002 ~~1~~ | Ag circuit modernization |
| Lead Electrolytic 0.0000 | ~~4~~ 0 | ~~4~~ 0 | ~~4~~ 0 | ~~1~~ 0 | Ventilate casting equipment |
| Copper converter aisle .0002 | .008 40 | .008 40 | .008 ~~40~~ | .002 ~~10~~ | Partial enclosure |
| Copper Roaster .0002 | .012 60 | .012 60 | .012 60 | ~~.03~~ .003 ~~15~~ | Enclose 2 close 2 roasters |

| | | | | | |
|---|---|---|---|---|---|
| NJ Zinc Roaster 0.000 | ~~10~~ 0 | 0 | 0 | ~~0~~ | Closed 12/31/04 |
| Total Fugitives | 0.76 ~~374~~ | 0.76 ~~344~~ | 0.07 ~~143~~ | .054 ~~56~~ | |
| Grand Total | 0.89 ~~1030~~ | 0.84 794 | 0.15 ~~538~~ | .129 ~~431~~ | |

REVISED DRAFT

To: George McVehil

Cc: Jose Mogrovejo

From: Dan Vornberg

Date March 5, 2005

Subject: Fugitive and Stack PM10 Dust Reduction Projects Estimates

Attached are descriptions of the air pollution reduction projects identified in the DRP modernization plan document.

The project numbers are 8.1, 8.2. 8.3, 8.4, 8.5, 9.1, 9.2, 9.3, 9.4, 9.5, 9.6, 9.7, 9.8, 10.1. and 10.2. The sulfuric acid plant projects are also described in project 7.3 originally panned to complete in 2011 and now because of the Supreme Decree 46 must be completed by the end of 2010 if the extension provided for in that Supreme Decree is approved. In addition projects 7.1.1 relating to the installation of tuyere controls on lead blast furnace # 2 in years 2205 and 2006 is included.

Table of PM10 Dust Emissions

| | 2002 MT/yr | 2005 MT/yr | 2007 MT/yr | 2011 MT/yr | Notes |
|---|---|---|---|---|---|
| | | | | | |
| Main Stack ×/.337 | 1947 ~~656~~ | 1335 ~~450~~ | 1172 ~~395~~ | 1113 ~~375~~ | |
| | | | | | |
| Sinter plant scrubber ×/.408 | 284 ~~116~~ | 284 ~~116~~ | ~~92~~ ~~4~~ 10 | ~~92~~ ~~4~~ 10 | |
| ×/.408 Sinter plant fugitives | 74 ~~30~~ | 74 ~~30~~ | 12 ~~5~~ | 12 ~~5~~ | |
| Blast furnace ×/.589 | 102 ~~60~~ | 68 ~~40~~ | 17 ~~10~~ | 17 ~~10~~ | Building Enclosure 2005 |
| Dross Plant ×/.262 | 153 ~~40~~ | 153 ~~40~~ | 38 ~~10~~ | 38 ~~10~~ | Building Enclosure 2006 |
| Casting Anodes ×/.589 | 7 ~~4~~ | 7 ~~4~~ | 0 0 | 0 0 | With ventilation of dross plant 2006 |
| Slimes Plant ×/.076 | 132 ~~10~~ | 132 ~~10~~ | 132 ~~10~~ | 13 ~~1~~ | Ag circuit modernization |
| Lead Electrolytic ×/.589 | 7 ~~4~~ | 7 ~~4~~ | 7 ~~4~~ | 2 ~~1~~ | Ventilate casting equipment |
| Copper converter aisle ×/.076 | 526 ~~40~~ | 526 ~~40~~ | 526 ~~40~~ | 132 ~~10~~ | Partial enclosure |
| Copper Roaster ×/.076 | 789 ~~60~~ | 789 ~~60~~ | 789 ~~60~~ | 197 ~~15~~ | Enclose 2 close 2 roasters |
| Coke Plant | 1000 | 0 | 0 | 0 | |

| | | | | | |
|---|---|---|---|---|---|
| NJ Zinc Roaster ~~.02~~ | 500 ~~10~~ | 0 0 | 0 0 | 0 0 | Closed 12/31/04 |
| Total Fugitives | 3574 ~~374~~ | 3040 ~~344~~ | 531 ~~143~~ | 421 ~~56~~ | |
| Grand Total | 5521 ~~1030~~ | 3375 ~~794~~ | 2203 ~~558~~ | 1534 ~~431~~ | |