# Exhibit L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

A.O.A., et al.,

Plaintiffs,

vs. No. 4:11-cv-00044-CDP
(CONSOLIDATED)

DOE RUN RESOURCES
CORPORATION, et al.,

Defendants.

VIDEOTAPED VIDEOCONFERENCE Deposition
of DAVID SULLIVAN, CCM
Taken on July 9th, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

A.O.A., et al.,

Plaintiffs,

vs. No. 4:11-cv-00044-CDP
(CONSOLIDATED)

DOE RUN RESOURCES CORPORATION, et al.,

Defendants.

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DAVID SULLIVAN, CCM, taken on behalf of the Plaintiffs, all participants present by Zoom videoconference, on the 9th day of July, 2021, before Gretta G. Cairatti, RPR, CRR, MO-CCR #790, IL-CSR #084-003418.

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:

KRISTINE K. KRAFT, ESQ.
Schlichter, Bogard & Denton, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
314/621-6115
kkraft@uselaws.com

FOR THE DEFENDANTS THE RENCO GROUP, INC., et al.:

RANDY J. BUTTERFIELD, ESQ.
ARI GORDIN, SUMMER ASSOCIATE
King & Spalding LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, GA 30309
404/572-3511
rbutterfield@kslaw.com

APPEARANCES (CONTINUED):

FOR THE DEFENDANTS THE DOE RUN RESOURCES CORPORATION, et al.:

ROBERT J. WILL, ESQ.
Lewis, Rice & Fingersh, L.C.
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
314/444-7700
rwill@lewisrice.com

THE VIDEOGRAPHER:

JOHN M. GORE, CLVS
360 Litigation Services
10097 Manchester Road, Suite 102
St. Louis, MO 63122
314/394-2206
jgore@360litigationservices.com

_ _ _ _ _ _ _ _

A. That's correct.
Q. -- and 3047; right?
A. Yeah, that's correct. Yes.
Q. All right. And do you know where those samples were taken and how they were taken?
A. I've read the report. I don't recall the specific location for the air intake for those, but it was at the sinter building.
Q. Okay. They were -- they were from a cascade impactor, weren't they?
A. The -- these samples, the cascade impactor -- my understanding is, the microscopy was done from the five stages of the cascade impactor; that's correct.
Q. Okay. And in fact, when McCrone did the particulate analysis on the filter paper, it was actually looking at the filter paper from the Stage 1 filter of the cascade impactor; isn't that accurate?
A. Well, the standard way, as I showed in this appendix, for microscopy, they would use all five stages. There's no reason for them to assume that the cascade impactor exactly worked as planned. I mean, of course, a lot of evidence shows it doesn't. So if you're going to do a particle size

distribution by microscopy, you do the analysis based upon all five filters. And because the fact that you can get large particles going into the finest filter, there would be no reason for them to assume that that -- that the cascade impactor worked perfectly, because it doesn't.

Q. Going back to page 23, this -- this discusses the -- the five stage impactor and the filters. Do you see that?

A. I do.

Q. Okay. And Stage 1 is everything that's over 4.6 microns in size; right?

A. In theory, that's correct.

Q. And again, all these are fugitive emissions; right?

A. They were measuring fugitive emissions, but the issue you -- the figures you're showing right there, they are theoretical, and that's what ideally would happen. But if you have a situation with fugitive release with lots of larger particles, there's a high potential for those larger particles to skip all the way through to the fine fraction and other stages in between.

Q. All right.

A. And I show that analysis in my

Appendix C.

Q. So when you're seeing the -- I mean, what's the number mean? When you see the number on page 40, the -- are you saying it's five different filters that he's looking at?

A. Well, that -- that would be standard procedure. I mean, the documentation isn't totally clear exactly what McCrone did, but based upon literature, and standard practice, if they're doing microscopy, there's no reason to assume that the cascade impactor is working exactly as planned. They can directly see --

THE COURT REPORTER: I'm sorry? I'm sorry, Doctor, you faded -- or you faded out.

THE WITNESS: Because they can see --

THE COURT REPORTER: Thank you.

THE WITNESS: -- precisely what the particle sizes are with microscopy. With a cascade impactor, you're assuming that the inertial characteristics will allow you to accurately parse out the different sizes. Literature shows that there's a lot of problems with that. When you're dealing with a distribution, there's lots of large particles in it, like these fugitive