**Deposition of:**

# Shahrokh Rouhani, Ph.D., P.E.

**Case:**

## A.O.A., et al.

vs

## DOE RUN RESOURCES CORPORATION , et al.,

**Date:**

## 4-14-2021



**360 Litigation Services**
10097 Manchester Rd, Ste 102
St. Louis, Missouri  63122
360LitigationServices.com
314-394-2206

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF MISSOURI

 3                    EASTERN DIVISION

 4

 5

 6 A.O.A., et al.,

 7

 8 Plaintiffs,

 9

10 vs.                          No. 4:11-cv-00044-CDP

11                                 (CONSOLIDATED)

12 DOE RUN RESOURCES

13 CORPORATION, et al.,

14

15 Defendants.

16

17

18 VIDEOTAPED VIDEOCONFERENCE Deposition

19 of SHAHROKH ROUHANI, Ph.D., PE

20 Taken on April 14th, 2021

21

22

23

24

25
```

EXHIBIT 2

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE EASTERN DISTRICT OF MISSOURI

3                      EASTERN DIVISION

4

5  A.O.A., et al.,

6

7  Plaintiffs,

8

9  vs.                          No. 4:11-cv-00044-CDP

10                                 (CONSOLIDATED)

11 DOE RUN RESOURCES

12 CORPORATION, et al.,

13

14 Defendants.

15

16           VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

17 SHAHROKH ROUHANI, Ph.D., PE, taken on behalf of the

18 Plaintiffs, all parties attending by Zoom

19 videoconference, on the 14th day of April, 2021,

20 before Gretta G. Cairatti, RPR, CRR, MO-CCR #790,

21 IL-CSR #084-003418.

22

23

24

25

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
1  APPEARANCES OF COUNSEL:

2

3  FOR THE PLAINTIFFS:

4       ELIZABETH M. WILKINS, ESQ.

5       KRISTINE K. KRAFT, ESQ.

6       Schlichter, Bogard & Denton, LLP

7       100 South Fourth Street, Suite 1200

8       St. Louis, MO 63102

9       314/621-6115

10      bwilkins@uselaws.com

11      kkraft@uselaws.com

12

13 FOR THE DEFENDANTS THE DOE RUN RESOURCES

14 CORPORATION, et al.:

15      ROBERT J. WILL, ESQ.

16      Lewis, Rice & Fingersh, L.C.

17      600 Washington Avenue, Suite 2500

18      St. Louis, MO 63101

19      314/444-7700

20      rwill@lewisrice.com

21

22

23

24

25
```

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

 1 | APPEARANCES (CONTINUED):

 2

 3 | FOR THE DEFENDANTS THE RENCO GROUP, INC., et al.:

 4

 5 |     RANDY J. BUTTERFIELD, ESQ.

 6 |     King & Spalding LLP

 7 |     1180 Peachtree Street, N.E., Suite 1600

 8 |     Atlanta, GA 30309

 9 |     404/572-3511

10 |     rbutterfield@kslaw.com

11

12

13 | THE VIDEOGRAPHER:

14

15 |     STEVE JOHNSTON, LEGAL VIDEOGRAPHER

16 |     360 Litigation Services

17 |     10097 Manchester Road, Suite 102

18 |     St. Louis, MO 63122

19 |     314/394-2206

20 |     360lsvideoproduction@gmail.com

21

22

23 |                  _ _ _ _ _ _ _ _

24

25

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
1                    I N D E X
                SHAHROKH ROUHANI, PHD, PE
2                   April 14, 2021

3

4
    EXAMINATION OF SHAHROKH ROUHANI, PHD, PE:
5
        Examination by Ms. Wilkins           7
6

7

8              DEPOSITION EXHIBITS
            SHAHROKH ROUHANI, PHD, PE
9                 April 14, 2021

10

11   NUMBER        DESCRIPTION           MARKED

12   1      Supplemental Expert Report of    8
            Shahrokh Rouhani, Ph.D., P.E.,
13          dated March 19, 2021

14   2      2017 EPA Guidance               24

15   3      USEPA NAAQS Table               73

16   4      Meteorology and Atmospheric    137
            Physics article titled Air
17          quality model performance
            evaluation, J.C. Chang and
18          S.R. Hanna

19

20
            Errata                         152
21
            Witness Signature              154
22

23

24

25
```

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
 1            THE VIDEOGRAPHER:  We are on the

 2   record at 8:57.  Today's date is April 14,

 3   2021, and all parties are attending by Zoom

 4   videoconference.  We are here today for the

 5   deposition of Dr. Shahrokh Rouhani to be taken

 6   in the case of A.O.A. versus Doe Run Resources

 7   Company, et al.

 8            At this time would counsel identify

 9   themselves for the record, please?

10            MS. WILKINS:  Beth Wilkins for the

11   Plaintiffs.

12            MS. KRAFT:  Kristine Kraft for the

13   Plaintiffs.

14            MR. WILL:  Robert Will for Defendant

15   Doe Run Resources Corporation.

16            MR. BUTTERFIELD:  Randy Butterfield

17   for the Defendants.

18            THE VIDEOGRAPHER:  Thank you.  Would

19   the court reporter please swear in the

20   witness?

21

22                  / / /

23

24

25
```

EXHIBIT 2

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
 1              SHAHROKH ROUHANI, Ph.D., PE,

 2

 3  of lawful age, having been first duly sworn to

 4  testify the truth, the whole truth, and nothing but

 5  the truth in the case aforesaid, deposes and says in

 6  reply to oral interrogatories propounded as follows,

 7  to-wit:

 8                      ------------

 9                      EXAMINATION

10                      ------------

11  QUESTIONS BY MS. WILKINS:

12      Q.    Good morning, Dr. Rouhani.

13      A.    Good morning.

14      Q.    You understand that we are here today to

15  take your deposition regarding a supplemental expert

16  report that you prepared in this case; correct?

17      A.    Correct.

18      Q.    Okay.  And I'm just going to -- if you

19  recall when we -- we did this last time, we dropped

20  exhibits into the Chat panel and you can download

21  them from there.

22            Do you recall that?

23      A.    Last time we had a face-to-face

24  deposition.

25      Q.    That's right, we did.
```

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1       A.    Yeah.

2       Q.    I forgot about that.  You were one of the

3  last ones to get in.

4            So do you understand how to pull the

5  exhibits from the Chat panel?

6       A.    I believe so.

7                (Deposition Exhibit 1 marked

8                for identification.)

9  QUESTIONS BY MS. WILKINS:

10      Q.    Okay.  So I'm going to drop a copy of

11  your report marked as Exhibit 1 into the Chat panel.

12  Can you let me know when you receive that?

13      A.    I have -- I just downloaded that.  It's

14  on my machine now.

15      Q.    Okay.  Can you take a look at that and

16  confirm for me that that is the supplemental expert

17  report that you prepared in this case?

18      A.    Sure.  I confirm that it seems to be my

19  expert report, yes.

20      Q.    As of right now, are there any changes

21  that need to be made to your report?

22      A.    Not that I know of.

23      Q.    Last week -- approximately last week

24  there was a file produced to my office with your

25  reliance materials.  It contained two Excel

**EXHIBIT 2**

1 spreadsheets, an RND file, and a 1978 EPA guideline

2 on air quality models.

3         Do you have any additional documents that

4 you're relying on aside from those materials and the

5 ones that are cited in your supplemental report?

6     A.    I don't think so.

7     Q.    Okay.  Do you have any files or documents

8 with you today that have not already been provided

9 to my office?

10     A.    I don't think so.

11     Q.    Okay.  So during your last deposition

12 about a year ago, you testified that air modeling is

13 not your field of expertise.  Is that still true?

14     A.    Correct.

15     Q.    And you testified that you had never

16 performed a peer review of any air modeling article.

17 Is that still true?

18     A.    Correct.

19     Q.    You testified before that you have never

20 taught any classes in air modeling.  Is that still

21 true?

22     A.    Correct.

23     Q.    And you testified previously that, within

24 your company, you do not advertise yourself as

25 providing air modeling services to clients.  Has

EXHIBIT 2

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 that changed?

2     A.    Correct.

3     Q.    I'm sorry, there was some background

4 noise.  Did you say correct?

5     A.    Yes.

6     Q.    Okay.  Other than maybe having done some

7 air modeling in graduate school, you previously

8 testified that you have not performed air modeling

9 in your career.  Is that still accurate?

10     A.    As is stated in my CV, I have done

11 research on air modeling in the past for EPA.  So in

12 addition to those that I did in grad -- during my

13 graduate studies, I also conducted air modeling for

14 EPA years ago.

15     Q.    So you -- you conducted the air modeling,

16 created the air model yourself.  Is that what you're

17 telling me now?

18     A.    I believe so.  It's all stated in my CV,

19 which is part of my expert report.  If you go to --

20 it was in my original report that contained my CV

21 and part of that was the -- some -- the air modeling

22 investigation that I did years ago.

23     Q.    And how many years ago was that?

24     A.    I would say that it was roughly 25 years

25 ago.  I was still at Georgia Tech.

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1     Q.    Okay.  And that was during graduate

2 school?

3     A.    No, that was during the time that I was a

4 faculty, tenured faculty, at Georgia Tech.

5     Q.    Okay.  You are not trained to run

6 CALPUFF, are you?

7     A.    No.

8     Q.    And you're not trained to understand the

9 results of CALPUFF?

10           MR. WILL:  Object to form.  Vague.

11           THE WITNESS:  I was not trained to

12    use CALPUFF.

13 QUESTIONS BY MS. WILKINS:

14     Q.    In your deposition a little over a year

15 ago, you testified that, in your career, you've

16 never applied EPA air modeling protocols in your

17 work.  Is that still accurate?

18     A.    Do you mean CALPUFF?

19     Q.    No, I'm talking about the EPA protocols

20 that advise how to perform air modeling.

21     A.    I'm very --

22           MR. WILL:  Object to form.  Vague.

23           THE WITNESS:  I'm very familiar with

24    those -- with those -- the guidance document

25    and I've cited them both in my original expert

1       report as well as in my supplemental report.

2  QUESTIONS BY MS. WILKINS:

3       Q.    Aside from in this case, have you ever

4  applied the type of statistical analysis that you're

5  doing here to an air model in -- in any other time

6  in your career?

7       A.    If -- if you mean that comparison of

8  predicted value versus measured value, that's a

9  standard procedure that I -- that I've used in air

10 modeling work that I did while I was at Georgia

11 Tech.

12      Q.    While you were at Georgia Tech, did you

13 compare in time and space predicted values from an

14 air model to measured values?

15      A.    Correct.

16      Q.    Do you hold yourself out to have an

17 expertise in air quality modeling?

18      A.    No.

19      Q.    Do you have expertise in the collection

20 of the measured air quality data used in air

21 modeling?

22      A.    Can you clarify your question?  What do

23 you -- do you mean the actual measurement

24 techniques?

25      Q.    Well, we'll ask you that.  Do you have --

1      A.    Okay.

2      Q.    -- expertise in the measurement

3 techniques for collecting air quality data that's

4 used in air quality models?

5      A.    No.

6      Q.    Do you have expertise in determining

7 whether measured air concentrations used in air

8 quality models accurately reflects the air

9 concentrations where they were collected?

10     A.    If you mean that by quantitative

11 assessment of a model, yes.

12     Q.    No, what I'm asking you is, do you have

13 any expertise in determining whether the data that

14 you get from an air monitor is accurate?

15     A.    When -- let me put it this way.  By -- my

16 expertise is on environmental statistics and I am

17 validating -- or evaluating a model by comparing its

18 predicted values to measured values.  Within that

19 context, I'm very much an expert.

20     Q.    So my question is about specifically the

21 data that's collected from the air monitors.  Are

22 you an expert in evaluating whether air monitors are

23 accurately reporting the air concentrations in the

24 location where they are sited?

25     A.    I'm not an expert in air monitoring

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  techniques.

2       Q.    Do you consider yourself to have

3  expertise in evaluating whether the meteorological

4  data that's used in an air model is of good quality?

5       A.    I'm not an expert in the reliability of

6  meteorological data.

7       Q.    Would you agree that when you are

8  evaluating an air quality model's accuracy, you need

9  to consider what is known about the environment

10 that's being modeled?

11      A.    That's the job of the modeler to ensure

12 the reliability of his or her model results.  Every

13 relevant condition must be considered.

14      Q.    My question is you, Dr. Rouhani, when you

15 are evaluating an air quality model's accuracy, like

16 you've done in this case, is it important for you,

17 Dr. Rouhani, to consider what's known about the

18 environment that's being modeled?

19           And I'm sorry, I mispronounced your name.

20      A.    Rouhani, that's okay.

21           I believe that I've -- when you are

22 evaluating a model, the premise is that the modeler

23 has done his job correctly, and therefore, the

24 results that he presents as a predicted value is

25 the -- is based on adequate knowledge of the site

1 conditions.  Within that context, then you can

2 compare those predicted values to measured values,

3 or other alternative models, to assess the stated

4 conclusions.

5     Q.    So let me make sure I understand your

6 testimony.  Is it your testimony that when you,

7 Dr. Rouhani, are evaluating an air quality model,

8 you trust that the modeler has considered what's

9 known about the environment that's being modeled,

10 and therefore you don't need to consider that

11 yourself; is that accurate?

12              MR. WILL:  Object to form.

13              THE WITNESS:  Obviously, you know,

14       like similar to this case, when I was

15       reviewing that, I got myself acquainted with

16       the terrain and history of the site, but I am

17       generally assuming that the modeler has done

18       his job adequately and is representing the

19       most reliable predictions that he or she can

20       generate.  This is when I come in and then

21       compare those to the measured values.

22 QUESTIONS BY MS. WILKINS:

23     Q.    So is it important for you, Dr. Rouhani,

24 to know when you are evaluating an air quality

25 model, the geography of the area that's being

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 modeled?

2      A.    I made myself familiar with both the

3 geography, topography, and history of the site.

4      Q.    Is it important to you when you are

5 evaluating an air quality model to consider whether

6 there's a large emission source, like a smelter, in

7 the area?

8      A.    I mean, the history of the site is always

9 important.  And I've made myself familiar with the

10 historical conditions at this site, including the

11 presence of a larger meteorologic -- I'm sorry,

12 mineralogical complex.

13      Q.    Metallurgical complex I think is the word

14 you were looking for.

15      A.    Yes, that's right.  That's correct.

16      Q.    Sure.  Is it important to you, when you

17 are evaluating an air quality model, to understand

18 whether blood lead levels have been high in the

19 community that's being modeled?

20      A.    In this case, I focused on -- in my

21 supplementary work, on Mr. Sullivan's modeling

22 results, and I -- and I don't believe that he -- he

23 got to the level of blood lead levels.  So in this

24 case, I focused basically on predicted results that

25 Mr. Sullivan has provided versus those as measured.

1      Q.      So is it your testimony that here it was

2  not important for you to consider what the blood

3  lead levels have been in the community?

4      A.      For this -- for the opinions expressed in

5  my supplementary report, I don't believe that they

6  were -- that they were a critical element.

7      Q.      Is it important, when you are evaluating

8  an air model's accuracy, for you to consider the

9  siting of air monitoring stations?

10      A.      The monitoring stations are the source of

11  the observed measured values and therefore I believe

12  that their sitings are important.

13      Q.      What is important for you to understand

14  about the siting of the air monitoring stations?

15      A.      In this case, the result is that if those

16  measurements are treated as reliable or not.

17      Q.      And so what do you evaluate about the air

18  monitoring stations to consider whether or not the

19  measurements they're making are reliable?

20      A.      If the measurements are presented as --

21  as measured values, or observed values, then I'm

22  assuming that, when I'm comparing the predicted

23  values to those, that they are reliable.

24      Q.      So you're not independently doing

25  anything to determine whether the information

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 collected from the air monitoring stations is

2 reliable; is that correct?

3      A.    Correct, I am not evaluating the

4 reliability of measurement values.  I am totally

5 relying on Mr. Sullivan's reported measured values.

6      Q.    And you are not considering whether the

7 air monitoring stations are properly sited to

8 collect accurate information; is that correct?

9      A.    I'm not assessing the -- the issues

10 related to the siting of the measurement stations,

11 correct.

12      Q.    When you are evaluating an air model

13 where the model is designed to determine human

14 health risks or impacts, is it important for you to

15 consider where people live within the vicinity of

16 the source of exposure?

17      A.    Again, I'm assuming that the modeler is

18 covering critical areas from -- to cover various

19 issues of concerns, including the population

20 centers.

21      Q.    During your last deposition you testified

22 that you had never been to La Oroya.  I assume

23 that's still true?

24      A.    True.

25      Q.    So you have not seen the geography of

EXHIBIT 2

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  La Oroya in person.

2       A.     I've not seen the geography in person.

3       Q.     Are you aware that there are seven

4  monitoring stations from which the data was

5  collected and used for air modeling in this case?

6       A.     I'm aware of those.

7       Q.     Are you familiar with the Huanchan site?

8       A.     I believe so.

9       Q.     What do you know about that site?

10      A.     Huanchan is located to the east of the

11  La Oroya Antigua and I believe that it is mainly a

12  waste disposal area based on the pictures that I've

13  seen.  If I'm not wrong, Huanchan was a major place

14  where they stored waste.

15      Q.     Can you describe the geography of the

16  Huanchan site?

17      A.     Again, I'm relying on my memory.  It is

18  located to the east of the city along the valley

19  where the river flows and it is -- I don't believe

20  that it's that far from La Oroya Antigua.

21      Q.     So you'd describe the geography as being

22  a valley.  Would you agree that it's a rather narrow

23  valley where the Huanchan site is located?

24      A.     I'm not an expert in -- in topography,

25  but based on the pictures that I saw, they look like

**EXHIBIT 2**

1  a fairly narrow valley.

2      Q.    And would you agree that the waste pile

3  at Huanchan is located on a small plateau that's on

4  a hillside?  Are you aware of that?

5      A.    The Google pictures depict something of

6  that nature, yes.

7      Q.    Is it important for you to consider that

8  geography when you are evaluating air modeling of

9  the Huanchan site?

10      A.    I'm assuming that the modeler has

11  considered those specific topographical features in

12  their modeling results.

13      Q.    Do you know how close any -- the people

14  within La Oroya live to the Huanchan site?

15      A.    In the Google pictures, you could see

16  only a few people walking around the area where

17  Huanchan is, far less than the number of people that

18  you see in pictures from La Oroya Antigua.

19      Q.    Did you see any houses nearby the

20  Huanchan site?

21      A.    I don't recall any.

22      Q.    Do you recall any schools or commercial

23  businesses of any kind near the Huanchan site?

24      A.    I don't remember seeing any of that.

25      Q.    Do you have any opinion as to whether an

1 air quality model can accurately represent or

2 predict air quality around the Huanchan site?

3    A.    I have not looked into that question at

4 all.

5            MS. WILKINS:  And if I can just say

6        quick, I'm not --

7            THE WITNESS:  Yes.

8            MS. WILKINS:  -- sure who it might

9        be, but somebody has e-mail alerts on, I

10        believe, and they're a little bit distracting.

11        So if it's possible to turn those off, I'd

12        appreciate that.

13 QUESTIONS BY MS. WILKINS:

14    Q.    Do you understand what model calibration

15 means with regard to air quality model -- modeling?

16    A.    Yes, in general terms.

17    Q.    And what do you understand -- I'm sorry,

18 what do you understand that to mean?

19    A.    I understand it is usually referred to a

20 broad range of computational activities where the

21 model results are compared to the measured values,

22 and to the extent possible, adjustments are done to

23 improve the reliability of the model, i.e., bring

24 them as close as possible to the measured values.

25    Q.    Is it your opinion that model calibration

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  is an accepted method in the U.S. for air quality

2  modeling methodology?

3      A.    When there is plenty of -- when -- let me

4  say -- start again.

5            In fact, when there are ample data

6  observed, measured values, then calibration is

7  almost a generic part of any modeling activity.

8      Q.    Does the USEPA advise that model

9  calibration should be done in air modeling?

10     A.    I don't believe that they have any broad

11 recommendations about it.  However, when data is

12 available, when the -- when the concept is

13 simulation of a historic condition, calibration is

14 always conducted by model makers.

15           In certain cases, especially when you are

16 dealing with regulatory or hypothetical future

17 conditions, calibration may not be feasible and thus

18 may not be recommended, but those are generally for

19 regulatory conditions when hypothetical conditions

20 are being considered in the future.

21     Q.    Do you have any authority that you can

22 cite that supports that -- your opinion that

23 calibration is almost always a generic part of any

24 modeling activity?

25     A.    If --

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
 1                    MR. WILL:  Object to form.
 2                    THE WITNESS:  If the objective of the
 3          modeling activity simulate past historical
 4          conditions, and if measured values are
 5          available, it's a generic part of the method.
 6          Many of the earlier EPA guidance documents, in
 7          fact, you know, talk about it.  They talk
 8          about that reliability of a model is measured
 9          in specific terms, therefore, only in
10          hypothetical future regulatory conditions,
11          that I am aware of, that calibration is not --
12          is not -- is not recommended.
13  QUESTIONS BY MS. WILKINS:
14      Q.    And my question is, do you have any
15  authority that you can -- authority that you can
16  cite to that supports your opinion that if the
17  objective of the modeling activity is to simulate
18  past historical conditions, then it's a generic part
19  of the methodology?  Is there any authority that you
20  can point me to that supports that opinion?
21      A.    I believe that if you look at and read
22  the cited EPA guidance document that, in fact,
23  Mr. Sullivan has included in his reliance documents,
24  you can easily find references that clearly point to
25  the need or the desire to -- I'm sorry, the
```

 1 preference for calibration, especially when a large

 2 amount of measured values are available.

 3      Q.    Which guidance document from the EPA are

 4 you referring to there?

 5      A.    For example, I'm thinking about the --

 6 you know, the earliest one.  I believe it was 1978.

 7 Then there's 2017.  There are -- you know, there are

 8 numerous guidance documents that, in fact, very

 9 clearly point to the need for calibration if

10 measured data are available and if our goal is to

11 simulate past historical conditions.

12                (Deposition Exhibit 2 marked

13                for identification.)

14 QUESTIONS BY MS. WILKINS:

15      Q.    I'm going to mark a copy of the 2017 EPA

16 guidance as Exhibit 2.  I'll put it in the Chat

17 panel and I would like you to point me where in that

18 document it advises about the need for calibration

19 if measured data are available and if the goal is to

20 simulate past historical conditions.  So if you can

21 just give me a second to get that marked and into

22 the Chat box.

23                MS. WILKINS:  It's not cooperating.

24                Okay.  Gretta, I'm not able to mark

25      this document because it's a locked PDF.  Are

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1       you able to do that on your end?

2                   THE COURT REPORTER:  If they are

3         locked, I don't think I can either, but you're

4         welcome to put it up there and I can maybe try

5         and mark it on a break.

6                   MS. WILKINS:  Okay.

7                   THE COURT REPORTER:  Either way, if

8         you identify it, we can get it marked.

9                   MS. WILKINS:  Okay.  Thanks.

10                  THE COURT REPORTER:  Sure.

11  QUESTIONS BY MS. WILKINS:

12      Q.    I put that in the Chat panel,

13  Dr. Rouhani, if you can let me know when you're able

14  to see it.

15      A.    Sure.  Okay.  I have it.

16      Q.    So this document that I've just shared

17  with you that we'll refer to as Exhibit 2, is this

18  the 2017 EPA guidance on air quality models that you

19  were referring to?

20      A.    This is the revision to the guidelines on

21  air quality models.  And it's enhancement to the

22  air -- AERMOD dispersion model and incorporation of

23  approaches to address ozone and fine particulate

24  matters.

25      Q.    And is this the -- the referenced

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  document that you were referring to when you said

2  that Mr. Sullivan had included some references on

3  the preference for calibration?

4       A.    Mr. Sullivan refers to a plus or minus

5  factor of 2.  I believe that he refers to it and

6  it's an EPA 2008 document, based on my memory, which

7  is -- I cited that in my original document.

8       Q.    Okay.  I'm not talking about the factor

9  of 2 or anything of that nature.

10           What I'm asking you about is your

11  testimony that there's a 2017 EPA document that

12  advises for the need for calibration if measured

13  data are available and if our goal is to simulate

14  past historical conditions.  Is this the 2017

15  document that you were referring to?

16       A.    I don't believe that this document

17  specifically refer to -- to the need for

18  calibration.  It's a general accepted concept among

19  modelers that if you are simulating historical

20  conditions, and if there are ample air modeling

21  measurements available, calibration is a generic

22  part of the modeling activities.

23       Q.    Okay.  Your expert supplemental report in

24  this case cites a number of reference materials;

25  correct?

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1    A.    Yes.

2    Q.    Can you point to any of those reference

3 materials that supports that if you're simulating

4 historical conditions and ample air modeling

5 measurements are available, that calibration is a

6 generic part of the modeling activities?

7    A.    I'm now searching for that statement

8 because, if you allow me, I will go over to Exhibit

9 No. 1 and tell you.

10          For example -- for example, if you look

11 at paragraph 18 of my supplemental report, it states

12 that, The results of any air model should be

13 assessed against measured values to determine its

14 reliability.

15          And then I cite the USEPA 1978,

16 Section 6, page 39, which states that, Any

17 application of air quality models may have

18 deficiencies which cause estimated concentrations to

19 be in error.  When practical to obtain a measure of

20 confidence in the estimate, they should be compared

21 with observed air quality and their validity

22 determined.

23          So I am -- these are the type of

24 statements that EPA has made which implies that --

25 that you need to compare -- if there are measured

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 values available, compare your predicted values to

2 measured values, and then -- which makes it a

3 generic part of -- of a modeling process.

4        So that is my interpretation that -- and

5 based on my experience, calibration in those cases

6 are a generic part of the estimation process.

7    Q.    And the experience that you're

8 referencing there, is that your experience 25 or so

9 years ago creating an air model?

10    A.    It is -- covers a lot longer, in a 40,

11 50 year -- not 50 years, but almost -- more than

12 40 years of experience in environmental modeling.

13    Q.    And how many times in your career have

14 you actually performed calibration on an air model

15 that you created?

16    A.    As I mentioned it, my air modeling goes

17 back to my Georgia Tech days when I did for EPA.

18    Q.    And my question is, how many times in

19 your career have you actually performed calibration

20 on an air model that you created?

21    A.    As I said, my experience goes back to my

22 Georgia Tech days when I conducted that modeling

23 activity for USEPA.

24    Q.    And what I'm asking you is how many

25 times?  Not when or where.  How many times?

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1     A.     Times?  I mean, calibration is not

2  something that you can count it as 1, 2, 3, 4 times.

3  You -- when you present a model as part of this

4  generic development, a calibration is involved.  And

5  it's usually, a lot of times, is an involved

6  process.  So it's not a one-time step.  You adjust

7  certain parameters and see how the model is doing.

8  You go through many iterations until you reach a

9  model that you view as being reliable.

10     Q.     How many models have you performed

11  calibration on that you have created?

12     A.     I mean, it's really many.  I -- I cannot

13  even count it.  Only -- probably my CV would be the

14  best indication of that.

15     Q.     Okay.  I'm asking you about models that

16  you, Dr. Rouhani, air models that you have created.

17     A.     Oh, air models.

18     Q.     How many of those have you performed

19  model calibration on?

20     A.     Every time -- you know, as I said, I did

21  that work with USEPA when I was at Georgia Tech.  I

22  also did another air modeling for Atlanta, and this

23  was, I remember it, it was in 1996.  It was as part

24  of the Olympic activity.  And each time, calibration

25  was a generic part of my procedure.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
 1        Q.     So are we talking about two air models?

 2        A.     Two projects that involved air modeling.

 3        Q.     Is it your opinion that the EPA advises

 4   that model calibration should be performed to

 5   evaluate the performance of an air model?

 6        A.     The performance of a model depends on the

 7   objectives of the activity.  If, for example -- EPA,

 8   in fact, is quite clear about it -- if the modeling

 9   is being done for regulatory purposes under

10   hypothetic -- future hypothetical conditions,

11   calibration frankly is not feasible.  You don't have

12   any data to -- future data to compare it to.

13             But if the objective is to simulate

14   historical conditions and if measurements are

15   available, calibration is a generic part of -- of

16   any air modeling, of such air modeling activities.

17        Q.     So my question was, is it your opinion

18   that the EPA advises that model calibrations should

19   be performed to evaluate the performance of an air

20   model?

21             MR. WILL:  Object to form.

22   QUESTIONS BY MS. WILKINS:

23        Q.     Does the EPA do that?

24             MR. WILL:  Object to form.  Asked and

25        answered.
```

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
 1                THE WITNESS:  As I said before, if
 2         the objective is regulatory applications under
 3         hypothetical future conditions, I don't
 4         believe that calibration is warranted.  But if
 5         it's the simulation of past historical
 6         results, and ample data are available, then
 7         calibration is -- is a generic part of the
 8         modeling process.
 9   QUESTIONS BY MS. WILKINS:
10        Q.    So is it your testimony that the EPA
11   advises that model calibration should be performed
12   to evaluate the performance of an air model if the
13   air model is attempting to simulate past historical
14   results and ample data are available?
15        A.    This is my understanding of the
16   statements that are embedded in various EPA guidance
17   documents.
18        Q.    Okay.  And one of those EPA guidance
19   documents that you're referring to is the 1978
20   document; correct?
21        A.    One of them, yes.
22        Q.    And what other EPA guidance documents are
23   you referring to for your understanding that the EPA
24   advises that model calibration should be performed
25   to evaluate the performance of an air model if the
```

**EXHIBIT 2**

1 air model is attempting to simulate past historical

2 results and ample data are available?

3      A.    I believe that Mr. Sullivan cites EPA

4 2008.  That's another one that, again, talks about

5 comparing predicted values to measured values.

6 And --

7      Q.    Do you -- go ahead.

8      A.    I'm sorry.

9      Q.    No, I'm sorry.  Go ahead.

10      A.    And that's where the statement plus or

11 minus to factor of -- plus or minus factor of 2, in

12 fact, was cited by Mr. Sullivan.  In 2017, on

13 page 5000 -- again, as I stated in my supplemental

14 report, paragraph 19, As noted in USEPA 2017,

15 page 5209, errors in model input can result in

16 concentration error -- errors.  Such

17 uncertainties -- this is a quotation -- do not

18 indicate that an estimated concentration does not

19 occur, only the precise time and locations are in --

20 in doubt.  Composite errors in highest estimated

21 concentrations of 10 to 40 percent are found to be

22 typical.

23          So you immediately see that.  When an EPA

24 guidance document talks about errors, i.e., the

25 difference between predicted values and measured

1 values, and it even puts a bound on what are those

2 typical errors could be, then it clearly means that

3 calibration is a generic part of the process.

4      Q.    We're talking about model calibration.

5 Let me make sure we're talking about the same thing.

6           Is it your opinion that the EPA advises,

7 in this 2017 document, that model performance should

8 be evaluated by comparing specific hourly measured

9 data points taken at a specific location to the

10 value that the model predicts at that time and

11 location?

12     A.    In fact, the 2017, as, again, I have

13 mentioned in my supplementary report, states that.

14 And this is a direct quotation of that on page 5209.

15 Such uncertainties do not indicate that an estimated

16 concentration does not occur, only that the precise

17 time and locations are in -- therefore --

18               THE COURT REPORTER:  I'm sorry,

19      Doctor, I couldn't -- I didn't hear the last

20      part.  You said "precise time and locations

21      are" something.

22               THE WITNESS:  In doubt.

23               THE COURT REPORTER:  Oh, thank you.

24               THE WITNESS:  I'm sorry, do you hear

25      me well now?

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1                    THE COURT REPORTER:  No, I did, I

2            just didn't hear the last two words.

3                    THE WITNESS:  Okay.  Sorry.

4                    So again, it is my understanding that

5            this EPA guidance document still would like to

6            perform a degree of calibration but not

7            necessarily in a precise time and location.

8            That's the reason that I have conducted

9            nonconcurrent comparisons to just make sure

10           that maybe, on a nonconcurrent basis, the

11           results are -- again, can be viewed as

12           reliable and close to those measured.

13  QUESTIONS BY MS. WILKINS:

14       Q.    Okay.  In your supplemental expert

15  report, part of what you did was to compare a

16  specific measurement taken at a specific time at a

17  specific location to the -- what the model predicts

18  to be the air concentrations at that time and

19  location; correct?

20       A.    Those are what I refer to as concurrent

21  comparisons, yes.

22       Q.    Do you agree that the EPA says that

23  should not be done to evaluate model performance?

24       A.    I have not seen any statements saying

25  that concurrent comparisons should not be that.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 However, when you are using models, USEPA 2017 gives

2 you -- allows you to also consider nonconcurrent

3 comparisons.  And I have looked at those separately,

4 also.

5      Q.    Okay.  You cited the EPA 2017 document,

6 page 5209.  Can you go to that page, please?  It's

7 page 28 of the PDF, if that's helpful.

8      A.    Sure.

9      Q.    Let me know when you're there, please.

10      A.    Sure.  I'm getting there.  Okay.  I'm

11 there.

12      Q.    Okay.  Do you see in the middle column of

13 that page, Section 4.2?

14      A.    I was in the wrong page, sorry.

15            Okay.  Now I'm there, 4.2, yes.

16      Q.    Okay.  And just for the record, this is a

17 document that we will be marking as Exhibit 2.

18            Right above Section 4.2, do you see the

19 last section -- or the last sentence of Section 4.1

20 that reads, Because of the uncertainty in paired

21 modeled and observed concentrations, any attempts at

22 calibration of models based on these comparisons is

23 of questionable benefit and shall not be done.

24            Do you see that?

25      A.    Yes.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      Q.    Okay.  Do you understand that to -- when

2  it references paired modeled and observed

3  concentrations, what it's talking about is comparing

4  a measured value taken at a specific time and

5  location to the modeled prediction at that time and

6  location?

7                  MR. WILL:  Object to form.

8         Mischaracterizes the document.

9                  THE WITNESS:  In fact, if you look at

10        this document, this section that you sited,

11        it's about models for carbon monoxide, lead,

12        sulfur, and primary particulate matters.

13        That's Section 4.0.

14                  And this particular one, it is for

15        the case of model evaluation intercomparison

16        should -- when you are considering regulatory

17        conditions and, therefore, hypothetical future

18        conditions are the ultimate objective of the

19        model.  In those cases, I -- my understanding

20        is that EPA is saying that calibration will

21        not be -- is of questionable benefit and shall

22        not be done.

23  QUESTIONS BY MS. WILKINS:

24      Q.    But isn't that what you did in your

25  concurrent comparison section?

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1    A.    This is, in fact, related.  The statement

2  in the EPA guidance document is it really involves

3  about the cases where you are using the model as for

4  regulatory basis on the future hypothetical

5  conditions.

6            The case --

7    Q.    All right.  Let me --

8    A.    The case at hand -- I'm sorry.  The case

9  at hand, on the other hand, is the simulation of

10 past historical condition where, in my opinion,

11 there is ample data available at multiple stations

12 that can be used to assess the reliability of the

13 model.

14   Q.    What is this document talking about in

15 this sentence we just read, when it references

16 observed concentrations?

17            MR. WILL:  Objection.  Asked and

18        answered.

19            THE WITNESS:  When it -- you know,

20        imagine that if the model is intended to be

21        for -- to be used for regulatory purposes for

22        hypothetical future conditions.  In those

23        cases, calibration is -- according to the EPA,

24        is of questionable benefit and shall not be

25        done.  And it does not talk about a model that

1      is specifically designed to simulate past

2      historical conditions when there is ample

3      data.  In those cases, the reliability of that

4      model can easily be compared either using

5      nonconcurrent comparisons or concurrent

6      comparisons.

7              MS. WILKINS:  I'm going to move

8      that -- to strike that response as

9      non-responsive.

10 QUESTIONS BY MS. WILKINS:

11     Q.   My question is, in this sentence that we

12 read which states, Because of the uncertainty in

13 paired modeled and observed concentrations, any

14 attempts at calibration of the models based on these

15 comparisons is of questionable benefit and shall not

16 be done; what do you understand the EPA to be

17 referring to when they say, "observed

18 concentrations?"  That's my whole question.  What is

19 the EPA referring to when they say "observed

20 concentrations?"

21              MR. WILL:  Object to form.  Asked and

22      answered.

23              THE WITNESS:  If you'd like, let's

24      start with this paragraph.  It starts by

25      saying model evaluations and inter-comparisons

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

 1      should take --

 2 QUESTIONS BY MS. WILKINS:

 3     Q.     This is not my question.  That is not my

 4 question.

 5          What is the EPA referring to when they

 6 say "observed concentrations?"

 7     A.     If you allow me, I'm trying to answer

 8 your question.  You are putting one word out of

 9 context and I'm trying to put it back into the

10 context that EPA is presenting in this document.

11     Q.     Let me ask you the question a different

12 way.

13          When the EPA is referring to observed

14 concentrations here, are they talking about

15 concentrations of substances in the air that are

16 collected from air monitors?

17     A.     So the word "observed value" in this --

18 in your question is directly described within the

19 context of the paragraph that you are citing.  It

20 says, For a regulatory application of a model, the

21 emphasis of the model evaluations is generally

22 placed on the highest modeled impacts.

23          Within that context of comparison of

24 observed values to the modeled results, especially

25 if you're -- because you're using the model for

1  regulatory applications and hypothetical future

2  conditions, then calibration, there, EPA states, is

3  of questionable benefit.

4           So the word "observed" is referred to the

5  measurements that have been done in the past and

6  they're saying that since this -- the model is

7  intended for a regulatory application, which is an

8  application that is happening in the -- under future

9  hypothetical conditions, in those cases, calibration

10  may be of questionable benefit and shall not be

11  done.

12           So it is a different case that -- at

13  hand.  Here we have a case where the modeler clearly

14  is attempting to simulate past historical results

15  where ample observed values are measured.

16                MS. WILKINS:  Move to strike as

17       non-responsive.

18  QUESTIONS BY MS. WILKINS:

19     Q.    Do you agree that the EPA was --

20  referring to observed concentrations, is referring

21  to the measured data that is used to create the air

22  model?

23                MR. WILL:  Object to form.

24                THE WITNESS:  I don't know at this

25       point --

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  QUESTIONS BY MS. WILKINS:

2       Q.    It's a yes or no question.

3       A.    Again, within the consist of a

4  regulatory -- regulatory application, an observed

5  value is a measured value which was done in the

6  past, but the model application is intended for

7  extreme hypothetical conditions in the future.  In

8  those cases, EPA believes that calibrating the model

9  to some past measurements which may not be

10 representative of extreme hypothetical future

11 conditions, is of questionable benefit and shall not

12 be done.  So I believe that --

13      Q.    And my question --

14      A.    -- I've answered your questions very

15 clearly.

16      Q.    No, you haven't.

17            Is the EPA referring here, when it talks

18 about observed concentrations, to the actual

19 measured air concentrations that are used in

20 creating the model?  Is that --

21            MR. WILL:  I'm going to object -- I'm

22        going to object to the question.  It is -- to

23        form.  You've not laid a foundation that you

24        use measured data to create air models.

25            MS. WILKINS:  Okay.  Let's lay the

EXHIBIT 2

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

 1          form, then -- foundation, I mean.
 2   QUESTIONS BY MS. WILKINS:
 3      Q.    Dr. Rouhani, is it your understanding
 4   that the EPA here, in this last sentence of
 5   Section 4.1, is referring to an air model that uses
 6   measured air quality data to create the model?
 7                MR. WILL:  Object to form.
 8          Mischaracterizes the document.
 9                THE WITNESS:  I don't see that.
10          Basically it talks about models which are
11          intended to be used in regulatory
12          applications.  The observed value
13          concentrations could be any measurements which
14          are clearly made in the past, while the model
15          is intended to be used under -- according to
16          this paragraph, very clearly are intended to
17          be used for hypothetical extreme future
18          conditions.
19   QUESTIONS BY MS. WILKINS:
20      Q.    So what is your understanding of where a
21   model designed to predict future gets its data?
22   Where does it pull data from to create that model?
23                MR. WILL:  Object to form.  Lack of
24          foundation.
25                THE WITNESS:  When you're looking at

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1       future hypothetical extreme conditions, which

2       is the regulatory application of a model, you

3       may use a variety of sources of information to

4       construct your model.  Observed measurements,

5       if they are representative, or if you believe

6       that they are -- they are, reasonable

7       representation of the future hypothetical

8       conditions will be used in the model

9       developed; but if they're not, they will be

10      not used.

11              And here, the EPA is reminding the

12      users that if you are looking for those kind

13      of future hypothetical extreme conditions,

14      calibration may be of questionable benefit and

15      shall not be done.

16  QUESTIONS BY MS. WILKINS:

17      Q.    But it's your opinion it's okay to do it

18  if you are looking at historical conditions?

19      A.    If the objective of your model is to

20  simulate past historical conditions and there are

21  measured -- ample measurements available, definitely

22  you should do that.  Just even if you don't want to

23  calibrate your model, you need to demonstrate that

24  your model is reliable.

25      Q.    And it's your opinion that the EPA

 1  advises to do that in the 1978 document; right?

 2      A.    The sheer fact that they talk about

 3  errors, and even in this model, in the previous

 4  paragraph 4.1e, kind of like towards the end of that

 5  paragraph, if, in fact, the sheer fact that it talks

 6  about composite errors in highest estimated

 7  concentrations of 10 to 40 percent are found to be

 8  typical, the sheer fact that they talk about even

 9  error means that -- that very much comparison of

10  measured and observed values are a generic part of

11  any modeling activity.

12      Q.    Where does it tell you in this section

13  that you should compare a specific measured air

14  concentration taken at a specific time, at a

15  specific location, to the modeled value for that

16  time and location, in order to evaluate the model's

17  performance?  Where does it tell you that?

18              MR. WILL:  I'm going to object to

19        form.  Are you talking about Section 4.1 on

20        page 5209?

21              MS. WILKINS:  I'm talking about the

22        whole document but Dr. Rouhani referred to

23        this section at the bottom of 4.1e.  He can

24        tell me in that section where it refers --

25        where that guidance is given, or the whole

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1       document.  I just want to know where the EPA

2       says that you should do that.

3               MR. WILL:  Well, I'm going to object

4       to form as lack of foundation that this is

5       even a document that addresses the issue.

6               THE WITNESS:  It is my understanding

7       that the sheer fact that the document talks

8       about composite errors and what is composite

9       error, the difference between measured and

10      observed values -- I'm sorry, measured and

11      predicted values implies that -- that you are

12      supposed to do all those calculations,

13      especially in a case which you are simulating

14      past historical conditions.

15 QUESTIONS BY MS. WILKINS:

16      Q.   So it's your opinion that because this

17 document talks about composite errors, that -- the

18 difference between measured and observed values,

19 that when you are simulating past historical

20 conditions, you should compare a specific

21 measurement that was taken at a specific location at

22 a specific time to the modeled value at that time

23 and location in order to determine the model's

24 performance?

25              MR. WILL:  Object to form.  Asked and

1     answered.

2              THE WITNESS:  I -- I believe that you

3        made a mistake.  The error is the difference

4        between measured and predicted value.  And

5        assuming that the sheer fact that this

6        document talks about that, it means that

7        comparisons need to be done and it even

8        defines the range of margins of error which

9        typically occur.

10   QUESTIONS BY MS. WILKINS:

11       Q.    So is it your opinion that this

12   Section 4.1e tells you, Dr. Rouhani, that when you

13   are evaluating the performance of an air model that

14   is used to look at historical conditions, that the

15   way you do that is you compare a specific measured

16   value taken at a particular time and location to the

17   modeled value for that time and location?  Is that

18   your testimony?

19              MR. WILL:  Object to form.  Asked and

20        answered.

21              THE WITNESS:  As I stated in my

22        expert report, if you go to paragraph 19 if --

23   QUESTIONS BY MS. WILKINS:

24       Q.    I'm not asking about what you stated in

25   your expert report.  I'm asking you about your

1 testimony right now.

2          Is it your testimony right now that when

3 you are evaluating performance of an air model that

4 is used to look at historical conditions, that the

5 EPA is telling you to do that by evaluating the

6 measured data taken at a specific time and location

7 to what the model predicts for that time and

8 location?

9          MR. WILL:  Objection.  Asked and

10          answered.  Also, mischaracterizes prior

11          testimony.

12          THE WITNESS:  As I mentioned, my

13          testimony today is consistent with as what I

14          said in my supplemental report.  If you go to

15          paragraph 19, for the very same reason that

16          this document says that -- USEPA 2017 says

17          that such uncertainties do not indicate that

18          an estimated concentration does not occur,

19          only the precise time and location are in

20          doubt, because of this, in fact, that I

21          conducted nonconcurrent comparison as a

22          preface, as an introductory part of my study.

23          So, far from what you mentioned, I,

24          in fact, said that let's assume that only the

25          highest measured values are of concern, and

1          then I compared it to those predicted by

2          Mr. Sullivan's models.

3                    MS. WILKINS:  Move to strike as

4          entirely non-responsive.

5     QUESTIONS BY MS. WILKINS:

6          Q.    My question is, is it your testimony that

7     the EPA advises to evaluate model performance of an

8     air model that is used to simulate historic

9     conditions by comparing measured values taken at a

10    particular time and location to the modeled values

11    for that time and location.  Yes or no?  Is that

12    what you understand this EPA guidance to mean?

13                   MR. WILL:  Object to form.  Asked and

14         answered.  And mischaracterizes the document,

15         again.

16                   MS. WILKINS:  I'm not characterizing

17         the document.  I'm asking him his

18         understanding of it.

19                   MR. WILL:  He's already answered the

20         question several times.

21    QUESTIONS BY MS. WILKINS:

22         Q.    Do you understand the question,

23    Dr. Rouhani?

24         A.    I repeat my answer.  My understanding is

25    if the model is intended for regulatory application

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  under hypothetical extreme future conditions,

2  calibration of the model, EPA says, is of

3  questionable benefit.  But it does not say anything

4  about not doing any form of comparison, especially

5  when you are dealing with historical data and where

6  ample measurements are available.

7      Q.    So you would agree with me that this

8  section we are referring to does not advise to

9  compare measured data to modeled data to evaluate

10 model performance of a model that's used to evaluate

11 or simulate historic conditions.  Do you agree with

12 that?

13     A.    No, I disagree.

14     Q.    Okay.  If you disagree, then tell me

15 where in this section does it advise that you should

16 evaluate model performance of a model that's used to

17 evaluate historic conditions by comparing measured

18 data to modeled data?

19     A.    This paragraph is about regulatory

20 applications where models are used to simulate

21 future hypothetical extreme conditions.  It has

22 nothing to do with what Mr. Sullivan is doing in

23 this case.

24     Q.    Okay.  So this paragraph, then, has

25 nothing to do with what you're doing in this case;

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  correct?

2              MR. WILL:  Object to form.

3       Mischaracterizes prior testimony.

4  QUESTIONS BY MS. WILKINS:

5       Q.    Is that correct?

6       A.    I'm not aware that Mr. Sullivan is doing

7  any regulatory applications of future hypothetical

8  conditions.  I assume, and I believe, that

9  Mr. Sullivan has made it very clear that his goal is

10 to simulate past historical conditions.

11      Q.    Okay.  So it's your opinion that

12 Section 4.1 of the EPA 2017 guidance does not apply

13 to Mr. Sullivan's model; is that correct?

14      A.    In my opinion, this -- let me go back to

15 that document.

16              In my opinion, the statements in

17 Section 4.1.f do not apply to Mr. Sullivan's

18 simulations of historical data conditions.

19      Q.    Well, let's talk about all of

20 Section 4.1, not just Subsection f.  The whole

21 Section 4.1, in your opinion, addresses only models

22 that are used for future regulatory purposes and not

23 models that are used to simulate past historical

24 conditions.  Is that -- do I understand your

25 testimony accurately there?

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      A.    4.1.f talks about --

2      Q.    I'm not asking about 4.1.f.  I'm asking

3  about all of Section 4.1.

4      A.    4.1, if you read the first paragraph of

5  it, it's very clear.  This section identifies

6  modeling approaches generally used in the air

7  quality impact assessment of sources that emit the

8  criteria pollutants carbon monoxide, lead, sulfur

9  dioxide, nitrogen dioxide, and primary particulates,

10  PM2.5 and PM10.  So this section clearly covers a

11  range of modeling.

12           The paragraph that you're citing 4.1.f,

13  however, is specifically for regulatory

14  applications.

15              MR. WILL:  You -- when you feel

16        there's a good time to take a break, Beth, let

17        me know.  I could use a short break.

18              THE WITNESS:  Me, too.

19              MS. WILKINS:  Okay.  We can take a

20        break.

21              THE WITNESS:  Those bloody coffees.

22              MR. WILL:  Thank you.

23              THE VIDEOGRAPHER:  Off the record --

24        off the record at 10:12.

25              (Short recess taken.)

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

 1              THE VIDEOGRAPHER:  Back on the record

 2      at 10:25.

 3  QUESTIONS BY MS. WILKINS:

 4      Q.    Dr. Rouhani, aside from your litigation

 5  work, do you have any experience in your career in

 6  applying or interpreting these EPA guidance

 7  documents that we've been talking about from 2017

 8  and 1978?

 9      A.    I -- for this particular case, I've read

10  these guidance documents, learned about them.

11      Q.    Aside from this case, have you ever used

12  either of these two guidance documents in your

13  career?

14      A.    I don't recall any.

15      Q.    Now, we were talking about a section of

16  the 1978 document that you quoted in paragraph 18 of

17  your supplemental report.

18      A.    Yes.

19      Q.    Is that statement included anywhere in

20  the 2017 guidance?

21      A.    I don't recall.

22      Q.    Are you able to search Exhibit 2 for that

23  statement?

24      A.    If you want, I can do that, but -- so you

25  want the exact statement?

1      Q.    Would you agree that that statement is

2  not included in the 2017 guidance?

3      A.    I agree, yes.

4      Q.    And it's your opinion, then, that even

5  though it's not included in the 2017 document, the

6  EPA still intended that statement to be effective

7  that was in the 1978 document; is that accurate?

8      A.    I have not seen any document in EPA that

9  negates this statement.

10     Q.    So it's your opinion that the EPA did not

11 intend to remove the statement about calibration

12 that's in the 1978 document from the 2017 document;

13 is that accurate?

14     A.    Frankly, I don't understand the context

15 of your question, but if you're referring to

16 paragraph 18 of my supplemental report, it says --

17 it quotes USEPA, page 39, this is a 1978 document,

18 that, Any application of an air quality model may

19 have deficiencies which come -- which cause

20 estimated concentrations to be in error.  Is.

21          That the statement that you're referring

22 to?

23     Q.    Yes.  And my question is, is it your

24 interpretation that the EPA did not intend to revoke

25 that guidance when it didn't include it in the 2017

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

 1 | guidance?

 2 |            MR. WILL:  Object to form.

 3 |            THE WITNESS:  My understanding is

 4 |     that this statement is a general statement and

 5 |     it has not been negated by any subsequent one.

 6 | QUESTIONS BY MS. WILKINS:

 7 |     Q.    And it's your understanding that it's not

 8 | negated by the EPA not including it in the 2017

 9 | guidance; is that correct?

10 |     A.    This is my understanding; correct.

11 |     Q.    During your prior deposition you

12 | testified that your hourly rate in this case was

13 | $395 an hour.  Is that still your rate?

14 |     A.    Yes.

15 |     Q.    And since the time of your last

16 | deposition, how many hours have you spent working on

17 | this case?

18 |     A.    I would say that, you know, about

19 | 100 hours.

20 |     Q.    And does that include both preparing your

21 | supplemental report and preparing for this

22 | deposition?

23 |     A.    I need to verify that but I'm counting --

24 | this is my rough estimate of both.

25 |     Q.    Okay.  How many hours, approximately, did

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 you spend preparing for this deposition?

2      A.    I re-read and -- re-read my documents, I

3 re-read some of the key documents, and I would say

4 that about 20 hours.

5      Q.    Did you meet with any of the attorneys in

6 this case in order to prepare for your deposition

7 today?

8      A.    We had a Zoom meeting yesterday.

9      Q.    Just -- just one Zoom meeting to prepare

10 for the deposition?

11      A.    Yes, because this is the first time I'm

12 using Zoom and our system locked Zoom, so we made

13 sure that it would work on my end.

14      Q.    Okay.  So between the time that your

15 supplemental report was submitted and today, did you

16 only have one conversation with the attorneys?

17      A.    There could be -- I would say that I

18 recall another web meeting last week.

19      Q.    How long did that meeting last?

20      A.    I think it was -- it lasted about an

21 hour.

22      Q.    And your meeting yesterday, how long did

23 that last?

24      A.    I would say -- oh, that one I remember

25 because I had to go to another meeting.  Two hours.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      Q.    So in your meeting yesterday, you weren't
2 just talking about how to use Zoom; correct?
3      A.    It took a long time because my system --
4 the system in my company was blocking it, so I had
5 to do a lot of back and forth with my IT guys until
6 I got the permission.
7      Q.    But in those two meetings that you had
8 with counsel, you were discussing the substance of
9 your report and testimony; is that accurate?
10      A.    Yes.
11      Q.    Okay.  So since the time of your last
12 deposition you have billed approximately $40,000 in
13 this case?
14      A.    Probably, yes.
15      Q.    Do you have records of your -- your time
16 and billing?
17      A.    Yes.
18      Q.    Let's switch gears a little bit.
19            Well, before we do, you'll see in the
20 Chat box that Gretta was able to mark our 2017 EPA
21 guidance with an Exhibit 2 sticker.  Do you see
22 that?
23      A.    Yes.
24      Q.    And can you just confirm for the record
25 that that's the same EPA guidance that we have been

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  talking about today and that's referenced in your

2  report?

3      A.    Sure.  And I need to now look at my other

4  screen, I apologize.

5             Yes, it seems to be the same document.

6      Q.    Okay.  So would you agree that when a

7  model is considering -- when an air model is

8  considering the impact of environmental exposure to

9  human health, the long-term exposure is more

10 important than what is happening day by day?

11             MR. WILL:  Object to form.

12             THE WITNESS:  Can you repeat your

13     question?

14 QUESTIONS BY MS. WILKINS:

15     Q.    Sure.  Would you agree that when a

16 model -- an air model is being created to consider

17 the impact of environmental exposures to human

18 health, what is important to consider is not the day

19 by day exposure but the long-term exposure?

20             MR. WILL:  Object to form.

21             THE WITNESS:  In this case, I did not

22     consider this question, and I was not asked to

23     consider this question.

24 QUESTIONS BY MS. WILKINS:

25     Q.    Okay.  Well, I'm asking you to consider

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  it now, if you can.  Do you have an opinion on

2  whether a model that is created in order to consider

3  the impact of environmental exposures on human

4  health, that it's more important to consider the

5  long-term exposure or day by day exposures?

6       A.    I need to think about it.  At this -- at

7  this moment, I don't have any specific, you know,

8  answer for you.

9       Q.    Do you agree that when the EPA sets

10 regulatory standards in order to protect public

11 health, they're not considering day by day exposure

12 rates, they're considering either quarterly or

13 annual rates?

14           MR. WILL:  Object to form.  Lack of

15       foundation.

16           THE WITNESS:  Again, it varies from

17       chemical to chemical.  And frankly, at this

18       stage, I don't have an answer for you.  I need

19       to study this in detail before I can express

20       an opinion.

21 QUESTIONS BY MS. WILKINS:

22       Q.    Okay.  Would you agree that -- well,

23 let's put it in context of the smelter in La Oroya.

24 Would you agree that daily exposure to air lead from

25 smelter sources can vary greatly based on a number

**EXHIBIT 2**

1 of factors?

2              MR. WILL:  Object to form.  Beyond

3         the scope of his testimony and the report.

4              THE WITNESS:  I have not been asked

5         to look at -- look into this question.  At

6         this stage, I don't have an answer for you.

7 QUESTIONS BY MS. WILKINS:

8     Q.   Okay.  Well, would you agree that daily

9 exposure can vary based on the weather?  So the

10 weather today might cause my exposure to be

11 different than the weather tomorrow?

12              MR. WILL:  Same objection.

13              THE WITNESS:  I mean, I don't

14         disagree with your statement but, as an

15         opinion, I don't have an answer for you today.

16 QUESTIONS BY MS. WILKINS:

17     Q.   Do you intend to testify about that topic

18 at trial?

19     A.   I have not been asked.

20     Q.   To what extent do you understand, if at

21 all, variation in wind direction to affect the

22 evaluation of air modeling performance?

23     A.   I believe --

24              MR. WILL:  Object to form.

25              THE WITNESS:  I believe that these

1          are the elements that the modelers are taking

2          into account.

3    QUESTIONS BY MS. WILKINS:

4        Q.    Is it your opinion that you don't need to

5    take those factors into account when you're

6    evaluating the performance of an air model?

7        A.    I'm assuming that the modelers have done

8    their best to generate a reliable, or as reliable a

9    model, as possible, and for that purpose, they've

10   taken those adequately into account.

11       Q.    And it's outside of your area of

12   expertise to consider factors such as weather, or

13   wind direction, or wind speed when you are

14   statistically evaluating the performance of an air

15   quality model.

16            Do you agree with that?

17              MR. WILL:  Object to form.  Assumes

18        facts not established.

19              THE WITNESS:  The focus of my review

20        in this case was to look at the performance of

21        Mr. Sullivan's models based on the results

22        that he provided and based on measured values

23        that he also provided.

24   QUESTIONS BY MS. WILKINS:

25       Q.    Okay.  Would you agree that weather, wind

1 direction, and wind speed are factors that an air

2 modeler considers when creating an air model?

3     A.    I believe that this is -- I don't

4 disagree with your statement.  I think that this is

5 something that modelers do consider.

6     Q.    And do you have the expertise to consider

7 the effect of weather, or wind direction, or wind

8 speed when you are statistically evaluating the

9 performance of an air quality model?

10          MR. WILL:  Objection.  Assumes facts

11      not established.

12          THE WITNESS:  In this case, as you

13      mention, I'm comparing predicted values, which

14      are provided by Mr. Sullivan, and measured

15      factors, which are also provided by

16      Mr. Sullivan.

17 QUESTIONS BY MS. WILKINS:

18     Q.    Okay.  But I'm asking you, is it within

19 your area of expertise to evaluate the variability

20 of weather, wind direction, or wind speed when you

21 are evaluating an air quality model?

22          MR. WILL:  Object to scope.  Beyond

23      the opinions established in the report.

24          THE WITNESS:  I did not consider

25      those variations in my assessment of

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1          Mr. Sullivan's models.

2    QUESTIONS BY MS. WILKINS:

3          Q.    And those consideration are -- are not

4    within your area of expertise; correct?

5          A.    I -- I'm not a meteorologist, you're

6    correct.

7          Q.    Well, and you're not an air modeler

8    either; right?

9          A.    I'm not.

10          Q.    Do you agree that it's normal for wind

11   direction to vary both from hour-to-hour and even

12   within an hour at a given location?

13          A.    Again, I don't disagree with your

14   statement but, at this moment, I'm not prepared to

15   opine on -- on that statement.

16          Q.    Well, do you agree generally that wind

17   direction at 11 o'clock today is likely to be

18   different from wind direction at 11 o'clock tomorrow

19   and wind direction at 11 o'clock yesterday in the

20   same location?

21          A.    I don't disagree with your statement.

22          Q.    And would you agree the same for wind

23   speed, that the wind speed at 11 o'clock today in my

24   yard is likely to be different from the wind speed

25   at 11 o'clock yesterday and 11 o'clock tomorrow?

**EXHIBIT 2**

1      A.     I don't disagree with your statement.
2  These were not the focus -- or these were not
3  included in my assessments.
4      Q.     Is it your understanding that even though
5  wind pattern and wind speed, can be very --
6  extremely variable from hour-to-hour or day-to-day,
7  that when you look at them on a more long-term
8  basis, like, monthly or annually, you tend to see an
9  averaging?
10             MR. WILL:  Object to form.
11             THE WITNESS:  I have not looked into
12      that specific question but I don't disagree
13      with your statement.
14  QUESTIONS BY MS. WILKINS:
15      Q.     And so specific to La Oroya, would you
16  agree that wind flow at, for example, the Sindicato
17  station, can be very different than the wind -- wind
18  flow at the Marcavalle station at the exact same
19  time?
20      A.     I have not looked into that question so,
21  at this stage, I'm not -- I cannot answer your
22  questions.
23      Q.     Well, have you ever sat outside and
24  noticed to your right, the leaves might be blowing
25  to the south, and to your left, they might be

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  blowing to the east?  Have you ever experienced

2  something like that?

3              MR. WILL:  Object to relevance.

4              THE WITNESS:  I don't disagree with

5        your statement but -- but I'm trying to keep

6        remembering a situation when I saw two

7        different directions on two sides of my house

8        and I don't remember any, but you may be

9        right, I don't know.

10  QUESTIONS BY MS. WILKINS:

11      Q.    So would you agree that if we're talking

12  about two different monitoring stations in La Oroya,

13  it's highly likely that at the same time the wind

14  speed and direction there at those two different

15  stations is likely to be different?

16              MR. WILL:  Object to form.  Lack of

17        foundation.  Relevance.

18              THE WITNESS:  They could be

19        different.  I don't know how likely that

20        situation is.  I've not -- I was not asked to

21        investigate variations of air current and air

22        flow and speed at different stations.

23  QUESTIONS BY MS. WILKINS:

24      Q.    Let me ask you it a different way.  If

25  you were to look at the wind speed direction for the

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  same point in time at the Marcavalle --

2      A.    Excuse me, just a second, please.  Okay.

3  Continue, sorry.

4      Q.    If you were to look at the wind speed and

5  direction for the same point of time for the

6  Sindicato station, the Marcavalle station, would you

7  expect them to be the same?

8                  MR. WILL:  Objection.  Relevance.

9        Lack of foundation.

10                 THE WITNESS:  I have not looked into

11       this question and, until I look at the data, I

12       cannot answer your question.

13  QUESTIONS BY MS. WILKINS:

14      Q.    But it's not part of the evaluation that

15  you have done in this case, to look at that data;

16  correct?

17      A.    I did not look into the wind variations

18  during my assessment of Mr. Sullivan's models.

19      Q.    And in your opinion, it's not important

20  for you to do that; correct?

21      A.    My opinion is based on whether

22  Mr. Sullivan's statements are reliable or not.

23      Q.    Would you agree that you wouldn't expect

24  emissions from the La Oroya complex to be the same

25  at every hour of the day, every day of the year?

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      A.    I don't expect that, no.  But again, I've

2  not looked at the data, so I'm just guessing, just

3  like you.

4      Q.    So would you agree that since we don't

5  expect emissions rates to be the same hour-by-hour,

6  day-by-day, you can't expect an air quality model to

7  match hour-by-hour to the measured rates; is that

8  fair?

9      A.    Again, I am -- when a model is presented

10  as a reliable model, it should.  If you don't model

11  it on the basis of hour-by-hour is a different

12  story.

13      Q.    So even though the emissions rates might

14  be very different hour-by-hour, it's your opinion

15  that the model should be able to accurately predict,

16  hour-by-hour air conditions?

17      A.    When you present your model results on an

18  hour-by-hour basis, and present it as being

19  depicting real conditions, then they should match,

20  to the extent possible, observed values.

21      Q.    Okay.  Is it your opinion that

22  Mr. Sullivan has presented his model on an

23  hour-by-hour basis?

24      A.    This is what I got from him for some of

25  the parameters.

1      Q.    I'm sorry, could you repeat that?

2      A.    This is what he provided as part of his

3  reliance material for certain conditions.

4      Q.    But is Mr. Sullivan, in his expert

5  report, presenting his model on an hour-by-hour

6  basis?

7      A.    He provided reliance files, Excel

8  files --

9      Q.    I'm not talking about his reliance files.

10 I'm asking about the model that he is presenting in

11 his expert report.  Is he presenting a model to

12 predict air quality on an hour-by-hour basis?

13     A.    That is the basis that -- how he

14 calculates his SO2, sulfur dioxide.

15     Q.    Well, what is the model that he's

16 presenting for sulfur dioxide?

17     A.    These are hourly models for 2007.

18     Q.    Now, how about for lead?  Is he

19 presenting that on an hour-by-hour basis?

20     A.    I believe that those are daily.

21     Q.    And what about arsenic?  Is that

22 presented on an hour-by-hour basis?

23     A.    I believe that those are also daily.

24     Q.    Are you aware that Mr. Sullivan actually

25 used emissions rates that were averaged over one

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  month intervals for his modeling purposes, not daily

2  or hourly?

3       A.    I did not look at his emission rates.

4       Q.    Are you familiar with the EPA National

5  Ambient Air Quality Standards for --

6       A.    Yes.

7       Q.    -- lead and sulfur dioxide?

8       A.    I believe so, yes.

9       Q.    And particulate matter?

10      A.    Yes.

11      Q.    Would you agree that those air quality

12  standards are created with the intention to protect

13  public health?

14      A.    I believe so, yes.

15      Q.    And do you agree that those air quality

16  standards are created looking at monthly, quarterly,

17  or yearly -- yearly, monthly, or quarterly

18  measurements, not daily or hourly?

19      A.    I -- I have not studied them to that

20  extent so I don't -- and I was not asked to do so.

21      Q.    Do you know what the National Air --

22  Ambient Air Quality Standard is for lead in the

23  U.S.?

24      A.    No, not -- I need to go and look up.

25      Q.    Can you name one National Ambient Air

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  Quality Standard in the U.S. that uses pairing in

2  space and time?

3       A.    I don't understand your question.

4       Q.    All right.  Do you know what I mean by

5  pairing in space and time?

6       A.    No.

7       Q.    Okay.  That's not a term that you're

8  familiar with?

9       A.    I mean, you're a lawyer.  I don't know

10  what you mean by pairing space and time.

11      Q.    So that's not a term that you're familiar

12  with at all from air quality monitoring?

13      A.    If you show me the reference, then I can

14  tell you what does it mean.

15      Q.    I'm not asking you about any particular

16  reference.  I'm asking you if you are familiar, in

17  relation to air quality monitoring, with the term

18  "pairing in space and time?"

19      A.    I'm not familiar.  If you give me the

20  reference, I'll be more than happy to review it and

21  give you my answer.

22      Q.    Okay.  So you don't understand pairing in

23  time and space as it refers to air modeling to mean

24  analyzing how well a model estimates air

25  concentrations at a -- of a given substance at a

1  specific time and location?

2      A.    In some context, it may mean that, yes.

3      Q.    And in your career, have you encountered

4  a context where pairing in time and space means

5  analyzing how well an air model estimates air

6  concentrations of a given substance at a particular

7  time and location?

8      A.    In fact, this is what I did to assess the

9  reliability of Mr. Sullivan's models.

10     Q.    But you're just not familiar with that

11 term being used for it; is that fair?

12     A.    Not in a -- in a general context that you

13 are defining about a regulatory level based on

14 pairing of space and time.  I have not -- I'm not

15 familiar with that application of that phrase to a

16 regulatory level.

17     Q.    Okay.  Well, then, would you agree that

18 the EPA National Ambient Air Quality Standards don't

19 look to a specific location or time to determine

20 compliance?

21              MR. WILL:  Object to form.  Lack of

22         foundation.

23              THE WITNESS:  In fact, for the

24         ambient condition, it's very -- it says in the

25         title, it is for ambient conditions.  So it's

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1        not for a specific location.

2   QUESTIONS BY MS. WILKINS:

3        Q.    So you would agree, then, that when the

4   EPA sets standards to protect public health, they

5   are not looking to regulate air concentrations of a

6   given substance at a particular time and location?

7        A.    When it's -- when we're talking about

8   ambient conditions, unless it is for a specific

9   period of time, then it is a general number for all

10  locations.

11       Q.    Do you agree, then, that daily or hourly

12  averages are not what the EPA considers when setting

13  standards to protect public health?

14               MR. WILL:  Object to form.

15          Overbroad.  Vague.

16               THE WITNESS:  It's really vague and

17          it's very hard to answer your question in an

18          affirmative manner because, depending on the

19          chemical, and what criteria are being used,

20          you may use average daily values, you may use

21          averages over other time periods, depending on

22          the chemical and chemical characteristics, or

23          I should say toxicological characteristics of

24          those chemicals.

25                         / / /

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  QUESTIONS BY MS. WILKINS:

2      Q.    Okay.  Well, let's talk about the

3  chemicals that are at issue in this case.

4      A.    Yes.

5      Q.    Would you agree that when the EPA

6  considers setting standards to protect public health

7  relevant to lead air concentrations, it's not

8  considering daily or hourly averages?

9      A.    I believe they do because they -- they

10 have to simulate a condition for a sensitive

11 receptor in order to define what should be the daily

12 value, monthly value, so on and so forth.  So I

13 believe that they look at those.  So I'm a bit

14 puzzled by your question.

15     Q.    So is it your opinion that the EPA sets

16 daily allowable -- allowable standards for lead in

17 the U.S.?

18     A.    I don't know because I have to go and

19 look up.

20     Q.    Now, for sulfur dioxide, do you

21 understand the USEPA to set daily or hourly

22 standards?

23     A.    I don't know.

24     Q.    And for particulate matter, do you have

25 an understanding of whether the EPA sets daily or

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  hourly standards?

2      A.    I don't know.  I need to go and look up.

3                 (Deposition Exhibit 3 marked

4                 for identification.)

5  QUESTIONS BY MS. WILKINS:

6      Q.    I am marking Exhibit 3 and I will put it

7  in the Chat panel.  It should be there now.

8      A.    Sorry, I need to look at my other screen.

9  Okay.

10     Q.    Do you recognize this document?

11     A.    It is the national ambient tables.

12     Q.    Okay.  So you agree that this is a table

13  of certain ambient air quality standards set by the

14  EPA in order to provide public health protection?

15     A.    I don't know the exact text of that

16  document but this is what it looks like.

17     Q.    Okay.  So I'll ask more specifically, do

18  you see an entry on the table for lead?

19     A.    Yes.

20     Q.    And do you understand that to be the air

21  quality standard that the EPA has determined not to

22  be exceeded for lead in order to provide public

23  health protection?

24     A.    It says -- the document says so, yes.

25     Q.    So when the EPA sets standards for air

1  concentrations of lead, is it using a daily or

2  hourly average?

3      A.    It's using a rolling three-month average.

4      Q.    So would you agree that's a quarterly

5  average?

6      A.    A rolling quarterly average.  It's not

7  exactly quarterly, the way you lawyers view

8  quarterly.

9      Q.    Okay.  But it's not daily or hourly;

10  correct?

11      A.    No.

12      Q.    And if you scroll down to particulate

13  matter, do you see the entries for particulate

14  matter?

15      A.    Yes.

16      Q.    And for PM2.5, the EPA is not considering

17  an hourly or daily standard; correct?

18      A.    In fact, they have one for 24 hours,

19  according to this table.  It's daily.

20      Q.    Correct, but how is that determined?

21  It's determined by an average over a 3-year time;

22  correct?

23      A.    The 98th percentile average over a 3-year

24  period.

25      Q.    What do you understand that to mean?

1      A.     This means that you get all your hourly

2  values, then, over a 3-year period you will pick the

3  98th percentile of -- of the measurements that you

4  have, hourly measurements that you have.

5      Q.     So you agree, then, what the EPA is doing

6  here for Particulate Matter 2.5 with regard to

7  setting a standard not to be exceeded in a 24-hour

8  time period is that the EPA is looking at 3 years of

9  data and saying what cannot be exceeded is the

10  fourth or fifth highest measurement that occurred

11  within those 3 years; right?

12              MR. WILL:  Object to form.  The

13         document speaks for itself.

14              THE WITNESS:  These are health-based

15         criteria and not only they look at the data

16         but they also look at what is a -- a safe

17         level that can be used as a regulatory basis.

18         So it may have nothing to do with actual

19         measurements but what a human being or a

20         sensitive receptor should not be exposed to

21         more than 2 percent of times over a period of

22         24 hours.

23  QUESTIONS BY MS. WILKINS:

24      Q.     Now, my question is when the EPA is

25  developing these standards, the information that

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  they're looking at is annual averages over 3 years

2  when we're talking about PM2.5; right?

3      A.    These are exposure concentrations.  So

4  over a given period, let's look at PM2.5, the third

5  line item for it, for 24 hours, they would like to

6  make sure that a sensitive receptor should not be

7  exposed no more than 2 percent of times over a

8  3-year period to 35 micrograms per cubic meter.

9  So --

10     Q.    Would you --

11     A.    -- they may have used actual data or they

12 may have used health -- health-based data that, what

13 is a safe level, and these criteria are

14 representative of those.

15     Q.    So you don't know what data the EPA used

16 to create these standards?

17     A.    Correct.

18           It's noon Atlanta time.  Are we going to

19 have a lunch break or do you want to go to St. Louis

20 time?

21     Q.    What is your preference?  I don't have

22 one.

23     A.    I mean, it's your call.

24           MS. WILKINS:  Bob?

25           MR. WILL:  As long as the witness is

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
 1        okay to continue, I -- I'll leave it up to

 2        you, Beth.

 3             MS. WILKINS:  Okay.  Let's -- let's

 4        go maybe another hour or so, since we just

 5        took a break --

 6             THE WITNESS:  Sure.

 7             MS. WILKINS:  -- but if anyone needs

 8        a break before then, just speak up.

 9             THE WITNESS:  Okay.

10 QUESTIONS BY MS. WILKINS:

11      Q.   Okay.  Would you agree that when

12 performing air modeling to determine potential human

13 health risks, what matters from a health perspective

14 is the long-term average exposure over months or

15 years and not the short-term exposure over days or

16 hours?

17             MR. WILL:  Object to form.  Lack of

18        foundation.  Beyond the scope of his opinions.

19             THE WITNESS:  If you're using the

20        criteria such as -- such as this, then yes,

21        you will -- for example, you want to know that

22        what is the PM2.5's primary and secondary

23        criteria over a 24-hour period, you will --

24        you are looking at the 98th percentile of

25        average value over 3 years to conclude that
```

1       the simulated results indicate an exceedance

2       or not.

3   QUESTIONS BY MS. WILKINS:

4       Q.    And would you agree that, in regulatory

5   settings, air models are not evaluated in space and

6   time, meaning they're not evaluated by pairing up an

7   hourly measurement at a specific location with the

8   modeled measurement at that time and location?

9       A.    Regulatory applications are generally

10  intended for the future extreme hypothetical

11  conditions.  And -- and for those, you know, then

12  using these specific time periods, and averaging

13  time periods, is appropriate, yes.

14      Q.    And so my question is that this pairing

15  in space and time, comparing a measured data point

16  at a particular time and location to the modeled

17  number for that time and location, that's not done

18  in a regulatory setting.  Agree?

19      A.    As I mentioned it before, many, many,

20  times, in a regulatory application we're concerned

21  about hypothetical extreme future conditions.  In

22  those conditions, unless you have data which are

23  representative of those hypothetical extreme

24  conditions in the future, comparisons are not

25  common.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      Q.    Other than in this case, have you ever
2  evaluated an air model by comparing measured data at
3  a specific time and location to the model for that
4  time and location?

5      A.    I believe that there were a number of
6  confidential studies that I did, modeling was done
7  by somebody else, but I compared it to the actual
8  measured values to assess the reliability of those
9  model results.

10     Q.    About how many occasions have you done
11 that?

12     A.    Right now, 2, 3, you know, half a dozen
13 comes to my mind.

14     Q.    Were those all in the context of
15 litigation?

16     A.    They were -- many of them were within the
17 context of permitting.

18     Q.    And in those occasions, do I understand
19 correctly that what you were doing was what I'm
20 calling pairing in space and time, which, I mean,
21 taking a measured air quality data point and
22 comparing it to the same modeled point for that time
23 and location?

24     A.    It included that, too, yes.

25     Q.    Okay.  So in those 2 or 3 or half dozen

EXHIBIT 2

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 occasions where you have evaluated an air quality

2 model by comparing a measured data point to a

3 modeled data point at a particular time and

4 location, have you ever found good correspondence

5 between modeled measured data?

6      A.     In -- in those locations, the situation

7 that I was looking at, there were a few of them that

8 agreements were within acceptable ranges, and in

9 some cases they were not.

10      Q.     What do you determine to be an acceptable

11 range?

12      A.     For example, if the objective was to have

13 an estimate of a particular statistic such as annual

14 mean average, something like that, then compared to

15 the observed values, if it was within 10 percent,

16 20 percent, I would have considered that as being

17 reasonable; reasonably reliable.

18      Q.     And you're talking about an annual mean

19 average but what I'm asking you about is what you

20 did here when you compared a measured data at a

21 particular time and location to the modeled value

22 for that time and location, not an annual average,

23 not a monthly average, but the specific data point.

24 In these prior instances, have you done that?

25      A.     In one of the cases I recall that the

1 confidential case was about a potential release and

2 the -- the resolution was quite finite both in space

3 and time.  And therefore, the model evaluation was

4 also -- was done in accordance to that resolution.

5       Q.   So am I understanding you correctly that,

6 aside from this case, you have only one other time

7 evaluated an air quality model by comparing a

8 specific measured value at a discreet time and

9 location to the modeled value at that time and

10 location?  Is that correct?

11       A.   Because that was the objective of the

12 study and, therefore, evaluation was done

13 accordingly.

14       Q.   Okay.  So my question is, aside from this

15 case, you've only done that one time; isn't that

16 true?

17       A.   This is what comes to my mind.  There

18 could be more but --

19       Q.   Okay.

20       A.   -- as of now, that's the only one I

21 remember.

22       Q.   Okay.  In that case, did you find good

23 correspondence between the model and the measured

24 data?

25       A.   I don't recall that.  I don't recall the

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021

A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  exact conclusions.

2      Q.    Do you recall whether you concluded that

3  the model could accurately or reliably model air

4  concentrations or air quality on an hourly or daily

5  basis?

6      A.    I believe that, in that study, it was a

7  weight of -- the weight of evidence approach which

8  was being used and the model was used as one of the

9  lines of evidence.  It was not the sole evidence but

10  one of the lines of evidence.

11      Q.    Okay.  That doesn't answer my question.

12          My question was, do you recall whether,

13  in that occasion, you concluded that the air model

14  used could accurately or reliably model air quality

15  on an hourly or daily basis?

16      A.    I don't recall the exact conclusion.

17      Q.    Do you recall anytime in your career ever

18  concluding that an air quality model could

19  accurately or reliably predict hourly or daily air

20  quality at a particular location?

21      A.    I -- I don't recall any case that -- as I

22  told you this day, I have reviewed only a handful of

23  models.

24      Q.    Do you recall ever, in any literature

25  you've reviewed, any instance where an air quality

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 model was able to reliably predict air quality at a

2 given location at a specific time?

3     A.    The ones that I remember published in

4 reviewed journals, they never presented their

5 results as being reliable on an hourly value.  They

6 were, instead, showing the reliability of their

7 model on the basis of some long-term averages.

8     Q.    So you agree, then, that you are not

9 aware of any literature that has found an air

10 quality model to be reliable when it is examined in

11 the way that you're examining it in your report by

12 matching specific hourly or daily measurements to

13 the modeled results for that same time and location.

14     A.    As I recall that in those published

15 results, they show the results of concurrent, you

16 know, comparisons, but almost -- most -- now, I'm

17 just sitting here, I'm just relying on my memory, of

18 the ones that I reviewed, the final conclusions were

19 always driven by some sort of a long-term average.

20 But they always showed the results of concurrent

21 comparison just to show people that what is the

22 reliability of their model.

23     Q.    Did you cite any of those articles in

24 your report?

25     A.    I need to go and look.  I don't -- if you

**EXHIBIT 2**

1 want, I can go over the reference list to see that.

2 I recall that -- I need to look at my reference

3 lists but I don't believe that in this case -- for

4 example, McVehil, is a great example, that

5 Mr. Sullivan, in fact, has cited.  And McVehil, in

6 fact, shows a variety of statistics based on his

7 results to highlight the -- the reliability of his

8 model.

9         And as I said, when I did the comparison

10 and review of Sullivan's reports, I started with

11 nonconcurrent, the results were awful, gross

12 under-estimations, gross over-estimations, and of

13 primary long-term matrix -- statistics that he is

14 allegedly using, and those results were further

15 highlighted when I did the concurrent measurements.

16             MS. WILKINS:  Move to strike

17      everything from "And as I said," and after.

18 QUESTIONS BY MS. WILKINS:

19      Q.    Is it your testimony that the McVehil

20 article you just referenced involved an air quality

21 model that was reliable when evaluated by comparing

22 a measured result from a particular time and

23 location to the model result for that same time and

24 location?

25      A.    In fact, what I've cited in my -- in my

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 supplementary report, which I'm going to recite for

2 you, if you go to paragraph -- okay, In fact, Dr. --

3 as I said in paragraph 18 of my report, In fact,

4 Dr. McVehil, MMA 2008a and 2008b, subjected his

5 model to several statistical evaluations to validate

6 and calculate his reported results and extent -- to

7 the extent practical.  These included inspections of

8 quantile-quantile plot of predicted values versus

9 measured data, as well as analyses of computed

10 Fractional Bias.

11          So he also included an Absolute

12 Fractional Bias, he included Root Mean Square

13 Errors, and Average -- Average Bias analysis.  So he

14 performed all of these works that demonstrates the

15 reliability of his report.  Mr. Sullivan never

16 presented any results in any quantifiable manner

17 about the reliability of his models.

18               MS. WILKINS:  Move to strike as

19      non-responsive.

20 QUESTIONS BY MS. WILKINS:

21      Q.    The Dr. McVehil document that you're

22 referencing is McVehil's air model that he created

23 with regard to the La Oroya complex; correct?

24      A.    I believe so, yes.

25      Q.    Okay.  And you say in your supplemental

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 report that Dr. McVehil did, for example, a Root

2 Mean Square Error analysis; right?

3     A.    He performed all these analyses and I'll

4 be more than happy to recite them for you.

5     Q.    No, I just want to know that you agree

6 that he performed, among other things, a Root Mean

7 Square analysis -- or Error Analysis; correct?

8     A.    Yes.

9     Q.    Okay.  Is that also referred to as

10 R-squared?

11     A.    No, it is slightly different.

12     Q.    Okay.  Did Dr. McVehil evaluate his own

13 model by comparing specific measured values to the

14 modeled measurements at a given time and location?

15     A.    He has that quantile plots of predicted

16 versus measured results.  He also compares

17 statistics at each location of variable durations.

18 So --

19     Q.    Is his plot of predicted versus measured

20 results, is it -- what time frame is it?  Is it

21 daily?  Is it hourly?  Is it yearly?  Is it monthly?

22 What time frame is it?

23     A.    When he says measured, probably he refers

24 to a specific measurements, but I need to look at

25 his report to refresh my memory what time basis he

1  used.

2     Q.    And do you know whether his model was

3  reliable when evaluated by comparing a specific

4  measurement at a given time and location to the

5  modeled value at that time and location?  Do you

6  know?

7     A.    I did not do that.  I was not asked to

8  evaluate his models, so I cannot --

9     Q.    Okay.

10     A.    -- answer that question.

11     Q.    So we'll put Dr. McVehil's model aside.

12          The question that I asked you previously,

13  when you referred to Dr. McVehil's report, is

14  whether you can cite to any article, any piece of

15  literature, any reference material, where an air

16  quality model was evaluated by comparing a measured

17  data point at a particular time and location to the

18  modeled value at the same time and location.  Can

19  you -- can you show me one?

20     A.    I would just referring to Dr. -- I refer

21  you to Dr. McVehil.

22     Q.    But you just told me that you didn't

23  evaluate his model to see whether it was --

24     A.    He compared predicted versus measured.

25     Q.    Okay.  Other than Dr. McVehil's, can you

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  point me to any article, any reference material, any

2  source that finds good model performance when you

3  compare a measured value at a given time and

4  location to the modeled value at that time and

5  location?

6      A.    For example, the EPA document that we

7  were going around, under the regulatory level --

8  excuse me, just a second.

9             Under a regulatory basis -- I'm sorry,

10  let me start again.

11             As I mentioned, it talks about the errors

12  that happen when you compare highest measurements,

13  and the margins are between 10 to 40.  Clearly,

14  people have compared it.  This is my understanding.

15  And they even have numbers of 10 to 40 percent.  And

16  when I did nonconcurrent, Mr. Sullivan's results

17  were far from those margins of error.

18             MS. WILKINS:  Move to strike as

19      non-responsive.

20  QUESTIONS BY MS. WILKINS:

21      Q.    My question is, can you refer me to any

22  article that has evaluated an air quality model by

23  comparing a measured observation to a modeled

24  observation at a given time and location, and found

25  good performance?  Can you cite me to an article

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 that does that?

2      A.    I have not looked into it, I was not

3 asked to do it, but it can be done.

4      Q.    And you didn't find that important to do

5 to support the methodology that you used in your

6 report?

7      A.    I looked at the EPA, which very clearly

8 states that, under 2017, to use nonconcurrent, and I

9 did that.  And Mr. Sullivan's model results are far

10 from --

11      Q.    Okay.  As we --

12      A.    -- accepted typical margins of error.

13      Q.    As we sit here right now, you cannot

14 reference a single article or a single occurrence

15 where you are aware that a researcher evaluated an

16 air quality model by comparing a measured

17 observation at a particular time and location to the

18 modeled observation at that same time and location,

19 and found good performance.

20              MR. WILL:  Object to form.

21              THE WITNESS:  As I said, I -- I

22        relied on EPA guidance which, in fact, cites

23        references, which these 10 to 40 percent

24        margin of error was cited.

25                     / / /

EXHIBIT 2

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  QUESTIONS BY MS. WILKINS:

2      Q.    Earlier we talked a little bit about the
3  Huanchan site.  Did you review Dr. McVehil's
4  modeling with regard to the Huanchan site?

5      A.    I used the statistics that he had
6  provided for comparison purposes.

7      Q.    Are you aware that both Dr. McVehil's
8  modeling and Mr. Sullivan's modeling very much
9  understate the air concentrations at Huanchan?

10      A.    Yes.

11      Q.    Are you aware that Dr. McVehil put an --
12  a massive imaginary building into his model to try
13  to make his model have better performance at
14  Huanchan?

15      A.    I learned that from Mr. Sullivan's
16  statements.

17      Q.    So in your own review of Dr. McVehil's
18  modeling, you didn't understand that he had put in a
19  huge imaginary building?

20      A.    As I said, by the time I started
21  reviewing Dr. McVehil, I was fully aware of that
22  situation based on Mr. Sullivan's statements.

23      Q.    Do you have any understanding of why both
24  models underpredict the air concentrations at
25  Huanchan?

**EXHIBIT 2**

1     A.     No.  I can guess but I cannot opine on

2  it.

3     Q.     What is your guess?

4     A.     You don't want me --

5                  MR. WILL:  Object.

6                  THE WITNESS:  -- to speculate.

7                  MR. WILL:  Calls for speculation.

8                  THE WITNESS:  I don't want to testify

9     based on speculation.

10  QUESTIONS BY MS. WILKINS:

11     Q.     Okay.  Do you have an opinion on whether,

12  if regression analysis was performed on an annual

13  average basis for lead, would the correlation from

14  Mr. Sullivan's model improve if the Huanchan site

15  were not included?

16     A.     I didn't know about this one.  I compared

17  each station separately.

18     Q.     Okay.  But I'm asking you to -- to

19  consider it now.  Well, let's take a step back.

20                  In your report, your supplemental report,

21  you actually combine all of the locations together

22  and perform a regression analysis on the combined

23  sites; correct?

24     A.     No.

25     Q.     All right.  We'll come back to that.

1              So what I'm asking you now, and I

2  understand you didn't address this in your report,

3  but I'm asking you if you're able to provide an

4  opinion on it.  You understand that Mr. Sullivan's

5  model, as well as Dr. McVehil's model, aren't able

6  to very accurately predict what's going on at

7  Huanchan.  Do you agree with that?

8       A.   Well, for Mr. Sullivan's models, for that

9  matter, for every station, the same is true.

10      Q.   I'm asking about Huanchan.  Do you agree

11 that Dr. McVehil's model --

12      A.   In fact, probably the best way to do it

13 is to look at my Figure --

14      Q.   No, that's not what I'm asking.

15      A.   -- Figure 1.

16      Q.   Could you stick with my question, please?

17      A.   Okay.

18      Q.   Do you agree that Dr. McVehil's model

19 isn't able to accurately predict air concentrations

20 at Huanchan?

21      A.   I need to go and look at the results,

22 frankly, to give you an answer.

23      Q.   But you agree that both models, McVehil's

24 and Sullivan's, understate the air concentrations at

25 Huanchan; right?

1      A.     This was my understanding but I know that

2  Mr. Sullivan's results were grossly underestimated.

3      Q.     And the -- both models underestimate the

4  concentrations at Huanchan by a lot; right?

5      A.     I don't know where you're getting --

6                 MR. WILL:  Object to the form.

7         Vague.

8  QUESTIONS BY MS. WILKINS:

9      Q.     Do you agree?

10                 MR. WILL:  Same objection.

11                 THE WITNESS:  I have the results

12        for -- for Mr. Sullivan's models on Figure 1

13        of my -- of my results and it very clearly --

14        both Figure 1 as well as Table 5 of my expert

15        report, very clearly shows that Huanchan

16        results were underestimated.

17  QUESTIONS BY MS. WILKINS:

18      Q.     And you also understand that

19  Dr. McVehil's modeling underestimated their air

20  concentrations at Huanchan by a significant amount.

21      A.     I need to look at the data.  I don't have

22  it right in front of me.

23      Q.     So I'm asking you, would you expect, if

24  the Huanchan site were not included in

25  Mr. Sullivan's model, that the correlation found

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  when performing a regression analysis of his model

2  would improve?

3      A.    Let me -- if you allow me, if you look at

4  the Figure 1 of my exhibit, it very clearly shows

5  that for those results which were provided to us,

6  which are 2007 of the results, if -- even if we use

7  non-concurrent, and for these ones, I used a maximum

8  rolling average, 3-month rolling average for lead,

9  for example, all the models, all -- I'm sorry, all

10 the locations were either grossly underestimated or

11 grossly overestimated.  To the best of my

12 inclination, there's only one station that even

13 falls within that margin of error that EPA was

14 talking about.

15         So these results -- and these are

16 nonconcurrent.  You know, I did not compare

17 daily-to-daily, hourly-to-hourly, I did not do that,

18 but still, it shows that.  Now, if we drop Huanchan,

19 which is really the underestimated blocks to the

20 right of the figure, it's inconsequence -- I mean,

21 you still have a bunch of stations that -- that are

22 very poorly estimated.  The only station, if you

23 drop all the station and only stick with Inca, then

24 you start falling, finally, within what EPA calls

25 the typical margins of error.

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1              MS. WILKINS:  Move to strike as

2        non-responsive.

3    QUESTIONS BY MS. WILKINS:

4        Q.    My question is if just the Huanchan site

5    were not included, do you have an opinion on whether

6    the correlation seen in a regression analysis would

7    improve?

8              MR. WILL:  Object to the form.

9              THE WITNESS:  As I said, in this

10        case, dropping one station -- because Figure 1

11        is for specific stations, if you drop one

12        station, the remaining stations are still

13        grossly underestimated or overestimated.

14    QUESTIONS BY MS. WILKINS:

15        Q.    So it's your opinion that dropping

16    Huanchan would not improve the overall correlation

17    in a regression analysis?

18        A.    It is an inconsequential outcome.

19        Q.    Let's talk about Figure 2 in your

20    supplemental report.  What are you doing in the

21    large plot in black on the left side of that figure?

22        A.    Here I'm comparing measured values of

23    lead on a daily basis and compare them to their

24    corresponding measured values.  The -- the diagram

25    to the -- to the right are based on combined data

1 while all the plots to the left are for station

2 specific results.

3     Q.    So I think you might have transposed what

4 you -- what you meant there.  You said the diagram

5 to the right is combined data and the plot --

6     A.    I'm sorry, the -- the diagram to the

7 left.  The diagram to the left is the combined,

8 while the diagrams, the seven diagrams, to the right

9 are station specific.

10     Q.    Okay.  So what you're doing in this

11 figure is you are taking 365 daily measured readings

12 from seven stations and combining them into one plot

13 on the left; is that correct?

14     A.    No.

15     Q.    All right.  What have I got wrong there?

16     A.    The measured concentrations of lead are

17 only available every 3 days.

18     Q.    Okay.  So it's not 365, it's 131 or so

19 from each station.

20     A.    Probably.

21     Q.    Okay.  So you're taking, from each of

22 seven stations, approximately 131 measurements that

23 were taken every 3 days and combining them

24 altogether in one plot; correct?

25     A.    Correct.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      Q.    Okay.

2             MR. WILL:  So if you want to be

3        mathematically correct, it's closer to 120.

4             MS. WILKINS:  You're right.  My math

5        was not good there; 121 not 131.  That's why

6        I'm a lawyer and not a math professor, or an

7        accountant, or anything else.

8   QUESTIONS BY MS. WILKINS:

9      Q.    And then what you did was you ran a

10  regression analysis to look at the correlation

11  between the measured data from those seven stations

12  and Mr. Sullivan's model; correct?

13     A.    I -- I did not do a regression analysis,

14  I calculated the correlation, but that is just a

15  slight difference between regression analysis and

16  R-squared.

17     Q.    Okay.  You calculated the correlation

18  using an R-squared value; right?

19     A.    Yes.

20     Q.    Okay.  Do you have an opinion whether, if

21  the Huanchan data was removed from this analysis, if

22  that R-squared value would improve?

23     A.    I don't know.  But if you remove all the

24  data stations other than Inca, obviously the

25  correlation improves, but that -- it defeats the

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  purpose of this evaluation.  That's the reason that

2  I did it per station, so we also have per station

3  characteristics, too.

4      Q.    So despite your -- your expertise in

5  statistics, you can't look at this Figure 2 and

6  make an -- give an opinion on whether or not the

7  R-squared value would improve by removing Huanchan.

8              MR. WILL:  Objection.  Improper

9        hypothetical.

10             THE WITNESS:  I mean, it -- obviously

11       it can be done.  And until I -- I was not

12       asked to do so, and I did not see any reason

13       to do so, and therefore, I haven't done it.

14       But it can easily be done.  And I can give you

15       much more reliable results when I have done

16       that analysis.

17  QUESTIONS BY MS. WILKINS:

18      Q.    Well, looking at it, you can't make a

19  prediction of what would happen to the R-square

20  value if you removed Huanchan?

21             MR. WILL:  Objection.  Calls for

22       speculation.

23             THE WITNESS:  As you can see that

24       six -- I mean, five of the stations are

25       clearly under -- grossly underestimated.  I

 1       don't know what will be the exact fix if we

 2       just remove one of them.  But this is, you

 3       know, part of the systematic error of this --

 4       of this model -- of these -- of this

 5       particular model.

 6              MS. WILKINS:  Move to strike as

 7       non-responsive.

 8  QUESTIONS BY MS. WILKINS:

 9       Q.   You are not able to look at your plot,

10  knowing the work that you did to create this plot,

11  and predict whether the R-square value would go up

12  or down if you removed Huanchan.  You can't do is

13  that?

14       A.   No, I --

15              MR. WILL:  Objection.  Calls for

16       speculation.  Asked and answered.

17              THE WITNESS:  And I don't want to

18       speculate, and you don't want me to speculate.

19  QUESTIONS BY MS. WILKINS:

20       Q.   Okay.

21              MR. WILL:  It sounded like she did.

22  QUESTIONS BY MS. WILKINS:

23       Q.   Let's talk about this clustering that

24  you're seeing in the bottom left corner of your

25  large plot.  Would you agree that the data points

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  tend to cluster down in that bottom left corner?

2       A.    Yes.

3       Q.    And would you agree that, because of that

4  clustering, we can't visualize the real relationship

5  between the measured observations and the models?

6       A.    That's the reason that we rely on

7  quantitative measures such as R-squared.

8       Q.    Okay.  Did you consider running this on a

9  log scale?

10      A.    I did not do that.

11      Q.    Would you agree that clustering like this

12  is a common problem in a dataset when you've got a

13  lot of variability in the data?

14      A.    This is the result of predicted model

15  results versus measured values, and as you can see

16  that those two red dash lines are the domains that

17  we expect a reliable model should fall within that

18  interval.  And as you can see that, and as I stated

19  in my report, in fact, a large number of them,

20  75 percent of the measurements, are outside of that.

21  So whether the clustering is there, we try to do the

22  R-square, we calculate it, how many of them fall

23  outside of this domain, and all of them point to a

24  highly unreliable model.

25                  MS. WILKINS:  Move to strike as

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      entirely non-responsive.

2  QUESTIONS BY MS. WILKINS:

3      Q.    You're an expert in statistics; right?

4      A.    Yes.

5      Q.    Okay.  Would you agree that when you plot

6  7- to 800 data points that have a lot of

7  variability, a problem that you often encounter is a

8  clustering effect that doesn't allow you to see,

9  visually, the relationship between the factors that

10 you're plotting?

11     A.    First of all, let me correct you.  We

12 don't have 700 measured plotted dots here.  We only

13 have about 120.

14          And then number 2, I answered your

15 question, that is the reason that we rely on

16 quantitative measures such as R-squared.

17     Q.    Okay.  So your plot on the left only

18 contains 120 data points?

19     A.    Roughly, yes, because these are -- in

20 2007, I believe that there were roughly about 120

21 lead measurements.

22     Q.    So the data points on your X axes, on

23 your left plot in black, come from where?

24     A.    Both the predicted and measured values

25 come from Mr. Sullivan's Excel files.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1     Q.     The measured data points are -- are what?
2 They're the lead values collected at what locations
3 at what times?
4     A.     Specific locations that Mr. Sullivan has
5 indicated and the dates that Mr. Sullivan has
6 indicated.
7     Q.     Do you know from what monitoring station?
8     A.     From a given monitoring station as
9 Mr. Sullivan has identified.
10     Q.     So it's a variety of monitoring stations?
11     A.     Yes.  Seven monitoring stations, yes.
12     Q.     Why didn't you run R-squared values for
13 the plots on the right?
14     A.     Oh, we could also do that, and we have
15 it, too.  I mean, it's very easy.
16     Q.     Why didn't you -- why didn't you include
17 those in your report?
18     A.     I -- I think what I wanted to show, that
19 the results are so biased.  Like, you look at the
20 stations, other than Inca, every single station is
21 highly biased.  In those situations, R-square is
22 really an inconsequential measure.
23     Q.     Well, I agree that you wanted to show
24 bias but let's make sure we understand that.
25           Why didn't you include the R-squared

1 value for the plot on the Inca station?

2      A.    I could have shown that, yeah.  And I

3 can --

4      Q.    And the R-squared value on the Inca

5 station would be much closer to one than the

6 R-squared on your black plot to the left; correct?

7      A.    I doubt it -- I doubt it's very much --

8 much closer, but it would be definitely an

9 improvement.

10     Q.    Okay.  So let's go back to talking about

11 running this on a log scale.

12          Would you agree that if you were to run

13 this on a log scale, that would space out those data

14 points in the lower left corner?

15     A.    Yes, but it wouldn't make any difference

16 on the R-squared.

17     Q.    Okay.  Do you agree that that's something

18 commonly done in statistics when you see a

19 clustering effect like this, you'll replot on a log

20 scale?

21     A.    In this case, I -- I want it to be an

22 intuitively easy graph to understand.  If I would

23 have gone to the log scale, all those boundaries,

24 1-to-1 line, and the -- the plus or minus

25 40 percent, all of them would be curved and it would

1 have created, you know, some sort of additional

2 confusing questions for some.

3     Q.    Well, don't you agree that would also

4 allow you to visually see the relationship between

5 the measured and modeled data better than just

6 looking at a clustered plot of dots?

7     A.    It can easily be done and Mr. Sullivan

8 should have done that, yes.

9     Q.    But you chose not to do that.

10     A.    I wanted to have a -- a graph which is

11 as -- what is a good word? -- as less confusing as

12 possible.

13     Q.    And you think it's less confusing to have

14 a cluster of dots where you can't see, visually, the

15 relationship?

16     A.    Especially when I put the R-squares and

17 when I show 1-to-1 line there, and plus or minus

18 40 percent, everything is well-defined and it is

19 much easier to understand.

20     Q.    Did you run -- well, strike that.

21         So this figure is looking at daily

22 measured observations; correct?

23     A.    Those measurements which are available

24 every three days, yes.

25     Q.    But it's not looking at monthly or annual

**EXHIBIT 2**

1 averages.

2      A.    No.  For that one, you need to go to

3 Figure 1, which is the 3-month rolling -- maximum

4 rolling average.

5      Q.    Did you look at the long-term correlation

6 between the modeled and the measured data, either on

7 a monthly, or annual, or quarterly basis?

8      A.    No.  What I did was -- was the criteria

9 that Mr. Sullivan has used, the 3-month maximum

10 rolling average; and remember that I only have one

11 year of data.

12      Q.    Okay.  But you looked at it on a daily

13 basis not on a month or longer basis; right?

14      A.    In this curve, I compared every predicted

15 value to its corresponding measured value whenever

16 available.

17      Q.    Would you agree that if you were to do

18 the same analysis on a monthly basis, you get better

19 correlation?

20      A.    I haven't done that but when I looked at

21 the 3-month rolling average, which is the criteria

22 that Mr. Sullivan is using, the results are as awful

23 as these.

24      Q.    Wouldn't you agree that anytime you would

25 evaluate an air quality model by doing what you did

**EXHIBIT 2**

1 in Figure 2, taking a specific daily measurement at

2 a specific location and comparing it to the modeled

3 measurement at that location, your R-squared value

4 is always going to be close to zero?

5     A.    I don't believe so because remember that

6 the sheer fact that we have these boundaries, a wide

7 range of boundaries, that numbers could be

8 substantially different, means that if the vast

9 majority of your results are within there, then you

10 still view the model as reliable, even when

11 R-squared may not be close to one.

12     Q.    But in your entire career, you've never

13 taken an air quality model, matched the measured

14 observations at a specific time and location on a

15 daily basis to the modeled, and found good

16 correlation, have you?

17     A.    As I said, in the -- as you can see from

18 this graph to the left, that there's a wide range of

19 possibility.  If the dots fall within that entire

20 spectrum, we still view the model as being reliable.

21 So there's a lot of leeway it has, but as you

22 mentioned, air quality modeling is not a -- it's not

23 as straightforward in your process.  That's the

24 reason that we're allowing up to plus or minus

25 50 percent variations.  And even within this highly

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  liberal arrangement, Mr. Sullivan's model failed.

2              And again, I will refer back to my

3  Figure 1 and Table 5.  Even on the basis of some

4  sort of an annual measure that -- like, maximum

5  3-month rolling average, still his model performs

6  miserably.

7              MS. WILKINS:  Move to strike as

8        non-responsive.

9  QUESTIONS BY MS. WILKINS:

10     Q.    My question is, in your entire career,

11  the work you've done, the articles you've read, what

12  you examined in this case, what you've examined at

13  any point in your career, you cannot point to a

14  single example of where an air quality model is

15  evaluated by matching the measured data on a daily

16  basis to the modeled data for that same time and

17  location, and found good model performance; correct?

18              MR. WILL:  Object to form.  Asked and

19        answered.

20              THE WITNESS:  Yeah, I've already

21        answered the question.  Mr. Sullivan's model

22        fails even on a nonconcurrent basis.  And if

23        you look at the EPA, at the 2017 document that

24        we were discussing earlier today, it, in fact,

25        cites to reports and identifies 10 to

**EXHIBIT 2**

1       40 percent being the typical margin of error

2       when you do nonconcurrent comparisons.  So --

3               MS. WILKINS:  Object as

4       non-responsive.

5               THE WITNESS:  -- Mr. Sullivan's model

6       fails miserably on every basis.

7               MS. WILKINS:  Move to strike as

8       entirely non-responsive.

9  QUESTIONS BY MS. WILKINS:

10      Q.   When we get back from the lunch break,

11 I'm going to ask you if you can cite a single

12 article, a single source, that evaluated an air

13 model by comparing it to measured data taken daily

14 and found good performance.  Tell me if you can find

15 something, and I'm going --

16              MR. WILL:  There's no question

17      pending.

18              MS. WILKINS:  -- to ask you again

19      when we get back from lunch.

20              MR. WILL:  And we're not agreeing for

21      him to do any work between now and the end of

22      the break, sorry.

23 QUESTIONS BY MS. WILKINS:

24      Q.   Okay.  Well, I'm just telling you, I'm

25 going to ask you again when you get back from lunch,

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 and if you can't point me to one, I'm going to

2 understand that you can't find one.  It's not cited.

3 You haven't --

4                 MR. WILL:  Well, you can understand

5        whatever you want.

6                 MS. WILKINS:  Bob, you are

7        interrupting me.

8                 MR. WILL:  He has no obligation --

9        listen, he has no obligation to do any work

10       during his lunch break, and we're not going to

11       do it.

12 QUESTIONS BY MS. WILKINS:

13    Q.   Okay.  Well, I'm just advising, I'm going

14 to ask this question again when we get back from

15 lunch --

16                 MR. WILL:  Do what you want.

17 QUESTIONS BY MS. WILKINS:

18    Q.    -- and if the answer is that you can't

19 point me to one in your report, and you can't point

20 me to one that you found since your report, then I

21 will understand the answer to mean you don't have an

22 example of where anyone has ever compared an air

23 model in time and space by comparing a measured data

24 from a daily reading to the model data for a daily

25 reading and found good performance.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

 1              MR. WILL:  Whatever you want to do.

 2              MS. WILKINS:  Thanks, Bob.  Let's

 3       take a lunch break now.

 4              THE VIDEOGRAPHER:  Off the record at

 5       11:58.

 6              (Short recess taken.)

 7              THE VIDEOGRAPHER:  We are back on the

 8       record at 12:47.

 9  QUESTIONS BY MS. WILKINS:

10       Q.    Okay.  Dr. Rouhani, I'd like to go back

11  to Exhibit 2, the 2017 EPA guidance.  Do you have

12  that in front of you still?

13       A.    Yes.

14       Q.    Okay.  If you could go to page 5186 of

15  the document, which is page 5 of the PDF, and let me

16  know when you're there.

17       A.    Okay.  Yes.

18       Q.    Okay.  Did you review this section of the

19  EPA guidance in your work on this case?

20       A.    No.

21       Q.    Okay.  Well, if you would take a moment

22  to review it for me, please, and particularly I am

23  wanting to ask you about the column on the left side

24  of that page.  About halfway down in that first

25  column, it states, We acknowledge the issues and

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  potential challenges associated with conducting

2  field studies for use in model performance

3  evaluations, especially during stable light wind

4  conditions, given the potentially high degree of

5  variability that may exist across the modeling

6  domain and the increased potential for microscale

7  influences on plume transport and dilution.  This

8  variability is one of the reasons we discourage

9  placing too much weight on modeled versus predicted

10  concentrations paired in space and time in model

11  performance evaluations.

12          Do you see that section?

13      A.    Yes.

14      Q.    Okay.  Do you agree that this section is

15  not addressing model performance evaluations only in

16  the context of a regulatory application?

17      A.    This is -- the document says what it

18  says, yes.

19      Q.    Okay.  So this portion of the document is

20  referring both to regulatory applications as well as

21  models that are intended to simulate historic

22  contamination; right?

23      A.    This is about -- I'm reading the

24  beginning of the paragraph, and it's trying to

25  address the public comments supported the adoption

1 of adjusted underline U star option in AERMET, with

2 a few comments expressed concerns regarding the

3 potential for the adjust -- ADJ_U* option, to

4 underestimate ambient concentrations.

5        I believe that this is a comment directly

6 in response to -- of the comments which were made

7 about that particular model option, and I have not

8 reviewed that one so I cannot opine on this

9 statement.

10    Q.   Well, after -- after it talks about

11 AERMET, doesn't it go on to talk about different

12 comments that commenters made?  That some commenters

13 also expressed concern regarding the appropriateness

14 of field study databases used in the EPA model

15 evaluations.

16        Do you see that?

17    A.   Yes.

18    Q.   Okay.  And so it's not talking there

19 about the concerns about options in AERMET; right?

20    A.   I think that it still is about AERMET

21 because it is specifically -- it was something that

22 caused all these comments.  There was something in

23 the model, AERMET, the ADJ_U* option, that generated

24 these comments and I have not reviewed it so I

25 cannot opine anything about it today.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      Q.    Okay.  So it's your opinion, then, that

2  the statement here by the EPA that this variability

3  is one of the reasons that we discourage placing too

4  much weight on modeled versus predicted

5  concentrations paired in time and space and modeled

6  performance evaluations is not applicable to your

7  work?

8      A.    I have not reviewed this so I can not

9  open -- opine one way or another.

10      Q.    Okay.  Well, I'd like you to take the

11  time to review it as you need to and then tell me

12  whether the statement that I just read is applicable

13  to the work you did in this case.

14      A.    I -- frankly, I need to know what ADJ_U*

15  option in AERMET is, and I think it will take a lot

16  longer than a few minutes to figure out what is

17  that.  So if you want, you know, I can read the

18  paragraph and my answer will be that I need to

19  review this model, the comments, and then I can

20  opine about the significance of the statement, the

21  response stated.

22      Q.    Why didn't you review this section of the

23  EPA guidance in preparation of your report?

24      A.    I didn't see it.  Nobody directed --

25  nobody asked me to review every model that EPA has

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  generated.  And frankly, the reason that I reviewed

2  certain parts of this document was the fact that

3  Mr. Sullivan had cited it.  So I just wanted to

4  understand those sections that he cited.

5      Q.    So we talked before the break about

6  whether you could point me to any literature that

7  says it's appropriate to model or compare in time

8  and space when evaluating model performance.  You

9  certainly recall talking about that; right?

10     A.    Yes.

11     Q.    Okay.  And you haven't been able to

12  identify any literature that finds good model

13  performance when pairing in time and space; right?

14            MR. WILL:  Object to form.  Improper

15       question.

16            THE WITNESS:  In fact, I thought

17       about your questions and I go back to my

18       documents, both my original expert report, as

19       well as this one.  EPA clearly came up with

20       the concepts of comparing measured versus

21       observed values.  They described it -- even in

22       this document, they describe and put numbers

23       like 10 to 40 percent being that.

24            So my understanding is that hundreds

25       of models have been reviewed by EPA before

 1          they reach conclusions of this nature.  So --
 2          and so I think that rather than trying to
 3          reinvent the wheel, I basically assumed that
 4          the fact that EPA documents mention
 5          comparisons, mention even certain, you know,
 6          numeric criteria, tells me that these have
 7          been done, these such comparisons, maybe not
 8          published in a peer reviewed journal, but
 9          definitely reviewed by the regulatory agencies
10          to reach that conclusion.
11                  And I just want to give you few
12          examples if -- if you're interested.
13  QUESTIONS BY MS. WILKINS:
14      Q.    No, that doesn't answer my question at
15  all.  I was asking you about articles, not EPA
16  guidance.  So I'm not interested in the examples but
17  I do want to ask you a follow-up question.
18          On what basis are you concluding that the
19  EPA reviewed hundreds of models to conclude that
20  pairing in time and space is a -- an appropriate way
21  to evaluate model performance?
22      A.    For example, let's start with the earlier
23  EPA guidance documents.  For example, in
24  paragraph 18 of my supplemental report, the EPA
25  1978, early on was saying that on Model

1 Validation/Calibration, Section 6, states that any

2 application of an air quality model may have

3 deficiencies which cause estimated concentrations to

4 be in error.  When practical to obtain a measure of

5 confidence in the estimates, they should be compared

6 with observed air quality and their validity

7 determined.

8              Then, for example, one of the documents

9 that Mr. Sullivan cited, this is an EPA 2002

10 document.  I'm reading the title for it.  It's

11 called Example Applications of Modeling Toxic Air

12 Pollutants in Urban Areas.  If you go to page 17 of

13 this document, it says that -- and this is exactly

14 the statement that Mr. Sullivan cited in his

15 original expert report -- For model evaluation

16 studies, a factor of two agreement between modeled

17 and observed values is generally considered to be

18 acceptable.

19              This is a 2008 document.  So it tells me

20 that EPA, through -- should have reviewed many

21 such -- many such models to reach such clear

22 criteria for -- such as the factor of two agreement,

23 such as 10 to 40 percent is a reasonable number, you

24 know.  So it's a typical margin of error.  I'm

25 sorry, 10 to 40 percent is a typical margin of error

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  when you're comparing highest estimates.

2        So these basically gave me the impression

3  that such comparison have been done and, as a

4  result, people have come up with conclusions.  And

5  as I said, all those issues that you raised such as

6  meteorological variability, emission variabilities,

7  these are all the reasons that the EPA guidance

8  document acknowledges you cannot match everything

9  1-to-1; however, a reliable model must meet certain

10 of these criteria, otherwise it is just a numeric

11 artifact.

12      Q.    Okay.  So let's talk about that certain

13 numeric criteria that you keep coming back to.

14 Let's look at Exhibit 2, the EPA 2017 document

15 again, page 28 of the PDF, page 5209 of the

16 document, Section 4.1e.

17        You've made numerous references during

18 your testimony today as well as in your report to

19 this 40 percent threshold; correct?

20      A.    Because it's on a different page of this

21 document, and it was cited before, so I'm just

22 reciting it.

23      Q.    Okay.  So what I'm talking about is the

24 40 percent threshold that you've referenced numerous

25 times, that comes from Section 4.1e; correct?

EXHIBIT 2

1      A.     Four point -- yes, correct.

2      Q.     Okay.  And what that document -- what the

3  EPA is saying here is, Composite errors in highest

4  estimated concentrations of 10 to 40 percent are

5  found to be typical.

6             Did I read that correctly?

7      A.     Yes.

8      Q.     What do you understand highest estimated

9  concentrations to mean within that statement?

10     A.     Again, you need to go -- go back to the

11 context of that section which is on page -- you

12 probably know the PDF page better than I do -- 4.1e.

13     Q.     Right.  That's what we're reading from.

14 It's PDF page 28.

15     A.     Twenty-eight.  Okay, thank you.

16            Okay.  Here, if -- they talk about it

17 here, and if you go to that -- to that -- the page

18 that you just estimated, it basically recognizes

19 that you may have large uncertainties.  And it talks

20 about errors of 5 to 10 degrees in the measured wind

21 directions, 20 to 70 percent in particular time and

22 location.  And all these lead -- led them to the

23 conclusion that the highest estimated concentration

24 typically can vary between 10 to 40 percent

25 difference between measured and observed.

1    Q.    So my question was what do you understand
2  highest estimated concentration to refer to?
3    A.    It is, for example, if you have a period
4  of time and your measurements, for example, your
5  criteria is the 3-month rolling average for lead,
6  then the maximum 3-month rolling average should --
7  typically they should vary between 10 to 40 percent
8  of the observed values.
9    Q.    So in this sentence where the EPA is
10  referring to the highest estimated concentration
11  found within a model, it's talking about one point;
12  right?  The highest point; right?
13    A.    I believe that -- again, this is my
14  understanding -- that it all depends on the number,
15  the one number, that you get out of your model.  For
16  example, in our case, the 3-month -- 3-month
17  rolling -- maximum 3-month rolling average of lead
18  would be one number.  And that one number, when you
19  compare that to its measured value, it says that
20  typically should deviate no more than 10 to
21  40 percent.
22    Q.    Right.  So let's kind of put some numbers
23  on it.  The EPA is saying that if you're modeling an
24  emission source and the model says that the highest
25  concentration should be 100, then what the EPA is

1 saying here is somewhere in your measured data you

2 should expect to see a measurement between 60 and

3 140.

4           Do you agree with that?

5     A.    In other words, that -- let's be --

6 since, you know, we're using specific examples,

7 imagine you have one year of data, so you calculate

8 the 3-month rolling averages of lead, so for every

9 day you have a number, among those, you pick the

10 highest ones.  That will be your maximum 3-month

11 rolling average.  Then you have a similar set of

12 numbers from your model and you calculate the same

13 statistics, the maximum 3-month rolling average, and

14 you put them together.

15           And remember that EPA says that these

16 numbers may not be occurring at the same time.  For

17 example, Mr. Sullivan's models comes up with a

18 3-month rolling average 9 months different from what

19 the measured values showed, but we still compare

20 those two numbers.  And they -- according to the

21 EPA, the typical deviations are between 10 to

22 40 percent.

23     Q.    Right.  So do you agree with me that what

24 the EPA is saying here as an example is if you

25 model -- you model lead on a 3-month rolling average

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 from the La Oroya complex and just, hypothetically,

2 the highest concentration that your model shows is

3 100, do you agree, then, what the EPA is saying is

4 that when you compare that to your measured data,

5 you should see, somewhere in that data, a

6 concentration between 60 and 140, or 40 percent from

7 100.

8          Do you agree with that?

9     A.    Again, you make -- you make statements

10 which are not exactly correct.  Your model is done

11 on whatever basis that you're doing.  For example,

12 Mr. Sullivan was doing it on a daily basis for lead.

13 Then he calculates the 3-month rolling averages for

14 every single day and then he picks the highest one.

15 So the model is daily but the statistics that he

16 uses is the maximum 3-month rolling average.

17          And if -- if, for example, he gets -- he

18 gets a number out of that, then EPA, in this

19 particular document, says that, don't worry that --

20 about doing it concurrently.  So if you get a number

21 like 100, measured values, your model typically

22 should show something between 10 to 40 percent.  So

23 if you get 110, if you get 140, that's good, but if

24 you're beyond that, or -- and also the opposite way,

25 90, and then let's say it would be 60, if you're

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 outside of this, then you're outside of typical

2 margins of error.

3      Q.    And the EPA here is only talking about

4 one point, the highest point; right?  Not every

5 point in the model?

6      A.    Yes, this is -- this is nonconcurrent

7 measurements, yes.

8      Q.    Okay.  So in your -- in your report, you

9 compare every point within Mr. Sullivan's model to

10 evaluate whether it falls within a 40 percent

11 threshold of the measured data; right?

12      A.    I -- I mean, for every station, he has

13 estimated values based on his model.  I calculate --

14 for lead, I calculated 3 months rolling -- maximum

15 rolling average, and I compare it to his

16 corresponding measured value.

17      Q.    But you're not just looking at the

18 highest point within the model or within the

19 measured data, you're looking at all of them;

20 correct?

21      A.    I'm doing it for every station.

22      Q.    Okay.  And the EPA, you would agree, is

23 not advising where within the measured data you

24 would see that highest point, just that you would

25 expect to see it somewhere within the data; right?

1      A.     On that issue, for the regulatory cases,

2  they are -- for regulatory applications, they are

3  saying that given the fact that regulatory

4  applications focus on hypothetical extreme future

5  conditions, which you may not even have a

6  representative data, then for those cases, you may

7  not even go to the calibration.

8      Q.     Wouldn't you agree that what you've done

9  in your report by looking at each station is not

10 what the EPA is advising here because you're looking

11 at seven different maximums, not one maximum.

12     A.     I am -- in fact, these are not

13 recommendations, by the way.  These are actual

14 results of their review, of, I believe the models,

15 and they, in fact, have two references, 32 and 33.

16 So they have reviewed models and they are saying

17 that typical margins of error should be 10 to 40,

18 and I'm using that criteria.

19     Q.     Right, but wouldn't you agree that

20 they're saying typical margins of error for one

21 point, the highest point within the model, fall

22 within 10 and 40?

23     A.     At this -- this text is not that

24 specific.  At least my understanding is that it's

25 not -- and even the word "highest" is really --

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 depends on specific parameter statistics that you're

2 using.

3     Q.    What are you relying on for your --

4     A.    Because, you know -- I'm sorry -- in

5 natural language, for example, highest could be the

6 highest number, you know, ever mentioned, but in

7 this particular case, my understanding is that it is

8 for specific statistics.

9     Q.    What are you basing that understanding

10 from?

11     A.    Because this is the way that, for

12 example, Mr. Sullivan has done his modeling.  When

13 he uses different statistics for different

14 chemicals, clearly each chemical has its

15 own appropriate average.  Lead is the 3-month

16 rolling average maximum, then arsenic is maximum,

17 while you have the 99 percent of the highest daily

18 value.  So -- and for SO, of course, sulfur dioxide.

19     Q.    But that's not what you're doing.  You

20 are not using different statistics for different

21 chemicals.  What you are doing is looking at the

22 highest concentration at each station; correct?  At

23 seven different locations; correct?

24     A.    No.

25               MR. WILL:  Object.  Mischaracterizes

1        his report.

2                  THE WITNESS:  No.  As I've stated in

3        my supplemental report, what I've done is

4        that, if you go to paragraph 19, the last

5        sentence of the report is, In this work,

6        nonconcurrent comparisons use the maximum

7        annual 3-month rolling average for lead, the

8        annual average for arsenic, and the annual

9        99th percentile of the daily 1-hour maximum

10       for sulfur dioxide; consistent with

11       Mr. Sullivan's approach which he explained in

12       page 68 of his original expert report.

13  QUESTIONS BY MS. WILKINS:

14       Q.    And let's just talk about Figure 1 of

15  your report.

16       A.    Sure.

17       Q.    All right.  In Figure 1 of your report --

18       A.    And let me go to that one, please.  Okay.

19  I'm there.

20       Q.    What are you plotting in Figure 1?

21       A.    In Figure 1, what I'm doing is that I'm

22  basically calculating for all the -- this is for

23  lead.  So every dot that you see, whether predicted

24  or measurement, are maximum 3-month rolling average.

25  And I'm comparing -- and Mr. Sullivan has three

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  models, model runs.  One, I refer to it as

2  Sullivan-Cheremisinoff, which I believe it is

3  similar to his original model, then there is

4  Sullivan-McVehil, the Sullivan model, but apparently

5  he uses Mr. McVehil's emission treatment scenarios,

6  and then finally his most recent emission scenario

7  which we call Sullivan-Sullivan.  And they're all

8  represented there in -- and I've used different

9  coloring so this way there will be no

10 misunderstanding of these different results.

11     Q.     And which data are you applying this

12 40 percent threshold to?

13     A.     All these are basically, as you can see,

14 predicted versus measured, nonconcurrent, of a

15 specific parameter that Mr. Sullivan is using for

16 lead, is the maximum 3-month rolling average.  I'm

17 comparing those.  And the red dashed lines are the

18 plus or minus 40 percent boundaries.  And as you can

19 see that almost all of the predictions, regardless

20 of the model, are outside of that domain.

21     Q.     What I'm not understanding from your

22 report is what -- where your measured data comes

23 from.  Is it from one measurement of the highest

24 concentration within that data or more than one?

25     A.     Okay, let's look at one of these squares.

EXHIBIT 2

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 I'm looking -- let's look at the -- at the blue

2 square which is in the upper left corner.  That

3 is -- I have -- I've compared -- the predicted

4 value, this is for Sindicato station.  So I have

5 used all these results that Mr. Sullivan has

6 provided for Sullivan-McVehil model run for the

7 entire year.  And for Sindicato, I have calculated

8 the maximum 3-month rolling average.  And so that is

9 my predicted value for that blue circle.  The

10 measured value, again, Mr. Sullivan has provided the

11 measured values during that year.  I've also

12 calculated the 3-month max -- maximum 3 months

13 rolling average at that station which happens to be

14 Sindicato, and then I've plotted that first blue

15 circle.

16        Q.    Okay.

17        A.    Then the red circle is for the same

18 station but a different --

19        Q.    Let's stop there.  Let's talk about the

20 blue square in the bottom right.

21        A.    Yeah.

22        Q.    Where does that data come from?

23        A.    That comes from Huanchan.

24        Q.    Okay.  So --

25        A.    Based on the model that Mr. Sullivan

**EXHIBIT 2**

1  refers to as having Dr. McVehil's emission

2  treatments.

3      Q.    Okay.  So what you're doing in this

4  figure is plotting the maximum 3-month rolling

5  average for each station, modeled versus measured;

6  right?

7      A.    Yes.

8      Q.    Okay.  And wouldn't you agree that this

9  statement that we've been reading from the EPA that

10 talks about composite errors and highest estimated

11 concentrations of 10 to 40 percent are found to be

12 typical, doesn't tell you where -- a location where

13 you would expect to find your highest measured

14 concentration within your dataset?

15     A.    It just simply says highest.  And it is

16 my understanding that -- again, this is my

17 understanding, that they are referring to the

18 comparison of the nonconcurrent statistics of --

19 based on the results of the model.

20     Q.    And you, then, disagree with an

21 interpretation of this EPA document that would say

22 you're only -- you're only supposed to look for

23 concurrence between 10 to 40 percent of one highest

24 maximum, not a highest maximum at seven different

25 points within your data.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1        A.     This is the way that the model has been

2   used.  It was not -- it has not been presented as a

3   uniform model for the entire investigated area.  In

4   fact, Mr. Sullivan has made a number of statements,

5   based on his modeled results, regarding

6   concentrations in La Oroya Antigua.

7              So there are -- this model,

8   Mr. Sullivan's model, is specifically aimed to come

9   up with a spatial distribution of the results and

10  therefore, again, it is my understanding that, given

11  the purpose of this model, every station should be

12  compared separately.

13       Q.     Are you relying on anything other than

14  this 2017 EPA document for your understanding that

15  every station should be compared separately?

16       A.     This is my understanding.  Then I also

17  rely on EPA 1978, the original guidance.  And I also

18  relied on the EPA 2002 guidance document, that,

19  again, Mr. Sullivan has cited.

20       Q.     Okay.  Anything else?

21       A.     These are the ones that Mr. Sullivan

22  cited and I did my best to abide myself to the

23  documents that he has cited.

24       Q.     So as we sit here, you're not aware of

25  any other articles or literature that provides that

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  when you are looking for, you know, 10 to 40 percent

2  agreement between modeled and measured, that you

3  should look at data from multiple air monitoring

4  sources?

5      A.    Again, this is my understanding, and the

6  fact that Mr. Sullivan very much present his model

7  as a depiction of the geographical distribution of

8  air contamination.  Therefore, I think that a

9  station-by-station comparison is most appropriate.

10     Q.    While we've got this exhibit still in

11  front of us, let me make sure I understand your

12  testimony about Section 4.1.  I understand your

13  testimony to be that subsections a. through e. all

14  address modeling for both regulatory purposes and to

15  simulate historical contamination.

16          Do I have that correct?

17     A.    It seems to be that based on the review,

18  my understanding of the document.

19     Q.    Okay.  Then let me understand your

20  opinion about Subsection f.

21          Is it your opinion that that entire

22  subsection only relates to modeling for regulatory

23  purposes?

24     A.    This is the impression that I got after

25  reading that paragraph.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1     Q.     Okay.  So let's look at the first

2  sentence of Subsection f. that reads, Model

3  evaluations and inter-comparisons --

4     A.     Please allow me to open it up.

5            Okay.  I have it in front of me.

6     Q.     Okay.  And do you -- do you have the

7  correct page in front of you?

8     A.     I have the page 28, PDF.

9     Q.     Perfect.  So in Subsection f., the first

10  sentence reads, Model evaluations and

11  inter-comparisons should take these aspects of

12  uncertainty into account.

13            Do you see that?

14     A.     Yes.

15     Q.     What aspects of uncertainty do you

16  understand the EPA to be referring to there?

17     A.     That estimates of concentration pairing

18  time and space with observed concentrations are less

19  certain.  In other words, that why 10 to 40 percent

20  is for the highest, you know, my understanding of

21  probative statistics, when you go to the locations,

22  when you pair them in time and space, you even

23  expect more variations.  That's the reason that I

24  used the 2008 EPA guidance, and for concurrent

25  comparisons, I'm using plus or minus 50 percent,

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 which is much wider than 10 to 40.

2      Q.    Okay.  So specific to the EPA's reference

3 to aspects of uncertainty within models, I

4 understand that to mean the things that the EPA is

5 referring to in section -- or Subsection e. where it

6 discusses irreducible and reducible certainty --

7 uncertainty, excuse me -- to be things like wind

8 speed, wind direction.  Is that your understanding

9 or not?

10      A.    It basically means that -- that -- again,

11 my understanding is that when you compare the

12 highest estimated values, you should be able to

13 manage those of the observed values better than when

14 you compare specific times and locations.

15              MS. WILKINS:  Move to strike as

16         non-responsive.

17 QUESTIONS BY MS. WILKINS:

18      Q.    Dr. Rouhani, what I'm trying to talk to

19 you about is how you interpret the term "aspects of

20 uncertainty;" okay?  And so what I'm asking you is,

21 do you understand that term "aspects of uncertainty"

22 to mean things like are referenced in Subsection c.;

23 for example, changes in meteorology that are likely

24 to occur during trial time, or things like wind

25 speed and wind direction.  Is that your

EXHIBIT 2

1 understanding of that statement or not?

2       A.    My -- my understanding is different.

3       Q.    Okay.  And so, then, you interpret that

4 first line of Subsection f. only to refer to models

5 that are used for regulatory applications; correct?

6       A.    The first sentence is an introductory

7 first sentence.  Model evaluations and

8 inter-comparisons should take those aspects of

9 uncertainty into account.  So this is the first

10 sentence, which I believe refers to the fact that if

11 you look at particular statistics, such as an

12 average, like arsenic annual average, you will get

13 better fit than if you compare it to a daily

14 measurement.  Understanding this, then it says that

15 for a regulatory application of a model, the

16 emphasis of model evaluation is generally placed on

17 the highest modeled impacts.  In other words, for

18 regulatory conditions, we're looking at the

19 hypothetical extreme conditions in the future, we

20 are really keen about the highest numbers, what they

21 call highest, or, as you mentioned, as you -- in one

22 of the exhibits, Exhibit No. 3, you showed that the

23 National Ambient -- Air Ambient Quality, this

24 number, these statistics vary.

25             But they're saying that on a regulatory

Case: 4:11-cv-00044-CDP  Doc. #:  1248-2  Filed: 11/15/21  Page: 135 of 172 PageID #: 46420
Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 basis, our focus is on those highest numbers;

2 therefore, they claim that wind -- especially you're

3 talking about hypothetical extreme conditions in the

4 future, calibration may not be -- may not be

5 beneficial.  But it's -- so the rest of this

6 paragraph is for regulatory application.  Again,

7 this is my understanding.

8      Q.    So you agree, then, that the EPA says you

9 should not expect accuracy within 40 percent if you

10 are pairing in space and time; correct?

11               MR. WILL:  Object to form.

12               THE WITNESS:  No, it's -- it's saying

13      that -- it says what it says, that it will be

14      even less certain, i.e., more variations.  In

15      the 2008 --

16 QUESTIONS BY MS. WILKINS:

17      Q.    i.e., greater --

18      A.    EPA 2008 guidance document identifies

19 that at plus or minus factor of 2.

20      Q.    Okay.  So that would mean 50 percent;

21 right?

22      A.    Yes.

23      Q.    Okay.  This document, or indeed any EPA

24 document that you've referenced, they don't say that

25 modeling is considered unreliable unless multiple

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  points within the model fall within a 40 percent

2  value when you compare modeled versus measured;

3  correct?

4                  MR. WILL:  Object to form.  Broad --

5        over -- overbroad and vague.

6                  THE WITNESS:  I'm -- I really can't

7        answer your question because it's so broad

8        and --

9  QUESTIONS BY MS. WILKINS:

10      Q.    Okay.  So in any of the EPA documents

11  that you've referenced, do they say -- does the EPA

12  say that if you are -- if you are doing an air

13  quality model, that the model is unreliable unless

14  more than one point within the model falls within

15  40 percent of the corresponding measured data?

16                  MR. WILL:  Object to form.

17                  THE WITNESS:  Again, the purpose of

18        the model is very important.  If your

19        objective is to display the geographical

20        distribution of air contamination, then every

21        monitoring point is -- is a location that you

22        need to assess.  For some locations, you may

23        say, Hey, I have a model that is reasonable;

24        where the other ones you can say, Oh, they're

25        highly unreliable, grossly underestimating or

1      overestimating.

2  QUESTIONS BY MS. WILKINS:

3      Q.    All right.  So we talked about literature

4  that addresses pairing in time and space as far as

5  whether it should be done but have you encountered

6  any literature that says that pairing in time and

7  space should not be done when evaluating model

8  performance in a situation like this where the model

9  addresses or simulates historical contamination?

10     A.    I have not seen any document to that

11 effect.

12     Q.    Did you look for any?

13     A.    I mean, I relied primarily on the EPA

14 guidance documents that Mr. Sullivan had cited, and

15 none of them said anything as such.

16     Q.    And Mr. Sullivan doesn't evaluate his

17 model by comparing -- or pairing in time and space;

18 right?

19     A.    Mr. Sullivan does certain things but it's

20 very incoherent and -- and he always -- he prefers

21 to what I call qualitative statements.

22              MS. WILKINS:  Move to strike as

23        non-responsive.

24 QUESTIONS BY MS. WILKINS:

25     Q.    Did Mr. Sullivan evaluate his own model

1 by pairing in time and space?

2      A.    He -- if you look at his model results,

3 there are tables that have observed versus measured,

4 and -- but I don't know how far he has gone to

5 evaluate them.

6              In his original model, he -- I'm sorry,

7 in his original expert report 2019, he included even

8 some regression analyses for certain modeled results

9 versus observed results.

10                   (Deposition Exhibit 4 marked

11                    for identification.)

12 QUESTIONS BY MS. WILKINS:

13      Q.    Okay.  I just dropped in the Chat panel

14 two documents, you can disregard the first one

15 because I -- it doesn't have the exhibit sticker on

16 it, and open up the second.  The file name starts

17 with Exhibit 4?

18      A.    Sure.

19      Q.    When you've had an opportunity to open

20 that and look at that, would you tell me whether

21 this is an article that you've ever seen before?

22      A.    No, I have not seen this one.

23      Q.    Okay.  Are you familiar with this

24 publication, Meteorology and Atmospheric Physics?

25      A.    I've heard about it.

1      Q.     Do you consider it to be an authoritative

2  source?

3      A.     I don't know.

4      Q.     Have you ever used the source Meteorology

5  and Atmospheric Physics in your work?

6      A.     I may have.  I don't recall it at this

7  moment.

8      Q.     Okay.  Are you familiar with these

9  authors, J. C. Chang and S. R. Hanna?

10     A.     They are -- they appear to be associated

11 with George Mason University in Fairfax, Virginia.

12 No, I'm not familiar with them.

13     Q.     Okay.  Are you familiar with the School

14 of Computational Sciences at George Mason

15 University?

16     A.     No.

17     Q.     Do you understand this article to have

18 been peer reviewed?

19     A.     It seems like it, yes.

20     Q.     So if you want to take a moment to look

21 at this article and tell me whether you agree that

22 it's addressing not just air modeling used for

23 regulatory applications, but also air modeling used

24 for historic simulation?

25     A.     Sure.

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1          Q.    Okay.  And if you would look at --

2          A.    I'm reading the abstract -- the summary,

3   I'm sorry.

4          Q.    Oh, sure.

5          A.    I've finished reading the summary.

6          Q.    Okay.  Would you agree that this article

7   addresses air quality modeling for both regulatory

8   purposes and for historic simulation?

9          A.    From this summary, it seems that it's

10  just a generic model.

11         Q.    Okay.  I'd like you to go to page 19 of

12  the PDF.  And do you see Table 1 there?

13         A.    Yes.

14         Q.    Okay.  Do you see right above Table 1

15  where it states, Similar conclusions are found in

16  the review paper by Weil, et al., 1992, on air

17  quality model evaluation?

18         A.    I'm looking at Table 1.

19         Q.    Okay.  Right above Table 1 --

20         A.    Oh, right above; okay.

21         Q.    It says, Similar conclusions are found in

22  the review paper by Weil, et al., 1992, on air

23  quality model evaluation.

24               Do you see that?

25         A.    Yes.

1      Q.    All right.  Are you familiar with Weil,

2 et al., 1992?

3      A.    Yes.

4      Q.    Okay.  Did you review that for your work

5 in this case?

6      A.    No.

7      Q.    Why are you familiar with it?

8      A.    Oh, I'm sorry, I'm sorry, I misstated.

9 I'm not familiar with the Weil, et al., article or

10 whatever it is.

11      Q.    Okay.  Other than the EPA guidance, is it

12 correct that you did not review any articles or

13 other sources that addressed evaluation of air

14 quality models?

15      A.    I basically reviewed Mr. Sullivan's

16 report.  He cited specific EPA guidance documents

17 and I basically relied on those in order to make my

18 review of Mr. Sullivan's model as unbiased as

19 possible.

20      Q.    Okay.  And I want to make sure I

21 understand, also, that evaluation of air quality

22 models is not a typical thing that you do within

23 your work; right?

24      A.    Yes.

25      Q.    Okay.  And the only other times that

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1 you've ever evaluated performance of air quality

2 models was once about 25 years ago, and then

3 possibly again in the '90s?

4      A.    Yes, and then a series of confidential

5 studies.

6      Q.    Well, in those series of confidential

7 studies, did you evaluate air quality model

8 performance?

9      A.    I basically evaluated their reliability.

10      Q.    And that was two or three occasions?

11      A.    I would say half a dozen.

12      Q.    And when was that?

13      A.    These were scattered around the last 6 to

14 7 years.

15      Q.    When was the most recent one?

16      A.    I will say it was last year.

17      Q.    And when you did those -- work in those

18 half a dozen cases, did you review any guidance

19 sources other than EPA documents to advise you on

20 the appropriate way to evaluate air quality models?

21      A.    I -- as I said, in this case, I've cited

22 all the guidance documents that I've referenced, and

23 these are basically references that Mr. Sullivan

24 used in his work.

25      Q.    I'm not talking about this case.  I'm

1 talking about those other six or so cases you said

2 you have --

3     A.    Those are confidential.  Those are

4 confidential.  We looked at a variety of --

5     Q.    I'm not asking you about the details of

6 those cases.  I need you to listen to the question

7 that I'm asking you.

8         What I'm asking you is in those six or so

9 cases, did you review any guidance sources, other

10 than the EPA documents, to advise you on the

11 appropriate way to evaluate air quality models?

12     A.    Right now, I can only -- I only remember

13 the EPA guidance documents.

14     Q.    Okay.  So we go on in this article by

15 Chang and Hanna, they write that, They -- meaning

16 Weil, et al. -- stress that, because of variations

17 in wind direction, it is almost fruitless to attempt

18 to compare predictions and observations paired in

19 space and time.

20         Do you see that?

21     A.    Yes.

22     Q.    And do you agree here that we're not just

23 talking about regulatory applications?  We are

24 talking about all kinds of applications of air

25 modeling.

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      A.    The document says what it says.  I don't

2 know whether they have included the models that

3 Mr. Sullivan has used.  And they may or they may

4 have not, but their statements are clearly stated

5 there.  From their point of view, are fruitless,

6 then it's a very negative thing that basically says

7 that, you know, expecting a reliable air model

8 appears to be, to these authors, a fruitless goal.

9      Q.    I'd like to talk about the section of

10 your report where you state your opinion that

11 Mr. Sullivan misrepresented Dr. McVehil's modeling

12 results.  Can you explain what it is that you

13 believe he misrepresented?

14      A.    When you read Mr. Sullivan's rebuttal, as

15 well as his supplemental report, he repeatedly, and

16 especially in his rebuttal, reminds the reader that

17 the Defendant's experts consider Dr. McVehil's

18 reports as being reliable.  And then he, both in

19 rebuttal as well as in his supplemental, he has

20 columns, or statements, or files that he calls

21 McVehil, and that supposedly are his model, are

22 Mr. Sullivan's model, but using the emission

23 treatment -- emission treatments that Dr. McVehil

24 has used.

25            When you compare the results, you see

**EXHIBIT 2**

 1 that -- that there is a vast difference between what

 2 Dr. McVehil reports versus what Mr. Sullivan

 3 presents as McVehil results, and I just wanted to

 4 highlight that that's a misrepresentation.

 5       Q.    Do you understand the reasons that

 6 Mr. Sullivan's numbers are different than

 7 Mr. McVehil's -- or Dr. McVehil's?

 8       A.    No.  But when you're reproducing

 9 somebody's model, you either say that -- you know,

10 you need to come up with fairly close numbers.

11       Q.    Did you read Mr. Sullivan's full report?

12       A.    I -- oh, sure.  Yes.

13       Q.    Okay.  So you don't understand, after

14 reading his report, that one of the changes he made

15 when he re-ran Mr. -- or Dr. McVehil's model was to

16 remove that massive imaginary building?

17       A.    I presumed that that was only for -- it

18 was not for SO2, for sulfur dioxide, it was only for

19 lead, I believe.  And we tried to make sure that we

20 used both with buildings and without buildings

21 because he -- Mr. Sullivan allegedly ran both.

22       Q.    And are you critical of Mr. Sullivan for

23 running Dr. McVehil's model without that big

24 imaginary building?

25       A.    I have not been asked to comment on it

1 and I have no opinion.

2      Q.    All right.  And on the flip side of that,

3 do you have an opinion on whether Mr. Sullivan

4 should have included a fake building 35 times bigger

5 than any other building on earth in his model?

6      A.    I'm not an air modeler, so I don't know

7 what his purpose was.

8      Q.    Are you aware that the other difference

9 between Mr. Sullivan's input and Mr. McVehil's is

10 the meteorological data that was used?

11      A.    I don't know.

12      Q.    Okay.

13      A.    I was not asked to review that aspect.

14      Q.    Okay.  So if I represent to you that

15 Dr. McVehil's meteorological data was not available

16 to Mr. Sullivan, and therefore Mr. Sullivan used WRF

17 files instead of what Dr. McVehil used, you don't

18 have an opinion on whether that was appropriate or

19 not?

20      A.    I'm -- I did not study that issue.

21      Q.    Did you review the report from Doe Run's

22 consultant, Exponent, that addressed Dr. McVehil's

23 model?

24      A.    I looked at certain parts of it but not

25 the whole entire report.

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1      Q.    Did you understand that Exponent

2  criticized Dr. McVehil's use -- Dr. McVehil's use of

3  unreliable meteorological data?

4      A.    I don't know.

5      Q.    Are you aware that part of the

6  meteorological data that Dr. McVehil used was

7  actually from a totally different location, not in

8  La Oroya?

9      A.    I don't know.

10      Q.    Do you know that Mr. Sullivan used Mr. --

11  or Dr. McVehil's exact emission rates when he ran

12  the comparison?

13      A.    I don't know.

14      Q.    Do you know that Mr. Sullivan used

15  Dr. McVehil's exact release specifications, other

16  than the imaginary building, when he ran the

17  comparison?

18      A.    I don't know.

19      Q.    Okay.  So when you say that Mr. Sullivan

20  misrepresented Dr. McVehil's model, all you're

21  talking about is that the numbers Dr. McVehil

22  reported are not the same as the numbers that

23  Mr. Sullivan reported; right?

24      A.    Yes.

25              MS. WILKINS:  Okay.  I don't have any

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1   additional questions right now.  I want to

2   take a moment just to review.

3        Bob, you can either, you know,

4   continue and we can take a break later, or we

5   can take a break now.

6        MR. WILL:  We can take a break now if

7   you want.

8        MS. WILKINS:  Okay.  Let's just pause

9   for a minute -- let's see.  Five minutes

10   should be sufficient.

11        MR. WILL:  Okay.

12        THE WITNESS:  Okay.  Thank you.

13        THE VIDEOGRAPHER:  Off the record at

14   1:47.

15        (Short recess taken.)

16        THE VIDEOGRAPHER:  Back on the record

17   at 1:56.

18        MS. WILKINS:  Okay.  Dr. Rouhani,

19   thank you for your time.  I have no further

20   questions.

21        THE WITNESS:  Thank you very much,

22   Beth.

23        MR. WILL:  I have no questions.

24   We'll read and sign.

25        THE WITNESS:  Thank you very much and

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1    have a lovely day.

2              MS. WILKINS:  You, too.

3              THE VIDEOGRAPHER:  This will conclude

4    the deposition of Dr. Shahrokh Rouhani.  We

5    are off the record at 1:56.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 2

Case: 4:11-cv-00044-CDP   Doc. #:  1248-2   Filed: 11/15/21   Page: 150 of 172 PageID #: 46435
Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  STATE OF MISSOURI.

2                          SS.

3  COUNTY OF ST. LOUIS

4          I, Gretta G. Cairatti, RPR, CRR, MO-CCR

5  #790, IL-CSR #084-003418, in and for the State of

6  Missouri, duly qualified and authorized to

7  administer oaths and to certify to depositions, do

8  hereby certify that pursuant to notice in the civil

9  cause now pending and undetermined in the United

10 States District Court for the Eastern District of

11 Missouri, Eastern Division, to be used in the trial

12 of said cause in said court, I was attended by Zoom

13 videoconference, by the aforesaid witness; and by

14 the aforesaid attorneys; on the 14th day of

15 April, 2021.

16          That the said witness, being of sound

17 mind and being by me first carefully examined and

18 duly cautioned and sworn to testify the truth, the

19 whole truth, and nothing but the truth in the case

20 aforesaid, thereupon testified as is shown in the

21 foregoing transcript, said testimony being by me

22 reported in shorthand and caused to be transcribed

23 into typewriting, and that the foregoing pages

24 correctly set forth the testimony of the

25 aforementioned witness, together with the questions

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  propounded by counsel and remarks and objections of

2  counsel thereto, and is in all respects a full,

3  true, correct and complete transcript of the

4  questions propounded to and the answers given by

5  said witness; that signature of the deponent was

6  reserved by agreement of counsel.

7          I further certify that I am not of

8  counsel or attorney for either of the parties to

9  said suit, not related to nor interested in any of

10 the parties or their attorneys.

11         Witness my hand at St. Louis, Missouri,

12 this 19th day of April, 2021.

13

14         _Gretta G. Cairatti_

15     Certified Court Reporter in and for the

16             State of Missouri

17

18

19

20

21

22

23

24

25

Case: 4:11-cv-00044-CDP  Doc. #:  1248-2   Filed: 11/15/21   Page: 152 of 172 PageID #:
46437
Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1  360 Litigation Services

2  Monday, April 19, 2021

3  Robert Will, Esq.

4  Lewis Rice LLC

5  600 Washington Avenue, Suite 2500

6  St. Louis, MO  63102-2147

7  Re:  Deposition of SHAHROKH ROUHANI, Ph.D., PE
   Date:  April 14, 2021
8  Case:  A.O.A., et al. vs. DOE RUN RESOURCES
   CORPORATION, et al.

9

10 Robert Will, Esq.,

11 Your witness did not waive the right to read and
   sign his/her deposition in the above referenced
12 matter.  Enclosed is the copy of the deposition you
   ordered, together with errata sheets and additional
13 signature page.  Please instruct your witness to
   read the transcript, list any corrections (including
14 page and line number) on the errata sheets, sign and
   date the errata sheets and signature page.

15
   Within 30 days, please return the errata sheets and
16 signature page to our office for further processing.
   Your prompt cooperation will be appreciated.

17

18
   Sincerely,
19
   360 Litigation Services
20 Production Department
   10097 Manchester Road, Suite 102
21 St. Louis, MO  63122
   (314) 394-2206(main)
22 (314) 394-2207(fax)
   Office@360litigationservices.com

23

24

25

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1                           – – – – – – –
                               **ERRATA**
2                           – – – – – – –

3       PAGE    LINE    CHANGE

4       _____   _____   _____

5       _____   _____   _____

6       _____   _____   _____

7       _____   _____   _____

8       _____   _____   _____

9       _____   _____   _____

10      _____   _____   _____

11      _____   _____   _____

12      _____   _____   _____

13      _____   _____   _____

14      _____   _____   _____

15      _____   _____   _____

16      _____   _____   _____

17      _____   _____   _____

18      _____   _____   _____

19      _____   _____   _____

20      _____   _____   _____

21      _____   _____   _____

22      _____   _____   _____

23      _____   _____   _____

24      _____   _____   _____

25      _____   _____   _____

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021

A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

1                        – – – – – – –

                            **ERRATA**

2                        – – – – – – –

3       PAGE      LINE     CHANGE

4       _____     _____    _____

5       _____     _____    _____

6       _____     _____    _____

7       _____     _____    _____

8       _____     _____    _____

9       _____     _____    _____

10      _____     _____    _____

11      _____     _____    _____

12      _____     _____    _____

13      _____     _____    _____

14      _____     _____    _____

15      _____     _____    _____

16      _____     _____    _____

17      _____     _____    _____

18      _____     _____    _____

19      _____     _____    _____

20      _____     _____    _____

21      _____     _____    _____

22      _____     _____    _____

23      _____     _____    _____

24      _____     _____    _____

25      _____     _____    _____

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

```
1              Comes now the witness, SHAHROKH

2    ROUHANI, Ph.D., PE, and having read the

3    foregoing transcript of the deposition taken

4    on April 14, 2021, acknowledges by signature

5    hereto that it is a true and accurate

6    transcript of the testimony given on the date

7    hereinabove mentioned.

8

9

10

11

12    _____

13    SHAHROKH ROUHANI, Ph.D., PE

14

15

16

17    Subscribed and sworn to me before this _____

18    day of _____, 2020.

19

20    My Commission expires:

21

22

23    _____

24    Notary Public.

25
```

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

**$**

**$395** 54:13

**$40,000** 56:12

**1**

**1** 5:12 8:7,11 27:9 29:2 92:15 93:12,14 94:4 95:10 105:3 107:3 125:14,17,20, 21 139:12,14,18,19

**1-hour** 125:9

**1-to-1** 103:24 104:17 117:9

**10** 32:21 44:7 80:15 88:13,15 89:23 107:25 114:23 116:23,25 118:4,20, 24 119:7,20 120:21 121:22 123:17,22 128:11,23 130:1 131:19 132:1

**100** 54:19 119:25 121:3,7,21

**10097** 4:17

**102** 4:17

**10:12** 51:24

**10:25** 52:2

**11** 62:17,18,19,23, 25

**110** 121:23

**1180** 4:7

**11:58** 110:5

**120** 97:3 101:13,18, 20

**121** 97:5

**12:47** 110:8

**131** 96:18,22 97:5

**137** 5:16

**14** 5:2,9 6:2

**140** 120:3 121:6,23

**152** 5:20

**154** 5:21

**1600** 4:7

**17** 116:12

**18** 27:11 52:16 53:16 85:3 115:24

**19** 5:13 32:14 46:22 47:15 125:4 139:11

**1978** 9:1 24:6 27:15 31:19 44:1 52:8,16 53:7,12,17 115:25 129:17

**1992** 139:16,22 140:2

**1996** 29:23

**1:47** 147:14

**1:56** 147:17 148:5

**2**

**2** 5:14 24:12,16 25:17 26:5,9 29:2 32:11 35:17 52:22 56:21 75:21 76:7 79:12,25 95:19 98:5 101:14 106:1 110:11 117:14 134:19

**2.5** 75:6

**20** 55:4 80:16 118:21

**2002** 116:9 129:18

**2007** 67:17 94:6 101:20

**2008** 32:4 116:19 131:24 134:15,18

**2008a** 85:4

**2008b** 85:4

**2017** 5:14 24:7,15 25:18 26:11,14 32:12,14 33:7,12 35:1,5 47:16 50:12 52:7,20 53:2,5,12, 25 54:8 56:20 89:8 107:23 110:11

**117:14** 129:14

**2019** 137:7

**2021** 5:2,9,13 6:3

**24** 5:14 74:18 75:22 76:5

**24-hour** 75:7 77:23

**25** 10:24 28:8 141:2

**28** 35:7 117:15 118:14 131:8

**2O08** 26:6

**3**

**3** 5:15 29:2 73:3,6 75:8,11 76:1 77:25 79:12,25 96:17,23 122:14 127:12 133:22

**3-month** 94:8 105:3,9,21 107:5 119:5,6,16,17 120:8,10,13,18,25 121:13,16 124:15 125:7,24 126:16 127:8,12 128:4

**3-year** 74:21,23 75:2 76:8

**30309** 4:8

**314/394-2206** 4:19

**32** 123:15

**33** 123:15

**35** 76:8 145:4

**360** 4:16

**360lsvideoproduc tion@gmail.com** 4:20

**365** 96:11,18

**39** 27:16 53:17

**4**

**4** 5:16 29:2 137:10, 17

**4.0** 36:13

**4.1** 35:19 42:5 44:19 50:12,20,21 51:3,4 130:12

**4.1.f** 50:17 51:1,2, 12

**4.1e** 44:4,23 46:12 117:16,25 118:12

**4.2** 35:13,15,18

**40** 28:10,12 32:21 44:7 88:13,15 89:23 103:25 104:18 108:1 114:23 116:23,25 117:19, 24 118:4,24 119:7, 21 120:22 121:6,22 122:10 123:17,22 126:12,18 128:11, 23 130:1 131:19 132:1 134:9 135:1, 15

**404/572-3511** 4:9

**5**

**5** 93:14 107:3 110:15 118:20

**50** 28:11 106:25 131:25 134:20

**5000** 32:13

**5186** 110:14

**5209** 32:15 33:14 35:6 44:20 117:15

**6**

**6** 27:16 116:1 141:13

**60** 120:2 121:6,25

**63122** 4:18

**68** 125:12

**7**

**7** 5:5 141:14

**7-** 101:6

**70** 118:21

**700** 101:12

**73** 5:15

**75** 100:20

**8**

**8** 5:12

**800** 101:6

**8:57** 6:2

**9**

**9** 120:18

**90** 121:25

**90s** 141:3

**98th** 74:23 75:3 77:24

**99** 124:17

**99th** 125:9

**A**

**A.O.A.** 6:6

**abide** 129:22

**Absolute** 85:11

**abstract** 139:2

**acceptable** 80:8, 10 116:18

**accepted** 22:1 26:18 89:12

**accordance** 81:4

**account** 60:2,5,10 131:12 133:9

**accountant** 97:7

**accuracy** 14:8,15 17:8 134:9

**accurate** 10:9 11:17 13:14 15:11 18:8 53:7,13 56:9

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

**accurately** 13:8,23 21:1 50:25 66:15 82:3,14,19 92:6,19

**acknowledge** 110:25

**acknowledges** 117:8

**acquainted** 15:15

**activities** 21:20 26:22 27:6 30:16

**activity** 22:7,24 23:3,17 28:23 29:24 30:7 44:11

**actual** 12:23 41:18 75:18 76:11 79:7 123:13

**addition** 10:12

**additional** 9:3 104:1 147:1

**address** 25:23 92:2 111:25 130:14

**addressed** 140:13 145:22

**addresses** 45:5 50:21 136:4,9 139:7

**addressing** 111:15 138:22

**adequate** 14:25

**adequately** 15:18 60:10

**ADJ_U** 112:3,23 113:14

**adjust** 29:6 112:3

**adjusted** 112:1

**adjustments** 21:22

**adoption** 111:25

**advertise** 9:24

**advise** 11:20 22:8 49:8,15 141:19 142:10

**advises** 24:18 26:12 30:3,18 31:11,24 33:6 44:1

48:7

**advising** 109:13 122:23 123:10

**AERMET** 112:1,11, 19,20,23 113:15

**AERMOD** 25:22

**affect** 59:21

**affirmative** 71:18

**aforesaid** 7:5

**age** 7:3

**agencies** 115:9

**agree** 14:7 19:22 20:2 34:22 40:19 49:7,11 53:1,3 57:6, 15 58:9,22,24 59:8 60:16,25 62:10,16, 22 63:16 64:11 65:23 66:4 68:11,15 70:17 71:3,11 72:5 73:12 74:4 75:5 77:11 78:4,18 83:8 86:5 92:7,10,18,23 93:9 99:25 100:3,11 101:5 102:23 103:12,17 104:3 105:17,24 111:14 120:4,23 121:3,8 122:22 123:8,19 128:8 134:8 138:21 139:6 142:22

**agreeing** 108:20

**agreement** 116:16, 22 130:2

**agreements** 80:8

**ahead** 32:7,9

**aimed** 129:8

**air** 5:16 9:2,12,16, 20,25 10:7,8,11,13, 15,16,21 11:16,20 12:5,9,14,17,20 13:3,4,7,8,14,21,22, 23,25 14:4,8,15 15:7,24 16:5,17 17:8,9,14,17 18:1,7, 12 19:5 20:8 21:1,2, 15 22:1,9 25:18,21, 22 26:20 27:4,12, 17,21 28:9,14,16,20

29:16,17,22 30:1,2, 5,16,19 31:12,13,25 32:1 34:18 39:15,16 40:21 41:19,24 42:5,6 44:13 46:13 47:3 48:8 51:6 53:18 57:7,16 58:24 59:22 60:6,14 61:1, 2,9,21 62:7 64:21 66:6,16 67:12 68:5, 11,15,21,22,25 69:12,17,23,24 70:5,18 71:5 72:7 73:13,20,25 77:12 78:5 79:2,21 80:1 81:7 82:3,4,13,14, 18,19,25 83:1,9 84:20 85:22 87:15 88:22 89:16 90:9,24 92:19,24 93:19 105:25 106:13,22 107:14 108:12 109:22 116:2,6,11 130:3,8 133:23 135:12,20 138:22, 23 139:7,16,22 140:13,21 141:1,7, 20 142:11,24 143:7 145:6

**alerts** 21:9

**allegedly** 84:14 144:21

**allowable** 72:16

**allowing** 106:24

**alternative** 15:3

**altogether** 96:24

**ambient** 68:5,22,25 70:18,24,25 71:8 73:11,13 112:4 133:23

**amount** 24:2 93:20

**ample** 22:5 26:20 27:4 31:6,14 32:2 37:11 38:2 40:15 43:21 49:6

**analyses** 85:9 86:3 137:8

**analysis** 12:4 85:13 86:2,7 91:12, 22 94:1 95:6,17

97:10,13,15,21 98:16 105:18

**analyzing** 69:24 70:5

**annual** 58:13 76:1 80:13,18,22 91:12 104:25 105:7 107:4 125:7,8 133:12

**annually** 63:8

**Antigua** 19:11,20 20:18 129:6

**anytime** 82:17 105:24

**apologize** 57:4

**apparently** 126:4

**APPEARANCES** 4:1

**appears** 143:8

**applicable** 113:6, 12

**application** 27:17 39:20 40:7,8 41:4,6 43:2 48:25 53:18 70:15 78:20 111:16 116:2 133:15 134:6

**applications** 31:2 40:1 42:12 49:20 50:7 51:14 78:9 111:20 116:11 123:2,4 133:5 138:23 142:23,24

**applied** 11:16 12:4

**apply** 50:12,17

**applying** 52:6 126:11

**approach** 82:7 125:11

**approaches** 25:23 51:6

**appropriateness** 112:13

**approximately** 8:23 54:25 56:12 96:22

**April** 5:2,9 6:2

**area** 15:25 16:7 19:12 20:16 60:11 61:19 62:4 129:3

**areas** 18:18 116:12

**arrangement** 107:1

**arsenic** 67:21 124:16 125:8 133:12

**article** 5:16 9:16 84:20 87:14 88:1, 22,25 89:14 108:12 137:21 138:17,21 139:6 140:9 142:14

**articles** 83:23 107:11 115:15 129:25 140:12

**artifact** 17:11

**aspect** 145:13

**aspects** 131:11,15 132:3,19,21 133:8

**assess** 15:3 37:12 70:8 79:8 135:22

**assessed** 27:13

**assessing** 18:9

**assessment** 13:11 51:7 61:25 65:18

**assessments** 63:3

**assume** 18:22 47:24 50:8

**assumed** 115:3

**Assumes** 60:17 61:10

**assuming** 15:17 17:22 18:17 20:10 46:5 60:7

**Atlanta** 4:8 29:22 76:18

**Atmospheric** 5:16 137:24 138:5

**attempt** 142:17

**attempting** 31:13 32:1 40:14

**EXHIBIT 2**

**attempts** 35:21 38:14

**attending** 6:3

**attorneys** 55:5,16

**authoritative** 138:1

**authority** 22:21 23:15,19

**authors** 138:9 143:8

**average** 71:20 74:2,3,5,6,21,23 77:14,25 80:14,19, 22,23 83:19 85:13 91:13 94:8 105:4, 10,21 107:5 119:5, 6,17 120:11,13,18, 25 121:16 122:15 124:15,16 125:7,8, 24 126:16 127:8,13 128:5 133:12

**averaged** 67:25

**averages** 71:12,21 72:8 76:1 83:7 105:1 120:8 121:13

**averaging** 63:9 78:12

**aware** 19:3,6 20:4 23:11 50:6 67:24 83:9 89:15 90:7,11, 21 129:24 145:8 146:5

**awful** 84:11 105:22

**axes** 101:22

— B —

**back** 28:17,21 39:9 50:14 52:1 56:5 91:19,25 103:10 107:2 108:10,19,25 109:14 110:7,10 114:17 117:13 118:10 147:16

**background** 10:3

**based** 14:25 19:12, 25 26:6 28:5 35:22

**38**:14 58:25 59:9 60:21,22 65:21 70:13 84:6 90:22 91:9 95:25 122:13 127:25 128:19 129:5 130:17

**basically** 16:24 42:10 115:3 117:2 118:18 125:22 126:13 132:10 140:15,17 141:9,23 143:6

**basing** 124:9

**basis** 34:10 37:4 63:8 66:11,18,23 67:6,12,13,19,22 75:17 82:5,15 83:7 86:25 88:9 91:13 95:23 105:7,13,18 106:15 107:3,16,22 108:6 115:18 121:11,12 134:1

**beginning** 111:24

**believes** 41:8

**beneficial** 134:5

**benefit** 35:23 36:21 37:24 38:15 40:3,10 41:11 43:14 49:3

**Beth** 6:10 51:16 77:2 147:22

**bias** 85:10,12,13 102:24

**biased** 102:19,21

**big** 144:23

**bigger** 145:4

**billed** 56:12

**billing** 56:16

**bit** 21:10 56:18 72:13 90:2

**black** 95:21 101:23 103:6

**blocking** 56:4

**blocks** 94:19

**blood** 16:18,23 17:2

**bloody** 51:21

**blowing** 63:24 64:1

**blue** 127:1,9,14,20

**Bob** 76:24 109:6 110:2 147:3

**bottom** 44:23 99:24 100:1 127:20

**bound** 33:1

**boundaries** 103:23 106:6,7 126:18

**box** 24:22 56:20

**break** 25:5 51:16, 17,20 76:19 77:5,8 108:10,22 109:10 110:3 114:5 147:4, 5,6

**bring** 21:23

**broad** 21:20 22:10 135:4,7

**building** 90:12,19 144:16,24 145:4,5 146:16

**buildings** 144:20

**bunch** 94:21

**businesses** 20:23

**Butterfield** 4:5 6:16

— C —

**calculate** 85:6 100:22 120:7,12 122:13

**calculated** 97:14, 17 122:14 127:7,12

**calculates** 67:14 121:13

**calculating** 125:22

**calculations** 45:12

**calibrate** 43:23

**calibrating** 41:8

**calibration** 21:14,

25 22:6,9,13,17,23 23:11 24:1,9,18 26:3,12,18,21 27:5 28:5,14,19 29:1,4, 11,19,24 30:4,11,15 31:4,7,11,24 33:3,4 34:6 35:22 36:20 37:23 38:14 40:2,9 43:14 49:2 53:11 123:7 134:4

**calibrations** 30:18

**call** 76:23 126:7 133:21 136:21

**called** 116:11

**calling** 79:20

**calls** 91:7 94:24 98:21 99:15 143:20

**CALPUFF** 11:6,9, 12,18

**carbon** 36:11 51:8

**career** 10:9 11:15 12:6 28:13,19 52:5, 13 70:3 82:17 106:12 107:10,13

**case** 6:6 7:5,16 8:17 12:3 14:16 15:14 16:20,24 17:15 19:5 26:24 36:15 37:6,8 40:12, 13 45:13 49:23,25 52:9,11 54:12,17 55:6 56:13 57:21 60:20 61:12 65:15 72:3 79:1 81:1,6,15, 22 82:21 84:3 95:10 103:21 107:12 110:19 113:13 119:16 124:7 140:5 141:21,25

**cases** 22:15 28:5 36:19 37:3,23 38:3 40:9 41:8 80:9,25 123:1,6 141:18 142:1,6,9

**caused** 112:22

**centers** 18:20

**certainty** 132:6

**challenges** 111:1

**Chang** 5:17 138:9 142:15

**changed** 10:1

**characteristics** 71:22,23 98:3

**characterizing** 48:16

**Chat** 7:20 8:5,11 24:16,22 25:12 56:20 73:7 137:13

**chemical** 58:17 71:19,22 124:14

**chemicals** 71:24 72:3 124:14,21

**chose** 104:9

**circle** 127:9,15,17

**cite** 22:22 23:16 27:15 83:23 87:14 88:25 108:11

**cited** 9:5 11:25 23:22 26:7 32:12 35:5 84:5,25 89:24 109:2 114:3,4 116:9,14 117:21 129:19,22,23 136:14 140:16 141:21

**cites** 26:24 32:3 89:22 107:25

**citing** 39:19 51:12

**city** 19:18

**claim** 134:2

**clarify** 12:22

**classes** 9:20

**clear** 30:8 50:9 51:5 116:21

**clients** 9:25

**close** 20:13 21:24 34:12 106:4,11 144:10

**closer** 97:3 103:5,8

**cluster** 100:1 104:14

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

clustered 104:6

clustering 99:23 100:4,11,21 101:8 103:19

coffees 51:21

collect 18:8

collected 13:9,21 18:1 19:5 39:16 102:2

collecting 13:3

collection 12:19

coloring 126:9

column 35:12 110:23,25

columns 143:20

combine 91:21

combined 91:22 95:25 96:5,7

combining 96:12, 23

comment 112:5 144:25

commenters 112:12

comments 111:25 112:2,6,12,22,24 113:19

commercial 20:22

common 78:25 100:12

commonly 103:18

community 16:19 17:3

company 6:7 9:24 56:4

compare 12:13 15:2,21 27:25 28:1 30:12 34:15 44:13 45:20 46:15 49:9 88:3,12 94:16 95:23 114:7 119:19 120:19 121:4 122:9, 15 132:11,14 133:13 135:2

142:18 143:25

compared 21:21 27:20 38:4 48:1 79:7 80:14,20 87:24 88:14 91:16 105:14 109:22 116:5 127:3 129:12,15

compares 86:16

comparing 13:17 17:22 32:5 33:8 36:3 48:9 49:17 61:13 78:15 79:2,22 80:2 81:7 84:21 86:13 87:3,16 88:23 89:16 95:22 106:2 108:13 109:23 114:20 117:1 125:25 126:17 136:17

comparison 12:7 36:25 39:23 44:9 47:21 49:4 83:21 84:9 90:6 117:3 128:18 130:9 146:12,17

comparisons 34:9,21,25 35:3,22 38:5,6,15 46:7 78:24 83:16 108:2 115:5,7 125:6 131:25

complex 16:12,13 65:24 85:23 121:1

compliance 70:20

composite 32:20 44:6 45:8,17 118:3 128:10

computational 21:20 138:14

computed 85:9

concentration 32:16,18 33:16 44:14 47:18 118:23 119:2,10,25 121:2,6 124:22 126:24 128:14 131:17

concentrations 13:7,9,23 27:18 32:21 34:18 35:21

36:3 37:16 38:13, 18,20 39:6,14,15 40:20 41:18,19 42:13 44:7 53:20 69:25 70:6 71:5 72:7 74:1 76:3 82:4 90:9,24 92:19,24 93:4,20 96:16 111:10 112:4 113:5 116:3 118:4,9 128:11 129:6 131:18

concept 22:12 26:18

concepts 114:20

concern 47:25 112:13

concerned 78:20

concerns 18:19 112:2,19

conclude 77:25 115:19 148:3

concluded 82:2,13

concluding 82:18 115:18

conclusion 82:16 115:10 118:23

conclusions 15:4 82:1 83:18 115:1 117:4 139:15,21

concurrence 128:23

concurrent 34:20, 25 36:25 38:5 83:15,20 84:15 131:24

concurrently 121:20

condition 14:13 22:13 37:10 70:24 72:10

conditions 15:1 16:10 22:17,19 23:4,10,18 24:11,20 26:14,20 27:4 30:10,14 31:3 36:17,18 37:5,22 38:2 40:2,9 41:7,11

42:18 43:1,8,13,18, 20 45:14,20 46:14 47:4 48:9 49:1,11, 17,21 50:8,10,18,24 66:16,19 67:3 70:25 71:8 78:11,21,22,24 111:4 123:5 133:18, 19 134:3

conducted 10:13, 15 22:14 28:22 34:8 47:21

conducting 111:1

confidence 27:20 116:5

confidential 79:6 81:1 141:4,6 142:3, 4

confirm 8:16,18 56:24

confusing 104:2, 11,13

consideration 62:3

considered 14:13 15:8 20:11 22:20 80:16 116:17 134:25

considers 61:2 71:12 72:6

consist 41:3

consistent 47:13 125:10

construct 43:4

consultant 145:22

contained 8:25 10:20

contamination 111:22 130:8,15 135:20 136:9

context 13:19 15:1 39:9,10,19,23 53:14 58:23 70:2,4,12 79:14,17 111:16 118:11

continue 65:3 77:1 147:4

CONTINUED 4:1

conversation 55:16

cooperating 24:23

copy 8:10 24:15

corner 99:24 100:1 103:14 127:2

Corporation 6:15

correct 7:16,17 9:14,18,22 10:2,4 12:15 16:15 18:2,3, 8,11 26:25 31:20 34:19 50:1,5,13 54:9,10 56:2 62:4,6 65:16,20 74:10,17, 20,22 76:17 81:10 85:23 86:7 91:23 96:13,24,25 97:3,12 101:11 103:6 104:22 107:17 117:19,25 118:1 121:10 122:20 124:22,23 130:16 131:7 133:5 134:10 135:3 140:12

correctly 14:23 79:19 81:5 118:6

correlation 91:13 93:25 95:6,16 97:10,14,17,25 105:5,19 106:16

correspondence 80:4 81:23

counsel 6:8 56:8

count 29:2,13

counting 54:23

court 6:19 25:2,7, 10 33:18,23 34:1

cover 18:18

covering 18:18

covers 28:10 51:10

create 40:21 41:24 42:6,22 76:16 99:10

created 10:16 28:15,20 29:11,16 57:16 58:2 68:12,16

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

85:22 104:1

**creating** 28:9 41:20 61:2

**criteria** 51:8 71:19 75:15 76:13 77:20, 23 105:8,21 115:6 116:22 117:10,13 119:5 123:18

**critical** 17:6 18:18 144:22

**criticized** 146:2

**cubic** 76:8

**current** 64:21

**curve** 105:14

**curved** 103:25

**CV** 10:10,18,20 29:13

---

**D**

**daily** 58:24 59:8 67:20,23 68:1,18 71:11,20 72:8,11, 16,21,25 74:1,9,17, 19 82:4,15,19 83:12 86:21 95:23 96:11 104:21 105:12 106:1,15 107:15 108:13 109:24 121:12,15 124:17 125:9 133:13

**daily-to-daily** 94:17

**dash** 100:16

**dashed** 126:17

**data** 12:20 13:3,13, 21 14:4,6 19:4 22:5, 11 24:10,19 26:13 30:12 31:6,14 32:2 33:9 37:11 38:3 40:21 41:24 42:6, 21,22 47:6 49:5,9, 18 50:18 65:11,15 66:2 75:9,15 76:11, 12,15 78:15,22 79:2,21 80:2,3,5,20, 23 81:24 85:9 87:17 93:21 95:25 96:5

97:11,21,24 99:25 100:13 101:6,18,22 102:1 103:13 104:5 105:6,11 107:15,16 108:13 109:23,24 120:1,7 121:4,5 122:11,19,23,25 123:6 126:11,22,24 127:22 128:25 130:3 135:15 145:10,15 146:3,6

**databases** 112:14

**dataset** 100:12 128:14

**date** 6:2

**dated** 5:13

**dates** 102:5

**day** 57:10,18,19 58:5,11 65:25 82:22 120:9 121:14 148:1

**day-by-day** 66:6

**day-to-day** 63:6

**days** 28:17,22 77:15 96:17,23 104:24

**dealing** 22:16 49:5

**defeats** 97:25

**Defendant** 6:14

**Defendant's** 143:17

**Defendants** 4:3 6:17

**deficiencies** 27:18 53:19 116:3

**define** 72:11

**defines** 46:8

**defining** 70:13

**degree** 34:6 111:4

**degrees** 118:20

**demonstrate** 43:23

**demonstrates** 85:14

**depending** 71:18, 21

**depends** 30:6 119:14 124:1

**depict** 20:5

**depicting** 66:19

**depiction** 130:7

**deposes** 7:5

**deposition** 5:8 6:5 7:15,24 8:7 9:11 11:14 18:21 24:12 54:11,16,22 55:1,6, 10 56:12 73:3 137:10 148:4

**describe** 19:15,21 114:22

**DESCRIPTION** 5:11

**designed** 18:13 38:1 42:21

**desire** 23:25

**detail** 58:19

**details** 142:5

**determine** 17:25 18:13 27:13 45:23 70:19 77:12 80:10

**determined** 27:22 73:21 74:20,21 116:7

**determining** 13:6, 13

**developed** 43:9

**developing** 75:25

**development** 29:4

**deviate** 119:20

**deviations** 120:21

**diagram** 95:24 96:4,6,7

**diagrams** 96:8

**difference** 32:25 45:9,18 46:3 97:15 103:15 118:25 144:1 145:8

**dilution** 111:7

**dioxide** 51:9 67:14, 16 68:7 72:20 124:18 125:10 144:18

**direct** 33:14

**directed** 113:24

**direction** 59:21 60:13 61:1,7,20 62:11,17,18,19 64:14,25 65:5 132:8,25 142:17

**directions** 64:7 118:21

**directly** 39:18 112:5

**disagree** 49:13,14 59:14 61:4 62:13,21 63:1,12 64:4 128:20

**discourage** 111:8 113:3

**discreet** 81:8

**discusses** 132:6

**discussing** 56:8 107:24

**dispersion** 25:22

**display** 135:19

**disposal** 9:12

**disregard** 137:14

**distracting** 21:10

**distribution** 129:9 130:7 135:20

**Doctor** 33:19

**document** 11:24 23:22 24:3,18,25 25:16 26:1,6,7,11, 15,16 31:20 32:24 33:7 34:5 35:5,17 36:8,10 37:2,14 39:10 42:8 44:1,22 45:1,5,7,17 46:6 47:16 48:14,17 50:15 52:16 53:5,7, 8,12,17 57:5 73:10, 16,24 75:13 85:21

88:6 107:23 110:15 111:17,19 114:2,22 116:10,13,19 117:8, 14,16,21 118:2 121:19 128:21 129:14,18 130:18 134:18,23,24 136:10 143:1

**documents** 9:3,7 23:6,23 24:8 31:17, 19,22 52:7,10,12 55:2,3 114:18 115:4,23 116:8 129:23 135:10 136:14 137:14 140:16 141:19,22 142:10,13

**Doe** 6:6,15 145:21

**domain** 100:23 111:6 126:20

**domains** 100:16

**dot** 125:23

**dots** 101:12 104:6, 14 106:19

**doubt** 32:20 33:22 47:20 103:7

**download** 7:20

**downloaded** 8:13

**dozen** 79:12,25 141:11,18

**driven** 83:19

**drop** 8:10 94:18,23 95:11

**dropped** 7:19 137:13

**dropping** 95:10,15

**duly** 7:3

**durations** 86:17

---

**E**

**e-mail** 21:9

**earlier** 23:6 90:2 107:24 115:22

**earliest** 24:6

159

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

**early** 115:25

**earth** 145:5

**easier** 104:19

**easily** 23:24 38:4 98:14 104:7

**east** 19:10,18 64:1

**easy** 102:15 103:22

**effect** 61:7 101:8 103:19 136:11

**effective** 53:6

**element** 17:6

**elements** 60:1

**embedded** 31:16

**emission** 16:6 68:3 117:6 119:24 126:5,6 128:1 143:22,23 146:11

**emissions** 65:24 66:5,13 67:25

**emit** 51:7

**emphasis** 39:21 133:16

**encounter** 101:7

**encountered** 70:3 136:5

**end** 25:1 44:4 55:13 108:21

**enhancement** 25:21

**ensure** 14:11

**entire** 106:12,19 107:10 127:7 129:3 130:21 145:25

**entries** 74:13

**entry** 73:18

**environment** 14:9, 18 15:9

**environmental** 13:16 28:12 57:8,17 58:3

**EPA** 5:14 9:1 10:11, 14 11:16,19 23:6,22

24:3,15 25:18 26:6, 11 27:24 28:17 30:3,7,18,23 31:10, 16,18,22,23 32:3,23 33:6 34:5,22 35:5 36:20 37:2,23 38:16,19 39:5,10,13 40:2,19 41:8,17 42:4 43:11,25 45:1 47:5 48:7,12 49:2 50:12 52:6 53:6,8, 10,24 54:8 56:20,25 58:9 68:4 70:18 71:4,12 72:5,15,25 73:14,21,25 74:16 75:5,8,24 76:15 88:6 89:7,22 94:13, 24 107:23 110:11, 19 112:14 113:2,23, 25 114:19,25 115:4, 15,19,23,24 116:9, 20 117:7,14 118:3 119:9,23,25 120:15, 21,24 121:3,18 122:3,22 123:10 128:9,21 129:14,17, 18 131:16,24 132:4 134:8,18,23 135:10, 11 136:13 140:11, 16 141:19 142:10, 13

**EPA's** 132:2

**Errata** 5:20

**error** 27:19 32:16 44:9 45:9 46:3,8 53:20 86:2,7 88:17 89:12,24 94:13,25 99:3 108:1 116:4, 24,25 122:2 123:17, 20

**errors** 32:15,16,20, 24 33:2 44:3,6 45:8, 17 85:13 88:11 118:3,20 128:10

**ESQ** 4:5

**established** 60:18 61:11,23

**estimate** 27:20 54:24 80:13

**estimated** 27:18 32:18,20 33:15 44:6

47:18 53:20 94:22 116:3 118:4,8,18,23 119:2,10 122:13 128:10 132:12

**estimates** 69:24 70:5 116:5 117:1 131:17

**estimation** 28:6

**et al** 4:3 6:7 139:16, 22 140:2,9 142:16

**evaluate** 17:17 30:5,19 31:12,25 34:23 44:16 48:7 49:9,10,16,17 61:19 86:12 87:8,23 105:25 115:21 122:10 136:16,25 137:5 141:7,20 142:11

**evaluated** 33:8 78:5,6 79:2 80:1 81:7 84:21 87:3,16 88:22 89:15 107:15 108:12 141:1,9

**evaluating** 13:17, 22 14:3,8,15,22 15:7,24 16:5,17 17:7 18:3,12 20:8 46:13 47:3,5 60:6, 14 61:8,21 114:8 136:7

**evaluation** 5:17 36:15 59:22 65:14 81:3,12 98:1 116:15 133:16 139:17,23 140:13,21

**evaluations** 38:25 39:21 85:5 111:3, 11,15 112:15 113:6 131:3,10 133:7

**evidence** 82:7,9,10

**exact** 52:25 63:18 73:15 82:1,16 99:1 146:11,15

**Examination** 5:4,5 7:9

**examined** 83:10 107:12

**examining** 83:11

**examples** 115:12, 16 120:6

**exceedance** 78:1

**exceeded** 73:22 75:7,9

**Excel** 8:25 67:7 101:25

**excuse** 65:2 88:8 132:7

**exhibit** 8:7,11 24:12,16 25:17 27:8 35:17 52:22 56:21 73:3,6 94:4 110:11 117:14 130:10 133:22 137:10,15, 17

**exhibits** 5:8 7:20 8:5 133:22

**exist** 111:5

**expect** 65:7,23 66:1,5,6 93:23 100:17 120:2 122:25 128:13 131:23 134:9

**expecting** 143:7

**experience** 28:5,7, 8,12,21 52:5

**experienced** 64:1

**expert** 5:12 7:15 8:16,19 10:19 11:25 13:19,22,25 14:5 19:24 26:23 34:14 46:22,25 67:4,11 93:14 101:3 114:18 116:15 125:12 137:7

**expertise** 9:13 12:17,19 13:2,6,13, 16 14:3 60:12 61:6, 19 62:4 98:4

**experts** 143:17

**explain** 143:12

**explained** 125:11

**Exponent** 145:22 146:1

**exposed** 75:20 76:7

**exposure** 18:16 57:8,9,19 58:5,11, 24 59:9,10 76:3 77:14,15

**exposures** 57:17 58:3,5

**express** 58:19

**expressed** 17:4 112:2,13

**extent** 21:22 59:20 66:20 68:20 85:6,7

**extreme** 41:7,10 42:17 43:1,13 49:1, 21 78:10,21,23 123:4 133:19 134:3

**extremely** 63:6

**F**

**face-to-face** 7:23

**fact** 22:5 23:7,22 24:8 30:8 32:12 33:12 36:9 37:1 44:2,5,8 45:7 46:5 47:20,24 70:8,23 74:18 84:5,6,25 85:2,3 89:22 92:12 100:19 106:6 107:24 114:2,16 115:4 123:3,12,15 129:4 130:6 133:10

**factor** 26:5,8 32:11 116:16,22 134:19

**factors** 59:1 60:5, 12 61:1,15 101:9

**facts** 60:18 61:10

**faculty** 11:4

**failed** 107:1

**fails** 107:22 108:6

**fair** 66:8 70:11

**Fairfax** 138:11

**fairly** 20:1 144:10

**fake** 145:4

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

fall 100:17,22 106:19 123:21 135:1

falling 94:24

falls 94:13 122:10 135:14

familiar 11:23 16:2, 9 19:7 68:4 69:8,11, 16,19 70:10,15 137:23 138:8,12,13 140:1,7,9

feasible 22:17 30:11

features 20:11

feel 51:15

field 9:13 111:2 112:14

figure 92:13,15 93:12,14 94:4,20 95:10,19,21 96:11 98:5 104:21 105:3 106:1 107:3 113:16 125:14,17,20,21 128:4

file 8:24 9:1 137:16

files 9:7 67:7,8,9 101:25 143:20 145:17

final 83:18

finally 94:24 126:6

find 23:24 81:22 89:4 108:14 109:2 128:13

finds 88:2 114:12

fine 25:23

finished 139:5

finite 81:2

fit 133:13

fix 99:1

flip 145:2

flow 63:16,18 64:22

flows 19:19

focus 60:19 63:2

123:4 134:1

focused 16:20,24

follow-up 115:17

forgot 8:2

form 11:10,22 15:12 23:1 30:21,24 36:7 38:21 40:23 41:23 42:1,7,23 44:19 45:4,25 46:19 48:13 49:4 50:2 54:2 57:11,20 58:14 59:2,24 60:17 63:10 64:16 70:21 71:14 75:12 77:17 89:20 93:6 95:8 107:18 114:14 134:11 135:4,16

found 32:21 44:7 80:4 83:9 88:24 89:19 93:25 106:15 107:17 108:14 109:20,25 118:5 119:11 128:11 139:15,21

foundation 41:23 42:1,24 45:4 58:15 64:17 65:9 70:22 77:18

fourth 75:10

Fractional 85:10, 12

frame 86:20,22

frankly 30:11 53:14 58:17 92:22 113:14 114:1

front 93:22 110:12 130:11 131:5,7

fruitless 142:17 143:5,8

full 144:11

fully 90:21

future 22:16,20 23:10 30:10,12 31:3 36:17 37:4,22 40:1, 8 41:7,10 42:17,21 43:1,7,13 49:1,21 50:7,22 78:10,21,24 123:4 133:19 134:4

**G**

GA 4:8

gave 117:2

gears 56:18

general 21:16 26:18 54:4 70:12 71:9

generally 15:17 22:18 39:21 51:6 62:16 78:9 116:17 133:16

generate 15:20 60:8

generated 112:23 114:1

generic 22:7,23 23:5,18 26:21 27:6 28:3,6 29:4,25 30:15 31:7 33:3 44:10 139:10

geographical 130:7 135:19

geography 15:25 16:3 18:25 19:2,15, 21 20:8

George 138:11,14

Georgia 10:25 11:4 12:10,12 28:17,22 29:21

get all 75:1

give 24:21 69:19,21 92:22 98:6,14 115:11

goal 24:10,19 26:13 50:9 143:8

good 7:12,13 14:4 51:16 80:4 81:22 88:2,25 89:19 97:5 104:11 106:15 107:17 108:14 109:25 114:12 121:23

Google 20:5,15

grad 10:12

graduate 10:7,13 11:1

graph 103:22 104:10 106:18

great 84:4

greater 134:17

greatly 58:25

Gretta 24:24 56:20

gross 84:11,12

grossly 93:2 94:10, 11 95:13 98:25 135:25

GROUP 4:3

guess 91:1,3

guessing 66:2

guidance 5:14 11:24 23:6,22 24:3, 8,16 25:18 31:16, 18,22 32:24 34:5 37:2 44:25 48:12 50:12 52:6,10,12,20 53:2,25 54:1,9 56:21,25 89:22 110:11,19 113:23 115:16,23 117:7 129:17,18 131:24 134:18 136:14 140:11,16 141:18, 22 142:9,13

guideline 9:1

guidelines 25:20

guys 56:5

**H**

half 79:12,25 141:11,18

halfway 110:24

hand 37:8,9 40:13

handful 82:22

Hanna 5:18 138:9 142:15

happen 88:12 98:19

happening 40:8 57:10

happy 69:20 86:4

hard 71:17

health 18:14 57:9, 18 58:4,11 68:13 71:4,13 72:6 73:14, 23 76:12 77:13

health-based 75:14 76:12

hear 33:19,24 34:2

heard 137:25

helpful 35:7

Hey 135:23

high 16:18 111:4

highest 32:20 39:22 44:6 47:25 75:10 88:12 117:1 118:3,8,23 119:2, 10,12,24 120:10 121:2,14 122:4,18, 24 123:21,25 124:5, 6,17,22 126:23 128:10,13,15,23,24 131:20 132:12 133:17,20,21 134:1

highlight 84:7 144:4

highlighted 84:15

highly 64:13 100:24 102:21 106:25 135:25

hillside 20:4

historic 22:13 48:8 49:11,17 111:21 138:24 139:8

historical 16:10 23:3,18 24:11,20 26:14,19 27:4 30:14 31:5,13 32:1 37:10 38:2 40:14 43:18,20 45:14,19 46:14 47:4 49:5 50:10,18,23 130:15 136:9

history 15:16 16:3, 8

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021

A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

**hold** 12:16

**hour** 54:13 55:21 62:12 65:25 77:4

**hour-by-hour** 66:5,7,11,14,16,18, 23 67:5,12,19,22

**hour-to-hour** 62:11 63:6

**hourly** 33:8 54:12 67:17 68:2,18 71:11 72:8,21 73:1 74:2,9, 17 75:1,4 78:7 82:4, 15,19 83:5,12 86:21

**hourly-to-hourly** 94:17

**hours** 54:16,19,25 55:4,25 74:18 75:22 76:5 77:16

**house** 64:7

**houses** 20:19

**Huanchan** 19:7,10, 13,16,23 20:3,9,14, 17,20,23 21:2 90:3, 4,9,14,25 91:14 92:7,10,20,25 93:4, 15,20,24 94:18 95:4,16 97:21 98:7, 20 99:12 127:23

**huge** 90:19

**human** 18:13 57:9, 17 58:3 75:19 77:12

**hundreds** 114:24 115:19

**hypothetic** 30:10

**hypothetical** 22:16,19 23:10 30:10 31:3 36:17 37:4,22 40:1,9 41:7, 10 42:17 43:1,7,13 49:1,21 50:7 78:10, 21,23 98:9 123:4 133:19 134:3

**hypothetically** 121:1

---

**I**

**i.e.** 21:23 32:24 134:14,17

**identification** 8:8 24:13 73:4 137:11

**identified** 102:9

**identifies** 51:5 107:25 134:18

**identify** 6:8 25:8 114:12

**imaginary** 90:12, 19 144:16,24 146:16

**imagine** 37:20 120:7

**immediately** 32:23

**impact** 51:7 57:8, 17 58:3

**impacts** 18:14 39:22 133:17

**implies** 27:24 45:11

**important** 14:16 15:23 16:4,9,16 17:2,7,12,13 18:14 20:7 57:10,18 58:4 65:19 89:4 135:18

**impression** 117:2 130:24

**Improper** 98:8 114:14

**improve** 21:23 91:14 94:2 95:7,16 97:22 98:7

**improvement** 103:9

**improves** 97:25

**Inca** 94:23 97:24 102:20 103:1,4

**inclination** 94:12

**include** 53:25 54:20 102:16,25

---

**included** 23:23 26:2 52:19 53:2,5 63:3 79:24 85:7,11, 12 91:15 93:24 95:5 137:7 143:2 145:4

**including** 16:10 18:19 54:8

**incoherent** 136:20

**inconsequence** 94:20

**inconsequential** 95:18 102:22

**incorporation** 25:22

**increased** 111:6

**independently** 17:24

**indication** 29:14

**influences** 111:7

**information** 17:25 18:8 43:3 75:25

**input** 32:15 145:9

**inspections** 85:7

**instance** 82:25

**instances** 80:24

**intend** 53:11,24 59:17

**intended** 37:20 40:7 41:6 42:11,15, 16 48:25 53:6 78:10 111:21

**intention** 68:12

**inter-comparisons** 38:25 131:3,11 133:8

**intercomparison** 36:15

**interested** 115:12, 16

**interpret** 132:19 133:3

**interpretation** 28:4 53:24 128:21

---

**interpreting** 52:6

**interrogatories** 7:6

**interrupting** 109:7

**interval** 100:18

**intervals** 68:1

**introductory** 47:22 133:6

**intuitively** 103:22

**investigate** 64:21

**investigated** 129:3

**investigation** 10:22

**involved** 29:4,5 30:2 84:20

**involves** 37:2

**irreducible** 132:6

**issue** 45:5 72:3 123:1 145:20

**issues** 18:9,19 110:25 117:5

**item** 76:5

**iterations** 29:8

---

**J**

**J.C.** 5:17

**job** 14:11,23 15:18

**JOHNSTON** 4:15

**journal** 115:8

**journals** 83:4

---

**K**

**keen** 133:20

**key** 55:3

**kind** 20:23 43:12 44:4 119:22

**kinds** 142:24

**King** 4:6

---

**knowing** 99:10

**knowledge** 14:25

**Kraft** 6:12

**Kristine** 6:12

---

**L**

**La** 18:22 19:1,11,20 20:14,18 58:23 63:15 64:12 65:24 85:23 121:1 129:6 146:8

**lack** 42:23 45:4 58:14 64:16 65:9 70:21 77:17

**laid** 41:23

**language** 124:5

**large** 16:6 24:1 95:21 99:25 100:19 118:19

**larger** 16:11

**lasted** 55:20

**lawful** 7:3

**lawyer** 69:9 97:6

**lawyers** 74:7

**lay** 41:25

**lead** 16:18,23 17:3 36:11 51:8 58:24 67:18 68:7,22 72:7, 16 73:18,22 74:1 91:13 94:8 95:23 96:16 101:21 102:2 118:22 119:5,17 120:8,25 121:12 122:14 124:15 125:7,23 126:16 144:19

**learned** 52:10 90:15

**leave** 77:1

**leaves** 63:24

**led** 118:22

**leeway** 106:21

**left** 63:25 95:21

96:1,7,13 99:24
100:1 101:17,23
103:6,14 106:18
110:23 127:2

**LEGAL** 4:15

**level** 16:23 70:13,
16 75:17 76:13 88:7

**levels** 16:18,23
17:3

**liberal** 107:1

**light** 111:3

**lines** 82:9,10
100:16 126:17

**list** 84:1

**listen** 109:9 142:6

**lists** 84:3

**literature** 82:24
83:9 87:15 114:6,12
129:25 136:3,6

**litigation** 4:16 52:4
79:15

**live** 18:15 20:14

**LLP** 4:6

**located** 19:10,18,
23 20:3

**location** 13:24
33:9,11 34:7,17,19
36:5,6 44:15,16
45:21,23 46:16,17
47:6,8,19 48:10,11
62:12,20 70:1,7,19
71:1,6 78:7,8,16,17
79:3,4,23 80:4,21,
22 81:9,10 82:20
83:2,13 84:23,24
86:14,17 87:4,5,17,
18 88:4,5,24 89:17,
18 106:2,3,14
107:17 118:22
128:12 135:21
146:7

**locations** 32:19
33:17,20 71:10 80:6
91:21 94:10 102:2,4
124:23 131:21
132:14 135:22

**locked** 24:25 25:3
55:12

**log** 100:9 103:11,
13,19,23

**long** 55:19,22 56:3
76:25

**long-term** 57:9,19
58:5 63:7 77:14
83:7,19 84:13 105:5

**longer** 28:10
105:13 113:16

**looked** 21:3 35:3
63:11,20 65:10 66:2
89:2,7 105:12,20
142:4 145:24

**lot** 28:10 29:5 56:5
93:4 100:13 101:6
106:21 113:15

**Louis** 4:18 76:19

**lovely** 148:1

**lower** 103:14

**lunch** 76:19
108:10,19,25
109:10,15 110:3

---

### M

**machine** 8:14

**made** 8:21 16:2,9
27:24 42:14 46:3
50:9 55:12 112:6,12
117:17 129:4
144:14

**major** 19:13

**majority** 106:9

**make** 15:5 33:5
34:9 76:6 90:13
98:6,18 102:24
103:15 121:9
130:11 140:17,20
144:19

**makers** 22:14

**makes** 28:2

**making** 17:19

**manage** 132:13

**Manchester** 4:17

**manner** 71:18
85:16

**Marcavalle** 63:18
65:1,6

**March** 5:13

**margin** 89:24 94:13
108:1 116:24,25

**margins** 46:8
88:13,17 89:12
94:25 122:2 123:17,
20

**mark** 24:15,24 25:5
56:20

**marked** 5:11 8:7,11
24:12,21 25:8 73:3
137:10

**marking** 35:17
73:6

**Mason** 138:11,14

**massive** 90:12
144:16

**match** 66:7,19
117:8

**matched** 106:13

**matching** 83:12
107:15

**material** 67:3 87:15
88:1

**materials** 8:25 9:4
26:24 27:3

**math** 97:4,6

**mathematically**
97:3

**matrix** 84:13

**matter** 68:9 72:24
74:13,14 75:6 92:9

**matters** 25:24
36:12 77:13

**max** 127:12

**maximum** 94:7
105:3,9 107:4
119:6,17 120:10,13
121:16 122:14

123:11 124:16
125:6,9,24 126:16
127:8,12 128:4,24

**maximums** 123:11

**Mcvehil** 84:4,5,19
85:4,21 86:1,12
87:21 90:11,21
143:21,23 144:2,3
145:17 146:6,21

**Mcvehil's** 85:22
87:11,13,25 90:3,7,
17 92:5,11,18,23
93:19 126:5 128:1
143:11,17 144:7,15,
23 145:9,15,22
146:2,11,15,20

**meaning** 78:6
142:15

**means** 21:15 33:2
44:9 46:6 70:4 75:1
106:8 132:10

**meant** 96:4

**measure** 27:19
102:22 107:4 116:4

**measured** 12:8,14,
20 13:7,18 15:2,21
16:25 17:11,21 18:5
21:21,24 22:6 23:4,
8 24:2,10,19 26:12
27:13,25 28:2 32:5,
25 33:8 34:12 36:4
40:15,21 41:5,19,24
42:6 43:21 44:10,13
45:9,10,18 46:4,15
47:6,25 48:9 49:9,
17 60:22 61:14 66:7
78:15 79:2,8,21
80:2,5,20 81:8,23
84:22 85:9 86:13,
16,19,23 87:16,24
88:3,23 89:16
95:22,24 96:11,16
97:11 100:5,15
101:12,24 102:1
104:5,22 105:6,15
106:13 107:15
108:13 109:23
114:20 118:20,25
119:19 120:1,19
121:4,21 122:11,16,
19,23 126:14,22

127:10,11 128:5,13
130:2 135:2,15
137:3

**measurement**
12:23 13:2 18:4,10
34:16 45:21 75:10
78:7,8 87:4 106:1,3
120:2 125:24
126:23 133:14

**measurements**
17:16,19,20 26:21
27:5 30:14 40:5
41:9 42:13 43:4,21
49:6 68:18 75:3,4,
19 83:12 84:15
86:14,24 88:12
96:22 100:20
101:21 104:23
119:4 122:7

**measures** 100:7
101:16

**meet** 55:5 117:9

**meeting** 55:8,9,18,
19,22,25 56:1

**meetings** 56:7

**memory** 19:17
26:6 83:17 86:25

**mention** 61:13
115:4,5

**mentioned** 28:16
33:13 47:12,23
78:19 88:11 106:22
124:6 133:21

**Metallurgical**
16:13

**meteorologic**
16:11

**meteorological**
14:3,6 117:6
145:10,15 146:3,6

**meteorologist**
62:5

**meteorology** 5:16
132:23 137:24
138:4

**meter** 76:8

**method** 22:1 23:5

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

**methodology** 22:2 23:19 89:5

**micrograms** 76:8

**microscale** 111:6

**middle** 35:12

**mind** 79:13 81:17

**mineralogical** 16:12

**minus** 26:4 32:11 103:24 104:17 106:24 126:18 131:25 134:19

**minute** 147:9

**minutes** 113:16 147:9

**mischaracterizes** 36:8 42:8 47:10 48:14 50:3 124:25

**miserably** 107:6 108:6

**mispronounced** 14:19

**misrepresentatio n** 144:4

**misrepresented** 143:11,13 146:20

**misstated** 140:8

**mistake** 46:3

**misunderstandin g** 126:10

**MMA** 85:4

**MO** 4:18

**model** 5:17 10:16 12:5,14 13:11,17 14:4,12,22 15:7,25 16:5,17 18:12,13 21:1,14,15,21,23,25 22:8,14 23:8 25:22 27:12 28:9,14,20 29:3,7,9,19 30:4,5, 6,18,20 31:11,12, 13,24,25 32:1,15 33:4,7,10 34:17,23 36:15,19 37:3,13, 20,25 38:4,25

39:20,21,25 40:6,22 41:6,8,20 42:5,6,14, 21,22 43:2,4,8,19, 23,24 44:3 46:13 47:3,7 48:7,8,25 49:2,10,16 50:13 53:18 57:7,16 58:2 60:6,9,15 61:2,9,21 66:6,9,10,15,17,22 67:5,10,11,15 69:24 70:5 79:2,3,9 80:2 81:3,7,23 82:3,8,13, 14,18 83:1,7,10,22 84:8,21,23 85:5,22 86:13 87:2,11,16,23 88:2,22 89:9,16 90:12,13 91:14 92:5,11,18 93:25 94:1 97:12 99:4,5 100:14,17,24 105:25 106:10,13, 20 107:1,5,14,17,21 108:5,13 109:23,24 111:2,10,15 112:7, 14,23 113:19,25 114:7,8,12 115:21, 25 116:2,15 117:9 119:11,15,24 120:12,25 121:2,10, 15,21 122:5,9,13,18 123:21 126:1,3,4,20 127:6,25 128:19 129:1,3,7,8,11 130:6 131:2,10 133:7,15,16 135:1, 13,14,18,23 136:7, 8,17,25 137:2,6 139:10,17,23 140:18 141:7 143:7, 21,22 144:9,15,23 145:5,23 146:20

**model's** 14:8,15 17:8 44:16 45:23

**modeled** 14:10,18 15:9 16:1,19 35:21 36:2,5 38:13 39:22, 24 44:15 45:22 46:17 48:10 49:9,18 78:8,16 79:22 80:3, 5,21 81:9 83:13 86:14 87:5,18 88:4, 23 89:18 104:5 105:6 106:2,15 107:16 111:9 113:4,

5 116:16 128:5 129:5 130:2 133:17 135:2 137:8

**modeler** 14:11,22 15:8,17 18:17 20:10 40:13 61:2 62:7 145:6

**modelers** 26:19 60:1,7 61:5

**modeling** 9:12,16, 20,25 10:7,8,11,13, 15,21 11:16,20 12:10,17,21 16:21 19:5 20:8,12 21:15 22:2,7,9,24 23:3,17 26:20,22 27:4,6 28:3,12,16,22 29:22 30:2,8,16 31:8 44:11 51:6,11 59:22 68:1 69:23 77:12 79:6 90:4,8,18 93:19 106:22 111:5 116:11 119:23 124:12 130:14,22 134:25 138:22,23 139:7 142:25 143:11

**models** 9:2 13:4,8 15:3 25:18,21 27:17 29:10,15,16,17 30:1 35:1,22 36:11 38:14 41:24 42:10 48:2 49:20 50:21,23 60:21 62:1 65:18 67:17 70:9 78:5 82:23 85:17 87:8 90:24 92:8,23 93:3, 12 94:9 100:5 111:21 114:25 115:19 116:21 120:17 123:14,16 126:1 132:3 133:4 140:14,22 141:2,20 142:11 143:2

**moment** 58:7 62:14 110:21 138:7, 20 147:2

**monitor** 13:14

**monitoring** 13:25 17:9,10,14,18 18:1, 7 19:4 64:12 69:12, 17 102:7,8,10,11

130:3 135:21

**monitors** 13:21,22 39:16

**monoxide** 36:11 51:8

**month** 68:1 105:13

**monthly** 63:8 68:16,17 72:12 80:23 86:21 104:25 105:7,18

**months** 77:14 120:18 122:14 127:12

**morning** 7:12,13

**move** 38:7 40:16 48:3 84:16 85:18 88:18 95:1 99:6 100:25 107:7 108:7 132:15 136:22

**multiple** 37:11 130:3 134:25

---

**N**

**N.E.** 4:7

**NAAQS** 5:15

**narrow** 19:22 20:1

**national** 68:4,21,25 70:18 73:11 133:23

**natural** 124:5

**nature** 20:6 26:9 115:1

**nearby** 20:19

**necessarily** 34:7

**negated** 54:5,8

**negates** 53:9

**negative** 143:6

**nitrogen** 51:9

**noise** 10:4

**non-concurrent** 94:7

**non-responsive** 38:9 40:17 48:4

85:19 88:19 95:2 99:7 101:1 107:8 108:4,8 132:16 136:23

**nonconcurrent** 34:9,10 35:2 38:5 47:21 84:11 88:16 89:8 94:16 107:22 108:2 122:6 125:6 126:14 128:18

**noon** 76:18

**normal** 62:10

**noted** 32:14

**noticed** 63:24

**number** 5:11 20:17 26:24 58:25 71:9 78:17 79:5 100:19 101:14 116:23 119:14,15,18 120:9 121:18,20 124:6 129:4 133:24

**numbers** 88:15 106:7 114:22 119:22 120:12,16, 20 133:20 134:1 144:6,10 146:21,22

**numeric** 115:6 117:10,13

**numerous** 24:8 117:17,24

---

**O**

**object** 11:10,22 15:12 23:1 30:21,24 36:7 38:21 40:23 41:21,22 42:7,23 44:18 45:3,25 46:19 48:13 50:2 54:2 57:11,20 58:14 59:2,24 60:17 61:22 63:10 64:3,16 70:21 71:14 75:12 77:17 89:20 91:5 93:6 95:8 107:18 108:3 114:14 124:25 134:11 135:4,16

**objection** 37:17 47:9 59:12 61:10

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

65:8 93:10 98:8,21 99:15

**objective** 23:2,17 30:13 31:2 36:18 43:19 80:12 81:11 135:19

**objectives** 30:7

**obligation** 109:8,9

**observation** 88:23,24 89:17,18

**observations** 100:5 104:22 106:14 142:18

**observed** 17:11,21 22:6 27:21 35:21 36:2 37:16 38:13, 17,19 39:6,13,17,24 40:4,15,20 41:4,18 42:12 43:4 44:10 45:10,18 66:20 80:15 114:21 116:6, 17 118:25 119:8 131:18 132:13 137:3,9

**obtain** 27:19 116:4

**occasion** 82:13

**occasions** 79:10, 18 80:1 141:10

**occur** 32:19 33:16 46:9 47:18 132:24

**occurred** 75:10

**occurrence** 89:14

**occurring** 120:16

**office** 8:24 9:9

**Olympic** 29:24

**one-time** 29:6

**open** 113:9 131:4 137:16,19

**opine** 62:15 91:1 112:8,25 113:9,20

**opinion** 20:25 21:25 22:22 23:16, 20 30:3,17 33:6 37:10 43:17,25 45:16 46:11 50:11,

14,16,21 53:4,10 58:1,20 59:15 60:4 65:19,21 66:14,21 72:15 91:11 92:4 95:5,15 97:20 98:6 113:1 130:20,21 143:10 145:1,3,18

**opinions** 17:4 61:23 77:18

**opportunity** 137:19

**opposite** 121:24

**option** 112:1,3,7,23 113:15

**options** 112:19

**oral** 7:6

**order** 44:16 45:23 55:6 58:2,10 72:11 73:14,22 140:17

**original** 10:20 11:25 26:7 114:18 116:15 125:12 126:3 129:17 137:6, 7

**Oroya** 18:22 19:1, 11,20 20:14,18 58:23 63:15 64:12 65:24 85:23 121:1 129:6 146:8

**outcome** 95:18

**over-estimations** 84:12

**overbroad** 71:15 135:5

**overestimated** 94:11 95:13

**overestimating** 136:1

**ozone** 25:23

___

**P**

**P.E.** 5:12

**pair** 131:22

**paired** 35:20 36:2 38:13 111:10 113:5

142:18

**pairing** 69:1,5,10, 18,22 70:4,14 78:6, 14 79:20 114:13 115:20 131:17 134:10 136:4,6,17 137:1

**panel** 7:20 8:5,11 24:17 25:12 73:7 137:13

**paper** 139:16,22

**paragraph** 27:11 32:14 38:24 39:19 42:16 44:4,5 46:22 47:15 49:19,24 51:4,12 52:16 53:16 85:2,3 111:24 113:18 115:24 125:4 130:25 134:6

**parameter** 124:1 126:15

**parameters** 29:7 66:25

**part** 10:19,21 22:7, 23 23:5,18 26:22 27:6 28:3,6 29:3,23, 25 30:15 31:7 33:3, 20 34:15 44:10 47:22 65:14 67:2 99:3 146:5

**particulate** 25:23 36:12 68:9 72:24 74:12,13 75:6

**particulates** 51:9

**parties** 6:3

**parts** 114:2 145:24

**past** 10:11 23:3,18 24:11,20 26:14 31:5,13 32:1 37:10 38:1 40:5,14 41:6,9 42:14 43:20 45:14, 19 50:10,23

**pattern** 63:5

**pause** 147:8

**PDF** 24:25 35:7 110:15 117:15 118:12,14 131:8 139:12

**PE** 5:1,4,8 7:1

**Peachtree** 4:7

**peer** 9:16 115:8 138:18

**pending** 108:17

**people** 18:15 20:13,16,17 83:21 88:14 117:4

**percent** 32:21 44:7 75:21 76:7 80:15,16 88:15 89:23 100:20 103:25 104:18 106:25 108:1 114:23 116:23,25 117:19,24 118:4,21, 24 119:7,21 120:22 121:6,22 122:10 124:17 126:12,18 128:11,23 130:1 131:19,25 134:9,20 135:1,15

**percentile** 74:23 75:3 77:24 125:9

**Perfect** 131:9

**perform** 11:20 34:6 91:22

**performance** 5:17 30:5,6,19 31:12,25 33:7 34:23 44:17 45:24 46:13 47:3 48:7 49:10,16 59:22 60:6,14,20 61:9 88:2,25 89:19 90:13 107:17 108:14 109:25 111:2,11,15 113:6 114:8,13 115:21 136:8 141:1, 8

**performed** 9:16 10:8 28:14,19 29:10,18 30:4,19 31:11,24 85:14 86:3,6 91:12

**performing** 77:12 94:1

**performs** 107:5

**period** 71:9 74:24 75:2,8,21 76:4,8 77:23 119:3

**periods** 71:21 78:12,13

**permission** 56:6

**permitting** 79:17

**person** 19:1,2

**perspective** 77:13

**Ph.d.** 5:12 7:1

**PHD** 5:1,4,8

**phrase** 70:15

**Physics** 5:16 137:24 138:5

**pick** 75:2 120:9

**picks** 121:14

**pictures** 19:12,25 20:5,15,18

**piece** 87:14

**pile** 20:2

**place** 19:13

**placing** 111:9 113:3

**Plaintiffs** 6:11,13

**plateau** 20:3

**plenty** 22:3

**plot** 85:8 86:19 95:21 96:5,12,24 99:9,10,25 101:5, 17,23 103:1,6 104:6

**plots** 86:15 96:1 102:13

**plotted** 101:12 127:14

**plotting** 101:10 125:20 128:4

**plume** 111:7

**PM10** 51:10

**PM2.5** 51:10 74:16 76:2,4

**PM2.5's** 77:22

**point** 23:20,24 24:9,17 27:2 40:25 65:1,5 78:15 79:21,

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

22 80:2,3,23 87:17 88:1 100:23 107:13 109:1,19 114:6 118:1 119:11,12 122:4,5,9,18,24 123:21 135:14,21 143:5

**points** 33:9 99:25 101:6,18,22 102:1 103:14 128:25 135:1

**pollutants** 51:8 116:12

**poorly** 94:22

**population** 18:19

**portion** 111:19

**possibility** 106:19

**possibly** 141:3

**potential** 77:12 81:1 111:1,6 112:3

**potentially** 111:4

**practical** 27:19 85:7 116:4

**precise** 32:19 33:16,20 34:7 47:19

**predict** 21:2 42:21 66:15 67:12 82:19 83:1 92:6,19 99:11

**predicted** 12:8,13 13:18 14:24 15:2 16:24 17:22 28:1 32:5,25 45:11 46:4 48:1 61:13 85:8 86:15,19 87:24 100:14 101:24 105:14 111:9 113:4 125:23 126:14 127:3,9

**prediction** 36:5 98:19

**predictions** 15:19 126:19 142:18

**predicts** 33:10 34:17 47:7

**preface** 47:22

**preference** 24:1 26:3 76:21

**prefers** 136:20

**premise** 14:22

**preparation** 113:23

**prepare** 55:6,9

**prepared** 7:16 8:17 62:14

**preparing** 54:20, 21 55:1

**presence** 16:11

**present** 29:3 66:17,18 130:6

**presented** 17:20 66:9,22 67:22 83:4 85:16 129:2

**presenting** 39:10 67:5,10,11,16,19

**presents** 14:24 144:3

**presumed** 144:17

**previous** 44:3

**previously** 9:23 10:7 87:12

**primarily** 136:13

**primary** 36:12 51:9 77:22 84:13

**prior** 47:10 50:3 54:11 80:24

**probative** 131:21

**problem** 100:12 101:7

**procedure** 12:9 29:25

**process** 28:3,6 29:6 31:8 33:3 106:23

**produced** 8:24

**professor** 97:6

**projects** 30:2

**properly** 18:7

**propounded** 7:6

**protect** 58:10 68:12 71:4,13 72:6

**protection** 73:14, 23

**protocols** 11:16,19

**provide** 73:14,22 92:3

**provided** 9:8 16:25 60:22,23 61:14,15 67:2,7 90:6 94:5 127:6,10

**providing** 9:25

**public** 58:10 68:13 71:4,13 72:6 73:14, 22 111:25

**publication** 137:24

**published** 83:3,14 115:8

**pull** 8:4 42:22

**purpose** 60:9 98:1 129:11 135:17 145:7

**purposes** 30:9 37:21 50:22 68:1 90:6 130:14,23 139:8

**put** 13:15 24:16 25:4,12 39:9 58:23 73:6 87:11 90:11,18 104:16 114:22 119:22 120:14

**puts** 33:1

**putting** 39:8

**puzzled** 72:14

---

### Q

**qualitative** 136:21

**quality** 5:17 9:2 12:17,20 13:3,4,8 14:4,8,15 15:7,24 16:5,17 21:1,2,15 22:1 25:18,21 27:17,21 42:6 51:7 53:18 60:15 61:9,21

66:6 67:12 68:5,11, 15,22 69:1,12,17 70:18 73:13,21 79:21 80:1 81:7 82:4,14,18,20,25 83:1,10 84:20 87:16 88:22 89:16 105:25 106:13,22 107:14 116:2,6 133:23 135:13 139:7,17,23 140:14,21 141:1,7, 20 142:11

**quantifiable** 85:16

**quantile** 86:15

**quantile-quantile** 85:8

**quantitative** 13:10 100:7 101:16

**quarterly** 58:12 68:16,17 74:4,6,7,8 105:7

**question** 12:22 13:20 14:14 21:3 23:14 28:18 30:17 38:11,18 39:3,4,8, 11,18 41:2,13,22 48:6,20,22 53:15,23 57:13,22,23 59:5 63:12,20 65:11,12 69:3 71:17 72:14 75:24 78:14 81:14 82:11,12 87:10,12 88:21 92:16 95:4 101:15 107:10,21 108:16 109:14 114:15 115:14,17 119:1 135:7 142:6

**questionable** 35:23 36:21 37:24 38:15 40:3,10 41:11 43:14 49:3

**questions** 7:11 8:9 11:13 12:2 15:22 21:13 23:13 24:14 25:11 30:22 31:9 34:13 36:23 38:10 39:2 40:18 41:1,14 42:2,19 43:16 45:15 46:10,23 48:5,21 50:4 52:3 54:6 57:14,24 58:21

59:7,16 60:3,24 61:17 62:2 63:14,22 64:10,23 65:13 71:2 72:1 73:5 75:23 77:10 78:3 84:18 85:20 88:20 90:1 91:10 93:8,17 95:3, 14 97:8 98:17 99:8, 19,22 101:2 104:2 107:9 108:9,23 109:12,17 110:9 114:17 115:13 125:13 132:17 134:16 135:9 136:2, 24 137:12 147:1,20, 23

**quick** 21:6

**quotation** 32:17 33:14

**quoted** 52:16

**quotes** 53:17

---

### R

**R-SQUARE** 98:19 99:11 100:22 102:21

**R-SQUARED** 86:10 97:16,18,22 98:7 100:7 101:16 102:12,25 103:4,6, 16 106:3,11

**R-SQUARES** 104:16

**raised** 117:5

**ran** 97:9 144:21 146:11,16

**Randy** 4:5 6:16

**range** 21:20 46:8 51:11 80:11 106:7, 18

**ranges** 80:8

**rate** 54:12,13

**rates** 58:12,13 66:5,7,13 67:25 68:3 146:11

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

rbutterfield@ kslaw.com 4:10

re-ran 144:15

re-read 55:2,3

reach 29:8 115:1, 10 116:21

read 23:21 37:15 38:12 51:4 52:9 107:11 113:12,17 118:6 143:14 144:11 147:24

reader 143:16

reading 109:24,25 111:23 116:10 118:13 128:9 130:25 139:2,5 144:14

readings 96:11

reads 35:20 131:2, 10

real 66:19 100:4

reason 34:8 47:15 98:1,12 100:6 101:15 106:24 114:1 131:23

reasonable 43:6 80:17 116:23 135:23

reasons 111:8 113:3 117:7 144:5

rebuttal 143:14,16, 19

recall 7:19,22 20:21,22 52:14,21 55:18 80:25 81:25 82:2,12,16,17,21,24 83:14 84:2 114:9 138:6

receive 8:12

recent 126:6 141:15

receptor 72:11 75:20 76:6

recess 51:25 110:6 147:15

recite 85:1 86:4

reciting 117:22

recognize 73:10

recognizes 118:18

recommendations 22:11 123:13

recommended 22:18 23:12

record 6:2,9 35:16 51:23,24 52:1 56:24 110:4,8 147:13,16 148:5

records 56:15

red 100:16 126:17 127:17

reducible 132:6

refer 25:17 26:17 34:20 87:20 88:21 107:2 119:2 126:1 133:4

reference 26:24 27:2 69:13,16,20 84:1,2 87:15 88:1 89:14 132:2

referenced 25:25 57:1 84:20 117:24 132:22 134:24 135:11 141:22

references 23:24 26:2 36:2 37:15 89:23 117:17 123:15 141:23

referencing 28:8 85:22

referred 21:19 40:4 44:22 86:9 87:13

referring 24:4 25:19 26:1,15 31:19,23 38:17,19 39:5,13 40:20 41:17 42:5 49:8 53:15,21 87:20 111:20 119:10 128:17 131:16 132:5

refers 26:4,5 44:24 69:23 86:23 128:1

133:10

reflects 13:8

refresh 86:25

regard 21:15 75:6 85:23 90:4

regression 91:12, 22 94:1 95:6,17 97:10,13,15 137:8

regulate 71:5

regulatory 22:16, 19 23:10 30:9 31:2 36:16 37:4,21 39:20 40:1,7 41:4 42:11 43:2 48:25 49:19 50:7,22 51:13 58:10 70:13,16 75:17 78:4,9,18,20 88:7,9 111:16,20 115:9 123:1,2,3 130:14,22 133:5,15,18,25 134:6 138:23 139:7 142:23

reinvent 115:3

related 18:10 37:1

relates 130:22

relation 69:17

relationship 100:4 101:9 104:4,15

release 81:1 146:15

relevance 64:3,17 65:8

relevant 14:13 72:7

reliability 14:5,12 18:4 21:23 23:8 27:14 37:12 38:3 70:9 79:8 83:6,22 84:7 85:15,17 141:9

reliable 15:19 17:16,19,23 18:2 29:9 34:12 43:24 60:8 65:22 66:10 80:17 83:5,10 84:21 87:3 98:15 100:17 106:10,20 117:9 143:7,18

reliably 82:3,14,19 83:1

reliance 8:25 23:23 67:3,7,9

relied 89:22 129:18 136:13 140:17

rely 100:6 101:15 129:17

relying 9:4 18:5 19:17 83:17 124:3 129:13

remaining 95:12

remember 20:24 29:23 55:24 64:8 81:21 83:3 105:10 106:5 120:15 142:12

remembering 64:6

reminding 43:11

reminds 143:16

remove 53:11 97:23 99:2 144:16

removed 97:21 98:20 99:12

removing 98:7

RENCO 4:3

repeat 48:24 57:12 67:1

repeatedly 143:15

replot 103:19

reply 7:6

report 5:12 7:16 8:11,17,19,21 9:5 10:19,20 12:1 17:5 26:23 27:11 32:14 33:13 34:15 46:22, 25 47:14 52:17 53:16 54:21 55:15 56:9 57:2 59:3 61:23 67:5,11 83:11,24 85:1,3,15 86:1,25 87:13 89:6 91:20 92:2 93:15 95:20 100:19 102:17 109:19,20 113:23 114:18

115:24 116:15 117:18 122:8 123:9 125:1,3,5,12,15,17 126:22 137:7 140:16 143:10,15 144:11,14 145:21, 25

reported 18:5 85:6 146:22,23

reporter 6:19 25:2, 7,10 33:18,23 34:1

reporting 13:23

reports 84:10 107:25 143:18 144:2

represent 21:1 145:14

representation 43:7

representative 41:10 43:5 76:14 78:23 123:6

represented 126:8

representing 15:18

reproducing 144:8

research 10:11

researcher 89:15

resolution 81:2,4

Resources 6:6,15

response 38:8 112:6 113:21

rest 134:5

result 17:15 32:15 84:22,23 100:14 117:4

results 11:9 14:12, 24 16:22,24 20:12 21:21 27:12 31:6,14 32:2 34:11 39:24 40:14 60:21 66:17 78:1 79:9 83:5,13, 15,20 84:7,11,14 85:6,16 86:16,20 88:16 89:9 92:21 93:2,11,13,16 94:5,

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

6,15 96:2 98:15
100:15 102:19
105:22 106:9
123:14 126:10
127:5 128:19 129:5,
9 137:2,8,9 143:12,
25 144:3

**review** 9:16 60:19
69:20 84:10 90:3,17
110:18,22 113:11,
19,22,25 123:14
130:17 139:16,22
140:4,12,18 141:18
142:9 145:13,21
147:2

**reviewed** 82:22,25
83:4,18 112:8,24
113:8 114:1,25
115:8,9,19 116:20
123:16 138:18
140:15

**reviewing** 15:15
90:21

**revision** 25:20

**revoke** 53:24

**risks** 18:14 77:13

**river** 19:19

**RND** 9:1

**Road** 4:17

**Robert** 6:14

**rolling** 74:3,6 94:8
105:3,4,10,21 107:5
119:5,6,17 120:8,
11,13,18,25 121:13,
16 122:14,15
124:16 125:7,24
126:16 127:8,13
128:4

**Root** 85:12 86:1,6

**rough** 54:24

**roughly** 10:24
101:19,20

**Rouhani** 5:1,4,8,12
6:5 7:1,12 14:14,17,
20 15:7,23 25:13
29:16 42:3 44:22
46:12 48:23 52:4
110:10 132:18

147:18 148:4

**run** 6:6,15 11:5
102:12 103:12
104:20 127:6

**Run's** 145:21

**running** 100:8
103:11 144:23

**runs** 126:1

## S

**S.R.** 5:18

**safe** 75:16 76:13

**sat** 63:23

**scale** 100:9 103:11,
13,20,23

**scattered** 141:13

**scenario** 126:6

**scenarios** 126:5

**school** 10:7 11:2
138:13

**schools** 20:22

**Sciences** 138:14

**scope** 59:3 61:22
77:18

**screen** 57:4 73:8

**scroll** 74:12

**search** 52:22

**searching** 27:7

**secondary** 77:22

**section** 27:16
35:13,18,19 36:10,
13,25 42:5 44:12,
19,23,24 46:12
49:8,15 50:12,17,
20,21 51:3,5,10
52:15 110:18
111:12,14 113:22
116:1 117:16,25
118:11 130:12
132:5 143:9

**sections** 114:4

**sensitive** 72:10

75:20 76:6

**sentence** 35:19
37:15 38:11 42:4
119:9 125:5 131:2,
10 133:6,7,10

**separately** 35:3
91:17 129:12,15

**series** 141:4,6

**services** 4:16 9:25

**set** 72:21 73:13
120:11

**sets** 58:9 71:4
72:15,25 73:25

**setting** 71:12 72:6
75:7 78:18

**settings** 78:5

**Shahrokh** 5:1,4,8,
12 6:5 7:1 148:4

**shared** 25:16

**sheer** 44:2,5,8 45:7
46:5 106:6

**short** 51:17,25
110:6 147:15

**short-term** 77:15

**show** 69:13 83:15,
21 87:19 102:18,23
104:17 121:22

**showed** 83:20
120:19 133:22

**showing** 83:6

**shown** 103:2

**shows** 84:6 93:15
94:4,18 121:2

**side** 95:21 110:23
145:2

**sides** 64:7

**sign** 147:24

**Signature** 5:21

**significance**
113:20

**significant** 93:20

**similar** 15:14

120:11 126:3
139:15,21

**simply** 128:15

**simulate** 23:3,17
24:11,20 26:13
30:13 31:13 32:1
38:1 40:14 43:20
48:8 49:11,20
50:10,23 72:10
111:21 130:15

**simulated** 78:1

**simulates** 136:9

**simulating** 26:19
27:3 45:13,19

**simulation** 22:13
31:5 37:9 138:24
139:8

**simulations** 50:18

**Sindicato** 63:16
65:6 127:4,7,14

**single** 89:14
102:20 107:14
108:11,12 121:14

**sit** 89:13 129:24

**site** 14:25 15:16
16:3,8,10 19:7,9,16,
23 20:9,14,20,23
21:2 90:3,4 91:14
93:24 95:4

**sited** 13:24 18:7
36:10

**sites** 91:23

**siting** 17:9,14
18:10

**sitings** 17:12

**sitting** 83:17

**situation** 64:6,20
80:6 90:22 136:8

**situations** 102:21

**slight** 97:15

**slightly** 86:11

**small** 20:3

**smelter** 16:6 58:23,
25

**SO2** 67:14 144:18

**sole** 82:9

**somebody's** 144:9

**sort** 83:19 104:1
107:4

**sounded** 99:21

**source** 16:6 17:10
18:16 88:2 108:12
119:24 138:2,4

**sources** 43:3 51:7
58:25 130:4 140:13
141:19 142:9

**south** 63:25

**space** 12:13 69:2,5,
10,18,23 70:4,14
78:5,15 79:20 81:2
103:13 109:23
111:10 113:5 114:8,
13 115:20 131:18,
22 134:10 136:4,7,
17 137:1 142:19

**Spalding** 4:6

**spatial** 129:9

**speak** 77:8

**speaks** 75:13

**specific** 20:11 23:9
33:8,9 34:16,17
36:4 44:13,14,15
45:20,21,22 46:15
47:6 58:7 63:12,15
70:1,19 71:1,8 78:7,
12 79:3 80:23 81:8
83:2,12 86:13,24
87:3 95:11 96:2,9
102:4 106:1,2,14
120:6 123:24 124:1,
8 126:15 132:2,14
140:16

**specifically** 13:20
26:17 38:1 51:13
73:17 112:21 129:8

**specifications**
146:15

**spectrum** 106:20

**speculate** 91:6
99:18

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

**speculation** 91:7,9 98:22 99:16

**speed** 60:13 61:1, 8,20 62:23,24 63:5 64:14,22,25 65:4 132:8,25

**spend** 55:1

**spent** 54:16

**spreadsheets** 9:1

**square** 85:12 86:2, 7 127:2,20

**squares** 126:25

**St** 4:18 76:19

**stable** 111:3

**stage** 58:18 59:6 63:21

**standard** 12:9 68:22 69:1 73:21 74:17 75:7

**standards** 58:10 68:5,12,16 70:18 71:4,13 72:6,16,22 73:1,13,25 75:25 76:16

**star** 112:1

**start** 22:4 38:24 88:10 94:24 115:22

**started** 84:10 90:20

**starts** 38:24 137:16

**state** 143:10

**stated** 10:10,18 15:3 32:13 46:21,24 100:18 113:21 125:2 143:4

**statement** 27:7 32:10 37:1 52:19, 23,25 53:1,6,9,11, 21 54:4 59:14 61:4 62:14,15,21 63:1,13 64:5 112:9 113:2, 12,20 116:14 118:9 128:9 133:1

**statements** 27:24 31:16 34:24 50:16 65:22 90:16,22

121:9 129:4 136:21 143:4,20

**states** 27:11,16 33:13 38:12 40:2 89:8 110:25 116:1 139:15

**station** 63:17,18 65:6 91:17 92:9 94:12,22,23 95:10, 12 96:1,9,19 98:2 102:7,8,20 103:1,5 122:12,21 123:9 124:22 127:4,13,18 128:5 129:11,15

**station-by-station** 130:9

**stations** 17:9,10, 14,18 18:1,7,10 19:4 37:11 64:12, 15,22 94:21 95:11, 12 96:12,22 97:11, 24 98:24 102:10,11, 20

**statistic** 80:13

**statistical** 12:4 85:5

**statistically** 60:14 61:8

**statistics** 13:16 84:6,13 86:17 90:5 98:5 101:3 103:18 120:13 121:15 124:1,8,13,20 128:18 131:21 133:11,24

**step** 29:6 91:19

**STEVE** 4:15

**stick** 92:16 94:23

**sticker** 56:21 137:15

**stop** 127:19

**stored** 19:14

**story** 66:12

**straightforward** 106:23

**Street** 4:7

**stress** 142:16

**strike** 38:8 40:16 48:3 84:16 85:18 88:18 95:1 99:6 100:25 104:20 107:7 108:7 132:15 136:22

**studied** 68:19

**studies** 10:13 79:6 111:2 116:16 141:5, 7

**study** 47:22 58:19 81:12 82:6 112:14 145:20

**subjected** 85:4

**submitted** 55:15

**subsection** 50:20 130:20,22 131:2,9 132:5,22 133:4

**subsections** 130:13

**subsequent** 54:5

**substance** 56:8 69:25 70:6 71:6

**substances** 39:15

**substantially** 106:8

**sufficient** 147:10

**Suite** 4:7,17

**sulfur** 36:12 51:8 67:14,16 68:7 72:20 124:18 125:10 144:18

**Sullivan** 16:25 23:23 26:2,4 32:3, 12 49:22 50:6,9 61:14,16 66:22 67:4,24 84:5 85:15 102:4,5,9 104:7 105:9,22 114:3 116:9,14 121:12 124:12 125:25 126:4,15 127:5,10, 25 129:4,19,21 130:6 136:14,16,19, 25 141:23 143:3,11 144:2,21,22 145:3,

16 146:10,14,19,23

**Sullivan's** 16:21 18:5 48:2 50:13,17 60:21 62:1 65:18,22 70:9 84:10 88:16 89:9 90:8,15,22 91:14 92:4,8,24 93:2,12,25 97:12 101:25 107:1,21 108:5 120:17 122:9 125:11 129:8 140:15,18 143:14, 22 144:6,11 145:9

**Sullivan-cheremisinoff** 126:2

**Sullivan-mcvehil** 126:4 127:6

**Sullivan-sullivan** 126:7

**summary** 139:2,5, 9

**supplemental** 5:12 7:15 8:16 9:5 12:1 26:23 27:11 32:13 34:14 47:14 52:17 53:16 54:21 55:15 85:25 91:20 95:20 115:24 125:3 143:15,19

**supplementary** 16:21 17:5 33:13 85:1

**support** 89:5

**supported** 111:25

**supports** 22:22 23:16,20 27:3

**supposed** 45:12 128:22

**supposedly** 143:21

**swear** 6:19

**switch** 56:18

**sworn** 7:3

**system** 55:12 56:3, 4

**systematic** 99:3

---

**T**

---

**table** 5:15 73:12,18 74:19 93:14 107:3 139:12,14,18,19

**tables** 73:11 137:3

**taking** 60:1 79:21 96:11,21 106:1

**talk** 23:7 37:25 44:2,8 50:19 72:2 95:19 99:23 112:11 117:12 118:16 125:14 127:19 132:18 143:9

**talked** 90:2 114:5 136:3

**talking** 11:19 26:8 30:1 33:4,5 36:3 37:14 39:14 44:19, 21 52:7,15 56:2 57:1 64:11 67:9 71:7 76:2 80:18 94:14 103:10 112:18 114:9 117:23 119:11 122:3 134:3 141:25 142:1,23,24 146:21

**talks** 32:4,24 41:17 42:10 44:5 45:7,17 46:6 51:1 88:11 112:10 118:19 128:10

**taught** 9:20

**Tech** 10:25 11:4 12:11,12 28:17,22 29:21

**techniques** 12:24 13:3 14:1

**telling** 10:17 47:5 108:24

**tells** 46:12 115:6 116:19

**tend** 63:8 100:1

**tenured** 11:4

**term** 69:7,11,17

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

70:11 132:19,21

**terms** 21:16 23:9

**terrain** 15:16

**testified** 9:12,15, 19,23 10:8 11:15 18:21 54:12

**testify** 7:4 59:17 91:8

**testimony** 15:6 17:1 26:11 31:10 46:18 47:1,2,11,13 48:6 50:3,25 56:9 59:3 84:19 117:18 130:12,13

**text** 73:15 123:23

**thing** 33:5 140:22 143:6

**things** 86:6 132:4, 7,22,24 136:19

**thinking** 24:5

**thought** 114:16

**three-month** 74:3

**threshold** 117:19, 24 122:11 126:12

**time** 6:8 7:19,23 11:3 12:5,13 29:20, 24 32:19 33:10,17, 20 34:7,16,18 36:4, 5 44:14,16 45:22 46:16,17 47:6,7,19 48:10,11 51:16 54:15 55:11,14 56:3,11,15 63:19 64:13 65:1,5 69:2,5, 10,18,23 70:1,4,7, 14,19 71:6,9,21 74:21 75:8 76:18,20 78:6,8,12,13,15,16, 17 79:3,4,20,22 80:3,21,22 81:3,6,8, 9,15 83:2,13 84:22, 23 86:14,20,22,25 87:4,5,17,18 88:3,4, 24 89:17,18 90:20 106:14 107:16 109:23 111:10 113:5,11 114:7,13 115:20 118:21 119:4 120:16

131:18,22 132:24 134:10 136:4,6,17 137:1 142:19 147:19

**times** 28:13,18,25 29:1,2,5 48:20 75:21 76:7 78:20 102:3 117:25 132:14 140:25 145:4

**title** 70:25 116:10

**titled** 5:16

**to-wit** 7:7

**today** 6:4 7:14 9:8 47:13 55:7,15 57:1 59:10,15 62:17,23 107:24 112:25 117:18

**Today's** 6:2

**told** 82:22 87:22

**tomorrow** 59:11 62:18,25

**topic** 59:17

**topographical** 20:11

**topography** 16:3 19:24

**totally** 18:4 146:7

**Toxic** 116:11

**toxicological** 71:23

**trained** 11:5,8,11

**transport** 111:7

**transposed** 96:3

**treated** 17:16

**treatment** 126:5 143:23

**treatments** 128:2 143:23

**trial** 59:18 132:24

**true** 9:13,17,21 18:23,24 81:16 92:9

**trust** 15:8

**truth** 7:4,5

**turn** 21:11

**Twenty-eight** 118:15

**type** 12:4 27:23

**typical** 32:22 33:2 44:8 89:12 94:25 108:1 116:24,25 118:5 120:21 122:1 123:17,20 128:12 140:22

**typically** 46:9 118:24 119:7,20 121:21

---

**U**

**U.S.** 22:1 68:23 69:1 72:17

**ultimate** 36:18

**unbiased** 140:18

**uncertainties** 32:17 33:15 47:17 118:19

**uncertainty** 35:20 38:12 131:12,15 132:3,7,20,21 133:9

**under-estimations** 84:12

**underestimate** 93:3 112:4

**underestimated** 93:2,16,19 94:10,19 95:13 98:25

**underestimating** 135:25

**underline** 112:1

**underpredict** 90:24

**understand** 7:14 8:4 11:8 15:5 16:17 17:13 21:14,17,18, 19 36:1 38:16 48:12,22 50:24 53:14 59:20 69:3,22 72:21 73:20 74:25

79:18 90:18 92:2,4 93:18 102:24 103:22 104:19 109:2,4,21 114:4 118:8 119:1 130:11, 12,19 131:16 132:4, 21 138:17 140:21 144:5,13 146:1

**understanding** 31:15,23 34:4 36:19 42:3,20 45:6 48:18, 24 54:3,7,10 63:4 72:25 81:5 88:14 90:23 93:1 114:24 119:14 123:24 124:7,9 126:21 128:16,17 129:10, 14,16 130:5,18 131:20 132:8,11 133:1,2,14 134:7

**understate** 90:9 92:24

**uniform** 129:3

**University** 138:11, 15

**unreliable** 100:24 134:25 135:13,25 146:3

**upper** 127:2

**Urban** 116:12

**USEPA** 5:15 22:8 27:15 28:23 29:21 32:14 35:1 47:16 53:17 72:21

**users** 43:12

---

**V**

**vague** 11:10,22 71:15,16 93:7 135:5

**validate** 85:5

**validating** 13:17

**Validation/calibration** 116:1

**validity** 27:21 116:6

**valley** 19:18,22,23

20:1

**values** 12:13,14 13:18 15:2,21 17:11,21,23 18:4,5 21:21,24 22:6 23:4 24:2 27:13 28:1,2 32:5,25 33:1 39:24 40:15 44:10 45:10, 11,18 47:25 48:9,10 60:22 61:13 66:20 71:20 75:2 79:8 80:15 85:8 86:13 95:22,24 100:15 101:24 102:2,12 114:21 116:17 119:8 120:19 121:21 122:13 127:11 132:12,13

**variabilities** 117:6

**variability** 61:19 100:13 101:7 111:5, 8 113:2 117:6

**variable** 63:6 86:17

**variation** 59:21

**variations** 61:25 64:21 65:17 106:25 131:23 134:14 142:16

**varies** 58:16

**variety** 43:3 84:6 102:10 142:4

**vary** 58:25 59:9 62:11 118:24 119:7 133:24

**vast** 106:8 144:1

**verify** 54:23

**versus** 6:6 12:8 16:25 85:8 86:16,19 87:24 100:15 111:9 113:4 114:20 126:14 128:5 135:2 137:3,9 144:2

**vicinity** 18:15

**videoconference** 6:4

**view** 29:9 74:7 106:10,20 143:5

**EXHIBIT 2**

Shahrokh Rouhani, Ph.D., P.E. - April 14, 2021
A.O.A., et al. vs DOE RUN RESOURCES CORPORATION , et al.,

**viewed** 34:11

**Virginia** 138:11

**visualize** 100:4

**visually** 101:9
104:4,14

---

**W**

**walking** 20:16

**wanted** 102:18,23
104:10 114:3 144:3

**wanting** 110:23

**warranted** 31:4

**waste** 19:12,14
20:2

**weather** 59:9,10,11
60:12,25 61:7,20

**web** 55:18

**week** 8:23 55:18

**weight** 82:7 111:9
113:4

**Weil** 139:16,22
140:1,9 142:16

**well-defined**
104:18

**wheel** 115:3

**wide** 106:6,18

**wider** 132:1

**Wilkins** 5:5 6:10
7:11 8:9 11:13 12:2
15:22 21:5,8,13
23:13 24:14,23
25:6,9,11 30:22
31:9 34:13 36:23
38:7,10 39:2 40:16,
18 41:1,25 42:2,19
43:16 44:21 45:15
46:10,23 48:3,5,16,
21 50:4 51:19 52:3
54:6 57:14,24 58:21
59:7,16 60:3,24
61:17 62:2 63:14
64:10,23 65:13 71:2
72:1 73:5 75:23
76:24 77:3,7,10
78:3 84:16,18

85:18,20 88:18,20
90:1 91:10 93:8,17
95:1,3,14 97:4,8
98:17 99:6,8,19,22
100:25 101:2 107:7,
9 108:3,7,9,18,23
109:6,12,17 110:2,9
115:13 125:13
132:15,17 134:16
135:9 136:2,22,24
137:12 146:25
147:8,18 148:2

**wind** 59:21 60:13,
25 61:1,7,20 62:10,
16,18,19,22,23,24
63:5,16,17 64:13,25
65:4,17 111:3
118:20 132:7,8,24,
25 134:2 142:17

**word** 16:13 39:8,17
40:4 104:11 123:25

**words** 34:2 120:5
131:19 133:17

**work** 11:17 12:10
16:21 29:21 52:5
55:13 99:10 107:11
108:21 109:9
110:19 113:7,13
125:5 138:5 140:4,
23 141:17,24

**working** 54:16

**works** 85:14

**worry** 121:19

**WRF** 145:16

**write** 142:15

**wrong** 19:13 35:14
96:15

---

**Y**

**yard** 62:24

**year** 9:12 11:14
28:11 65:25 105:11
120:7 127:7,11
141:16

**yearly** 68:17 86:21

**years** 10:14,22,23,
24 28:9,11,12 75:8,

11 76:1 77:15,25
141:2,14

**yesterday** 55:8,22
56:1 62:19,25

---

**Z**

**Zoom** 6:3 55:8,9,12
56:2

**EXHIBIT 2**