IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DOE RUN RESOURCES CORPORATION, *et al.*,<br><br>Defendants. | Case No. 4:11-cv-00044-CDP (CONSOLIDATED) |

**DECLARATION OF NATHAN D. STUMP**

I, Nathan D. Stump, of lawful age, declare as follows:

1. I am an attorney at the law firm of Schlichter Bogard and Denton LLP, which represents the Plaintiffs in the above-captioned case. If called as a witness, I could and would testify to the facts set forth herein based upon my own personal knowledge and my review of the records maintained by the firm in the regular course of representing the Plaintiffs in this case.

2. Attached to this declaration are true and accurate copies of the unsealed exhibits cited in Plaintiffs' oppositions to motions for summary judgment and exclusion of Plaintiffs' expert witnesses in the above-captioned matter. A table of exhibits is displayed in the pages that follow, for the convenience of the Court and the parties.

3. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed this 24th day of March, 2022, in St. Louis, Missouri.

*/s/ Nathan D. Stump*
Nathan D. Stump, #71641
Schlichter Bogard & Denton LLP
100 South 4th Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115
nstump@uselaws.com

*Attorney for Plaintiffs*

| Exh. Number | Document |
|---|---|
| **1** | 4/22/2019 Deposition of Dr. David Bellinger |
| **2** | U.S. EPA, *Integrated Science Assessment for Lead* (June 2013) (excerpts only) |
| **3** | Rep. of CDC's, Advisory Comm. on Childhood Lead Poisoning Prevention, *Low Level Lead Exposure Harms Children: A Renewed Call for Primary Prevention* (Jan 4, 2012) |
| **4** | Nat'l Toxicology Program Monograph, *Health Effects of Low-Level Lead* (June 13, 2012) |
| **5** | David Bellinger, *Childhood Lead Exposure and Adult Outcomes*, 317 JAMA 1219 (Mar. 28, 2017) |
| **6** | April 2019 Deposition of Dr. Karen Hopkins |
| **7** | 7/21/2020 Rebuttal Deposition of Dr. Karen Hopkins |
| **8** | Agency for Toxic Substances and Disease Registry, *Case Studies in Envt'l Med.: Lead Toxicity* (June 2017) |
| **9** | CDC, *Educational Interventions for Children Affected by Lead* (April 2015) |
| **10** | Pranay Kathuria, *Lead Toxicity*, Medscape (Jan. 16, 2012) |
| **11** | *The Impact of Envtl. Contamination on Pub. Health and Envtl. Quality in La Oroya and the Mantaro Watershed: Hearing Before the Subcomm. on Afr., Glob. Health and Hum. Rights of the H. Comm. on Foreign Aff.*, 112th Cong. (2012) (statement of Ferando Serrano, Ph.D., M.A., Principal Inv'r, School of Pub. Health at St. Louis U.) |
| **12** | WHO, *Childhood Lead Poisoning* (2010) |
| **13** | Lisa H. Mason et al., Pb Neurotoxicity: Neuropsychological Effects of Lead Toxicity, BioMed Research Int'l article ID 840547 (Jan. 2, 2014) |
| **14** | *Human Health Risk Assessment, La Oroya Metallurgical Complex*, Integral Consulting Inc. (Dec. 2, 2005) |
| **15** | *Complementary Human Health Risk Assessment*, Integral Consulting, Inc. (Nov. 21, 2008) |
| **16** | 5/16/2019 Deposition of Dr. Howard Hu |
| **17** | 8/6/2020 Deposition of Dr. Howard Hu |
| **18** | 9/1/2021 Deposition of Dr. Howard Hu |
| **19** | 6/22/2020 Expert Rebuttal Report of Dr. Howard Hu |
| **20** | Agency for Toxic Substances and Disease Registry, *Toxicological Profile for Lead* (Aug. 2020) (excerpts only) |
| **21** | 5/14/2019 Deposition of Dr. David MacIntosh |
| **22** | 8/5/2020 Deposition of Dr. David MacIntosh |
| **23** | Perri Zeitz Ruckart, et al., *Update of the Blood Lead Reference Value*, 70 CDC MMWR 1509 (Oct. 29, 2021) |
| **24** | U.S. EPA, EPA 540-R-93-081, *Guidance Manual for the Integrated Exposure Uptake Biokinetic Model for Lead in Children* (Feb. 1994) |
| **25** | Bert Brunekreef, *The Relationship Between Air Lead and Blood Lead in Children: a Critical Review*, 38 The Sci. of the Total Env't. 79 (1984) |
| **26** | Edward Hayes, *Long-Term Trends in Blood Lead Levels Among Children in Chicago: Relationship to Air Lead Levels*, 93 Pediatrics 195 (1994) |

| | |
|---|---|
| **27** | Jennifer Richmond-Bryant et al., *The Influence of Declining Air Lead Levels on Blood Lead–Air Lead Slope Factors in Children*, 122, Envtl. Health Persp. 754 (2014) |
| **28** | User's Guide for the Integrated Exposure Uptake Biokinetic Model for Lead in Children (IEUBK) Version 2.0 SRC Inc. (2021) |
| **29** | 4/15/2011 Hr'g Tr., *Alexander v. Fluor Corp.*, No. 22052-09567 |
| **30** | EPA, *Validation Strategy for the Integrated Exposure Uptake Biokinetic Model for Lead in Children* (Dec. 1994) |
| **31** | Jan. 2021 Deposition of Dr. Jack Matson (vol. I) |
| **32** | Jan. 2021 Deposition of Dr. Jack Matson (vol. II) |
| **33** | 7/2/2021 Deposition of Dr. Jack Matson |
| **34** | 2/18/2019 Expert Report of Dr. Nicholas Cheremisinoff |
| **35** | 3/19/2021 Supplemental Expert Report of John Connor |
| **36** | Rep. and Rec., *Kellum v. Kuhlman Corp.*, No. 2001-0313, at 4 (July 6, 2004). |
| **37** | Ashley C. Walter and Scott J. Shackelford, Corporate Social Responsibility Is Now Legal, Bus. L. Today (Reprod. Fenwick & West, LLP) at 1 (2015) |
| **38** | June 2019 Deposition of Kyle Anne Midkiff |
| **39** | 4/8/2020 Expert Rebuttal Report of Kyle Anne Midkiff |
| **40** | 4/5/2019 Deposition of Dr. Jill Ryer-Powder |
| **41** | 8/19/2020 Rebuttal Deposition of Dr. Jill Ryer-Powder |
| **42** | 3/26/2019 Deposition of David Sullivan |
| **43** | 1/19/2021 Deposition of David Sullivan |
| **44** | 7/9/2021 Deposition of David Sullivan |
| **45** | U.S. EPA, *AP-42: Compilation of Air Pollutant Emission Factors* (5th ed. 1995) |
| **46** | May 2019 Deposition of Dr. Clemente Vega |
| **47** | Reliance Materials of Dr. Clemente Vega |
| **48** | 6/22/2020 Expert Rebuttal Report of Dr. Clemente Vega to Dr. Gloria Morote |
| **49** | 6/22/2020 Expert Rebuttal Report of Dr. Clemente Vega to Dr. William Banner |
| **50** | App. B to 2/18/2019 Expert Reports of Dr. Clemente Vega, CV |
| **51** | 5/22/2019 Deposition of Dr. Nicholas P. Cheremisinoff |
| **52** | 1/15/2020 Deposition of Angela Morelock |
| **53** | 6/22/2020 Expert Rebuttal Report of Dr. Nicholas P. Cheremisinoff to Corby Anderson |
| **54** | 2/2/2018 Deposition of John Binko |
| **55** | 3/31/2021 Deposition of Kenneth Buckley |
| **56** | 10/27/2017 Deposition of David Chaput |
| **57** | 1/15/2009 Deposition of Marvin Kaiser |
| **58** | 8/29/2014 Deposition of Louis J. Marucheau |
| **59** | 8/11/2020 Deposition of Jose Reyes Melendez |

| | |
|---|---|
| **60** | 9/20/2017 Deposition of Albert Bruce Neil |
| **61** | 9/14/2017 Deposition of Ira Rennert |
| **62** | 1/30/2018 Deposition of Michael C. Ryan |
| **63** | Doe Run Peru, *Report to Our Community* (1998) |
| **64** | DRRC Company Profile |
| **65** | 2/12/2002 DRRC Press Release |
| **66** | 12/15/2004 DRRC Press Release re: PAMA Negotiations |
| **67** | Roberta F. White, Residual Cognitive Deficits 50 Years After Lead Poisoning During Childhood, 50 British J. Indus. Med. 613 (1993) |
| **68** | "Fluor Daniel Wins Contract to Upgrade Doe Run's Smelter and Refinery Complex in Peru" Fluor Corp. (Feb. 17, 1998) |
| **69** | Anna K. Cederstav, et al., *La Oroya Cannot Wait* (Sep. 2002). |
| **70** | Scott D. Grosse, Economic Gains Resulting From the Reduction in Children's Exposure to Lead in the United States, 110 Env't Health Persp. 563 (2002) |
| **71** | Astrid Cornejo, *Interior Dust Lead Levels in La Oroya, Peru* (Oct. 2004) |
| **72** | 6/27/2005 June Business Review |
| **73** | 5/12/2006 Expert Comments on DRP's PAMA Extension Request |
| **74** | 8/26/1998 $50M Senior Note Offering |
| **75** | Ministry of Energy and Mines Resolution No. 257-2006-MEM/DM (May 29, 2006) |
| **76** | 12/15/2005 Jamie Zavala Letter Requesting L-1A Visa for Bruce Neil |
| **77** | Renco Group Inc. v. Peru, U.N. Comm'n on Int'n Trade L., UNCT/13/1 Claimant's Memorial on Liab. (Feb. 20, 2014) |
| **78** | Resume of Marvin Kaiser |
| **79** | Resume of A. Bruce Neil |