Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

A.O.A., et al.,

Plaintiffs,

vs. No. 4:11-cv-00044-CDP
(CONSOLIDATED)
DOE RUN RESOURCES
CORPORATION, et al.,

Defendants.

VIDEOTAPED VIDEOCONFERENCE Deposition
of DAVID SULLIVAN
Taken on January 19th, 2021

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

A.O.A., et al.,

Plaintiffs,

vs. No. 4:11-cv-00044-CDP
(CONSOLIDATED)
DOE RUN RESOURCES
CORPORATION, et al.,

Defendants.

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DAVID SULLIVAN, taken on behalf of the Defendants, all parties present by Zoom videoconference, on the 19th day of January, 2021, before Gretta G. Cairatti, RPR, CRR, MO-CCR #790, IL-CSR #084-003418.

Page 3

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:

KRISTINE K. KRAFT, ESQ.
ELIZABETH M. WILKINS, ESQ.
Schlichter, Bogard & Denton, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
314/621-6115
kkraft@uselaws.com
bwilkins@uselaws.com

FOR THE DEFENDANTS:

ROBERT J. WILL, ESQ.
Lewis, Rice & Fingersh, L.C.
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
314/444-7700
rwill@lewisrice.com

Page 4

APPEARANCES (CONTINUED):
FOR THE DEFENDANTS:
RANDY J. BUTTERFIELD, ESQ.
King & Spalding LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, GA 30309
404/572-3511
rbutterfield@kslaw.com
AND
CRYSTAL A. SALING, ESQ.
Associate General Counsel
The Doe Run Company
1801 Park 270 Drive, Suite 300
St. Louis, MO 63146
314/453-7681
csaling@doerun.com

THE VIDEOGRAPHER:
STEVE JOHNSTON, LEGAL VIDEOGRAPHER
360 Litigation Services
10097 Manchester Road, Suite 102
St. Louis, MO 63122
314/394-2206
360lsvideoproduction@gmail.com
_ _ _ _ _ _ _ _


EXHIBIT 43

Page 177

THE COURT REPORTER: Is Kristine with us, Bob? Sorry.
MR. WILL: Oh, there she is. You okay, Kris? Ready to go?
THE WITNESS: I'm ready to go.
MS. KRAFT: Yeah, I'm ready.
MR. WILL: Okay.
QUESTIONS BY MR. WILL:
Q Turn to page 88 of your report?
A All right.
Q This is a difference that you have indicated that you have taken from Cheremisinoff's work on particle size distributions. And what I would like to know is what was it that caused you to depart from Dr. Cheremisinoff's treatment of the copper roaster and the copper converter?
A Well, in the original spreadsheet you sent to us, it was dated September 24, 2018, that was the basis for our expert report modeling. And in there, his factoring went above PM30. We did correct that down to PM30 so that our numbers would be closely corresponding, but not exactly corresponding, to Vornberg. We've since changed that to make it exact. But that was one issue.
But the second issue, once that was

Page 178

resolved, there were some areas where we had some -- some differences in terms of what sources we would use to represent the different areas and the other issue of averaging when there's two rather than picking one distribution set. Those are the basic reasons that we had some differences there.
Q Okay. So you've indicated you would have characterized some of the fugitive distributions differently than Dr. Cheremisinoff but that they weren't really major differences. Is that a fair characterization?
A Yes, I mean, the differences in a general sense in terms of how they would affect the modeling were very small.
(Sullivan Deposition Exhibit 41 marked for identification.)
Q And in support of that, you cite to your Reference No. 115, which I'll just call -- because we talked about it briefly earlier and I told you I was going to come back to it, and I generally like to keep my word.
Exhibit 41 is your Reference 115, and that is, for want of a better word, the two smelter studies, the one from --
A All right.

Page 179

Q -- October '77.
A Reference 41 you said? Exhibit 41?
Q Exhibit 41, Reference 115. I just shared it.
A Got it.
Q All right. Did you understand how Dr. Cheremisinoff did his determination of particle size distribution for the work that you have tweaked slightly in your Table 37?
A We were generally -- we were generally following the same tables in -- in this Exhibit 41. It's just that when you look at the data from East Helena, which is where most the data comes from, there were a number of times multiple replicates were done, usually two replicates done. And he would tend to pick one of the two and use those numbers. We preferred to average them. It's just a matter of preference. That was most of them.
There was also an example of the blast furnace where he didn't use the blast furnace particle size distributions. We weren't exactly sure why he didn't but I think that that's something Mr. Holdsworth and Mr. Brown discussed and there was agreement that obviously it should be the blast furnace size distributions used, so we did. So

Page 180

there were those type of changes.
But in terms of the modeling, I mean, CALPUFF is used in the geometric mass mean diameter, and the effect on that, especially for the -- for the PM10 modeling we're doing, would be very small.
Q Would you agree that the particle size distributions that were initially reported, or reported, if you will, for East Helena, were significantly different than the ones for the same process that were reported for Glover?
A Well, let's look at it. I mean, there -- I'm sure there are differences. These are, you know, default estimates here that EPA provides. You would expect to see some differences. Glover only had one category. You know, based on microscopy, they just had one source, where East Helena had many more sources covered by -- by microscopy.
So Glover, sinter building, or storage building, the sinter building -- let me see. Upon distribution -- let's see. So on page 29, the microscopy work done by McCrone Associates is shown. This is the sinter building there and the calculated weight percentage distributions would be the ones that would matter.
They're showing two replicates. You can see

Page 181

there's -- there's differences between the two. There is variability and differences we tend to average. He didn't. But you see there's the values for the sinter plant for Glover. The East Helena ones are shown later on.

If you turn to page, particle size by number, particle size by weight -- If you turn to electronic page 40 you see the sinter building is shown there as well. Two replicates. These are actually pretty close together, these replicates, but they also cover the dross kettles, reverb furnace, blast furnace, zinc furnace, at East Helena.

So that's basically it. He would tend to choose one, we would tend to choose two to average them. Yes, there are differences between the plants.

Q Did you determine whether those numbers that were reported were for all of the different stages of the -- of the sampler filters or just one stage?

A These aren't related to stages.

Q How are they derived if not from examining which filter the particles were captured at?

A By microscopy. By actually visually looking under microscope at the sample and identifying the

Page 182

particles distribution directly that way. That's what McCrone did.

Q What was the purpose -- going to page 38, what was the purpose of referencing the stages of the filtering?

A Page 38?

Q That's 38 of the PDF.

A Okay. Page 38 of the -- let me go back again. Okay. Page 38? I'm on page 38 now.

Q Yeah, I'm just trying to understand what the purpose was for recording the filtering process and the collection efficiencies referencing them by stages.

A This is the cascade impactor data, you know, the PM10 related cascade impactor data, where you -- it's an indirect method to estimate the particle size. Much better suited for PM10 analysis.

But this does a good job of breaking up the fine scale, the finer particles, into different categories, where microscopy is a direct procedure where a scientist looks at the actual filtered material and counts and comes up with the actual directly measured distribution by weight. It's a laboratory procedure. It would be more -- much more appropriate for the analysis where you're going, you

Page 183

know, the full distribution of the PM30.

Q Well, you mentioned the filter. I'm just trying to understand this because you mentioned there was a filter that they're looking at under the microscope. What filter are they looking at?

A They're collecting a sample. They're not collecting it in stages like an impactor would do. An impactor, by inertia, it's separating out the big particles from the small particles with some uncertainty because of the bounce that happens inside those units.

Where microscopy directly measures, directly counts. So that's a more direct procedure of particle size. And they can go up -- they went up to PM50 or more in that because they could, where the other instrument -- these impactors generally focus on PM10.

Q So looking toward the bottom of that page that we were on, which was 38, again, talking about McCrone performing a particle size analysis on the ten samples, I'm -- so what was the purpose of that if they were doing microscopy on a total particulate sample?

A Well, they -- the research scientists in that particular field study wanted to collect it

Page 184

both ways to be able to more finely characterize the fine particulates below PM10, particularly below PM5, and -- but then also be able to go up to the full TSP range and beyond. So they used two different techniques to serve two different purposes.

Q Okay. And so what are you -- when you go on to page 39 -- just kind of follow with me. So what am I looking at, then, here? I have the total particulates, lead, lead ratio to total particulates, particle size ranges measured at the blast furnace opening. What -- what am I looking at there on page 39 of the PDF?

A That's the results of a Sierra cascade impactor that was presented at the blast furnace opening. And it's showing the distribution of these various sizes, particulate matter, the amount of lead, by the various sizes, up to the category greater than 4.6 microns.

Q But it's total suspended particulate that they're looking at?

A Well, no, it's actually -- it's the finer fraction. It's the PM10 fraction they're looking at.

Q And why do you say that?

A Sierra cascade impactors generally go up to 10 microns.

Page 185

Q That's the highest --
A It's showing greater than 4.6. You know, anything greater than 4.6 would likely be capped at 10 microns.
Q So that's the highest -- the highest filter, Stage 1, is capped at 10 microns? That's what you're saying?
A Correct. As you can see, it had to be greater than 5 microns. Only a very small percentage -- I've calculated it. It's, like, 1.5 percent -- is released in this blast furnace, above 4.6 microns.
Q Right.
A But if you go to the blast furnace from microscopy, you know, greater than 5 microns, it's, like, 75 percent. It's two different analyses. It's like comparing apples and oranges here.
Q Okay. Well, then let's go down to page 40. I mean, I'm trying to understand this. We'll just stick with blast furnace; okay?
A All right.
Q So now we've got blast furnace and numbers, and percentages, and the particle size distributions, and the sample number is -- or the sample reference is 3087; okay?

Page 186

A Yeah, but look at particle size distribution. Not the numbers at the top, look at the bottom table, particle size distribution by weight.
Q But if it's --
A So blast furnace sample 3087.
Q So you're saying this is not the -- this is not part of the -- of the analysis that was done up here? This is a totally different analysis?
A It's a different analytical method. So you see in this one -- let me clarify the record.
This shows less than 5 microns is 1.5 percent of the mass, when you consider the full amount of mass. And if you went -- just went up to PM30, it'd be -- it'd be somewhat less than that. But there's only 1.5 percent of the mass less than 5 microns.
But if you go back to the cascade impactor data, less than 5 microns is pretty much everything.
Q Okay. So --
A So it's very different -- very different objectives.
Q All right. Well, and I'm -- I'm trying to follow this. So it talks about in -- earlier, with McCrone, it mentions sample numbers; right? And it

Page 187

includes sample -- including, like, 3087?
A Mm-mm.
Q And then the results of the analysis, they're shown below; all right?
A Right.
Q And so is that coming from the cascade impactor or is that from something else? Because it -- it looks like it -- that all those numbers relate to sources that they're looking at.
A Correct. McCrone did one sample of the sinter plant area at Glover and at the East Helena, he did -- 1, 2, 3, 4, 5 -- 5 plants -- 5 operation areas at East Helena.
Q Right, but 30 -- it's not -- what I'm trying to understand is, is this is -- what I'm looking at, 3087 is a product of what? The cascade impactor?
A No.
Q Well, what am I looking at? I'm really not following it because you're telling me what he was doing, or what they were doing, and there's a reference to this 3087 as one of the samples, and then you're telling me, yeah, but that's not what they did. I --
A Well, no, McCrone lists 3087 as one of the samples, right?

Page 188

Q Right.
A It's one of the --
Q And what -- what you're saying this means? Is it cascade impactor data or something else?
A No, McCrone did microscopy. They're a microscopy lab.
Q Right.
A So they took the samples in the field. They used the cascade impactors but they sent some other -- other samples on a glass fiber filter of some sort to the lab to McCrone. He then analyzed the samples you're seeing on page 40, electronic page 40, plus the sinter building we showed earlier for Glover. He analyzed these. And these are suitable for PSD for -- for particle size distributions that we needed.
Q Okay.
A Work done by the cascade impactors was not.
Q So on page 90 of your report, your report numbers, Table 2-38?
A Page 90, okay.
Q And for the blast furnace, Cheremisinoff captures everything in the 30-micron or less. And in your end, it says the blast furnace only .54 of capture is happening up to 30 microns. Everything



**EXHIBIT 43**

Page 189

else is higher.
A Right.
Q What did you do differently to come up with that number?
A He didn't use the blast furnace numbers from -- from that reference you just were in. We used the blast furnace numbers and we averaged them. We averaged the two McCrone blast furnace numbers from East -- East Helena.
Q And on 2-39, 15 percent of the emissions from the copper converter aisle are 10 microns or less, so 85 percent would be greater than 10 microns?
A I'm sorry, you're on page 89?
Q No, I've moved now to page 91 of your report, which is the copper, zinc, and arsenic kitchen chart. I'm just, again, trying to get grounded here.
Do you see where I'm at?
A I don't. I'm on page 91, Table 2-39.
Q Yeah. I'm saying that this is the copper, zinc, and arsenic kitchen particle size distribution. It's just everything other than the lead, I think.
A That's correct.

Page 190

Q Okay. And in this instance it looks like you were exactly the same as -- as Cheremisinoff was on the copper converter; did not make a change.
A That's correct.
Q And same is true with the copper reverb furnace, yours and his are the same.
A It's through -- true for a copper roaster as well. It's also, I believe, true for the zinc smelting. The sinter plant scrubber is very slightly different, which wouldn't really matter, but it's slightly different. It's all PM10, the scrubber.
Q Did you analyze how Dr. Cheremisinoff came up with his particle size distribution numbers for the copper reverberatory and the copper converter aisle on -- that's shown on Table 2-39, and that you -- that you accepted whole -- as whole and repeated in your work?
A Well, we're both using the same reference.
Q Which is what?
A Perhaps that would just -- why?
Q What reference was it?
A It was the one we just were in. It was -- I think it was Reference 115, the two smelter studies the EPA did at Glover and East Helena. That was

Page 191

the -- that was a reference that had full distribution particle size data for smelters.
And we both took the same data, and I'm just hypothesizing maybe that particular one just had one source, so it didn't match. But that's basically how we got the same numbers.
Q Okay. So you're telling me that Reference 115 was, in fact, the -- the work that was done there, that we were just looking at, is applicable to a copper smelter?
A Actually, I mean, I believe I just misspoke. This -- this more than likely would be a different reference. This page would be a different reference. Let me see.
Q What reference would it be?
A You'd have to -- we'd have to go to DRP fugitives and look at the -- look at this worksheet for particle size, and it should be listed in there, the reference that these are pulled from.
Q Let me do that. I have to pull it up. Bear with me for a moment. This one takes a while.
This is actually the Cheremisinoff Excel spreadsheet, the emission inventory reconstruction file that we pulled up earlier. And --
A It might -- it might be better to pull up

Page 192

our fugitive emission file that we provided.
Q And I know that there is -- I guess I could, but I know this one. I can get to it faster because I just pulled it up.
A All right. I'm not sure this will be provided in there, Bob. It may be.
Q I'm sorry, what?
A I'm not sure the reference where these copper distributions came from will be in that reconstruction spreadsheet.
Q On his?
A It would likely be in our spreadsheet but, you know, I don't -- maybe it is.
Q Well, here is -- here is his; okay? Copper reverb furnace.
A Are you bringing it up on your screen or are you going to send an exhibit?
Q I'm just trying to size it to where it is able to be -- in a way that'll make sense. I mean, if I'm wrong, I'll go to the other source. I have no problem with that. But let me -- so here's copper reverb and copper roasting. This is from his.
A Yeah, PEDCO report.
Q What's that?


EXHIBIT 43

Page 193

A It looks like it's from the PEDCO report.
Q Yeah. Is that -- is that the reference that you used?
A I believe it is. The PEDCO report, they did do a study on copper smelters and I expect it was from them.
Q Okay. So tell me, what is -- tell me what it is I'm looking at in the PEDCO -- PEDCO reference that he has imported in part into here to come up with his numbers for copper roaster -- or reverberatory and converter?
A This -- he's showing the loading in Column C as the loading to the electrostatic precipitator in cumulative fraction by sizes up to basically PM9. I -- I don't know what he exactly pulled from that document, though, that's in here, that it was pasted in.
Q Okay.
A I'd have to see the document, I think, really, to sort that out.
Q Am I -- am I correct that in your -- in your chart on -- on page 91, you're effectively showing that only 15 percent of the particles are 10 microns are less. Is that what the .15 means?
A I'd have to go back to that particular --

Page 194

let me see.
Q The particle size distribution calculations -- as I'm reading this it looks like what you're saying is, for those two sources, that 10-micron or less size particles are only 15 percent of the total emission particulates.
A Which -- you're back at Exhibit 30 again?
Q Yes.
A That's where we are?
Q I'm just trying to kind of go back and forth so I can understand how these things relate. It's --
A I'm just trying to --
Q And in fact, if you look at copper roasting, it actually says, 5 percent are less than 5, 15 percent are less than 10, and 85 percent are greater than 10.
A And which page, again, are you on, please?
Q Page 91.
A Page 91?
Q And then comparing it to the -- what I have posted, which is the numbers of size -- particle sizes that are in Column CX.
A Go back to the Exhibit 30, please. Which -- which numbers were you referring to on Table 2-39 in

Page 195

my report?
Q The column that's number 32, Copper Reverb Furnace.
A Okay.
Q And Building 8, Copper Converter. And you have micron sizes. And there's 10 microns, and you look across and you see .15.
A Fifteen percent, correct.
Q And then in fact, at 5 percent you're seeing .05, or 5 percent, and, in fact, those -- what I'm trying to point out is those numbers correspond to what we're looking at here from his report, which is this 3-part process.
A I have so many things opened up. Which exhibit is this again, that -- the spreadsheet?
Q The one that's on the screen that's --
A All right.
Q It's the tab -- the tab that is from his spreadsheet titled, Emission Inventory Reconstruction. The tab name --
A Right.
Q The tab name is Release Conditions and Comp PSD.
A Mm-mm. This looks like it's talking about collection problems using electrostatic

Page 196

precipitator. I mean, that would be for a stack. Electrostatic precipitator would be a stack type emission. I don't know -- taking this out of context without seeing our spreadsheet, I don't really know exactly what he's saying here. But you're saying -- I see, over in Column CX, where it says 15 percent of less than 10 microns?
Q Right.
A That -- that does seem consistent.
Q And in fact, you use the same -- you used the same spreads for all three. I mean, let's throw in copper roaster on page 91. All of your particle size distributions are the same and they all seem to -- at least from the 5 and the 10-micron, they appear to match that distribution that's showing up in his tab, Release Conditions and Comp PSD?
A Sounds right; 85 percent. Yeah, that sounds -- I think that sounds correct.
Q Okay. Who -- who was the person that took the PEDCO document and translated it into this particular presentation which was then used to calculate the numbers that Dr. Cheremisinoff used and then you used? Was it Mr. Brown?
A My understanding was Mr. Brown.
Q Okay. And Mr. Brown and Mr. Holdsworth

Page 197

talked about it and agreed that made sense to them?
A That's my recollection.
Q And did you do any independent analysis of it other than what they did in coming to their conclusion that it -- it was a good spread to use for purposes of your emission factor calculations?
A I accepted that reference as being suitable. I accepted their work.
Q Okay. Are you aware of any AP-42 factors that would address this same type of emissions?
A I recall seeing some more recent AP-42, or EPA -- other EPA documents that would show different particle size data based upon impactors. The PM10 became the focus, you know, after they -- we had the PM10 standard, and the impactor data is sort of useless when you're trying to do PM30 analysis. So I did see it. Didn't seem relevant to me.
Q The modeling work that you did was -- was PM10 or PM30 dispersion?
A Well, we -- they're linked. They're related because, the way these spreadsheets work, we compute PM10 from Vornberg, or from these other sources, and then we use the PM10 fraction for PM10 modeling purposes. That's how it's done.
Q Did you scale any of those to do TSP?

Page 198

A Well, the other -- well, yes, the copper converter, copper roaster, would have been scaled to TSP, but then scaled back down to PM10 such that the mass would exactly equal the Vornberg mass.
The other point I should point out here is that the mass -- the geometric mass mean diameter particle size used, for example, for PM10 modeling is common to all these locations. We don't distinguish in separate category. There's one category for that.
And it's -- the issue is it's much more efficient that way. It makes very little difference in the results. So if one of these were to change the median of these various values, it would not change the modeling in any significant way. But that's how we got these numbers, based upon the references that would provide full TSP coverage, not trying to rely upon more recent microscopy data that would only cover the very fine fractions.
Q Would it be fair to say that you didn't personally do any of the work that was done to take that PEDCO reference and distill it into the spreadsheet that we looked at, which was then used to come up with the numbers that both Dr. Cheremisinoff and you used for PSD distribution,

Page 199

particle size distribution, on the copper roaster, copper reverb, and copper converter?
A I don't recall. I know I quality-controlled the Reference 115 in the lead portion of it. I don't recall if I -- whether or not I did -- I personally quality-controlled the copper side.
Q Again, did -- in that quality control process did you look to see if AP-42 had any alternative emission factors for copper roasters, copper reverb, or copper converter that you could use instead of this one study?
A You -- you referred -- you said emission factors. I chose not to use emission factors from EPA because Mr. Vornberg had already produced site specific emission factors for it. All three categories he had -- he had produced numbers for.
Q Were those based on measured data?
A Like, for example -- the copper roaster and copper converter, for example, which are the main -- two main sources of metals, that was based upon the mass balance work conducted by Mr. Vornberg, not based upon EPA emission factors.
Q And you -- and you accepted that as good work.
A Well, it's standard practice. If you have

Page 200

site specific data contemporaneously produced, it would have to be more suitable than using generic EPA emission factors. So that's a pretty standard practice.
Q What about PSD? Did you look at AP-42 to confirm the PSDs for those copper roaster, copper reverb, and copper converter, that they were at least consistent with the PSDs that are shown in an AP-42 reference?
A I recall looking at EPA -- other EPA references and my recollection is that those references were impactor-based distributions suitable for more modern times, where we wanted to have the full particle size distribution which were described in the earlier studies.
(Sullivan Deposition Exhibit 45 marked for identification.)
QUESTIONS BY MR. WILL:
Q Okay. Well, I'm just going to pull up your Reference No. 181. I've marked it as Exhibit 45. It's a part of AP-42, Primary Copper Smelting.
A That's a new exhibit?
Q Yes. I just pulled it down into the chat area.
A All right.

Page 201

Q And when you get it pulled up, if you could go to Table 12.3.6?
A Do you have the page, please?
Q Yeah, let me -- let me pull it up on -- well, I'll pull the PDF up. I have both. It should be page 16 of the PDF.
A All right.
Q Okay. What am -- what am I looking at in Table 12.3-6?
A Six or 16?
Q Sixteen, I'm sorry.
A You're looking at what appears to be microscopy -- I'm sorry, cascade impactor type data. There's some a little bit above PM10 but it's not showing a full distribution of the particle sizes.
Q So is -- so meaning I'm only -- I'm only capped by some max size particles on this particular PSD?
A Yeah, you see that, you know, 96 percent of the particles are less than 10 microns; right? So you can look at the other reference. It shows that's clearly not true on these type of sources. So this is covering a portion of the particle size distribution that we need but it's very incomplete because -- I don't know what the date of this is but

Page 202

by the time they had PM10 standards, that the interest in TSP in general was less so that they would go after these studies using impactor -- impactor data. Much easier to do than counting -- counting particles. So that's my expectation of why.
And Bob, when you get to a point for a break, I'd like to have a brief break if we can when you get to a good stopping point.
(Sullivan Deposition Exhibit 48 marked for identification.)
QUESTIONS BY MR. WILL:
Q Oh, sure. And -- and let me just take a look. It might be -- it is. I've got one more -- let me -- let me do one more because it's related to this.
This is another AP-42 reference. It's an excerpt from the, I believe, fourth edition. And if you go to the page 16 of the PDF for Exhibit 48?
A All right.
Q Tell me what I'm looking at here.
A Based on the same thing as the last one. It's the same data, perhaps. It's 98 percent, 96 percent.
Q All right.

Page 203

A It looks like it's the same information, at least at the top of the distribution.
Q And so essentially what you are saying is that because they're only interested in PM10, they don't -- it doesn't capture TSP, it just captures up to some lower threshold?
A Correct.
Q And is the threshold 15 or is it something higher than that? Because it says 98 percent, so I'm trying to understand that.
A I thought it was 10 but it could be that there's a small amount above that that gets through. I don't -- I've never used this equipment in the field but my expectation is it's a small amount above that threshold of 10. But it's clearly not covering the full range. I mean, we know based upon the other dataset that much more than 4 percent of the data -- of the particles are greater than 10 microns.
Q Does the AP-42 reference that, in fact, that this is only a -- this is an analysis of just a fraction of the total particles that are being emitted and they're only the particles that are less than 15 microns in size? Anything greater than that figured in?

Page 204

A Well, they indirectly -- indirectly do. If you turn to page 15, do you see where -- it's Footnote B. It says, Expressed as aerodynamic equivalent diameter.
Q Uh-huh.
A That's what cascade impactors do. So it clearly is cascade impactor data which is useless to us in this particular case.
MR. WILL: Okay. It's probably a good point to take a break, then. And let me -- let's go off the record and let's call it -- it's quarter to 4:00. Let's go all the way to 4:00, how's that?
THE VIDEOGRAPHER: Off the record at 3:47.
(Short recess taken.)
THE VIDEOGRAPHER: Back on the record at 4:04.
QUESTIONS BY MR. WILL:
Q So in preparing for your deposition today had you looked at any of the reports of Defendants' experts as they were directed to the -- some of the issues that we have been talking about today with Cheremisinoff's work, some of which you've adopted, some of which you've changed a little bit?
A I have. I've reviewed the trans -- deposition report -- I'm sorry, the rebuttal reports

Page 205

of Dr. Libicki and Mr. Hoffnagle.
Q Did you specifically look at their -- at Dr. Libicki's discussion of the issue of the particle size distributions?
A I did.
Q What, if anything did you do to look at references or to attempt to understand what it was that criticism was based on?
A Well, my recollection is that she was using references based upon impactor data without the full distribution that we were looking for. So in that context what she was referring to really wasn't applicable to what we were trying to -- to model.
Q Is there someplace in AP-42 that specifically talks about this impactor data and therefore implicitly indicating that everything is reported for -- only for -- because they're only interested in PM10 fractions?
A Well, the last reference we looked at, I forgot the exhibit number now, in that reference I described to you that the Footnote B indicated that it was equivalent -- or equivalent particle size data which would be aerodynamic equivalent size data which would be for cascade impactor analysis.
Q Okay. And I -- that I understood. But am I

Page 206

correct that in a cascade impactor you can have filters that are -- you know, go up to much larger screens, you know, above 30? They can go up to 50, 70, whatever. You can have those in that kind of a device, can't you?
A Yeah, they -- I have never -- I have never seen it go up that high but I suppose you could. But if you look at the data like she's showing, which she's showing hardly anything, as I recall, above PM10, it looks like the focus is PM10.
It certainly didn't cover the full distribution based upon the references we do have that -- that, based on microscopy, go a lot higher. So it's -- I believe that what they're showing is a partial distribution where the data that I have selected shows a full distribution.
Q Okay. But other than that footnote referencing the aerodynamic equivalent diameter, is there any text that discusses this issue?
And -- and the reference that you were talking about was Exhibit 45, which was a prime -- it was from AP-42 but it was a version from 10 of 1986. So it was actually before the whole PM10 thing was regulated, I think, into more relevance.
Anything else that you saw in any of the

Page 207

AP-42 documents that would tell you -- that would support what you're saying about the -- about the impactor cut points?
A Indirectly in the sense -- for example, we talked about those earlier studies which shows there's a lot more mass above PM10 and PM15, and they're showing -- they're showing nothing in the more recent dataset. So the logical conclusion would be that it's not going to full distribution.
Q All right. Well, let's go back, if you will indulge me, then, I -- I just want to finish my thought.
On Reference 115, that's the two-smelter study, it was marked as Exhibit 41. If you would pull that up and, again, go to page 40 of the PDF?
A All right.
Q Okay. And we were looking at this before but clearly it has fractional sizes that are greater than -- they're greater than the 10, 15, 20-micron cut points shown for, let's just focus on the 3087; okay? Which is the blast --
A All right.
Q So what I -- what I am trying to understand is, you know, you said that's microscopy. It's not the -- the cascade impactor.

Page 208

Where -- what is your clue that that's the case and -- and what are they -- what filter are they looking at?
A Well, the clue is in the preceding page, or pages, where if you go to electronic page 38 --
Q Yep.
A -- you see that McCrone performed a particle size analysis on 10 samples, 3042, 3047, and so forth, including 3087, and then it shows the results of those sample numbers on page 40. So that's how you can conclude it was a microscopy work of McCrone lab.
And what was the second part of the question?
Q Well, all right, I mean, we went back and I'm -- what I'm trying to understand is, what filter are they -- what are they looking at? They're looking at a filter that has particles on it. What filter are they looking at?
Why are they talking about stages and backup filters on page 38 of the report of -- of Exhibit 41 and then you're saying it's really just one counting under a microscope of everything?
A Well, yes, I mean, they -- they're talk -- they show the five stage impactor data has these

Page 209

filters --
Q Right.
A -- including a backup. They're showing that for the -- for the data that's shown for the cascade impactor.
But when you get down to the microscopy data, which is what McCrone does, at least did, I'm not sure they're still in business, but they did their -- that's based upon a sample.
I don't recall what -- what the actual specs are for the filters they use for microscopy, but they have a sample, they put it under a microscope, and they determine what the particle sizes are and what the masses of those particles are. That's a lab procedure. That's what you're seeing on page 40.
Q Okay. Well, we know that what -- it says it right on page 38 and -- because it calls out sample numbers. We know that he's looking, at least with respect to one of those samples, it's -- it's -- the number of that sample is 3087; right?
A Correct.
Q Okay. So they're doing something with a sample and that sample is numbered 3087. Do you know what that is? What is 3087?

Page 210

A It's a filter sample. We don't know what type of filter. I don't think that's described in here but it's a filter that would allow them to perform their lab analysis of particle size. So that's --
Q And if you go down to page 40, they're reporting on the blast furnace that the -- the number particle size distribution and number percent, and they report it for all the fractions from 5 through 50 plus; right?
A They do number and they do weight. We use --
Q Right.
A -- the weight.
Q Just follow me one step at a time; okay?
So they're -- but they're reporting on both numbers and on sizes by weight and percentages of a total for all of those fractionates from 5 through 50 plus; correct?
A Correct.
Q Okay. And you're saying that that's not a stage at all in some kind of a -- an impactor monitor, or collector, that it's just -- that's everything that is coming in.
A Yes.

Page 211

Q The single -- it's a single thing. Okay.
A Once you have stages, you have -- you have bounce, you have indirect assessment, because you don't necessarily keep everything in the right stage, where this microscopy analysis is actually directly measuring the number of particles and it determines the weight based on the full distribution of particles. And that's the basic difference.
Q Well, so is -- so this isn't a filter from that kind of impactor? It's from someplace totally different? It's just a single eyeball sampler with one -- with one filter?
A They don't describe where the sample -- where it came from, you know, what they used for this particular collection media. All we know is that these particulate samples on the filter paper went to the lab, they did the number and the weight analysis by particle size, less than 5 microns to 50 plus.
Q Okay. If you'd turn to page -- it would be 113 of the PDF of Exhibit 41.
A 115? Okay.
Q Yeah. 113. Page 113 of Exhibit 41.
A All right.
Q So this is later in the process and it shows

Page 212

filter numbers, and it shows totals, and it shows total particulate concentrates.
Do you see that?
A I do.
Q All right. So here I'm looking and I'm seeing a number of numbers for these filters, 3087, 88, 89, 90, 91, and then there's a backup and there's a total.
Tell me what I'm looking at here, what's being reported for filter number 3087.
A Sample period. It's showing sample period time, location by location. And let me find 3087. 3087 is down below and that was taken over a period of 365 minutes. And it's showing a total particle concentration of that filter as being 187. I don't know what they mean by STD condition. Standard conditioning, maybe? It's unclear exactly what this -- this is, to me.
Q Okay. What are -- what are the numbers -- in the location, it looks like all of those filters are at location number 20, which is the same location; right? And they're -- and they're listed at stages, 1, 2, 3, 4, 5.
So how is it that 3087 is in the column -- or is in the -- is in the line that says Stage 1,

Page 213

and then there's four more stages after that, and then there's a backup and that's a huge number.
A I -- I'd have to study this appendix further. I don't -- I can't tell you off the top of my head.
What's that page number again? I just lost the page completely.
Q 113 of the PDF is the -- is the reference page. In the document itself, I'm not quite sure what the page number would be.
A I'm back there again.
I'd have to study this further to see exactly what they're saying but, clearly, 3087 is different than the ones above it. You don't see all these concentrations -- well, I'm sorry, 1 through 5 on this 20 stage is different than the others above it.
It's unclear how that relates to the other samples but you can tell that in that sample they went way above where a cascade impactor would be collecting data. So it could be that this is -- this stage they used here is a very high stage but they're going up to way beyond -- they're going up to 50 microns plus.
Q Well, it says, Total Particulate

Page 214

Concentrate, and then there's separate columns on some of the other ones they capture. It looks like lead, arsenic, so that maybe there was some cadmium. So they were doing some other work on that.
But is this something that you looked at in connection with forming your opinion with respect to the nature of the microscopy versus the impactor use?
A Well, this -- I did look at this reference clearly. I don't recall this page. I may have looked at this page but I'd have to study this appendix to really put it in context because you're going -- we're going to one sample here. We do know that the other analyses that was shown were not full scale. 3087 was an example where it was full scale. So clearly it's something different analyzed in this sample and it would take more analysis to sort that out.
(Sullivan Deposition Exhibit 38 marked for identification.)
QUESTIONS BY MR. WILL:
Q Okay. Let me pull up another exhibit. This is Exhibit 38. It's a collection of some excerpts from an AP-42 reference from September of 1985.
A And you said Exhibit 48?

Page 215

Q Thirty-eight. I just shared it with you.
A All right.
Q So if you would, turn to -- or I guess if you have the PDF up, go to 15 -- page 15 of the PDF.
A I'm there.
Q Now I have to get there because I was using a -- I'm flipping back and forth between paper and that. I'm almost to the point where I'm -- I'm almost starting to get -- jettisoning paper these days. It's crazy.
So on page 15 there is references to a blast furnace. Do you see that? It says, Uncontrolled --
A Yes.
Q -- Fugitive Emission Factors For Primary Lead Smelting Processes.
Do you see that?
A I see blast furnaces, and which else were you referring to?
Q There's blast furnaces and there is a sinter machine. I'm just asking if you see that.
A I do.
Q Okay. And with -- with B, it is -- the reference is No. 10; okay? And if we go to Reference No. 10, I believe that that is the reference that we've marked as Exhibit 41. It's

Page 216

the -- it's the two-smelter study from October of 1977.
Does that look right to you?
A Let me see. Oh, this is referencing -- I'll take your word for it. I just see Reference 10, which is --
Q Oh, I'm sorry, go to the very last page of Exhibit 38 because that's where the references are actually -- the citations are spelled out.
A All right.
Q And if you do that, and you look at No. 10, I believe that is, in fact, your Reference 115, which is Exhibit 141.
A That looks correct.
Q Okay. And if you go backwards to Table 6.5 which is on page 12, again, blast furnace information, and once again, the reference is No. 10, which is the Reference 115. And it -- and it also -- it does have B which is -- where it says, Particle size expressed as aerodynamic equivalent diameter; it has that same footnote as you referenced earlier. So --
A Correct. Cascade impactor data.
Q -- essentially AP-42 is -- in this version, was basing a lot of its lead fugitive emission

Page 217

factors on Reference 115; correct?
A Well, it's basing emission factors on 115, yes.
Q Okay. And do you know whether anywhere in the AP-42 referenced from September of 1985, that's AP-42, Fourth Edition, it makes the point that you are making about the fact that these numbers essentially ignore particles that are above 15 microns?
A I don't recall it saying that specifically in there. And to clarify, if they're using the impactor to get those filters to the laboratory, then that would be -- that would be new information for me. But if that was done, one way or another, the lab is getting the various -- the full range of particles that they are directly seeing under a microscope, where this -- this methodology is using inertia to estimate particle distributions, and it's within a certain range.
So it's the same point, but again, they're not -- they're using that data. They're not going above 15 microns. In fact, 89 percent of the particles in this sample are less than 10 microns. If you looked at them with detailed microscopy, you'd find it's much greater than that. We did

Page 218

that. It was a much higher number than -- you know, than that number. I mean, it was -- it was much -- it was dominated by the larger particles. So it's showing a fraction of the particles one way or the other, not showing the full distribution.
Q And when you model, do you only model PM10, or do you generally model TSP because that's really what is getting out to locations in a community?
A Well, in this case I modeled both -- both ways. And one way to look at it, you know, we're modeling the PM10 mass as computed by Mr. Vornberg, however he did it, we're modeling that PM10 mass, and we're then, you know, computing concentrations on that basis. Those concentrations are high.
But we know if we modeled TSP, it would be even higher. So when we show PM10 results, that could be considered the lower bound. The actual impacts are substantially higher based upon the full range of the particle sizes.
Q Wouldn't it be easier just to measure and lay out those particulates that are higher so that if you're trying to model in a sense of seeing where this is going on a dispersion analysis or a deposition analysis, you have data that you're looking at that deals with all the particles that

Page 219

may go out into a community from an emission source?
A Well, we did that in the expert report. What I did here was focus on PM10. That's what was computed by Mr. Vornberg. That's what was modeled by Dr. McVehil, at 4 microns. That's the basis for the calibration procedure that Dr. McVehil used, PM10. And then they compared those and submitted that information to the PM10-based Peruvian lead standard.
So I focused on that subset that we -- you know, to be more consistent with the Vornberg numbers directly and consistent with the measured data, which is PM10, and use that to show it's at least higher than this. And that's what I showed in this report. I showed TSP in my expert report.
Q I -- I understand that's what you're saying and that's really not my question.
My question had to do with why EPA would choose not to take into account those higher micron particles in the computations that it's showing on these emission factors when you could easily count them and come up with a -- you know, an emission factor that's based on measured data rather than just scaling up something that was done through PM10 or PM15.

Page 220

A Well, I can't say why EPA chose this, other than it's most likely less expensive to do cascade impactor indirect data than paying a laboratory to do detailed microscopy analysis of samples.
(Sullivan Deposition Exhibit 43 and 35 marked for identification.)
QUESTIONS BY MR. WILL:
Q Let me look at something else. So in Dr. Cheremisinoff's report, he cites to an article -- or a paper by Bennett and Knapp, and I just shared that with you. It's a 1989 study that he cites. It's been marked as Exhibit 43.
And rather than go to that just yet, I would ask that you go to Dr. Cheremisinoff's report which is Exhibit 35. And you go to page 105 of the PDF. And page 105 of the PDF I think is page 97 of his report.
A It's Exhibit 35?
Q Yeah, this is Dr. Cheremisinoff's expert report.
A I don't see it.
Q You don't see what?
A Exhibit 35.
Q Well, I shared it with you a long time ago. You may need to go back into the chat and pull it



360 Litigation Services
314-394-2206 360litigationservices.com
EXHIBIT 43

Page 221

down again.
A Yeah, I don't see it in there. I go back to the first one, Exhibit 30, but I don't see 35.
Q All right. That's okay. I don't -- I'm not going to quarrel. I'll just fix it; okay? I'll just send it again.
A Thank you.
Q No -- yeah, there's no reason to not do this.
Okay. So here it comes. Exhibit 35 coming down the pike. It's a big one so just be patient.
Okay. So tell me when you've got it, when you can pull it up, and when you can go to page 105.
A Yeah, it just came up. Yeah, page 105. Okay. I'm on page 105.
Q Okay. So in -- in this -- and this is Dr. Cheremisinoff writing on page 105 of the PDF, page 97 of his report. He says that the Bennett and Knapp study measured the particle size distribution of particulate matter released from lead smelters. They reported that the PSD heavily favors PM2.5 and that the highest concentrations of metals is found among these smaller particles. And he was criticizing Doe Run because he says as a sophisticated operator of lead smelters, we would

Page 222

know this.
Do you see that?
A I don't see the paragraph. Is it -- which -- it's on page 105. It's electronic page 105, or actual page 10 --
Q Yeah, it's the very first paragraph, Bennett -- Bennett and Knapp.
A It's page -- electronic page 105 of Exhibit 35?
Q That's correct. It's a 376-page PDF.
A Mm-mm. Starts with Exhibit 12, compares MPLs --
Q No. Go up above that.
A Oh, okay. Okay. I'm with you now.
Q The first paragraph. Do you see it?
A Mm-mm. I do.
Q Okay. So Dr. Cheremisinoff apparently is saying that he's citing this for the proposition that most of the emissions from lead smelters are very low in PM size. In other words, most of the particulate comes -- and in fact, it's down in the 2.5 range or less.
Is that consistent or inconsistent with your discussion of Reference 115 and this issue of particle size distribution we've been talking about

Page 223

for a while now?
A Well, that's certainly -- we don't know -- I don't know without looking at this report what they used to do the measurements with or what they were trying to accomplish. What we do know is Reference 115 went up to PM50 and doesn't show the same conclusion.
Q Okay. Let's go ahead and pull 43 now that I have sent it to you. This is the study that he references in -- in his report. This is the full document. And it's not that long but I'm going to -- the page I'm looking for is towards the bottom. There's some tables. There's Tables III, VI, and IX. Table III is referenced on page 171, which is the fourth page of the PDF.
A I see that.
Q All right. The Zinc Smelter Particle Size Distribution Summary. And then Table VI is a Lead Smelter Particle Size Distribution Summary. And the numbers there show, for blast furnace percentages, less than 10; 90 percent, 91, 86 percent?
A Without studying this, I don't know what -- how they computed their data. I haven't seen this particular document before.
Q All right. Cheremisinoff --

Page 224

A These are in-stack compactors, in-stack compactors at the copper reverb furnace stack, and at the acid plant. This is talking about stack sampling there. We were talking about fugitive emissions in Reference 115.
But I'd have to study this. I really have not read this document so without looking at it in further detail, I really am not in a position to opine on this. But it does matter if it's stack versus fugitive. Stacks would tend to have these -- you would expect it to have higher -- lower value emissions than from a stack.
Q It says here that the testing was conducted at an outlet of the baghouse, controlling emissions from the blast furnace, and at combined outlet duct of the acid plant and two baghouses which controlled emissions from the sinter plant.
That doesn't sound like a stack emission, does it?
A So if it's coming after the baghouse, it would sound like it's a stack -- it's going -- it's downwind of the -- downstream of the baghouse which controls the particles, especially the larger particles. The smaller particles tend to go through. So this would be apples versus oranges

Page 225

comparing the fugitives assessment in Reference 115.
Q But in any event, you didn't look at this so you're kind of saying that on the fly right now?
A Well, it's -- yes, but if it's coming downstream of the baghouse, baghouses aren't going to have particles greater than 10 microns. They're going to be particles within 5 microns because it's capturing them at a very high rate. The smaller particles are the ones that can get through.
Q Okay. Well, let's -- let's go back and see what Dr. Cheremisinoff had to say because he does make one more reference to this in Exhibit 35. If you go -- pick up Exhibit 35 again, and this time go to page 173 of the PDF.
A All right.
Q Number 5, Particulate matter emissions are all defined as PM10 in McVehil modeling. The many citations in Section 6.6 report that the particles released from fugitive sources are predominantly 2.5.
And 6 point --
A That's in reference -- the issue in this part 5, McVehil was modeling PM10 emissions he received from Mr. Vornberg. He modeled those at 4 microns. So that's what he did.

Page 226

6.6 is talking about that Bennett report. Well, that was not related to the fugitives, so I can't -- I'd have to look at 6.6 in greater detail but that -- that doesn't sound correct to me.
Q Okay.
A It certainly doesn't comply with the Reference 115.
Q How -- how was it that you came to the conclusion about the use -- use of the impactor versus the microscopy from just reading the documents?
A Well, I knew that the McCrone Company, their specialization. He was an expert in microscopy. And so however they got the filters, and we can discuss that further, but whatever -- however he got -- if he got stages from the impactor and looked at those or he got a separate filter, whatever he got, he counted the particles and he did a specific analysis of the size. That was clear from my review. And the impacted data is the indirect method to do the same thing but was not covering the full range that he measured directly.
So I would place greater emphasis on direct measurement than indirect assessment that was done with those impactors. I mean, that was my

Page 227

conclusion and that's how we came up with our distributions.
Q But -- but those direct measurements were coming from a filter; right? I mean, he was putting a filter under a microscope. He wasn't just weaving it out of thin air; right?
A Well, there's -- there's different stages to the impactor. If he went and looked at each stage -- I mean, they didn't describe it but the last stage would be the -- he could have evaluated that under microscopy. That part was not specified.
All we know is he directly measured it by -- under a microscope and came up with a very different direct measurement of the particle sizes that were substantially higher than the cascade impactor was showing.
Q Was he looking at 3087 under the microscope?
A That's the only way I know you can do microscopy is under a microscope.
Q Okay. So whatever he was reporting his numbers from, Filter No. 3087, that 3 -- that filter 3087 was a source of his numbers for what he reported in -- in that 115 as we looked at it; right?
A Well, I would -- I would have to look at

Page 228

that -- that appendix again for further interpretation, but in some fashion, 3087 was a blast furnace assessment of the total particulates that were collected in some form of the sample, which is not specified. How he counted those is unclear. All we know is, he counted a much larger range than were directly measured -- or indirectly measured based upon a cascade impactor.
Q In your report on page 97 you show some particle density work and the differences between your and Cheremisinoff's particle density computations.
What did you do -- I mean, why did you decide to depart from his work on the particle density for purposes of your emissions inventory?
A There were just the several areas. Most of the numbers he had, we did agree with. We were very close to his numbers. I provide references in here in some cases to indicate why we had a difference but basically we couldn't replicate some of his numbers. You know, for example the zinc roasting operations, we felt his number was too low. We give a reference for that assessment.
Past review I've done in particle density in this range really doesn't make much difference in

Page 241

MS. KRAFT: Yes.
THE WITNESS: Okay, folks, I'll sign off. Have a good day.
THE VIDEOGRAPHER: This concludes the deposition of David Sullivan. We're off the record at 5:20.

Page 242

STATE OF MISSOURI.
SS.
COUNTY OF ST. LOUIS

I, Gretta G. Cairatti, RPR, CRR, MO-CCR #790, IL-CSR #084-003418, in and for the State of Missouri, duly qualified and authorized to administer oaths and to certify to depositions, do hereby certify that pursuant to notice in the civil cause now pending and undetermined in the United States District Court for the Eastern District of Missouri, Eastern Division, to be used in the trial of said cause in said court, I was attended by Zoom videoconference, by the aforesaid witness; and by the aforesaid attorneys; on the 19th day of January, 2021.

That the said witness, being of sound mind and being by me first carefully examined and duly cautioned and sworn to testify the truth, the whole truth, and nothing but the truth in the case aforesaid, thereupon testified as is shown in the foregoing transcript, said testimony being by me reported in shorthand and caused to be transcribed into typewriting, and that the foregoing pages correctly set forth the testimony of the aforementioned witness, together with the questions

Page 243

propounded by counsel and remarks and objections of counsel thereto, and is in all respects a full, true, correct and complete transcript of the questions propounded to and the answers given by said witness; that signature of the deponent was reserved by agreement of counsel.

I further certify that I am not of counsel or attorney for either of the parties to said suit, not related to nor interested in any of the parties or their attorneys.

Witness my hand at St. Louis, Missouri, this 24th day of January, 2021.

_ _ _ _ _ _ _ _ _ _ _ _ _

Certified Court Reporter in and for the State of Missouri

Page 244

360 Litigation Services
Monday, January 25, 2021
Kristine K. Kraft, Esq.
Schlichter, Bogard & Denton LLP
100 South 4th Street, Suite 1200
St. Louis, MO 63102
Re: Deposition of DAVID A. SULLIVAN
Date: January 19, 2021
Case: A.O.A., et al. vs. Doe Run Resources Corporation, et al.

Kristine K. Kraft, Esq.,

The witness did not waive the right to read and sign his/her deposition in the above referenced matter. Enclosed is the copy of the deposition you ordered, together with errata sheets and additional signature page. Please instruct the witness to read the transcript, list any corrections (including page and line number) on the errata sheets, sign and date the errata sheets and signature page.

Within 30 days, please return the errata sheets and signature page to our office for further processing. Your prompt cooperation will be appreciated.

Sincerely,

360 Litigation Services
Production Department
10097 Manchester Road, Suite 102
St. Louis, MO 63122
(314) 394-2206(main)
(314) 394-2207(fax)
Office@360litigationservices.com



EXHIBIT 43