UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

A.O.A. et al., )
)
Plaintiffs, )
)
vs. ) No. 4:11-cv-00044-CDP
) (CONSOLIDATED)
DOE RUN RESOURCES CORPORATION, )
et al., )
)
Defendants. )

VIDEOTAPED DEPOSITION OF NICHOLAS P. CHEREMISINOFF, PHD

VOLUME I

Taken on behalf of Defendants

May 22, 2019

Kathy Heeb, CCR #1361

PohlmanUSA Court Reporting (877) 421-0099



**EXHIBIT 51**

Page 154

improve the efficiency of the Cottrell, central Cottrell, and they also do some things in terms of removing those antiquated zinc roasters.
Q. But even all these projects that you approve of still did not cause the ambient air quality in the area to meet standards.
A. Well, they did on the PM. Okay. They eventually reached PM levels, I think in 2007.
Q. Let me -- let me be clearer on the record to make sure you and I are saying the same thing.
A. Sure, go ahead.
Q. I keep talking about standards. You know, what are the standards, the ambient air quality standards that you looked to to make your decision whether a standard of care had been violated?
A. I looked at the air quality standard with the level that the government of Peru said would be a safe level in the community. That's spelled out in my report. Okay.
This plant -- let's be very clear. This plant did not have a permit that said, thou shall limit or thou -- you must limit the emission rate from any one stack or limit the fugitive emissions to a certain level. That's different than what you have in this country. You're supposed to -- and in other

Page 155

countries.
If you take the US permitting system, for example, every emission point, every stack has an operating hour, has a loading rate, has a control efficiency, has the number of pounds per hour or grains per standard cubic foot that is an allowable limit that that is an operating permit requirement. You didn't have this at this facility.
What you had was a set of air quality standards that were considered to be safe levels as defined by the government of Peru. And the facility understood that because they were closely monitoring and reporting those standards to the -- those measurements to the government.
Q. So again, just want to make sure when you are offering your opinions on standard of care, and are looking to ambient air quality standards and measuring Doe Run Peru's performance vis-a-vis ambient air quality standards, you are only looking at Peru's ambient air quality standards?
A. Yes. There is nothing else to look at. And I thought I was pretty explicit in explaining that in this report. But that's what I use as the basis to determine whether their actions at various points in time improved or brought the ambient air quality

Page 156

within safe limits.
And they do the same thing. Because they -- there is documents out there I've seen that said, you know, if we do certain things to the main stack, we should be able to lower not only our SO2 emissions, but they do some extrapolations saying we should be able to bring the SO2 levels at Sindicato, or wherever, to within the air quality standard.
Q. And so as far as PM10, or PM, when did the plant meet PM standards, what year?
A. There is a plot in here that shows it. See if I can find it. It's one of these plots.
If you look at Exhibit 145, there is a table in here. What I did was a timeline plot of the daily average PM10. So one of the standards -- they didn't have a fine particulate standard, they had a PM10 standard, which is less protective. But nonetheless, by 2005 it looks like that they met the Peruvian standard, okay. They -- according to that standard, they cannot have any exceedances for a 24-hour period, and so I plotted them out.
2001, they had 74 of these incidents. They were 25 times over compliance. 2002, 132, they were 44 times over compliance. For comparative purposes, I compared it against the US NAAQS. They were greatly

Page 157

over the NAAQS. But just focusing on Peru, 60 -- in 2003, they had 65 of these exceedances. They were 22 times over compliance. 2004, 10 of these. So you can see they're improving in time. And then by 2005, they look like they're pretty much in compliance on PM, PM10.
Q. What about for lead?
A. They never reached that.
Q. Okay.
A. Never reached for lead or arsenic.
Q. So what -- what is the project they could have -- that you're saying DRP should have installed in order to reach the lead standard, ambient lead -- Peru's ambient air quality lead standard?
A. For lead?
Q. Yeah.
A. They had a combination of options that they could have -- could have initiated early on. Vornberg talks about --
Q. I'm sorry, they could have initiated what?
A. Early on.
Q. Okay.
A. Okay. The copper converter aisle is one. Okay. Improvements to the central Cottrell could have been started earlier because they knew that that unit





EXHIBIT 51

Page 158

**had low efficiencies. Anything to do with fugitive emissions would have helped reduce.**
Q. I'm trying to understand, though, what project that they didn't do would have allowed them to have met the lead standard, ambient air lead standard of Peru?
**A. That they didn't do?**
Q. Right.
**A. Well, look at Exhibit 149. There are fugitive emissions associated with the copper roaster, the copper converter aisle, the reverberatory smelting furnace. Each of these areas may have or would have had multiple opportunities to reduce fugitive emissions. I can't, without having been there at the time of the facility with an engineering team, tell you what specifically they could have done. But I know in a general way these are all fugitive emissions.**
Q. And so you don't know, though, or you're not -- you don't know what they could have done to have brought the standard down -- excuse me. Let me restate that.
You don't what DRP could have done, what kind of projects they could have implemented to have met the ambient air quality, lead, Peruvian standard

Page 159

before 2009.
**A. In a general way, I do. I think what you're asking me is a specific project or list of projects. That, I cannot tell you.**
Q. That's what I'm asking for.
**A. But in a general way I can tell you all of these are fugitive emissions. So the exercise that should have been done, in my opinion, is the team should have gone in, looked at every single or as many of the fugitive -- the uncontrolled fugitive sources within the copper roaster, copper converter aisle, and the slimes plant, because those are the three largest, and began systematically reducing them.**
**The other activity that they could have done, which I believe would have brought them into -- or incrementally brought them into compliance, closer to compliance, was there is several dozen stacks that had never been stack-tested. There wasn't a -- there wasn't a -- any quantification of the air emissions and metal emissions from those specific stacks. Doing that exercise, doing stack-testing, quantifying those emissions would have helped them prioritize which of those point sources required specific types of controls like baghouses or scrubbers.**
Q. You don't know whether they could have met

Page 160

the Peruvian ambient air quality lead standard short of just shutting the plant down.
**A. No, I think you can, you can come to conclusions on this, because we know these are large fugitive emissions that should have been brought in under control systematically, and we also know that this plant could have reduced their emissions further and brought it into compliance by a combination of the following: They could have limited the operating hours for certain units, such as the copper converter aisle.**
**If you look at permits in the United States, for example, every unit has an operating hour associated with it and loading associated with it. That doesn't exist for this plant as far as I've been able to tell.**
Q. And that was not a requirement of the Peruvian regulations.
**A. Say it again.**
Q. That was not a requirement of the Peruvian regulations. Peru did not have air permits.
**A. May not be a requirement, but the operator in this case is a sophisticated operator, and it knows and understands that the operating hours and loading conditions to each of the point sources has a direct**

Page 161

**impact on the air emissions.**
Q. You haven't done an analysis of the changes that could have been made at a plant, short of shutting it down, in order to meet the ambient -- the Peruvian ambient air quality standards for lead. You haven't done that analysis.
**A. No, I have not sat down and made specific engineering recommendations on each step they could have taken. All I can state is that they left all of these other fugitive emissions uncontrolled. They didn't address them at any point in time, all the way through the end of operation. And I know from the examples that Vornberg gave that there had to have been other opportunities within those converters -- or within those sources.**
Q. So let me break down -- new topic. I'm trying to understand the standard by which you are judging DRP's behavior. As I appreciate it, you're looking at Peruvian standards, right?
**A. Looking at both Peruvian and international standards.**
Q. Okay. That was my next question. US standards -- and let me be more specific. You're looking at Peruvian air standards, correct?
**A. Yes.**





EXHIBIT 51

Page 162

Q. You're looking at US air standards?
**A. Yes.**
Q. You're looking at European air standards.
**A. I didn't look at the European air standards, I looked at typical air quality levels in industrial cities, and I made some comparisons.**
Q. Okay. And you're looking at -- you called it accepted norms of air quality in emissions from lead smelters as documented by authoritative organizations like the EPA, WHO, European Commission, and the lead smelting industry generally.
**A. Yes.**
Q. Does that form kind of your standard by which you're evaluating DRP's behavior?
**A. Broadly covers it, yes.**
Q. Okay. Did you weigh these all the same, or did you give some more weight than others?
**A. No, I weighed them all the same because they're all comparable. There are differences between, you know, for example, World Health and NAAQS standards, but, to me, the levels of production are roughly the same.**
Q. You looked at the Peruvian air quality standards, ambient air quality standards, right?
**A. Yes.**

Page 163

Q. You also looked at the air emission standards, the Peruvian air emission standards?
**A. The only air emission standard I'm aware of was a limit on the SO2 for the main stack. There is no emission standard other than the SO2 limit on that main stack.**
Q. Okay.
**A. Okay. The -- when you refer to standards, in my mind it's the air quality standards as established by the government of Peru. And those values, after 2002, were equivalent, except for fine particulate matter, to the US standards.**
Q. But as far as the air emission standards from the stack, did you consider that at all in terms of your standard of care opinion, how Doe Run Peru was performing vis-a-vis their air emission obligations?
**A. I don't understand your question, okay. When you say air emissions, you mean an emission rate.**
Q. No, I mean the emission limits on what they could emit out of the stack.
**A. There is none. There are no such standards that I'm aware of. Okay. I, again, testified that the only mass emission limit that I've ever seen in this case is associated with the main stack. And that's with regard to so many tons per day of SO2**

Page 164

**emissions. But there is --**
**In US you have a permit system. If I point to the copper converter section, or I point to a dross furnace, there is a point source. There is a stack. And in the permitting system in this country or in Europe, there would be a mass -- an upper limit to the mass emission rate from that point source. And the facility has the degree of freedom by controlling it with the -- by limiting the number of operating hours and/or the type of control that it used. Because some controls have higher efficiencies than others. You don't have that at this facility.**
Q. Did you rely on the PAMA as part of your standard of care analysis?
**A. In part, yes, because there are environmental action plans that the owner/operator proposes at different times in order to bring the facility within compliance. And they refer to their obligation under the PAMA.**
Q. So how did you rely on the PAMA, though, as part of your standard of care?
**A. I looked to see whether or not they were bringing the facility within compliance with the air quality standards. That was ultimately what it states in the PAMA. That the -- and especially the 2004 one**

Page 165

**that's revised. They say, we're going to bring the air quality levels to within the safe levels as specified by the government of Peru.**
Q. Okay.
**A. Okay. That's the basis. So what they're doing is the same thing I did, or what they should have been doing was looking at mass emissions from all these sources, both stack and fugitive emissions, and seeing whether or not the ambient air quality in the public sector was being lowered to within safe levels. And they even say -- they do some extrapolations when they are addressing the central Cottrell, they say, you know, in order for us to get the lead levels down to safe levels, according to the air quality standards, we would have to reduce the lead emissions from the main stack by a certain amount. Okay. So they're doing same thing I did in this analysis.**
Q. But in offering your opinion that Doe Run Peru should have done more sooner, it doesn't appear that you're recognizing that the government of Peru, under the PAMA, provided 10 years to come into compliance.
**A. Well, that's right. They said that. I do consider that. Look, when they purchased the facility, there was an agreement under the PAMA that**





**EXHIBIT 51**

Page 166

**they would do modernization by a -- the owner/operator agrees, the defendant agrees that I will -- that they will bring the facility within the air quality standards by 2006. They missed that mark. Okay.**
Q. But they also received an extension by the government of Peru.
**A. Well, they argued for that extension, and they got it because they didn't meet it. Okay.**
**Look, this facility really doesn't start to take seriously reducing those air emissions until about late 2005, after 2006. Okay. You tell somebody it's reasonable within 10 years I'm going to bring you in compliance, you don't wait until the eleventh hour of the twelfth day to start doing things. That's my criticism of the facility, of the defendant.**
Q. Isn't your criticism based on a myopic view that they only should have addressed air quality and air emission issues?
**A. Not at all. Okay. I know that they're handling other issues with this plant, but they also know from the very first day they take possession and management of the facility that the air emissions are posing a serious public health risk. So they have an obligation, in my opinion, to begin taking steps to reduce the air emissions. They never, for example,**

Page 167

**they never do any quantification of their air emissions.**
Q. And is it your position that the wastewater issues in La Oroya was not posing a public health threat?
**A. It may or may not have been. I'm sure it was. They began addressing that. And they ignored the air issues.**
Q. So putting aside your comment they ignored the air issues, isn't it important to prioritize and be consistent with what the government of Peru is directing you, a regulated entity, to do?
**A. Look, this is a sophisticated operator. It operated decades in the United States two other lead smelters. It knew how toxic lead and arsenic was. It was intimate and familiar with not just the US levels that are protected, but international levels. You know, their corporate representative says that.**
Q. Aren't you substituting your view and your value of what was the most important environmental issues at this facility and in the community, for the government of Peru's?
**A. No, I'm not. Why don't you read -- take some time and read the World Bank's Knight Piesold report. It's very graphic in its statement that air**

Page 168

**is a significant risk to the community. And that you're exposing people to extremely high SO2, lead, and arsenic level.**
Q. It's also very graphic about the wastewater contamination that's going into the water supplies of the community. Correct?
**A. And it doesn't say that that is a more important issue than the air.**
Q. But you're prioritizing the air over the wastewater with your opinion.
**A. No, I'm not. I'm going by what the World Bank said. The World Bank said you better go out there and do some stack-testing because it's never been done. Wait a minute. You better go out there and control the 90-some-odd uncontrolled sources. It didn't say wait 10 years to do that. It said these are things that should be done now.**
Q. And what did the government of Peru say in its PAMA? What were the deadlines in the PAMA for the air projects versus the wastewater projects?
**A. Again, gave them 10 years to do it, so they had until 2006 to do this. Your client didn't do anything until after 2006.**
Q. Is it your view that there was no schedule in the PAMA as to when La Oroya had to comply with

Page 169

certain projects?
**A. Well, show me the evidence that they did things. There is nothing that they did other than put in -- for the first several years, did nothing other than put in closed circuit TVs, a work stoppage program, which they knew from the air monitoring data, and they -- their own reports say this thing doesn't do anything. And the -- that's it. That's all I'm aware of.**
Q. My question is with respect to wastewater.
**A. What about it?**
Q. What did the government of Peru prioritize in the PAMA?
MS. WILKINS: I'm going object as asked and answered and outside the scope of his report.
**A. There were specific projects in the PAMA, we can go look at them if you want, that said these things have to be taken care of. The division of responsibility is between Centromin and Doe Run, and so many dollars would be sent in addressing it.**
Q. (BY MS. WOOD) Did it also include a time schedule in the PAMA as to what projects they wanted completed when?
**A. Yes.**
Q. And what were the priority schedules that





**EXHIBIT 51**

**it back to him and say QC it. This is what I did. Check to make sure I didn't transpose anything or didn't have an error or didn't change an input value.**

**And then we would do a final CQ again before it went to the air modeler. Because what we give to the air modeler is not live cells. We copy the data. I don't want somebody else manipulating the calculation. We take our -- we take a screen shot of what the calculation was in my worksheet, and then that is summarized and given to the air modeler.**

MR. WILL: That is probably a good place to stop for today. We're 5:30. And we'll go off the record.

THE VIDEOGRAPHER: Going off the record at 5:32 p.m.

(Whereupon the deposition concluded at 5:32 p.m.)

(The exhibits were retained by the court reporter.)



REPORTER CERTIFICATE

I, KATHY HEEB, a Certified Shorthand Reporter, do hereby certify that there came before me at Schlichter, Bogard & Denton, LLP, 100 S. Fourth Street, Suite 1200, St. Louis, Missouri,

NICHOLAS P. CHEREMISINOFF, PHD

who was by me first duly sworn; that the witness was carefully examined, that said examination was reported by myself, translated and proofread using computer-aided transcription, and the above transcript of proceedings is a true and accurate transcript of my notes as taken at the time of the examination of this witness.

I further certify that I am neither attorney nor counsel for nor related nor employed by any of the parties to the action in which this examination is taken; further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in this action.

Dated this 29th day of May 2019

____________________________________

Kathy Heeb, CSR, CLR



EXHIBIT 51