DOE RUN PERU

# REPORT TO OUR COMMUNITY





year 1998



**EXHIBIT 63**

# Report to our Community

**Executive Editor**
Kenneth R. Buckley

**Associate Editor**
Anthony W. Worcester

**Managing Editor**
Juan Carlos Huyhua

**Director Institutional Relations & Communications**
Percy Alcazar

**Director Environmental Matters**
Juan D'Ambrosio

**Chief of Human Resources**
Ramon R. Huapaya

**Social Service Supervisor**
Rosa Benel

**Assistant Editors**
Orlando H. Huapaya
Jose M. Castañeda

**Translation**
Williams Cripps

**Photography**
Mario Huarcaya V.

**Printed By**
Amistad Editores e Impresores S.A.

Front cover: Remodeled Silver Refinery
Below left: Herd of alpacas in green area of the Metallurgical Complex
Below right: Migrant bird resting in green area of Metallurgical Complex

Back cover: Overview of Chulec residence area and view of the Metallurgical Complex in the backgrounnd



**EXHIBIT 63**

# INDICE


**DOE RUN PERU:** 1
A high performance organization that promotes the life quality of its personnel and the community.




**PRE-PROFESSIONAL TRAINING** 13
Seventy young university students carried out their pre-professional training from January to March, applying their knowledge to projects in the field of scientific-technological research.



**SAFETY** 15
A new concept in safety is applied in the company. SAFETY IS #1!



**AN AWARD** 18
The Mining Safety Institute distinguishes DOE RUN PERU for improving safety standards.



**WORKS TO SUPPORT THE COMMUNITY SOCIAL PROJECTS** 3
In keeeping with its good-neighbor policy, DOE RUN PERU has been providing important support to the community basic infraestructure, health, education, the environment and sports.



**SUMMER JOB PROGRAM** 14
Thirty youths from La Oroya and the central region of the country participated in the summer job program.



**THE ENVIRONMENT** 20
Activities being carried out for environmental recovery and reduction in contamination through the PAMA projects.



**OCCUPATIONAL HEALTH AND HYGIENE** 27
The same as for safety, DOE RUN PERU - La Oroya Division has to reach within the next few years the levels required by our US Head Offices in Health and Occupational Hygiene..






**EXHIBIT 63**

Confidential Information – Subject to Confidentiality Order RENCOGRP-065871

# Presentation

DOE RUN PERU S.R.L.- La Oroya Division is placing in the hands of the La Oroya communities this document entitled "Report to Our Community 1998". It has the goal of informing the people of the advances obtained as an integral division of DOE RUN COMPANY of the United Estates. The production of this document is part of the company's yearly information policy to our neighbors.

The new DOE RUN PERU company philosophy drives the good neighbor policy as part of our direct or indirect contribution to the development of the region we operate in. This modern company philosophy also gives priority to the respect and consideration of the human being, affecting especially the improvement in life quality of our personnel and neighboring communities.

It this document we have detailed the progress reached in industrial safety and industrial hygiene and health in benefit to our workers, as well as the remodeling of housing to improve the life quality of our personnel and their families, and the invesment and project programs to improve the enviroment. We have also described the social support carried out in nearby communities and the economic importance of DOE RUN PERU to the region and the country.

We are confident that this public information document will allow us to strengthen our understanding and harmonious relationship between the company and the communities

DOE RUN PERU



EXHIBIT 63

Confidential Information – Subject to Confidentiality Order RENCOGRP-065872

# DOE RUN PERU:

## A High - Performance Organization that promotes the life quality of its personnel and the community.




*DOE RUN's philosophy is to contribute to the evolution of relations between the government, company and neighboring communities.*

DOE RUN COMPANY operates 8 mines and 3 lead smelters as well as lead fabrication facilities in the United States, employing advanced technology throughout its operations and processes. The forward looking philosophy of the Company gives priority to the safety and health of its personnel, as well as protection to the environment, and then, production.

In the mining-metallurgical industry of the United States, DOE RUN COMPANY is a leader in safety. This is exemplified by DOE RUN COMPANY and its predecessors having won the prestigious " SENTINELS OF SAFETY " award thirteen times in the last twenty-six years. At the same time, its environmental management policy has set standards that surpass government regulations.

In october of 1997, DOE RUN COMPANY obtained the La Oroya Metallurgical Complex, which was then renamed DOE RUN PERU - La Oroya Division. At that time a transformation began to convert the Division into an industry leader following the same high administrative and technological standards employed in the United States, developing a good neighbor policy with the La Oroya community. The transformation of the industrial installations and housing according to DOE RUN COMPANY standards was also begun with the purpose of improving the work areas, the comfort of the workers and the quality of life of their families.

DOE RUN PERU – La Oroya Division's activity is of fundamental importance to the economy of the country, promoting local, regional, and national development. For the 1998 fiscal year, the division's total sales were about US $ 455 million, producing a positive flow of national foreign exchange of about US $ 250 million. Due to the development of the aforementioned activity, the national mining industry has benefited from the purchase of US $ 226 million in copper, lead-silver and zinc concentrates; and US $ 20 million has been used to purchase reagents, raw materials and spare parts from national companies. Electroandes received US $ 22 million for electric energy consumption, and the transportation sector an additional US $ 4.5 million for freight.

70% of La Oroya's economic activity is generated by the income of the 3,900 employees that work directly for DOE RUN PERU- La Oroya Division. This results in a commercial activity of US $ 33 million in the 1,300 commercial, industrial, and service establishments in La Oroya.

**EXHIBIT 63**



## DOE RUN PERU standard

***Homes were painted in Buenos Aires, Santa Rosa, Huaymanta and Huampani, where our workers and their families live.***

***For a Company like DOE RUN PERU, where the personnel is its most important asset and safety comes first, it is imperative to modernize the plants in agreement with THE DOE RUN COMPANY standards. An example is our safe and recently renovated Silver Refinery.***

***Dining rooms designed wiht all the modern insta-llations and adecuate ventila-tion offer comfort and hygiene for the workers.***

**EXHIBIT 63**

# Works to Support the Community
# SOCIAL PROJECTS

In keeping with its good neighbor policy, DOE RUN PERU - La Oroya Division has been providing important support to the community. The following illustrate some of the more significant social projects:

**A. BASIC INFRASTRUCTURE**

• Support to rehabilitate the Central High way and Railroad, repeatedly interrupted by the landslides caused by the El Niño Phenomenon. DOE RUN PERU deployed its personnel, as well as its own and rented equipment-representing a disbursement of US$750 thousand.

• Modern technology such as night-vision visors that permit professionals to spot possible accidents resulting from landslides, and satellite meteorological studies to anticipate weather conditions. These are important tools in the fight against natural disasters.

• Thanks to technical support and our Safety Philosophy, no employee suffered any accident while lending support to the community in the slide area.This was in spite of nature's unpredictability and the dangerous conditions that reigned at that time.

• At present, DOE RUN COMPANY is giving support to projects that are of urgent need for our population, such as the Health Ministry's N° 5 Dining Room, the Paccha School, and chlorinating the water supply in Huaynacancha, among others.

**B. HEALTH**

• Refurbishing of the Municipal First Aid Station, which has now been fully equipped to benefit the health of the general population.

**C. EDUCATION**

• Maintenance of infrastructure, painting of buildings, and donation of furniture to State schools. Implementation of computer centers with state of the art equipment

• Development of the program of Pre-professional practices for young university people of the region and the community and the Summer Job program for young people of superior institutes for high school graduates.

**D. ENVIRONMENTAL MATTERS**

• Improvement of the appearance of the city by creating green areas, and lighting main streets.

• Support to the Reforestation Program of the Province of Yauli, sponsored by the Ministry of Agriculture.

**E. EVENTS AND SPORTS**

• The First School Marathon organized by DOE RUN PERU gathered more than 500 runners between 9 and 17 years of age.

• The First Seminar for Updating of Journalists gathered 60 radio and newspaper communicators.

• Activities with the children of La Oroya and neighboring communities to celebrate Christmas. 5,480 children participated.

• The Annual Meeting with local authorities and journalists to inform them about the Company's activities was held successfully. In the future, two meetings will be held per year.

**EXHIBIT 63**




Front-End Loaders, Backhoes, Dump Trucks and Heavy Trucks were sent to the area of the disaster on the Central Highway to provide support for the landslides.

# Program of Community Support - Developed and Carried out by DO

**EXHIBIT 63**



the repair of stretches of the highway and the railway that were destroyed by

E RUN PERU



# Support to Areas Affected by Natural Disasters



Front-End Loaders, Backhoes, Dump Trucks and Heavy Trucks were sent to the area of the disaster on the Central Highway to provide support for the repair of stretches of the highway and the railway that were destroyed by the landslides.



Part of the machinery and operators that performed the repairs on the Central Highway.



The condition in which the Tambo de Viso area remained after the mudslide that seriously affected the Central Highway and Railway.

**EXHIBIT 63**

# Support to Areas Affected by Natural Disasters



La Oroya is a city that is susceptible to natural disasters. Humanitarian aid provided by DOE RUN PERU was not long in arriving in order to repair stretches of the Central Highway and the principal streets of the city when these were affected by landslides.




Mud and rock slides occured in the Santa Rosa, Buenos Aires and Huampani areas. DOE RUN PERU inmediately sent machinery and workers to support the repair work.



The historic Chaupichaca railway bridge which was designed by the famous architect, Eiffel, was seriously damaged by rock slides. DOE RUN PERU professionals carried out top-grade repairs to put the bridge back into operation.



As can be seen, DOE RUN COMPANY standars were applied in the remodeling of the medical post.

# Support to Health




The Municipal medical post was completely remodelled and refurbished with surgical material.

Children, elderly people and mothers are the principal direct beneficiaries of this Post which is administrated by the Provincial Council.



**EXHIBIT 63**



Computers with access to the Internet were donated by the Company to SENATI, as well as to local schools, permitting improved educational orientation leading to better possibilities of academic development.



Professor Jorge Aranda, Director of José C. Mariátegui School, received modern musical instruments, donated by DOE RUN PERU for the school band.




With the aid of our Company the installations of SENATI in La Oroya were remoc



Electric transformers were donated to the Public Technological Institute - La Oroya.

S





*delled. This permits many young people to receive professional training without having to travel outside the province.*

# upport to Education



*The José Carlos Mariategui, Amalia Espinoza and Jose Maria Arguedas High Schools and the Miguel Grau, Francisco Bolognesi and other Primary Schools were completely painted. Washrooms were remodelled, and in some cases computer equipment with access to the Internet was provided. This same plan will continue to be developed in other schools in La Oroya and neighboring communities.*




**EXHIBIT 63**




# Support at Christmas Time

*In agreement with its policy of supporting the community, DOE RUN PERU developed an extensive program of activities for Christmas time. There were art shows, gifts for the children, "Chocolatadas", and the distribution of "Panetones" to 5,480 children in the province including the Huari, Curipata and Paccha areas.*






*A support convoy carried happiness and joy to the children of the Huari Primary School where the Company also carried out remodelling and painting. The school also received the donation of desks for teachers and students.*

| Number of children who participated in the Christmas reception | |
|---|---|
| - Huari | 100 |
| - Paccha | 230 |
| - Curipata | 150 |
| - La Oroya | 5,000 |
| Total children | 5,480 |



*Over 5 thousand children were entertained by DOE RUN PERU at Christmas time. A show, specially prepared for the children, was presented at the La Oroya Municipal Sports Complex.*


Urban Development
Horacio Zeballos Avenue - totally illuminated with double-lamp posts which offer new appeal.

**EXHIBIT 63**

# Pre-professional Training



| Field | University | Institute | Total |
|---|---|---|---|
| Business Administration | 02 | 0 | 2 |
| Communications | 02 | 1 | 3 |
| Accounting | 02 | 1 | 3 |
| Law | 03 | 0 | 3 |
| Civil Engineering | 01 | 0 | 1 |
| Electricity and Electronics | 09 | 1 | 10 |
| Industrial and Systems | 10 | 4 | 14 |
| Mechanical | 03 | 3 | 6 |
| Metallurgical | 11 | 0 | 11 |
| Chemical | 12 | 0 | 12 |
| Social Works | 02 | 0 | 2 |
| Others | 03 | 0 | 3 |
| **TOTAL** | **60** | **10** | **70** |

*70 young trainees carried out their pre-professional training in the installations of DOE RUN PERU, where they applied their theoretical knowledge to projects in the field of scientific technology research in the various productive activities of the Company between January and March.*

**EXHIBIT 63**

# Summer Job Program (Youth Formation)




*30 young people, between the ages of 16 and 25 participated in the Summer Job Program. They are about to finish their High School studies or go on to higher education. The selection of these people from our province and region is based on their educational excellence and plans for getting ahead, and the Company's wish to support young people with lesser economic means in the area.*

| University | Program | Nº |
|---|---|---|
| Universidad Federico Villarreal | Geographic and Environmental Eng. | 02 |
| Universidad Nacional del Callao | Economics, Electronics | 02 |
| Universidad San Marcos | Electronics, Mathematics | 02 |
| Universidad del Centro (Huancayo) | Medicine, Metallurgy, Nursing, Mathematics and Physics, and Communications Sciences | 05 |
| SENATI | Automobile Mechanics and Computer | 02 |
| IST (Technical Institute) La Oroya | Nursing | 01 |
| IST (Technical Institute) Jose Pardo (Lima) | Automobile Mechanics | 01 |
| Colegio Palmas Reales - Lima | High School | 01 |
| Colegio Issac Newton | High School | 01 |
| Universidad Nacional de Ingenieria | Architecture | 01 |
| Universidad San Martin de Porres | Law | 01 |
| Univ. Daniel A. Carrión - Pasco | Mining Engineering | 01 |
| IST (Technical Institute) CESAM - Lima | Secretary - Receptionist | 01 |
| IST Andres A. Caceres - Hyo. | Electronics | 01 |
| Colegio Amalia Espinoza - La Oroya | High School | 02 |
| Colegio Mariano Melgar - Lima | High School | 01 |
| Colegio José C. Mariátegui - La Oroya | High School | 02 |

**EXHIBIT 63**

# A New Concept of **Safety**

Oroya Division considers that safety is first. This means that the health and physical wellbeing of our people is the first priority. To make effective this concern the DOE RUN COMPANY is administering changes in the employee Safety culture in the following ways:

• Regular training of all personnel for a change in safety culture and safe-work practices.

• Risk analysis for safe work practices.

• Introduction to the basic concepts of the Technology of Behavioral Science.

• Visits and consultations by safety specialists.

• Improvement in the quality of safety equipment and the introduction of new types of equipment.

• Change of safety equipment as required.
• Recognition and awarding of personnel for achievements obtained in their safety goals.

• The application of safety indexes used in the United States constitutes a lost-time accident when the employee misses the next scheduled shift.



## GOALS REACHED

**Records of Man-Hours without lost-time accidents**:

| | |
|---|---|
| • From December 11, 1997 to January 28, 1998 | 1,202,264 Man-Hours |
| • From January 29 to March 28, 1998 | 1,455,308 Man-Hours |
| • From March 29 to June 9, 1998 | 1,862,573 Man-Hours |
| • From June 13 to September 10, 1998 | 2,335,255 Man-Hours |
| • From October 19 to November 27, 1998 | 1,027,000 Man-Hours |
| • From November 28, 1998 to January 13, 1999 | 1,193,158 Man-Hours |

The 1998 campaign, based on the practice of the new concept in safety, places DOE RUN PERU – La Oroya Division as a front runner in National Mining and a leader within the Doe Run Organization.

**Safety Statistics 1990-1998**

| Years | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|---|---|---|
| Reportable | 430 | 340 | 225 | 120 | 85 | 51 | 70 | 69 | 20 |
| Lost-time | 85 | 70 | 65 | 55 | 60 | 20 | 25 | 10 | 10 |
| Fatal | 3 | 1 | 0 | 1 | 0 | 2 | 1 | 2 | 0 |

**EXHIBIT 63**

# SAFETY

The traditional safety belt has been changed to a modern system of nylon harnesses with steel-shafted rings that offer the worker greater safety.



**EXHIBIT 63**





# Safety Statistics









*Companies of excellence consider safety to be the most important aspect of daily management. DOE RUN PERU maintains a top-quality level in its personnel's equipment.*



*Each employee received a sweater, a scarf and a hat in acknowledgement of the safety record of 2,355,255 man-hours achieved without lost-time accidentes between Jun. 13 and Sep. 10, 1998.*

**EXHIBIT 63**



Businessmen and executives from the most important mining-metallurgical Companies such as Southern Peru, Tintaya, Shougan, etc. participated in the important annual contest that is organized by The National Institute of Mining Safety . DOE RUN PERU executives can be seen in the photo.

### For Improving Safety Standards

# The National Institute of Mining Safety Awards Doe Run Perú

The National Institute of Mining Safety (ISEM) awarded the mining-metallurgical company, DOE RUN PERU, a "Diploma of Recognition", for having obtained one of the best standards in safety during 1998 in the operation of the La Oroya Smelter and Refineries and the Cobriza mine.

DOE RUN PERU surpassed the evaluation criteria established by the ISEM (no fatalities and Frequency Rate less than 5 in surface mining and smelter and refineries) at the end of 1998 without fatal accidents and a Frequency Rate of 1.2 in La Oroya, and in Cobriza for having improved its Frequency Rate in the last months to 3.5. According to the safety regulations of the Peruvian Ministry of the Energy and Mines, frequency index is defined as:

$$\frac{\text{(Number of lost-time accidents + fatalities)} \times 1{,}000{,}000}{\text{Man-hours worked}}$$

The award was given to DOE RUN PERU in a ceremony held at the head office of the Institute of Mining Engineers of Peru, with the presence of the Vice-Minister of Mines, Juan Carlos Ramírez, authorities of the ISEM, as well as distinguished businessmen of the mining-metallurgical sector of the country.



EXHIBIT 63




The National Institute of Mining Safety awarded DOE RUN PERU for having obtained one of the best safety standards in both La Oroya and Cobriza. This distinction was received by Dr. Juan Carlos Huyhua, Vice-President and Manager of Operations, and his wife Mrs. Carmen Rosa Zegarra. Both can be seen in the photograph together with Mr. Juan Carlos Ramirez, Vice-Minister of Mines.

**EXHIBIT 63**

# THE ENVIRONMENT

The Cerro de Pasco Copper Corporation began the operation of the La Oroya Metallurgical Complex in 1922 with the Copper Smelter Plant. From then until 1973 it diversified its operations to produce five basic metals and thirteen by-products.



Estas áreas verdes en la planta metalúrgica de La Oroya atraen a las aves migratorias para descanzar entre los meses de setiembre a noviembre.

In 1974 it became part of the Empresa Minera del Centro del Perú (Centromin Perú). In October of 1997 it became the property of DOE RUN PERU.

The operations of the La Oroya Metallurgical Complex produce gases, liquid effluents and solid residues that affect the environment.

In 1990, the Peruvian Government began to legislate the first laws for the protection of the environment in the mining-metallurgical sector. These laws have resulted in a series of obligations, including:

- Monitoring of contaminating emissions.
- Carrying out of the Preliminary Evaluation of contaminating emissions.
- Environmental Adjustment and Management Program (PAMA) a document listing projects where the aim is to reduce environmental pollution in all its aspects.

Centromin Perú fulfilled these obligations, including the preparation of the PAMA for the La Oroya Complex, which was presented in 1996 and approved by the Ministry of Energy and Mines in January, 1997.

This environmental document was prepared according to mining regulation D.S. 016-93-EM, wherein the Ministry of Energy and Mines was established as the sole authority over environmental matters, setting a 10-year period of compliance for metallurgical activities.

The contract for the transfer of the Metallurgical Complex stock to DOE RUN PERU indicates that with respect to the PAMA commitments, Centromin Perú is responsible for correcting pollution existing from the beginning of operations of the Complex up to the date of transfer, and that DOE RUN PERU is responsible for the reduction of pollution resulting from the Complex beginning with the date of transfer. In agreement with this division of responsibility, DOE RUN PERU assumed its part of the PAMA presented by Centromin Perú, and also signed an Environmental Management Stability Agreement with the Ministry of Energy and Mines. This agreement will be in effect until January, 2007, by which time emissions must be reduced to the maximum allowable limits indicated in legal dispositions.

**FULFILLMENT OF THE DOE RUN PERU - La Oroya Division PAMA**

The most important activities to be carried out for the recovery of the environment and the reduction of pollution are the fulfillment of the PAMA projects. DOE RUN PERU has therefore given priority to the development of these projects as detailed below:

**1. Liquid effluents:** Two plants will be built for the treatment of the industrial waters from all the metallurgical facilities, and sewer waters from housing and industrial areas. These will be designed and built between 1998 and

**EXHIBIT 63**

2004. As a result of the operation of the plants, dumping into the Mantaro River will be limited to two discharges of treated wastewater meeting the maximum allowable limits.

**2. Solid Residues:** A new system of handling solid residues with a water recirculation system will be installed for copper and lead slags and the cable tram transport system will be reconditioned. In this way, the spilling of slag and water into the Mantaro River will be eliminated. Slag storage will be redesigned to increase its capacity. This project has already been begun and should be completed in 2003.

- **Arsenic Trioxide:** will be stored in hermetic containers especially designed for this purpose.
- **Zinc Ferrites:** for these residues, new adequately designed storage pits will be built in the Cochabamba area. This should be completed in 2003. Alternately, the Company may identify technology to reclaim the zinc and other metals in the ferrite residue.
- **Municipal Waste Solids:** domestic and industrial garbage will be stored in storage facilities especially designed to meet the requirements of sanitation fill. Completion: 2004.

**3. Gaseous Emissions**: to solve the problem of sulfur dioxide and particulate material emissions, a Sulfuric Acid Plant will be constructed. The scope of this project is enormous and requires making previous modifications to consolidate metallurgical operations and concentrate the gases to make sulfuric acid production economically feasible. A new plant should be finished in 2006, putting gaseous emissions within the maximum allowable limits.

The described environmental projects are very complex and require the carrying out of the various stages: pre-feasibility studies, development of basic and detailed engineering, purchase of equipment and construction of new installations. To carry out these studies DOE RUN PERU has contracted top-level international companies. Among these are Fluor Daniel, Sverdrup Civil Engineers and Knight Piésold. During 1998 the main effort was devoted to planning the projects.

The review of the PAMA projects that were presented by Centromin Perú has led DOE RUN PERU's top management to direct a request to the Ministry of Energy and Mines that will permit a modification of the PAMA projects. This will result in an investment increase from US$ 107 million to US$ 168 million in order to reach the environmental goals.

ADDITIONAL IMPROVEMENTS CARRIED OUT:

- Increase of green areas.
- Operation of Water Trucks.
- Decrease in gaseous emissions from the Coke Plant.
- Purchase of modern equipment for air quality monitoring.
- Reduction of liquid effluents from the Lead Refinery and the Coke Plant.

## *Legal Frame - Environmental Control*

POLITICAL CONSTITUTION OF PERU

ENVIRONMENTAL CODE
D.L. Nº 613 (Sept. 1990)

GENERAL MINING LAW
SINGLE REVISED TEXT
D.S. 014-92-EM (Jun 2.1992)

ENVIRONMENTAL
MINING REGULATION
D.S. 016-93-EM (May 01, 1993)

CHANGES TO THE ENVIRONMENTAL
MINING REGULATIONS
D.S. 059-93-EM (Dec. 10, 1993)

# Environmental Projects

## INDUSTRIAL WASTE WATER




## MUNICIPAL WASTE WATER




**EXHIBIT 63**

# Environmental Projects

## GAS EMISIONS




**EXHIBIT 63**

# Environmental Projects

## SOLID RESIDUES, SLAG AND ARSENIC - TRIOXIDE HANDLING




## MUNICIPAL SOLID WASTES




**EXHIBIT 63**

# Life in **DOE RUN's** Green Areas

**In recent months the alpaca herd has grown noticeably. In the beginning we had two, and now there are ten; eight having been born in the green areas of the La Oroya Metallurgical Complex where they are presently being raised.**





*Escaping gases from the Coke Plant have been considerably reduced with the application of the Enviromental Adjustment and Management Programs (PAMA)*



*The company offers full support to the Ministry of Agriculture's reforestation campaign in La Oroya and at Ticlio. Employees' wives and children regularly travel to the high areas at Ticlio to plant quinua sprouts and pine shoots.*



*Water trucks similar to the one in the photo keep the main streets near the smelter damp to reduce dusting.*



**Extensive areas that have been recovered at the entrance to the Metallurgical Complex have been transformed into green areas with grass and plants.**

# EXHIBIT 63



The correct use of two-cartridge respirators and their proper fit is very important.

# Occupational Health and Hygiene

Peruvian legislation requires that companies perform a complete medical check-up for each employee every year. Furthermore, the same legislation requires that workers who are exposed to lead must be examined every six months to determine the level of lead in the blood. In Peru, legislation establishes that 60 micrograms of lead/100 mililiters of blood is the maximum limit; in the USA, the maximum limit is 50 micrograms/100 grams of blood. For DOE RUN COMPANY, however, the limit is only 40 micrograms/100 grams of blood in keeping with the Company philosophy with regard to the employees' wellbeing. This last standard of 40 mg/100 grams will be the long- term goal for DOE RUN PERU.

Within the next few years, and as in the case of Safety, DOE RUN PERU - La Oroya Division has been mandated to reach the levels set by the Company in the USA for employee occupational health and hygiene.

In order to reach this goal, the following actions have been implemented since October 1997:

1. Improvement of the quality of respirators and use of cartridges suitable for each activity.
2. Use of respirators properly fitted to the worker's face.
3. Use of masks that cover the entire face.
4. Changes in the personal hygiene habits of the workers.



A welder wearing his complete safety equipment, including the respirator of 2 cartridges especially designed for welders.

**EXHIBIT 63**



5. A pilot plan with 350 workers to provide clean overalls, towels, and respirators every day and an obligation on the part of the workers to take a daily shower.
6. Model dining rooms with high standards of comfort and hygiene.
7. Model dressing rooms with the standards of DOE RUN COMPANY are in the design stage. Services and facilities such as baths, showers, lavatories, dining rooms, laundry rooms, lockers for work clothes and equipment for everyday wear will provide the workers with the proper environment to protect their health and help develop hygiene habits that will prevent occupational illnesses.

Actions carried out to date have resulted in a reduction of average lead content in the blood from 51.1 micrograms/100 grams of blood to 46.1. For the year 1999 the objective is to reduce the average lead content to 45.0 micrograms/100 grams of blood.

*The use of full-face shields protects the workers in the lead smelter.*




*Reduction of Average Lead Content in the Blood FY 1998 Projection FY 1999 (micrograms/ 100 grams)*

EXHIBIT 63



*A very important happening took place on October 24, when DOE RUN PERU celebrated the first anniversary of operations at the metallurgical complex. Between company personnel, family members and special guests there were over 8,500 persons present.*

# Outstanding Activities in **Our Institutional Life**

Significant activities carried out by the company were:

- The brotherhood outing held on February 14, 1998 to celebrate Friendship Day. 3,800 employees participated.
- DOE RUN PERU- La Oroya Division's first anniversary celebration on October 24, 1998. 8,500 employees, their spouses and special guests were present.
- A Christmas turkey for every employee.
- Recognition to all the employees for the historic record of 2,335,255 man-hours worked without a lost-time accident. Every employee received a sweater, a hat, and a scarf, all in the well-known colors of DOE RUN PERU.

The specialized magazine, "Mundo Minero", recently nominated DOE RUN PERU "The Mining Company of the Year 1998" in Perú, a reward that will encourage us to continue our efforts to remain a leader in the mining - metallurgical sector.

These acknowledgements are welcome and at the same time they are a challenge to all our personnel to improve each day and demonstrate through our actions the COMPANY PHILOSOPHY, where human resources, the family and the community come first. SEE YOU AGAIN SOON!

EXHIBIT 63

# Institutional Activities



*All employees, including contracted personnel and third-party workers received a turkey during the Christmas holidays.*



*The celebration was entertained by some of the regions best-known artists. In attendance were top executives of the Company from Perú and the USA; IRA RENNERT, JEFFREY ZELMS, KENNETH BUCKLEY, ANTHONY WORCESTER and JUAN CARLOS HUYHUA.*



**EXHIBIT 63**



**EXHIBIT 63**

DOE RUN PERU

**EXHIBIT 63**