MINISTERIO DE ENERGIA Y MINAS
OFICINA DE ADMINISTRACIÓN DOCUMENTARIA
RECIBIDO
16 MAYO 2006
607241

FOLIO: 009406
Números
Letras

May 12, 2006

Dirección General de Asuntos Ambientales Mineros
Julio Bonelli Arenas
Av. Las Artes 260
San Borja
Lima 41- Peru

Dear Mr. Bonelli:

Enclosed are two signed copies of our report that provides our opinions and recommendations regarding the PAMA extension request of DRP for their La Oroya metallurgical complex.

We believe that this independent assessment of the La Oroya issues will help MEM and DRP to work out a solution that is fair to all parties and lead to a safe environment to the residents of La Oroya. We have enjoyed working with you and your professional staff and look forward to future opportunities where we can be of assistance.

Best regards,

Scott Clark, Ph.D, CIH
204 Wilmuth Avenue
Wyoming, Ohio 45215-2772 USA
(513) 558-1749
Clarkcs89@hotmail.com

Eric Partelpoeg, Ph.D
6038 N Camino Miraval
Tucson AZ, 85718
(520)615-4030
eric@ehp-consulting.com

James. W.S. Young, Ph.D, P.Eng
804 Princes Street
Kincardine, Ontario, Canada
N2Z 1Z1
(519) 396-9380
jyoung@senes.ca

MINISTERIO DE ENERGIA Y MINAS
DIRECCIÓN GENERAL DE ASUNTOS AMBIENTALES MINEROS
RECIBIDO
16 MAYO 2006
Por:........ Firma:........
Hora:........ N°:........

EXHIBIT 73

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009407
Números
Letras

# Expert Comments on Exceptional Fulfillment Extension Request for the Sulfuric Acid Plant Project of La Oroya Metallurgical Complex PAMA

MINISTERIO DE ENERGIA Y MINAS
OFICINA DE ADMINISTRACIÓN DOCUMENTARIA
RECIBIDO
16 MAYO 2006
1607241

**May 10, 2006**



Report Prepared by:

Scott Clark, Ph.D, CIH
204 Wilmuth Avenue
Wyoming, Ohio 45215-2772
USA
(513) 558-1749
Clarkcs89@hotmail.com

Eric Partelpoeg, Ph.D
6038 N Camino Miraval
Tucson AZ, 85718
(520)615-4030
eric@ehp-consulting.com

James. W.S. Young, Ph.D, P.Eng
804 Princes Street
Kincardine, Ontario, Canada
N2Z 1Z1
(519) 396-9380
jyoung@senes.ca

EXHIBIT 73

ENERGIA Y MINAS
DGAA
009408
FOLIO:
Numeros
Letras

## DISCLAIMER

This report is based on the best information available to the Panel of Experts within the time constraints, budget and terms of reference of the review. The material in it reflects the Panel of Expert's best judgement in light of the information available to it at the time of preparation. Specifically, it is based on information supplied by site representatives, a review of reports, examination of data records and a visual inspection of the facility and the surrounding area. The Panel of Experts has prepared this report using information understood to be factual and correct and shall not be responsible for conditions arising from information or facts which were not fully disclosed to the Panel of Experts by site representatives, or for conditions which can only be confirmed through sampling or monitoring.

This report was prepared by the Panel of Experts for the Ministry of Energy and Mines, Peru to aid in their decision-making with respect to an Exceptional Extension Request for the Sulfuric Acid Plants project of La Oroya Metallurgical Complex PAMA. Any use of, or reliance or decision based on this report by any third party is the sole and exclusive responsibility of such third party. The Panel of Experts accepts no responsibility for damages, if any, suffered by any third party as a result of the use of, or reliance or decision based on, this report.

C. Scott Clark

Dr. Scott Clark | Dr. Eric Partelpoeg | Dr. James W.S. Young



EXHIBIT 73

1.0 INTRODUCTION ....3
2.0 DESCRIPTION OF VISIT AND INFORMATION RECEIVED ....9
3.0 PERSPECTIVE OF SMELTER MODERNIZATION PROJECTS ....10
4.0 RESPONSES TO KEY QUESTIONS ....13
4.1 THE PANEL'S GENERAL IMPRESSION OF DRP .... 13
4.2 PAMA EXTENSION / LA OROYA PROBLEM RESOLUTION .... 14
4.3 MINIMUM TIME REQUIRED TO EXECUTE THE PAMA EXTENSION PROJECTS .... 15
4.4 COMPLEMENTARY PROGRAMS TO REDUCE AMBIENT IMPACT .... 16
4.5 COMMUNITY PROGRAMS TO REDUCE IMPACT OF CURRENT AND PREVIOUS EMISSIONS .... 17
5.0 RECOMMENDATIONS ....18
5.1 BASIS OF RECOMMENDATIONS .... 18
5.2 OVERALL RECOMMENDATION .... 19
5.3 PROCESS / PROJECT RECOMMENDATIONS .... 19
5.4 AIR MODELING RECOMMENDATIONS .... 21
5.5 HEALTH RELATED RECOMMENDATIONS .... 22
6.0 COMMENTS ....26
6.1 PROCESS / PROJECT RELATED COMMENTS .... 26
6.2 AIR MODELING RELATED COMMENTS .... 26
6.3 HEALTH RELATED COMMENTS .... 27

Appendix A — Partelpoeg Review of PAMA Projects
Appendix B — Young Review of Air Quality and Meteorology
Appendix C — Clark Review of Health Related Issues



EXHIBIT 73

## 1.0 INTRODUCTION

Doe Run Peru (DRP) has requested an Exceptional Fulfillment Extension Request for the Sulfuric Acid Plants project of La Oroya Metallurgical Complex PAMA. In order to help The Government of Peru (in particular the Ministry of Energy and Mines,--MEM) assembled the following panel of experts to assist the Ministry of Mines with their evaluation:

1. Dr. Scott Clark is Professor of Environmental Health at the University of Cincinnati, where he is Director of the Division of Occupational and Environmental Hygiene in the Department of Environmental Health. He received his PhD from the Johns Hopkins University. He has over thirty years experience as part of a team conducting environmental health studies of children exposed to lead. These studies have resulted in an increase in the understanding of the direct and indirect pathways though which children are exposed. The primary sources of exposure in these studies have been: (a) lead-based paint related, (b) mining related and (c) combinations of the two. His research has also involved in the evaluation of interventions aimed at reducing exposure to lead-contaminated soil and dust (exterior and interior) and to lead-based paint. He has also performed research in the use of field-based portable X-Ray Fluorescence Analyzers for determining lead levels in air, dust, soil and paint. His studies have been conducted in a number of countries in addition to the U.S., including Poland, India and Malaysia. He has also provided advice to the Community Task Force in Trail, British Columbia as they were developing their strategies for reducing exposures to past and present emissions from a lead/zinc smelter and to the Herculaneum Focus Meeting in Herculaneum, Missouri to assist them in evaluating data developed as part of efforts to reduce exposure to releases associated with the Doe Run smelter located there.
2. Dr. Eric Partelpoeg received his Ph.D from the University of Arizona. His smelter experience includes direct operations involvement in smelters in Finland, Canada, and the United States. He has participated in smelter

DGAA
FOLIO: 009411
Números



projects in Australia, Asia (China, India, and Thailand), Africa, Europe, and South America (Brazil, Chile, and Peru). His pollution control experience includes project design, management, and construction of baghouses, electrostatic precipitators, scrubbers, and sulfuric acid plants.

3. Dr. James. W.S. Young has more than 34 years of experience in the direction and management of atmospheric research and its application in the areas of acid rain, toxic chemicals, climate change, emergency response, weather forecasting and the development of policy. He has an international reputation in air quality and has developed and directed strategic planning exercises for Environment Canada. He has represented Canada on international scientific panels, lectured at the University level, and given expert testimony before hearing boards and government committees. He is the author of over 100 scientific and applied papers and articles. A graduate of Queens University, he received his Ph.D. in Mechanical Engineering from the University of Waterloo. He is a member of the Association of Professional Engineers of Ontario and past President and member of CMOS (the Canadian Meteorological and Oceanographic Society). Dr. Young has extensive experience in liaising with government departments at all levels, other nations, international organizations as well as with industry, universities and the private sector. With respect to air quality modeling and meteorology, he directed all of the SENES air quality modeling projects from 1990 to 2003 and he teaches an Air Pollution Meteorology and Modeling Course to government and industry practitioners nationally and internationally (he has specifically trained 140 people in Peru over two years). He directed an acid rain modeling study and a mixing height climatology study that produced a new climatology for North America as well as analyzed the methodology and updated it to be more physically correct. Finally he is part of the team that developed the FReSH-4 Weather Forecasting System and FReSH Air (FReSH-4 linked with CALMET/CALPUFF) that is being used for process control by one major mining company in Canada (Inco).

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009412
Números
Letras

This report is based on an April 10-12, 2006 site visit to the La Oroya Metallurgical Complex and the nearby area and a review of relevant data and documents that were provided during and subsequent to the site visit. A few documents were provided one week in advance of the site visit. This tight schedule (the final report was issued April xx, 2006) precludes the possibility of comprehensive, in-depth analysis of every issue associated with the task and all documents relating to it. This caveat notwithstanding, the authors believe that the opinions and recommendations would be sustained even if more time was allowed for the evaluation. The authors have made a good faith effort to request the appropriate documents from DPR from which to develop the opinions and recommendations in this report. DPR was forthcoming with most requests. The accuracy of opinions and recommendations of this report assume that there are no significant documents that were either not requested or not provided.

Dr. James W. S. Young was asked to evaluate the validity of the air quality dispersion model produced input concentrations to the human health risk assessment study. The dispersion model used was the CALPUFF model, run by McVehil-Monnett Associates Inc. in support of the DRP submission.

Dr. Young was asked to address the following specific items:

1. Evaluate the grade of exposure and air contaminants acceptable level in the city of La Oroya and its surroundings, taking into account the estimated emissions though the air quality dispersion model presented in the request file;
2. To give his opinion related to the air quality and emissions monitoring program, that includes the correct location of the air quality and emissions monitoring stations, procedures on the calibration of the equipments, etc.;
3. Analyze the impact of the environmental mitigation measures that DRP suggests, in order to reduce the particulate matter emissions from the stacks and the fugitive emissions;

MINISTERIO DE ENERGIA Y MINAS
DGAA
009413
FOLIO: Numeros

4. Analyze the influence of the concentrations of historical lead on La Oroya's air quality and its surroundings;
5. Analyze how meteorological characteristics and climatic effects influence the dispersion of contaminants;
6. Formulate recommendations to avoid greater contaminant concentrations in La Oroya's atmosphere during thermal inversion periods;
7. Recommend the measures and environmental studies that should be required by DRP, that might improve air quality in La Oroya and provide input to the assessment of progress in the people's health risk reduction; and
8. Make any other recommendation that he believes are relevant to the scope.

Dr. Scott Clark was asked to review specific studies, such as the one of human health risk assessment prepared by Integral Consulting Inc. using inputs from the dispersion model.

Dr. Clark was asked to address the following specific items:

1. Human Health Risk Assessment Study. Evaluate and give his opinion about the human health risk assessment study prepared by Integral Consulting and presented by Doe Run Peru. (DRP).
2. Exposure Evaluation. Evaluate the exposures to heavy metals (lead, arsenic, cadmium and others) and to sulfur dioxide ($SO_2$) in the City of La Oroya and surroundings after the year 2006, taking into account the estimated emissions from the air quality dispersion model presented by DRP in the file for the present application for the extension.
3. Prevention and Mitigation Measures. Propose the prevention and mitigation measures and recommendations in order to not affect human health by the effect of the concentrations of air contaminants arising from the estimated emissions of the operation of the Metallurgical Complex of La Oroya during the period of extension of the "Sulfuric Acid Plants " project.

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009414
Números
Letras



4. Standards for Metal Concentrations in Soil. Evaluate the acceptable levels of metal concentrations in soil, according to international standards, proposing recommendations in order to reduce human health risks coming from this contamination source.

5. Additional Environmental Studies Needed. Recommend the measures and environmental studies that should be required to DRP, so as to reduce human health risks for exposure to air contaminants that will allow improving the air quality in La Oroya and assess the reached progress in the people's health risk reduction.

6. Make any other recommendation that he believes are relevant to the scope.

Dr. Partelpoeg was asked to address the following specific items:

1. Review the technology used in the copper, lead and zinc circuits, with particular attention to the impact of the technology on emissions and the level of ease / difficulty associated with controlling these emissions.
2. Analyze the copper and lead pyrometallurgical production circuits, in order to evaluate the existing measures and propose additional measures for the management/elimination of recirculating flows (particularly fine dusts) in those production circuits.
3. Analyze the copper and lead pyrometallurgical production circuits, in order to evaluate the existing measures and propose additional measures for the reduction of fugitive emissions and emissions from the stack in the copper, lead and zinc production circuits, which include, among other aspects: design and efficiency of the baghouses, electrostatic precipitator units, and the collection of the gases collected into theses systems.
4. Review and comment on the DRP execution plans to reduce fugitive emissions, including a review of the investment and task execution schedules.
5. Review and comment on the copper pyrometallurgical upgrade project, with particular focus on minimization of project schedule while maximizing $SO_2$ collection efficiency.

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009415
Números



6. Review and comment on the sulfuric acid production processes of the lead and copper circuits.
7. Evaluate the project schedule for the implementation of the proposed lead circuit's sulfuric acid plant. Offer suggestions to improve the schedule, if possible.
8. Evaluate the execution deadline for each of the activities proposed for the modernization and implementation of the copper circuit's sulfuric acid plant, which include the monthly investment schedules and tasks execution schedules. Offer suggestions to improve the schedule, if possible.
9. Analyze and propose reorganizations in the Environmental Management Program and Contingency Program for the operation and maintenance of the different systems and equipments to be implemented.
10. Make any other recommendations that are relevant to the project.



EXHIBIT 73
CONFIDENTIAL RENCOGRP-001784

FOLIO: 009416 Números Letras

## 2.0 DESCRIPTION OF VISIT AND INFORMATION RECEIVED

Details of the actual activities undertaken by each expert are presented in their individual appendices. In general terms the following types of activities were undertaken:

- review of documents;
- discussion with Doe Run staff and their consultants;
- review of plans and data (emissions, air concentrations, meteorology, blood lead levels, etc.);
- visit the communities;
- visit the monitoring locations;
- independent calculations and spot checks;
- discussions with other members of the expert review team;
- discussions with MEM staff;
- detailed discussions with specific Doe Run Staff and followup with them regarding outstanding information requests;
- visits to various parts of the Doe Run Peru Facility in La Oroya to become familiar with the processes and the complex nature of the area;
- meeting with staff from other agencies active in the La Oroya area; and
- attending a press conference chaired by MEM.

FOLIO: 009417
Números
Letras

## 3.0 PERSPECTIVE OF SMELTER MODERNIZATION PROJECTS

In Section 5.1 of this report the goal of continuous improvement at La Oroya is discussed. Historically the decrease in emissions at other smelters has been a consequence of continuous improvement as depicted below and should involve all stakeholders.




Based on community needs (Step 1), smelters respond by developing a plan to mitigate environmental issues (Step 2). The plan is implemented (Step 3) and the results are evaluated (Step 4). With continuous improvement, the cycle is repeated until emissions and health effects reach standards that are acceptable to the community. The timeline for these cycles varies. For some health related items, such as improved cleaning procedures, cycle times can be measured in weeks or a few months. The time the smelter begins a program to develop an improvement plan to the time that a single cycle is complete is measured in years. For metallurgical process plant improvements, following are typical time frames for steps 2-3 (since the health effects of high emissions have already been determined for the case of La Oroya).

1. Develop plan for improvement which include the following steps:
    a. Scoping level studies to quantify smelter operating parameters, 1-2 years. These studies will determine base operating parameters in the smelter as well as developing a "short-list" of acceptable technologies for the process changes.

b. Prefeasibility and feasibility studies. These are required to obtain +/- 15% cost estimates to secure funding as well as to develop the design criteria essential for detail engineering. The time required for pre-feasibility and feasibility studies is in the range of 1 year.

2. Project Implementation

a. Detail engineering. This phase of the project (typically one year) clearly defines the process design conditions. During this phase of the project all engineering drawings are developed and equipment specifications are written to enable the purchase of equipments.

b. Procurement (purchasing). This phase of the project includes:

i. Issuing requests for quotations to suppliers of equipment (much of this effort can be done concurrently with detail engineering).

ii. Waiting for suppliers to respond to the requests. For complex turn-key systems (for example sulfuric acid plants), vendors required 2-3 months to develop competitive bids.

iii. Bid analysis (two weeks is required for complex systems).

iv. Final contract negotiations (often one month is required to agree to all terms and conditions).

v. Delivery of equipment (1-1.5 years for complex equipment, the upper end of this range is appropriate to use during periods of economic expansion (such as 2005-2006) as fabrication shops are busy.

c. Construction. This phase of the project can require up to 1-1.5 years and includes:

i. Site work (civil and concrete)

ii. Structural steel and setting equipment in place

iii. Installing piping, instrumentation and electrical power to the equipment

iv. Installing support utilities for the process as required (for example cooling water systems, pressurized air)

d. Commissioning and start-up. For complex operations, equipment commissioning and start-up typically requires a period of several months.

The total of all activities shown above is in the range of five years. Fast-track projects can be accomplished more quickly as some, but not all activities can be ongoing concurrently.

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009419
Números
Letras

DGAA
FOLIO: 009420
Números
Letras



## 4.0 RESPONSES TO KEY QUESTIONS

In addition to the specific questions posed to the panel (Section 1.0) MEM requested that the authors comment on the following specific items:

1. The panel's general impression of DRP from experiences during our visit.
2. Whether the PAMA extension will solve the problems in La Oroya.
3. What is the minimum time required to execute the PAMA extension projects?
4. What complementary programs should DRP consider to minimize the ambient impact?
5. What community programs are recommended to mitigate the effects of lead and other contaminants, from current and previous smelter operations, in the shortest possible time?

These items are discussed below.

### 4.1 THE PANEL'S GENERAL IMPRESSION OF DRP

For the most part, the panel's efforts resulted in dispersal of the team to different areas of the DRP and the community. Partelpoeg focused on operating areas and the DRP project team, Young focused the DRP team responsible for monitoring stack emissions, doing modeling, monitoring the air quality and the meteorology, and Clark dedicated most of his time either in the La Oroya community or with DRP personnel in the health and environment departments.

Partelpoeg and Young had all of their questions answered and were provided detailed analysis on request. This cooperation continued after the site visit. All requested information was supplied if it was available. Clark had most of his questions addressed, both during and after the visit, but a key person involved in the DRP-MINSA agreement projects was not available during his visit.

Most of the resources of the MINSA-DRP agreement activities were devoted to the support of staff involved in the program and little to other resources needed for

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009421
Números



actual mitigation of hazards, particularly in the environments of children with dangerously elevated blood lead in the highest categories: above 69 µg/dL and those 45-69 µg/dL. Many streets and sidewalks appeared to be either missed by the mechanical or manual wet cleaning methods or were not cleaned often enough by them. No soil remediation activities were observed in the community and no efforts to make permanent improvements in housing were evident. A number of the DRP community efforts appeared to be focused on overall regional improvement such as the improvement of pastures, animal husbandry and the development of new dairy products.

## 4.2 PAMA EXTENSION / LA OROYA PROBLEM RESOLUTION

It is the opinion of the panel that granting the PAMA extension and implementing the DRP process improvement programs will not, by themselves be sufficient to resolve the La Oroya region community health problems. That being said, the ongoing program to decrease fugitive emissions from the smelter is an important step towards long term resolution of the lead issues and the installation of the lead and copper circuit acid plants will be a significant move towards reducing $SO_2$ levels in the community. Some immediate efforts need to be made to protect the health of children already having dangerously elevated blood lead levels, such as through the provision of temporary lead-safe housing, and to minimize the likelihood of other children who reach such levels in the future.

As in most major undertakings of this type, there is a need for continuous improvement and review. This is especially true in La Oroya as a result of the over 80 years of uncontrolled emissions creating heavy metal reservoirs throughout the study area.

FOLIO: 009422
Números

4.3 MINIMUM TIME REQUIRED TO EXECUTE THE PAMA EXTENSION PROJECTS.

All parties associated with and impacted by the emissions at the La Oroya metallurgical complex desire a fast-track time frame for the execution of the PAMA extension projects. Figure 4-1 shows the project schedules for the three major projects. To a large extent the basis for these projects is the BHA gas flow and gas handling equipment survey that was conducted for DRP in 2001. This study led to further studies and the current list of projects. It is the opinion of Partelpoeg that DRP's schedules for these projects are in fact, very aggressive and require an extraordinary effort to ensure their timely completion.

Issues that particularly challenge the on-time completion of these projects include:

1. As shown on Figure 4-1, engineering activities on all projects are required in 2006. It is impossible to assign completely independent teams to each project and resources must be shared. Situations may arise when a 2006 crisis pulls resources from the lead or copper acid plant projects which will only further challenge these projects in 2007-2008.

2. The international business climate for projects such as La Oroya is creating a shortage of qualified shops to manufacture specialized equipment.

3. La Oroya projects must be engineered to accommodate the size restrictions associated with the transport of equipment from Lima to La Oroya. Transportation constraints put heavy demands on local La Oroya businesses to provide fabrication support for the projects.

Case: 4:11-cv-00044-CDP Doc. #: 1277-73 Filed: 03/24/22 Page: 18 of 138
PageID #: 51616



MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009423
Número

Figure 4-1 PAMA Extension Project Schedules

| ID | Fugitive Emission Projects | Start | Finish |
|---|---|---|---|
| 1 | Scoping, Feasibility Study | 1/5/2001 | 1/4/2005 |
| 2 | Engineering | 1/6/2005 | 7/28/2006 |
| 3 | Purchasing | 6/10/2005 | 10/31/2006 |
| 4 | Construction | 1/3/2005 | 10/27/2006 |
| 5 | Start-up | 10/2/2006 | 12/20/2006 |

| ID | Lead Acid Plant Project | Start | Finish |
|---|---|---|---|
| 1 | Scoping, Feasibility Study | 1/5/2004 | 1/5/2005 |
| 2 | Engineering | 1/3/2005 | 12/26/2006 |
| 3 | Purchasing | 10/2/2006 | 12/31/2007 |
| 4 | Construction | 7/2/2007 | 9/30/2008 |
| 5 | Start-up | 10/1/2008 | 12/15/2008 |

| ID | Copper Circuit Project | Start | Finish |
|---|---|---|---|
| 1 | Scoping, Feasibility Study | 10/1/2004 | 2/28/2006 |
| 2 | Engineering | 3/1/2006 | 3/30/2007 |
| 3 | Purchasing | 12/15/2006 | 3/31/2009 |
| 4 | Construction | 7/3/2006 | 9/1/2009 |
| 5 | Start-up | 7/7/2009 | 12/29/2009 |

## 4.4 COMPLEMENTARY PROGRAMS TO REDUCE AMBIENT IMPACT

The community is impacted directly and indirectly. Direct impacts are caused by on-going process emissions and fugitives. A plan is in place to address these emissions and reduce them. Indirect impacts are being caused by the accumulation of dusts over the short and long term in different soil areas (reservoirs) in the community. Short term impacts are being caused by the re-suspension of emissions that deposit to soils and other flat surfaces in the community. Long term impacts are being caused by the re-suspension of previously deposited dusts. Neither the short nor the long term indirect impacts are being addressed effectively. DRP has undertaken some paving of work areas and separation of roadways plus the purchase of two sweepers to decrease the dust loadings with the facility and on the streets of La Oroya but the sweeper models purchased may be partly responsible for the increase in lead concentrations noted at the town monitoring stations even though the lead emissions have already been reduced. A more formal and detailed dust control plan is needed both for the

FOLIO: 009424
Número

facility as well as the community. Smaller-sized vacuum units need to be acquired for cleaning sidewalks and narrow streets. It is essential that the effectiveness of the cleaning and the adequacy of the cleaning frequency be documented through appropriate street dust loading monitoring. Some community streets seemed to be missed by both the wet mopping and mechanical cleaning operations.

## 4.5 COMMUNITY PROGRAMS TO REDUCE IMPACT OF CURRENT AND PREVIOUS EMISSIONS

In addition to changes in street cleaning methods and frequency previously mentioned programs to: evaluate the reservoirs of lead-contaminated dust in housing, determine community-wide soil lead patterns and determine pathways of lead exposure for children in the La Oroya area need. In most mining communities, airborne lead, soil lead and house dust lead, or some combination thereof, are major determinants of blood lead. Extremely high dust lead loadings have been found in La Oroya housing but it is not known if the current cleaning practices are sufficient to reduce these levels; it is possible that reservoirs of lead-contaminated dust exist in the housing such as beneath or within cracks of houses with wooden floors. An area-wide soil lead survey also urgently needed to determine hot spots of contamination and develop and implement appropriate control measures. Currently available X-Ray Fluorescence Analyzers are capable of rapidly determining on a semi-quantitative basis soil lead levels *in situ*. An alternative method to determine pathways of exposure in La Oroya, rather than the one used in the Human Health Risk Assessment performed for DRP, needs to be used to help tailor intervention efforts effectively.

FOLIO: 009425
Números
Letras



## 5.0 RECOMMENDATIONS

### 5.1 BASIS OF RECOMMENDATIONS

Our limited discussions with DRP suggest that they are committed to a continuous improvement cycle as shown in Figure 5-1 (translated from a DRP presentation). The recommendations of this report are subject to the commitment of DRP to continuous improvement. The granting of the extension of the PAMA, subject to implementation of the majority of the recommendations contained in this report including the appendices, and the successful execution of the programs indicated in the PAMA documents should not be construed as the final operating mode of the complex. Rather, the improvements indicated in the plan are recognized as what they are: a significant and substantial step towards improving the La Oroya community air shed and the health of its residents. Once these steps are implemented (Step 3 of Figure 5-1), the continuous improvement cycle should continue.

Figure 5-1 Continuous Improvement Cycle




Some examples of continuous improvement include:

- Progressive reduction in the areas of lead accumulation (reservoirs), such as in soil areas and in housing, (especially the ones within the community

FOLIO: 009426 Números Letras

close to where people live and eat) that can become re-suspended due to the action of the wind or where exposure is by direct contact or through tracking into homes. Soil surfaces, for example, need to be treated by creation of an effective barrier between the contamination and the surface. Simple revegetation is only a temporary remedy since it is not permanent and needs extensive maintenance, especially in high use areas.

- Long-term plans to further reduce emissions beyond those indicated in the PAMA extension request.

## 5.2 OVERALL RECOMMENDATION

The authors recommend that DRP's request for the PAMA extension be granted contingent upon acceptance of the majority of detailed recommendations shown below.

While it is clear that DRP is financially responsible for the process recommendations (Section 5.3), it is possible that DRP and government agencies may share in the cost of the air modeling recommendations (Section 5.4). The cost responsibility of the health related recommendations (Section 5.5) is a more complex issue and it is beyond the scope of this report to address this issue. It is our understanding that this cost will likely be shared between government agencies, Centromin, and DRP.

With the limited site visits associated with this report it is possible that the authors have not identified the optimal method of achieving the goals of the recommendations discussed below. MEM and DRP may be able to develop alternative methodologies to achieve the goals outlined in the recommendations.

## 5.3 PROCESS / PROJECT RECOMMENDATIONS

The following process / project recommendations are presented in order of importance:

FOLIO: 009427
Números



1. All of the DRP projects (2006 completion of fugitive gas reduction, 2008 completion of the lead circuit acid plant, and 2009 completion of the copper circuit upgrade and acid plant) are on tight timelines. DRP provided detailed project schedules and indicated that they have expediting support from former DRP US experts. It is recommended that DRP develop a concise (absolutely limited to one page) project update report that is issued weekly. This report should provide an executive level summary that either affirms the project schedule or reports on schedule variances along with the action plan to recover from the variance. Vendors and outside shops should be required to provide input to this report with either a confirmation that all phases are on schedule or what action is being taken to recover time.

2. Once DRP makes the decision on whether COPRIM or Indec (see Partelpoeg's Appendix) is selected for the copper modernization project, they should be asked to review the construction schedule of the fugitive emission program to confirm that the schedule is achievable as published or if modifications are required.

3. DRP should consider a program similar to the one described in Young's and Partelpoeg's report appendices that describe how the SCS program can be improved.

4. The decision not to install a copper converter fugitive gas collection system (separate from the concept of using these gases as dilution air to the acid plant) should be reviewed with care. The copper circuit modernization plan should include a provision to send gases through the main stack when there is a sudden failure of the acid plant.

5. The lead sinter area scrubbers should not be shut down until the replacement baghouse is ready for start-up.

6. A review of the vehicle wash station efficiency should be carried out to determine its effectiveness in removing dust from tire treads and the underbody of vehicles.



EXHIBIT 73

MINISTERIO DE ENERGIA Y MINAS DGAA 009428 FOLIO: Letras

7. The reliability of ducts and heat exchangers of the zinc acid plant should be reviewed to determine if an upgrade program is required to reduce the frequency and severity of gas leaks from the zinc acid plant.

## 5.4 AIR MODELING RECOMMENDATIONS

The following recommendations are presented in order of importance; the most important one being presented first:

1. Input detailed 3-dimensional meteorology into the CALMET/CALPUFF Model from a state-of-the-science weather forecast model in order to properly simulate the complex flow patterns in and over the La Oroya area. At the very least one year (2005) of hourly meteorological data should be used in order to properly represent the future air quality impacts in an updated risk assessment as well as to meet the requirement to determine the final destiny for each pollutant emission stream;
2. Add the missing process (stack and process fugitives of copper lead refinery in La Oroya Nuevo) and non-process fugitive emission sources (on-site wind-blown, offsite wind-blown, offsite roads, plume impact area south of Cerro Zinc), re-run the model on an hour-by-hour basis for 2005, compare the results against the individual day-by-day monitoring data (all stations and all air quality and meteorological parameters) and calculate the standard EPA statistics for model performance, as well as the source attribution analysis at each monitor location;
3. The re-modeling should focus on $SO_2$ and heavy metals but should also be run in the future for $PM_{10}$ impacts. Particle size distributions are simple to measure (amount passing a 200 mesh screen and then analyzed for metal content) and should be made locally as part of the new model input;
4. Create and implement a dust management plan for the whole facility in order to control, to the extent possible, on-site non-process fugitives;

FOLIO: 009429 Números

5. The SCS and the new government requirements for an Alerting System should be combined by using a real-time weather forecast model tailored to the La Oroya Area so that the air quality model becomes an operational tool rather than just a study tool. The advantages of this approach are: (1) SCS will be more precise leading to less downtime than the current SCS system requires, (2) an hour-by-hour forecast at least one day in advance will be available to use for process operations planning as well as informing the community of potential higher than normal pollution levels, and (3) the existing 6 monitoring stations can be used to asses, in real time, the performance of the air quality model providing better information to the public. If this type of system is adopted, real-time samplers (CEMs) should be used on the main stack to provide real-time inputs to the model;

6. The 2005 re-run of the air quality model can be used to give house-by-house inputs to an updated risk assessment for both the current and future conditions; and

7. A detailed independent audit of the air quality / meteorology monitoring system should be undertaken. For air quality, this audit should include testing the whole pathway from presentation of a blind concentration at the monitor input, through the correct value being recorded at the central station, to a check of all calculations performed on this data to its storage in the data archive. For meteorology, the similar pathway should be tested beginning with equipment set-up and calibration, through a blind direction being input at each monitor and being correctly captured at the central station, to long term averaging particularly of wind directions.

## 5.5 HEALTH RELATED RECOMMENDATIONS

1. Children with very high blood lead levels (beginning with the children 70 µg/dL and higher and then those in the 45 µg/dL to 69 µg/dL) can not be allowed to remain in the same home until hazard control measures have been implemented. In most cases it may take some time to identify these sources and to reduce access to them. During the interim period the family should be provided on a temporary basis with lead-safe housing in the La

MINISTERIO DE ENERGIA Y MINAS
OGAA
FOLIO: 009430
Números
Letras



Oroya area at no additional cost to them. The hazard control measures may include such activities as those designed to prevent exposures from lead-contaminated soil areas, more extensive exterior dust control, sealing of floors and walls in housing to permit more effective cleaning. The criteria for establishing and operating the lead-safe housing should be flexible to accommodate specific needs of the family. The lead-safe housing should have modern indoor plumbing for bathroom and kitchen facilities. The family should be allowed to stay in the relocation housing until the blood lead reaches an acceptable level, as determined by the pediatrician, for two successive months.

2. The dangerously high floor dust lead loadings that have been reported in La Oroya (Cornejo and Gottesfeld 2004) are evidence of the urgency for clean-up of interior dust lead. In order to be effectively cleaned, interior surfaces (floors, walls, etc) must be cleanable. Wood floors with large cracks between boards, common in some La Oroya homes, can not be cleaned effectively to remove the dust reservoirs in these cracks and similar spaces. Similarly, porous walls such as those found in adobe houses in La Oroya can not be cleaned. A number of houses have had a plaster or cement coating applied to the adobe walls. Such treatment, if properly maintained, can result in a wall surface that can be effectively cleaned. Other permanent wall coverings, exterior as well as interior, need to be urgently evaluated and implemented, particularly for children with high blood lead(ties in with (1) above.

3. A sufficient number of water-spray equipped vacuum street cleaning units, , that have been independently shown to be capable of removing lead-contaminated dusts, should be purchased. Some of these units should be smaller sized ones able to maneuver in narrow streets and on sidewalks. It is strongly recommended that the additional equipment be purchased as soon as possible so that all streets and paved areas can be cleaned at least twice per week unless street dust lead monitoring indicates that another frequency is appropriate.

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009431
Números
Letras

4. The effectiveness of the wet cleaning of paved areas should be determined through dust lead monitoring at intervals between cleanings and that the need for the detergents, disinfectants and deodorizers now used be examined.

5 A comprehensive area-wide soil lead assessment be performed in the near future to identify "hot spots" of exposure to children and that would serve as a useful guide in developing a remediation plan for the entire area. Field portable X-Ray Fluorescence technology has greatly advanced in the past decade and instruments is now available that would permit such a survey to be performed in an expeditious manner.

6. Expanded efforts need to be made immediately to prevent exposure from lead-contaminated soil. This source is thought to be a critical one for some of the children with very high blood lead. In most cases it may not be technically feasible to remove the soil. Two approaches involving installation of permanent barriers over the contaminated areas are presented in Appendix C for consideration- others can probably readily be developed. Pilot testing of these methods can begin relatively soon for the high soil lead areas thought to be sources of lead for children whose families are being relocated (see recommendation 1).

7. Results of the census of housing that has been performed should be reviewed to determine what gaps exist in knowledge of housing- such as availability of a public water supply and bathroom facilities in the home and structural integrity. Using results from recommendation 2, an assessment of possible reservoirs of contaminated dust in the housing- such as below floors and in other inaccessible areas- and the type of walls and floors could be included. It is important that structural integrity, particularly for those on steep grades, be carefully evaluated because some of the houses should be demolished and replaced by sound housing in suitable areas.

8. Possible impact of the Huanchan slag storage area on the environment needs further investigation. Bioavailability tests should be performed on dustfall samples from this area and from other areas such as La Oroya

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009432
Números

Antigua to attempt to verify the common assumption that the vitreous nature of the slag makes the contents relatively unavailable. Samples of slag produced at various times in the past can be examined to determine the stability of the slag materials.

9. A health study focusing on the impact of sulfur dioxide on the respiratory and other systems of the local population should be conducted with input from those experts in lung function at high altitudes.

10. It is recommended that the DRP policy of temporarily shutting down the smelter when an inversion is predicted be refined to include other meteorological and facility operating conditions in order to maximize its health benefit to the community. Procedures for doing this are outlined in Young's and Partelpoeg's Appendices.

FOLIO: 009433
Números
Letras

# 6.0 COMMENTS

## 6.1 PROCESS / PROJECT RELATED COMMENTS

If MEM decides to grant the PAMA extension with conditions such as those recommended in this report, both MEM and DRP will be scrutinized by parties opposing the decision and open communications between MEM and DRP must be maintained. If DRP adopts the first process / project recommendation (Section 5.3), the weekly project schedule update could be shared with MEM. The suppliers to DRP already recognize the importance of this project to DRP and Peru, but if schedules slip, it is important that MEM be appraised of this.

Often, the commissioning and start-up of a new process can be difficult. DRP has recognized this and it appears that some of their decisions on suppliers has been based on start-up assistance. GE / BHA have the ability and corporate commitment to help with baghouse projects. DRP's favorable opinion of ISASmelt technology for the copper circuit is in part due to ISASmelt's reputation of start-up assistance and the fact that there are numerous ISASmelt copper operations where training can be provided. By the time the DRP ISASmelt is commissioned, Southern Copper (at Ilo, Peru) will have three years of operational experience with their ISASmelt (scheduled for start-up in mid to late 2006).

## 6.2 AIR MODELING RELATED COMMENTS

The following comments are offered as additional input into a long-standing continuous impact on the environment:

1. Since pollution concentration is directly proportional to emission rate and release height, if technically possible, the plume rise from the main stack should be improved through either increasing the plume temperature or the exit velocity (through coning);
2. The Doppler Acoustic Sounder is not considered to be a reliable operational tool. It is recommended that it be moved to the background Casaraca Station

FOLIO: 009434 Números Letras

and the data collected over time used to do a retrospective comparison against the forecast meteorology for those parameters that can be usefully and reliably monitored;

3. It is recommended that all emissions and ambient monitoring data be reported in local conditions rather than being converted to standard conditions. This makes air quality modeling simpler (no corrections required on either inputs or outputs) with less chance for error and allows the data to be fed directly into the risk assessment;

4. Establish one residence in La Oroya Antigua as a research centre to determine the source receptor pathways to humans from the different metals reservoirs such as lead in air, lead in old disturbed soil, wind blown lead, current lead deposition on flat surfaces, etc.; and

5. If more street sweepers are to be bought the Tymco Regenerative Air Sweeper or the Tennants Centurion is preferred in order to maximize $PM_{10}$ collection and minimize re-distribution and emissions. However, if enough water is available, DRP should consider wet flushing in lieu of dry sweeping in order to minimize the impacts on the human receptor, especially in La Oroya Antigua.

## 6.3 HEALTH RELATED COMMENTS

1. Since DRP is already temporarily shutting down certain operations during times of inversion, timing these shutdowns with real-time process performance problems and air modeling predictions of high impact conditions, the health benefit to the community could be enhanced. Such real time decision making to alleviate impact on human health could have applications to other industrial operations in industrial areas.

2. The blood lead levels in La Oroya area and the house dust lead loadings reported in 2004 are among the highest in the world. The May 2005 CDC report on the "Development of an Integrated Intervention Plan to Reduce Exposure to Lead and Other Contaminants in the Mining Center of La Oroya,

009435
FOLIO: Números

Peru" contained a number of recommendations in a section called "Problems/Issues/Concerns Clearly Stated" that need to be addressed. Some of these are mentioned in this report.

3. Many of the houses in this area, and in La Oroya Antiqua in particular, may be in such poor structural shape or located on such large deposits of lead-contaminated soil/dust that a comprehensive plan for their removal and replacement is the best alternative for the health of the present and future occupants. Former operators of the La Oroya smelter complex have a history of creating and managing special housing for their employees. This may be an appropriate time for such a policy to be continued for high risk residents of La Oroya, regardless of their employment.

4. Participation in programs of the MINSA-DRP Agreement have apparently been focused on children in the highest two blood lead categories, namely those with 45 µg/dL and higher. Those groups need to have priority but those in the 20 to 44 µg/dL, also deserve attention. Ideally, all children above the target level of 10 µg/dL need to have nutritional and health support services available. These services should not be abruptly terminated at the time of the first blood lead moving them into a category "not eligible for services". Such lower levels on two successive monthly samples would be a more appropriate plan.

5. With the health-related recommendations outlined in this report, the programs of the MINSA-DRP Agreement, if that is the group charged with carrying them out, will have to be greatly expanded and with a much larger share of their resources going to actual exposure reduction efforts.

MINISTERIO [illegible]
DGAA

FOLIO: 009436

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009436
Números
Letras

APPENDIX A

# PARTELPOEG REVIEW OF PAMA PROJECTS

May 10, 2006



Report Prepared by:

Eric Partelpoeg, Ph.D
EHP Consulting, Inc.
6038 N Camino Miraval
Tucson AZ, 85718
(520)615-4030
eric@ehp-consulting.com

EXHIBIT 73

FOLIO: 009437
Números
Letras

TABLE OF CONTENTS

1.0 SCOPE OF REVIEW ..... 1
2.0 SUMMARY OF CREDENTIALS ..... 3
3.0 SUMMARY OF ACTIVITIES AT LA OROYA ..... 4
4.0 BACKGROUND TO PAMA PROJECTS ..... 10
5.0 REVIEW OF LA OROYA METALLURGICAL TECHNOLOGIES ..... 15
5.1 LEAD CIRCUIT ..... 15
5.2 COPPER CIRCUIT ..... 15
5.3 ZINC CIRCUIT ..... 16
6.0 PAMA RELATED PROJECTS ..... 18
6.1 FUGITIVE DUST REDUCTION PROJECT ..... 18
6.2 LEAD CIRCUIT ACID PLANT PROJECT ..... 19
6.3 COPPER CIRCUIT MODERNIZATION ..... 20
7.0 RESPONSE TO SPECIFIC QUESTIONS ..... 24
7.1 REVIEW OF CORE TECHNOLOGIES ..... 24
7.2 MINIMIZATION OF DUST RECYCLE ..... 25
7.3 FUGITIVE EMISSION REDUCTION IN THE LEAD AND COPPER CIRCUITS ..... 26
7.4 REVIEW OF DRP FUGITIVE EMISSION REDUCTION PROGRAM ..... 28
7.5 COPPER MODERNIZATION PROGRAM ..... 30
7.6 LEAD AND COPPER CIRCUIT SULFURIC ACID SYSTEMS ..... 31
7.7 LEAD CIRCUIT ACID PLANT SCHEDULE ..... 31
7.8 COPPER MODERNIZATION SCHEDULE ..... 32
7.9 SUPPLEMENTARY CONTROL SYSTEM ..... 34
7.10 OTHER COMMENTS / RECOMMENDATIONS ..... 36
8.0 RECOMMENDATIONS ..... 37

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM

EXHIBIT 73

FOLIO: 009438
Números
Letras



## DISCLAIMER

This report is based on the best information available to Eric Partelpoeg within the time constraints of the review. The material in it reflects his best judgement in light of the information available to him at the time of preparation. Specifically, it is based on information supplied by site representatives, a review of reports, discussions with individuals, and several tours of parts of the facility. He has prepared this report using information understood to be factual and correct and shall not be responsible for conditions arising from information or facts which were not fully disclosed to him, or for conditions which can only be confirmed through sampling or monitoring.

This report was prepared by the Dr. Eric Partelpoeg for the Ministry of Energy and Mines, Peru to aid in their decision-making with respect to an Exceptional Extension Request for the Sulphuric Acid Plants project of La Oroya Metallurgical Complex PAMA. Any use of, or reliance or decision based on this report by any third party is the sole and exclusive responsibility of such third party. Dr. Partelpoeg accepts no responsibility for damages, if any, suffered by any third party as a result of the use of, or reliance or decision based on, this report.

FOLIO: 009439
Números
Letras



## 1.0 SCOPE OF REVIEW

This section of the report was written by Dr. Partelpoeg, but has also been reviewed by other members of the Panel of Experts. Dr. Partelpoeg was asked to address the following specific items:

1. Review the technology used in the copper, lead and zinc circuits, with particular attention to the impact of the technology on emissions and the level of ease / difficulty associated with controlling these emissions.
2. Analyze the copper and lead pyrometallurgical production circuits, in order to evaluate the existing measures and propose additional measures for the management/elimination of recirculating flows (particularly fine dusts) in those production circuits.
3. Analyze the copper and lead pyrometallurgical production circuits, in order to evaluate the existing measures and propose additional measures for the reduction of fugitive emissions and emissions from the stack in the copper, lead and zinc production circuits, which include, among other aspects: design and efficiency of the baghouses, electrostatic precipitator units, and the collection of the gases collected into theses systems.
4. Review and comment on the DRP execution plans to reduce fugitive emissions, including a review of the investment and task execution schedules.
5. Review and comment on the copper pyrometallurgical upgrade project, with particular focus on minimization of project schedule while maximizing $SO_2$ collection efficiency.
6. Review and comment on the sulfuric acid production processes of the lead and copper circuits.
7. Evaluate the project schedule for the implementation of the proposed lead circuit's sulfuric acid plant. Offer suggestions to improve the schedule, if possible.
8. Evaluate the execution deadline for each of the activities proposed for the modernization and implementation of the copper circuit's sulfuric acid plant,

FOLIO: 009440
Números



which include the monthly investment schedules and tasks execution schedules. Offer suggestions to improve the schedule, if possible.

9. Analyze and propose reorganizations in the Environmental Management Program and Contingency Program for the operation and maintenance of the different systems and equipments to be implemented.
10. Make any other recommendations that are relevant to the project.

FOLIO: 009441
Números
Letras



## 2.0 SUMMARY OF CREDENTIALS

Dr. Partelpoeg received his Ph.D in Metallurgy from the University of Arizona in 1985. His Bachelor of Engineering and Masters of Engineering were earned at McGill University in Montreal Canada in 1977 and 1980 respectively. His smelter experience includes direct operations involvement in smelters in Finland, Canada, and the United States. He has participated in smelter projects in Australia, Asia (China, India, Thailand), Africa, Europe, and South America (Brazil, Chile, and Peru). These projects include due diligence reviews associated with mergers and acquisitions, problem-solving, computer modeling, failure analysis, and review of serious accidents. His pollution control experience includes project design, management, and construction of baghouses, electrostatic precipitators, scrubbers, and sulfuric acid plants.

A specific example of baghouse experience is the oversight and project management of a 250,000 $Nm^3$/hour copper converter fugitive gas baghouse project that was installed at the Phelps Dodge Chino Smelter in the mid 1990s.

In late 2005 Partelpoeg was involved in a feasibility study that was considering the installation of a 180,000 tpy acid plant. Discussions with acid plant suppliers at that time indicated that 3-4 months would be required to respond to a fixed price bid and that approximately two years would be required from the time the contract was signed to first acid production.

Examples of electrostatic precipitator experience include: (1) upgrading of precipitator controls and precipitator internals at the Chino Smelter in the late 1980s, (2) precipitator inspections in Nevada, Brazil, and Australia, and (3) expert witness evaluation of an electrostatic precipitator that failed due to acid dew point corrosion.

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009442
Numeros
Letras



## 3.0 SUMMARY OF ACTIVITIES AT LA OROYA

Partelpoeg's La Oroya activities are summarized in the following tables:

1. Table 3-1 summarizes Partelpoeg activities at La Oroya.
2. Table 3-2 summarizes the key documents that have been reviewed (most obtained from MEM or DRP, some from public sources), and
3. Table 3-3 provides a snapshot and comment of photos taken at the site.

Table 3-1 Summary of La Oroya Activities

| | Activity | Comments |
|---|---|---|
| 1 | View of complex from across the river (April 10) | Observed smelter at 1:00 pm, noted $NO_2$ emission release, smelter fugitives |
| 2 | DRP review of PAMA related programs (April 10) | DRP's presentation reiterated their commitment to the projects and schedules that they have submitted to MEM with the PAMA extension request |
| 3 | Preliminary tour of facility (April 10) | Visited lead blast furnace tapping floor, overview of copper converter aisle, lead anode area, zinc refinery, and vehicle wash station |
| 4 | Meeting with smelter projects team (April 11) | Reviewed fugitive emission reduction program details, discussed blast furnace enclosure plan, concentrate storage emissions control plan, requested key documents. Reviewed $NO_2$ scrubber design, reviewed sinter plant baghouse projects. Project team acknowledged that if lead acid plant not procured from Fleck, the schedule will slip. Reviewed unique ability of ISA-Smelt to process high-impurity feed. Planning water-cooled hoods for converters. Will install one rotary holding furnace. No details or concepts have been developed to address emissions during reducing stage of copper production. Montgomery Watson (MWH Peru, S.A.) responsible for October 2006 start-p of waste water plant. Jim Minster (retired Doe Run US mechanical lead) on project team to help expedite project. If DRP misses the copper modernization project schedule, the reverberatory furnace will be shut down; DRP will not ask for extension to operate reverberatory furnace beyond December 2009. |
| 5 | Tour of Central Cottrell (April 11) | Reviewed layout of precipitators and precipitator control systems (SQ-300 installed in 2001). Area has dedicated mechanics and shift engineers. All data on company intranet system to allow easy access to operating data. All transformers PCB-free. No plans currently to have converter fugitive gases to central Cottrell after copper modernization (fugitives to acid plant). |
| 6 | Meeting with smelter projects team (April 12) | Reviewed adequacy of metallurgical accounting, reviewed lead balance. Discussed replacement of sinter area scrubbers with baghouses. Reviewed plan to extract high strength $SO_2$ from sinter machine. Discussed possibility of replacing 60+ year old central Cottrell with new high efficiency unit once PAMA projects are complete. C-side baghouses for bedding plant transfer points. Receive 40-50 trucks per day. Road to bedding plant was dirt two years ago. Now concrete. |



EXHIBIT 73

CONFIDENTIAL
RENCOGRP-001811

MINISTERIO ... DGAA
FOLIO: 009443
Números



| | | |
|---|---|---|
| 7 | Brief meeting with Dan Vornberg April 12. | Remaining uncontrolled $SO_2$ split is approximately one third from the lead circuit and two thirds from the copper circuit. Sinter plant scrubber discharge of 116 metric tons per year (tpy) measured. Based on estimated unit efficiencies, this discharge should decrease to 4 tpy. |
| | | |

Table 3-2 Summary of Key Documents

| | Document Reviewed | Relevance to Project |
|---|---|---|
| 1 | 06_Baghouse Schedule Ventilation Projects.pdf | Detailed DRP schedule for 2006 fugitive emission reduction projects. The schedule to complete all projects is tight. |
| 2 | 05_Proposal for Blast Furnace BHSE Rev 3.pdf | Feb 13, 2006 document from GE (new owners of BHA) for baghouse for blast furnace area. The proposal indicates that GE will supply all of the technical components of the baghouse and DRP will arrange for the bulk steel components of the baghouse (including structural supports, the and the main baghouse unit). This avoids the freight problems associated with delivering bulky items to La Oroya but increases project risk as the construction of the baghouse is to tight tolerances and DRP must assume the project management of the local fabrication. |
| 3 | 12A_Sinter Machine Study Bob Nutten Report.pdf | The February 2005 report that outlines the concept of how to produce acid from lead sinter machine process off-gases. |
| 4 | Tri-Mer Brochure (Tri-Mer Packed Bed Tower Scrubbers), from www.tri-mer.com (09_Scrubber for nitrous gases.pdf) | Nitrous oxide gases ($NO_2$) were observed by the Panel on April 10. DRP has ordered a packed bed scrubber system from Tri-Mer. An initial review suggests that the Tri-Mer technology is appropriate for this application. |
| 5 | Folder: 08_Design specification ventilation baghouses | A series of files associated with the August 2001 submittal of a report by BHA that reviewed the off-gas handling system at DRP. |
| 6 | 12E_Schedule NSAP Lead Circuit.pdf | Detailed DRP schedule for the lead acid plant. The schedule assumes that Fleck Chemical Industries will supply the technology. Other acid plant suppliers would need more time. |
| 7 | 13C1_GENERAL ARRANGEMENT Cu SMELTER PROJECT.pdf | General arrangement drawing of new copper smelting system including new acid plant. |
| 8 | 13A1_Oferta COPRIM.pdf | Engineering and construction offer from COPRIM, a major Chilean firm, for the copper modernization plan |
| 9 | 13B1_DRP Cu SMELTER – INDEC SA PROPOSAL BE-EPCM | Engineering and construction offer from INDEC, a major Chilean firm, for the copper modernization plan |
| 10 | ANEXO II Crono Inver y Ejec Modern Cu Mar 18.pdf | Schedule and cost estimate for copper modernization plan (excluding acid plant details). |
| 11 | BancoMundial_AsesoresMEM _10Abr06.pdf | DRP Powerpoint presentation, which includes the cost and schedule of the copper plant acid plant. |
| 12 | Lead_Apendice C.pdf | A summary of expected lead emissions after improvement projects. The document indicates that agglomerator scrubber area emissions of 116 mtpy lead would decrease to 4 tpy with their replacement by baghouses. |
| 13 | "Ventilation Projects Summary (Fugitive Emissions), April 12, 2006 | A summary of fugitive emissions proposals from GE and the current (early April, 2006) status of the fugitive emission reduction projects. |
| 14 | c12s06-EPALeadReview.pdf | http://www.epa.gov/ttn/chief/ap42/ch12/final/c12s06.pdf A review of lead processes and relative sources of emissions for these processes. |

FOLIO: 009444
Números



| | | |
|---|---|---|
| 15 | b12s06-EPALeadReview02.pdf | http://www.epa.gov/ttn/chief/ap42/ch12/bgdocs/b12s06.pdf background data for previous paper. |
| 16 | c12s03-EPACuReview.pdf | http://www.epa.gov/ttn/chief/ap42/ch12/final/c12s03.pdf review of copper smelters and emissions |
| 17 | c12s03-EPACuReview02.pdf | http://www.epa.gov/ttn/chief/ap42/ch12/bgdocs/b12s03.pdf background data for previous paper |
| 18 | c12s07-EPAZincReview.pdf | http://www.epa.gov/ttn/chief/ap42/ch12/final/c12s07.pdf background review of zinc processes |
| 19 | Outokumpu-Lurgi Zinc FBR.pdf | Description of Lurgi fluid bed roasting technology |
| 20 | LeadTechnologies-LDAINT-technotes.pdf | Review of lead extraction technologies |
| 21 | http://www.xstratatech.com/doc/isasmelt4_en.pdf | Review of ISASmelt technology |
| 22 | Daily Report Stack Emissions.pdf | DRP stack emission data |

Table 3-3 Summary of Key Photos from Site Visits

| # | Photo | Comments |
|---|---|---|
| 1 |  | A view of the blending plant. The blending plant is centrally located within the smelter complex and DRP's plan to build walls and install a water spray system to maintain concentrate moisture at 10% to minimize dust losses is a reasonable approach towards reducing bedding plant fugitive emissions. |
| 2 |  | This view shows concentrate dropping from the overhead conveyor onto the concentrate bed. Maximum dust losses from this conveyor would occur when the bed is empty and wind velocity is high. |
| 3 |  | The orange / brown emissions at the left of this photo are nitrous oxide ($NO_2$) emissions from the anodic residue plant. DRP will be installing a NOx scrubber manufactured by Tri-Mer. The April 12, 2006 document (Item 13 from Table 3-2) indicates that the Tri-Mer proposal is under evaluation. If this purchase order is not finalized quickly, it will be difficult to complete this project in 2006. |



ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM

EXHIBIT 73

CONFIDENTIAL

FOLIO: 009445
Números



| | | |
|---|---|---|
| 4 |  | A view of fugitive emissions on April 10, 2006. |
| 5 |  | The tapping area of the lead blast furnace. DRP is utilizing their experience at Herculaneum to design the blast furnace enclosure system. |
| 6 |  | A view of the copper converter aisle. On this occasion, converter aisle fugitives emissions were low. The current plan for the copper plant modernization is planning on venting converter fugitives to the acid plant. Careful review of this concept is required as typically the volume required to control converter fugitives is much higher than air addition requirements in an acid plant. The furnace in the foreground is the blister holding furnace. In the future it will be modified to refine blister copper to anode copper. |
| 7 |  | A few of the central Cottrell plenum. The central Cottrell system is more than sixty years old and its efficiency is lower that more modern units. |
| 8 |   | In 2001, DRP did upgrade the power control system of most of the central Cottrell units. This photo shows a modern precipitator control interface. This equipment maximizes the efficiency of the units (but still not up to the level of new precipitators). |

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 003446
Números



| | | |
|---|---|---|
| 9 |  | This view, from an upper level of the lead agglomerator area shows the general location of the lead system acid plant. Highlighted in the top right hand corner are the two scrubbers that will be replaced by baghouses in 2006. These scrubbers are estimated to release 116 mtpy lead; the new baghouse emission rate is estimated at 4 mtpy lead. This is the area where maximum emission reduction can occur per dollar / sole of investment. |
| 10 |  | This photo shows the top of the lead agglomerator. Barely visible are fugitive emissions that are leaking by cracks in the top of the agglomerator gas collection plenum. Due to the high temperature inside the agglomerator, it is likely that these fugitives are high in lead content. |
| 11 |  | A view of the agglomerator baghouses scheduled for re-build and upgrades in 2006. |
| 12 |  | The highlighted area shows the area of the scrubber that collects dust from the bedding plant conveyor belt transfer points. This scrubber is being replaced by a baghouse in 2006. |
| 13 |  | Footings for the new baghouse for the bedding plant conveyor belt transfer points being prepared. |



ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM

DGAA
FOLIO: 009447



| | | |
|---|---|---|
| 14 |  | A view of the vehicle wash station. An efficiency check of the system should be considered, particularly to determine if the undercarriage of vehicles and tire treads are adequately cleaned. The water pressure seemed lower than other vehicle wash stations that Partelpoeg has driven through. |
| 15 |  | A view of the lead refinery tankhouse. The employees are wearing respirators. Emissions from the copper and lead refinery should be considered when updating the La Oroya area emissions model. |
| 16 |  | A view of blister copper in the copper refinery. The rough shape of the copper surface is due to sulfur in the copper that results in an uneven surface when the copper solidifies. |

It should be noted that one of the activities not accomplished was a complete walk-through of the facility. Areas not inspected include, but are not limited to:

1. The zinc roaster and acid plant,
2. The process operations that focus on impurities such as arsenic, cadmium, and antimony.
3. The Anodic Residues Plant,
4. A close-up inspection of the copper converters,
5. The copper roasters.

FOLIO: 009448
Números
Letras



## 4.0 BACKGROUND TO PAMA PROJECTS

The following pages provide a general background to the emissions issues at DRP as well as a brief overview of the PAMA extension projects. The purpose of this overview is to help clarify the discussion and positions in subsequent sections of this appendix.

Figure 4-1 shows DRP's estimate (translated from a PowerPoint presentation provided to the Panel of Experts) of main stack $SO_2$ emissions with the presumption that the PAMA extension plan will be modified. The reduction to 175 metric tons per day (tpd) from current levels (approximately 800 tpd) represents a percentage decrease of approximately 78%.

Figure 4-1 Metric Tons per Day $SO_2$ Emissions
(from BancoMundial_AsesoresMEM_10Abr06.ppt)




The PAMA extension request includes three major projects proposed by DRP to reduce emissions, (1) a reduction of fugitive emissions, (2) addition of an acid plant in the lead circuit, and (3) a modernization of the copper circuit that includes new smelting technology and a new acid plant. Figure 4-2 shows an overview of the

Eric Partelpoeg
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73
CONFIDENTIAL
RENCOGRP-001817

FOLIO: 009449



existing gas collection system. Currently the primary control technology to reduce particulate emissions into the main stack is the "Central Cottrell". It consists of 21 electrostatic precipitators. These precipitators process gas from the zinc roasters, the copper system (including roasters, the oxy-fuel fired reverberatory furnace, and the converters) and the lead system (including the agglomeration plant, the blast furnace area, and the dross plant area). The precipitators are installed in parallel and the inlet gas enters through a common inlet plenum. The gases from the various circuits enter the plenum in different locations (as shown in Figure 4-2).

Figure 4-2 Overview of La Oroya Gas Collection System




The first major program associated with reducing both lead containing fugitive emissions and lead emissions to the main stack is the installation of baghouses to process gas from the lead blast furnace area and the lead dross plant. These

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73

CONFIDENTIAL

Case: 4:11-cv-00044-CDP Doc. #: 1277-73 Filed: 03/24/22 Page: 46 of 138
PageID #: 51644

FOLIO: 009450



additions are shown in Figure 4-3. The Central Cottrell dust removal efficiency is approximately 95% (based on DRP measurements). It is likely that the efficiency of removing elements that leave the process as vapors (such as lead) is even lower because their particle size may be sub-micron. The installation of baghouses for these flows should result in collection efficiencies that are greater than 99%. These baghouses will have decrease emissions two ways: (1) a direct reduction of emissions due to high baghouse efficiency, (2) reduced flows to the Central Cottrell which should to some extent, improve Central Cottrell efficiency. These improvements are scheduled to be completed in 2006.

Figure 4-3 Projected Plan to install Lead Circuit Baghouses






ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM

EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001819

FOLIO: 009451
Números
Letras



Figure 4-4 shows the addition of the lead circuit acid plant. The DRP plan is to remove approximately 55,000-60,000 $Nm^3$/hour of process gas from the agglomerator (sinter machine). The gas will be extracted where $SO_2$ concentrations are highest (approximately 6% $SO_2$). This project is scheduled for completion in late 2008 and will reduce $SO_2$ emissions (see Figure 4-4).

Figure 4-4 Proposed Lead Circuit Acid Plant




Figure 4-5 shows the general plan of the copper modernization project. Of all of the projects discussed in this section, this one is significantly more complex in terms of engineering required and the complexity of the equipment. This project will reduce $SO_2$ emissions to 175 tpd (below the Peruvian limit of 195 tpd). Figure 4-5 shows a caption noting "Converter Fugitives?". At this time, DRP is not planning on

009452



directing any of the converter fugitives to the main stack. Rather, the preliminary DRP plans indicate that converter fugitives will be processed through the copper circuit acid plant. This subject is discussed further in Section Figure 7-3—Partelpoeg suggests that this plan be studied carefully during engineering to confirm its feasibility.

Figure 4-5 Copper Circuit Modernization Project






ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM

EXHIBIT 73
CONFIDENTIAL
RENCOGRP-001821

FOLIO: 009453
Números



# 5.0 REVIEW OF LA OROYA METALLURGICAL TECHNOLOGIES

## 5.1 LEAD CIRCUIT

The lead circuit consists of the following major unit operations:

1. Concentrate receiving and bedding plant,
2. Concentrate agglomeration / sintering plant,
3. Lead blast furnaces,
4. Lead dross plant,
5. Lead anode casting,
6. Lead refinery.

This technology is dated (see Document #20 in Table 3-2, http://www.ldaint.org/technotes1.htm). Newer technologies include the Kivcet process which is also described in the afore-mentioned reference. Additional background information is summarized in Documents #14 and #15 of Table 3-2. These documents outline the emissions expected from the technologies employed at DRP. Newer technologies (such as the ISASmelt and Kivcet processes) are much more amenable to emissions controls.

## 5.2 COPPER CIRCUIT

The copper circuit consists of the following major unit operations:

1. Concentrate receiving and bedding plant,
2. Multiple-hearth roasters,
3. Oxy-fuel fired reverberatory furnace smelting,
4. Copper converting
5. Blister holding and casting into anode-shaped blocks.
6. Copper refinery

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM

FOLIO: 009454
Número



These technologies are described in Documents #16 and #17 of Table 3-2. These copper processing technologies are not amenable to efficient control of emissions. While copper converting is often associated with modern smelters, the DRP reverberatory furnace produces a low grade (30% copper) matte. The remainder of the matte is iron and sulfur. Converters produce lower emissions per unit of copper produced if the matte grade is higher (modern copper smelters have a matte grade in the range of 60-70% copper).

## 5.3 ZINC CIRCUIT

The zinc circuit consists of the following major unit operations:

1. Fluid bed roasting in a Lurgi roaster (now owned by Outokumpu). Fluid bed roasting of zinc concentrate is recognized as a modern, low emission technology.
2. Zinc oxide leaching.
3. Zinc refining.

DRP provided the following description of their zinc roasting operation:

- The zinc concentrates are fed directly into the cylindrical roaster. The roaster operates autogenously at a temperature of 940-950°C.
- Temperature control is achieved with three cooling coils, inserted inside the roaster. Approximately the 70% of the load charge is transporting with the gases. The calcine precipitates in the waste heat boiler (WHB), cyclones and electrostatic precipitator, which cleans and cools the gases to 350°C. 30% of the feed is discharged through the roaster bottom; the entire roaster product is processed through the leaching circuit.
- The process gas to the acid plant is 7.5% SO2.
- The Lurgi roaster capacity is 260 tpd and it uses air with oxygen enrichment.

FOLIO: 009455

Zinc extraction technologies are described in general terms in Document #18 of Table 3-2. This technology can be operated with low emissions. At DRP the zinc circuit acid plant is old. Currently, Fleck Chemical Industries, Incorporated (FCII), (a Canadian engineering firm specializing in acid plant upgrades) has summarized the zinc acid plant as follows:

> The scope of the detailed engineering work currently in progress by FCII for the upgrade of this acid plant includes:
>
> (i) Replacement of the Dry Tower and all internals with a new one.
>
> (ii) Replacement of the Dry Tower Pump Tank with a new one
>
> (iii) Replacement of cast iron serpentine acid coolers for Dry Tower, Absorber Tower and Product with plate type acid coolers.
>
> The new coolers will eliminate the numerous strong acid leaks of the serpentine coolers
>
> (iv) Upgrade of acid pumps
>
> (v) Replacement of Peabody Scrubber with a new Quench Tower and Gas Cooling Tower system. This includes the Towers and the weak acid circulation system including a new Weak Acid Cooler and Effluent Stripper.
>
> The new system will greatly reduce the quantity of weak acid effluent from 80 $m^3/h$ to approximately 3.5 $m^3/h$.
>
> (vi) Replacement of all cast iron internals of existing converter.

These enhancements will improve the reliability of the acid plant. Fugitive emissions are still possible from leaks in ducts and expansion joints. Fleck is a relatively small firm and the zinc acid plant upgrades are not being supplied as a turn-key project. Rather, Fleck is developing specifications and detailed drawings. DRP is responsible for the construction management of the upgrades with occasional field inspections by Fleck.

FOLIO: 009456



## 6.0 PAMA RELATED PROJECTS

### 6.1 FUGITIVE DUST REDUCTION PROJECT

The design basis for the fugitive dust reduction project is the BHA report that was submitted on August 15, 2001. The report discusses electrostatic precipitator efficiency; it points out corrosion problems in process gas ductwork and suggests improvements to reduce emissions. DRP has relied on this 2001 study as the basis for the projects summarized in Table 6-1.

Table 6-1 Summary of DRP Fugitive Emission Reduction Projects

| AFE # | Description | US$ 000 |
|---|---|---|
| 012-05 | Blast furnace process baghouse | 3,188 |
| 014-05 | Dust collection equipment after arsenic kitchen | 1,675 |
| 045-05 | Dross furnace baghouse | 2,121 |
| 015-05 | Upgrade of Sinter Plant Ventilation system | 1,726 |
| 016-05 | Enclosure of the dross and lead furnace building | 2,941 |
| 018-05 | Nitrous oxide scrubber in Anodic Residues plant | 2,092 |
| 019-05 | Concentrate bedding plant spray systems (lead and copper) | 1,074 |
| 020-05 | Anodic Residues dust collection system improvements | 2,641 |

Project 012-05 and 016-05 refers to the blast furnace enclosure and baghouse project, described earlier (see Figure 4-3). The design criteria of this project are largely based on Doe Run experience with similar projects in the U.S. and based on the limited discussions between DRP and Partelpoeg, the design appears to be well thought out. Similar comments apply to Project 045-05, the baghouse for the lead dross furnace. Both of these projects will reduce the gas load and lead input to the Central Cottrell, which will reduce dust emissions through the main stack.

Project 015-05 involves the upgrade of sinter plant baghouses and the replacement of scrubbers with new baghouses (in Table 3-3, see photos # 9 and #11).

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM





CONFIDENTIAL

FOLIO: 009457
Números
Letras



Based on DRP projections of emissions reductions (Reference # 12 in Table 3-2), the scrubber replacements will have a significant benefit to low-level lead emissions. Technically, the scrubber emissions are not classified as a fugitive emission as the scrubber outlet gases have been cleaned. From a practical perspective, however, the emissions exiting the scrubber have the same effect on the community as a fugitive emission since the outlet stack is at a relatively low level. Accordingly, the replacement of the scrubbers should receive the highest possible priority in order to decrease lead emissions by over 100 tons per year from these sources.

DRP has indicated that the scrubber efficiency has been estimated to be in the range of 70-85% based on their experience with similar scrubbers in the US. While they have on several occasions measured scrubber outlet loadings, the inlet loading has not been measured to confirm the scrubber efficiency. Even though the scrubbers will soon be replaced by high efficiency baghouses, because the scrubbers are effectively a major source of fugitive emissions, the scrubbers should be tuned to maximum efficiency for the remainder of their duty life. To determine the approximate efficiency of the scrubbers, DRP can measure the difference between the solids and lead content in the scrubber feed water and scrubber effluent. Based on the 116 tpy lead outlet loading (from earlier DRP tests), the scrubber efficiency can be estimated. If the efficiency is low (e.g. less than 60%, the scrubber operating system should be evaluated (e.g. scrubber nozzle condition, water spray pressure, de-misters if the scrubber design includes them, etc.).

## 6.2 LEAD CIRCUIT ACID PLANT PROJECT

The basis of the lead circuit acid plant project design is the Nutten report (Reference # 3 in Table 3-2). This study states that the process gas flow-rate from the reaction zone of the agglomerator (sinter machine) is approximately 100,000 $Nm^3$/hour with a concentration of approximately 3% $SO_2$. This $SO_2$ concentration is too low for effective conversion to sulfuric acid. Nutten recommended that DRP install a gas collection system in the sinter machine that is physically closer to the sinter—where the $SO_2$ concentration is the highest. DRP has subsequently carried out tests and has

FOLIO: 009458



confirmed that a 6% $SO_2$ stream can be collected from the sinter machine. This gas stream will contain approximately 70-75% of the total $SO_2$ generated in the agglomerator.

DRP is planning on installing a single-contact acid plant to process this gas stream. DRP is developing a contract with Fleck Chemical Industries for the acid plant design. Fleck and DRP will plan on executing this project in a manner similar to the zinc acid plant upgrades that are currently in progress—Fleck will develop detail specifications and drawings and DRP will manage the construction.

### 6.3 COPPER CIRCUIT MODERNIZATION

DRP began a formal review of copper circuit modernization options in 2004 when SNC-Lavalin (a large Canadian engineering firm with metallurgical process plant expertise) conducted a pre-feasibility review of La Oroya modernization options. Further reviews in 2005 have resulted in DRP concluding that the following copper circuit upgrades are required:

1. Replace the oxy-fuel fired reverberatory furnace with ISASmelt technology. ISASmelt technology is reviewed in Document # 21 in Table 3-2). Advantages of ISASmelt technology that are particularly important for DRP include:

    a. Efficient distribution of impurities into the gas phase which results in low impurities in the copper matte. Accordingly a high (60% Cu) matte can be processed in the converters without risking high-impurity blister copper.

    b. The footprint of the ISASmelt is small which facilitates its installation into an operating smelter.

2. Gas cooling and cleaning. The ISASmelt off-gases (in the range of 20% $SO_2$) will be cooled in a boiler followed by controlled injection of water. The cooled gas (approximately 350°C) will be cleaned in an electrostatic precipitator prior to further cleaning in the acid plant gas cleaning system.

FOLIO: 009459



3. Modified converter hoods. DRP is planning on modifying the hoods of three of their converters with water-cooled technology to allow for a tighter seal between the hood and the converter. Only one converter will be blowing, alternating with the other hot converter. The third converter is to allow for repairs and maintenance.

4. A new acid plant to process both ISASmelt and copper converter off-gases. The combined process gas is expected by DRP to be greater than 10% $SO_2$ in concentration. DRP is expecting to dilute this gas with fugitive gases collected from the two hot converters.

5. Currently, DRP produces blister copper in the converters (copper with a small fraction of sulfur remaining, which results in "blisters" developing on the surface of the copper when it freezes (see Photo #16 in Table 3-3). With the modernization, DRP is planning on refining the blister copper at the smelter to produce traditional anode copper (no sulfur, approximately 1000 ppm oxygen). DRP will cast the anode copper with new Outokumpu anode casting technology.

Figure 6-1 shows the area of the smelter that will be modernized. The ISASmelt vessel is in the bottom right hand corner of the figure. Figure 6-2 shows the ISASmelt on the left side, with the new acid plant to the right.

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001828

DGAA
FOLIO: 009460



Figure 6-1 New Copper Circuit Metallurgical Unit Operations




Figure 6-2 New Copper Circuit Acid Plant




ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001829

FOLIO: 009461

The new acid plant is expected to be a single contact acid plant. While not as efficient as a double contact acid plant (tail-gas emissions in the range of 1,000 ppm $SO_2$ instead of 200 ppm possible with a double contact plant), the project will significantly reduce $SO_2$ emissions from the smelter.

FOLIO: 0C9462

## 7.0 RESPONSE TO SPECIFIC QUESTIONS

### 7.1 REVIEW OF CORE TECHNOLOGIES

*"Review the technology used in the copper, lead and zinc circuits, with particular attention to the impact of the technology on emissions and the level of ease / difficulty associated with controlling these emissions."*

The current copper circuit is not amenable to significant reductions in emissions. The reverberatory furnace off-gas is too dilute in $SO_2$ to facilitate conversion to sulfuric acid. Additionally, the low matte grade (30% Cu) from the furnace results in a high requirement for copper converters where the 70% (iron plus sulfur) is oxidized from the matte to produce blister copper. Currently all converter process gases (generated when air is injected into the converter) and non-process gases (residual gases evolved from the converter when is not blowing) are directed to the Central Cottrell. Fugitive emissions occur during the transfer of matte from the furnace to the converters, from the transfer of blister copper to the casting furnaces, and from the escape of process gases from the converter hood. These fugitive emissions contain $SO_2$ and heavy metals. The best way to reduce converter emissions is to reduce the reliance on converting by producing a high grade matte in the primary smelting furnace. This is one of the many reasons why modern smelting furnaces produce matte grades with copper concentrations in the range of 60-70% copper.

The DRP lead circuit is also not designed for effective capture of $SO_2$. The sinter (agglomeration) step produces a very low concentration $SO_2$ gas. Without a major change in technologies (e.g. Kivcet or ISASmelt), it is very difficult to significantly improve sulfur recovery beyond the methods being proposed by DRP.

The zinc circuit roaster and acid plant combination is up to date technology. The acid plant is old, however and the ductwork and vessels require a continuous maintenance program to minimize gas leaks.

FOLIO: 009463

## 7.2 MINIMIZATION OF DUST RECYCLE

*"Analyze the copper and lead pyrometallurgical production circuits, in order to evaluate the existing measures and propose additional measures for the management/elimination of recirculating flows (particularly fine dusts) in those production circuits."*

The current complex configuration has not been optimized with respect to separation of dust types. Accordingly, the dust from one circuit can to some extent blend with gas from another circuit. Much of this co-mingling occurs in the Central Cottrell where, due to a common inlet plenum, gases from different processes can mix which results in a mixed composition dust that is captured from the hoppers of the precipitators.

DRP's proposed plans will significantly reduce the co-mingling of dusts (which adds to the recirculation load) because of the following initiatives:

1. The installation of the blast furnace baghouse and lead dross baghouses will isolate these lead-containing dusts from the Central Cottrell. The dust collected from these baghouses will not be contaminated with gas streams from the copper circuit.

2. The installation of the lead circuit acid plant will collect 60-75% of the $SO_2$ from the sinter machine. This $SO_2$ is extracted in the region of the machine with the highest temperatures. It is reasonable to expect that this region of the sinter machine also generates the highest amount of lead containing particulates and vapors. The gas cleaning system of the acid plant will collect this stream; presumably as a high lead dust / sludge. This further reduces the load of lead-containing dust from the Central Cottrell.

3. The installation of the baghouse after the Arsenic Kitchen (where most of the complex's arsenic trioxide is produced) will all but eliminate the source of arsenic from this process to the Central Cottrell and main stack flows.

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009464
Números
Letras



## 7.3 FUGITIVE EMISSION REDUCTION IN THE LEAD AND COPPER CIRCUITS

*"Analyze the copper and lead pyrometallurgical production circuits, in order to evaluate the existing measures and propose additional measures for the reduction of fugitive emissions and emissions from the stack in the copper, lead and zinc production circuits, which include, among other aspects: design and efficiency of the baghouses, electrostatic precipitator units, and the collection of the gases collected into these systems"*

The existing measures to collect fugitive emissions from the complex are inadequate. The review of GE proposals (new owner of BHA, the company supplying baghouse technology to DRP) for the baghouses indicates that the designs are all based on state of the art baghouses. These units will recover more than 99% of the dust, compared to Central Cottrell efficiency that is in the range of 94%. The only issue that is of some concern (from the perspective of employee exposures to either dust or confined spaces) is that the new proposals are for baghouses with walk-in plenums. This is different than the lift-off tops currently in use at the lead agglomerator (see Photo # 11 in Table 3-3). While this design feature does not impact baghouse efficiency, it does increase employee exposure to dusts when baghouse maintenance is being carried out.

The 2001 BHA smelter gas handling survey (Item #5 Table 3-2), points out several areas of the smelter where air is leaking into the gas handling ducts. Air leaks (air ingress / air infiltration) had increased over the years from corrosion; numerous photos are shown in the BHA report. During the two and half day visit, these areas of concern were not investigated. Any increase in gas flow-rate to the Central Cottrell reduces Cottrell operating efficiency. Figure 7-1 (data from Document # 22, Table 3-2) shows the flow rate of gas through the main stack from 1997 through 2006.

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73

Figure 7-1

Main Stack Gas Flow Rate, Nm³/minute




MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 003465
Números
Letras

The data do not suggest that the air ingress problems noted by BHA in 2001 were resolved. If this is confirmed, a program to decrease air ingress should be implemented in order to improve Central Cottrell efficiency. Once the baghouse projects are complete and once DRP fully addresses the air ingress issues, the total volume through the Central Cottrell should decrease significantly. At this time, a updated overall assessment (by BHA or other independent expert) should be conducted to determine the next phase of emission reduction projects.

During the April 10 review meeting, DRP indicated that they will replace the five small 12 foot diameter by 20 foot long converters with two additional 13 foot diameter by 30 foot long units (stating that the larger converter shells were already on site). On April 11, the project team stated that the current plan is to modify three of the existing 12 x 20 converters and abandon the other two 12 x 20 converters as well as the existing 13 x 30 unit. This second plan is reflected on Figure 6-1). At this time, DRP is not planning on venting converter fugitives to the main stack (either through a new baghouse or through the Central Cottrell). Rather, DRP believes that there will be sufficient capacity in the new copper circuit acid plant to process converter area fugitives. In Partelpoeg's opinion, it is unlikely that converter area fugitives can be effectively processed through the acid plant. Most (if not all) copper smelters have a

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73

FOLIO: 009466



separate converter fugitive gas treatment system. It is recommended that the scope of the basic engineering should include an optimal converter fugitive collection and treatment system and not be predisposed upon treatment through the acid plant.

The modernized copper circuit will include the refining of blister copper to anode copper. The first step of blister refining is the oxidation of the residual sulfur that is in the copper. This is accomplished by blowing air through the copper. While this step adds to $SO_2$ in fugitive emissions (the anode furnaces are not hooded, see Photo #6, Table 3-3), the increase will be low, as the sulfur content in copper is a fraction of one per cent. After sulfur removal, the oxygen content of the copper is too high and a reductant must be injected to reduce the oxygen level to the range of 1,000 ppm oxygen in copper. This reduction can occur with the injection of propane ($C_3H_8$), reformed propane (propane cracked to CO and $H_2$), or steam. DRP has yet to define this aspect of the modernization. The use of only propane (without reforming or steam injection) results in only partial oxidation of the propane which results in a sooty fugitive emission. DRP should choose a reductant technology that produces a soot-free off-gas.

## 7.4 REVIEW OF DRP FUGITIVE EMISSION REDUCTION PROGRAM

*"Review and comment on the DRP execution plans to reduce fugitive emissions, including a review of the investment and task execution schedules."*

The DRP plan to reduce fugitive emissions by the end of 2006 is an ambitious plan that can be accomplished, but only if the highest levels of attention are given to each phase of the project. Execution of each project must remain on schedule to prevent one project on impacting another project. In general terms, the execution of the baghouse projects occurs in three areas:

1. Outside of Peru (e.g. BHA facilities in the US). The successful execution of this phase of the project will require near-continuous expediting by DRP. DRP has retained the services of Jim Minster (former Doe Run US mechanical lead from



EXHIBIT 73

CONFIDENTIAL
RENCOGRP-001835

FOLIO: 009467



the Buick facility) to assist with this task. The world-wide demand for BHA's equipment is high and BHA has to contend with shops outside of BHA's direct control (for example fan manufacturers). A few of the fans required for the project are currently scheduled for August and September deliveries. Any delays in manufacturing or shipping of these fans threaten the 2006 start-up.

2. In Peru but outside of La Oroya complex fence-line (e.g. local La Oroya shops). DRP discussed the current shortage of Peruvian steel due to an expansion currently underway at the Phelps Dodge Cerro Verde mine. The shops that are responsible for fabricating ductwork, platforms, and the baghouse boxes cannot be allowed to let their schedules slide. The schedule of individual projects is challenging in and of itself; in several cases the same type of equipment is scheduled for simultaneous fabrication. For example, ductwork for both the dross plant project and the anodic residue plant is scheduled for fabrication between April 3 and April 25. Unless this fabrication is occurring in separate shops, the delay in one project could impact the schedule of the other project.

3. Construction and commissioning activities at the property. Construction of the projects is of course dependent on timely delivery of new equipment. If delivery of equipment from one project is delayed, it may adversely affect the construction manning schedule of another project. It is too early in 2006 to predict the likelihood of such delays, but contingency plans should be developed.

With respect to overall project investments, the cost escalation of equipment related to these projects has been significant in 2005 and early 2006. Based on a review of GE / BHA proposal documents, some of the projects were still in the proposal stage in late March (for example the arsenic roster furnace ventilation baghouse). It is likely that any purchase order executed in late 2005 or early 2006 will have a total cost that may be 10-25% higher than expected based on best available information in early 2005.

Figure 7-2 shows a summarized schedule for the fugitive emission reduction projects. It shows that project engineering started in early 2005 (following the scoping

Case: 4:11-cv-00044-CDP Doc. #: 1277-73 Filed: 03/24/22 Page: 64 of 138
PageID #: 51662

DGAA
009468
FOLIO:



level investigations that started in 2001). As indicated in the previous paragraphs, this schedule is aggressive and significant efforts are required to avoid delays that jeopardize a 2006 completion.

Figure 7-2 Fugitive Emission Reduction Program

| ID | Fugitive Emission Projects | Start | Finish |
|---|---|---|---|
| 1 | Scoping, Feasibility Study | 1/5/2001 | 1/4/2005 |
| 2 | Engineering | 1/8/2005 | 7/25/2006 |
| 3 | Purchasing | 5/10/2005 | 10/31/2006 |
| 4 | Construction | 1/3/2005 | 10/27/2006 |
| 5 | Start-up | 10/2/2006 | 12/20/2006 |




GE / BHA were contacted by Partelpoeg on April 21, 2006. They (Fadi Moussa, [Fadi.Moussa@ge.com]) provided the same project schedule as DRP provided during the site visit. BHA was asked if there was a concern with achieving this schedule; no concerns were received.

## 7.5 COPPER MODERNIZATION PROGRAM

*"Review and comment on the copper pyrometallurgical upgrade project, with particular focus on minimization of project schedule while maximizing $SO_2$ collection efficiency."*

As was the case for the fugitive emission reduction project just discussed, the schedule of the copper modernization program is aggressive. The schedule is discussed in greater detail in Section 7.8. With respect to maximizing $SO_2$ collection efficiency, the area of converter fugitive emissions may be an opportunity that should be explored during basic engineering (see discussion on this subject in Section 7.3).



EXHIBIT 73
CONFIDENTIAL
RENCOGRP-001837

MINISTERIO DE ... UGA ... FOLIO: 009469 N... ...stras



## 7.6 LEAD AND COPPER CIRCUIT SULFURIC ACID SYSTEMS

*"Review and comment on the sulfuric acid production processes of the lead and copper circuits."*

Both lead and copper sulfuric acid systems will be based on modern design. Typically new acid plant are designed with four catalytic conversion beds and two absorption towers to produce a final discharge gas concentration of 200-600 ppm $SO_2$. The La Oroya acid plants will be based on three catalytic conversion beds and one absorption tower. The discharge gas will be in the range of 1,400 – 1,900 ppm $SO_2$. This satisfies the initial goal of reducing $SO_2$ emissions to 175 metric tons per day (the acid plant component of this total is less than 10% of this total). Because other areas of the complex are greater sources of $SO_2$ emissions, it is technically reasonable to install single absorption acid plants at La Oroya. For the second phase of emission reduction (after the copper circuit has been commissioned), DRP should first evaluate methods to reduce emissions from the $SO_2$ sources that are the major sources of the 175 tpd emission rate—the acid plant tail-gas minimization does not, from a technical perspective, require first priority attention.

## 7.7 LEAD CIRCUIT ACID PLANT SCHEDULE

*"Evaluate the project schedule for the implementation of the proposed lead circuit's sulfuric acid plant. Offer suggestions to improve the schedule, if possible."*

Fleck Chemical Industries is performing the engineering for the lead circuit acid plant. Achieving the 2008 project deadline is contingent on continued partnership between DRP and Fleck. Other, larger acid plant engineering firms would require another round of feasibility studies and negotiations. This would jeopardize the possibility of completing this project on schedule. While there is no reason to suspect that DRP and Fleck will not continue to work on this project together (and certainly Fleck is well qualified for this task), Fleck is a small firm with only a handful of key senior level engineers. Any loss of the Fleck team from the project would risk a delay

FOLIO: 009470



in the schedule. Figure 7-3 shows the lead circuit acid plant schedule—it is achievable but there is little opportunity for compression.

Figure 7-3 Lead Circuit Acid Plant Schedule

| ID | Lead Acid Plant Project | Start | Finish |
|---|---|---|---|
| 1 | Scoping, Feasibility Study | 1/5/2004 | 1/5/2005 |
| 2 | Engineering | 1/3/2005 | 12/26/2006 |
| 3 | Purchasing | 10/2/2006 | 12/31/2007 |
| 4 | Construction | 7/2/2007 | 9/30/2008 |
| 5 | Start-up | 10/1/2008 | 10/31/2008 |




## 7.8 COPPER MODERNIZATION SCHEDULE

*"Evaluate the execution deadline for each of the activities proposed for the modernization and implementation of the copper circuit's sulfuric acid plant, which include the monthly investment schedules and tasks execution schedules. Offer suggestions to improve the schedule, if possible."*

The copper modernization project is by far the most complex of the current DRP projects. Adding to the complexity are the tasks currently underway at DRP (zinc acid plant upgrades, fugitive emission reduction program, and the lead acid plant project). DRP has recognized the complexity of this project and has solicited engineering and project management assistance from Chile's two major engineering firms with smelter experience (see Documents #8 and #9 in Table 3-2). Both of these firms (COPRIM and Indec) have expressed an interest in the project and they are qualified to carry out the work.

In order to execute this project, certain tasks must be carried out sequentially. For example the acid plant scope and engineering cannot start until the process conditions upstream of the acid plant have been fixed. This requires the completion of basic engineering of the smelting furnace / converter area. Figure 7-4 shows engineering extending into early 2007 for the smelter area. At this time (possibly in late 2006), it will be possible to adequately define the acid plant scope to request turnkey

FOLIO: 009471



acid plant packages from the major suppliers (MECS, Kvaerner-Chemetics, Outokumpu-Lurgi). These suppliers will demand a period of months (perhaps three months) to properly respond to the bid request. Once DRP has chosen a supplier and worked out all terms (special consideration is required for a large acid plant at La Oroya as major acid plant equipment may be too large for transport from Lima to La Oroya), a period of two years may be required before the acid plant is operational.

Figure 7-4 Copper Modernization Schedule




The conclusion of the schedule review is that the copper modernization schedule is aggressive and there is more risk of schedule slippage than opportunity for schedule compression. This conclusion is supported by Figure 7-5 that shows all three major projects at once. All of the projects are important and the activity levels in 2006-2007 will be very high. While the addition of a few expediters to the project would be useful, adding a new project team to, for example, focus on the copper modernization project could lead to more confusion and missed deadlines as one team may end up competing for the same resources as the other team.

FOLIO: 009472
Número
Letras



Figure 7-5 Overview of all Projects.




## 7.9 SUPPLEMENTARY CONTROL SYSTEM

*"Analyze and propose reorganizations in the Environmental Management Program and Contingency Program for the operation and maintenance of the different systems and equipments to be implemented."*

As discussed on the previous pages, DRP is making a strong effort to implement projects that will reduce emissions. During the visit it was evident that employees have been trained to wear personal protective equipment (e.g. respirators) to minimize exposure to lead and other contaminants. That being said, there appear to be opportunities to reduce the impact of fugitive emissions beyond the current level of effort. Dr. Young (Appendix B) discusses the implementation of a SCS that uses real-time meteorological data to minimize impact of DRP operations on the local community. Adding to this concept could be a new initiative by DRP operators and maintenance personnel to monitor, grade, and respond to new fugitive gas leaks on a



EXHIBIT 73

real-time basis. DRP should evaluate the feasibility of creating a new task force that has the support at the highest levels of DRP. The team would:

1. Observe and repair fugitive gas leaks. The team would, based on their experience, develop and maintain a rating system on the sources of fugitive emissions. For example, the sources could be identified into the following source areas:
    a. Roasters
    b. Zinc acid plant
    c. Copper converter aisle
    d. Lead agglomerator
    e. Concentrate beds
    f. Roads
    g. Anodic residues plant
    h. etc. (DRP to continue with this list).

FOLIO: 009473

2. Rank the emissions from each source on a simple scale, for example:
    a. "A" for the area is as clean as possible (before project implementation),
    b. "B" the area is emitting an average level of fugitive emissions,
    c. "C" the area is emitting an above average level of fugitive emissions, and
    d. "D" there is a process or equipment upset that is resulting in a much higher than average level of fugitive emissions.
3. Areas with a "D" would result in the immediate mobilization of a dedicated maintenance crew. For example, on April 12, 2006 there was a "D" level of emissions from the zinc acid plant as it was evident that there was a leak in process ductwork or equipment as the $SO_2$ level at the lead agglomerator area was higher than normal. Perhaps DRP was already responding to this situation, but it is possible that a few hours could have slipped by before action was taken.

FOLIO: 009474



During periods of no major upsets, the maintenance team would continue to work on their back-log of minor repairs (for example there was a maintenance team working on the Central Cottrell fixing small leaks on April 11. It is possible that this team would have to be dedicated to higher priority leaks should they occur.

The emissions reduction team would feed the condition of each area into the SCS program. If one or more areas was in a "D" mode, the SCS program could be triggered into a more aggressive mode to cut back on emissions earlier than if all areas were average or in a "B" mode.

The emission observers can also provide guidance to operators. For example they may notice high levels of emissions from the converter aisle. In some case these emissions can be reduced by rotating the converter towards the hood.

These concepts of a real-time dedicated approach to emissions minimization coupled with the SCS program have been proven in operating smelters. When Partelpoeg was the manager of the Phelps Dodge Chino Smelter (100 meters from the town of Hurley, New Mexico), such a system was implemented and ambient conditions improved significantly.

## 7.10 OTHER COMMENTS / RECOMMENDATIONS

*"Make any other recommendations that are relevant to the project."*

See Section 8.0, following page.

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM

FOLIO: 009475
Números
Letras

## 8.0 RECOMMENDATIONS

The following recommendations are presented in order of importance:

1. Based on my review of the complex and DRP's commitment to modernize the smelter within the timeline presented to MEM, I recommend that MEM grant DRP the PAMA extension. My discussions with DRP indicate that they are committed to a continuous improvement cycle as shown in Figure 8-1 (translated from a DRP presentation). The recommendation to grant the PAMA extension is based not only on the current project plans but also due to DRP stated commitment to continuous improvement.

Figure 8-1 Continuous Improvement Cycle




Some examples of continuous improvement include:

- Further reduction in emissions. For the case of La Oroya, a reasonable target for $SO_2$ emissions could be less than 100 tpd by the year 2020.
- Continued steps to reduce reliance on the Central Cottrell. As flows through the Cottrell decrease, it may be possible to replace the Cottrell with a modern electrostatic precipitator.

ERIC PARTELPOEG
(520)615-4030
ERIC@EHP-CONSULTING.COM



EXHIBIT 73

CONFIDENTIAL

- Continued reduction of process gases [illegible] technologies that rely on oxygen enrichment. This action will assist in achieving the previous two examples of continuous improvement.

[illegible]

- Continued reduction of process gases by introducing technologies that rely on oxygen enrichment. This action will assist in achieving the previous two examples of continuous improvement.

2. All of the DRP projects (2006 completion of fugitive gas reduction, 2008 completion of the lead circuit acid plant, and 2009 completion of the copper circuit upgrade and acid plant) are on tight timelines. DRP provided detailed project schedules and indicated that they have expediting support from form DRP US experts. It is recommended that DRP develop a concise (absolutely limited to one page) project update report that is issued weekly. This report should provide an executive level summary that either affirms the project schedule or reports on schedule variances along with the action plan to recover from the variance. Vendors and outside shops should be required to provide input to this report with either a confirmation that all phases are on schedule or what action is being taken to recover time.

3. Once DRP makes the decision on whether COPRIM or Indec (see Documents #8 and #9 in Table 3-2) is selected for the copper modernization project, they should be asked to review the construction schedule of the fugitive emission program to confirm that the schedule is achievable as published or if modifications are required.

4. DRP should consider a program similar to the one described in Section 7.9 to improve the effectiveness of the SCS program.

5. The decision not to install a copper converter fugitive gas collection system (separate from the concept of using these gases as dilution air to the acid plant) should be reviewed with care. The copper circuit modernization plan should include a provision to send gases through the main stack when there is a sudden failure of the acid plant.

6. The lead sinter area scrubbers should not be shut down until the replacement baghouse is ready for start-up.



EXHIBIT 73

FOLIO: 009477



7. A review of the vehicle wash station efficiency should be carried out to determine its effectiveness in removing dust from tire treads and the underbody of vehicles.

8. The reliability of ducts and heat exchangers of the zinc acid plant should be reviewed to determine if an upgrade program is required to reduce the frequency and severity of gas leaks from the zinc acid plant.

**Submitted by Eric Partelpoeg**

[signature]

May 10, 2006

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009478
Números
Letras



# APPENDIX B

# FINAL REPORT

# ON

# AIR QUALITY AND METEOROLOGY

# AT

# DOE RUN PERU (DRP)

by

James W.S. Young, Ph.D., P.Eng.
SENES Consultants Limited

May 2006



EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001847

FOLIO: 009479
Números

## DISCLAIMER

This report is based on the best information available to James W. S. Young within the time constraints, budget and terms of reference of the review. The material in it reflects James W. S. Young's best judgement in light of the information available to him at the time of preparation. Specifically, it is based on information supplied by site representatives, a review of reports, examination of data records and a visual inspection of the facility and the surrounding area. James W. S. Young has prepared this appendix using information understood to be factual and correct and shall not be responsible for conditions arising from information or facts which were not fully disclosed to him by site representatives, or for conditions which can only be confirmed through sampling or monitoring.

This report was prepared by James W. S. Young for the Ministry of Energy and Mines, Peru to aid in their decision-making with respect to an Exceptional Extension Request for the Sulphuric Acid Plants project of La Oroya Metallurgical Complex PAMA. Any use of, or reliance or decision based on this report by any third party is the sole and exclusive responsibility of such third party. James W. S. Young accepts no responsibility for damages, if any, suffered by any third party as a result of the use of, or reliance or decision based on, this report.

MINISTERIO DE ... MINAS
FOLIO: 009480
Números
Letras

**TABLE OF CONTENTS**

B.1 INTRODUCTION TO TASK .......... 4
B.2 SUMMARY OF CREDENTIALS .......... 4
B.3 ACTIVITIES AT LA OROYA .......... 6
B.4 THE AIR POLLUTION CYCLE .......... 8
B.5 EMISSIONS .......... 9
B.6 TRANSPORTATION AND TRANSFORMATION .......... 13
B.7 RECEPTION .......... 17
B.8 DISCUSSION .......... 19
B.9 RESPONSES TO SPECIFIC TASKS OUTLINED .......... 21
B.10 RECOMMENDATIONS .......... 23

FOLIO: 009481
Números
Letras

## B.1 INTRODUCTION TO TASK

Doe Run Peru (DRP) has requested an Exceptional Fulfillment Extension Request for the Sulfuric Acid Plants project of La Oroya Metallurgical Complex PAMA. In order to help the Government of Peru make a decision on their request, Dr. James W. S. Young was asked to evaluate the validity of the air quality dispersion model produced input concentrations to the human health risk assessment study. The dispersion model used was the CALPUFF model, run by McVehil-Monnett Associates Inc. in support of the DRP submission.

Dr. Young was asked to address the following specific items:

- to evaluate the grade of exposure and air contaminants acceptable level in the city of La Oroya and its surroundings, taking into account the estimated emissions though the air quality dispersion model presented in the request file;
- give his opinion related to the air quality and emissions monitoring program, that includes the correct location of the air quality and emissions monitoring stations, procedures on the calibration of the equipments, etc.;
- analyze the impact of the environmental mitigation measures that DRP suggests, in order to reduce the particulate matter emissions from the stacks and the fugitive emissions;
- analyze the influence of the concentrations of historical Pb on La Oroya's air quality and its surroundings;
- analyze how meteorological characteristics and climatic effects influence the dispersion of contaminants;
- formulate recommendations to avoid greater contaminant concentrations in La Oroya's atmosphere during thermal inversion periods;
- recommend the measures and environmental studies that should be required by DRP, that might improve air quality in La Oroya and provide input to the assessment of progress in the people's health risk reduction; and
- make any other recommendation that the consultant may feel necessary.

## B.2 SUMMARY OF CREDENTIALS

**James W.S. Young, Ph.D., P.Eng.,** Manager Kincardine Office and Air Quality Expert, SENES Consultants Limited Consultants Limited. Dr. Young has more than 34 years of experience in the direction and management of atmospheric research and its application in the areas of acid rain, toxic chemicals, climate change, emergency response, weather forecasting and the development of policy. He has an international reputation in air quality and has developed and directed strategic planning exercises for Environment Canada. He has represented Canada on international scientific panels, lectured at the University level, and given

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009482
Números
Letras

expert testimony before hearing boards and government committees. He is the author of over 100 scientific and applied papers and articles.

A graduate of Queens University, he received his Ph.D. in Mechanical Engineering from the University of Waterloo. He is a member of the Association of Professional Engineers of Ontario and past President and member of the Canadian Meteorological and Oceanographic Society.

From 1985 to 1996, Dr. Young was the Canadian Co-chair of the International Air Quality Advisory Board of the International Joint Commission advising them on air quality issues every six months. He was also a Member of the Board and a co-founder of the Canadian Institute for Research in Atmospheric Chemistry (CIRAC).

Dr. Young has extensive experience in liaising with government departments at all levels, other nations, international organizations as well as with industry, universities and the private sector.

His specific experience related to **modelling** is as follows:

- experience assessing the air quality impact of emissions from traffic, in estimating wind eroded dust emissions, in odours, in atmospheric dispersion modelling and meteorology, and in presenting evidence before Municipal Boards and national and international Commissions. He has testified at public hearings regarding modelling of Air Quality;

- directed all of the SENES air quality modelling projects from 1990 to 2003;

- directed the air quality modelling and field program for the Greater Toronto Area (GTA) in their search for three municipal waste landfill sites;

- directed the application of the MESOPUFF Model to assess long range transport over North America (Canada, U.S.A, and Mexico);

- teaches Air Pollution Meteorology and Modelling Course to government and industry practitioners nationally and internationally. Specifically trained 140 people in Peru over two years in this area;

- acted as an expert on the meteorological and air quality aspects of an Ecosystem Model designed for an urban area; and

- member of an international committee that directed the design of the Lake Erie Ecosystem Model.

His specific experience related to **meteorology and climatology** is as follows:



EXHIBIT 73

FOLIO: 009483

- undertook an assessment of the impact of climate on uranium tailings disposal over 100,000 years;
- directed an Acid Rain modelling study and a Mixing Height Climatology study that produced a new climatology for North America as well as analyzed the methodology and updated it to be more physically correct;
- assessed the quality of both short-term and long-term meteorological records as they relate to assessing air quality;
- teaching air pollution meteorology courses around the world for over 30 years; and
- part of the team that developed the FReSH-4 Weather Forecasting System and FReSH Air (FReSH-4 linked with CALMET/CALPUFF).

## B.3 Activities at La Oroya

The following types of activity were undertaken as part of this expert review:

- review of the following documents:
  - presentation *Solicitud de Prorroga Exceptional del Proyecto 'Plantas de Acido Sulfurico' del PAMA del Complejo Metalurgico La Oroya de Doe Run Peru S.R.L* by Ing. Julio Bonelli Arenas, March 2006;
  - presentation by Doe Run Peru titled *Nuestra Propuesta* – La Oroya, 10 April 2006 (50 slides);
  - General Objectives that have to be Fulfilled for Requirements of the Ministry of Energy and Mines in Case of Granting an Extension by Virtue of S.D. No. 046-2004-EM;
  - *Air Quality Dispersion Modeling for Human Health Risk Assessment – La Oroya Metallurgical Complex* prepared for Integral Consulting, Inc. by McVehil-Monnett Associates, Inc., 6 September 2005, MMA Project Number 1875-0 (English version);
  - *Punto de Control de Monitoreo* for each monitoring station in the La Oroya area;
  - *Programa de Parada de Planta por Mitigacion Ambiental*; and
  - various technical drawings and data provided by Doe Run Peru staff;
- discussion with Doe Run Staff and their consultants:
  - Juan Carlos Huyhua, Ph.D. (Presidente y Gerente General);
  - Msc. Cristobal Pinche Laurre (Ingeniero de Asuntos Ambientales);
  - Jorge L. Miranda A. (Jefe de Planeamiento Ambiental);
  - Moises L. Pena (asistente al Presidente y Gerente General);

FOLIO: 009484
Número

- Diomedes G. Alcantara (Ingeniero e Control de Procesos);
- Angel Quispe S. (Gerente de Proyectos y Obras);
- Jose M. Reyes (Gerente de Control de Calidad y Transporte Interno);
- Daniel L. Vornberg (Vice President Environmental Affiars – Doe Run St. Louis)
- George E. McVehil, Ph.D. (Certified Consulting Meteorologist – McVehil-Monnett Associates, Inc.);
- Rosalind Schoof, Ph.D. (Diplomate of the American Board of Toxicology, Principal – Integral Consulting, Inc.);

- review of air quality and meteorological monitoring data;
- visit meteorology and air quality monitoring stations and review documentation and locations:
  - Fundicion (meteorology – site visit);
  - Sindicato (air quality/meteorology – site visit);
  - Casaraca (air quality/meteorology – location check);
  - Inca Hotel (air quality/meteorology – location check);
  - Cushurupampa (air quality/meteorology – review data, location check);
  - Huanchan (air quality/meteorology – review data, location check);

- independent calculations and spot checks of calculations provided by Doe Run (see text);
- discussions with other members of the expert team regarding how data was used:
  - Eric Partelpoeg, Ph.D. (EHP Consulting, Inc.);
  - Michael P. Sudbury (Michael P. Sudbury Consulting Services Inc. – Metallurgy & Environment);
  - Scott Clark, Ph.D., PE, CIH (Professor, Environmental Health, University of Cincinnati);

- detailed discussions with Doe Run staff responsible for the air quality and meteorology activities:
  - Msc. Cristobal Pinche Laurre (Ingeniero de Asuntos Ambientales);
  - Jorge L. Miranda A. (Jefe de Planeamiento Ambiental);

- visit the Doe Run Peru facility at La Oroya and become familiar with the complex nature of both the operation and the location;

- meeting with staff from other agencies active in the La Oroya area:
  - Milagro Malpartida Reynoso (Tecnico Ambiental - COnsejo Nacional del AMbiente);

- meet with MEM (Ministry of Energy and Mines) staff regarding their needs and preliminary feedback from the Expert Team
  - Ing. Julio Bonelli (Director of Environmental Mining Issues Department);

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009485
Número

- Dra. Ada Alegre Chang (Deputy Director of Environmental Mining Issues Department);
- Cesar Polo R. (Consultor Asociado, PCI Consultores)
- members of evaluating team

- followup with Doe Run Staff and consultants for outstanding information not available during the site visit:
  - Msc. Cristobal Pinche Laurre (Ingeniero de Asuntos Ambientales);
  - Jorge L. Miranda A. (Jefe de Planeamiento Ambiental); and
  - George E. McVehil, Ph.D. (Certified Consulting Meteorologist – McVehil-Monnett Associates, Inc.).

## B.4 The Air Pollution Cycle

The air pollution cycle in the atmosphere consists of three distinct parts:

- the emission of pollutants;
- transportation and transformation of pollutants; and
- the reception of pollutants in sensitive areas.

Pollutants can be emitted from **processes** in a number of specific ways:

- as a controlled stream through a stack;
- as uncontrolled from activities that may take place within a structure but are not collected and directed to a stack; or
- as uncontrolled from activities that take place outside such as storage piles or wind re-entrained dusts.

Pollutants can also be emitted from **human activity as well as the action of the environment**, such as:

- as a controlled stream from vehicles tailpipe emissions;
- as uncontrolled from road dust being re-entrained by the passage of vehicles; or
- as uncontrolled from the scavenging of exposed soil by the action of the wind.

Once in the atmosphere, the wind currents will transport pollutants from their sources toward sensitive receptors. These winds have two main characteristics: (1) transporting pollutants (moving them from one place to another) and (2) transforming pollutants spreading them out (dilution) and/or converting them to other chemicals (e.g. sulphur dioxide gas can be converted to sulphate particles or sulphuric acid).

FOLIO: 009486
Número:
Letras:

When pollutants arrive at the sensitive receptor location they will have a concentration level that can impact directly or they may deposit to surfaces where they can be an indirect source of impact (e.g. lead particulate in soil).

*How is the air pollution cycle simulated by mathematical a mathematical model?*

The study area is given a geographical reference system so that inputs and outputs can be placed relative to one another.

Process emissions are estimated using a number of approaches including but not limited to:

- engineering estimates;
- activity levels multiplied by emission factors;
- mass balances;
- industry studies; etc.

Fugitive emissions are estimated using a number of different approaches as follows:

- industry studies for process fugitives;
- vehicle dust resuspension emission factor equations based on USEPA studies; and
- wind erosion emission factor equations based on USEPA studies.

Emission points or areas are placed within the model's geographical reference system.

Three-dimensional transport winds for each location within the reference system are created based on either:

- observed surface and upper air data from the study area; or
- a weather forecast model for the study area.

Receptor locations of interest can be located within the geographical reference system and specifically coded into the model as output locations of interest.

## B.5 Emissions

Generally, the larger the emission rate from a source, the larger the downwind concentration and/or deposition at sensitive receptor points.

Emissions can enter the atmosphere in a controlled way (like through a stack or vent) or in an uncontrolled way (by [1] the action of wind on dust from storage piles or that has collected on flat surfaces or [2] from fugitives released during a manufacturing process like smelting).


EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001855

FOLIO: 009487
Numeros

Emissions can also enter the atmosphere at different heights such as at an elevated location (stack top plus plume rise), from the ground (wind blown dusts or vehicle generated dusts from roads) or near the ground (process fugitives, wind blown fugitives from storage piles or roof tops). Height is important because the higher in the atmosphere a pollutant is released the farther it will travel but also the more it will spread out (disperse).

Emissions are put into computer models in a number of different forms in order to simulate the real world. These forms at La Oroya are as follows:

- point sources – controlled sources that primarily emit from a chimney - the Main stack and the Sinter Plant Scrubber stack
- volume sources – uncontrolled sources that emit from windows and vents in some kind of structure or storage pile - the process fugitives from the Copper Roaster Plant, the Copper Converter Aisle, the Reverb Plant and the Lad Sinter Plant
- area sources – controlled or uncontrolled sources that emit from relatively flat areas near the ground (like a road network, activity areas or residential areas) - none used in the model
- line sources – controlled or uncontrolled sources that emit pollutants from long narrow areas (like roads or peak vents) - the roof vents from the Copper Roaster Plant, the Copper Converter Aisle, the Reverb Plant, the Blast Furnace and the Dross Plant.

The main stack emission estimates used in the modelling were based on measured daily values for the main stack and projected future emissions after plant improvements are made. In Figure 1 below, the model input values for 2002, 2005, 2007 and 2011 were from the modelling report prepared by McVehil-Monnett and the 2006 value was calculated from the raw data provided for February 2006. The figure shows the projected downward trend and confirms that the 2006 data is in line with or better than the projects $SO_2$ and Pb emissions.

For the Sinter Plant Scrubber Stack, Dr. Eric Partelpoeg has proposed a method to check the emission rate and the control efficiency.

For process fugitive emissions, DRP estimates were based on data scaled from plants of similar size and 20 years of professional judgement, for $SO_2$ and Pb. Emissions of other metals were done by ratio using actual dust collected in the existing plant. While it was not possible to review the actual calculation, the author does not have any concerns with the emission levels used by McVehil-Monnett in the modelling since an independent check gave approximately the same numbers (see Figure 1).

***No direct or fugitive emissions were included in the model for vehicles or wind blown dust from sources either within the DRP facility or within the general study area. This may be an area of concern in the determination of the source of impacts in various receptor locations.***



EXHIBIT 73

FOLIO: 009488

**Figure 1**
**Emissions Check Main Stack**




The sources missed include the following:

- the stacks and process fugitives of the copper lead refinery in La Oroya Nuevo must be included;
- DRP general work area which will have emissions generated by vehicle movements and potentially wind blown resuspension;
- in total about 50% of the 500,000 tonnes of concentrate process at DRP arrives by truck and the remaining 50% by rail. This significant source of road traffic emissions has not been included in the model. Based on the information received about 83% of the truck traffic comes from the South and the rest from the West. As a result, the following road sources should be included:
  - the road in the Yauli River valley;
  - the road in the Mantaro North River valley from the Inca Hotel to Casaraca;
  - the road through La Oroya from the Inca Hotel to La Oroya Gate;
  - the network of roads in La Oroya Antiqua;
  - the road in the Mantaro South River valley from La Oroya to Huanchan; and
- wind erosion from areas that are both open and disturbed and have a significant frequency of wind speeds above 5.4 m/s. A preliminary look at the data at the Cushurupampa monitoring station shows wind speeds above 5 m/s from 9.9 to 19.2% per month in 2005. Using an average value of 15%

FOLIO: 009489
Número:

and a silt content of say 5% would lead to a wind erosion emission factor of 0.57 kg/ha/day from those types of areas. One area of concern then for the Cushurupampa receptor may be the wind blown fugitive emissions from the large plume impacted area south of Cerro Zinc due to the large prevailing easterly wind component.

In order to demonstrate the importance of these sources, some data from February 2006 of amounts collected by the sweepers at the DRP Site and at La Oroya Antigua was summarized in Table 1 below.

**Table 1**
**Sweeper Data for Non-process Fugitive Emission Source**

| Date | %Pb in Sample | | Total Collected (kg) | | Amount Pb (kg) | |
|---|---|---|---|---|---|---|
| | Oroya Antigua | DRP Site | Oroya Antigua | DRP Site | Oroya Antigua | DRP Site |
| 19-Feb | 4.2 | 3.7 | 55 | 240 | 2.3 | 8.9 |
| 21-Feb | | 2.6 | | 690 | | 17.9 |
| 22-Feb | 2.4 | | 30 | | 0.7 | |
| 23-Feb | 2.2 | | 80 | | 1.8 | |
| 24-Feb | | 2.8 | | 180 | | 5.0 |
| 25-Feb | | 3.3 | | 100 | | 3.3 |
| 26-Feb | | 7.1 | | 200 | | 14.2 |
| 27-Feb | | 6.8 | | 530 | | 36.0 |
| **Average** | **2.9** | **4.4** | **55** | **323** | **1.6** | **14.2** |

The table shows a significant reservoir of Pb and dust on the DRP Site and although there is a factor of 7 less Pb in the La Oroya Antigua area, it still represents a significant daily reservoir of Pb within the community.

It was noted that the plume rise from the main stack in a cross wind was about two stack top diameters. One additional means to lower emission impacts from the main stack would be to increase either the temperature or the exit velocity to give better plume rise and therefore more dilution before the plume reaches the ground. This would have to be tested with the revised model to explore if this would make a substantive enough change to warrant the investment required.

The author also has some concerns about the street sweepers being used. Based on his personal knowledge and contacts, the older (up to 2004) Johnston Model 3000 dry mechanical sweeping units (units used by DRP) were found to collect only about 60% of the $PM_{10}$, and smaller, particles (size range within which metals are found) and in fact have been observed to throw the remaining 30-40% of the dust in all directions and actually produce high ambient concentrations. They also re-distribute material into the centre of the road, thereby making it available to other vehicles to re-suspend potentially doing just the opposite to its intended purpose (reduce impacts on children). The Johnston units were also reported to need repairs more often than other models. Recent testing has shown the Elgin Pelican Mechanical Sweeper collected 80% of the dust and did not re-distribute the


EXHIBIT 73
CONFIDENTIAL
RENCOGRP-001858

FOLIO: 009490

other 20%. Also, overall the testing showed the Tymco Regenerative Sweeper Model DST-6 to be the best for collecting $PM_{10}$, and smaller, particles but these units are substantially more expensive. Another brand, the Tennants Centurion did a good job at picking up dust but tended to drop a lot. In all tests run, using wet sweeping was more effective than dry sweeping. In fact, wet flushing was consistently found to be the most effective method for reducing road dust and is relatively inexpensive but the water must be collected.

## B.6 Transportation and Transformation

The driving force behind transporting and transforming a plume of pollutants is the meteorology. The more complex the topographical situation, the more detailed meteorological information is required to correctly simulate where pollutants in the atmosphere will travel and how they will disperse. The La Oroya area is one of the most complex situations in the world with (1) four river valleys intersecting at, or near, the DRP Facility, (2) significant terrain and (3) high altitudes (3800+ metres ASL).

Generally, at least one year of hourly meteorological data is considered to be a minimum requirement for an air quality simulation in simple terrain. In complex terrain using historical data from the area, 5 years of hourly data should normally be used. However, it is possible today to simulate local meteorology using a full weather prediction model on a very fine scale. With this type of input to the CALMET/CALPUFF Model, one year is considered to be acceptable.

The meteorology on the area of La Oroya is driven by the easterly trade winds of both hemispheres (tropical easterlies) that meet at an area near the equator called the Intertropical Convergence Zone (ITCZ) as shown in Figure 2 on the next page. The ITCZ falls over the La Oroya project location. Global forecast models show two wind directions, at an altitude of 5500 m ASL, as the predominant drivers of the meteorology – NE (~23%) and E (~30%). The other directions occur about 10%, or less, of the time.

Locally the topography will create a complex combination of forces which will result in flows in different directions at different heights so that ground level sources may behave totally differently from elevated sources at certain times of the day. There are four major valleys intersecting at La Oroya – one from the NNE, one from the SE, one from the NW and the last from the SW. This complexity is evident in the data from the Fundicion site. Figure 3, provided by McVehil-Monnett, presents 4 different periods of the day (00-08, 09-12, 13-18 and 19-23) and shows WNW flows overnight (driven by the down slope or gravity flows in the local valleys) with ~3% calms switching to ENE flows by the afternoon (matching the regional driving flows) with virtually no calms. Similar complexity shows up at the Inca Hotel, Cushurupampa, Sindicato and Huanchan monitoring station data based on additional data provided by McVehil-Monnett. In fact a re-analysis of the 2005 data from the Cushurupampa station shows a very similar pattern to the upper level

FOLIO: 009491

regional flows with a large NE sector wind frequency (42% of the time) which should carry emissions toward the Cushurupampa Monitoring Station.

A review of the direction frequencies at the Fundicion Station, from 2000 through 2005, show a remarkably similar pattern with a predominant WNW flow about 25-28% of the time.

**Figure 2**
**Global Circulation Patterns**




The Doe Run staff use a daily forecast wind at a height of 5500 metres from the Brazil CPTEC/INPE/MCT – Regional Model for operational purposes. An example of this forecast for the 10 April 2006 is shown In Figure 4 and confirms a predominantly E to NE regional flow above the La Oroya area.

This forecast is used as input to the Supplementary Control System (SCS) which is used to lower the high sulphur dioxide peaks that can occur during certain local meteorological conditions. Each day the SCS defines one of **six** differing meteorological situations – **two** allow normal operations, **two** require reducing emissions by about 1/3 (shutting down the #6 Copper Converter and staging the Reverb Furnace and the Copper Roasters) and the final **two** (worst case) require reducing emissions by 2/3 (shutting down the Agglomeration Plant and the #2, 3 and 6 Copper Converters and staging of the Reverb Furnace and the Copper Roasters).


EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001860

MINISTERIO DE ENERGIA Y MINAS
DGAA
009492
FOLIO:

**Figure 3**
**Wind Roses for the Fundicion Station**






EXHIBIT 73

CONFIDENTIAL

MINISTERIO DE ENERGIA ...
DGAA
009493
FOLIO:

**Figure 4**
**Brazil 500 hPa Forecast for 10 April 2006**




In the modelling undertaken by McVehil-Monnett, local meteorological data from the monitoring stations at Fundicion, Sindicato, Inca Hotel, Cushurupampa, Huanchan and Casaraca for the year 2002 were used in the CALMET meteorological preprocessor along with estimates of the upper air from the US NWS global forecast model which is run every 6-hours along with fixed cloud cover and ceiling heights by season. This gives a very low resolution upper bound to a very complex surface. While this is one way of generating the required 3-dimensional meteorological data set to drive the CALPUFF Dispersion Model, it does depend on some general flow principles to create the hourly 3-dimensional fields. If there are any errors in the ground level input data, the near ground values can be calculated incorrectly. During the review of the report, the author was informed by McVehil-Monnett that the station at Cushurupampa was found during an audit in 2005 to have a 120 degree error. Since it is unknown in which direction this 120 degree error occurred (not recorded during the audit) or whether it was present in 2002, only some generalizations about the impact of this error could be drawn. This error could have introduced errors into the near ground level flows to the point that flows that should have been down the Yauli River Valley would have actually been up or down the Mantaro River Valley. This error would have been carried through to the air quality dispersion modelling and would show up as higher concentrations at points in the Yauli River Valley and lower concentrations in the Mantaro River Valley (this was observed in the comparison of model vs. observed data). But because the near surface topography is significant and complex, both the near surface and the near stack top meteorology could be significantly different in reality than was actually modelled. This is examined further in the reception section that follows.

Recent advances in meteorological modelling have pointed out that superior three-dimensional wind field data can be generated on the local scale though the use of advanced meteorological models like the Non-hydrostatic Mesoscale Model

MINISTERIO DE ... DGAA
FOLIO: 009494

(NMM), recently adopted as the USA NCEP operational forecast model. This model is so efficient that it can be run on a Personal Computer on grid scales as small as 100 m by 100 m (with some operational optimization in the way the NMM output is used in CALMET). This model can also be used to retrospectively generate a year of hourly data in the format required by the CALMET and CALPUFF Models allowing the full power of both those models to be realized. The major advantage of this type of input is that all the horizontal and vertical structure for a complex area such as La Oroya can be captured allowing the correct dispersion of emitted gases and particles.

## B.7 Reception

There are two types of receptors – calibration receptors and sensitive receptors. Sensitive receptors are usually locations where people live, work or play. Calibration receptors can be coincident with sensitive receptors (as they are in La Oroya) but their purpose is to ensure that the model is correctly predicting the impact of the sources.

Historically many people have believed that the location and siting of both meteorological and air quality stations was important in order to get the right answer in polluted situations. While there was some truth to that (one did not want local topography to steer the plume away from the monitor), with today's detailed meteorological models this is no longer a significant issue. So long as the stations are not obviously blocked by a building or structure, the local topography can be input to the meteorological model and the monitoring locations can act as calibration points for the model predictions. The stations do accurately reflect the meteorology or air quality at the point where they are located.

Notwithstanding the above overview, the six monitoring stations in the La Oroya area are well located to reflect the different parts of the community and are indeed at representative locations for the local sensitive receptors. This is a key point since the monitoring station locations have been used to be representative of community exposure in the risk assessment.

With respect to data quality, Young was impressed by the set up of the monitoring stations in that high quality equipment was being used along with a regular maintenance program and calibrations. All of this is set out in day-by-day schedules for each monitoring location. However, the fact that a 120 degree set up error occurred at the Cushurupampa Station is a bit troublesome and suggests that an independent outside detailed audit might be useful to assure the quality of the data. There is, however, one significant problem with the $SO_2$ Monitoring – the range of the monitor is too low for the current emission levels. The model predicted maximum values at the monitoring stations are in the range of 15,000 – 20,000 $\mu g/m^3$ but the upper range of the monitor is only about 6,000 $\mu g/m^3$. This


EXHIBIT 73
CONFIDENTIAL
RENCOGRP-001863

FOLIO: 009495

means that the historical record has understated the maxima but may have overstated the averages because of saturation recovery in the equipment. Over time as the $SO_2$ emissions are reduced this monitoring equipment maximum mismatch will resolve itself (equipment will be able to monitor the whole range of ambient concentrations) but it does not, and cannot, accurately reflect the current or historical situation for $SO_2$.

Some spot checks of the data were undertaken which generally showed excellent data quality. Some of the calculated values such as average wind directions may be incorrect because of the scale discontinuity around North [both 0 and 360 degrees are both North but averaging a 359 degree and a 1 degree direction should give 360 degrees (N) if done correctly but will give 180 degrees (S) if not done correctly]. Since hourly data was used in the model simulations, this type of longer term averaging should not introduce local errors. It should, however, be corrected in the historical record.

With respect to the risk assessment, the measured concentration at the closest monitoring station was used as the starting point. This should not introduce any air concentration error for Pb but may have over or under-estimated $SO_2$ levels. The use of computer estimated differences between 2002 and future dates, to estimate future conditions for the risk assessment is probably okay for a first analysis but has not been tested on 2003, 2004 or 2005 real data.

The data confirm both frequent and elevated air quality impacts across the community.

The Huanchan Monitoring location shows the highest measured values of $SO_2$ in the area. Some concern was expressed in the Air Quality Report that values there were abnormally high. There was no obvious error in the sampling data so the conclusion drawn in the report was that missing meteorological data at stack top and above caused the model not to simulate properly. With the possible 120 degree error in one of the surface inputs (Cushurupampa), the model may indeed have the meteorology wrong but the explanation for the high observed values at Huanchan seems to be quite simple. The height of the main stack plus its estimated plume rise is about 3750 m. This is almost the same height as the Huanchan Station and coincidentally the lowest height of the broad discolourization on the hills surrounding La Oroya. The lower limit of whitening on the hills is 3750 near Fundicion, 3600 m close to Huanchan, 3725 m along the road to Tarma and 3800 m along the road to Lima. Also it was reported that an analysis of a filter from Huanchan showed exactly the same distribution of components as an analysis of a filter from the main stack. This means that the elevated pollutant plume is flowing along the valleys and impacting on the hillsides which is to be expected.

FOLIO: 009496

## B.8 Discussion

The air quality report by McVehil-Monnett states that models are generally unreliable in predicting the concentration at specific receptors for a specific hour. In Young's professional opinion, this is not a true statement when the correct hourly 3-dimensional meteorological data (representative of the area under study) is used. Our experience is that 75-95% of the hourly model predictions are within a factor of two of the observed hourly average data.

The CALMET/CALPUFF Model uses land use data to modify the wind regimes near the surface. A review of one of the model input files (March 2002 for Pb) shows that all model cells were assigned to Category 70 (barren ground). While this may be correct for much of the upper hilly parts of the area, it would be better to assign urban, industrial and river (water) categories so that the surface driving forces are correct. Using "barren ground" everywhere will modify the near surface winds in some non-simple way.

Also the sensitivity of the use of fixed cloud cover and ceiling height was not tested and may have a significant effect on the true upper level flows.

The stack measurements are normalized but this was not taken into account in the actual flow volumes used in the model. Combining this with the missed non-process fugitive sources means that the model may give near correct results.

A re-run of the model for Pb for March 2002 showed a match with the numbers in the McVehil-Monnett report.

Table 2 compares model predicted Pb concentrations (including a missing sources correction) against observed annual means for four monitoring locations.

**Table 2**
**Comparison of Modelled vs. Observed Annual Pb Mean Concentrations**

| Location | Original Model | Background | Corrected Model | Observations at Standard Conditions | Observations at Local Conditions | Ratio Model/Obs |
|---|---|---|---|---|---|---|
| Sindicato | 2.25 | 0.89 | 3.14 | 2.56 | 1.55 | 2.03 |
| Hotel Inca | 1.24 | 0.4 | 1.64 | 1.69 | 1.02 | 1.60 |
| Cushurupampa | 3.24 | 0.18 | 3.42 | 1.07 | 0.65 | 5.30 |
| Huanchan | 3.33 | 1.16 | 4.49 | 4.42 | 2.67 | 1.68 |
| AVERAGE | 2.52 | 0.66 | 3.17 | 2.44 | 1.47 | 2.65 |

| | Temperature in Degrees Kelvin | Pressure in kPa | | | |
|---|---|---|---|---|---|
| 1m3 at Standard Conditions of | 273.15 | 101.325 | gives | 22.414 | m3/kgmol |
| 1m3 at Local Conditions of | 283.15 | 63.5 | gives | 37.075 | m3/kgmol |

Ratio (Standard/Local) = 0.605



EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001865

FOLIO: 009497

The table shows that the model, as run by McVehil-Monnett, over-predicts the observed annual Pb concentrations by a factor of 2.65 on average. This is outside the expected range for good air pollution models which is a factor of 2. The table also shows that this over-prediction ranges from a low of 1.60 at Hotel Inca to 5.30 at Cushurupampa (the site with the possible 120 degree direction error). The table indicates the importance of good meteorological data. It also reminds us that in a complex topographical situation such as La Oroya will often, at night, have a stable atmosphere in a valley that can be completely decoupled from the flow above the valley. This means that using an average emission rate, rather than an hour specific rate, may also lead to poor comparisons with observed data. The over-estimation could also be the result of the SCS reductions of 1/3 to 2/3 of the total emissions not being considered by the model which would again tend to over-estimate the concentrations. This would be removed if hour-by-hour emissions were used.

But the key question with respect to air quality is "Was the long term air quality reflected properly in the preliminary risk assessment"?

My initial response is **yes** for metals and **probably not** for $SO_2$, for the following reasons:

1. the actual 2002 monitoring data was used as input to the preliminary risk assessment not the modelled data;
2. for future years the computer model determined percentage reductions from the 2002 baseline (which are usually relatively unbiased since the same errors would occur in both the current and future projections) were used as the input to the risk assessment **BUT** the projections for 2003, 2004 and 2005 using this method were never checked against the actual monitoring data for those years. If this comparison had been done, the reader would have had some confidence that the model was not producing a biased estimate. This type of check should be done immediately;
3. comparing the model predicted concentrations and depositions against the measured values suggests that there is no major bias (except for $SO_2$) in the most affected area (La Oroya Antigua) but does leave questions for the Cushurupampa location because of the 120 degree input error in the meteorological starting data used in the CALMET model. This may be fortuitous in that normal conditions were used for the main stack emissions characteristics (this would under-estimate the stack exit flow volumes and thereby the plume rise leading to an over-estimate of ground level concentrations). This over-estimation will balance the under-estimation caused by the missed sources giving an answer that may be approximately right; but
4. when meteorology is uncertain a Monte-Carlo approach is usually considered to be the best approach for a risk assessment


EXHIBIT 73

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009498
Números
Letras

## B.9 Responses to Specific Tasks Outlined

The responses to the specific tasks outlined are presented in this section. The task is presented in italics and the answer follows.

***Task 1** - to evaluate the grade of exposure and air contaminants acceptable level in the city of La Oroya and its surroundings, taking into account the estimated emissions though the air quality dispersion model presented in the request file.*

**Response** – Currently the exposure is above the acceptable level for air quality as established by the Peruvian Government. The actual level of exposure has been decreasing since the PAMA was established. The ability of the wind to disperse emitted pollutants in the La Oroya area is limited due to the complex meteorology and topography. The air pollution dispersion model used in the study is the state-of-the-science model but its actual application is limited by the meteorological input data used. Because of the historical build-up of heavy metals in the soil and the fact that the model did not consider this as a source means that the exposure may have been underestimated. This is particularly important for Pb in that it is not clear without further testing the location of the historical lead reservoirs but it is very important to include those in the model.

***Task 2** - give his opinion related to the air quality and emissions monitoring program, that includes the correct location of the air quality and emissions monitoring stations, procedures on the calibration of the equipment, etc.*

**Response** – see Section B.7 for a detailed discussion of the air quality monitoring. With regard to the stack monitoring, the methodology and equipment (Anderson Samplers) used have been used in other locations for many years and have proven reliable. The sampling in the main stack has a documented procedure that Young reviewed. Samples are made on a 24-hour continuous measurement basis once per week and for 8-hours continuously for the other 6 days. The only change that Young would recommend is to report the results in local rather than normal atmospheric conditions. This is because using normal conditions in the model will under-estimate the plume rise. This could be another part of the explanation for the model under-predicting $SO_2$ at Huanchan.

***Task 3** - analyze the impact of the environmental mitigation measures that DRP suggests, in order to reduce the particulate matter emissions from the stacks and the fugitive emissions.*

**Response** – Given the caveat that the meteorological input data to the current model needs to be improved, the modelled improvement based on the emission reduction plan from the process stacks and the process fugitives will match the modelled future states. The available data on main stack emissions of Pb vs. the maximum downwind concentration of Pb is presented by year in Figure 5 below


EXHIBIT 73

DGAA
FOLIO: 009499
Números

and does show the maximum concentrations are starting to follow the reduction in the main stack Pb emissions. This reduction shows up clearly in the Huanchan data which most effectively tracks the downwind stack impacts. It should be noted that for this assessment 2005 data was only available to the end of May.

**Figure 5**
**Comparison of Main Stack Pb Emissions vs. Receptor Concentrations**




*Task 4 - analyze the influence of the concentrations of historical Pb on La Oroya's air quality and its surroundings.*

**Response** – The concentrations and deposition resulting from the historical lead can be correctly simulated with the CALMET/CALPUFF Model so long as the source terms are put into it correctly. The impact of the historical emissions becoming re-entrained by the wind is a function of the percentage of the time that the wind speed near a disturbed surface is greater than 5.4 m/s. As this data was not available at the beginning of the assessment, a simple background value based on the average and absolute lowest observed Pb concentrations was used as a first estimate of this missing source. For La Oroya Antigua, a re-calculation shows the following annual impact of Pb: stack = 0.51 μg/m$^3$ (19% of the total), process fugitives = 1.54 μg/m$^3$ (58% of the total) and background sources [historical Pb in soil plus vehicle traffic] = 0.60 μg/m$^3$ (23% of the total). Using a similar approach for the Hotel Inca location also gave a percentage contribution of 23% due to the historical Pb in the soil plus current vehicle traffic.

*Task 5 - analyze how meteorological characteristics and climatic effects influence the dispersion of contaminants.*

FOLIO: 009500

**Response** – see Section B.6 for a detailed discussion.

***Task 6** - formulate recommendations to avoid greater contaminant concentrations in La Oroya's atmosphere during thermal inversion periods.*

**Response** – see Section B.10 below – real-time SCS.

***Task 7** - recommend the measures and environmental studies that should be required by DRP that might improve air quality in La Oroya and provide input to the assessment of progress in the people's health risk reduction.*

**Response** – see Section B.10 below.

***Task 8** - make any other recommendation that the consultant may feel necessary*

**Response** – see Section B.10 below.

## B.10 RECOMMENDATIONS

The following recommendations are presented in order of importance; the most important one being presented first:

1. input detailed 3-dimensional meteorology into the CALMET/CALPUFF Model from a state-of-the-science weather forecast model in order to properly simulate the complex flow patterns in and over the La Oroya area. At the very least one year (2005) of hourly meteorological data should be used in order to properly represent the future air quality impacts in an updated risk assessment as well as to meet the requirement to determine the final destiny for each pollutant emission stream;

2. add the missing process (stack and process fugitives of copper lead refinery in La Oroya Nuevo) and non-process fugitive emission sources (on-site wind-blown, offsite wind-blown, offsite roads, plume impact area south of Cerro Zinc), re-run the model on an hour-by-hour basis for 2005, compare the results against the individual day-by-day monitoring data (all stations and all air quality and meteorological parameters) and calculate the standard EPA statistics for model performance, as well as the source attribution analysis at each monitor location;

3. the re-modelling should focus on $SO_2$ and heavy metals but should also be run in the future for $PM_{10}$ impacts. Particle size distributions are simple to measure (amount passing a 200 mesh screen and then analyzed for metal content) and should be made locally as part of the new model input:


EXHIBIT 73

FOLIO: 009501

4. create and implement a dust management plan for the whole facility in order to control, to the extent possible, on-site non-process fugitives;

5. that the SCS and the new government requirements for an Alerting System be combined by using a real-time weather forecast model tailored to the La Oroya Area so that the air quality model becomes an operational tool rather than just a study tool. The advantages of this approach are: (1) SCS will be more precise leading to less downtime than the current SCS system requires, (2) an hour-by-hour forecast at least one day in advance will be available to use for process operations planning as well as informing the community of potential higher than normal pollution levels, and (3) the existing 6 monitoring stations can be used to asses, in real time, the performance of the air quality model providing better information to the public. If this type of system is adopted, real-time samplers (CEMs) should be used on the main stack to provide real-time inputs to the model;

6. the 2005 re-run of the air quality model can be used to give house-by-house inputs to an updated risk assessment for both the current and future conditions;

7. a detailed independent audit of the air quality / meteorology monitoring system should be undertaken. For air quality, this audit should include testing the whole pathway from presentation of a blind concentration at the monitor input, through the correct value being recorded at the central station, to a check of all calculations performed on this data to its storage in the data archive. For meteorology, the similar pathway should be tested beginning with equipment set-up and calibration, through a blind direction being input at each monitor and being correctly captured at the central station, to long term averaging particularly of wind directions;

8. since pollution concentration is directly proportional to emission rate and release height, if technically possible the plume rise from the main stack should be improved through either increasing the plume temperature or the exit velocity (through coning).

**Recommendations not Directly Related to the PAMA**

9. the Doppler Acoustic Sounder is not considered to be a reliable operational tool. It is recommended that it be moved to the background Casaraca Station and the data collected over time used to do a retrospective comparison against the forecast meteorology for those parameters that can be usefully and reliably monitored;

10. it is recommended that all emissions and ambient monitoring data be reported in local conditions rather than being converted to standard conditions. This makes air quality modelling simpler (no corrections



EXHIBIT 73

FOLIO: 009502

required on either inputs or outputs) with less chance for error and allows the data to be fed directly into the risk assessment;

11. establish one residence in La Oroya Antigua as a research centre to determine the source receptor pathways to humans from the different metals reservoirs such as Pb in air, Pb in old disturbed soil, wind blown Pb, current Pb deposition on flat surfaces, etc.; and

12. if more street sweepers are to be bought the Tymco Regenerative Air Sweeper or the Tennants Centurion is preferred in order to maximize $PM_{10}$ collection and minimize re-distribution and emissions. However, if enough water is available, DRP should consider wet flushing in lieu of dry sweeping in order to minimize the impacts on the human receptor, especially in La Oroya Antigua.

**Submitted by James W. S. Young**

May 10, 2006

DGAA
FOLIO: 009503
Número
Letras

# Appendix C- Health Related Issues


1.0 SCOPE OF REVIEW....................3
2.0 SUMMARY OF ACTIVITIES AT LA OROYA AND DOCUMENTS REVIEWED....................5
3.0 BACKGROUND INFORMATION ON OTHER EXPOSED POPULATIONS....................8
4.0 COMMENTS ON HUMAN HEALTH RISK ASSESSMENT STUDY....................14
5.0 EXPOSURE EVALUATION....................17
6.0 PREVENTION AND MITIGATION MEASURES....................18
6.1 IMMEDIATE NEED FOR LEAD-SAFE RELOCATION HOUSING....................18
6.2 REFINEMENT OF CURRENT PERIODIC SHUTDOWN OF OPERATIONS FOR HEALTH REASONS....................19
6.3 EXTERIOR CLEAN-UP OF DUST BY WET AND VACUUM METHODS....................19
6.4 SOIL LEAD EXPOSURE MITIGATION EFFORTS....................23
6.5 INTERIOR DUST LEAD CLEAN-UP IN HOUSING....................25
7.0 STANDARDS FOR METAL CONCENTRATIONS IN SOIL....................27
8.0 ADDITIONAL ENVIRONMENTAL STUDIES NEEDED....................28
8.1 AREA-WIDE SOIL LEAD ASSESSMENT....................28
8.2 HOUSING CENSUS....................28
8.3 PROVISIONS FOR WATER SUPPLY AND WASTEWATER DISPOSAL SYSTEMS....................29
8.4 POSSIBLE IMPACT OF HUANCHAN SLAG STORAGE....................29
9.0 OTHER RECOMMENDATIONS....................30
9.1 HEALTH STUDY OF PRESENT AND FORMER SMELTER COMPLEX EMPLOYEES....................30
9.2 STUDY OF EFFECTS OF SULFUR DIOXIDE AND PARTICULATES ON POPULATION OF THE COMMUNITIES....................30
10.0 ADDITIONAL QUESTIONS PRESENTED APRIL 13, 2006....................32
11.0 REFERENCES....................36




EXHIBIT 73

MINISTERIO DE ENERGIA Y MINAS
FOLIO: 009504
Números
Letras

DISCLAIMER

This report is based on the best information available to the Scott Clark within the time constraints of the review. The material in it reflects his best judgement in light of the information available to him at the time of preparation. Specifically, it is based on information supplied by site representatives, a review of reports, discussions with individuals, a brief walk through of part of the facility and the surrounding area. He has prepared this report using information understood to be factual and correct and shall not be responsible for conditions arising from information or facts which were not fully disclosed to him, or for conditions which can only be confirmed through sampling or monitoring.

This report was prepared by the Dr. Scott Clark for the Ministry of Energy and Mines, Peru to aid in their decision-making with respect to an Exceptional Extension Request for the Sulphuric Acid Plants project of La Oroya Metallurgical Complex PAMA. Any use of, or reliance or decision based on this report by any third party is the sole and exclusive responsibility of such third party. Dr. Clark accepts no responsibility for damages, if any, suffered by any third party as a result of the use of, or reliance or decision based on, this report.

FOLIO: 009505

## 1.0 SCOPE OF REVIEW

Dr. Clark was asked to address the following specific items:

1. Human Health Risk Assessment Study. Evaluate and give his opinion about the human health risk assessment study prepared by Integral Consulting and presented by Doe Run Peru. (DRP).
2. Exposure Evaluation. Evaluate the exposures to heavy metals (lead, arsenic, cadmium and others) and to sulfur dioxide ($SO_2$) in the City of La Oroya and surroundings after the year 2006, taking into account the estimated emissions from the air quality dispersion model presented by DRP in the file for the present application for the extension.
3. Prevention and Mitigation Measures. Propose the prevention and mitigation measures and recommendations in order to not affect human health by the effect of the concentrations of air contaminants arising from the estimated emissions of the operation of the Metallurgical Complex of La Oroya during the period of extension of the "Sulfuric Acid Plants "project.
4. Standards for Metal Concentrations in Soil. Evaluate the acceptable levels of metal concentrations in soil, according to international standards, proposing recommendations in order to reduce human health risks coming from this contamination source.
5. Additional Environmental Studies Needed. Recommend the measures and environmental studies that should be required to DRP, so as to reduce human health risks for exposure to air contaminants that will allow improving the air quality in La Oroya and assess the reached progress in the people's health risk reduction.
6. Other Recommendations. Any other recommendations that may arise during the course of this review.
7. Additional Questions Presented April 13, 2006. Subsequent to the meeting of the expert panel with MEM staff in the afternoon of April 13, 2006, a list of thirteen health risk-related questions were sent by e-mail. Responses to some of these

questions are included in the response to items (1) to (5) above. The others are addressed in this separate section.

8. SUMMARY OF CREDENTIALS

Dr. Scott Clark is Professor of Environmental Health at the University of Cincinnati and Director of the Division of Occupational and Environmental Hygiene in the Department of Environmental Health. He received his PhD degree from the Johns Hopkins University. He has over thirty years experience as part of a team conducting environmental health studies of children exposed to lead. These studies have resulted in an increase in the understanding of the direct and indirect pathways though which children are exposed. The primary sources of exposure in these studies have been: (a) lead-based paint related, (b) mining related and (c) combinations of the two. His research has also involved in the evaluation of interventions aimed at reducing exposure to lead-contaminated soil and dust (exterior and interior) and to lead-based paint. He has also performed research in the use of field-based portable X-Ray Fluorescence (XRF) Analyzers for determining lead levels in soil, dust, air and paint. His studies have been conducted in a number of countries in addition to the U.S., including Poland, India and Malaysia. He has also provided advice to the Community Task Force in Trail, British Columbia as they were developing their strategies for reducing exposures to past and present emissions from a lead/zinc smelter and to the Focus Meetings of the Task Force in Herculaneum, Missouri to assist them in evaluating data developed as part of efforts to reduce exposure to releases associated with the Doe Run smelter located there.

## 2.0 SUMMARY OF ACTIVITIES AT LA OROYA AND DOCUMENTS REVIEWED

Scott Clark's two and one-half days on-site in La Oroya (Monday afternoon April 10, 2006 through Wednesday April 12, 2006 at approximately 7:30 pm) were divided approximately equally between time spent at the smelter complex site and in the community. He was accompanied during this time by at least one representative each from MEM and DRP.

On-Smelter Complex Site Activities: Overview presentation by DRP followed by visit to parts of the complex (attended by all three member of expert panel). Start of second day MEM, DRP and panel meeting to plan schedule for day. End of second day brief meeting. Third day: activity planning meeting, brief overview visits to concentrate unloading (truck and railcar) and storage areas and to slag storage area. (Met with other panel members and MEM staff). Presentation by DRP industrial hygienist (also in attendance- Mr. Vorberg of Doe Run and DRP physician and associate). Meeting with Dr. Schoof of Integral Consulting.

Community Activities. Second day morning: power point presentation by Coordinator of MINSA-DRP Agreement, visit to area where wet washing of street by Agreement staff and volunteers was actively underway, brief visit to one home, Visit to school area which had been improved by addition of modern bathroom and shower facilities and paving of formerly dirt play areas; tour of Agreement facility (joined by Mr. Vorberg of DRP and Dr. R. Schoof of Integral Consulting for rest of morning) to see classrooms and evaluation facilities. Visit to day care center at Casaracra (not operating currently since it was recently re-painted), computer facility added at Agreement-supported school, dairy products development area, pasture improvement and cattle treatment and handling facility. Afternoon: walking tour of La Oroya Antigua including visits to several houses- some of which were home to children with elevated blood lead. Wednesday morning: meeting at Agreement center to discuss dust collection practice (joined by Dr. Schoof), purchase of samples of new residential paint (to follow-up on

statement earlier in week that some locally-available paint was thought to contain high levels of lead), brief visits with representatives of two community groups (one in La Oroya Antigua and one in La Oroya Nuevo). Attended meeting of governmental agencies followed by a press conference.

Information Received and Reviewed: Human Health Risk Assessment prepared by Integral Consulting Inc for Doe Run Peru, December 2, 2005, including appendices; "Development of an Integrated Intervention Plan to Reduce Exposures to Lead and Other Contaminants in the Mining Center of La Oroya Peru" prepared for United States Agency for International Development, Peru Mission by U.S. Centers for Disease Control and Prevention, May 2005; "Interior Dust Levels in La Oroya Peru" prepared by Asociacion Civil Labor and Occupational Knowledge International October 2004. Copy in English of the Ninety (90) comments to the materials that DRP submitted in support of its request for an Extension to the PAMA. An English version of DRP responses was not available at the time of the preparation of this report. Through conversations with others since the visit to La Oroya and up to the moment of completion of this report, the availability of additional relevant material became apparent but time was not available for review.

Activities April 14, 2006 in Lima Peru. Telephone conversation with Alejandro Farrell of the Presbyterian Church USA and the Movement for Health of La Oroya. I had received his name from a person in the US who heard that I was going to La Oroya. He was concerned that we may not have access to comments on the PAMA extension request and Human Health Risk Assessment such as that prepared by Dr. Anna Cederstav, a co-author of "La Oroya Can't Wait". Ms. Maria Chappuis, identifying herself as formerly with "the Ministry" called about 4:00 pm April 14 and requested that she be able to talk with me briefly. We met at about 6:30 pm April 14. She expressed her view that DRP had not acted on the PAMA in a timely manner since its inception. I indicated that I was focusing on present conditions and those anticipated in the future and was not attempting to evaluate past performance, which would require much different activities.

April 21, 2006 Dr. Anna Cederstav called me on Friday April 21, 2006 and during the conversation expressed her support of independent review of the La Oroya situation but that the brief time available for my review was very inadequate. She expressed the need for continuity of efforts and her disappointment that the recommendations in the report prepared by the US Centers for Disease Control and Prevention (mentioned above), for example, were largely unaddressed.

DGAA
009509
FOLIO:



EXHIBIT 73

CONFIDENTIAL RENCOGRP-001878

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009510
Números



## 3.0 BACKGROUND INFORMATION ON OTHER EXPOSED POPULATIONS

Many other communities around the world have experienced health problems with emissions from lead and other smelters and from other sources. Information from two such communities with which I have some personal experience will be briefly presented in the interest in putting into perspective the situation in La Oroya. One community is Trail, British Columbia (Canada) which has been the site of a major lead and zinc smelting facility since 1916 and the other is Herculaneum, Missouri (US) where a lead smelter has been in operation since the late 19th century, about 115 years ago. The average blood lead in the Trail BC community was 22 µg/dl in 1975; 11.5 µg/dl in 1996, the year before the new lead smelter was installed; and decreased to 5.9 µg/dl in 1999.

In a January 2001 report, 24 % of the children in Herculaneum were reported to have a blood lead level of 10 µg/dl or higher with an average of 8.9 µg/dl. As a result of the findings in Herculaneum in 2001 (24 % of children with levels of 10 or above, about 100 households were temporarily relocated while Doe Run cleaned up contaminated yards and homes. From recently assembled data (Sterling 2006) blood lead samples collected during the 1992-1999 period had an average value of 13.4 µg/dL with 73 % exceeding 10 µg/dL. During the late 1990s a number of improvements were made at the smelter including emission controls at the stack and containments over areas producing fugitive emissions.

To assist the Trail Community Lead Task Force in the identification of remedial options, exposure pathways investigations were undertaken. Data were collected on potential exposure risk factors through questionnaires administered to parents and from environmental samples (yard soil, interior floor dust lead, interior windowsill dust lead, exterior yard dust and street dust; peeling paint films and garden vegetables were collected where available. The resulting lead exposure pathway as determined by structural equations modeling at the University of Cincinnati is shown in **Figure C.1** below which was taken from "Exposure Pathways Investigations, Final Report, Trail Community Lead Task Force September 1995 (Hilts et al 1995). Time spent outdoors



EXHIBIT 73

was also a predictor of blood lead and likely is a surrogate for direct exposure to exterior sources such as soil and exterior dust.

**Figure C.1 Trail Lead Program Environmental Lead Exposure Pathway** (from Hilts et al 1995)

FOLIO: 009511

FIGURE 2.1

TRAIL LEAD PROGRAM
ENVIRONMENTAL LEAD EXPOSURE PATHWAY

N = 176, $R^2$ = 69.15%




Air lead at the time of the pathways analysis was about 0.5 µg/m³, about one-tenth that currently measured at some times in La Oroya. Air lead levels in Trail BC during the 1969 to 1999 period are presented in **Figure C.2** (Hilts et al 2001). Concentrations have decreased considerably since the early part of this period when they were in the 2.5 to 3.5 µg/m³ range and dropped further from 0.6 µg/m³ to about 0.3µg/m³ when the new lead smelter was placed into operation in early 1997. Thus, most of the decrease occurred before the new smelter was placed into operation in 1997. Patterns of lead in dustfall (mg/m²/day (**Figure 3**) and street dust lead (ppm) (**Figure 4**) in several communities in the Trail area, some of which lie along the

Columbia River (Hilts et al 2001). The patterns are similar. [note: The limited data available indicates much higher street dust levels in La Oroya – Section 6.3.]

**Figure C.2 Air Lead Levels in Trail, B.C. 1969-1999**

(from Hilts et al 2001)

FOLIO: 009512

*Figure 9 - Annual Geometric Mean Air Lead Level at Four Stations in Trail Area*



**Figure C.3 1992 Dustfall Lead (mg/m²/day) in Several Communities in the Trail, BC Area**

(from Hilts et al 2001)




Figure 10: Lead in dustfall in the neighbourhoods of Trail.

**Figure C.4 1992 Street Dust Lead Levels (ppm) in Several Communities in the Trail, BC Area** (from Hilts et al 2001)




FOLIO: 009513

Figure 7: Streetdust lead levels in the neighbourhoods of Trail.

As part of their planning process the Trail Community Lead Task Force also compiled data on thirteen (13) lead exposure pathways studies, with brief description of measurements made, blood lead levels, the strongest determinant of blood lead and the second strongest determinant (Hilts et al 1995). Eleven of the thirteen studies were of mining communities (**Table C.1**, from Hilts et al 1995). The community most similar to La Oroya with respect to blood lead is Silver Creek, Idaho (US) which had active smelter.mines at the time of the study. Average blood lead level was 38 µg/dl, similar to that in La Oroya Antigua. Air lead concentration was the strongest predictor of blood lead with soil lead the second strongest. [note: These findings contrast strikingly with the HHRA estimate that outdoor dust is the predominant source of exposure with indoor dust a distant second and inhalation of air lead is a very small source].

### Table C.1 Examples of Lead Exposure Pathways Studies Conducted at Other Sites (from Hilts et al 1995)

009514

**Table 3.3-1a Examples of Lead Exposure Pathways Studies Conducted at Other Sites**

| Study Description | Strongest Determinant of Blood Lead | 2nd Strongest Determinant of Blood Lead |
|---|---|---|
| Silver Valley, Idaho, 1974 (Yankel et. al., 1977)<br>Average blood lead: 39 µg/dL<br>Measured lead in: soil, floor dust (conc. only), exterior dust, paint, grass, garden vegetables, ambient air, | Air lead | Soil lead |
| Boston, Massachusetts, 1979-81 (Rabinowitz et. al., 1985)<br>Average blood lead:6.8 µg/dL<br>Measured lead in: soil, floor dust (loading only), paint, indoor air | Floor dust lead | Soil lead |
| Silver Valley, Idaho, 1983 (Panhandle Dist. Hlth. Dept. et. al. 1986)<br>Average blood lead: 14 µg/dL<br>Measured lead in: soil, floor dust (conc. only), paint, garden vegetables, ambient air | Floor dust lead | Soil lead |
| East Helena, Montana, 1983 (Lewis & Clark County Hlth. Dept. et. al., 1986)<br>Average blood lead: 13.0 µg/dL<br>Measured lead in: soil, floor dust (conc. only), paint, garden vegetables, drinking water, ambient air, | Floor dust lead | Air lead |
| Cincinnati, Ohio, 1985 (Bornschein et.al., 1988)<br>Average blood lead: 16.9 µg/dL<br>Measured lead in: floor dust (loading and concentration), exterior surface dust, paint | Floor dust lead | Paint lead |
| Telluride, Colorado, 1986 (Bornschein et. al., 1988)<br>Average blood lead: 6.1 µg/dL<br>Measured lead in: soil, floor dust (loading and conc.), windowsill dust, paint, drinking water | Floor dust lead | Soil lead |

In Herculaneum, exposure reduction efforts included a buy-out of houses with high lead soil and a community-wide program of housecleaning and replacement of high lead soil. Extensive monitoring efforts were undertaken including street dust lead loading determination. Cleaning of community streets with a modern vacuum-equipped cleaning vehicle was performed continuously throughout the day. Street dust lead levels were thought to be increased by trucks using residential streets in hauling concentrate to the smelter. Concentrate had previously been hauled by railroad. A series of Herculaneum Focus Meetings were held with members of their Task Force and others to develop a Home Interior Dust Lead Cleanup Strategy. The environmental monitoring program included dustfall sample collection, street dust sampling with a vacuum method developed by the US EPA contractor, soil sampling and interior dust sampling with a vacuum method and with the standard dust wipe. .method. Eight (8)



EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001883

air monitoring stations were used to collect samples for the determination of airborne lead. For the station with the highest three month average during July-September 2002, 1.01 µg/m$^3$, daily values ranged from 0.06 to 4.73 µg/m$^3$.

DGAA
FOLIO: 009515
Letras

**Table 3.3-1b Examples of Lead Exposure Pathways Studies Conducted at Other Sites, Cont'd**

| Study Description | Strongest Determinant of Blood Lead | 2nd Strongest Determinant of Blood Lead |
|---|---|---|
| **Leadville, Colorado, 1987** (Cook et. al., 1993)<br>Average blood lead: 8.7 µg/dL<br>Measured lead in: soil, floor and windowsill dust (conc. only), paint, drinking water | Soil lead | |
| **Trail, British Columbia, 1989** (Hertzman et. al., 1989)<br>Average blood lead: 13.1 µg/dL<br>Measured lead in: soil, floor and windowsill dust (conc. only), paint, garden vegetables | Soil lead | Windowsill dust lead |
| **Midvale, Utah, 1989** (University of Cincinnati, 1990)<br>Average blood lead: 5.2 µg/dL<br>Measured lead in: soil, floor dust (loading and conc.), exterior surface dust, paint, drinking water | Soil lead | Paint lead |
| **Butte, Montana, 1990** (Butte-Silver Bow Hlth. Dept. & Univ. of Cinc., 1992)<br>Average blood lead: 3.5 µg/dL<br>Measured lead in: soil, floor dust (loading and conc.), exterior surface dust, paint, drinking water | Floor dust lead | Soil lead |
| **Broken Hill, New South Wales, Australia, 1991** (NSW Hlth. Dept., 1994)<br>Average blood lead: 16.0 µg/dL<br>Measured lead in: soil, floor dust (conc. only), peeling paint, drinking water | Soil lead | |
| **Granite City, Illinois, 1991** (ATSDR, 1994)<br>Average blood lead: 5.6 µg/dL<br>Measured lead in: soil, floor dust (loading and conc.), paint, drinking water | Floor dust lead | |
| **Trail, British Columbia, 1992** (This report)<br>Average blood lead: 10.8 µg/dL<br>Measured lead in: soil, floor dust (loading and conc.), windowsill dust, exterior surface dust, peeling paint, garden vegetables | Floor dust lead | Soil lead |

FOLIO: 009516

## 4.0 COMMENTS ON HUMAN HEALTH RISK ASSESSMENT STUDY

The Human Health Risk Assessment (HHRA) Study prepared by Integral Consulting Inc. contains the recommended US EPA cancer risk assessment methodology and it appears to be an appropriate assessment. For upper end exposures, the highest combined risk estimate for the inhalation of arsenic and cadmium is two in one hundred. (much higher than the USEPA range of acceptability of one in ten thousand to one in a million). Since the exposures result from DRP operations, occupational exposures would be much higher than residential exposures. A health survey of present and former DRP employees may yield important information on the extent of cancer risks due to DRP (see first paragraph of **Section 9.0** for more details).

The HHRA risk characterization that the elevated sulfur dioxide concentrations combined with the particulate emissions are likely to have an adverse impact on lung function for residents in neighboring communities appears to be well-supported. Current DRP efforts to curtail production at times designed to mitigate these exposures should be encourage and expanded. Levels are projected to exceed the Peru standard by several fold and to be lower than but near the threshold for increased mortality and bronchitis. The impact of this exposure will be aggravated, particularly for asthmatics, by the presence of particulates.

The model for predicting blood lead levels developed in the above study (the Integrated Exposure Uptake Biokinetic (IEUBK) model, supplemented by the Integrated Stochastic Model (ISE) is not appropriate for Peru. The IEUBK was developed for US populations and has an underlying premise, as stated in the HHRA, that exposures are dominated by soil ingestion. It requires numerous parameter estimates that are not well validated for US populations and are even more difficult to estimate for a population such as in the La Oroya area. The model does not result in a determination of the direct and indirect pathways through which children are exposed to lead... These



EXHIBIT 73

FOLIO: 009517

pathways are needed in order to effectively design mitigation efforts in the La Oroya communities and to design monitoring systems to help evaluate the effectiveness of DRP complex improvements on lead levels in the La Oroya area. The interior dust lead collection method used in the Integral study does not produce results that are comparable to health-based standards for lead in dust which are expressed in terms of loading (quantity of lead per unit area). There is a standardized wipe procedure that produces results in units of mass of lead per unit surface area. This method is the one used in the October 2004 report on Interior Dust Lead Levels in La Oroya, Peru.

The IEUBK model was developed by the USEPA for use on Superfund sites to determine risk from various exposure pathways. This model involves numerous input variables, which must be estimated. . The estimates are often derived from literature variables. The model predictions for blood lead were compared with actual blood lead data and variables adjusted until the model agrees with the actual blood lead levels. The ISE model that was used allowed for a range of values for the variables to be used through use of monte carlo procedures. The input variables can be adjusted so that the results match the actual values as closely as possible. The resulting model was then used to predict the impact on blood lead of changes of future DRP emissions predicted from the air dispersion model. The predictive model does not contain the actual pathways of exposure of the children in La Oroya but are more appropriately 'artifacts' of the model.

An example of an alternative approach, one not involving the large number of assumptions needed for the IEUBK model, has been used for a number of years to estimate the direct and indirect pathways contributing to blood lead levels. (See Section 4.0, Background Information on Other Lead Smelter Exposure Sites). This model, known as the structural equations model, involves the simultaneous linear regression equations to predict major variables such as exterior dust, interior dust and blood lead independent variables such as, for example, air lead, distance from smelter, direction from smelter, paved/unpaved road, house accessed from hillside steps, number of children in home, number of adults in home. The resulting model would show the direct and indirect pathways leading to blood lead. The air dispersion model discussed elsewhere in the report (**Appendix B**) could be used to develop air

concentration data as average levels for particular time periods, specific to the location of each child's house, and other location where a major portion of time is spent. By adjusting the values of some of the input variables such as might occur from emissions reductions efforts, such as air lead and settled dust loading, a prediction can be made of the resulting blood lead. If the changes in emission reduction efforts and community dust and soil level reductions are not adequate to reach the desired goals of no more than five (5) percent of the blood lead levels exceeding than 10 ug/dl, the model can be used to determine what other exposure factors need to be changed.

An alternative approach needs to be undertaken that includes such exposure indices as house floor dust wipe lead loading (µg lead per unit area), neighborhood soil and exterior dust lead levels and air lead at the location of the child's home, and other major location where time is spent- this can be estimated using the revised air model presented elsewhere in this report.

## 5.0 EXPOSURE EVALUATION

Comments on the exposure evaluation for carcinogens, sulfur dioxide, lead and other metals were included in the comments on the Human Health Risk Assessment in Section 5.0.

The very high blood lead levels of children in the La Oroya area and the very high air and dust lead levels that have been reported are evidence that a severe health problem exists. This problem has been evident for several years and was undoubtedly in existence for many years in the past. The behavioral and cognitive results of exposures at the levels in the La Oroya area have been documented in a number of carefully designed and executed studies. One of these studies, the Cincinnati longitudinal study included in the table of exposure pathways (Table C.1 b), has been the first to find actual changes in the brain associated with the behavioral and cognitive findings. Through analysis of Magnetic Resonance Imaging on these individuals, now ages 20 – 23 years, reductions were found in total brain volume with regional gray and white deficits that correlate with childhood blood lead levels (average by child of 4.7 to 37 µg/dL (Cecil et al 2006)..

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009520

## 6.0 PREVENTION AND MITIGATION MEASURES

### 6.1 IMMEDIATE NEED FOR LEAD-SAFE RELOCATION HOUSING

Children with elevated blood lead levels can not be allowed to remain in the same home until hazard control measures have been implemented. Priority needs to be given to children whose levels are 45 µg/dL and higher but must be extended to those at 20 µg/dL and above unless community-wide efforts at exposure reduction are unable to reduce the levels to less than 20 µg/dL . This recommendation is also supported by the CDC report reviewed (CDC 2005). In Appendix I of the CDC report, which discusses the use and limitations of chelation where it is stated, "On the other hand, chelation is definitely life saving when used in the highest risk patients, primarily those with blood lead levels greater than 70 µg/dL. These children are at risk of lead related encephalopathy and death". The CDC recommendation for children in the 20 to 44 µg/dL category is to "identify and eliminate sources of lead exposure". In most cases it will take some time to identify these sources and to reduce access to them. During the interim period the family should be provided on a temporary basis with lead-safe housing in the La Oroya area. The hazard control measures may include such activities as those designed to prevent exposures from lead-contaminated soil areas, more extensive exterior dust control, sealing of floors and walls in housing to permit more effective cleaning. The criteria for establishing and operating the lead-safe housing should be flexible to accommodate specific needs of the family and should not require that the family have additional expenditures for housing costs. The lead-safe housing should have modern indoor plumbing for bathroom and kitchen facilities. Kitchens should be equipped. The family should be allowed to stay in the relocation housing until the blood lead reaches an acceptable level, as determined by the pediatrician, for two successive months. Measures to reduce exposure to lead will also serve to reduce exposure to other metals. [Note: In the process of obtaining lead-safe relocation housing, care must be taken not to use new lead-based paints. In a brief survey of five cans of new paint from each of two readily-available brands purchased in La Oroya, the green and yellow samples from each brand contained very high levels of lead- 34,200 ppm and 25,500 ppm for one brand and 20,100 ppm and 20,700 ppm for the other.



EXHIBIT 73

Only one paint from each brand contained a lead level that would meet the international standard of 400 ppm. No single color met the 400 ppm limit for both brands.]

DGAA
FOLIO: 009521
Números

## 6.2 REFINEMENT OF CURRENT PERIODIC SHUTDOWN OF OPERATIONS FOR HEALTH REASONS

It is recommended that the current DRP policy of temporarily shutting down the smelter when an inversion is predicted be refined to include other meteorological and facility operating conditions. In Appendix B (Section B.6 pg 13) the implementation of a Supplemental Control System real-time meteorological data to minimize the impact of DRP operations on the local community" is recommended. Supplemental Control Systems (SCS) are outlined (Section 7.9 of Appendix A) to tie these process changes into actual plant performance. Thus it is proposed that the benefits of DRPs current practice of temporarily cutting back smelter complex operations be enhanced by utilizing the improvements recommended to the air quality monitoring system so that the curtailment of operations can occur during periods of time when there are operational problems and/or when meteorological conditions are such that DRP operations would have particularly heavy impact on the nearby areas. This temporary and selective curtailment of DRP operations would have a beneficial impact on exposures, including those with high lead levels. [Note: In a future effort it would be useful to estimate what portion of the current exposure results from those situations when plant operations experience difficulties and/or when unfavorable meteorological conditions prevail.]

## 6.3 EXTERIOR CLEAN-UP OF DUST BY WET AND VACUUM METHODS

Exterior dust is very likely to be a very important source of lead exposure either through direct contact or through tracking into homes, which have very high dust lead loadings

(see Section 6.5). Thus exterior dust cleaning is vital, particularly during the period until emissions from the smelter complex are under control The Street Cleaning carried out manually by volunteers and DRP-MINSA staff was observed. (**Figures C.5** and **C.6**) On a long-term basis this method can be greatly enhanced if a public water supply was installed throughout La Oroya Antigua so that large tank trucks would not have to be brought to often narrow and usually very busy streets.

**Figure C.5 Photograph of Manual Wet Washing of Street using Detergents et al**



MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009522
Núm.

**Figure C.6 Photograph of Truck Which Supplied Water for Manual Washing of Street**





EXHIBIT 73

*Although visible dirt was removed during the cleaning observed, it was not able to be determined if any monitoring was routinely performed to determine how effective the cleaning was and how frequently it should be performed. Five detergents, disinfectants, and deodorizers are used in the wet cleaning of streets. It is recommended that the effectiveness of the wet cleaning of paved areas be determined through dust lead monitoring at intervals between cleanings and that the need for the detergents, disinfectants and deodorizers utilized be examined to determine if they need to be used. Cleaning agents recommended for lead removeal such as high phosphate detergents (trisodium phosphate), lead dissolve, or the equivalent should be adequate. If disinfection agents are needed for a purpose other than lead removal, then they should be evaluated for that objective. Published methods are available on procedures to collect exterior dust sample to determine dust lead loadings. An evaluation of street cleaning effectiveness is urgently needed. If the wash water could be collected, then consideration should be given to expanding the areas receiving wet cleaning.*

*From information provided by DRP, it appears that one street cleaning machine equipped with a vacuum and brush system is apparently devoted to certain La Oroya Antigua streets for one day each week. This machine is used to clean the streets on two days of the week with some areas being cleaned twice and others once during the day of the cleaning. 3857 meters of roadway are cleaned each week, with a total area of 25, 120 sq m of area, according to DRP data. The area cleaned needs to be expanded to other communities and to include sidewalks. Street dust loading monitoring is needed to determine the extent of the area and the frequency of cleaning needed.*

*Another pavement cleaning machine is devoted to cleaning paved areas on the smelter complex. From observations made during walking tours of La Oroya Antigua, it is evident that the cleaning is inadequate in many areas.*



EXHIBIT 73

FOLIO: 009524



Limited data were available on the chemical analysis and quantity of material removed by the street cleaning equipment operating on the smelter complex and in La Oroya Antigua. For only one day, Feb 19, 2006, was data available on the chemical analyses of the material removed for both streets of La Oroya and areas of the smelter complex. The metal content of the materials collected on this day (Table C.2) was very similar to the two areas. This suggests that the street dust collected from La Oroya was primarily DRP complex material with little dilution from other sources of street dust. On two other days the concentration of lead in the dust collected in La Oroya by the cleaning machines was determined: levels were 24,000 ppm on one of the days and 22,000 ppm on the other. One location of exterior dust sample collection in the HHRE was identified as "near road" and the lead concentration at that location was about 8,000 to 9,000 ppm (Figure ES-2). The geometric mean street dust concentration in US high risk housing areas was 431 ppm (Clark et al 2004).

**Table C.2 Metal Concentrations of Material Collected by Street Cleaning Machines Operating in La Oroya and in Smelter Complex (ppm)**

| Metal | La Oroya | Smelter Complex |
|---|---|---|
| Lead | 42,000 | 37,000 |
| Antimony | 7,200 | 7,400 |
| Arsenic | 17,000 | 11,000 |
| Bismuth | 1,700 | 1,200 |
| Cadmium | 400 | 600 |
| Thallium | 45.0 | 30.0 |

Data provided by DRP for materials collected 19-Feb-06

Vacuum equipment for cleaning streets and sidewalks has been evaluated for use in interventions in Cincinnati Ohio in the late 1980s and recently (Menrath 2005). These interventions were directed towards reducing exposure to lead-containing dusts originating primarily from lead-based paints. The earlier testing indicated that the

FOLIO: 009525

machines were capable of removing up to 95 % of the applied leaded dusts. The smaller sized sidewalk-sized equipment selected for the more recent project (TENNANT 3640), a walk behind unit with an optional vacuum wand for cleaning hard to reach areas), removed 80 % of the applied leaded dust. At least weekly cleaning was thought to be necessary.

*It is recommended that additional water-spray equipped vacuum street cleaning equipment, be purchased as well as smaller sized units able to maneuver in narrow streets and on sidewalks. We strongly recommend that, once appropriate cleaning units are identified, additional equipment be purchased as soon as possible so that all streets and paved areas can be cleaned at least twice per week. A minimum of two units of each type need to be available to allow for equipment breakdown and maintenance. Availability of parts and maintenance services should be considered in making the decisions on units to purchase. Street dust lead monitoring needs to be conducted to determine if the frequency is adequate. From the schedule for cleaning paved areas on the DRP property, it appears that the areas cleaned are done so daily with some being cleaned two or three times. Time was not available to determine if all paved areas were included in the cleaning program; from visual observations it is evident that the cleaning frequency is not adequate in some areas. DRP provided data indicating that 3857 meters of roadway in La Oroya, with a total area of 25,120 $m^2$ , were in the machine cleaning program. Areas outside La Oroya need to be included in the street and sidewalk cleaning program. Additional monitoring is needed to made decisions on the areas needing cleaning. Areas along the concentrate transport route are among those that need to be considered.*

## 6.4 SOIL LEAD EXPOSURE MITIGATION EFFORTS

*Few efforts were observed that are directed towards controlling exposures of children to contaminated soil. Greatly expanded efforts need to be made immediately to prevent exposure from lead-contaminated soil, particularly to*



EXHIBIT 73

CONFIDENTIAL

FOLIO: 009526

*children with elevated blood lead.. This source is thought to be a critical one for some of the children with very high blood lead. In most cases it may not be technically feasible to remove the soil. Two approaches involving installation of permanent barriers over the contaminated areas after appropriate grading and surface preparation are suggested for consideration- others can probably readily be developed.*

The two approaches that are suggested are: constructing terraces that can be filled with low lead soil and converted to relatively flat play or garden areas- Peru has a long history of constructing stable terraces which might be called "Inca Terraces". One such has existed for a number of years on the river bank adjacent to the smelter complex and contains the name of the smelter complex on a grass cover. An example of the type of area where a terrace may be feasible is in the photo below. (**Figure C.7**) Another approach, capping the soil area, after appropriate grading, and applying fabric designed to hold soil in place. This method is being used currently by DRP to cover slag pile areas adjacent to the highway near the slag pile (**Figure C.8**) In some cases, paving may be an appropriate solution such as was done on a heavily used school playground.

**Figure C.7 Photograph of Soil Area Where a Terrace May Be Able to be Constructed as a Barrier Over Contaminated Soil**





EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001895

**Figure C.8 Photograph of Slag Area That Has Been Covered with a Liner, Soil and Vegetation – a Process Which May Be Able to be Used as a Soil Lead Hazard Control Measure**



FOLIO: 009527
Números
Letras

## 6.5 INTERIOR DUST LEAD CLEAN-UP IN HOUSING

Most studies of childhood lead exposure find that a large share of the actual exposure occurs inside the housing unit. The dangerously high floor dust lead loadings that have been reported in La Oroya (Cornejo and Gottesfeld 2004) are evidence of the urgency for clean up of interior dust lead. Average floor dust lead loading levels were found to be 335 μg/ft$^2$ in La Oroya Antigua and 138 μg/ft$^2$ in La Oroya Nueva. Floor dust lead loading levels associated with a goal of less than five (5) percent of blood levels less than 10 μg/dL has been estimated to be about 7 μg/ft$^2$, substantially lower than the current US EPA level of 40 μg/ft$^2$ (Lanphear et al 1998). At a geometric mean floor dust lead loading of For the children in Herculaneum, a level of 20 μg/ft$^2$ has been estimated to be appropriate for the goal of no more than five percent of the children with blood lead levels at or above 10 μg/dL (Sterling and Clark 2004).

In order to be effectively cleaned, interior surfaces (floors, walls, etc) must be cleanable. Wood floors with large cracks between boards, common in some La Oroya homes, cannot be cleaned effectively to remove the dust reservoirs in these cracks and similar spaces. Similarly, porous walls such as those found in adobe houses in La Oroya cannot be cleaned in their natural form. A number of houses have had a plaster



EXHIBIT 73

DGAA
FOLIO: 009528



or cement coating applied to the adobe walls. Such treatment, if properly maintained, can result in a wall surface that can be effectively cleaned.

> *Permanent wall coverings, applied to exterior as well as interior adobe surfaces, need to be urgently evaluated and implemented, particularly for children with high blood lead. [This recommendation is similar to Item No. 67 regarding the PAMA Extension Request materials]. Similarly, a program to make floor surfaces cleanable needs to be developed evaluated and applied to housing of children with elevated blood lead levels. The effectiveness of the current house cleaning efforts used in La Oroya Antigua needs to be evaluated by floor dust lead loading monitoring before and after the cleaning.*



EXHIBIT 73

CONFIDENTIAL RENCOGRP-001897

FOLIO: 009529

## 7.0 STANDARDS FOR METAL CONCENTRATIONS IN SOIL

Soil standards have been established by the US EPA for lead in residential areas. For bare areas the standard is 400 ppm; for other areas of the yard it is an average of 1200 ppm (USEPA 2001). The State of New Jersey Department of Environmental Protection (May 4, 2006) has proposed soil standards for residential and non-residential areas for a number of chemicals expressed as mg/kg (ppm). The values, for residential and non-residential areas respectively, are: antimony 31 and 450, arsenic 0.4 and 2.0, cadmium 34 and 560, lead 400 and 800, and thallium 5 and 70.

The US EPA (USEPA Soil Screening Guidance 2006) has established a system for establishing Soil Screening Levels that can be used as clean-up goals for sites to protect populations exposed to hazardous constituents in soil. Procedures are available to adapt these levels to specific areas if appropriate data are available. Otherwise, Generic soil screening levels that have been developed can be used. These generic soil screening levels are compared to those of the State of New Jersey in Table C.3.

**Table C.3 Standards for Metal Content in Residential Soil (mg/kg)**

| Metal | US EPA Generic Soil Screening Levels[a] | New Jersey Proposed Soil Standards[b] |
|---|---|---|
| Lead (Pb) | 400 | 400 |
| Arsenic (As) | 0.4 | 0.4 |
| Cadmium (Cd) | 78 | 34 |
| Antimony (Sb) | 31 | 31 |
| Thallium (Tl) | Not available | 5 |

[a] U.S. EPA Soil Screening Guidance (2006) and U.S. EPA (2001).

[b] State of New Jersey Proposed Soil Screening Standards (2006).

*It is recommended that the US EPA generic soil screening levels be utilized for the La Oroya area and those for New Jersey be used for thallium since a US EPA values has not been established.*



EXHIBIT 73

## 8.0 ADDITIONAL ENVIRONMENTAL STUDIES NEEDED.

FOLIO: 009530

### 8.1 AREA-WIDE SOIL LEAD ASSESSMENT

*Little is known about the soil lead levels throughout La Oroya and the surrounding communities; the Human Health Risk Assessment, for example, only analyzed soil from nine locations, each at two times. It is very important that a comprehensive area-wide soil lead assessment be performed in the near future. [This recommendation is similar to Comment No. 43 on PAMA Extension Material]. This would help identify "hot spots" of exposure to children and would serve as a useful guide in developing a remediation plan for the entire area. Field portable X-Ray Fluorescence technology has greatly advanced in the past decade and instruments is now available that would permit such a survey to be performed in an expeditious manner.*

Based on my experience and that of others, a combination of *in situ* XRF determinations and selected sample collection for later XRF analyses after sample sieving and for quality control purposes would be an appropriate procedure. A portion of the samples for laboratory analyses could also be analyzed by another method such as atomic absorption. Initial efforts should begin in areas where the children with high blood lead reside.

Housing conditions vary widely in La Oroya Antigua and likely in other communities as well.

### 8.2 HOUSING CENSUS

*Results of the census of housing that has been performed should be reviewed to determine what gaps exist in knowledge of housing- such as availability of a public water supply and bathroom facilities in the home and structural integrity. An assessment of possible reservoirs of contaminated dust in the housing-*

DGAA
FOLIO: 009531

*such as below floors and in other inaccessible areas could be included in the survey.*

It was observed that a number of the houses on the hillsides appear to have structural defects related to the topography which may preclude or limit remediation efforts in the house.

## 8.3 PROVISIONS FOR WATER SUPPLY AND WASTEWATER DISPOSAL SYSTEMS

*Adequate replacement housing needs to be located or created for occupants of structurally unsound dwellings, taking into residents preferences for neighborhood characteristics (availability of shops etc.). A survey is needed to assess the number of houses that may need to be replaced. Provisions for public water supply and wastewater collection and treatment facilities are needed for a number of reasons including for implementing on-going interior and exterior dust remediation efforts.*

## 8.4 POSSIBLE IMPACT OF HUANCHAN SLAG STORAGE

*Possible impact of the Huanchan slag storage area on the environment needs further investigation. Bioavailability tests should be performed on dustfall samples from this area and from other areas such as La Oroya Antigua to attempt to verify the common assumption that the vitreous nature of the slag makes the contents relatively unavailable. Samples of slag produced at various times in the past can be examined to determine the stability of the slag materials. [This recommendation is similar to Item No. 11 in the comments assembled by MEM regarding the PAMA Extension Materials].*

MINISTERIO DE ENERGIA Y MINAS
DGAA
FOLIO: 009532
Números
Letras



## 9.0 OTHER RECOMMENDATIONS

The excess cancer risks from the exposures over a lifetime are estimated in the HHRA to be as high as two in one hundred, much higher than the *US EPA* acceptable range of one in ten thousand to one in one million. Since the exposures result from the smelter complex operations, occupational exposures would be expected to be much higher than residential exposures.

### 9.1 HEALTH STUDY OF PRESENT AND FORMER SMELTER COMPLEX EMPLOYEES

*A health study of present and former smelter complex employees is needed since it may yield important information on the extent of cancer risks due to DRP, and effects of other emissions such as sulfur dioxide, and it is strongly recommended that one be undertaken. Such a study should include an assessment of current health condition of employees and a mortality study of the causes of death of former employees. A feasibility study should be conducted initially to determine the type and quality of information recorded on death certificates and whether it can be supplemented by other sources.*

The relative stability of the population should be helpful in the conduct of the study. [This recommendation is similar to comment No.66 on PAMA Extension Material, which states that DRP should do a complementary human health risk study].

### 9.2 STUDY OF EFFECTS OF SULFUR DIOXIDE AND PARTICULATES ON POPULATION OF THE COMMUNITIES

The impact of exposures to sulfur dioxide and particulates on populations living at high altitudes does not appear to be well known and hinders a more accurate assessment of the health impact of DRP on residents. According to CDC (2005) the La Oroya health clinic data indicates a high morbidity rate of respiratory illness among



EXHIBIT 73

local residents. There are reports of difficulties in climbing steps in the community during periods of time when sulfur emissions from the smelter complex are noticeable.

*A well planned health study of the impact of sulfur dioxide on the respiratory and other systems of the local population should be conducted. Experts in lung function at high altitudes should be involved.*

FOLIO 009533



EXHIBIT 73

## 10.0 ADDITIONAL QUESTIONS PRESENTED APRIL 13, 2006.

FOLIO: 009534
Número

Actual questions are paraphrased.

1. Acceptable levels of cancer risk:

The range of "acceptable risks" according to the US EPA is cited in the HHRA and is one in ten thousand to one in a million. Risks estimated by the HHRA are in many cases much higher than this range and should be progressively reduced.

2. What are the blood lead changes resulting from planned DRP improvements?

The modeling in the HHRA is not adequate to make such predictions with confidence because of limitations discussed in Section 5.0.

3. Give your opinion on the need for a new study, time frame, type and new elements.

These are described in Section 5 with background information included in Section 4. A study focused on the broader community, beginning with past and present smelter complex employees is discussed briefly in Section 10. The new evaluation of the effects of lead exposure on children would include such new inputs as child-specific air lead data (can be developed from the air dispersion model as modified by recommendations in this report), interior floor dust wipe data (it is possible that such data may be available from two recent studies in La Oroya), exterior dust lead loading and neighborhood/house soil lead level. The entire study should be able to be accomplished within one year.

4. Is it appropriate to focus on children 6 mos. to 6 years and pregnant women?

Children in that age range are vulnerable for several reasons: brain development is much higher (particularly up to two years of age), behaviors are most likely to favor

lead intake, and lead absorption is higher in this age range. This age range is not precise and does not fit every child's developmental and behavioral patterns. Pregnant mothers pass their lead on to their babies during gestation; birth weight tends to decline with increasing blood lead of the mother. Most lead is stored in the bones so that even after blood lead declines, the major portion of the lead remains in the body.

5. Agreement between Health Ministry and DRP only applies to La Oroya Antigua. Is this agreement important and is the area restriction important?

Yes to both. Although the agreement seems to be focused more on treatment of children with elevated blood lead and not on environmental remediation efforts, it does involve two important stakeholders and is performing useful functions. Since children in other areas are now being reported to have elevated blood lead, efforts should be made to expand the geographic scope of the agreement. Other emissions from the plant extend far beyond La Oroya Antigua as the air monitoring indicates and the health effects on populations in this expanded area need to be understood and appropriate remediation efforts undertaken.

6. What should the outcomes of the epidemiologic studies being done by DRP and the Health Ministry?

Some ideas were discussed in Section 5.0 and Section 10.0.

7. Sulfur dioxide effects.

Same response as above.

8. How to verify risk reduction from exposure to heavy metals and sulfur dioxide? Effects of sulfur dioxide exposure?

Actual monitoring data is important for the first part of the question and the HHRA documents the latter from the literature.

FOLIO: 009536

9. Need for evaluating heavy metals in adults?

A study of present and former smelter complex workers would be useful for this purpose.

10, Dietary recommendations to reduce exposure to sulfur dioxide.

Briefly, protecting food from contamination from the market to the preparation to consumption. Lack of potable water in some homes will limit the ability to do this.

11. Life expectancy due to sulfur dioxide?

See HHRA. Specific information re La Oroya is not available.

12. What is your opinion regarding how soil, exterior and interior dust are being monitored.

Only limited soil samples appear to have been collected. In some cases a surface scraping was the collection method. It is preferable to also collect a top 2.5 cm core sample. Hammer attachments for soil corers make sampling in compacted soils practical. We have sampled throughout cold winters using such attachments which are available from Art's Manufacturing Co. and probably elsewhere. For interior dust, the standard USEPA/HUD dust wipe method which provides a result in lead loading per unit area is appropriate to use as the standard interior dust collection method. Interior dust lead loading should be determined prior to and subsequent to house cleaning to determine if the cleaning is effective and how persistently the impact is maintained. I was not able to determine if such monitoring is currently performed. The street dust collection procedure should be one that can produce results in terms of lead loading, µg of lead per unit area. The external dust standard currently in use in the US is 400 µg lead per sq ft and is usually applied to areas just outside the entrance to the house. The official US HUD method uses a wipe to collect the sample. The wipe method has

FOLIO: 009537



been compared to two vacuum methods. One was developed at the University of Cincinnati and has been used to determine exterior dust lead loadings in a number of communities across the U.S. Another vacuum method was developed by a US EPA contractor for use in determining street dust lead loadings in Herculaneum, Missouri, location of a Doe Run lead smelter. Published methods are available to collect exterior dust sample to determine dust lead loading (US HUD (1995), Clark et al 2004). It is critical that street dust lead monitoring be performed to determine if the cleaning is effective and if the cleaning frequency is adequate. [This comment is similar to Comment No. 42 on the PAMA Extension Request Materials].

13. Give opinion re use of phosphates to reduce soil lead bioavailability.

This method still appears to be experimental and its long term effectiveness is unknown. Pursuing this method should not be a major part of the soil exposure mitigation effort. Preferable methods involve either removal of contaminated soil or placing a barrier over the contaminated soil. The former method has the drawback of increasing exposure during implementation and can be practically limited on steep slopes such as in the La Oroya area. Two suggestions for permanent coverings are presented in **Section 7.0**.

14. Attention needed for various age groups concerning lead exposure.

See response to 4.

DGAA
FOLIO: 009528
Números
Letras

## 11.0 REFERENCES

Bornschein, R.L.; Clark, C.S.; Grote, J.; Peace, B.; Roda, S. and Succop, P.A.: Soil lead-blood lead relationship in a former lead mining town. In: Proceedings of the Lead in Soil Symposium: Issues and Guidelines. 1989.

Bornschein, R.L.; Clark, C.S.; Pan, W.; Succop, P.: Midvale Community Lead Study. Chemical Speciation and Bioavailability, Special issue incorporating the Proceedings of the Symposium on the Bioavailability and Dietary Exposure of Lead: Society of Environmental Geochemistry and Health part of the Monograph Series, page 149. 1991.

Cecil K M, Adler C, Jarvis K, Elangovan L, Dietrich K and Lanphear B, "Environmental Lead Exposure Alters Brain Volume: Results of a VRM Analysis", (in press 2006).

Centers for Disease Control and Prevention. "Development of an Integrated Intervention Plan to Reduce Exposures to Lead and Other Contaminants in the Mining Center of La Oroya, Peru", prepared for United States Agency for International Development, Peru Mission, May 2005.

Clark CS, Menrath W, Chen M, Succop P, Bornschein R, Galke W and Wilson J, "The Influence of Exterior Dust and Soil Lead on Interior Dust Levels in Housing Which Had Undergone Lead-Based Paint Hazard Control", Applied Occupational and Environmental Hygiene J. 1:273-282, May 2004.

Cornejo A and Gottesfeld P, Interior Dust Lead Levels in La Oroya, Peru, Associon Civil Labor, Occupational Knowledge International, and CooperAccion Peru, October 2004



EXHIBIT 73

FOLIO: 009539



Hilts SR, White ER and Yates CL, Identification, Evaluation and Selection of Remedial Options. Trail Community Lead Task Force, January 2001

Hilts SR, Pan UW, White ER and Yates CL, Exposure Pathway Investigations, Trail Community Lead Task Force and University of Cincinnati, September 1995.

Lanphear, B.P.; Matte, T.D.; Rodgers, J.; Clickner, R.; Dietz, B.; Bornschein, R.; Succop, P.; Mahaffey, K.; Dixon, S.; Galke, W.; Rabinowitz, M.; Farfel, M.; Rhode, C.; Schwartz, J.; Ashley, P.; Jacobs, D.: The contribution of lead contaminated house dust and residential soil to children's blood lead levels: a pooled analysis of 12 epidemiological studies, Env. Res 79:51-68, 1998

Menrath, William :Evaluation of Exterior Lead Reduction and Control Methods, final report to US Department of Housing and Urban Development Office of Healthy Homes and Lead Hazard Control. 2005

New Jersey Department of Environmental Protection, Proposed Soil Remediation Standards, http://www.state.nj.us/dep/srp/regs/srs May 4, 2006.

Sterling, David , Personal Communication April 23, 2006

US Department of Housing and Urban Development U.S. Department of Housing and Urban Development, Office of Lead-Based Paint Abatement and Poisoning Prevention, Washington, D.C "Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing." (1995).

U.S. Environmental Protection Agency, Final Rule, Identification of Dangerous Levels of Lead, Federal Register. Vol 66, No 4 p 1205-1240 (2001).



EXHIBIT 73

U.S. Environmental Protection Agency, Superfund Soil Screening Guidance, http://www.epa.gov/superfund/resources/soil/index.htm May 4, 2006.

White ER and Hilts SR, Site Characterization, Final Report, Trail Community Lead Task Force, September 1995.

MINISTERIO DE ... DGAA
FOLIO: 009540
Números
Letras

**Submitted by Scott Clark**

C. Scott Clark

May 10, 2006



EXHIBIT 73

CONFIDENTIAL

RENCOGRP-001909

# HP Color LaserJet CP3525 Series Printer

Clear Jams
清除卡纸
Elakadások elhárítása
Устранение замятий

Eliminer les bourrages
Odstranění uvíznutých médií
용지 걸림 해결
Rensa trassel

Staus beseitigen
Afhjælp papirstop
Fjerne fastkjørt papir
清除卡紙

Eliminazione degli inceppamenti
Storingen verhelpen
Usuwanie zacięć
Kağıt Sıkışmalarını Giderme

Eliminación de atascos
Tukosten poistaminen
Limpar atolamentos
Eliminació d'embussos

紙詰まりの解消

