| | |
|---|---|
| **From:** | Mark Sentenac |
| **To:** | Nathan Stump |
| **Cc:** | Rania Kajan; Tracie Renfroe; Andy Bayman; Geoffrey Drake; Carmen Toledo; Berra, Thomas P., Jr.; Hickey, Michael J.; Edward Dowd; Amy Harper; Denisse Icenogle; Kristine Kraft; Linda Wooten |
| **Subject:** | Fwd: [EXTERNAL] Fwd: AOA, et al. v. DRRC, et al., - Additional Plaintiff Profile Sheets |
| **Date:** | Wednesday, May 10, 2023 4:03:53 PM |

Counsel—

Unlike in *Collins*, where discovery is in its infancy, we are not aware of any currently pending discovery deadlines that require a stay.  If Plaintiffs intend to seek relief from having to comply with the minimal requirement of producing a verified and notarized profile sheet to continue in their lawsuit, Defendants do not consent.  Given Plaintiffs' opposition to Defendants' appeal petition, we assumed Plaintiffs would wish to continue with their suits and comply with the Court-ordered requirements to do so.  In any event, Defendants' position is that these plaintiffs have had years since filing suit to produce verified, notarized profile sheets but have failed to do so, and have now also failed to meet multiple self-imposed deadlines to remedy that deficiency without explanation. Their cases should therefore be dismissed and Defendants should be awarded costs and fees under 28 U.S.C. 1972 for the unnecessary efforts expended seeking to obtain these plaintiffs' compliance and for unnecessarily multiplying these proceedings.

Mark

---

**From:** Nathan Stump <nstump@uselaws.com>
**Sent:** Monday, May 8, 2023 4:32 PM
**To:** Rania Kajan <RKajan@KSLAW.com>; Tracie Renfroe <TRenfroe@KSLAW.com>; Andy Bayman <ABayman@KSLAW.com>; Geoffrey Drake <GDrake@KSLAW.com>; Carmen Toledo <CToledo@KSLAW.com>; tberra@lewisrice.com <tberra@lewisrice.com>; Hickey, Michael J. (MHickey@lewisrice.com)' <mhickey@lewisrice.com>; Edward Dowd <edowd@dowdbennett.com>; Amy Harper <AHarper@KSLAW.com>
**Cc:** Denisse Icenogle <dicenogle@uselaws.com>; Kristine Kraft <kkraft@uselaws.com>; Linda Wooten <lwooten@uselaws.com>
**Subject:** RE: AOA, et al. v. DRRC, et al., - Additional Plaintiff Profile Sheets

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel, we intend to file a motion to stay all discovery in this case while your Eighth Circuit appeal is pending. The basis for the motion will be similar to what you articulated in your own motion to stay the Collins cases just last month. Please let us know if you intend to oppose the motion.

Thanks,

**Nathan Stump**

**Schlichter Bogard & Denton LLP**
100 South Fourth Street, Suite 1200

**EXHIBIT F**

St. Louis, MO 63102
T: 314-884-7732
F: 314-621-7151
M : 314-941-0780
nstump@uselaws.com


<image003.png>


*This message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this message. Thank you.*

---

**From:** Rania Kajan <RKajan@KSLAW.com>
**Sent:** Friday, May 5, 2023 9:44 AM
**To:** Denisse Icenogle <dicenogle@uselaws.com>; Kristine Kraft <kkraft@uselaws.com>; Nathan Stump <nstump@uselaws.com>; Linda Wooten <lwooten@uselaws.com>
**Cc:** Tracie Renfroe <TRenfroe@KSLAW.com>; Andy Bayman <ABayman@KSLAW.com>; Geoffrey Drake <GDrake@KSLAW.com>; Carmen Toledo <CToledo@KSLAW.com>; tberra@lewisrice.com; Hickey, Michael J. (MHickey@lewisrice.com)' <mhickey@lewisrice.com>; Edward Dowd <edowd@dowdbennett.com>; Amy Harper <AHarper@KSLAW.com>
**Subject:** RE: AOA, et al. v. DRRC, et al., - Additional Plaintiff Profile Sheets

Counsel:

On January 3, 2023, Defendants raised various issues with Plaintiffs' production of notarized Profile Sheets, including the 113 Plaintiffs who have failed to produce notarized supplemental Profile Sheets to date.  (1/3/23 Corres. from G. Drake to K. Kraft).  Ten days later, your office advised that you anticipated providing these Profile Sheets for the 113 identified Plaintiffs *on a rolling basis* and would "make all efforts to complete that process by April 28."  (1/13/23 Corres. from K. Kraft to G. Drake).  Later that month, you again confirmed that you planned to produce these Profile Sheets by then, and further vowed that in the event you were unable to do so, you would provide Defendants with "an update on the status of [y]our efforts and the reason behind the delay."  (1/31/23 Corres. from K. Kraft to G. Drake).

Despite the lengthy 3.5 month period these 100+ Plaintiffs sought to comply, in a good faith effort to finally close these production gaps, Defendants agreed and patiently awaited these Plaintiffs' anticipated rolling productions; but, to no avail.  Indeed, by April 28, *not a single one* of the 113 long outstanding Profile Sheets had been produced.  Instead, on Plaintiffs' self-imposed deadline of April 28, you advised that unidentified circumstances beyond your control have reportedly delayed the *entire*

production and failed to provide *any date certain* by which Plaintiffs will complete this production.  This is unacceptable to Defendants, who have already provided Plaintiffs considerable flexibility and time to remedy these issues.

To that end, as Plaintiffs agreed to months ago, please explain the specific reason(s) why *not one* of these 113 Profile Sheets has been produced to date.  Additionally, please provide a proposed hard deadline for Defendants' consideration by which all 113 Plaintiffs will cure their deficient productions, or alternatively, face Court intervention based on their failure to comply.

Please advise of your position on this matter by **May 12, 2023**.

Best,

R.

───────

**Rania Kajan**
*Senior Associate*

T: +1 404 572 2492  |  M: +1 404 476 1453  |  E: rkajan@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
<image001.png>

kslaw.com

**From:** Denisse Icenogle <dicenogle@uselaws.com>
**Sent:** Friday, April 28, 2023 7:07 PM
**To:** Geoffrey Drake <GDrake@KSLAW.com>; tberra@lewisrice.com; Hickey, Michael J. (MHickey@lewisrice.com)' <mhickey@lewisrice.com>; Edward Dowd <edowd@dowdbennett.com>; Tracie Renfroe <TRenfroe@KSLAW.com>; Andy Bayman <ABayman@KSLAW.com>; Carmen Toledo <CToledo@KSLAW.com>; Rania Kajan <RKajan@KSLAW.com>; Amy Harper <AHarper@KSLAW.com>
**Cc:** Kristine Kraft <kkraft@uselaws.com>; Nathan Stump <nstump@uselaws.com>; Linda Wooten <lwooten@uselaws.com>
**Subject:** RE: AOA, et al. v. DRRC, et al., - Additional Plaintiff Profile Sheets

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Dear Counsel,

We initially targeted producing additional Notarized *Supplemental* Profile Sheets by today, April 28th for the group of 113 Plaintiffs.  I can assure you our team has worked diligently to gather this information.  There have been circumstances beyond our control that have delayed the production.  We will produce additional documents as

soon as practical in the upcoming weeks.

We appreciate your understanding. Please let us know if you would like to discuss further.


**Denisse Icenogle**

**Schlichter Bogard & Denton LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-7151


<image002.png>


*This message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this message. Thank you.*

---

**From:** Linda Wooten <lwooten@uselaws.com>
**Sent:** Thursday, April 13, 2023 9:39 AM
**To:** GDrake@KSLAW.com; tberra@lewisrice.com; Hickey, Michael J. (MHickey@lewisrice.com)' <mhickey@lewisrice.com>; 'edowd@dowdbennett.com' <edowd@dowdbennett.com>; Tracie Renfroe <TRenfroe@KSLAW.com>; Andy Bayman <ABayman@KSLAW.com>; Carmen Toledo <CToledo@KSLAW.com>; Rania Kajan <RKajan@KSLAW.com>; Amy Harper <AHarper@KSLAW.com>
**Cc:** Kristine Kraft <kkraft@uselaws.com>; Nathan Stump <nstump@uselaws.com>; Denisse Icenogle <dicenogle@uselaws.com>
**Subject:** RE: AOA, et al. v. DRRC, et al., - Document Production 04-13-2023

Counsel,
Please see the attached correspondence and chart for today's production.  The password for today's production is DRProd@04132023, and the link to this production will be sent to you via separate email.  The link to this production will expire on May 15, 2023.
Thank you.


**Linda Wooten**

*Paralegal*

**Schlichter Bogard & Denton LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-7151

*This message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this message. Thank you.*

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.