IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO FILE UNDER SEAL

Plaintiffs hereby move this Court under Local Rule 13.05 to enter an Order permitting them to file under seal certain portions of their Reply in Support of their Motion to Stay Discovery Pending Appeal that contain sensitive, non-public information regarding one reason for the requested stay. Such an Order is necessary and in the interests of all parties for the reasons set forth in the accompanying memorandum of law.

**WHEREFORE** Plaintiffs respectfully move the Court for an Order permitting their *Motion to Stay Discovery Pending Appeal* to be filed under seal. Plaintiffs further request that the Order allow the confidential material to remain under seal indefinitely.

Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON, LLP**

By: *Kristine K. Kraft*
Jerome J. Schlichter, #32225

Nelson G. Wolff, #40796
Kristine K. Kraft, #37971
Nathan D. Stump, #71641
100 South 4th Street., Suite 1200
St. Louis, Missouri 63102
Telephone: (314) 621-6115
jschlichter@uselaws.com
nwolff@uselaws.com
kkraft@uselaws.com
nstump@uselaws.com

*Attorneys for Plaintiffs*