# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Geoffrey M. Drake
Partner
Direct Dial: +1 404 572 4726
Direct Fax: +1 404 572 5100
gdrake@kslaw.com

**VIA EMAIL**

January 7, 2020

Kristine K. Kraft
Elizabeth M. Wilkins
Schlichter, Bogard, & Denton LLP
100 South 4th Street, Suite 1200
St. Louis, Missouri 63102
kkraft@uselaws.com
bwilkins@uselaws.com

>  *Re: A.O.A. et al. v. The Doe Run Resources Corp. et al.* – **Conferral Regarding Discovery Deficiencies**

Dear Kris and Beth:

I write regarding certain discovery deficiencies in the above-referenced case and to schedule a meet and confer regarding the same.

1. **Plaintiff Profile Sheets**

The Court has ordered Plaintiffs to submit completed Plaintiff Profile Sheets within 60 days of Defendants' Notice of Removal of new actions to federal court. *See Case Management Order No. 10 [Doc. 303]*. Our records indicate that Plaintiffs in five *Reid*-consolidated actions filed between 2016 and 2018 have yet to serve Profile Sheets in accordance with this requirement (4:16-cv-01731, 4:18-cv-00575, 4:17-cv-01270, 4:18-cv-00585, and 4:18-cv-00594). *See Enclosure 1, Tab 1*.

Further, Case Management Order No. 2 [Doc. 103 at ¶ 5] requires that all Plaintiff Profile Forms be notarized in accordance with Peruvian law. Defendants have identified 224 instances in which 141 individual Plaintiffs failed to comply with the notarization requirement, whether by failing to notarize the original or supplemental Profile Sheets or, in a small number of instances, producing a Profile Sheet with an incomplete or deficient notarization. *See Enclosure 1, Tab 2*.

**EXHIBIT A**

January 7, 2020
Page 2

### 2. Production of Medical and Educational Records

Defendants have identified numerous deficiencies in the production of medical and education records. For example, there are many instances in which Plaintiffs have failed to produce records or no records certifications from providers identified in their Profile Sheets. And a number of Plaintiffs, particularly in later groups or those unassigned to any group, have produced no records at all.

### 3. Verifications for Initial Discovery Cohort's May 20, 2019 Interrogatory Responses

On December 9, 2019, Defendants received the verifications for the Initial Discovery Cohort's Responses to Defendants' Interrogatories, dated March 8, 2019. None of these verifications are notarized, although there is a place on each document for such a notarization. Further, the signature pages do not identify to which discovery responses they relate. Adding to the confusion, Plaintiffs appear to have served two signature pages per Plaintiff, but there were three sets of written discovery responses to which Plaintiffs responded. Therefore, it is impossible to correlate the signature pages to the correct discovery responses.

***

In light of the foregoing, Defendants request a telephonic conference during the week of January 13, 2020. Defendants wish to discuss these deficiencies, obtain Plaintiffs' position regarding these deficiencies, and establish a plan and schedule by which Plaintiffs will produce complete information in compliance with the Court's orders. Please let me know your availability for this conference. I look forward to discussing these issues with you.

Sincerely,

Geoffrey M. Drake

CC:   All Counsel

Enclosure

| Plaintiffs who have failed to produce a Plaintiff Profile Sheet | PLF ID | Federal Case # |
| --- | --- | --- |
| Acuna Escobar, Sandra | 973 | 4:16-cv-01731 |
| Acuna Ibaceta, Jaqueline Magali | 974 | 4:16-cv-01731 |
| Aguirre Medina, Rosa Marilyn | 976 | 4:16-cv-01731 |
| Arias Amaro, Katherine Melissa | 987 | 4:16-cv-01731 |
| Arias Amaro, Kevin Arnold | 988 | 4:16-cv-01731 |
| Basualdo Leiva, Aracelly Estefany | 1326 | 4:16-cv-01731 |
| Bautista Huayta, Mercedes Angela | 991 | 4:16-cv-01731 |
| Blanco Rojas, Pamela Mayby | 994 | 4:16-cv-01731 |
| Briceno Lazaro, Jorge Luis | 997 | 4:16-cv-01731 |
| Caillahua de la Cruz, Renzo Edwar | 999 | 4:16-cv-01731 |
| Cajachagua Santos, Patricia | 1327 | 4:16-cv-01731 |
| Canchan Ramos, Lidubina Jeny | 875 | 4:16-cv-01731 |
| Carrera Espinoza, Johana Onofre | 1012 | 4:16-cv-01731 |
| Castro Torres, Luis Fernando | 1028 | 4:16-cv-01731 |
| Caycho Blas, Alexandra Elizabeth | 1328 | 4:16-cv-01731 |
| Cordova Arias, Irvin Hernan | 1038 | 4:16-cv-01731 |
| Cordova Arias, Irvin Jose | 1039 | 4:16-cv-01731 |
| Cordova Arias, Karen Elisa | 1040 | 4:16-cv-01731 |
| Cordova Arias, Ulises Efrain | 1037 | 4:16-cv-01731 |
| Cruz Inga, Rosalia Isabel | 1329 | 4:16-cv-01731 |
| Cuyubamba Espiritu, Flor de Maria | 1045 | 4:16-cv-01731 |
| Escalante Tapia, Sharon Erika | 1052 | 4:16-cv-01731 |
| Espinoza Dionicio, Williams | 1055 | 4:16-cv-01731 |
| Huamani Arellano, Erick Luis | 985 | 4:16-cv-01731 |
| Huanay Izquierdo, Estefany Alison | 1330 | 4:16-cv-01731 |
| Mejia Raza, Efa Angela | 1331 | 4:16-cv-01731 |
| Pacotaype Quispe, Jeremy Haward | 1332 | 4:16-cv-01731 |
| Palacios Inga, Jhenifer Noemi | 14 | 4:16-cv-01731 |
| Quispe Vidal, Devid Soel | 1333 | 4:16-cv-01731 |
| Romero Chavez, Keler Leonidas | 1030 | 4:16-cv-01731 |
| Salazar Vidalon, Alfredo Francisco | 1334 | 4:16-cv-01731 |
| Santos Culis, Einstein Max | 1044 | 4:16-cv-01731 |
| Saravia Esteban, Jerson David | 1335 | 4:16-cv-01731 |
| V█████ E███████, A███ J███ M█ | 1336 | 4:16-cv-01731 |
| Villajuan Quincho, Sandy Susan | 1337 | 4:16-cv-01731 |
| Cano Fernandez, Juan Carlos | 1338 | 4:17-cv-01270 |
| Cano Fernandez, Sadit | 1339 | 4:17-cv-01270 |
| Canori Izquierdo, Roger Smith | 1340 | 4:17-cv-01270 |
| C████ P████, E██████ J█████ | 1007 | 4:17-cv-01270 |
| Capcha Ponce, Jorge Luis | 1008 | 4:17-cv-01270 |
| Condori de la Cruz, Alexander | 1031 | 4:17-cv-01270 |
| Correa Sinche, Luis Gastavo | 1041 | 4:17-cv-01270 |
| De La Cruz Ingaruca, Jhonatan Abraham | 1341 | 4:17-cv-01270 |
| Julca Condor, Adriana Estefany | 1342 | 4:17-cv-01270 |
| Manrique Salazar, Alexandra Beatriz | 1343 | 4:17-cv-01270 |
| Z█████ R████, S█ D█████ | 1344 | 4:17-cv-01270 |

| Plaintiffs who have failed to produce a Plaintiff Profile Sheet | PLF ID | Federal Case # |
|---|---|---|
| Zacarias Rodriguez, Humberto Gary | 1345 | 4:17-cv-01270 |
| Advincula Conde, Alexandra Johemi | 1325 | 4:18-cv-00575-RLW |
| A█████ C█████, S█████ K█████ | 1353 | 4:18-cv-00575-RLW |
| A█████ C█████, A█████ S█████ | 1354 | 4:18-cv-00575-RLW |
| A█████ R█████, F█████ █████ | 1355 | 4:18-cv-00575-RLW |
| A█████ P█████, J█████ A█████ | 1356 | 4:18-cv-00575-RLW |
| A█████ C█████, J█████ █████ | 1357 | 4:18-cv-00575-RLW |
| B█████ V█████, M█████ A█████ | 1358 | 4:18-cv-00575-RLW |
| B█████ R█████, J█████ N█████ | 1359 | 4:18-cv-00575-RLW |
| B█████ S█████, T█████ S█████ | 1360 | 4:18-cv-00575-RLW |
| BSM | 1485 | 4:18-cv-00575-RLW |
| C█████ Q█████, K█████ B█████ | 1361 | 4:18-cv-00575-RLW |
| Canchuricra Vilca, Nicol Aurelia | 1362 | 4:18-cv-00575-RLW |
| C█████ G█████, L█████ E█████ | 1363 | 4:18-cv-00575-RLW |
| Carrera Espinoza, Jhoselyn | 1011 | 4:18-cv-00575-RLW |
| Carrera Espinoza, Katerin | 1013 | 4:18-cv-00575-RLW |
| Carrera Espinoza, Nicol | 1014 | 4:18-cv-00575-RLW |
| Castaneda Cochachi, Nayeli Lucia | 1365 | 4:18-cv-00575-RLW |
| C█████ C█████, Y█████ L█████ | 1364 | 4:18-cv-00575-RLW |
| C█████ Z█████, A█████ J█████ | 1366 | 4:18-cv-00575-RLW |
| Castro Zevallos, Angela Justina | 1346 | 4:18-cv-00575-RLW |
| Castro Zevallos, Paola Carmela | 1367 | 4:18-cv-00575-RLW |
| Caycho Blas, Cristian Antony | 1368 | 4:18-cv-00575-RLW |
| C█████ C█████, X█████ S█████ | 1369 | 4:18-cv-00575-RLW |
| Cirineo Angoma, Milady Mishel | 1370 | 4:18-cv-00575-RLW |
| Condori de la Cruz, Junior | 1032 | 4:18-cv-00575-RLW |
| C█████ C█████, N█████ | 1035 | 4:18-cv-00575-RLW |
| Crispin De La Cruz, Deysi Lisbeth | 1371 | 4:18-cv-00575-RLW |
| Delgadillo Ravichagua, Jeferson Moises | 1047 | 4:18-cv-00575-RLW |
| E█████ █████, A█████ G█████ | 1056 | 4:18-cv-00575-RLW |
| Espinoza Inga, Jhanae Mireya | 1057 | 4:18-cv-00575-RLW |
| G█████ C█████, C█████ P█████ | 1372 | 4:18-cv-00575-RLW |
| H█████ P█████, E█████ C█████ | 1373 | 4:18-cv-00575-RLW |
| H█████ P█████, L█████ | 1374 | 4:18-cv-00575-RLW |
| H█████ D█████, J█████ S█████ | 1375 | 4:18-cv-00575-RLW |
| H█████ D█████, S█████ K█████ | 1376 | 4:18-cv-00575-RLW |
| H█████ T█████, F█████ H█████ | 1377 | 4:18-cv-00575-RLW |
| L█████ C█████, A█████ C█████ | 1378 | 4:18-cv-00575-RLW |
| M█████ G█████, R█████ A█████ | 1379 | 4:18-cv-00575-RLW |
| M█████ M█████, G█████ M█████ | 1380 | 4:18-cv-00575-RLW |
| MLCD | 1486 | 4:18-cv-00575-RLW |
| P█████ R█████, J█████ | 1381 | 4:18-cv-00575-RLW |
| P█████ R█████, T█████ | 1382 | 4:18-cv-00575-RLW |
| Q█████ G█████, R█████ S█████ | 1383 | 4:18-cv-00575-RLW |
| Q█████ M█████, G█████ | 1384 | 4:18-cv-00575-RLW |
| Q█████ A█████, C█████ A█████ | 1385 | 4:18-cv-00575-RLW |

| Plaintiffs who have failed to produce a Plaintiff Profile Sheet | PLF ID | Federal Case # |
|---|---|---|
| R█████H█████,N███Y█████ | 1386 | 4:18-cv-00575-RLW |
| R███L███,G███L███ | 1387 | 4:18-cv-00575-RLW |
| R███N███,J███C███ | 1388 | 4:18-cv-00575-RLW |
| Rodriguez Chang, Yuanlee John | 1389 | 4:18-cv-00575-RLW |
| Romero Huincho, Alendra Shantall | 1390 | 4:18-cv-00575-RLW |
| Romero Huincho, Paolo | 1391 | 4:18-cv-00575-RLW |
| Salazar Vidalon, Geraldo Raul | 1392 | 4:18-cv-00575-RLW |
| S███C███,D███F███ | 1393 | 4:18-cv-00575-RLW |
| S███P███,F███E███ | 1394 | 4:18-cv-00575-RLW |
| S███L███,G███ | 1395 | 4:18-cv-00575-RLW |
| S███C███,D███M███ | 1396 | 4:18-cv-00575-RLW |
| S███O███,O███E███ | 1397 | 4:18-cv-00575-RLW |
| T███C███,J███B███ | 1398 | 4:18-cv-00575-RLW |
| Uculmana Esteban, Cesar David | 1399 | 4:18-cv-00575-RLW |
| Z███R███,G███B███ | 1400 | 4:18-cv-00575-RLW |
| AJSS | 1487 | 4:18-cv-00585-RLW |
| A███E███,B███V███ | 984 | 4:18-cv-00585-RLW |
| Arias Amaro, Eliana | 1347 | 4:18-cv-00585-RLW |
| A███Y███,J███ | 1401 | 4:18-cv-00585-RLW |
| A███J███,T███ | 1402 | 4:18-cv-00585-RLW |
| Atoc Borja, Romina Thalia | 1403 | 4:18-cv-00585-RLW |
| B███H███,N███A███ | 1404 | 4:18-cv-00585-RLW |
| Basualdo Leiva, Emilie Natzumi | 1405 | 4:18-cv-00585-RLW |
| B███C███,A███S███ | 1406 | 4:18-cv-00585-RLW |
| B███L███,F███ | 1407 | 4:18-cv-00585-RLW |
| C███R███,C███ | 1408 | 4:18-cv-00585-RLW |
| Cajachagua Santos, Luis Antonio | 1434 | 4:18-cv-00585-RLW |
| C███C███,A███M███ | 1409 | 4:18-cv-00585-RLW |
| Castro Torres, Simone Victoria | 1029 | 4:18-cv-00585-RLW |
| Chaca Rivera, Anthony Steven | 1410 | 4:18-cv-00585-RLW |
| Chaca Rivera, Lourdes Heidy | 1411 | 4:18-cv-00585-RLW |
| Chavez Quispe, Milagros Cielo | 1412 | 4:18-cv-00585-RLW |
| C███R███,G███D███ | 1413 | 4:18-cv-00585-RLW |
| Cuenca Yauri, Brayan Antony | 1414 | 4:18-cv-00585-RLW |
| Damian Pablo, Miguel Jesus | 1046 | 4:18-cv-00585-RLW |
| De La Cruz Cardenas, Lorena Gabriela | 1415 | 4:18-cv-00585-RLW |
| Espinoza Dionicio, Moises Isaac | 1054 | 4:18-cv-00585-RLW |
| Espinoza Guadalupe, Gianella Mayra | 1348 | 4:18-cv-00585-RLW |
| F███I███,J███B███ | 1417 | 4:18-cv-00585-RLW |
| Gabian Soriano, Janira | 1416 | 4:18-cv-00585-RLW |
| Jimenes Aliaga, Nicol Nayeli | 981 | 4:18-cv-00585-RLW |
| Ludena Amancay, Anyeld Andree | 1418 | 4:18-cv-00585-RLW |
| LZC | 1488 | 4:18-cv-00585-RLW |
| M███J███,A███B███ | 1419 | 4:18-cv-00585-RLW |
| Mejia Raza, Jose Leonidas | 1349 | 4:18-cv-00585-RLW |
| Morales Chavez, Angela Esther | 1420 | 4:18-cv-00585-RLW |

| Plaintiffs who have failed to produce a Plaintiff Profile Sheet | PLF ID | Federal Case # |
|---|---|---|
| P▮▮▮ B▮▮▮, S▮▮▮ | 1421 | 4:18-cv-00585-RLW |
| Q▮▮▮ C▮▮▮, B▮▮ B▮▮ | 1422 | 4:18-cv-00585-RLW |
| R▮▮▮ F▮▮▮, T▮▮ | 1423 | 4:18-cv-00585-RLW |
| Ramos Ramos, Ronaldo Oscar | 1350 | 4:18-cv-00585-RLW |
| R▮▮ J▮▮, A▮▮ M▮▮ | 1424 | 4:18-cv-00585-RLW |
| R▮▮ C▮▮, L▮▮ A▮▮ | 1425 | 4:18-cv-00585-RLW |
| Rivera Arauco, Lesly Vivan | 1426 | 4:18-cv-00585-RLW |
| RMACJ | 1489 | 4:18-cv-00585-RLW |
| RZZ | 1490 | 4:18-cv-00585-RLW |
| Sagiga Jurado, Gian Pool | 1427 | 4:18-cv-00585-RLW |
| Santivanez Calderon, Alessandro O'Bryan | 1000 | 4:18-cv-00585-RLW |
| S▮▮ F▮▮, S▮▮ Z▮▮ | 1429 | 4:18-cv-00585-RLW |
| S▮▮ A▮▮, R▮▮ J▮▮ | 1428 | 4:18-cv-00585-RLW |
| Silva Apolinario, Eduardo | 1430 | 4:18-cv-00585-RLW |
| Solano Ramos, Grissell Tania | 1432 | 4:18-cv-00585-RLW |
| Soto Reyes, Yadhira Emilia | 1433 | 4:18-cv-00585-RLW |
| V▮▮ E▮▮, F▮▮ S▮▮ | 1435 | 4:18-cv-00585-RLW |
| V▮▮ Q▮▮, F▮▮ Y▮▮ | 1436 | 4:18-cv-00585-RLW |
| V▮▮ G▮▮, Y▮▮ H▮▮ | 1437 | 4:18-cv-00585-RLW |
| Vilchez Ricaldi, Eymi Lorena | 1438 | 4:18-cv-00585-RLW |
| Alcantara Lazaro, Hanns Kevin | 1439 | 4:18-cv-00594-HEA |
| Alcantara Lazaro, Lucero Anac | 1440 | 4:18-cv-00594-HEA |
| Bacilio Ordonez, Betzabeth Eunice | 1441 | 4:18-cv-00594-HEA |
| Bacilio Ordonez, Ruth Sarai | 1442 | 4:18-cv-00594-HEA |
| B▮▮ L▮▮, J▮▮ M▮▮ | 1443 | 4:18-cv-00594-HEA |
| Baldeon Leiva, Shirley Rosario | 1444 | 4:18-cv-00594-HEA |
| B▮▮ F▮▮, P▮▮ L▮▮ | 1445 | 4:18-cv-00594-HEA |
| Basualdo Fermin, Vanesa Ingrio | 1446 | 4:18-cv-00594-HEA |
| Cano Fernandez, Elvis | 1447 | 4:18-cv-00594-HEA |
| Cano Fernandez, Genesis | 1448 | 4:18-cv-00594-HEA |
| Carhuaz Cirineo, Abigail Damaris | 1449 | 4:18-cv-00594-HEA |
| Carhuaz Cirineo, Araceli Samantha | 1450 | 4:18-cv-00594-HEA |
| C▮▮ C▮▮, F▮▮ | 1451 | 4:18-cv-00594-HEA |
| Caso Caso, Katherine Nerida | 1023 | 4:18-cv-00594-HEA |
| Espinoza Mendizabal, Maria Isabel | 1058 | 4:18-cv-00594-HEA |
| Espinoza Mendizabal, Smit Pleto | 1059 | 4:18-cv-00594-HEA |
| Flores Cirineo, Antony Oscar | 1452 | 4:18-cv-00594-HEA |
| F▮▮ C▮▮, S▮▮ Y▮▮ | 1453 | 4:18-cv-00594-HEA |
| H▮▮ I▮▮, J▮▮ | 1454 | 4:18-cv-00594-HEA |
| Huanay Izquierdo, Wilis Jhordan | 1351 | 4:18-cv-00594-HEA |
| Jaime Ingaruca, Jahzeel Antonio | 1455 | 4:18-cv-00594-HEA |
| Jaime Ingaruca, Merari Lucia | 1456 | 4:18-cv-00594-HEA |
| J▮▮ C▮▮, S▮▮ G▮▮ | 1457 | 4:18-cv-00594-HEA |
| Junco Baldeon, James Erick | 1458 | 4:18-cv-00594-HEA |
| Junco Baldeon, Nicol Estefany | 1459 | 4:18-cv-00594-HEA |
| KMCP | 1484 | 4:18-cv-00594-HEA |

| Plaintiffs who have failed to produce a Plaintiff Profile Sheet | PLF ID | Federal Case # |
|---|---|---|
| Manrique Salazar, Jesus Alex | 1460 | 4:18-cv-00594-HEA |
| Manrique Salazar, Roberto Carlos | 1461 | 4:18-cv-00594-HEA |
| Ollero Custodio, Anderson Steven | 1462 | 4:18-cv-00594-HEA |
| O▉ C▉, A▉ A▉ | 1463 | 4:18-cv-00594-HEA |
| Osorio De La Cruz, Jhon Brayan | 1464 | 4:18-cv-00594-HEA |
| O▉ D L C▉, V▉ A▉ | 1465 | 4:18-cv-00594-HEA |
| Payta Paita, Alison Braysi | 1466 | 4:18-cv-00594-HEA |
| P▉ T▉, Y▉ P▉ | 1467 | 4:18-cv-00594-HEA |
| P▉ T▉, Z▉ V▉ | 1468 | 4:18-cv-00594-HEA |
| Q▉ G▉, M▉ M▉ | 1469 | 4:18-cv-00594-HEA |
| Simon Apolinario, Frank Leandro | 1470 | 4:18-cv-00594-HEA |
| Simon Apolinario, Jackelin Melisa | 1471 | 4:18-cv-00594-HEA |
| T▉ V▉, J▉ A▉ | 1472 | 4:18-cv-00594-HEA |
| Toribio Vasquez, Nayeli Mayli | 1473 | 4:18-cv-00594-HEA |
| V▉ P▉, D▉ S▉ | 1474 | 4:18-cv-00594-HEA |
| Vega Paucar, Kimberly Edelin | 1475 | 4:18-cv-00594-HEA |
| Vega Paucar, Maricielo Rosali | 1476 | 4:18-cv-00594-HEA |
| Vezasquez Romero, Andrea | 1477 | 4:18-cv-00594-HEA |
| V▉ R▉, J▉ M▉ | 1478 | 4:18-cv-00594-HEA |
| V▉ Q▉, A▉ M▉ | 1479 | 4:18-cv-00594-HEA |
| Villajuan Quincho, Katherine Giovana | 1352 | 4:18-cv-00594-HEA |
| Villajuan Quincho, Mark Anthony | 1480 | 4:18-cv-00594-HEA |
| Zacarias Rodriguez, Mirela Rosmery | 1482 | 4:18-cv-00594-HEA |
| Zacarias Rodriguez, Yessy Clayde | 1481 | 4:18-cv-00594-HEA |

| Plaintiffs with one or more deficient notarizations in PPS | PLF ID |
|---|---|
| Aburto Soto, Jose Luis | 227 |
| Acuna Ibaceta, Erick Brandon | 228 |
| Agui Yupanqui, Geanfranco Sergio | 37 |
| Aguilar Rodriguez, Jadira Noelia | 10 |
| Aguirre Barrera, Roberto Carlos | 466 |
| Aguirre Medina, Susi Raquel | 978 |
| Alania Suarez, David Daniel | 21 |
| A███ E███, A█ D█ P█ | 43 |
| A█ E███, R█ B█ | 325 |
| Amaya Ayala, Marco Felix | 45 |
| Ampudia Echevarria, Esperanza Caroline | 327 |
| Ampudia Pena, Brandon Leonardo | 527 |
| Ampudia Pena, Esther Shalem | 328 |
| Anchirayco Guierrez, Smith Maycol | 1 |
| Ancieta Romero, Jhon Miler | 48 |
| A█████, J█████ A█ | 330 |
| Aratoma Santivanez, Yan Carlos | 132 |
| A█ C█, J█████ E█ | 56 |
| Arellano Reyes, Steffany Milagros | 417 |
| Arias Julca, Valerie Mishel | 63 |
| Arteaga Soriano, Jhonatan | 234 |
| Astudillo Quintana, Mishelle Lucero | 241 |
| Astudillo Yurivilca, Rosa Luz | 243 |
| Aza Ramos, Jhordy Antony | 990 |
| Barrera Salcedo, Andrio Dominic | 250 |
| B█ A█████, A█████ E█████ | 74 |
| Barreto Ibaceta, Soledad Amanda | 253 |
| Barzola Ccanto, Steven Richard | 471 |
| Barzola Galvan, Damaris Andrea | 539 |
| Basilio Romero, John Antony | 257 |
| B█ C█, L█ A█ | 259 |
| Bueno Proa, Jhonny David | 80 |
| Cajahuanca Amaya, Isabel Maura | 545 |
| Cajahuanca Arrieta, Stephanie Ingrid | 873 |
| Calderon Rojas, Nikolai Joacim | 267 |
| C█ L█, W█ J█ | 268 |
| C█████ O█████, J█████ M█████ | 547 |
| Carrasco Parra, Milder Fausto | 714 |
| Casimir Soto, Giancarlos | 889 |
| Caso Arroyo, Meylith Asarela | 3 |
| Caso Lazaro, Angela Jhomara | 104 |
| Caso Zacarias, Juan Carlos Fausto | 107 |
| C█ T█, A█ K█ | 111 |
| C█ M█, L█ B█ | 479 |
| Chavez Ventura, Nashira Kiomara | 892 |
| Chicmana Licas, Jose Manuel | 280 |

6

| Plaintiffs with one or more deficient notarizations in PPS | PLF ID |
|---|---:|
| Condor Camacuari, Emilyn Milagros | 559 |
| Condor Ortega, Sheyla Angela | 482 |
| Condor Rupay, Yasira Mercy | 562 |
| Condor Saez, Jhoselyn Shirley | 128 |
| Cordova Basteres, Anyeli Carol | 483 |
| Crisostomo Soriano, Maria Milagros | 568 |
| C█████ J███, J████ O███ | 139 |
| Cueva Santos, Anthony Alesandro | 140 |
| Curi Robles, Treicy Angela | 422 |
| Damian Jorge, Yasuri Haydee | 289 |
| D█████ C███, J████ Y███ | 574 |
| Delgadillo Caso, Stuart Dayron | 724 |
| E█████ D███, J███ A███ | 484 |
| Espinoza Laureano, Jhonatan Raul | 292 |
| Espinoza Llacza, Jesus Mario | 578 |
| Espinoza Yantas, Mayory Leidy | 1061 |
| E█████ Y███, N███ L███ | 485 |
| Espinoza Yantas, Roberto Luis | 1062 |
| Espinoza Yauri, Jose Julian | 147 |
| Espiritu Carhuancho, Jhony Jaime | 902 |
| E█████ C███, K███ B███ | 152 |
| Estrella Barrientos, Maria Fatima | 33 |
| Estrella Barrientos, Yovana Catrin | 34 |
| Fabian Ortega, Amparo Paola | 487 |
| Flores Burgos, Nickol Magaly | 158 |
| Flores Marcos, Danfer Saul | 585 |
| Gallardo Chihuan, Anyi Kely | 305 |
| Gallardo Villanueva, Armando Jesus | 308 |
| Gallardo Villanueva, Jose Armando | 309 |
| Godoy Cuadrado, D'Alessandro Farith | 1078 |
| Guere Casas, Anthony William | 591 |
| Huaman Lazaro, Jose Rene | 910 |
| Huaman Ortega, Giancarlo Jose | 598 |
| Huanay Escandon, Yannela Yolanda | 602 |
| Huanay Martinez, Giancarlos Gider | 165 |
| Huaynate Alania, Jose Miguel | 166 |
| Huayta Carhuancho, William Xavier | 745 |
| Hurtado Porras, Miler Junior | 28 |
| Hurtado Porras, Rocio Marleny | 29 |
| I███ G███, S███ A███ | 168 |
| Izarra Huanacune, Anthony Bruce | 314 |
| Izarra Huanacune, Cesar Michael | 315 |
| L█████ S███, R███ S███ | 176 |
| Licas Gamarra, Gehampier Alexander | 179 |
| Lobato Vivas, Annabel Milagros | 181 |
| Lopez Sorjano, Jordy Wily | 183 |

7

| Plaintiffs with one or more deficient notarizations in PPS | PLF ID |
|---|---|
| Lopez Sorjano, Katherine Joselyn | 184 |
| Luis Arotoma, Cristhian Anderson | 185 |
| Luis Arotoma, Deybi Cesar | 186 |
| Luis Arotoma, Nicols Lucero | 187 |
| Machado Ureta, Carla Estephany | 442 |
| Mandujano Leandro, Jennyfer Yamilet | 448 |
| Mateo Chavez, Anthony Tamir | 1302 |
| Melo Rojas, Junior Edison | 630 |
| Miliano Vargas, Melissa | 449 |
| M▇▇ O▇▇, J▇▇ A▇▇ | 636 |
| N▇▇ L▇▇, A▇▇ J▇▇ | 209 |
| N▇▇ L▇▇, K▇▇ J▇▇ | 210 |
| Nunez Huaman, Liz Diana | 452 |
| Ochoa Valladares, Luz Angelica | 453 |
| Ochoa Valladares, Rocio del Pilar | 638 |
| O▇▇ V▇▇, J▇▇ | 645 |
| Ortega Rodrigo, Medaly Xiomara | 1151 |
| Oscanoa Ampudia, Alizze Rousse | 647 |
| Palomino Santos, Elvis Eduardo | 218 |
| Paredes Solano, Darling Diandyra | 1167 |
| Parra Calderon, Shirley | 454 |
| P▇▇ R▇▇, F▇▇ L▇▇ | 653 |
| Perez Payano, Jessy Cynthia | 321 |
| Perez Santos, Sebastian Nicolas | 772 |
| Poma Renteria, Kimberly Jhonmy | 346 |
| Poma Ricaldi, Criss Jordan | 501 |
| Porras Cordova, Alexandra Lucia | 948 |
| Porras Cordova, Fiorela | 949 |
| Porras Cordova, Jennifer | 950 |
| Q▇▇ R▇▇, Z▇▇ R▇▇ | 352 |
| Ramon Barja, Joselyn Estefany | 613 |
| Ramos Caso, Diana Liz | 775 |
| Ramos Caso, Henry Franklin | 776 |
| Ramos Caso, Jonatan Jorshe | 780 |
| Ricaldi Sanabria, Jose Guillermo | 458 |
| Rojas Barona, Jhoan Raymundo | 960 |
| Rojas Capcha, Jianpierre Leo | 365 |
| Rojas Huaynates, Roy Rider | 370 |
| Rojas Solis, Sandro Eduardo | 517 |
| Roque Aza, Saul Aduardo | 860 |
| S▇▇ C▇▇, A▇▇ M▇▇ P▇▇ | 668 |
| Sinche Espinoza, Melany Margot | 1247 |
| Tello Melgarejo, Fiorela Allinson | 393 |
| Toribio Palomino, Wilmer Fortunato | 396 |
| V▇▇ M▇▇, C▇▇ L▇▇ Y▇▇ | 401 |
| V▇▇ S▇▇, M▇▇ Z▇▇ | 408 |

| Plaintiffs with one or more deficient notarizations in PPS | PLF ID |
|---|---:|
| Yantas Alvino, Ruth Andrea | 465 |
| Z█████ O█████, P███ M█████ | 415 |
| Zurita Pizarro, Jeanfranco Aldo | 526 |