UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11 CV 44 CDP |
| | ) | |
| IRA L. RENNERT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants Doe Run Resources Corporation and The Renco Group ask that I impose sanctions against plaintiffs for alleged conduct giving rise to a criminal investigation that is in its preliminary/preparatory stage in Peru.  Addressing the motion would necessarily require me to assess the credibility of witness statements and the veracity of other evidence culled by Peru's prosecutors through the course of that ongoing investigation, which, under Peruvian law, must remain confidential.  It is not within the purview of this Court to make such premature judgments and findings, especially given their potential effect on a foreign criminal proceeding.  Because defendants' motion for sanctions asks me to do just that, I will deny the motion.  Accordingly,

**IT IS HEREBY ORDERED** that defendants Doe Run Resources Corporation and The Renco Group's Motion for Sanctions and Remedial Measures [1368] is **DENIED.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2023.