UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:11 CV 44 CDP |
| IRA L. RENNERT, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' Cross-Motion for Sanctions [1367] is **DENIED without prejudice** to be refiled if necessary when the Stay imposed in this case is lifted.

**IT IS FURTHER ORDERED** that defendants Doe Run Resources Corporation and The Renco Group's Motions to File Under Seal the Response to Plaintiffs' Cross-Motion for Sanctions [1382] [1385] are **GRANTED**, but their Response to Plaintiffs' Cross-Motion for Sanctions will not be considered given my ruling on the cross-motion.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of September, 2023.