IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:11-CV-00044-CDP ) |
| DOE RUN RESOURCES CORPORATION, *et al.*, | ) (Consolidated) ) ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Doc. 1421), the parties hereby identify the plaintiffs who remain subject to the parties' motions to dismiss (Docs. 1364, 1375) in the following categories:[1]

1. **Plaintiffs who have failed to produce any PPS: 37**

| No. | Plf ID | Plaintiff Name | Initials | Member Case No. |
|---|---|---|---|---|
| 1 | 1073 | Briceno Fiol, Javier Alberto | AJBF | 4:18-cv-00585 |
| 2 | 1028 | Castro Torres, Luis Fernando | LFCT | 4:16-cv-01731 |
| 3 | 1029 | Castro Torres, Simone Victoria | SVCT | 4:18-cv-00585 |
| 4 | 1369 | CC, XS | XSCC | 4:18-cv-00575 |
| 5 | 1363 | CG, LE | LECG | 4:18-cv-00575 |
| 6 | 1035 | Cordova Quispe, Nicol | NCQ | 4:18-cv-00575 |
| 7 | 1046 | Damian Pablo, Miguel Jesus | MJDP | 4:18-cv-00585 |
| 8 | 1060 | Espinoza Solano, Brayan Jhoan | BJES | 4:16-cv-01731 |
| 9 | 1202 | Garcia Ramon, Jesus Marcelo | JMGR | 4:18-cv-00585 |
| 10 | 1086 | Guillermo Solis, Jean Piero | JPGS | 4:18-cv-00575 |
| 11 | 1373 | Hinostroza Porras, Edu Carlos | ECHP | 4:18-cv-00575 |
| 12 | 1374 | HP, L | LHP | 4:18-cv-00575 |
| 13 | 1111 | Jimenez Torre, Arnold De'nield | ADJT | 4:16-cv-01731 |
| 14 | 1112 | Jimenez Torre, Shantal Estefani | SEJT | 4:16-cv-01731 |
| 15 | 1378 | Leon Camavilca, Andrea Cristal | ACLC | 4:18-cv-00575 |
| 16 | 1141 | Miranda Cirineo, Michel Jhonatan | MJMC | 4:16-cv-01731 |
| 17 | 1305 | Moya Pilco, Marianel Nicol | MMP | 4:15-cv-00705 |
| 18 | 1304 | Moya Pilco, Maricielo | MNMP | 4:15-cv-00705 |
| 19 | 1162 | Paredes Miranda, Giomar Nilver | GNPM | 4:18-cv-00575 |

---

[1] On October 4, 2024, three Plaintiffs produced their notarized PPS forms, and 45 Plaintiffs produced their notarized supplemental PPS forms.

| No. | Plf ID | Plaintiff Name | Initials | Member Case No. |
|---|---|---|---|---|
| 20 | 1163 | Paredes Miranda, Jose Jeyson | JJPM | 4:18-cv-00575 |
| 21 | 1164 | Paredes Miranda, Sheyla Sadit | SSPM | 4:16-cv-01731 |
| 22 | 1176 | Payta Paita, Jhan Carlos | JCPP | 4:18-cv-00594 |
| 23 | 1383 | QG, RS | RSQG | 4:18-cv-00575 |
| 24 | 1211 | Rivera Casimiro, Waldir Alexis | WARC | 4:16-cv-01731 |
| 25 | 1310 | Rivera Pilco, Sebastian | SRP | 4:15-cv-00705 |
| 26 | 1220 | Rojas Rivera, Luis Dayton | LDRR | 4:16-cv-01731 |
| 27 | 1221 | Rojas Rivera, Roslyn Elizabeth | RERR | 4:16-cv-01731 |
| 28 | 1225 | Rojas Zevallos, Gino Paolo | GPRZ | 4:18-cv-00575 |
| 29 | 1030 | Romero Chavez, Keler Leonidas | KLRC | 4:16-cv-01731 |
| 30 | 1230 | Rosales Perez, Gabriel Omar | GORP | 4:18-cv-00575 |
| 31 | 1231 | Salcedo Moreno, Kevin Cristhian | KCSM | 4:18-cv-00585 |
| 32 | 1237 | Santa Cruz Zevallos, Kevin Johan | KJSCZ | 4:16-cv-01731 |
| 33 | 1393 | Santos Cajachagua, Danilo Franklin | DFSC | 4:18-cv-00575 |
| 34 | 1394 | SP, FE | FESP | 4:18-cv-00575 |
| 35 | 1397 | SQ, CE | CESQ | 4:18-cv-00575 |
| 36 | 1261 | Torres Rosales, May Dewitt | MDTR | 4:16-cv-01731 |
| 37 | 1262 | Torres Rosales, Nielsen Keimor | NKTR | 4:18-cv-00585 |

2. **Plaintiffs who have failed to produce a notarized PPS:  N/A**

3. **Plaintiffs who have failed to produce a notarized Supplemental PPS: 19**

| No. | Plf ID | Plaintiff Name | Initials | Member Case No. |
|---|---|---|---|---|
| 1 | 330 | AI, JA | JAAI | 4:12-cv-01352 |
| 2 | 48 | Ancieta Romero, Jhon Miler | JMAR | 4:12-cv-01342 |
| 3 | 539 | Barzola Galvan, Damaris Andrea | DABG | 4:13-cv-00245 |
| 4 | 873 | Cajahuanca Arrieta, Stephanie Ingrid (correct name is Estefany Ingrid Cajahuanca Arrieta) | EICA | 4:13-cv-01596 |
| 5 | 267 | Calderon Rojas, Nikolai Joacim | NJCR | 4:12-cv-01348 |
| 6 | 107 | Caso Zacarias, Juan Carlos Fausto | JCCZ | 4:12-cv-01342 |
| 7 | 128 | Condor Saez, Jhoselyn Shirley | JSCS | 4:12-cv-01342 |
| 8 | 585 | Flores Marcos, Danfer Saul | DSFM | 4:13-cv-00245 |
| 9 | 28 | Hurtado Porras, Miler Junior | JHP | 4:11-cv-00055 |
| 10 | 181 | Lobato Vivas, Annabel Milagros | AMLV | 4:12-cv-01345 |
| 11 | 183 | Lopez Sorjano, Jordy Wily | JWLS | 4:12-cv-01345 |
| 12 | 184 | Lopez Sorjano, Katherine Joselyn | KJLS | 4:12-cv-01345 |
| 13 | 209 | NL, AJ | AJNL | 4:12-cv-01345 |
| 14 | 210 | NL, KJ | KJNL | 4:12-cv-01345 |
| 15 | 653 | PR, FL | FLPR | 4:13-cv-00248 |
| 16 | 370 | Rojas Huaynates, Roy Rider | RRRH | 4:12-cv-01352 |
| 17 | 860 | Roque Aza, Saul Aduardo | SARA | 4:13-cv-01594 |
| 18 | 408 | VS, MZ | MZVS | 4:12-cv-01352 |
| 19 | 415 | ZO, FM | FMZO | 4:12-cv-01352 |

Respectfully submitted,

| | |
|---|---|
| **SCHLICHTER BOGARD LLP** | **KING & SPALDING LLP** |
| By: /s/ Nathan D. Stump | By: /s/ Geoffrey M. Drake |
| Nathan D. Stump | Geoffrey M. Drake |
| Jerome J. Schlichter | Andrew T. Bayman |
| Kristine K. Kraft | Carmen R. Toledo |
| 100 S. 4th Street, #1200 | 1180 Peachtree Street, N.E., #1600 |
| St. Louis, MO 63102 | Atlanta, GA 30309 |
| Tel: (314) 621-6115 | Tel (404) 572-4600 |
| nstump@uselaws.com | |
| jshlichter@uselaws.com | Tracie J. Renfroe |
| kkraft@uselaws.com | 1100 Louisiana St., #4100 |
| | Houston, TX 77002 |
| *Attorneys for Plaintiffs* | Tel. 713-751-3200 |

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser, Albert Bruce Neil, Jeffrey L. Zelms*

**DOWD BENNETT LLP**
Edward L. Dowd, Jr.
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Tel: (314) 889-7300

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser, Albert Bruce Neil, Jeffrey L. Zelms*

**LEWIS RICE LLC**
Thomas P. Berra, Jr.
Michael J. Hickey
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
Tel. (314) 444-7600

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser, Albert Bruce Neil, Jeffrey L. Zelms*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of October, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court through the Court's CM/ECF system, which will effect service on all counsel of record by sending a Notice of Electronic Filing.

<em>/s/ Nathan D. Stump</em>