UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:11 CV 44 CDP |
| IRA L. RENNERT, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Upon due consideration of the parties' October 8, 2024, Joint Status Report (ECF 1422) and their opposing motions to dismiss (ECF 1364, 1375), I conclude that it is appropriate to dismiss with prejudice those plaintiffs who have wholly failed to produce any Plaintiff Profile Sheets (PPSs) as more than six years have passed since those plaintiffs have filed their cases and joined this litigation, and no reasonable excuse justifies their failure to comply with the Court's directives to produce their PPSs.  To the extent plaintiffs provide specific reasons for two identified plaintiffs' noncompliance (*see* ECF 1376-3), I note that the recent Joint Status Report does not include those individuals among those who have continued to fail to produce their PPSs.  To the extent plaintiffs otherwise provide general reasons for noncompliance (*see* ECF 1376 at p. 6), it does not appear that those general obstacles prevented other plaintiffs from complying with the Court's directive to produce PPSs during the

relevant period.

I will not dismiss those plaintiffs who have failed to produce notarized Supplemental PPSs. Defendants contend that the "upshot" of the method of PPS production in this case renders the PPSs akin to interrogatory answers under Federal Rule of Civil Procedure 33, whose supplementation must be signed under oath. While there was an agreement that the PPSs would satisfy plaintiffs' Rule 26(a) disclosure requirement (*see* ECF 104 – Mar. 20, 2013, Status Conf. Tr. at pp. 41-43), I am aware of no agreement that the PPSs would be treated as answers to interrogatories. (*See* ECF 100 – Mar. 18, 2013, Jt. Stat. Rep. at p. 1 (defendants' statement that notarization was for purposes of verifying identity of individual plaintiffs; no mention of Rule 33 requirements); ECF 104 – Mar. 20, 2013, Status Conf. Tr.) Regardless, given the lack of mutual understanding as to whether supplemental PPSs were required to be notarized, I will not dismiss those plaintiffs who have failed to produce them.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' Motion to Dismiss for Failure to Prosecute by Producing Profile Sheets [1364] and plaintiffs' Motion for Voluntary Dismissal [1375] are **GRANTED in part and DENIED in part.**

**IT IS FURTHER ORDERED** that the following thirty-seven (37) plaintiffs are dismissed from this action with prejudice for failure to produce any Plaintiff Profile

Sheet as directed by various Orders of this Court:[1]

| No. | Plf ID | Plaintiff Name | Initials | Member Case No. |
|---|---|---|---|---|
| 1 | 1073 | ███████████████ | AJBF | 4:18 CV 585 |
| 2 | 1028 | Castro Torres, Luis Fernando | LFCT | 4:16 CV 1731 |
| 3 | 1029 | Castro Torres, Simone Victoria | SVCT | 4:18 CV 585 |
| 4 | 1369 | CC, XS | XSCC | 4:18 CV 575 |
| 5 | 1363 | CG, LE | LECG | 4:18 CV 575 |
| 6 | 1035 | ███████████████ | NCQ | 4:18 CV 575 |
| 7 | 1046 | Damian Pablo, Miguel Jesus | MJDP | 4:18 CV 585 |
| 8 | 1060 | Espinoza Solano, Brayan Jhoan | BJES | 4:16 CV 1731 |
| 9 | 1202 | ███████████████ | JMGR | 4:18 CV 585 |
| 10 | 1086 | ███████████████ | JPGS | 4:18 CV 575 |
| 11 | 1373 | Hinostroza Porras, Edu Carlos | ECHP | 4:18 CV 575 |
| 12 | 1374 | HP, L | LHP | 4:18 CV 575 |
| 13 | 1111 | Jimenez Torre, Arnold De'nield | ADJT | 4:16 CV 1731 |
| 14 | 1112 | Jimenez Torre, Shantal Estefani | SEJT | 4:16 CV 1731 |
| 15 | 1378 | Leon Camavilca, Andrea Cristal | ACLC | 4:18 CV 575 |
| 16 | 1141 | Miranda Cirineo, Michel Jhonatan | MJMC | 4:16 CV 1731 |
| 17 | 1305 | ███████████████ | MNMP | 4:15 CV 705 |
| 18 | 1304 | Moya Pilco, Maricielo | MMP | 4:15 CV 705 |
| 19 | 1162 | ███████████████ | GNPM | 4:18 CV 575 |
| 20 | 1163 | ███████████████ | JJPM | 4:18 CV 575 |
| 21 | 1164 | Paredes Miranda, Sheyla Sadit | SSPM | 4:16 CV 1731 |
| 22 | 1176 | ███████████████ | JCPP | 4:18 CV 594 |
| 23 | 1383 | QG, RS | RSQG | 4:18 CV 575 |
| 24 | 1211 | Rivera Casimiro, Waldir Alexis | WARC | 4:16 CV 1731 |
| 25 | 1310 | Rivera Pilco, Sebastian | SRP | 4:15 CV 705 |
| 26 | 1220 | Rojas Rivera, Luis Dayton | LDRR | 4:16 CV 1731 |
| 27 | 1221 | Rojas Rivera, Roslyn Elizabeth | RERR | 4:16 CV 1731 |
| 28 | 1225 | ███████████████ | GPRZ | 4:18 CV 575 |
| 29 | 1030 | Romero Chavez, Keler Leonidas | KLRC | 4:16 CV 1731 |
| 30 | 1230 | ███████████████ | GORP | 4:18 CV 575 |

---

[1] The following list was provided by the parties in their Joint Status Report filed October 8, 2024 (ECF 1422).  I have redacted the names of those plaintiffs whose full names are included in the Joint Status Report but who remain identified by only their initials on the respective docket sheets.

| 31 | 1231 | Salcedo Moreno, Kevin Cristhian | KCSM | 4:18 CV 585 |
| 32 | 1237 | Santa Cruz Zevallos, Kevin Johan | KJSCZ | 4:16 CV 1731 |
| 33 | 1393 | ███████████████ | DFSC | 4:18 CV 575 |
| 34 | 1394 | SP, FE | FESP | 4:18 CV 575 |
| 35 | 1397 | SQ, CE | CESQ | 4:18 CV 575 |
| 36 | 1261 | Torres Rosales, May Dewitt | MDTR | 4:16 CV 1731 |
| 37 | 1262 | ███████████████ | NKTR | 4:18 CV 585 |

No other plaintiffs are dismissed from this action at this time.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of November, 2024.