**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | Case No. 4:11-cv-00044-CDP |
| Plaintiffs, | ) | (CONSOLIDATED) |
| | ) | |
| vs. | ) | |
| | ) | |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR SANCTIONS**

Plaintiffs hereby move for sanctions based on Defendants' disclosure of dozens of names of minor Plaintiffs whose identities were placed under seal, in violation of this Court's Local Rules, 2.17, 13.05 (B)(1)(a), and Federal Rule of Civil Procedure 5.2(a).

In support of their motion, Plaintiffs file herewith a Memorandum in Support of Plaintiffs' Motion for Sanctions.

Respectfully submitted,

**SCHLICHTER BOGARD LLC**

Dated: September 26, 2025

By:   */s/ Jerry J. Schlichter*
JEROME J. SCHLICHTER #32225 (MO)
KRISTINE K. KRAFT #37971 (MO)
NATHAN D. STUMP #71641 (MO)
CORT A. VANOSTRAN #67276 (MO)
100 South 4th Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
jschlichter@uselaws.com
nstump@uselaws.com
kkraft@uselaws.com
cvanostran@uselaws.com