IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Jhony Jaime Espiritu Carhuancho, by and through his attorneys, and hereby moves this Court for an order voluntarily dismissing his claims against all named defendants pursuant to Federal Rule of Civil Procedure 41(a)(2), with prejudice, as to Plaintiff Jhony Jaime Espiritu Carhuancho only. This Notice does not pertain to any other plaintiff named under this case number. Counsel for Plaintiffs have discussed this motion with counsel for Defendants, who do not oppose the requested dismissal.

Dated: September 30, 2025                    Respectfully submitted,

**SCHLICHTER BOGARD LLC**

By:        /s/ *Cort A. VanOstran*
CORT A. VANOSTRAN #67276 (MO)
JEROME J. SCHLICHTER #32225 (MO)
KRISTINE K. KRAFT #37971 (MO)
NATHAN D. STUMP #71641 (MO)
100 South 4th Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
jschlichter@uselaws.com
nstump@uselaws.com
kkraft@uselaws.com
cvanostran@uselaws.com

1