IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO MODIFY CASE MANAGEMENT ORDER 18**

COME NOW Plaintiffs and Defendants, by and through their undersigned counsel, and respectfully request that the Court enter the attached proposed Order modifying Case Management Order 18, dated June 25, 2025 (Doc. 1490, "CMO 18").

This modification is requested to extend remaining deadlines under CMO 18.  Two of the remaining Cohort Plaintiffs, Darling Diandyra Paredes Solano and Ruth Andrea Yantas Alvino, are unable to appear in St. Louis for their supplemental physical and clinical examinations and clinical interviews by Defendants' case-specific experts and for their supplemental depositions before the current October 31, 2025 deadline.  However, Plaintiffs Darling Diandyra Paredes Solano and Ruth Andrea Yantas Alvino have made arrangements to travel and appear in St. Louis between November 17 and 19, 2025.  Additionally, the parties require additional time to provide their respective case-specific expert and expert rebuttal reports and to conduct depositions of those case-specific experts.

The parties have agreed to the following modification to the existing schedule.

|  | CMO 18 | Proposed First Amended CMO 18 |
|---|---|---|
| Completion of Defendants' Experts Physical and Clinical Examations and Clinical Interviews of Cohort Plaintiffs | October 31, 2025 | November 19, 2025 |
| Completion of Supplemental Depositions of Cohort Plaintiffs | October 31, 2025 | November 19, 2025 |
| Defendants to Provide Supplemental Expert Reports of Case-Specific Experts | December 4, 2025 | January 6, 2026 |
| Plaintiffs to Provide Any Rebuttal Expert Reports of Case-Specific Experts | December 11, 2025 | January 16, 2026 |
| Supplemental Depositions of Case-Specific Experts | December 15, 2025 to January 23, 2026 | January 23, 2026 to February 27, 2026 |
| Parties to Meet and Confer to Set Order and Dates of Expert Depositions | November 21, 2025 | November 21, 2025 |
| Parties to Notify the Court of Any Dispute Regarding Setting the Order and Dates of Expert Depositions | December 8, 2025 | December 8, 2025 |

The request is not made for any improper purpose, and no party will suffer any prejudice if the requested modifications are entered.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter the attached proposed Order modifying Case Management Order 18.

Respectfully submitted,

**SCHLICHTER BOGARD LLC**

By: /s/ *Kristine Kraft*
Kristine K. Kraft, #37971 (MO)
Nathan D. Stump, #71641 (MO)
Jerry J. Schlichter, #32225 (MO)
Cort A. VanOstran, #67276 (MO)
100 S. 4th Street, #1200
St. Louis, MO 63102
Tel: (314) 621-6115
jshlichter@uselaws.com
kkraft@uselaws.com
nstump@uselaws.com
cvanostran@uselaws.com

*Attorneys for Plaintiffs*

**LEWIS RICE LLC**

By: /s/ Thomas P. Berra, Jr.
Thomas P. Berra, Jr., #43399MO
Michael J. Hickey, #47136MO
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
Tel. (314) 444-7600

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser and Albert Bruce Neil*

**KING & SPALDING LLP**

Geoffrey M. Drake
Andrew T. Bayman
Carmen R. Toledo
1180 Peachtree Street, N.E., #1600
Atlanta, GA 30309
Tel (404) 572-4600

Tracie J. Renfroe
1100 Louisiana St., #4100
Houston, TX 77002
Tel. 713-751-3200

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser and Albert Bruce Neil*

**DOWD BENNETT LLP**
Edward L. Dowd, Jr., #28785MO
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Tel: (314) 889-7300

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Theodore P. Fox, III, Marvin K. Kaiser and Albert Bruce Neil*