IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 4:11-cv-00044-CDP |
| | ) |
| IRA RENNERT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR ORDER TO BE ISSUED IN AID OF APPLICATIONS OF CERTAIN PLAINTIFFS AND THEIR WITNESSES FOR A VISA AND SUBSEQUENT TRAVEL TO ENTER THE UNITED STATES FOR PURPOSES OF ATTENDING TRIAL**

Plaintiffs hereby move this Court to enter an Order in aid of the visa applications for 10 plaintiffs in the Discovery Cohort and 19 Peruvian citizens who are witnesses and/or companions to enter the United States for the limited purposes of appearing at the trials of the plaintiffs in St. Louis, Missouri. The first trial is set for June 23, 2026, and the second trial is set to begin on October 26, 2026. Both trials are expected to last up to 12 weeks. A proposed order is being provided separately to the Court via email in a Word document, with a copy to Defendants' counsel.

In support of this motion, Plaintiffs state:

1.      The parties have now identified the plaintiffs that will be part of each of the two trials, and the names of those individuals are included below.  In addition, 19 witnesses have been identified who may be called as witnesses at trial.

2.      Each of the plaintiffs, their witnesses, and companions are Peruvian citizens and therefore require a visa to travel to the United States and appear at trial. These individuals are listed below by trial date:

Plaintiffs to appear for first trial set for June 23, 2026:

1.      Geanfranco Sergio Agui Yupanqui

Case No.:  4:11-cv-00044-CDP
                                                                                          (Consolidated)

    a.        Ofelia Consuelo Yupanqui Vargas De Agui (mother)

    b.        Aurelio Agui Escandon (father)

2.    Roberto Luis Espinoza Yantas

    a.        Silvia Yovana Yantas Magallanes (mother)

    b.        Rolando Luis Espinoza Sovero (father)

3.    Jhonatan Raúl Espinoza Laureano

    a.        Maria Antonia Laureano Vilca (mother)

    b.        Raul Alberto Espinoza Sovero (father)

4.    D´Alessandro Farith Godoy Cuadrado

    a.        Edson Herlis Godoy Zacarias (father)

    b.        Viviana Natalia Cuadrado Guere (mother)

5.    Medaly Xiomara Ortega Rodrigo

    a.        Edith Reyna Rodrigo Bendezu (aunt)

Plaintiffs to appear for second trial set for October 26, 2026:

1.    Nashira Xiomara Chavez Ventura

    a.        Leli Nancy Ventura Yupanqui de Chavez (mother)

    b.        Ovaldo Chavez Celiz (father)

2.    Steven Richard Barzola Ccanto

    a.        Paulina Ccanto Quispe (mother)

3.    Yannela Yolanda Huanay Escandon

    a.        Maribel Gladys Escandon Huaynate (mother)

    b.        Jose Luis Huanay Rojas (father)

    c.        Milufer Angela Huanay Escandon (companion, minor sister needs to

travel with mother, only caregiver)

    4.    Darling Diandyra Paredes Solano

        a.    Edith Luz Solano Ramos (mother)

        b.    Miguel Ricardo Paredes Fabian (father)

        c.    Neithan Antonio Fuentes Paredes (companion, infant son of plaintiff)

    5.    Ruth Andrea Yantas Alvino

        a.    Marco Antonio Yantas Magallanes (father)

3.    In addition, the individuals identified above will need to be escorted by certain members of Plaintiffs' Peruvian Team who are listed below:

    a.  José Luis Calmell del Solar Diaz (Peruvian Team Member)

    b.  Jorge Luis Mesias Salazar (Peruvian Team Member)

    c.  Anthony Fajardo Castillo (Peruvian Team Member)

    d.  Wilfredo Castillo Alvarado (Peruvian Team Member)

    e.  Andre Durand (Peruvian Team Member)

4.    As counsel for these individuals, the Schlichter Bogard LLC law firm will advance the necessary expenses associated with obtaining visas and with traveling to the United States and will provide any other resources to facilitate the purpose of their trip, which includes payment for travel tickets, lodging arrangements, food, and other transportation.

5.    The law firm of Schlichter Bogard LLC will ensure that adequate support is provided to these individuals in the form of attorneys and/or other individuals to act as escorts who will facilitate their travel. The law firm of Schlichter Bogard LLC will also ensure that these individuals have permission to return to their country of origin at the end of their temporary stay.

        Case No.:  4:11-cv-00044-CDP
(Consolidated)

WHEREFORE, in aid of the visa applications of the 10 plaintiffs set for trial in 2026, as well as the 19 witnesses and companions, Plaintiffs respectfully request that the Court enter an order to be given as support for their respective visa applications to the **U.S. Embassy Lima, Peru, U.S Department of State** and consequent entry into the United States for trial.

Respectfully submitted,

**SCHLICHTER, BOGARD LLC**

February 4, 2026

By: _____*/s/ Kristine K. Kraft*_____
KRISTINE K. KRAFT #37971
JEROME J. SCHLICHTER #32225
NATHAN D. STUMP #71641
CORT VANOSTRAN #67276
JESSICA HOLMES, *pro hac vice*
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
kkraft@uselaws.com
jschlichter@uselaws.com
nstump@uselaws.com
cvanostran@uselaws.com
jholmes@uselaws.com

*Attorneys for Plaintiffs*

Case No.:  4:11-cv-00044-CDP
(Consolidated)