UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:11 CV 44 CDP |
| IRA L. RENNERT, et al., | ) |
| Defendants. | ) |

## ORDER NAMING TRIAL PLAINTIFFS

The parties having made their selection of first-trial plaintiffs,

**IT IS HEREBY ORDERED** that the claims of the following plaintiffs are set for trial beginning **June 23, 2026**:

| | |
|---|---|
| Geanfranco Sergio Agui Yupanqui | Case No. 4:12CV1342 |
| Jhonatan Raul Espinoza Laureano | Case No. 4:12CV1348 |
| Roberto Luis Espinoza Yantas | Case No. 4:14CV0907 |
| D'Alessandro Farith Godoy Cuadrado | Case No. 4:14CV0907 |
| Medaly Xiomara Ortega Rodrigo | Case No. 4:14CV0907 |

**IT IS FURTHER ORDERED** that the claims of the following plaintiffs are set for trial beginning **October 26, 2026**:

| | |
|---|---|
| Steven Richard Barzola Ccanto | Case No. 4:12CV2104 |
| Nashira Kiomara Chavez Ventura | Case No. 4:13CV1596 |
| Yannela Yolanda Huanay Escandon | Case No. 4:13CV0245 |
| Darling Diandyra Paredes Solano | Case No. 4:14CV0907 |
| Ruth Andrea Yantas Alvino | Case No. 4:12CV1568 |

- 2 -

An Order relating to visa applications and travel documents for plaintiffs, their companions, and witnesses is entered separately this date.

                                                                   */s/ Catherine D. Perry*
                                                                   CATHERINE D. PERRY
                                                                   UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2026.