IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

A.O.A., *et al.*,                              )
                                               )
       Plaintiffs,                     )
                                               )
          v.                    )      No. 4:11-cv-00044-CDP
                                               )
IRA RENNERT, *et al.,*                         )
                                               )
       Defendants.                     )

**ORDER DIRECTING CERTAIN PLAINTIFFS AND OTHER WITNESSES TO APPEAR FOR TRIAL IN THE STATE OF MISSOURI AND ORDER ISSUED IN AID OF THEIR APPLICATIONS FOR VISA TO ENTER THE UNITED STATES**

Lawsuits have been filed in the United States District Court for the Eastern District of Missouri by certain Peruvian citizens against Doe Run Resources Corporation, The Renco Group, Inc., and other related entities, as well as some individual officers of these companies, all of whom are citizens of the United States. Plaintiffs seek recovery for injuries and damages suffered because of exposure to lead emitted from the La Oroya Metallurgical Complex during its operation from 1997 to 2009. The Plaintiffs are represented by Schlichter Bogard LLC, a law firm located in St. Louis, Missouri, where the cases are pending.

In connection with prosecuting these cases, certain plaintiffs and witnesses are required to appear in St. Louis, Missouri, for trial, which is a necessary part of the litigation process in the United States. Each trial setting could last up to 12 weeks.

The Court directs the plaintiffs identified below to appear for trial in St. Louis, Missouri, in accordance with the dates set for their respective trials. The Court further directs that the witnesses identified below, should they wish to testify at trial, must travel to the United States to provide their testimony in person. The Court recognizes that the plaintiffs and witnesses below

Case No.:  4:11-cv-00044-CDP
                                               (Consolidated)

may need to travel between Peru and the United States more than once to effectively participate in the trial, and that the two minor children identified below may need to travel with the plaintiffs on some or all of those occasions for family reasons.

Plaintiffs to appear for the first trial, set for June 23, 2026:

    1.    Geanfranco Sergio Agui Yupanqui

        a.    Ofelia Consuelo Yupanqui Vargas De Agui (mother)

        b.    Aurelio Agui Escandon (father)

    2.    Roberto Luis Espinoza Yantas

        a.    Silvia Yovana Yantas Magallanes (mother)

        b.    Rolando Luis Espinoza Sovero (father)

    3.    Jhonatan Raúl Espinoza Laureano

        a.    Maria Antonia Laureano Vilca (mother)

        b.    Raul Alberto Espinoza Sovero (father)

    4.    D´Alessandro Farith Godoy Cuadrado

        a.    Edson Herlis Godoy Zacarias (father)

        b.    Viviana Natalia Cuadrado Guere (mother)

    5.    Medaly Xiomara Ortega Rodrigo

        a.    Edith Reyna Rodrigo Bendezu (aunt)

Plaintiffs to appear for the second trial, set for October 26, 2026:

    6.    Steven Richard Barzola Ccanto

        a.    Paulina Ccanto Quispe (mother)

    7.    Nashira Xiomara Chavez Ventura

        a.    Leli Nancy Ventura Yupanqui de Chavez (mother)

    Case No.:  4:11-cv-00044-CDP
(Consolidated)

      b.       Ovaldo Chavez Celiz (father)

8.     Yannela Yolanda Huanay Escandon

      a.       Maribel Gladys Escandon Huaynate (mother)

      b.       Jose Luis Huanay Rojas (father)

      c.       Milufer Angela Huanay Escandon (companion, minor sister needs to travel with mother, only caregiver)

9.     Darling Diandyra Paredes Solano

      a.       Edith Luz Solano Ramos (mother)

      b.       Miguel Ricardo Paredes Fabian (father)

      c.       Neithan Antonio Fuentes Paredes (companion, infant son of plaintiff)

10.    Ruth Andrea Yantas Alvino

      a.       Marco Antonio Yantas Magallanes (father)

The Court also includes in this Order the following members of Plaintiffs' Peruvian Team, whose presence may be needed to assist the plaintiffs and witnesses in their travel from Peru to the United States:

Jose Luis Calmell del Solar Diaz;

Jorge Luis Mesias Salazar;

Anthony Fajardo Castillo;

Wilfredo Castillo Alvarado; and

Andre Durand.

The Court further directs the attorneys for the above-named plaintiffs to ensure (1) that their clients and witnesses will leave the United States at the end of their temporary stay, (2) that

they have permission to re-enter their country of origin at the end of their temporary stay, and (3)

that adequate financial arrangements are made to enable them to carry out the purpose of the visit

and departure from the United States.

Wherefore, this Court issues this Order so that it may be used by the individuals identified

herein to provide to the **U.S Embassy - Lima, Peru, U.S Department of State** as support for their

respective applications for a visa and subsequent travel to the United States.


February 6, 2026
Date

CATHERINE D. PERRY
UNITED STATES DISTRICT SENIOR JUDGE