IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| IRA L. RENNERT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION CONCERNING THE AUTHENTICATION OF DOCUMENTS
PRODUCED BY PARTIES TO THIS ACTION**

Counsel for Plaintiffs D'Alessandro Farith Godoy Cuadrado, Jhonatan Raul Espinoza Laureano, Medaly Xiomara Ortega Rodrigo, Roberto Luis Espinoza Yantas, and Geanfranco Sergio Agui Yupanqui ("Plaintiffs") and counsel for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Ira L. Rennert, The Doe Run Resources Corporation, Marvin K. Kaiser, and Albert Bruce Neil ("Defendants," together with Plaintiffs, the "Parties") hereby enter into this stipulation concerning authentication of certain documents produced in the above-captioned matter.

Counsel for the Parties have met and conferred, and upon determining that good cause exists for the foregoing, have reached the following agreement:

**IT IS HEREBY STIPULATED:**

1.      Documents produced to a party to this action by any other party to this action and stamped with a party-production bates number shall be deemed authentic for the purposes of this lawsuit only and shall not be subject to any authentication challenge.  Documents produced by non-parties to this litigation are not subject to this stipulation.

2.      Nothing in this stipulation shall be construed as an agreement that any documents that are subject to this stipulation are admissible into evidence. The Parties expressly reserve the right to object to the admissibility of any document under any grounds permitted by law and not expressly addressed herein.

SO STIPULATED.

**SCHLICHTER BOGARD LLC**

By: */s/ Cort A. VanOstran*

Cort A. VanOstran, #67276 (MO)
Jerome J. Schlichter, #32225 (MO)
Nathan D. Stump, #71641 (MO)
Kristine K. Kraft, #37971 (MO)
Rachel Berger, # 77248 (MO)
Jessica Holmes, pro hac vice
100 S. 4th Street, #1200
St. Louis MO 63102
Tel: (314) 621-6115
nstump@uselaws.com
jschlichter@uselaws.com
kkraft@uselaws.com
cvanostran@uselaws.com
rberger@uselaws.com
jholmes@uselaws.com

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

By:  */s/ Geoffrey M. Drake*

Andrew T. Bayman, #043342GA
abayman@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Doe Run Resources Corporation, Ira L. Rennert, Marvin M. Kaiser, and Albert Bruce Neil*

**SIDLEY AUSTIN LLP**

Jennifer L. Saulino
Jennifer.saulino@sidley.com
Richard W. Smith
rwsmith@sidley.com
1501 K Street NW
Washington, DC 20005

Telephone: (202) 736-8649
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group, Inc. and Ira L. Rennert*

**LEWIS RICE LLC**

Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, Missouri 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants Doe Run Resources Corporation, Marvin K. Kaiser, and Albert Bruce Neil*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr., #28785MO
edowd@dowdbennett.com
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, and Ira L. Rennert*