**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | Case No. 4:11-cv-00044-CDP |
| Plaintiffs, | ) | (CONSOLIDATED) |
| | ) | |
| vs. | ) | |
| | ) | |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING REDACTED EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR BIFURCATION OF TRIAL

As discussed in Defendant's April 28, 2026 Motion for Leave to File Under Seal and Memorandum in Support (Dkt. 1650 and 1651), Defendants' submit herewith the following redacted exhibits cited in support of Defendants' Memorandum in Support of Their Motion For Bifurcation of Trial (Dkt. 1647):

Exhibit A, *A.O.A. v. Doe Run Resources*, 12/5/2025 deposition transcript of Ira Rennert

Exhibit F, Estimate of Ira L. Rennert's assets

Exhibit G, Assessment of Ira Rennert's Park Avenue apartment

Exhibit H, Itemized list of jewelry and furs

Exhibit I, Statement of transactions for artwork and antiques

Exhibit J, Valuation of art located at Renco's office

Exhibit K, List of art at Fairfield residence

Exhibit L, Ira Rennert's individual tax returns for 2023

Exhibit O, *A.O.A. v. Doe Run Resources*, 12/19/2025 deposition transcript of Ari Rennert

Exhibit M, The Renco Group financial statements

Respectfully submitted,


Dated: April 28, 2026

**KING & SPALDING LLP**

Andrew T. Bayman, #043342GA
abayman@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E.
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street
Suite 4000
Houston, TX 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group,
Inc., D.R. Acquisition Corp., Doe Run Cayman
Holdings, LLC, The Doe Run Resources
Corporation, Ira L. Rennert, Marvin M. Kaiser,
and Albert Bruce Neil*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr. #28785MO
edowd@dowdbennett.com
Jeffrey R. Hoops, #69813MO
jhoops@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)

*Attorneys for Defendants The Renco Group,*

By: */s/ Jennifer L. Saulino*

**SIDLEY AUSTIN LLP**

Jennifer L. Saulino (D.C. Bar No. 479390)
jennifer.saulino@sidley.com
Richard W. Smith (D.C. Bar No. 465563)
rwsmith@sidley.com
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group,
Inc. and Ira L. Rennert*

**LEWIS RICE LLC**

Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants The Doe Run
Resources Corporation, Marvin K.
Kaiser, and Albert Bruce Neil*

*Inc., DR Acquisition Corp., Ira L. Rennert, and*
*Doe Run Cayman Holdings, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this was filed on April 28, 2026 via the ECF/CM system with the Clerk of the Court, which will serve Notice of Electronic Filing upon counsel of record.

By: */s/ Jennifer L. Saulino*