IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| IRA L. RENNERT, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR ORDER TO BE ISSUED IN AID OF APPLICATIONS OF CERTAIN PLAINTIFFS AND THEIR WITNESSES FOR A VISA TO ENTER THE UNITED STATES FOR PURPOSES OF THE PENDING LITIGATION**

COMES NOW Plaintiffs' counsel and moves the Court to enter an Order in aid of the visa applications of 24 Plaintiffs who are Peruvian citizens in the Second Discovery Cohort and an additional 24 Peruvian citizens who are witnesses and or dependent children to Plaintiffs' injuries to enter the United States for the limited purposes of appearing for an Independent Medical Exam (IME) to be conducted by Defendants' experts and to appear for their deposition during the period of June 15, 2026 through September 25, 2026. It is also anticipated that certain Plaintiffs must appear for the trial if their case is set during the calendar year 2027. In support of this motion, Plaintiffs state:

1.      Defendants have requested that each of the 24 Plaintiffs in the Second Discovery Cohort appear in St. Louis for a Rule 35 exams and depositions. Defendants also request each Plaintiff be accompanied by a witness to their injuries who will also participate in limited portions of the exam and who will be deposed by Defendants. The individuals who Defendants have requested to appear for IMEs are identified in paragraph 3 below. Each of the Second Discovery Cohort Plaintiffs and their witnesses are Peruvian citizens and therefore, require a visa to travel to

Case No.: 4:11-cv-00044-CDP
                                                                                                      (Consolidated)

the US and appear for their IME.  A Proposed Order is provided separately to the Court via email in a word document, with a copy to Defendants' counsel.

2.	Subsequently, it is anticipated that the first trial setting will occur during the calendar year 2027 and certain Plaintiffs and their witnesses whose cases are set for trial must appear for their trial in St. Louis, Missouri.

3.	Pursuant to Case Management Order No. 1 – Governing Second Discovery Cohort, Plaintiffs' counsel must make the individuals identified in the Order as the 24 Second Discovery Cohort Plaintiffs and the 24 witnesses to their injuries to be available for examinations to be conducted in St. Louis by Defendants' expert witnesses pursuant to Fed. R. Civ. P. 35 and also available for depositions as follows:  Group 1 – 12 Second Discovery Cohort Plaintiffs and 12 witnesses and dependents, if necessary, to their injuries during the time period of June 15, 2026 through August 7, 2026 and Group 2 – 12 Second Discovery Cohort Plaintiffs and 12 witnesses and dependents, if necessary, to their injuries during the time period of August 24, 2026 to September 25, 2026. These individuals are listed below.  In addition, these individuals will be escorted by certain members of Plaintiffs' Peruvian Team who are listed below:

These individuals include:

1.	Susi Raquel Aguirre Medina

    a.	Liz Maribel Leon Salcedo (Aunt)

    b.	S.H.Q.A.(Minor Dependent Child)

2.	Rosa Luz Astudillo Yurivilca

    a.	Haydee Hilda Yirivilca Payta (Mother)

3.	Andrio Dominic Barrera Salcedo

    a.	Liliana Salcedo Rivera (Mother)

Case No.:  4:11-cv-00044-CDP
(Consolidated)

4.   Soledad Amanda Barrelto Ibaceta

   a.   Mirian Rosalva Ibaceta Zacarias (Mother)

   b.   B.A.A.Z.B. (Minor Dependent Child)

5.   Nikolai Joacim Calderson Rojas

   a.   Lucinda Rojas Estrada (Mother)

6.   Milder Fausto Carrasco Parra

   a.   Marcelina Mercedes Carrasco Parra (Mother)

7.   Jose Manuel Chicmana Licas

   a.   Margot Rufina Licas Jayo (Mother)

8.   Melissa Soledad Cordova Vicuna

   a.   Rosabel Vicuna Oscano (Mother)

9.   Anthony Alesandro Cueva, Santos

   a.   Amala Lucia Santos Indigoyen (Mother)

10.   Yasuri Haydee Damian Jorge

   a.   Santa Cecelia Jorge Orizano (Mother)

   b.   A.S.P.D. (Minor Dependent Child)

11.   Stuart Dayron Delgadillo Caso

   a.   Irene Magdalena Caso Huerta (Mother)

12.   Mayory Leidy Espionza Yantas

   a.   A.M.R.E. (Minor Dependent Child)

13.   Monica Kimberly Godoy Cuadrado

14.   Giancarlo Jose Huaman Ortega

   a.   Lila Victoria Ortega Samaniego (Mother)

Case No.:  4:11-cv-00044-CDP
                                (Consolidated)

15. Rocio Marleny Hurtado Porras

   a. Rufina Porras Leon de Hurtado (Mother)

16. Cesar Michael Izarra Huanacune

   a. Faustina Huanacune Gallegos (Mother)

17. Liz Diana Nunez Huaman

   a. Pablo Nunez Luna (Father)

   b. J.C.S.N. (Minor Dependent Child)

18. Sebastian Nicolas Perez Santos

   a. Hildaura Elvira Santos Porras (Mother)

19. Jonatan Jorshe Ramos Caso

   a. Lucia Caso Zacarias (Mother)

20. Marianels Greysi Rivera Fermin

   a. Arzapaol Reyda Fermin (Mother)

21. Kevin Junior Rojas Rosales

   a. Olga Marleny Rosales Medina (Mother)

22. Sandro Eduardo Rojas Solis

   a. Dany Elizabeth Solis Romero (Mother)

23. Anjali Maria Paz Sanchez Ccanto

   a. Rosario Maribel Ccanto Taipe (Mother)

24. Cesar Ivi Yum Valerio Miliano

   a. Julia Lourdes Miliano Montesinos (Mother)

25. Jose Luis Calmell del Solar Diaz (Peruvian Team Member)

26. Jorge Luis Mesias Salazar (Peruvian Team Member)

Case No.:  4:11-cv-00044-CDP
                                                        (Consolidated)

27.    Anthony Fajardo Castillo (Peruvian Team Member)

28.    Paula Fernanda El Kayyali Castillo (Peruvian Team Member)

29.    Wilfredo Castillo Alvarado (Peruvian Team Member)

4.    As counsel for these individuals, the Schlichter Bogard LLC law firm will advance the necessary expenses associated with obtaining visas and with traveling to the United States and will provide any other resources to facilitate the purpose of their trip, which includes payment for travel tickets, lodging arrangements, food, and other transportation.

5.    The law firm of Schlichter Bogard LLC will seek reimbursement from the Defendants for reasonable travel expenses. The law firm of Schlichter Bogard LLC will ensure that adequate support is provided to these individuals in the form of attorneys and/or other individuals to act as escorts who will facilitate their travel. The law firm of Schlichter Bogard LLC will also ensure that these individuals have permission to return to their country of origin at the end of their temporary stay.

6.    In aid of the visa applications of the 24 Plaintiffs in the Second Discovery Cohort and of 24 witnesses to their injuries and any dependent children to the Plaintiffs, Plaintiffs request the court to enter an Order to be given as support for their respective visa applications to the **U.S. Embassy Lima, Peru, U.S Department of State**.

7.    Plaintiffs have consulted with Defendants' counsel regarding this request and have been advised that Defendants consent to the filing of this Motion.

WHEREFORE, Plaintiffs' counsel respectfully request that the Court grant this Motion and enter an Order issued in aid of visa applications of 24 Plaintiffs in the Second Discovery Cohort and of 24 witnesses to their injuries and any dependent children to enter the United States, and for such other and further relief as the Court finds warranted under the circumstances.

Respectfully submitted,

**SCHLICHTER BOGARD LLC**

By:     */s/ Kristine K. Kraft*
KRISTINE K. KRAFT #37971 (MO)
JASON KEMPF #6295144 (IL)
JEROME J. SCHLICHTER #32225 (MO)
NATHAN D. STUMP #71641 (MO)
CORT VANOSTRAN #67276 (MO)
RACHEL BERGER #77248 (MO)
AMY RITTER, #71143 (MO)
JESSICA HOLMES, *pro hac vice*
100 South 4th Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
kkraft@uselaws.com
jkempf@uselaws.com
jschlichter@uselaws.com
nstump@uselaws.com
cvanostran@uselaws.com
rberger@uselaws.com
aritter@uselaws.com
jholmes@uselaws.com

Attorneys for Plaintiffs

Case No.:  4:11-cv-00044-CDP
(Consolidated)