IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT REPORT TO COURT IDENTIFYING SECOND COHORT TRIAL POOL SELECTION GROUPS 1 AND 2

Pursuant to the Court's April 16, 2026 Order (Doc. 1630), the parties respectfully submit selections identifying the Second Discovery Cohorts Groups 1 and 2 as follows:

### Group 1
1. Nikolai Joacim Calderon Rojas
2. Sandro Eduardo Rojas Solis
3. Anthony Alesandro Cueva Santos
4. Susi Raquel Aguirre Medina
5. Soledad Amanda Barreto Ibaceta
6. Cesar Lyi Yum Valerio Miliano
7. Mayory Leidy Espinoza Yantas
8. Andrio Dominic Barrera Salcedo
9. Yasuri Haydee Damian Jorge
10. Giancarlo Jose Huaman Ortega
11. Liz Diana Nunez Huaman
12. Jonatan Jorshe Ramos Caso

### Group 2
1. Marianels Greysi Rivera Fermin
2. Melissa Soledad Cordova Vicuna
3. Monica Kimberly Godoy Cuadrado
4. Kevin Junior Rojas Rosales
5. Jose Manuel Chicmana Licas
6. Stuart Dayron Delgadillo Caso
7. Anjali Maria Paz Sanchez Ccanto
8. Rocio Marleny Hurtado Porras
9. Milder Fausto Carrasco Parra

Case No.:  4:11-cv-00044-CDP
(Consolidated)

10. Cesar Michael Izarra Huanacune
11. Rosa Luz Astudillo Yurivilca
12. Sebastian Nicolas Perez Santos


**SCHLICHTER BOGARD LLC**

By: */s/ Kristine K. Kraft*

    Kristine K. Kraft, #37971 (MO)
    Jason Kempf, #6295144 (IL)
    Cort A. VanOstran, #67276 (MO)
    Jerome J. Schlichter, #32225 (MO)
    Nathan D. Stump, #71641 (MO)
    Rachel Berger, #77248 (MO)
    Amy Ritter, #71143 (MO)
    Jessica Holmes, pro hac vice
    100 S. 4th Street, #1200
    St. Louis MO 63102
    Tel: (314) 621-6115
    jkempf@uselaws.com
    nstump@uselaws.com
    jschlichter@uselaws.com
    kkraft@uselaws.com
    cvanostran@uselaws.com
    rberger@uselaws.com
    aritter@uselaw.com
    jholmes@uselaws.com


*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

By:  */s/ Mark Sentenac*

Andrew T. Bayman, #043342GA
abayman@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Doe Run Resources Corporation, Ira L. Rennert, Marvin M. Kaiser, and Albert Bruce Neil*

**SIDLEY AUSTIN LLP**
Jennifer L. Saulino
Jennifer.saulino@sidley.com
Richard W. Smith
rwsmith@sidley.com
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8649
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group, Inc. and Ira L. Rennert*

Case No.:  4:11-cv-00044-CDP
(Consolidated)

**LEWIS RICE LLC**
Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, Missouri 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants Doe Run Resources
Corporation, Marvin K. Kaiser, and Albert
Bruce Neil*

Case No.:  4:11-cv-00044-CDP
(Consolidated)