**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | Case No. 4:11-cv-00044-CDP |
| Plaintiffs, | ) | (CONSOLIDATED) |
| | ) | |
| vs. | ) | |
| | ) | |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING REDACTED EXHIBITS IN SUPPORT OF DEFENDANTS'**
**REPLY IN SUPPORT OF MOTION FOR BIFURCATION OF TRIAL**

As discussed in Defendant's May 22, 2026 Motion for Leave to File Under Seal and Memorandum in Support (Dkt. 1692 and 1693), Defendants' submit herewith the following redacted exhibits cited in support of Defendants' Reply in Support of Their Motion For Bifurcation of Trial (Dkt. 1691):

Exhibit A, *A.O.A. v. Doe Run Resources*, Excerpts of 12/5/2025 deposition transcript of Ira Rennert

Exhibit B, *A.O.A. v. Doe Run Resources*, Excerpts of 12/19/2025 deposition transcript of Ari Rennert

Respectfully submitted,

Dated: May 27, 2026                    By: */s/ Jennifer L. Saulino*

**KING & SPALDING LLP**                **SIDLEY AUSTIN LLP**

Andrew T. Bayman, #043342GA            Jennifer L. Saulino (D.C. Bar No. 479390)
abayman@kslaw.com                      jennifer.saulino@sidley.com

Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E.
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street
Suite 4000
Houston, TX 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group,
Inc., D.R. Acquisition Corp., Doe Run Cayman
Holdings, LLC, The Doe Run Resources
Corporation, Ira L. Rennert, Marvin M. Kaiser,
and Albert Bruce Neil*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr. #28785MO
edowd@dowdbennett.com
Jeffrey R. Hoops, #69813MO
jhoops@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)

*Attorneys for Defendants The Renco Group,
Inc., DR Acquisition Corp., Ira L. Rennert, and
Doe Run Cayman Holdings, LLC*

Richard W. Smith (D.C. Bar No. 465563)
rwsmith@sidley.com
Jillian S. Stonecipher (D.C. Bar No. 1030214)
jstonecipher@sidley.com
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group,
Inc. and Ira L. Rennert*

**LEWIS RICE LLC**

Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants The Doe Run
Resources Corporation, Marvin K.
Kaiser, and Albert Bruce Neil*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this was filed on May 27, 2026 via the ECF/CM system with the Clerk of the Court, which will serve Notice of Electronic Filing upon counsel of record.

By: */s/ Jennifer L. Saulino*