A.O.A. v.
Doe Run Resources

FINAL
[CONFIDENTIAL]

December 5, 2025
Ira Rennert

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

------------------------------------------

A.O.A., et al.,

      Plaintiff,


v.


DOE RUN RESOURCES CORPORATION, et al.,

      Defendant.


CIVIL ACTION NO. 4:11-cv-00044-CDP

              (CONSOLIDATED)

------------------------------------------


VIDEO DEPOSITION OF

Ira  Rennert

December 5, 2025

New York, New York

LEAD: Nathan Stump, Esquire

FIRM: Schlichter Bogard



FINAL COPY - CONFIDENTIAL

JANE ROSE REPORTING 1-800-825-3341

Case: 4:11-cv-00044-CDP   Doc. #: 1699-1   Filed: 05/27/26   Page: 2 of 5 PageID #: 72086

A.O.A. v.
Doe Run Resources

FINAL
[CONFIDENTIAL]

December 5, 2025
Ira Rennert

Page 22

$3.8 billion.

Are you aware of that?

A.   I've seen that report.

Q.   And so do you believe that to be accurate or inaccurate?

A.   Inaccurate.

Q.   When you say you know the value of the assets you currently hold, what is that value total?

A.   I think it's -- it's on this sheet.  If I could refer to the sheet.

MS. RENFROE:  Exhibit 1.

THE WITNESS:  Exhibit 1?

BY MR. STUMP:

Q.   Yeah.  If you need to refer to Exhibit 1, it's in front of you.

A.   So the -- the personal assets -- and they're jointly owned by my wife and myself -- are our apartment, which I estimate -- again, I'm not an appraiser and I have not done an appraisal.  But I'm guesstimating, estimating, that the apartment itself is worth between ██████████ ██████.

Q.   Mm-hmm.

A.   The artwork, we've never done a -- and I

A.O.A. v.            FINAL            December 5, 2025
Doe Run Resources     [CONFIDENTIAL]         Ira Rennert

Page 23

don't recall any appraisals whatsoever, but we do have a schedule.  And I think you're being provided or have been provided which basically shows the cost of the art.  And so I'm using that as well.

And personal effects, you know, generally, jewelry, furnishings, stuff that's in the apartment.  I'm guessing -- again, it's -- it's strictly a guess on my part.  I have no particular knowledge what the market value would be specifically.  I gave a range of ███████ ██████.

Bank accounts are simple.  I think you have copies of all my bank statements.

And the shares of Renco, you know, you have the financial statements.

So based on all of this and the response to your request as to what my net worth is, I tried to come up with what the values might be, so -- to get a handle on them, and -- and these are the numbers.

Q.  All right.  We'll -- we'll continue to walk through these.

I want to ask a little more before we leave the topic about the trusts and interest in

A.O.A. v.              FINAL              December 5, 2025
Doe Run Resources      [CONFIDENTIAL]          Ira Rennert

Page 198

Q.   With respect to the operating companies that are owned by The Renco Group, who handles the day-to-day operations of those?

A.   The -- the company's own internal staff, their own CEOs, their own financial people.  Their own operating people run their businesses.

Q.   All right.  A different topic.  The topic for today's deposition is your personal net worth.

A.   Yes.

Q.   You've answered a lot of questions about that.

In front of you is Supplemental Exhibit Number 1, which is the note.

A.   Yep.

Q.   And you were -- you were asked some questions by Mr. Stump about whether you added up your net worth.

Do you recall that?

A.   Yes, I do.

Q.   And you told us you had not done that.

A.   Correct.

Q.   If you were to add up your -- your estimates of the -- of the value of your apartment, your artwork, your personal effects,

A.O.A. v.            FINAL            December 5, 2025
Doe Run Resources        [CONFIDENTIAL]          Ira Rennert

Page 199

and your bank accounts, what do you think that would be, recognizing that these are estimates that you've already qualified?

A.   Estimates and the range.  I -- I would say on the low side, ▓▓▓▓▓▓▓▓▓▓▓▓; on the high side, ▓▓▓▓▓▓▓.  Something like that.

Q.   In addition to the value of your shares in The Renco Group?

A.   That is correct.

Q.   All right.  Now, you were also asked some questions about Blue Turtles.

A.   Yes.

Q.   And are there officers and directors for Blue Turtles?

A.   Yes.

Q.   That is an entity formed --

A.   Yes.

Q.   -- correct?

A.   Yes.

Q.   And it has officers and directors?

A.   Yes.

Q.   And are -- are the officers and directors of Blue Turtles the individuals who run Blue Turtles to the extent it has operations?

A.   Yes.