A.O.A. v.
Doe Run Resources

FINAL
[CONFIDENTIAL]

December 19, 2025
Ari Rennert

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

------------------------------------------

A.O.A., et al.,

        Plaintiff,


v.


DOE RUN RESOURCES CORPORATION, et al.,

        Defendant.


CIVIL ACTION NO. 4:11-cv-00044-CDP

                (CONSOLIDATED)

------------------------------------------


VIDEO DEPOSITION OF

Ari Rennert

December 19, 2025

New York, New York

LEAD: Nathan Stump, Esquire

FIRM: Schlichter Bogard



FINAL COPY - CONFIDENTIAL

JANE ROSE REPORTING 1-800-825-3341

A.O.A. v.                    FINAL               December 19, 2025
Doe Run Resources        [CONFIDENTIAL]              Ari Rennert

Page 59

And I believe that's the answer for that.

There's a little bit of speculation here, but in regard to Bus Company Holdings TopCo, it's a relatively new subsidiary of a relatively new investment. So I don't know if by this date the audit of that entity was complete. That would be my guess.

Q   Maybe just a timing issue?

A   It's possible.

Q   Now, if can you turn to the next page, which is Page 4 of the document, you'll see it's the consolidated unaudited balance sheet for the year ending, I guess as of October 31, 2024.

Do you see that?

A   Yes.

Q   And I asked you earlier about the net worth of Renco, I think you gave a figure that was approximately ████████, that's the shareholders equity reported at the bottom of this page; is that right?

A   That's correct.

Q   That's the ██████████, right?

A   Correct.

A.O.A. v.                        FINAL                    December 19, 2025
Doe Run Resources          [CONFIDENTIAL]                    Ari Rennert

Page 60

Q    Okay.  And the stockholders that are described there, those are the same as the shareholders we just went over, the five trusts; is that right?

A    The five -- the trusts that we discussed earlier, they are the owners of the company. The company has the total stockholders equity of the ██████████.

Q    All right.  Then if we go to Page 6, of the document, you will see it has a statement of stockholders equity at the top.

A    Page six.

Q    I'm sorry, I'm using my PDF page numbers, it should say three at the bottom.

A    Oh, it should say three, okay.

Q    Page 6 of the exhibit, but I have a little 3 at the bottom, Bates No. ends 854.
      Do you see that?

A    Yes, yes, I do.

Q    So there you understand that the bottom where it says balance at October 31, 2024, you go across you see that same ██████ number, right?

A    Yes.

Q    If you go to the top on that same line,

A.O.A. v.
Doe Run Resources

FINAL
[CONFIDENTIAL]

December 19, 2025
Ari Rennert



Page 61

the row that says balance at November 1, 2023, the number is ███████, right?

A    That's right, yes.

Q    Based on your understanding of this document, is that figure that I just read out loud, does that represent the net worth of the company as of November 1, 2023.

A    I believe as of November 1, 2023, per the accounting statements the net worth or shareholders equity was ███████.

Q    So the net worth of the company ███ ████████████████ from November 1, 2023, to October 31, 2024; is that right?

A    The accounting net worth ████████ ███████████████████████.

Q    As the president and CEO of the company, do you have a general understanding of why that is?

A    Yes.

Q    Why is that?

A    I would point you to the ████████ ████████████████, which was principally driven by I believe, ████████████████████ ████████ I believe US Magnesium and Doe

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com