IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:11-cv-00044-CDP |
| | ) (CONSOLIDATED) |
| IRA L. RENNERT, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**JOIToN SUBMISSION OF PROPOSED JURY INSTRUCTIONS AND
VERDICT FORMS**

In accordance with the Court's order (Doc. 1590), Plaintiffs and Defendants have met and conferred and exchanged draft proposals for the purpose of reaching agreement on jury instructions, verdict forms, and special interrogatories, in compliance with the Court's instruction (Doc. 1590 at 4). The parties respectfully submit their proposed jury instructions and verdict forms in the attachments to this pleading. Attachment A contains the jury instructions that have been agreed to by all parties. Attachments B and C contain the additional jury instructions requested by Plaintiffs and Defendants, respectively, for which there is no agreement among the parties. The Parties will continue to confer with the aim of reaching further agreement.

**SCHLICHTER BOGARD LLC**

By: /s/

Nathan D. Stump, #71641 (MO)
Jason Kempf, #6295144 (IL)
Kristine K. Kraft, #37971 (MO)
Cort A. VanOstran, #67276 (MO)
Jerome J. Schlichter, #32225 (MO)
Rachel Berger, #77248 (MO)
Amy Ritter, #71143 (MO)
Jessica Holmes, pro hac vice
100 S. 4th Street, #1200
St. Louis MO 63102
Tel: (314) 621-6115
jkempf@uselaws.com
nstump@uselaws.com
jschlichter@uselaws.com
kkraft@uselaws.com
cvanostran@uselaws.com
rberger@uselaws.com
aritter@uselaw.com
jholmes@uselaws.com

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

By: /s/

Andrew T. Bayman, #043342GA
abayman@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Doe Run Resources Corporation, Ira L. Rennert, Marvin M. Kaiser, and Albert Bruce Neil*

**SIDLEY AUSTIN LLP**

Jillian Sheridan Stonecipher
j.stonecipher@sidley.com
Jennifer L. Saulino
Jennifer.saulino@sidley.com
Richard W. Smith
rwsmith@sidley.com
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8649
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group, Inc. and Ira L. Rennert*

**LEWIS RICE LLC**
Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, Missouri 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants Doe Run Resources Corporation, Marvin K. Kaiser, and Albert Bruce Neil*