IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| IRA L. RENNERT, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **JOINT STIPULATED FACTS**

For purposes of trial, the Plaintiffs and the Defendants stipulate and agree that the following facts are true:

1. The La Oroya Metallurgical Complex ("the Complex") is a polymetallic smelter and refining facility located in La Oroya, Peru.

2. La Oroya is a town situated in the Andes Mountains at an altitude of roughly 3,775 meters (12,385 feet) above sea level.

3. The Complex lies at the confluence of the Yauli and Mantaro Rivers.

4. The Complex was built in 1922 by the Cerro de Pasco Copper Corporation.

5. Cerro de Pasco Corporation operated the La Oroya Metallurgical Complex until 1974. Cerro de Pasco Corporation is not affiliated with any party in this lawsuit.

6. From January 1, 1974 to October 23, 1997, the Complex was owned and operated by a Peruvian state-owned company known as Centromin (officially, *Empresa Minera del Centro del Peru S.A.*).

7. Joint Trial Exhibit 58 (JEX058) is a true and accurate English-language copy of the original PAMA, which was entered into between the Peruvian government and Centromin on January 13, 1997.

8. Plaintiff Jhonatan Raul Espinoza Laureano was born on January 19, 2000.

9. Plaintiff Roberto Luis Espinoza Yantas was born on August 30, 2001.

10. Plaintiff Geanfranco Sergio Agui Yupanqui was born on November 17, 2002.

1

11. Plaintiff D'Alessandro Farith Godoy Cuadrado was born on September 28, 2004.

12. Plaintiff Medaly Xiomara Oretega Rodrigo was born on November 7, 2004.

13. The Renco Group, Inc. is a private investment holding company headquartered in New York, New York.

14. The Doe Run Resources Corporation is a private company headquartered in St. Louis, Missouri.

15. Doe Run Mining S.R.L. ("Doe Run Mining") was a Peruvian company.

16. Doe Run Perú S.R.L. ("Doe Run Perú") is a Peruvian company.

17. On August 6, 1996, to facilitate the sale of the Complex, Centromin created a subsidiary known as Metaloroya (officially, *Empresa Metalurgica La Oroya S.A.*). Centromin later transferred the assets of the Complex to Metaloroya.

Respectfully submitted,

**SCHLICHTER BOGARD LLC**

*/s/ Nathan D. Stump*
Nathan D. Stump, #71641 (MO)
Jerome J. Schlichter, #32225 (MO)
Kristine K. Kraft, #37971 (MO)
Cort A. VanOstran, #67276 (MO)
Rachel Berger, #77248 (MO)
Jason Kempf, #6295144 (IL)
Christopher Collum #74046 (MO)
Amy Ritter, #71143 (MO)
Jessie Holmes, pro hac vice
100 South 4th St., Suite 1200
St. Louis, Missouri 63102
Tel. (314) 621-6115
jschlichter@uselaws.com
kkraft@uselaws.com
nstump@uselaws.com
cvanostran@uselaws.com
rberger@uselaws.com
jkempf@uselaws.com
ccollum@uselaws.com
aritter@uselaws.com
jholmes@uselaws.com

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

By: */s/Geoffrey M. Drake*
Andrew T. Bayman, #043342GA
abayman@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Doe Run Resources Corporation, Ira L. Rennert, Marvin M. Kaiser, and Albert Bruce Neil*

**SIDLEY AUSTIN LLP**

Jennifer L. Saulino
Jennifer.saulino@sidley.com
Richard W. Smith
rwsmith@sidley.com
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8649
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group, Inc. and Ira L. Rennert*

**LEWIS RICE LLC**

Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, Missouri 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants Doe Run Resources Corporation, Marvin K. Kaiser, and Albert Bruce Neil*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr., #28785MO
edowd@dowdbennett.com
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, and Ira L. Rennert*

3