IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| IRA L. RENNERT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' REPORT TO COURT ORDER [DOC. 1779]

As directed, Plaintiffs hereby submit their brief summary of this case to be used at voir dire. See Attachment 1.

Respectfully submitted,

**SCHLICHTER BOGARD LLC**

 */s/ Nathan D. Stump*
Nathan D. Stump, #71641 (MO)
Jerome J. Schlichter, #32225 (MO)
Cort A. VanOstran, #67276 (MO)
Kristine K. Kraft, #37971 (MO)
Rachel Berger, #77248 (MO)
100 South 4th St., Suite 1200
St. Louis, Missouri 63102
Tel. (314) 621-6115
jschlichter@uselaws.com
kkraft@uselaws.com
nstump@uselaws.com
cvanostran@uselaws.com
rberger@uselaws.com

*Attorneys for Plaintiffs*

Case No.:  4:11-cv-00044-CDP
                                                                                  (Consolidated)