## NEUTRAL STATEMENT OF THE CASE

*A.O.A., et al. v. Ira L. Rennert, et al., No. 4:11-cv-00044-CDP (E.D. Mo.)*

Ladies and gentlemen, I am going to read you a brief summary of what this case is about. This summary is not evidence. Its only purpose is to give you enough information about the case and the people involved to help you answer the questions you will be asked during jury selection.

This is a civil case. A civil case is different from a criminal case. In a criminal case, the government accuses a person of a crime and must prove that the person is guilty beyond a reasonable doubt. This is not a criminal case. In a civil case such as this one, the plaintiffs seek money damages and must prove their claims by what is called a preponderance of the evidence, which means that something is more likely true than not true. That is a different standard than the one that applies in a criminal case.

This case involves a metals smelting and refining complex in La Oroya that processed copper, lead, and zinc, among other metals. I will refer to it as "the Complex." From 1997 to 2009, the Complex was operated by a company called Doe Run Peru. Doe Run Peru is not a party to this lawsuit.

The plaintiffs are five individuals who were born and raised in the town of La Oroya, Peru. Their names are D'Alessandro Farith Godoy Cuadrado, Geanfranco Sergio Agui Yupanqui, Jhonatan Raul Espinoza Laureano, Medaly Xiomara Ortega Rodrigo, and Roberto Luis Espinoza Yantas.

The plaintiffs claim that, when they were infants and young children, they were exposed to lead released from the Complex, and that this exposure caused them lasting injuries, including reduced intellectual functioning, learning disabilities, language disorders, and attention and behavioral problems.

There are seven defendants in this case:

- The Doe Run Resources Corporation, a company whose business includes the mining, smelting, and processing of metals, and whose principal place of business is in Missouri.

- The Renco Group, Inc., a privately held investment and holding company based in New York.

- D.R. Acquisition Corp., a holding company based in Missouri that is owned by The Renco Group and that, in turn, owns The Doe Run Resources Corporation.

- Doe Run Cayman Holdings, LLC, a Missouri holding company that became a parent company of Doe Run Peru in 2007.

- Ira L. Rennert, an individual who resides in New York. He is the principal owner, founder, and Chairman of The Renco Group, Inc. Since 1994, Mr. Rennert has also served as Chairman of the Board of The Doe Run Resources Corporation.

- Marvin K. Kaiser, who served as an officer of The Doe Run Resources Corporation during the relevant time period.

- Albert Bruce Neil, who served as an officer of The Doe Run Resources Corporation and also served as President and General Manager of Doe Run Peru from 2003 to 2006.

During the years the Complex operated, these companies were, at various times, owners — directly or indirectly — of Doe Run Peru and the Complex through this chain of related companies.

The plaintiffs claim that the defendants are legally responsible for the operation of the Complex; that the defendants were negligent because they failed to use reasonable care to prevent the plaintiffs from being exposed to harmful lead emissions from the Complex; and that this negligence caused the plaintiffs' injuries. The plaintiffs seek money damages to compensate them for their claimed injuries. The plaintiffs also seek what are called punitive damages, claiming that the defendants should be punished for acting with complete indifference to or conscious disregard for the plaintiffs' safety.

The defendants deny the plaintiffs' claims. The defendants deny that they were negligent, deny that they are legally responsible for Doe Run Peru's operation of the Complex, and deny that the plaintiffs are entitled to any damages.

Whether the plaintiffs have proved their claims, and whether the defendants are responsible, are questions to be decided at trial.