**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | Case No. 4:11-cv-00044-CDP |
| Plaintiffs, | ) | (CONSOLIDATED) |
| | ) | |
| vs. | ) | |
| | ) | |
| THE DOE RUN RESOURCES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NEUTRAL STATEMENT OF THE CASE**

COME NOW, Defendants The Renco Group, Inc. ("Renco"), The Doe Run Resources Corporation ("DRRC"), D.R. Acquisition Corp. ("DRAC"), Doe Run Cayman Holdings LLC ("DRCH"), Ira L. Rennert ("Rennert"), Marvin K. Kaiser ("Kaiser"), and Albert Bruce Neil ("Neil") (collectively "Defendants"), by and through undersigned counsel, submit the following proposed neutral statement of the case:

**Neutral Statement of the Case**

Ladies and gentlemen, I would like to provide some background information about this case.  This is a civil trial.  A civil trial differs from a criminal case. In a criminal case, the government charges a defendant with committing a crime.  Plaintiffs have filed a civil lawsuit for money damages against Defendants.

The Plaintiffs are five individuals who were born and lived in a town in Peru called La Oroya: Jhonatan Raul Espinoza Laureano, Roberto Luis Espinoza Yantas, Geanfranco Sergio Agui Yupanqui, D'Alessandro Farith Godoy Cuadrado, and Medaly Xiomara Ortega Rodrigo.  Plaintiffs each claim that they suffered certain injuries from childhood exposure to lead emitted from a polymetallic smelter in La Oroya that was owned and operated by a

company called Doe Run Peru from 1997 to 2009. Plaintiffs' alleged injuries include ADHD, language disorders, learning disabilities, and certain physical ailments.

There are seven Defendants. They are:

- Doe Run Resources Corporation (an indirect parent company of Doe Run Peru until 2007)

- Doe Run Cayman Holdings (an indirect parent company of Doe Run Peru beginning in 2007)

- Marvin Kaiser and Bruce Neil, who were officers of Doe Run Resources Corporation;

- DR Acquisition Corporation (the parent company of Doe Run Resources Corporation)

- The Renco Group (the parent company of DR Acquisition Corporation and of Doe Run Cayman Holdings), and

- A shareholder of the Renco Group, Ira Rennert.

Each of these defendants is a separate legal entity, regardless of parent-subsidiary corporate relationships, and regardless of who owns the corporation. A parent company or shareholder generally cannot be held legally responsible for an injury caused by its subsidiary company merely because it is the parent or shareholder. To hold a parent company or shareholder legally responsible for an injury caused by a subsidiary, a plaintiff must prove certain elements, which I will explain to you later in this case.

Plaintiffs allege that Doe Run Peru, along with all Defendants, breached its duty of care to Plaintiffs to operate the smelter in a reasonably safe manner by failing to implement sufficient measures to reduce lead emissions from the facility and that such failures directly contributed to

2

cause injuries to Plaintiffs. Although Doe Run Peru is not a defendant in this lawsuit, Plaintiffs allege that Defendants Doe Run Resources Corporation, Doe Run Cayman Holdings, DR Acquisition Corporation, The Renco Group, and Ira Rennert are legally responsible for Doe Run Peru's actions in operating the La Oroya smelter.

Plaintiffs seek an award of damages to compensate them for their alleged injuries. Plaintiffs also assert that Defendants' conduct demonstrated a complete indifference to or conscious disregard for Plaintiffs' safety and therefore seek an award of punitive damages.

Defendants deny Plaintiffs' claims and deny that Plaintiffs are entitled to any damages in this lawsuit.  Defendants deny that Doe Run Peru breached a duty of care to Plaintiffs in operating the La Oroya smelter or that any such breach directly contributed to cause injuries to Plaintiffs. Defendants also deny that they breached a duty to Plaintiffs or that any such breach directly contributed to cause injuries to Plaintiffs. Defendants content that Defendants Bruce Neil and Marvin Kaiser acted within the scope of their duties as corporate officers. Defendants contend that even if Doe Run Peru breached a duty to Plaintiffs in operating the La Oroya smelter and that that breach directly contributed to cause injuries to Plaintiffs, Defendants are not responsible for Doe Run Peru's conduct because Defendants Doe Run Resources Corporation, Doe Run Cayman Holdings, DR Acquisition Corporation, the Renco Group, and Ira Rennert acted consistently with their status as parent companies and investors, maintained corporate separation from Doe Run Peru and from each other, and did not compel Doe Run Peru to fail to implement sufficient measures to reduce lead emissions from the facility that directly contributed to cause injuries to Plaintiffs, and are not responsible for Doe Run Peru's actions.

3

Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Andrew T. Bayman, #043342GA
abayman@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group, Inc.,*
*D.R. Acquisition Corp., Doe Run Cayman Holdings,*
*LLC, Doe Run Resources Corporation, Ira L.*
*Rennert, Marvin M. Kaiser, and Albert Bruce Neil*

**SIDLEY AUSTIN LLP**

Jennifer L. Saulino
Jennifer.saulino@sidley.com
Richard W. Smith
rwsmith@sidley.com
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8649
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group, Inc.*
*and Ira L. Rennert*

**LEWIS RICE LLC**

Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO

4

mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, Missouri 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants Doe Run Resources
Corporation, Marvin K. Kaiser, and Albert Bruce
Neil*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr., #28785MO
edowd@dowdbennett.com
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Attorneys for Defendants The Renco Group, Inc.,
D.R. Acquisition Corp., Doe Run Cayman Holdings,
LLC, and Ira L. Rennert*

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of June, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court through the Court's CM/ECF system, which will effect service on all counsel of record by sending a Notice of Electronic Filing.

*/s/ Geoffrey M. Drake*