UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11 CV 44 CDP |
| | ) | |
| IRA L. RENNERT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIAL ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED** that, on plaintiffs' motion and pursuant to Federal Rule of Civil Procedure 41(a)(2), defendants D.R. Acquisition Corp. and Doe Run Cayman Holdings, LLC, are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that, on plaintiffs' motion and pursuant to Federal Rule of Civil Procedure 41(a)(2), Counts X and XI of plaintiffs' amended complaint are **DISMISSED with prejudice.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2026.