**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.O.A., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  4:11CV44 CDP |
| | ) | (CONSOLIDATED) |
| DOE RUN RESOURCES CORPORATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Oliver H. Thomas of the law firm of Lewis Rice LLC and hereby enters

his appearance on behalf of Defendants The Doe Run Resources Corporation, Marvin Kaiser, and

Bruce Neil.

Dated: June 19, 2026

Respectfully submitted,

**LEWIS RICE LLC**

By: */s/ Oliver H. Thomas*
Oliver H. Thomas, #60676MO
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
(314) 444-7711
(314) 612-7711 (facsimile)
othomas@lewisrice.com

*Attorney for Defendants The Doe Run Resources Corporation, Marvin Kaiser, and Bruce Neil*