UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11 CV 44 CDP |
| | ) | |
| IRA L. RENNERT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER RESETTING TRIAL

For the reasons stated the record today in open court,

**IT IS HEREBY ORDERED** that the trial of this matter is removed from the docket of June 23, 2026, and is **RESET** to **Tuesday, June 30, 2026, at 8:30 a.m.** in Courtroom 3-North.

**IT IS FURTHER ORDERED** that I will hold a status conference in the case tomorrow, **Tuesday, June 23, 2026, at 10:00 a.m.** in Courtroom 3-North.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of June, 2026.