IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| IRA L. RENNERT, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

The parties file this joint notice to advise the Court that they have reached a settlement of all cases consolidated before the Court in this action.

Respectfully submitted,

**For Plaintiffs:**

**SCHLICHTER BOGARD LLC**

By: */s/ Nathan D. Stump*

Nathan D. Stump, #71641 (MO)
Jerome J. Schlichter, #32225 (MO)
Kristine K. Kraft, #37971 (MO)
Cort A. VanOstran, #67276 (MO)
Rachel Berger, #77248 (MO)
Jason Kempf, #6295144 (IL)
100 S. 4th Street, #1200
St. Louis MO 63102
Tel: (314) 621-6115
nstump@uselaws.com
jschlichter@uselaws.com
kkraft@uselaws.com
cvanostran@uselaws.com
rberger@uselaws.com
jkempf@uselaws.com

**For Defendants:**

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake (w/ consent)*

Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Andrew T. Bayman, #043342GA
abayman@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Case No.:  4:11-cv-00044-CDP
(Consolidated)

*Attorneys for Plaintiffs*

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Doe Run Resources Corporation, Ira L. Rennert, Marvin K. Kaiser, and Albert Bruce Neil*

**SIDLEY AUSTIN LLP**
Jennifer L. Saulino
Jennifer.saulino@sidley.com
Richard W. Smith
rwsmith@sidley.com
Jillian Sheridan Stonecipher
j.stonecipher@sidley.com
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8649
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group, Inc. and Ira L. Rennert*

**LEWIS RICE LLC**
Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, Missouri 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants Doe Run Resources Corporation, Marvin K. Kaiser, and Albert Bruce Neil*

Case No.:  4:11-cv-00044-CDP
(Consolidated)