IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| IRA L. RENNERT, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPOINTING STEVEN L. GROVES AS
GUARDIAN AD LITEM FOR THE MINOR CLAIMANTS**

Before the Court is Plaintiffs' Motion to Appoint a Guardian Ad Litem for the minor claimants whose claims exceed $35,000. The Court, being fully advised, FINDS that approximately 150 of the eligible claimants are minors; that their settlements warrant the protection of a guardian ad litem under Federal Rule of Civil Procedure 17(c)(2); and that the appointment set out below is appropriate. Accordingly, IT IS HEREBY ORDERED that:

1.      Attorney Steven L. Groves is appointed as guardian ad litem, under Federal Rule of Civil Procedure 17(c)(2), for each minor claimant whose settlement proceeds on the court-approval track, as contemplated in the parties' draft Memorandum of Understanding. *See* Mo. Rev. Stat. § 507.184.

2.      The guardian ad litem shall review the settlement of each such minor claimant, including the allocation to and the net recovery of the minor and the disposition of the minor's funds, and shall report to the Court with a recommendation as to the approval of each such settlement. The Court may approve minor settlements on a rolling basis.

3.      The net settlement funds of each minor claimant proceeding on the court-approval track shall be held in an interest-bearing subaccount of the qualified settlement fund for the sole benefit of that minor and shall be paid directly to the minor upon his or her eighteenth birthday, or earlier only upon order of this Court.

4.      The guardian ad litem's reasonable compensation shall be paid as a cost of settlement administration from the earnings of the qualified settlement fund and shall not be charged against any minor's recovery.

5.      The appointment of the guardian ad litem and the approval of any individual minor settlement are not conditions to the funding or the effectiveness of the settlement.

6.      The Court retains continuing jurisdiction over the matters addressed in this Order.


SO ORDERED.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2026.

2