**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.O.A., *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| IRA L. RENNERT, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 17, 2026, a true and correct copy of Plaintiffs'

Motion to Enforce Settlement (Doc No 1822 ) was served on the following Defendants' Counsel

of Record as follows via email:

**KING & SPALDING LLP**
Geoffrey M. Drake
Mark Sentenac
1180 Peachtree Street, N.E., #1600
Atlanta, GA 30309
gdrake@kslaw.com
msentenac@KSLAW.com

Tracie J. Renfroe, #16777000T
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
trenfroe@kslaw.com

*Attorneys for Defendants The Renco Group,*
*Inc., D.R. Acquisition Corp., Doe Run*
*Cayman Holdings, LLC, Ira L. Rennert, The*
*Doe Run Resources Corporation, Theodore P.*
*Fox, III, Marvin K. Kaiser, Albert Bruce Neil*

**SIDLEY AUSTIN LLP**
Jennifer L. Saulino
Richard W. Smith
Jillian Sheridan Stonecipher
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8649
Facsimile: (202) 736-8711
jennifer.saulino@sidley.com
rwsmith@sidley.com
jstonecipher@sidley.com

*Attorneys for Defendants The Renco Group,*
*Inc. and Ira L. Rennert*

**DOWD BENNETT LLP**
Edward L. Dowd, Jr.
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105

**LEWIS RICE LLC**
Thomas P. Berra, Jr.
Patrick J. Thornton
Michael J. Hickey

Case No.:  4:11-cv-00044-CDP
(Consolidated)

Telephone: (314) 889-7300
Facsimile: (314) 863-2111
edowd@dowdbennett.com

*Attorneys for Defendants The Renco Group,
Inc., D.R. Acquisition Corp., Doe Run
Cayman Holdings, LLC, and Ira L. Rennert*

600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
Tel. (314) 444-7600
tberra@lewisrice.com
mhickey@lewisrice.com
pthornton@lewisrice.com

*Attorneys for Defendants The Renco Group,
Inc., D.R. Acquisition Corp., Doe Run
Cayman Holdings, LLC, Ira L. Rennert, The
Doe Run Resources Corporation, Theodore P.
Fox, III, Marvin K. Kaiser, Albert Bruce Neil*

Respectfully submitted,

**SCHLICHTER BOGARD LLC**

 */s/ Jerome J. Schlichter*
Jerome J. Schlichter, #32225 (MO)
Nathan D. Stump, #71641 (MO)
Cort A. VanOstran, #67276 (MO)
Kristine K. Kraft, #37971 (MO)
Rachel A. Berger, #77248 (MO)
Jason Kempf, #6295144 (IL)
100 South 4th St., Suite 1200
St. Louis, Missouri 63102
Tel. (314) 621-6115
jschlichter@uselaws.com
kkraft@uselaws.com
nstump@uselaws.com
cvanostran@uselaws.com
rberger@uselaws.com
jkempf@uselaws.com

*Attorneys for Plaintiffs*

Case No.:  4:11-cv-00044-CDP
(Consolidated)