UNNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.O.A., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | )     Case No.:    4:11-cv-00044-CDP |
| v. | )                  (CONSOLIDATED) |
| | ) |
| IRA L. RENNERT, et al. | ) |
| | ) |
| Defendants. | ) |

**REPORT TO COURT ORDER TO
IDENTIFY PLAINTIFFS WHO HAVE REACHED AGE 18**

Pursuant to the Court's Order entered on October 11, 2024 (Doc. 1423), Plaintiffs identify the following individuals who have reached the age of majority between June 24, 2026, and July 24, 2026. At this time, Plaintiffs do not intend to seek a finding of incapacity for these individuals.

| | NAME | CASE NUMBER | INITIALS PREVIOUSLY USED | NUMBER ORDER OF PLAINTIFF IN COMPLAINT |
|---|---|---|---|---|
| 1 | Canahualpa Ulloa, Cristian David | 4:12-cv-01342 | C.D.C.U. | Plaintiff is identified by the 56th set of initials in the caption |
| 2 | Chuco Rodriguez, Guido Deyvis | 4:18-cv-00585 | G.D.C.R. | Plaintiff is identified by the 16th set of initials in the caption |
| 3 | Cirineo Vasquez, Rosaysela | 4:13-cv-00245 | R.C.V. | Plaintiff is identified by the 31st set of initials in the caption |
| 4 | Delgadillo Caso, Britney | 4:13-cv-00245 | B.D.C. | Plaintiff is identified by the 47th set of initials in the caption |

| | NAME | CASE NUMBER | INITIALS PREVIOUSLY USED | NUMBER ORDER OF PLAINTIFF IN COMPLAINT |
|---|---|---|---|---|
| 5 | Eden Cirineo, Javier (name correction: Cirineo Casaico, Javier Eden) | 4:13-cv-00245 | J.E.C. | Plaintiff is identified by the 50th set of initials in the caption |
| 6 | Lopez Rimari, Kevin Leon | 4:13-cv-01594 | K.L.L.R. | Plaintiff is identified by the 10th set of initials in the caption |
| 7 | Mandujano Junco, Angely Britney | 4:18-cv-00585 | A.B.M.J. | Plaintiff is identified by the 28th set of initials in the caption |
| 8 | Matos Canchanya, Valerie Kithzia | 4:13-cv-00248 | V.K.M.C. | Plaintiff is identified by the 11th set of initials in the caption |
| 9 | Orihuela Echevarria, Jennifer Maily | 4:12-cv-01345 | J.M.O.E. | Plaintiff is identified by the 84th set of initials in the caption |
| 10 | Quispe Collachagua, Brittany Briggit | 4:18-cv-00585 | B.B.Q.C. | Plaintiff is identified by the 33rd set of initials in the caption |
| 11 | Roque Chavez, Jaren Lenon | 4:15-cv-00705 | J.L.R.C. | Plaintiff is identified by the 25th set of initials in the caption |
| 12 | Velasquez Curilla, Boris Andre | 4:12-cv-01352 | B.A.V.C. | Plaintiff is identified by the 75th set of initials in the caption |

Case No.:  4:11-cv-00044-CDP
(Consolidated)

Dated: July 24, 2026

Respectfully submitted,

**SCHLICHTER BOGARD LLC**

By:  /s/ *Kristine Kraft*

  KRISTINE K. KRAFT #37971 (MO)
  CORT A. VANOSTRAN #67276 (MO)
  NATHAN D. STUMP #71641 (MO)
  JEROME J. SCHLICHTER #32225 (MO)
  RACHEL BERGER, #77248 (MO)
  CHRISTOPHER COLLUM, #74046 (MO)
  JASON KEMPF, #6295144 (IL)
  AMY RITTER, #71143(MO)
  JESSICA M. HOLMES, *pro hac vice*
  100 South 4th Street, Suite 1200
  St. Louis, MO 63102
  (314) 621-6115
  (314) 621-7151 (fax)
  jschlichter@uselaws.com
  nstump@uselaws.com
  kkraft@uselaws.com
  cvanostran@uselaws.com
  rberger@uselaws.com
  ccollum@uselaws.com
  jkempf@uselaws.com
  aritter@uselaws.com
  jholmes@uselaws.com

  *Attorneys for Plaintiffs*