IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

A.O.A., *et al.*,                          )
                                           )
                    Plaintiffs,            )
                                           )
          v.                               )     Case No. 4:11-cv-00044-CDP
                                           )     (CONSOLIDATED)
IRA L. RENNERT, *et al.*,                  )
                                           )
                                           )
                    Defendants.            )

## JOINT STATUS REPORT

The Parties submit the following joint status report regarding their efforts to finalize the payment terms of the Master Settlement Agreement ("MSA").

1.      On August 5, 2026, counsel for the Parties agreed to a payment schedule and executed an addendum to the June 23, 2026 Memorandum of Understanding to memorialize this agreement.

2.      Plaintiffs hereby withdraw their pending Motion to Enforce Settlement Agreement, ECF Nos. 1821 and 1822.

3.      As a result of these recent developments, the Parties respectfully request the Court vacate the August 11 hearing date.

4.      The Parties will work on finalizing the MSA over the next week.

5.      The Parties will provide a follow-on joint status report by August 14, 2026.

Dated: August 7, 2026                                    Respectfully Submitted,

**For Plaintiffs:**                                      **For Defendants:**

**SCHLICHTER BOGARD LLC**                                **KING & SPALDING LLP**

By: */s/ Jerome J. Schlichter*                           By:  */s/ Geoffrey M. Drake*

Jerome J. Schlichter, #32225 (MO)                        Andrew T. Bayman, #043342GA
Nathan D. Stump, #71641 (MO)                             abayman@kslaw.com
Kristine K. Kraft, #37971 (MO)                           Geoffrey M. Drake, #229229GA
Cort A. VanOstran, #67276 (MO)                           gdrake@kslaw.com
Rachel Berger, #77248 (MO)                               Mark Sentenac, #987346GA
Jason Kempf, #6295144 (IL)                               msentenac@kslaw.com
100 S. 4th Street, #1200                                 1180 Peachtree Street, N.E., Suite 1600
St. Louis MO 63102                                       Atlanta, Georgia 30309
Tel: (314) 621-6115                                      Telephone: (404) 572-4600
jschlichter@uselaws.com                                  Facsimile: (404) 572-5100
nstump@uselaws.com
kkraft@uselaws.com                                       Tracie J. Renfroe, #16777000T
cvanostran@uselaws.com                                   trenfroe@kslaw.com
rberger@uselaws.com                                      1100 Louisiana Street, Suite 4000
jkempf@uselaws.com                                       Houston, Texas 77002
                                                         Telephone: (713) 751-3200
*Attorneys for Plaintiffs*                               Facsimile: (713) 751-3290

                                                         *Attorneys for Defendants The Renco Group,*
                                                         *Inc., D.R. Acquisition Corp., Doe Run*
                                                         *Cayman Holdings, LLC, Doe Run Resources*
                                                         *Corporation, Ira L. Rennert, Marvin K.*
                                                         *Kaiser, and Albert Bruce Neil*

                                                         **SIDLEY AUSTIN LLP**
                                                         Jennifer L. Saulino
                                                         Jennifer.saulino@sidley.com
                                                         Richard W. Smith
                                                         rwsmith@sidley.com
                                                         Jillian Sheridan Stonecipher
                                                         j.stonecipher@sidley.com
                                                         1501 K Street NW
                                                         Washington, DC 20005
                                                         Telephone: (202) 736-8649
                                                         Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group, Inc. and Ira L. Rennert*

**LEWIS RICE LLC**
Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, Missouri 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants Doe Run Resources Corporation, Marvin K. Kaiser, and Albert Bruce Neil*


**DOWD BENNETT LLP**

Edward L. Dowd, Jr., #28785MO
edowd@dowdbennett.com
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Attorneys for Defendants The Renco Group, Inc., and Ira L. Rennert*

3