IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-00044-CDP |
| | ) | (CONSOLIDATED) |
| IRA L. RENNERT, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 7, 2026 minute order (ECF No. 1853), the Parties submit the following joint status report regarding their efforts to finalize the payment terms of the Master Settlement Agreement ("MSA").

1. Following submission of the previous joint status report on August 7, 2026, the parties have continued to work toward finalizing the MSA. They have exchanged proposed revisions to the MSA, discussed the MSA over the phone, and sent written correspondence directed to finalizing the list of claimants eligible to participate in the settlement as well as the few remaining outstanding terms of the MSA.

2. Counsel for both parties have worked productively to whittle down the number of provisions still to be finalized.

3. The Parties will continue to work on finalizing the MSA and anticipate that all remaining contractual terms can be agreed in the next week.

4. The Parties will provide a follow-on joint status report by August 21, 2026.

Dated: August 14, 2026

Respectfully Submitted,

**For Plaintiffs:**

**SCHLICHTER BOGARD LLC**

By: */s/ Jerome J. Schlichter*

Jerome J. Schlichter, #32225 (MO)
Nathan D. Stump, #71641 (MO)
Kristine K. Kraft, #37971 (MO)
Cort A. VanOstran, #67276 (MO)
Rachel Berger, #77248 (MO)
Jason Kempf, #6295144 (IL)
100 S. 4th Street, #1200
St. Louis MO 63102
Tel: (314) 621-6115
jschlichter@uselaws.com
nstump@uselaws.com
kkraft@uselaws.com
cvanostran@uselaws.com
rberger@uselaws.com
jkempf@uselaws.com

*Attorneys for Plaintiffs*

**For Defendants:**

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*

Andrew T. Bayman, #043342GA
abayman@kslaw.com
Geoffrey M. Drake, #229229GA
gdrake@kslaw.com
Mark Sentenac, #987346GA
msentenac@kslaw.com
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Tracie J. Renfroe, #16777000T
trenfroe@kslaw.com
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Doe Run Cayman Holdings, LLC, Doe Run Resources Corporation, Ira L. Rennert, Marvin K. Kaiser, and Albert Bruce Neil*

**SIDLEY AUSTIN LLP**
Jennifer L. Saulino
Jennifer.saulino@sidley.com
Richard W. Smith
rwsmith@sidley.com
Jillian Sheridan Stonecipher
j.stonecipher@sidley.com
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8649
Facsimile: (202) 736-8711

*Attorneys for Defendants The Renco Group, Inc. and Ira L. Rennert*

**LEWIS RICE LLC**
Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com
600 Washington Ave., Suite 2500
St. Louis, Missouri 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants Doe Run Resources Corporation, Marvin K. Kaiser, and Albert Bruce Neil*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr., #28785MO
edowd@dowdbennett.com
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Attorneys for Defendants The Renco Group, Inc., and Ira L. Rennert*